| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>  *Telephone No:* 310-826-7474<br>  *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>4870-002D | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

*Plaintiff:* VIRTAMOVE, CORP.
*Defendant:* HEWLETT PACKARD ENTERPRISE COMPANY

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:24-cv-00093 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Related Case; Notice of Designation of Lead Counsel; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Corporate Disclosure Statement; Appearance of Counsel (Neil A. Rubin); Appearance of Counsel (Jonathan Ma); Appearance of Counsel (Amy E. Hayden); Appearance of Counsel (Christian W. Conkle); Appearance of Counsel (Marc A. Fenster)

3. a. Party served:     HEWLETT PACKARD ENTERPRISE COMPANY
   b. Person served:    Sarai Marin, Authorized to Accept service for CT Corporation System, Agent for Service of Process authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:    330 North Brand Boulevard, Glendale, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Feb 14, 2024 (2) at: 12:35 PM

6. **Person Who Served Papers:**
   a. Donald Wyman (787, Kern County)                    d. *The Fee* for Service was:  $138.55
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*



02/15/2024
(Date)                                          (Signature)



PROOF OF SERVICE

10426282
(5616032)