## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **VIRTAMOVE CORP.,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**HEWLETT PACKARD ENTERPRISE COMPANY,**<br><br>　　　　Defendant. | **Civil Action No. 2:24-cv-093-JRG**<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF APPEARANCE

Please take notice that Joshua R. Thane of the law firm HALTOM & DOAN enters his appearance as counsel of record for Defendant Hewlett Packard Enterprise Company ("HPE") and requests that any correspondence, motions, notices, and pleadings in this action directed to HPE also be served upon Joshua R. Thane at the following address:

> Joshua R. Thane
> HALTOM & DOAN
> 6500 Summerhill Road, Suite 100
> Texarkana, TX  75503
> Telephone:  (903) 255-1000
> Facsimile:  (903) 255-0800
> Email:  jthane@haltomdoan.com

Please add the name of Mr. Thane to all service lists in this matter, including the e-filing service list.

**NOTICE OF APPEARANCE** – Page 1

Respectfully submitted,

*/s/ Joshua R. Thane*
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email:  jthane@haltomdoan.com

**ATTORNEY FOR DEFENDANT HEWLETT PACKARD ENTERPRISE COMPANY**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document has been served via the Court's ECF system on February 21, 2024.

*/s/ Joshua R. Thane*
Joshua R. Thane