UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:24-cv-093-JRG

Name of party requesting extension: Hewlett Packard Enterprise Company

Is this the first application for extension of time in this case?  ☑ Yes

☐ No

If no, please indicate which application this represents:  ☐ Second

☐ Third

☐ Other _____

Date of Service of Summons: 2/14/2024

Number of days requested:  ☑ 30 days

☐ 15 days

☐ Other _____ days

New Deadline Date: 4/5/2024      *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Jennifer H. Doan

State Bar No.: 08809050

Firm Name: Haltom & Doan

Address: 6500 Summerhill Road, Suite 100

Texarkana, TX 75503

Phone: (903) 255-1000

Fax:   (903) 255-0800

Email: jdoan@haltomdoan.com

A certificate of conference does not need to be filed with this unopposed application.