UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:24-cv-093-JRG

Name of party requesting extension: Hewlett Packard Enterprise Company

Is this the first application for extension of time in this case?  ☐ Yes  ☑ No

If no, please indicate which application this represents:  ☑ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 2/14/2024

Number of days requested:  ☐ 30 days  ☐ 15 days  ☑ Other 10 days

New Deadline Date: 4/15/2024   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Jennifer H. Doan
State Bar No.: 08809050
Firm Name: Haltom & Doan
Address: 6500 Summerhill Road, Suite 100
         Texarkana, TX 75503

Phone: (903) 255-1000
Fax: (903) 255-0800
Email: jdoan@haltomdoan.com

A certificate of conference does not need to be filed with this unopposed application.