# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:24-cv-00093-JRG |
| | § | |
| HEWLETT PACKARD ENTERPRISE | § | |
| COMPANY, | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER GRANTING DEFENDANT'S
## PARTIAL MOTION TO DISMISS

Before the Court is Defendant Hewlett Packard Enterprise Company's Rule 12(b)(6)

Partial Motion to Dismiss and Brief in Support of Same.  The Court, having considered same, is

of the opinion that Defendant's Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff VirtaMove, Corp.'s claims of pre-suit

indirect infringement and pre-suit willful infringement are hereby DISMISSED WITHOUT

PREJUDICE.

**ORDER** – Solo Page