# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:24-cv-00093-JRG |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |

## DEFENDANT'S JURY DEMAND

In accordance with Fed. R. Civ. P. 38(b) and Local Rule CV-38(a), Defendant Hewlett Packard Enterprise Company respectfully demands a jury trial on all issues so triable.

**DEFENDANT'S JURY DEMAND** – Page 1

| | |
|---|---|
| Dated: April 15, 2024 | Respectfully submitted,<br><br>*/s/ Jennifer H. Doan*<br>Jennifer H. Doan<br>Texas Bar No. 08809050<br>Joshua R. Thane<br>Texas Bar No. 24060713<br>HALTOM & DOAN<br>6500 Summerhill Road, Suite 100<br>Texarkana, TX  75503<br>Telephone:  (903) 255-1000<br>Facsimile:  (903) 255-0800<br>Email:  jdoan@haltomdoan.com<br>Email:  jthane@haltomdoan.com<br><br>Katharine Burke (Lead Attorney)<br>DC Bar Number: 985333<br>Katharine.burke@bakerbotts.com<br>**BAKER BOTTS L.L.P.**<br>700 K Street, N.W.<br>Washington, DC 20001-5692<br>Tel: (202) 639-7700<br>Fax: (202) 639-7890<br><br>Douglas M. Kubehl<br>Texas Bar No. 00796909<br>Doug.kubehl@bakerbotts.com<br>Morgan Mayne<br>Texas Bar No. 24084387<br>Morgan.mayne@bakerbotts.com<br>Emily Deer<br>Texas Bar No. 24116352<br>Emily.deer@bakerbotts.com<br>**BAKER BOTTS L.L.P.**<br>2001 Ross Avenue, Suite 900<br>Dallas, TX 75201-2980<br>Tel: (214) 953-6500<br>Fax: (214) 953-6503<br><br>**ATTORNEYS FOR DEFENDANT HEWLETT PACKARD ENTERPRISE COMPANY** |

## CERTIFICATE OF SERVICE

      I hereby certify that on April 15, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                                    */s/ Jennifer H. Doan*
                                                    Jennifer H. Doan