# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| VIRTAMOVE, CORP. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-cv-00093-JRG |
| HEWLETT PACKARD ENTERPRISE COMPANY | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

VIRTAMOVE, CORP.

Date: 04/16/2024

/s/ James A. Milkey
*Attorney's signature*

James A. Milkey, CA SBN 281283
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, California 90025
*Address*

jmilkey@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*