**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | Case No. 2:24-cv-00093-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | Case No. 2:24-CV-00064-JRG <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff VirtaMove, Corp. ("Plaintiff") and Defendant International Business Machines Corp. ("Defendant") hereby jointly move for a two-week extension of time for Plaintiff to file its response to Defendant's Motion to Dismiss in *VirtaMove, Corp. v. International Business Machines Corp.*, Case No. 2:24-CV-00064-JRG, Dkt. 15 (E.D. Tex. Apr. 15, 2024), and an additional nine (9) days for Defendant to file its reply in support of the Motion.

Plaintiff's deadline to respond to the Motion is currently April 29, 2024 and, with this two-week extension, the deadline would be May 13, 2024.  Defendant's deadline to reply in support of the Motion is currently due on May 6, 2024 and, with an additional nine (9) days to respond, the deadline would be May 29, 2024. These extensions are not being sought for purposes of delay, but

rather to ensure the parties and their counsel have adequate time to address the issues raised in Defendant's Motion.

Counsel for the parties have conferred and all parties stipulate to this extension. Accordingly, the parties request that the Court grant the motion and enter the attached proposed Order.

Dated: April 23, 2024                    Respectfully submitted,

                                         By: */s/ Reza Mirzaie*

                                         Reza Mirzaie (CA SBN 246953)
                                         rmirzaie@raklaw.com
                                         Marc A. Fenster (CA SBN 181067)
                                         mfenster@raklaw.com
                                         Neil A. Rubin (CA SBN 250761)
                                         nrubin@raklaw.com
                                         James A. Milkey (CA SBN 281283)
                                         jmilkey@raklaw.com
                                         Amy E. Hayden (CA SBN 287026)
                                         ahayden@raklaw.com
                                         Jacob Buczko (CA SBN 269408)
                                         jbuczko@raklaw.com
                                         James Tsuei (CA SBN 285530)
                                         jtsuei@raklaw.com
                                         Christian W. Conkle (CA SBN 306374)
                                         cconkle@raklaw.com
                                         Jonathan Ma (CA SBN 312773)
                                         jma@raklaw.com
                                         Daniel B. Kolko (CA SBN 341680)
                                         dkolko@raklaw.com
                                         **RUSS AUGUST & KABAT**
                                         12424 Wilshire Boulevard, 12th Floor
                                         Los Angeles, CA 90025
                                         Telephone: (310) 826-7474

                                         Qi (Peter) Tong (TX SBN 24119042)
                                         **RUSS AUGUST & KABAT**
                                         4925 Greenville Ave., Suite 200
                                         Dallas, TX 75206

Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

By: */s/ Andrea L. Fair*

Todd M. Friedman (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: todd.friedman@kirkland.com

Brandon H. Brown
State Bar No. 266347
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500 Email:
brandon.brown@kirkland.com

*Of Counsel*:

Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Defendant*
*International Business Machines Corp.*

## **CERTIFICATE OF SERVICE**

I certify that on April 23, 2024, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Reza Mirzaie*
Reza Mirzaie
