IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>　　　　　　Plaintiff,<br>　　　　v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-00093-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP.,<br><br>　　　　　　Plaintiff,<br>　　　　v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>　　　　　　Defendant. | Case No. 2:24-CV-00064-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff VirtaMove, Corp. ("Plaintiff") and Defendant Hewlett Packard Enterprise Company ("Defendant") hereby jointly move for a two-week extension of time for Plaintiff to file its response to Defendant's Motion to Dismiss in *VirtaMove, Corp. v. Hewlett Packard Enterprise Company*, Case No. 2:24-CV-00093-JRG, Dkt. 22 (E.D. Tex. Apr. 15, 2024), and an additional nine (9) days for Defendant to file its reply in support of the Motion.

Plaintiff's deadline to respond to the Motion is currently April 29, 2024 and, with this two-week extension, the deadline would be May 13, 2024. Defendant's deadline to reply in support of the Motion is currently due on May 6, 2024 and, with an additional nine (9) days respond, the deadline would be May 29, 2024. These extensions are not being sought for purposes of delay, but

1

rather to ensure the parties and their counsel have adequate time to address the issues raised in Defendant's Motion.

Counsel for the parties have conferred and all parties stipulate to this extension. Accordingly, the parties request that the Court grant the motion and enter the attached proposed Order.

Dated: April 23, 2024                     Respectfully submitted,

                                          By: */s/ Reza Mirzaie*

                                          Reza Mirzaie (CA SBN 246953)
                                          rmirzaie@raklaw.com
                                          Marc A. Fenster (CA SBN 181067)
                                          mfenster@raklaw.com
                                          Neil A. Rubin (CA SBN 250761)
                                          nrubin@raklaw.com
                                          James A. Milkey (CA SBN 281283)
                                          jmilkey@raklaw.com
                                          Amy E. Hayden (CA SBN 287026)
                                          ahayden@raklaw.com
                                          Jacob Buczko (CA SBN 269408)
                                          jbuczko@raklaw.com
                                          James Tsuei (CA SBN 285530)
                                          jtsuei@raklaw.com
                                          Christian W. Conkle (CA SBN 306374)
                                          cconkle@raklaw.com
                                          Jonathan Ma (CA SBN 312773)
                                          jma@raklaw.com
                                          Daniel B. Kolko (CA SBN 341680)
                                          dkolko@raklaw.com
                                          **RUSS AUGUST & KABAT**
                                          12424 Wilshire Boulevard, 12th Floor
                                          Los Angeles, CA 90025
                                          Telephone: (310) 826-7474

                                          Qi (Peter) Tong (TX SBN 24119042)
                                          **RUSS AUGUST & KABAT**
                                          4925 Greenville Ave., Suite 200
                                          Dallas, TX 75206

Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

By: */s/ Morgan Mayne*

Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Katharine Burke (Lead Attorney)
DC Bar Number: 985333
Katharine.burke@bakerbotts.com
**BAKER BOTTS L.L.P.**
700 K Street, N.W.
Washington, DC 20001-5692
Tel: (202) 639-7700
Fax: (202) 639-7890

Douglas M. Kubehl
Texas Bar No. 00796909
Doug.kubehl@bakerbotts.com
Morgan Mayne
Texas Bar No. 24084387
Morgan.mayne@bakerbotts.com
Emily Deer
Texas Bar No. 24116352
Emily.deer@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Tel: (214) 953-6500
Fax: (214) 953-6503

**ATTORNEYS FOR DEFENDANT
HEWLETT PACKARD ENTERPRISE COMPANY**

**CERTIFICATE OF SERVICE**

      I certify that on April 23, 2024, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

                                          */s/ Reza Mirzaie*
                                          Reza Mirzaie