# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | Case No. 2:24-cv-00093-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | Case No. 2:24-CV-00064-JRG <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

On this date the Court considered the Joint Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (Dkt. 22), filed by Plaintiff VirtaMove Corp. ("Plaintiff" or "VirtaMove") and Defendant Hewlett Packard Enterprise Company ("Defendant").  Based on the motion and the grounds set forth therein, and the agreement of the Parties in the motion, the Court finds that good cause has been established and the Joint Motion for Extension of Time should be granted.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's time to respond to the Motion shall be extended by two weeks, from April 29, 2024 to May 13, 2024.

**THEREFORE, IT IS HEREBY ORDERED** that Defendant's time to reply in support of the Motion shall be extended from May 6, 2024 to May 29, 2024.

**IT IS SO ORDERED.**