IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 2:24-CV-00093-JRG | |
| § | (LEAD CASE) | |
| HEWLETT PACKARD ENTERPRISE § | | |
| COMPANY, § | | |
| § | | |
| *Defendant*. § | | |
| | | |
| v. § | CIVIL ACTION NO. 2:24-CV-00094-JRG | |
| § | (MEMBER CASE) | |
| INTERNATIONAL BUSINESS § | | |
| MACHINES CORP., § | | |
| § | | |
| *Defendant*. | | |

# ORDER

Before the Court is a Joint Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (Dkt. No. 35) filed by Plaintiff VirtaMove, Corp. ("VirtaMove") and Defendant International Business Machines Corp. ("IBM") and a Joint Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (Dkt. No. 36) (collectively, the "Motions") filed by VirtaMove and Defendant Hewlett Packard Enterprise Company ("HP"). In the Motions, the parties request that VirtaMove's deadline to respond to IBM and HP's motions to dismiss (Case No. 2:24-CV-00064-JRG, Dkt. 15, and Case No. 2:24-CV-00093-JRG, Dkt. 22) be extended up to and including May 13, 2024. The parties also request that Defendants' deadline to reply be extended up to and including May 29, 2024.

Having considered the Motions, and noting their joint nature, the Court finds that the Motions (Dkt. Nos. 35 and 36) should be and hereby are **GRANTED**. Accordingly, it is

**ORDERED** that VirtaMove's deadline to respond to IBM and HP's motions to dismiss is **extended** up to and including **May 13, 2024**. It is further **ORDERED** that the deadline for IBM and HP to file a reply brief in support of their motions to dismiss is **extended** up to and including **May 29, 2024**.

    **So ORDERED and SIGNED this 29th day of April, 2024.**

                                                  RODNEY GILSTRAP
                                                  UNITED STATES DISTRICT JUDGE