# Exhibit 2

# U.S. Patent No. 7,519,814 vs. HPE

Accused Instrumentalities: HPE's Ezmeral Runtime Enterprise, and all versions and variations thereof since the issuance of the asserted patent.

## Claim 1

| Claim 1 | Accused Instrumentalities |
|---|---|
| [1pre] 1. In a system having a plurality of servers with operating systems that differ, operating in disparate computing environments, wherein each server includes a processor and an operating system including a kernel a set of associated local system files compatible with the processor, a method of providing at least some of the servers in the system with secure, executable, applications related to a service, wherein the applications are executed in a secure environment, wherein the applications each include an object executable by at least some of the different operating systems for performing a task related to the service, the method comprising: | To the extent the preamble is limiting, HPE practices, through the Accused Instrumentalities, in a system having a plurality of servers with operating systems that differ, operating in disparate computing environments, wherein each server includes a processor and an operating system including a kernel a set of associated local system files compatible with the processor, a method of providing at least some of the servers in the system with secure, executable, applications related to a service, wherein the applications are executed in a secure environment, wherein the applications each include an object executable by at least some of the different operating systems for performing a task related to the service, as claimed. *See* claim limitations below. *See also, e.g.*: HPE Ezmeral Runtime Enterprise is an enterprise-grade container orchestration platform that is designed for the containerization of both cloud-native and non-cloud-native monolithic applications with persistent data. It deploys 100% open-source Kubernetes for orchestration, provides a state-of-the-art file system and data fabric for persistent container storage, and provides enterprises with the ability to deploy non-cloud-native AI and Analytics workloads in containers. Enterprises can now easily extend the agility and efficiency benefits of containers to more of their enterprise applications—running on either bare-metal or virtualized infrastructure, on-premises, in multiple clouds, or at the edge. https://www.hpe.com/psnow/doc/a50004264enw.pdf?jumpid=in_pdp-psnow-qs The offering formerly known as the HPE Ezmeral Container Platform is really focused on a lot more than just containers, and it provides businesses with more than just container orchestration software. The name change to HPE Ezmeral Runtime Enterprise reflects the fact that this is not just a solution for container platform orchestration. This platform offers an incredible wealth of capabilities and features you can use to modernize, deploy, monitor, and manage your applications. https://community.hpe.com/t5/hpe-ezmeral-uncut/hpe-ezmeral-container-platform-is-now-hpe-ezmeral-runtime/ba-p/7151720 |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | • **OS agnostic** – With an application and all its necessary files bundled into one unit – minus an operating system – the container can run on different operating systems, hardware, networks, storage systems and security policies. This means that any environment is compatible, so developers don't need to re-write applications for different servers.<br><br>https://www.hpe.com/us/en/what-is/caas.html<br><br>With HPE Ezmeral Runtime Enterprise running on HPE Synergy or HPE ProLiant servers, enterprises can extend the agility and efficiency benefits of containers to more of their enterprise applications—running on either bare metal or virtualized infrastructure, either on-premises, in multiple public clouds, or at the edge.<br><br>https://www.hpe.com/psnow/doc/a50003599enw<br><br>**HPE Ezmeral Runtime Enterprise and HPE Ezmeral ML Ops Capabilities Matrix**<br><br>|  | HPE Ezmeral Runtime Enterprise Essentials | HPE Ezmeral Runtime Enterprise | HPE Ezmeral MLOps |<br>|---|---|---|---|<br>| **Operating Systems (OS)** | Yes | Yes | Yes |<br>| RHEL OS | Yes | Yes | Yes |<br>| SLES OS | Yes | Yes | Yes |<br><br>https://www.hpe.com/psnow/doc/a50004264enw.pdf?jumpid=in_pdp-psnow-qs<br><br>**Standard Features**<br><br>• Leverages portability of containers to run on any infrastructure (HPE or non-HPE) and any public cloud<br><br>https://www.hpe.com/psnow/doc/a50004264enw.pdf?jumpid=in_pdp-psnow-qs |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br><br>https://h50146.www5.hpe.com/products/software/oe/linux/mainstream/support/whitepaper/pdfs/4AA6-2761ENW.pdf<br><br>Each license allows the customer to deploy the HPE Ezmeral Container Platform on one Core and 2 terabytes of Storage Capacity. The customer must purchase more licenses if they exceed the allowable amount of Cores or Storage Capacity. As used in this Agreement, Core means a part of a CPU that executes a single stream of compiled instruction code. Each physical processor contains smaller processing units called physical CPU cores. Some processors have two cores, some four, some eight, and so on. Core capacity represents the total number of cores available within a given system. The number of cores is counted as the number of logical cores presented to the product guest OS. For licensing purposes, the number of cores on a given Ezmeral Container Platform host is the number of unique cores available to the kernel in the OS on which the Ezmeral Container Platform software is directly installed, regardless of the number of threads in each core. It equals the product of Core(s) per socket and Socket(s), as shown in the output of<br><br>https://docs.ezmeral.hpe.com/runtime-enterprise/56/home/about-hpe-ezmeral-container-pl/GEN_End_User_Software_Agreement.html<br><br>Kernel mode refers to the processor mode that enables software to have full and unrestricted access to the system and its resources. The OS kernel and kernel drivers, such as the file system driver, are loaded into protected memory space and operate in this highly privileged kernel mode.<br><br>https://www.techtarget.com/searchdatacenter/definition/kernel<br><br>Instead of using a hypervisor to manage VMs, the figure shows how containers isolate applications into separate environments (containers) that include processor, memory, and networking resources as part of the container itself. This environment provides OS-level virtualization. Containers have their own root; and, users and processes do not perform operations outside of the container environment. The host OS kernel manages container workloads directly, which reduces the overhead involved with managing system resources. This improves efficiency and therefore, improves performance. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **Two Linux containers on a single system**<br><br>Container #1 (OS container) — Applications, Bins/libs, Init system<br>Container #2 (App container) — Applications<br>OS kernel<br>HW<br><br>https://h50146.www5.hpe.com/products/software/oe/linux/mainstream/support/whitepaper/pdfs/4AA6-2761ENW.pdf<br><br>**Docker container:** A *Docker container* is a lightweight, standalone, executable software package that runs specific services. This software package includes code, runtime, system libraries, configurations, etc. that run as an isolated process in user space. A Docker container is typically used to deploy scalable and repeatable *microservices*. HPE Ezmeral Runtime Enterprise contains innovations around storage, networking, and security to utilize Docker containers as lightweight virtual machines to run Big Data and analytics applications.<br><br>https://support.hpe.com/hpesc/public/docDisplay?docId=a00ecp54hen_us&docLocale=en_US&page=home/about-hpe-ezmeral-container-pl/GEN_Definitions.html |
| [1a] storing in memory accessible to at least some of the servers a plurality of secure containers of application software, each container comprising one or more of the executable applications and a set of associated system files required to execute the one or more applications, for use with a local kernel residing permanently on one of the servers; | The method practiced by HPE through the Accused Instrumentalities includes a step of storing in memory accessible to at least some of the servers a plurality of secure containers of application software, each container comprising one or more of the executable applications and a set of associated system files required to execute the one or more applications, for use with a local kernel residing permanently on one of the servers.<br><br>*See, e.g.:* |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  **Pod:** For Kubernetes, a *pod* is a group of containers deployed on a single host.<br><br>**Data Fabric cluster:** This is a Kubernetes cluster that is used for HPE Ezmeral Data Fabric storage. A Data Fabric cluster is a Custom Resource in Kubernetes that is supported by operators in HPE Ezmeral Runtime Enterprise.<br><br>**Data Fabric CR:** This typically refers to the Custom Resource specification for a Data Fabric cluster that is supported by an HPE Ezmeral Runtime Enterprise `dataplatform` operator. It specifies each type of pod that the cluster would comprise. The per-pod specification may include CPU, memory, disk, and port requirements. Together with node labels and annotations, the Data Fabric CR influences the placement and scheduling of cluster pods by Kubernetes. HPE Ezmeral Runtime Enterprise creates and applies the Data Fabric CR when creating the first Data Fabric cluster. The Data Fabric CR may be subsequently patched/modified when expanding the cluster, or by a user with suitable privileges.<br><br>**Docker container:** A *Docker container* is a lightweight, standalone, executable software package that runs specific services. This software package includes code, runtime, system libraries, configurations, etc. that run as an isolated process in user space. A Docker container is typically used to deploy scalable and repeatable *microservices*. HPE Ezmeral Runtime Enterprise contains innovations around storage, networking, and security to utilize Docker containers as lightweight virtual machines to run Big Data and analytics applications.<br><br>https://support.hpe.com/hpesc/public/docDisplay?docId=a00ecp54hen_us&docLocale=en_US&page=home/about-hpe-ezmeral-container-pl/GEN_Definitions.html<br><br>https://h50146.www5.hpe.com/products/software/oe/linux/mainstream/support/whitepaper/pdfs/4AA6-2761ENW.pdf |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | An application container is a stand-alone, all-in-one package for a software application. Containers include the application binaries, plus the software dependencies and the hardware requirements needed to run, all wrapped up into an independent, self-contained unit.<br><br>https://developer.hpe.com/blog/kubernetes-application-containers-managing-containers-and-cluster-resour/<br><br>Because each application container creates an isolated environment for its application, the resources allocated to it are the entire machine. Other copies of the same container are "unaware" of each other.<br>https://developer.hpe.com/blog/kubernetes-application-containers-managing-containers-and-cluster-resour/<br><br>• **OS agnostic** – With an application and all its necessary files bundled into one unit – minus an operating system – the container can run on different operating systems, hardware, networks, storage systems and security policies. This means that any environment is compatible, so developers don't need to re-write applications for different servers.<br><br>https://www.hpe.com/us/en/what-is/caas.html<br><br>6. **Do Docker containers package up the entire OS and make it easier to deploy?**<br><br>Docker containers do not package up the OS. They package up the applications with everything that the application needs to run. The engine is installed on top of the OS running on a host. Containers share the OS kernel allowing a single host to run multiple containers.<br><br>https://www.docker.com/blog/the-10-most-common-questions-it-admins-ask-about-docker/<br><br>Kubernetes namespaces have the following uses:<br>• **Isolation:** Teams, projects, and customers exist in their own environment within a cluster, and do not impact each other's work.<br><br>https://support.hpe.com/hpesc/public/docDisplay?docId=a00ecp55hen_us&docLocale=en_US&page=reference/universal-concepts/Namespaces.html |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | Using containers isolates software and allows it to work independently across different operating systems, hardware, networks, storage systems, and security policies. It allows the container-based application to transition seamlessly through development, testing, and production environments. Because an operating system is not packed into the container, each container uses minimal computing resources, making it light and easy to install.<br><br>https://www.hpe.com/us/en/what-is/containers.html |
| [1b] wherein the set of associated system files are compatible with a local kernel of at least some of the plurality of different operating systems, | In the method practiced by HPE through the Accused Instrumentalities, the set of associated system files are compatible with a local kernel of at least some of the plurality of different operating systems.<br><br>*See, e.g.*:<br><br>**Docker container:** A *Docker container* is a lightweight, standalone, executable software package that runs specific services. This software package includes code, runtime, system libraries, configurations, etc. that run as an isolated process in user space. A Docker container is typically used to deploy scalable and repeatable *microservices*. HPE Ezmeral Runtime Enterprise contains innovations around storage, networking, and security to utilize Docker containers as lightweight virtual machines to run Big Data and analytics applications.<br><br>https://support.hpe.com/hpesc/public/docDisplay?docId=a00ecp54hen_us&docLocale=en_US&page=home/about-hpe-ezmeral-container-pl/GEN_Definitions.html<br><br>▪ **OS agnostic** – With an application and all its necessary files bundled into one unit – minus an operating system – the container can run on different operating systems, hardware, networks, storage systems and security policies. This means that any environment is compatible, so developers don't need to re-write applications for different servers.<br><br>https://www.hpe.com/us/en/what-is/caas.html |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **Two Linux containers on a single system**<br><br>Container #1 (OS container): Applications, Bins/libs, Init system<br>Container #2 (App container): Applications<br>OS kernel<br>HW<br><br>https://h50146.www5.hpe.com/products/software/oe/linux/mainstream/support/whitepaper/pdfs/4AA6-2761ENW.pdf |
| [1c] the containers of application software excluding a kernel, | In the method practiced by HPE through the Accused Instrumentalities, the containers of application software exclude a kernel.<br><br>*See, e.g.*:<br><br>**Docker container:** A *Docker container* is a lightweight, standalone, executable software package that runs specific services. This software package includes code, runtime, system libraries, configurations, etc. that run as an isolated process in user space. A Docker container is typically used to deploy scalable and repeatable *microservices*. HPE Ezmeral Runtime Enterprise contains innovations around storage, networking, and security to utilize Docker containers as lightweight virtual machines to run Big Data and analytics applications.<br><br>https://support.hpe.com/hpesc/public/docDisplay?docId=a00ecp54hen_us&docLocale=en_US&page=home/about-hpe-ezmeral-container-pl/GEN_Definitions.html<br><br>6. **Do Docker containers package up the entire OS and make it easier to deploy?**<br><br>Docker containers do not package up the OS. They package up the applications with everything that the application needs to run. The engine is installed on top of the OS running on a host. Containers share the OS kernel allowing a single host to run multiple containers.<br><br>https://www.docker.com/blog/the-10-most-common-questions-it-admins-ask-about-docker/ |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | Containers and VMs perform somewhat similar functions in that they provide virtualized environments in which software applications can run separately from the rest of the system. But these technologies are very different and are used in different situations. Each virtual machine runs both an OS and the application, while containers share a single OS via a kernel, making them more lightweight and portable.<br><br>https://www.hpe.com/us/en/what-is/containers.html |
| [1d] wherein some or all of the associated system files within a container stored in memory are utilized in place of the associated local system files that remain resident on the server, | In the method practiced by HPE through the Accused Instrumentalities, some or all of the associated system files within a container stored in memory are utilized in place of the associated local system files that remain resident on the server.<br><br>*See, e.g.*:<br><br>**Docker container:** A *Docker container* is a lightweight, standalone, executable software package that runs specific services. This software package includes code, runtime, system libraries, configurations, etc. that run as an isolated process in user space. A Docker container is typically used to deploy scalable and repeatable *microservices*. HPE Ezmeral Runtime Enterprise contains innovations around storage, networking, and security to utilize Docker containers as lightweight virtual machines to run Big Data and analytics applications.<br><br>https://support.hpe.com/hpesc/public/docDisplay?docId=a00ecp54hen_us&docLocale=en_US&page=home/about-hpe-ezmeral-container-pl/GEN_Definitions.html<br><br>An application container is a stand-alone, all-in-one package for a software application. Containers include the application binaries, plus the software dependencies and the hardware requirements needed to run, all wrapped up into an independent, self-contained unit.<br><br>https://developer.hpe.com/blog/kubernetes-application-containers-managing-containers-and-cluster-resour/<br><br>- **OS agnostic** – With an application and all its necessary files bundled into one unit – minus an operating system – the container can run on different operating systems, hardware, networks, storage systems and security policies. This means that any environment is compatible, so developers don't need to re-write applications for different servers.<br><br>https://www.hpe.com/us/en/what-is/caas.html |
| [1e] wherein said associated system files utilized in place of the associated local system files are copies or modified copies of the associated local system files that remain resident on the server, | In the method practiced by HPE through the Accused Instrumentalities, said associated system files utilized in place of the associated local system files are copies or modified copies of the associated local system files that remain resident on the server.<br><br>*See, e.g.*: |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **Docker container:** A *Docker container* is a lightweight, standalone, executable software package that runs specific services. This software package includes code, runtime, system libraries, configurations, etc. that run as an isolated process in user space. A Docker container is typically used to deploy scalable and repeatable *microservices*. HPE Ezmeral Runtime Enterprise contains innovations around storage, networking, and security to utilize Docker containers as lightweight virtual machines to run Big Data and analytics applications.<br><br>https://support.hpe.com/hpesc/public/docDisplay?docId=a00ecp54hen_us&docLocale=en_US&page=home/about-hpe-ezmeral-container-pl/GEN_Definitions.html<br><br>COPY and ADD : These commands copy files and directories from your local filesystem into the Docker image. They are often used to include your application code, configuration files, and dependencies.<br><br>https://medium.com/@swalperen3008/what-is-dockerize-and-dockerize-your-project-a-step-by-step-guide-899c48a34df6<br><br>**Container images**<br><br>A container image is a ready-to-run software package containing everything needed to run an application: the code and any runtime it requires, application and system libraries, and default values for any essential settings.<br><br>https://kubernetes.io/docs/concepts/containers/ |
| [1f] and wherein the application software cannot be shared between the plurality of secure containers of application software, | In the method practiced by HPE through the Accused Instrumentalities, the application software cannot be shared between the plurality of secure containers of application software.<br><br>*See, e.g.*:<br><br>**Docker container:** A *Docker container* is a lightweight, standalone, executable software package that runs specific services. This software package includes code, runtime, system libraries, configurations, etc. that run as an isolated process in user space. A Docker container is typically used to deploy scalable and repeatable *microservices*. HPE Ezmeral Runtime Enterprise contains innovations around storage, networking, and security to utilize Docker containers as lightweight virtual machines to run Big Data and analytics applications. |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  | https://support.hpe.com/hpesc/public/docDisplay?docId=a00ecp54hen_us&docLocale=en_US&page=home/about-hpe-ezmeral-container-pl/GEN_Definitions.html<br><br>Kubernetes namespaces have the following uses:<br>• **Isolation:** Teams, projects, and customers exist in their own environment within a cluster, and do not impact each other's work.<br><br>https://support.hpe.com/hpesc/public/docDisplay?docId=a00ecp55hen_us&docLocale=en_US&page=reference/universal-concepts/Namespaces.html<br><br>Because each application container creates an isolated environment for its application, the resources allocated to it are the entire machine. Other copies of the same container are "unaware" of each other.<br><br>https://developer.hpe.com/blog/kubernetes-application-containers-managing-containers-and-cluster-resour/ |
| [1g] and wherein each of the containers has a unique root file system that is different from an operating system's root file system. | In the method practiced by HPE through the Accused Instrumentalities, each of the containers has a unique root file system that is different from an operating system's root file system.<br><br>*See, e.g.*:<br><br>Using containers isolates software and allows it to work independently across different operating systems, hardware, networks, storage systems, and security policies. It allows the container-based application to transition seamlessly through development, testing, and production environments. Because an operating system is not packed into the container, each container uses minimal computing resources, making it light and easy to install.<br><br>https://www.hpe.com/us/en/what-is/containers.html<br><br>**Node storage:** *Node storage* is storage space available for backing the root file systems of containers. Each HPE Ezmeral Runtime Enterprise host contributes node storage space that is used by the virtual nodes (Docker containers) assigned to that host. The Platform Administrator may optionally specify a quota limiting how much node storage a tenant's virtual nodes may consume.<br><br>https://support.hpe.com/hpesc/public/docDisplay?docId=a00ecp54hen_us&docLocale=en_US&page=home/about-hpe-ezmeral-container-pl/GEN_Definitions.html |