IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
|     Plaintiff, | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| v. | § | |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | **JURY TRIAL DEMANDED** |
| | § | |
|     Defendants. | § | |
| | § | |
| | § | |
| VIRTAMOVE, CORP., | § | |
|     Plaintiff, | § | Case No. 2:24-CV-00064-JRG |
| | § | (Member Case) |
| v. | § | |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | **JURY TRIAL DEMANDED** |
| | § | |
| | § | |
|     Defendants. | § | |
| | § | |

**JOINT MOTION TO EXTEND DEADLINES TO SERVE INFRINGEMENT AND INVALIDITY CONTENTIONS**

    Plaintiff VirtaMove, Corp. ("Plaintiff"), Defendant Hewlett Packard Enterprise Co., and Defendant International Business Machines Corp. ("Defendant") hereby jointly file this motion to extend the deadlines to serve infringement contentions and to serve invalidity and subject matter eligibility contentions in the above-captioned, consolidated cases. Currently, infringement contentions are due on May 15, 2024, and invalidity and subject matter eligibility contentions are due on July 10, 2024. *See* ECF 31 in Lead Case No. 2:23-CV-00093.

    The Parties ask for a brief three-week extension of the deadline for compliance with Local Rule P.R. 3-1 and 3-2 from Wednesday, May 15th to Wednesday, June 5, and in addition to that extension, the Parties also request an extension of the deadline to comply with Local Rule P.R. 3-3 and 3-4 and the Standing Order Regarding Subject Matter Invalidity Contentions, from

1

Wednesday, July 10, 2024, to Wednesday, August 21, 2024.

      These extensions are not sought for purposes of delay, and the Parties do not anticipate these extensions to affect any expected deadlines in this case.

      A proposed order is attached herewith.

Dated: May 15, 2024                    Respectfully submitted,

                                              By: /s/ Reza Mirzaie

                                              Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4925 Greenville Ave., Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

By: /s/ Andrea L. Fair

Todd M. Friedman (pro hac vice)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: todd.friedman@kirkland.com

Brandon H. Brown
State Bar No. 266347
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500 Email:
brandon.brown@kirkland.com

*Of Counsel*:
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Defendant International Business Machines Corp.*


By: /s/ Morgan Grissum Mayne
Katharine Mary Burke
**Baker Botts LLP - D.C.**
1299 Pennsylvania Ave NW #120
Washington, DC 20004
202.639.7700
Fax: 202.508.9301
Email: katharine.burke@bakerbotts.com

Douglas Mark Kubehl
Emily F. Deer
Morgan Grissum Mayne
**Baker Botts LLP - Dallas**

3

2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
(214) 953-6500
Email: doug.kubehl@bakerbotts.com
Email: emily.deer@bakerbotts.com
Email: morgan.mayne@bakerbotts.com

Hien Khanh Lien
**Baker Botts LLP**
1001 Page Mill Road, Building One, Suite 200
Palo Alto, CA 94304
(650) 739-7563
Email: hlien@kramerlevin.com

Jennifer Haltom Doan
Joshua Reed Thane
**Haltom & Doan**
6500 Summerhill Road
Crown Executive Center Suite 100
Texarkana, Tx 75503
(903) 255-1000
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

*Attorneys for Hewlett Packard Enterprise Company*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 15th day of May, 2024.

/s/ *Peter Tong*
Peter Tong

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) counsel for Defendants IBM Corp. and Hewlett Packard Enterprise Co. have conferred with counsel for Plaintiff and the relief requested in this motion is joint.

/s/ *Peter Tong*
Peter Tong