**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| Plaintiff, | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| v. | § | |
| | § | |
| HEWLETT PACKARD ENTERPRISE | § | **JURY TRIAL DEMANDED** |
| COMPANY, | § | |
| Defendants. | § | |
| | § | |
| | § | |
| VIRTAMOVE, CORP., | § | |
| Plaintiff, | § | Case No. 2:24-CV-00064-JRG |
| | § | (Member Case) |
| v. | § | |
| | § | |
| INTERNATIONAL BUSINESS | § | **JURY TRIAL DEMANDED** |
| MACHINES | § | |
| CORP., | § | |
| Defendants. | § | |
| | § | |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES TO SERVE INFRINGEMENT AND INVALIDITY CONTENTIONS

Before the Court is the Parties' Joint Motion to Extend Deadlines to Serve Infringement and Invalidity Contentions.  Having considered the motion, the Court GRANTS the motion and ORDERS that the deadline for compliance with Local Rule P.R. 3-1 and 3-2 is extended to June 5, 2024, and the deadline for compliance with Local Rule P.R. 3-3 and 3-4 and the Court's Standing Order on Subject Matter Eligibility Contentions is extended to August 21, 2024.

The following deadlines govern the case:

| Original Deadline | New Deadline | Description |
|---|---|---|
| July 10, 2024 (6 Weeks After Scheduling Conference) | August 21, 2024 | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions |

| | | |
|---|---|---|
| July 10, 2024 (6 weeks after scheduling conference) | August 21, 2024 | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |
| June 19, 2024 (3 weeks after scheduling conference) | | *File Proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures)<br>The Proposed Protective Order shall be filed as a separate motion with the caption indicating whether or not the proposed order is opposed in any part. |
| June 12, 2024 (2 weeks after scheduling conference) | | *File Proposed Docket Control Order and Proposed Discovery Order<br>The Proposed Docket Control Order and Proposed Discovery Order shall be filed as separate motions with the caption indicating whether or not the proposed order is opposed in any part. |
| June 5, 2024 (1 week after scheduling conference) | | Join Additional Parties |
| May 29, 2024 at 10:00 am | | Scheduling Conference |
| May 15, 2024 (2 weeks before scheduling conference) | June 5, 2024 | Comply with P.R. 3-1 & 3-2 (infringement contentions) |