IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> HEWLETT PACKARD ENTERPRISE § <br> COMPANY, § <br> § <br> *Defendant.* § | CIVIL ACTION NO. 2:24-CV-00093-JRG <br> (LEAD CASE) |
| v. § <br> § <br> INTERNATIONAL BUSINESS § <br> MACHINES CORP., § <br> § <br> *Defendant.* | CIVIL ACTION NO. 2:24-CV-00094-JRG <br> (MEMBER CASE) |

# ORDER

Before the Court is a Joint Motion to Extend Deadlines to Serve Infringement and Invalidity Contentions (the "Motion") filed by Plaintiff VirtaMove, Corp. ("VirtaMove") and Defendant International Business Machines Corp. and Defendant Hewlett Packard Enterprise Company ("Defendant"). (Dkt. No. 41.) In the Motion, the parties request that the deadline to serve infringement contentions be extended from May 15, 2024 to June 5, 2024, and that the deadline to serve invalidity contentions be extended from July 10, 2024, to August 21, 2024.

Having considered the Motion, and noting its joint nature, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline to comply with P.R. 3-1 and 3-2 in the above-captioned consolidated cases is **extended** up to and including **July 10, 2024**. It is further **ORDERED** that the deadline to comply with P.R. 3-3 and 3-4 in the above-captioned consolidated cases is **extended** up to and including **August 21, 2024**.

**So ORDERED and SIGNED this 17th day of May, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE