IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., § § *Plaintiff*, § § v. § CIVIL ACTION NO. 2:24-CV-00093-JRG § (LEAD CASE) HEWLETT PACKARD ENTERPRISE § COMPANY, § § *Defendant*. § | |
| v. § CIVIL ACTION NO. 2:24-CV-00094-JRG § (MEMBER CASE) INTERNATIONAL BUSINESS § MACHINES CORP., § § *Defendant*. | |

## ORDER NUNC PRO TUNC

The Court issues this Order Nunc Pro Tunc *sua sponte*. On May 17, 2024, this Court issued an Order (Dkt. No. 42) granting the Joint Motion to Extend Deadlines to Serve Infringement and Invalidity Contentions (Dkt. No. 41) filed by the parties. In the May 17, 2024 Order, the Court inadvertently switched the dates for the extended deadlines. Accordingly, the Court issues this Order Nunc Pro Tunc to correct only this typographical error and to restate in full substance the Court's Order (Dkt. No. 42); to-wit:

Before the Court is a Joint Motion to Extend Deadlines to Serve Infringement and Invalidity Contentions (the "Motion") filed by Plaintiff VirtaMove, Corp. ("VirtaMove") and Defendant International Business Machines Corp. and Defendant Hewlett Packard Enterprise Company ("Defendant"). (Dkt. No. 41.) In the Motion, the parties request that the deadline to serve

infringement contentions be extended from May 15, 2024 to June 5, 2024, and that the deadline to serve invalidity contentions be extended from July 10, 2024, to August 21, 2024.

Having considered the Motion, and noting its joint nature, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline to comply with P.R. 3-1 and 3-2 in the above-captioned consolidated cases is **extended** up to and including **June 5, 2024**. It is further **ORDERED** that the deadline to comply with P.R. 3-3 and 3-4 in the above-captioned consolidated cases is **extended** up to and including **August 21, 2024**.

**So Ordered this**
**May 22, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE