# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., <br>     Plaintiff, <br> v. <br> HEWLETT PACKARD ENTERPRISE COMPANY, <br>     Defendants. | § § § § § § § § § § § | Case No. 2:24-cv-00093-JRG <br> (Lead Case) <br><br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br>     Plaintiff, <br> v. <br> INTERNATIONAL BUSINESS MACHINES CORP., <br>     Defendants. | § § § § § § § § § § | Case No. 2:24-cv-00064-JRG <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT HPE'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Hewlett Packard Enterprise Company ("HPE") respectfully submits this Unopposed Motion to Extend the Deadline to Respond to Plaintiff's First Amended Complaint Against HPE ("First Amended Complaint") [Dkt. No. 40].

Plaintiff filed its First Amended Complaint on May 13, 2024. Currently, the deadline for HPE to respond to Plaintiff's First Amended Complaint is Tuesday, May 28, 2024. Fed. R. Civ. P. 15(a)(3). Given the federal holiday and the schedules of counsel, HPE respectfully requests a brief extension to respond to the First Amended Complaint until and including Friday, June 7, 2024.

This extension is not sought for purposes of delay, and HPE does not anticipate that this extension will affect any other expected deadlines in this case.

**HPE'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE ANSWER – Page 1**

Plaintiff is not opposed to the relief requested in this motion.

As such, HPE respectfully requests this Court grant an extension until and including Friday, June 7, 2024 for HPE to respond to Plaintiff's First Amended Complaint.

Respectfully submitted,

*/s/ Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
**HALTOM & DOAN**
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Tel: (903) 255-1000
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Katharine Mary Burke
**Baker Botts LLP - D.C.**
1299 Pennsylvania Ave NW #120
Washington, DC 20004
202.639.7700
Fax: 202.508.9301
Email: katharine.burke@bakerbotts.com

Douglas Mark Kubehl
Emily F. Deer
Morgan Grissum Mayne
**Baker Botts LLP - Dallas**
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
(214) 953-6500
Email: doug.kubehl@bakerbotts.com
Email: emily.deer@bakerbotts.com
Email: morgan.mayne@bakerbotts.com

Hien Khanh Lien
**Baker Botts LLP**
1001 Page Mill Road, Building One, Suite 200
Palo Alto, CA 94304
(650) 739-7563
Email: hlien@kramerlevin.com

*Attorneys for Hewlett Packard Enterprise Company*

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record are being served with a copy of this document via the Court's CM/ECF system on May 23, 2024.

*/s/ Jennifer H. Doan*
Jennifer H. Doan

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rule CV-7(h), counsel for Defendants conferred with counsel for Plaintiff on May 23, 2024. Plaintiff is not opposed to the relief requested in this motion.

*/s/ Jennifer H. Doan*
Jennifer H. Doan