# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP.,<br>　　　　Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:24-cv-00093-JRG<br>(Lead Case)<br><br><br>**JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP.,<br>　　　　Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:24-cv-00064-JRG<br>(Member Case)<br><br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendant Hewlett Packard Enterprise Company's ("HPE") Unopposed Motion to Extend the Deadline to File an Answer to Plaintiff's First Amended Complaint [Dkt. No. 40] ("Motion").

Having considered the Motion, and noting it is unopposed, the Court finds that the Motion should be and is **GRANTED**. Accordingly, it is **ORDERED** that HPE's deadline to respond to Plaintiff's First Amended Complaint [Dkt. No. 40] is **extended** up to and including Friday, June 7, 2024.

**ORDER** – Solo Page