# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> HEWLETT PACKARD ENTERPRISE § <br> COMPANY, § <br> § <br> *Defendant*. § | CIVIL ACTION NO. 2:24-CV-00093-JRG <br> (LEAD CASE) |
| v. § <br> § <br> INTERNATIONAL BUSINESS § <br> MACHINES CORP., § <br> § <br> *Defendant*. § | CIVIL ACTION NO. 2:24-CV-00094-JRG <br> (MEMBER CASE) |

## ORDER

Before the Court is Defendant Hewlett Packard Enterprise Company's ("HPE") Motion to Extend Deadline to Respond to Plaintiff's First Amended Complaint (the "Motion"). (Dkt. No. 44.) In the Motion, HPE requests that the deadline for HPE to respond to Plaintiff's First Amended Complaint be extended from May 28, 2024 to June 7, 2024 "[g]iven the federal holiday and the schedules of counsel." (*Id.*) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting that it is unopposed, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for HPE to respond to Plaintiff's First Amended Complaint is **extended** up to and including June 7, 2024.

**So ORDERED and SIGNED this 28th day of May, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE