UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, et al., <br><br> Defendants. | Case No. 2:24-cv-00093-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | Case No. 2:24-cv-00064-JRG <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff VitraMove Corp. ("Plaintiff") and Defendant International Business Machines Corp. ("IBM") (collectively, "the parties") hereby jointly move for a 10 calendar day extension of time for IBM to respond to Plaintiff's First Amended Complaint Against IBM ("First Amended Complaint") (Dkt. 39).

Plaintiff filed its First Amended Complaint on May 13, 2024 (Dkt. 39). Currently, the deadline for IBM to respond to the First Amended Complaint is Tuesday, May 28, 2024. Fed. R. Civ. P. 15(a)(3). Today, counsel for Plaintiff represented to IBM's counsel that Plaintiff intends to file a second amended complaint on May 29, 2024 (tomorrow) to correct the claim charts

1

attached to Plaintiff's First Amended Complaint. Dkt. 39 at Exs. 2, 4.  Accordingly, in order to allow Plaintiff an opportunity to make this correction before IBM files its response, the parties jointly and respectfully request a brief extension for IBM to respond to the First Amended Complaint until and including June 7, 2024.

This extension is not sought for purposes of delay, and the parties do not anticipate that this extension will affect any other expected deadlines in this case.

As such, the parties respectfully request this Court grant an extension until and including June 7, 2024 for IBM to respond to Plaintiff's First Amended Complaint.

May 28, 2024                                                     Respectfully submitted,

By: */s/ Peter Tong by permission Andrea L. Fair*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025

Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4925 Greenville Ave., Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*


By: */s/ Brandon H. Brown by permission Andrea L. Fair*

Todd M. Friedman (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: todd.friedman@kirkland.com

Brandon H. Brown
State Bar No. 266347
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500 Email: brandon.brown@kirkland.com

*Of Counsel*:

Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Defendant*
*International Business Machines Corp.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on May 28, 2024.

                                                */s/ Andrea L. Fair*
                                                Andrea L. Fair

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rule CV-7(h)-(i), counsel for each of the parties conferred on May 24 and 28, 2024. The parties jointly agree to the relief requested in this unopposed motion.

                                                */s/ Andrea L. Fair*
                                                Andrea L. Fair