# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, et al.,<br><br>Defendants. | Case No. 2:24-cv-00093-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>Defendant. | Case No. 2:24-cv-00064-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## ORDER

On this date the Court considered the Joint Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint (Dkt. 39). Based on the motion and the grounds set forth therein, and the agreement of the Parties in the motion, the Court finds that that the Motion should be and is **GRANTED**. Accordingly, it is **ORDERED** that IBM's deadline to respond to Plaintiff's First Amended Complaint (Dkt. 39) is extended up to and including June 7, 2024.

**IT IS SO ORDERED.**