IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> *Defendant*. | § § § § § § § § § § § § CIVIL ACTION NO. 2:24-CV-00093-JRG <br> (LEAD CASE) |
| v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> *Defendant*. | § § § § § § § CIVIL ACTION NO. 2:24-CV-00094-JRG <br> (MEMBER CASE) |

## ORDER

Before the Court is the Joint Motion to Extend Deadline to Respond to Plaintiff's First Amended Complaint (the "Motion") Plaintiff VirtaMove Corp. ("Plaintiff") and Defendant International Business Machines Corp. ("IBM"). (Dkt. No. 46.) In the Motion, the parties request that the deadline for IBM to respond to Plaintiff's First Amended Complaint be extended. (*Id.*) One day after the Motion was filed, Plaintiff filed its Second Amended Complaint against IBM. (Dkt. No. 47.) Accordingly, the Motion is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 31st day of May, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE