# EXHIBIT 15

## IN THE CANADIAN INTELLECTUAL PROPERTY OFFICE

**Serial No:** 2,481,613

**Inventor(s):** Rochette et al

**Applicant:** Trigence Corp.

**Title:** SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS

**Filed:** September 14, 2004

**File No:** 120-1 CA

Industry Industrie
Canada Canada

AM/J    Y/M/D
2004/11/24
330 - 04
D000248741

CIPO    OPIC

The Commissioner of Patents
Ottawa, Hull, Canada

November 22, 2004

Dear Sir:

Please find attached a revised petition in which inventor Rochette's residential address is now correctly identified.

Please discard the originally filed Petition and replace with the new, corrected Petition attached hereto.

**Please charge any required fees to Deposit Account No: 50-2810.**

Respectfully,

Neil Teitelbaum
Regn No: 4251

Encl.
/ewg

Teitelbaum & MacLean
Registered Patent Agents Limited
1187 Bank Street, Suite 201
Ottawa, Ontario
K1S 3X7

Tel: (613) 523-3784 Ext. 100
Fax: (613) 523-6799
Email: nt@patents.org
www.patents.org

120-1 CA

## PETITION FOR GRANT OF A PATENT

**1.**     The applicant, **ROCHETTE Donn; O'LEARY Paul; and HUFFMAN Dean,** whose full post office address is **3408 3 0ᵗʰ Avenue, Fenton, Iowa 50539, U.S.A.; 22 Pentland Crescent, Kanata, Ontario, Canada K2K 1V5**; and **13 Pelee Street, Kanata, Ontario, Canada K2M 2R4,** request the grant of a patent for an invention, entitled

### SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS

which is described and claimed in the accompanying specification.

~~2.       This application is a division of application number ____ filed in Canada on _____.~~

3.(1)    The applicant is the sole inventor.

**4.**     The applicant r equests p riority i n r espect o f t he a pplication o n t he basis of the following previously regularly filed application.

| Country of Filing: | Application No: | Filing Date: |
|---|---|---|
| U.S. | 60/502,619 | September 15, 2003 |
| U.S. | 60/512,103 | October 20, 2003 |

**5.**     The applicant appoints **Teitelbaum & MacLean, Registered Patent Agents Limited,** whose complete address in Canada is **1187 Bank Street, Ottawa, Ontario, Canada, K1S 3X7,** as the applicant's representative in Canada, pursuant to section 29 of the Patent Act.

**6.**     The applicant appoints **Teitelbaum & MacLean, Registered Patent Agents Limited,** whose complete address in Canada is **1187 Bank Street, Ottawa, Ontario, Canada, K1S 3X7,** as the applicant's representative in Canada, as the applicant's patent agent.

**7.**     The applicant believes that the applicant is e ntitled t o c laim s tatus a s a "small e ntity" a s defined under section 2 of the Patent Rules.

**8.**     The applicant requests that Figure number 1 of the drawings accompany the abstract when it is open to public inspection under section 10 of the Patent Act or published.

Signed at Ottawa, Canada, this **thirteenth day of September, 2004**.
Revised at Ottawa, Canada, this **twenty-second day of November, 2004.**

Teitelbaum & MacLean
Registered Patent Agents Limited

/ewg

Industry  Industrie
Canada   Canada

A/M/J     Y/M/D
2004/11/24
330 - 04
D000248742

CIPO    OPIC

November 3, 2010

**BLAKE, CASSELS & GRAYDON LLP**
2000 - 45 O'Connor Street
World Exchange Plaza
OTTAWA Ontario
K1P 1A4

| | | |
|---|---|---|
| Application No. | : | **2,481,613; 2,482,248; 2,544,943; 2,545,047; and 2,546,720** |
| Owner | : | TRIGENCE CORP. |
| Your File No. | : | **57555/3** |

Dear Madam,

Reference is made to your letter dated October 6, 2010.

According to Patent Office records, the abovementioned applications do not stand in the name of APPZERO CORP., therefore the assignment cannot be registered until the chain of title is made complete and the appropriate fees are submitted.

Should you require further information, please do not hesitate to contact the undersigned.

Yours truly,

Darlene Woodland
Patent Assignment Analyst
819-994-6228

Office de la Propriété
Intellectuelle
du Canada

Un organisme
d'Industrie Canada

Canadian
Intellectual Property
Office

An agency of
Industry Canada

CA 2481613 A1 2005/03/15

(21) **2 481 613**

(12) DEMANDE DE BREVET CANADIEN
CANADIAN PATENT APPLICATION

(13) A1

(22) Date de dépôt/Filing Date: 2004/09/14

(41) Mise à la disp. pub./Open to Public Insp.: 2005/03/15

(30) Priorités/Priorities: 2003/09/15 (60/502,619) US;
2003/10/20 (60/512,103) US

(51) Cl.Int.⁷/Int.Cl.⁷ G06F 15/16

(71) Demandeurs/Applicants:
ROCHETTE, DONN, US;
O'LEARY, PAUL, CA;
HUFFMAN, DEAN, CA

(72) Inventeurs/Inventors:
ROCHETTE, DONN, US;
O'LEARY, PAUL, CA;
HUFFMAN, DEAN, CA

(74) Agent: TEITELBAUM & MACLEAN

(54) Titre : SYSTEME PERMETTANT DE CONTENIR DES ENSEMBLES D'APPLICATION
(54) Title: SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS




(57) Abrégé/Abstract:
A system is disclosed having servers with operating systems that may differ, operating in disparate computing environments, wherein each server includes a processor and an operating system including a kernel a set of associated local system files compatible with the processor. This invention discloses a method of providing at least some of the servers in the system with secure, executable, applications related to a service, wherein the applications may be executed in a secure environment, wherein the applications each include an object executable by at least some of the different operating systems for performing a task related to the service. The method of this invention requires storing in memory accessible to at least some of the servers a plurality of secure containers of application software. Each container includes one or more of the executable applications and a set of associated system files required to execute the one or more applications, for use with a local kernel residing permanently on one of the servers. The set of associated system files are compatible with a local kernel of at least some of the plurality of different operating systems. The containers of application software exclude a kernel; and some or all of the associated system files within a container stored in memory are utilized in place of the associated local system files resident on the server.

 

CA 02481613 2004-09-14

Patent Doc                                                                                        120-1 CA

## SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS

### Field of the Invention

[1] The invention relates to computer software. In particular, the invention relates to management and deployment of server applications.

### Background of the Invention

[2] Computer systems are designed in such a way that application programs share common resources. It is traditionally the task of an operating system to provide a mechanism to safely and effectively control access to shared resources required by application programs. This is the foundation of multi-tasking systems that allow multiple disparate applications to co-exist on a single computer system.

[3] The current state of the art creates an environment where a collection of applications, each designed for a distinct function, must be separated with each application installed on an individual computer system.

[4] In some instances this separation is necessitated by conflict over shared resources, such as network port numbers that would otherwise occur. In other situations the separation is necessitated by the requirement to securely separate data such as files contained on disk-based storage and/or applications between disparate users.

[5] In yet other situations, the separation is driven by the reality that certain applications require a specific version of operating system facilities and as such will not co-exist with applications that require another version.

1

CA 02481613 2004-09-14

header navigation

Patent Doc                                                                    120-1 CA

[6] As computer system architecture is applied to support specific services, it inevitably requires that separate systems be deployed for different sets of applications required to perform and or support specific services. This fact, coupled with increased demand for support of additional application sets, results in a significant increase in the number of computer systems being deployed. Such deployment makes it quite costly to manage the number of systems required to support several applications.

[7] There are existing solutions that address the single use nature of computer systems. These solutions each have limitations, some of which this invention will address. Virtual Machine technology, pioneered by VmWare, offers the ability for multiple application/operating system images to effectively co-exist on a single compute platform. The key difference between the Virtual Machine approach and the approach described herein is that in the former an operating system, including files and a kernel, must be deployed for each application while the latter only requires one operating system regardless of the number of application containers deployed. The Virtual Machine approach imposes significant performance overhead. Moreover, it does nothing to alleviate the requirement that an operating system must be licensed, managed and maintained for each application. The invention described herein offers the ability for applications to more effectively share a common compute platform, and also allow applications to be easily moved between platforms, without the requirement for a separate and distinct operating system for each application.

[8] A product offered by Softricity, called SoftGrid®, offers what is described as Application Virtualization. This product provides a degree of separation of an application from the underlying operating system. Unlike Virtual Machine technology a separate operating system is not required for each application. The SoftGrid® product does not isolate applications into distinct environments. Applications executing within a SoftGrid® environment don't possess a unique identity.

[9] This invention provides a solution whereby a plurality of services can conveniently be installed on one or more servers in a cost effective and secure manner.

CA 02481613 2004-09-14

Patent Doc                                                                    120-1 CA

[10]    The following definitions are used herein:

[11]    •Disparate computing environments: Environments where computers are stand-alone
or where there are plural computers and where they are unrelated.

[12]    •Computing platform: A computer system with a single instance of a fully functional
operating system installed is referred to as a computing platform.

[13]    •Container: An aggregate of files required to successfully execute a set of software
applications on a computing platform is referred to as a container. A container is not a
physical container but a grouping of associated files, which may be stored in a plurality of
different locations that is to be accessible to, and for execution on, one or more servers. Each
container for use on a server is mutually exclusive of the other containers, such that
read/write files within a container cannot be shared with other containers. The term "within a
container", used within this specification, is to mean "associated with a container".  A
container comprises one or more application programs including one or more processes, and
associated system files for use in executing the one or more processes; but containers do not
comprise a kernel; each container has its own execution file associated therewith for starting
one or  more applications. In operation, each container utilizes a kernel resident on the server
that is part of the operating system (OS) the container is running under to execute its
applications.

[14]    •Secure application container: An environment where each application set appears to
have individual control of some critical system resources and/or where data within each
application set is insulated from effects of other application sets is referred to as a secure
application container.

[15]    •Consolidation: The ability to support multiple, possibly conflicting, sets of software
applications on a single computing platform is referred to as consolidation.

3

CA 02481613 2004-09-14

Patent Doc                                                                     120-1 CA

[16]    • System files: System files are files provided within an operating system and which are available to applications as shared libraries and configuration files.

[17]    By way of example, Linux Apache uses the following shared libraries, supplied by the OS distribution, which are "system" files.

[18]    /usr/lib/libz.so.1

[19]    /lib/libssl.so.2

[20]    /lib/libcrypto.so.2

[21]    /usr/lib/libaprutil.so.0

[22]    /usr/lib/libgdbm.so.2

[23]    /lib/libdb-4.0.so

[24]    /usr/lib/libexpat.so.0

[25]    /usr/lib/libapr.so.0

[26]    /lib/i686/libm.so.6

[27]    /lib/libcrypt.so.1

[28]    /lib/libnsl.so.1

[29]    /lib/libdl.so.2

[30]    /lib/i686/libpthread.so.0

[31]    /lib/i686/libc.so.6

[32]    /lib/ld-linux.so.2

[33]    Apache uses the following configuration files, also provided with the OS distribution:

[34]    /etc/hosts

[35]    /etc/httpd/conf

[36]    /etc/httpd/conf.d

[37]    /etc/httpd/logs

[38]    /etc/httpd/modules

[39]    /etc/httpd/run

[40]    By way of example, together these shared library files and configuration files form system files provided by the operating system.  There may be any number of other files

4

CA 02481613 2004-09-14

Patent Doc                                                                   120-1 CA

included as system files.  Additional files might be included, for example, to support
maintenance activities or to start other network services to be associated with a container.

## Summary of the Invention

[41]    In a system having a plurality of servers with operating systems that differ, operating
in disparate computing environments, wherein each server includes a processor and an
operating system including a kernel a set of associated local system files compatible with the
processor, a method is provided for providing at least some of the servers in the system with
secure, executable, applications related to a service, wherein the applications may be
executed in a secure environment, wherein the applications each include an object executable
by at least some of the different operating systems for performing a task related to the
service. The method comprises the steps of:

[42]    storing in memory accessible to at least some of the servers a plurality of secure
containers of application software, each container comprising one or more of the executable
applications and a set of associated system files required to execute the one or more
applications, for use with a local kernel residing permanently on one of the servers; wherein
the set of associated system files are compatible with a local kernel of at least some of the
plurality of different operating systems, the containers of application software excluding a
kernel, and wherein some or all of the associated system files within a container stored in
memory are utilized in place of the associated local system files resident on the server prior
to said storing step.


[43]    In accordance with another aspect of the invention a computer system is provided for
performing a plurality of tasks each comprising a plurality of processes comprising:

[44]    a plurality of secure stored containers of associated files accessible to, and for
execution on, one or more servers, each container being mutually exclusive of the other, such
that read/write files within a container cannot be shared with other containers, each container
of files having its own unique identity associated therewith, said identity  comprising at least
one of an IP address, a host name, and a MAC address; wherein, the plurality of files within
each of the plurality of containers comprise one or more application programs including one
or more processes, and associated system files for use in executing the one or more

CA 02481613 2004-09-14

Patent Doc                                                                    120-1 CA

processes, each container having its own execution file associated therewith for starting one
or more applications, in operation, each container utilizing a kernel resident on the server
and wherein each container exclusively uses a kernel in an underlying operation system in
which it is running and is absent its own kernel; and, a run time module for monitoring
system calls from applications associated with one or more containers and for providing
control of the one or more applications.

[45]    In accordance with a broad aspect, the invention provides a method of establishing a
secure environment for executing, on a computer system, a plurality of applications that
require shared resources.  The method involves, associating one or more respective software
applications and required system files with a container. A plurality of containers have these
containerized files within.

[46]    Containers residing on or associated with a respective server each have a resource
allocation associated therewith  to allow the at least one respective application or a plurality
of applications residing in the container to be executed on the computer system according to
the respective resource allocation without conflict with other applications in other containers
which have their given set of resources and settings.

[47]    Containers, and therefore the applications within containers, are provided with a
secure environment from which to execute. In some embodiments of the invention, each
group of applications is provided with a secure storage medium.

[48]    In some embodiments of the invention the method involves containerizing the at least
one respective application associated respective secure application container, the respective
secure application container being storable in a storage medium.

[49]    In some embodiments of the invention, groups of applications are containerized into a
single container for creating a single service. By way of example applications such as
Apache, MySql and PHP may all be grouped in a single container for supporting a single
service, such as a web based human resource or customer management type of service.

CA 02481613 2004-09-14

Patent Doc                                                                     120-1 CA

[50]    In some embodiments of the invention, the method involves exporting one or more of the respective secure application containers to a remote computer system.

[51]    In an embodiment of the invention, each respective secure application container has data files for the at least one application within the respective secure application container.

[52]    The method involves making the data files within one of the respective secure application containers inaccessible to any respective applications within another one of the secure application containers.

[53]    In embodiments of the invention, all applications within a given container have their own common root file system exclusive thereto and unique from other containers and from the operating system's root file system.

[54]    In embodiments of the invention, a group of applications within a single container share a same IP address, unique to that container.

[55]    Hence in some embodiments of the invention a method is provided for associating a respective IP address for a group of applications within a container.

[56]    In some embodiments of the invention, for each container of applications, the method involves associating resource limits for all applications within the container.

[57]    In some embodiments of the invention, for each group of the plurality of groups of applications, for example, for each container of applications and system files, the method involves associating resource limits comprising any one or more of limits on memory, CPU bandwidth, Disk size and bandwidth and Network bandwidth for the at least one respective application associated with the group.

CA 02481613 2004-09-14

Patent Doc                                                          120-1 CA

[58]    For each secure application container, the method involves determining whether resources available on the computer system can accommodate the respective resource allocation associated with the group of applications comprising the secure application container.

[59]    By way of example, when a container is to be placed on a platform comprising a computer and an operating system (OS) a check is done to ensure that the computer can accommodate the resources required for the container.  Care is exercised to ensure that the installation of a container will not overload the computer. For example, if the computer is using 80% of its CPU capacity and installing the container will increase its capacity past 90% the container is not installed.

[60]    If the computer system can accommodate the respective resource allocation associated with the group of applications forming the secure application container, the secure application container is exported to the computer system.

[61]    Furthermore, in another embodiment, if one or more secure application containers are already installed on the computer system, the method involves determining whether the computer system has enough resources available to accommodate the one or more secure application containers are already installed in addition to the secure application container being exported.

[62]    If there are enough resources available, the resources are distributed between the one or more secure application containers and the secure application container being exported to provide resource control.

[63]    In some embodiments of the invention, in determining whether resources available on the computer system to accommodate the respective resource allocation, the method involves verifying whether the computer system supports any specific hardware required by the secure application container to be exported. Therefore, a determination can be made as whether any specific hardware requirements of the applications within a container are supported by the

8

CA 02481613 2004-09-14

Patent Doc                                                                                    120-1 CA

server into which the container is being installed. This is somewhat similar to the
abovementioned step wherein a determination is made as to whether the server has sufficient
resources to support a container to be installed.

[64]    In some embodiments of the invention, for each group of applications within a
container, in associating a respective resource allocation with the group, the method involves
associating resource limits for the at least one respective application associated with the
group.

[65]    More particularly, the method also involves, during execution on the computer
system:
[66]    monitoring resource usage of the at least one respective application associated with
the group;
[67]    intercepting system calls to kernel mode, made by the at least one respective
application associated with the group of applications from user mode to kernel mode;
[68]    comparing the monitored resource usage of the at least one respective application
associated with the group with the resource limits;
[69]    and forwarding the system calls to a kernel on the basis of the comparison between
the monitored resource usage and the resource limits.

[70]    The above steps define that the resource limit checks are done by means of a system
call intercept, which is, by definition, a hardware mechanism where an application in user
mode transitions to kernel code executing in a protected mode, i.e. kernel mode.  Therefore,
the invention provides a mechanism whereby certain, but not all system calls are intercepted;
and wherein operations specific to the needs of a particular container are performed, for
example,  checks determines if limits may have been exceeded,  and then allows the original
system to proceed.

[71]    Furthermore, in some instances a modification may be made to what is returned to the
application; for example, when a system call is made to retrieve the IP address or hostname.
The system in accordance with an embodiment of this invention may choose to return a

Patent Doc                                                                         120-1 CA

container specific value as opposed to the value that would have otherwise been normally returned by the kernel. This intervention is termed "spoofing" and will be explained in greater detail within the disclosure.

**Brief Description of the Drawings**

[72]    Exemplary embodiments may be envisaged without departing from the spirit and scope of the invention.

[73]    Figure 1 is a schematic diagram illustrating a containerized system in accordance with an embodiment of this invention.

[74]    Figure 2 is a schematic diagram illustrating a system wherein secure containers of applications and system files are installed on a server in accordance with an embodiment of the invention.

[75]    Figure 3 is a pictorial diagram illustrating the creation of a container.

[76]    Figure 4 is a diagram illustrating how a container is assigned a unique identity such as IP address, Hostname, and MAC address and introduces the "kernel module" which is used to handle system calls.

[77]    Figure 5 is a diagram similar to Figure 4, wherein additional configuration data is provided.

[78]    Figure 6 is a diagram illustrating a system wherein the containers are secure containers.

[79]    Figure 7 is a diagram introducing the sequencing or order in which applications within a container are executed.

CA 02481613 2004-09-14

Patent Doc                                                                                    120-1 CA

[80]     Figure 8 is a diagram illustrating the relationship between the storage of container system files and container configuration data for a plurality of secure containers which may be run on a particular computer platform.

[81]     Figure 9 is a diagram that illustrates the installation of a container on a server.

[82]     Figure 10 is a diagram that illustrates the monitoring of a number of applications and state information.

[83]     Figure 11 is a diagram which shows that the container creation process includes the steps to install the container and validate that applications associated with the container are functioning properly.

[84]     Figure 12 is a schematic diagram showing the operation of the invention, according to an embodiment of the invention.

[85]     Figure 13 is a schematic diagram showing software application icons collected in a centralized file storage medium and a remote computing platform icon, according to another embodiment of the invention.

[86]     Figure 14 is a screen snapshot of an implementation according to the schematic of Figure 13.

[87]     Figure 15 is a flow chart of a method of initializing icons of Figure 14.

[88]     Figure 16 is a flow chart of a method of installing a software application on a computing platform in response to a drag and drop operation of Figure 14; and,

[89]     Figure 17 is a flow chart of a method of de-installing a software application from a computing platform in response to a drag and drop operation of Figure 13.

11

CA 02481613 2004-09-14

Patent Doc                                                                120-1 CA

**Detailed Description**

[90]    Turning now to Figure 1, a system is shown having a plurality of servers 10a, 10b.
Each server includes a processor and an independent operating system.  Each operating
system includes a kernel 12, hardware 13 in the form of  a processor  and a set of associated
system files, not shown.  Each server with an operating system installed is capable of
executing a number of application programs. Unlike typical systems, containerized
applications are shown on each server having application programs 11a, 11b and related
system files 11c. These system files are used in place of system files such as library and
configuration files present typically used in conjunction with the execution of applications.

[91]    Figure 2 illustrates a system in accordance with the invention in which multiple
applications 21a, 21b, 21c, 21d, 21e, and 21f can execute in a secure environment on a single
server. This is made possible by associating applications with secure containers 20a, 20b and
20c. Applications are segregated and execute with their own copies of files and with a unique
identity.  In this manner multiple applications may contend for common resources and utilize
different versions of system files.  Moreover, applications executing within a secure
container can co-exist with applications that are not associated with a container, but which
are associated with the underlying operating system.

[92]    Containers are created through the aggregation of application specific files. A
container contains application and data files for applications that provide a specific service.
Examples of specific services include but are not limited to CRM (Customer Relation
Management) tools, Accounting, and Inventory.

[93]    The Secure application containers 20a, 20b and 20c are shown in Figure 2 in which
each combines un-installed application files on a storage medium or network, application
files installed on a computer, and system files. The container is an aggregate of all files
required to successfully execute a set of software applications on a computing platform. In
embodiments of the invention, containers are created by combining application files with
system files.

12

CA 02481613 2004-09-14

. Patent Doc                                                                                    120-1 CA

[94]    The containers are output to a file storage medium and installed on the computing
platforms from the file storage medium. Each container contains application and data files for
applications that together provide a specific service. The containers are created using, for
example, Linux, Windows and Unix systems and preferably programmed in C and C++;
however, the invention is not limited to these operating systems and programming languages
and other operating systems and programming language may be used. An application set is a
set of one or more software applications that support a specific service. As shown in the
figures, which follow, application files are combined with system files to create a composite
or container of the files required to support a fully functional software application.

[95]    Referring now to Figure 3 the creation of a container is illustrated from the files used
by a specific application and user defined configuration information.  The required files can
be captured from an existing computer platform 32 where an application of interest is
currently installed or the files can be extracted from install media or package files 30. Two
methods of container creation will be described hereafter.

[96]    Figure 4 illustrates a system having two secure containers 20a 20b, each provided
with a unique identity. This allows, for example, other applications to locate a containerized
service in a consistent manner independent of which computer platform the containerized
service is located on.  Container configuration data, collected from a user or user-defined
program, is passed to services resident on a computer platform 40 hosting containers.  One
embodiment shows these services implemented in a kernel module 43.  The configuration
information is transferred one time when the container is installed on a platform.  The type of
information required in order to provide an application associated with a container a unique
identity includes items such as an IP address, MAC address and hostname.  As applications
execute within a container 20a, 20b environment system calls are intercepted, by the kernel
module 43 passing through services installed as part of this invention, before being passed on
to the kernel.  This system call intercept mechanism allows applications to be provided with
values that are container specific rather than values that would otherwise be returned from
the kernel by "spoofing" the system.

CA 02481613 2004-09-14

Patent Doc                                                               120-1 CA

[97]    As introduced heretofore, "spoofing" is invoked when a system call is made. Instead
of returning values ordinarily provided by the operating system's kernel a module in
accordance with this invention intervenes and returns container specific values to the
application making the system call.  By way of example, when an application makes the
'uname' system call, the kernel returns values for hostname, OS version, date, time and
processor type.  The software module in accordance with this invention intercepts the system
call and causes the application to see kernel defined values for date, time and processor type;
however, the hostname value is purposely changed to one that is container specific.  Thus,
the software has 'spoofed' the 'uname' system call to return a container specific hostname
value rather than the value the kernel would ordinarily return.  This same "spoofing"
mechanism applies to system calls that return values such as MAC address, etc.  A similar
procedure exists for network related system calls, such as bind.  For other system calls, such
as fork and exit (create and delete a new process) the software does not alter what is returned
to the application from the kernel; however, the system records that an operation has
occurred, which results in the system call intercept of fork not performing any spoofing. The
fork call is intercepted for purposes of tracking container-associated activity.

[98]    By way of example, if a process within a container creates a new process, by making
a fork system call, the new process would be recorded as a part of the container that created
it.

[99]    System calls are intercepted to perform the following services:

[100]   tracking applications, for example a tracking of which applications are in and out of a
specific container;

[101]   spoofing particular values returned by the kernel;

[102]   applying resource checks and imposing resource limits;

[103]   monitoring whether an application is executing as expected,  retrieving application
parameters; and, which applications are being used,  by who and for how long; and,

[104]   retrieving more complex application information including information related to
which files have been used, which files have been written to, which sockets have been used

CA 02481613 2004-09-14

Patent Doc                                                                   120-1 CA

and information related to socket usage, such as the amount of data transferred through a
given socket connection.

[105]   Container configuration includes the definition of hardware resource usage, as
depicted in Figure 5 including the amount of CPU, memory, network bandwidth and disk
usage required to support the applications to be executed in association with the container
20a or 20b.  These values can be used to determine resource requirements for a given
compute platform 40.  They can also be used to limit the amount of hardware resources
allocated to applications associated with a container.  Values for hardware resources can be
defined by a user 51 when a container is created.  They can be modified after container
creation.  It is also possible for container runtime services to detect the amount of resources
utilized by applications associated with a container.  In the automatic detection method
values for hardware resources are updated when the container is removed from a compute
platform.  The user-defined values can be combined with auto-detected values as needed.  In
this model a user defines values that are then modified by measured values and updated upon
container removal.

[106]   It can be seen from Figure 6 that each application executing associated with a
container 20a or 20b, or contained within a container 20a or 20b, is able to accesses files that
are dedicated to the container.  Applications with a container association, that is, applications
contained within a container, are not able to access the files provided with the underlying
operating system of the compute platform 40 upon which they execute.  Moreover,
applications with a container 20a association are not able to access the files contained in
another container 20b.

[107]   When a container 20a or 20b is installed specific applications are started, as is shown
in Figure 7 and container configuration information defines how applications 71, 72 are
started.  This includes the definition of a first program to start when a container is installed
on a compute platform 40.  The default condition, if not customized for a specific container,
will start a script that in turn runs other scripts.  A script associated with each application is
provided in the container file system.  The controller script 73, delineating the first

CA 02481613 2004-09-14

Patent Doc                                                            120-1 CA

application started in the container, runs each application specific script in turn.  This allows for any number of applications to be started with a container association.

[108]  Special handling is required to start the first application such that it is associated with a container.  Subsequent applications and processes created, as a result of the first application, will be automatically associated with the container.  The automatic association is done through tracking mechanisms based on system call intercept.  These are contained in a kernel module 43 in one embodiment of the invention.  For example, fork, exit and wait system calls are intercepted such that container association can be applied to applications.

[109]  The first application started when a container is installed, is associated with the container by informing the system call intercept capabilities, embodied in the kernel module, shown in Figure 7, that the current process is part of the container.  Then, the application 71 is started by executing the application as part of the current process.  In this way, the first application is started in the context of a process that has been associated with the container.

[110]  A container has a physical presence when not installed on a compute platform 40.  It is described as residing on a network accessible repository.  As is shown in Figure 8, a container has a physical presence in two locations 82, 84; or stated differently, the files associated with a container have a physical presence in two locations 82, 84. The files used by applications associated with a container reside on a network file server 82.  Container configuration is managed by a controller. The configuration state is organized in a database 84 used by the controller.  A container then consists of the files used by applications associated with the container and configuration information.  Configuration information includes those values which provide a container with a unique identity, for example a unique IP address, MAC address, name, etc., and which describe how a container is installed, starts a first application and shuts down applications when removed.

[111]  In a first embodiment all files are exclusive.  That is, each container has a separate physical copy of the files required by applications associated with the container.  In future embodiments any files that is read-only will be shared between containers.

16

CA 02481613 2004-09-14

Patent Doc                                                                      120-1 CA

[112]   When a container is installed on a compute platform the files used by applications associated with the container and container specific configuration information elements are combined.  Figure 9 shows that the files 82a, 84a are either copied, physically placed on storage local to the compute platform 40, or they are mounted from a network file storage server. When container files are mounted no copy is employed.

[113]   Configuration information is used to direct how the container is installed.  This includes operations such as describing the first application to be started, mount the container files, if needed, copy files, if needed and create an IP address alias.

[114]   Container information is also used to provide the container with a unique identity, such as IP address, MAC address and name.  Identity information is passed to the system call intercept service, shown as part of a kernel module 43 in Figure 9.

[115]   As the software application associated with or contained in a container is executed it is monitored through the use of system call intercept.  Figure 10 shows that a number of operations are monitored.  State information relative to application behavior is stored in data structures managed by the system call intercept capabilities.  The information gathered in this manner is used to track which processes are associated with a container, their aggregate hardware resource usage and to control specific values returned to the application.  Hardware resource usage includes CPU time, memory, file activity and network bandwidth.

[116]   Figure 3 illustrates container creation.  The result of container creation is the collection of files required by applications associated with the container and the assembly of container specific configuration information.  Container files include both those files provided by an operating system distribution and those files provided by an application install media or package file.

[117]   These files can be obtained by using a compute platform upon which the application of interest has been installed.  In this case the files are copied from the existing platform.

17

CA 02481613 2004-09-14

Patent Doc                                                                    120-1 CA

Alternatively, a process where the files from the relative operating system distribution are used as the container files, the container is installed on a compute platform an then application specific files are applied from applicable install media or package file. The result in either case is the collection of all files needed by applications associated with the container onto a network accessible repository.

[118]   Container specific configuration information is assembled from user input. The input can be obtained from forms in a user interface, or programmatically through scripting mechanisms.

[119]   Two methods of container creation are provided and either of the two can be utilized, depending upon particular circumstances. In a first method of container creation a "skeleton" file system is used. This is a copy of the system files provided with a given operating system (OS) distribution. The skeleton file system is placed on network storage, accessible to other servers. The skeleton file system includes the OS provided system files before an application is installed. A container is created from this skeleton file system. Subsequently, a user logs into the container and installs applications as needed. Most installations use a service called ssh to login to the system which is used to log into a container.

[120]   Referring once again to Figure 3, applications may come from third party installation media on CDROM, package files 30, or as downloads from a web site, etc. Once installed in the container the applications become unique to the container in the manner described way that has been described heretofore.

[121]   The second method employed to create a container file system uses an existing server, for example a computer or server already installed in a data center. This is also shown in Figure 3. The applications of interest may have been installed on an existing server before the introduction of the software and data structures in accordance with this invention. Files are copied from the existing server 32, including system files and application specific files to network storage. Once the files are copied from the existing server a container is created from those files.

18

CA 02481613 2004-09-14

Patent Doc                                                          120-1 CA

[122]   The description of the two methods above differs in that in one instance the container creation begins with the system files only.  The container is created from the system files and then the applications and required files are added and later installed.  In the second instance, which is simpler, both system and application files are retrieved, together, from an existing server, and then the container is created.  In this manner, the container file system comprises the application and system files.

[123]   Once a set of files that are retrieved for creating a container, for example system files only or system and application files, a subset of the system files are modified.  The changes made to this subset are quite diverse.  Some examples of these changes are:

[124]   modifying the contents a file to add a container specific IP address;

[125]   modifying the contents of a directory to define start scripts that should be executed;

[126]   modifying the contents of a file to define which mount points will relate to a container;

[127]   removing certain hardware specific files that are not relevant in the container context, etc., dependent upon requirements.

[128]   In some embodiments of the invention, the method involves copying the application specific files, and related data and configuration information to a file storage medium.

[129]   This may be achieved with the use of a user interface in which application programs are displayed and selected for copying to a storage medium. In some embodiments of the invention, the application specific files, and related data and configuration information are made available for installation into secure application containers on a remote computer system.

[130]   In some embodiments of the invention, the method involves installing at least one of the pluralities of applications in a container's own root file system.

19

Patent Doc                                                                                           120-1 CA

[131]   In summary, the invention involves combining and installing at least one application along with system files or a root file system to create a container file system. A container is then created from a container file system and container configuration parameters.

[132]   A resource allocation is associated with the secure application container for at least one respective application containerized within the secure application container to allow the at least one respective application containerized within the secure application container to be executed on the computer system without conflict with other applications containerized within other secure application containers.

[133]   Thus, a container has an allocation of resources associated with it to allow the application within the container to be executed without contention.

[134]   This allocation of resources is made during the container configuration as a step in creating the container.  An active check for resource allocation against resources available is performed.  Containerized applications may run together within a container; and, non-containerized applications may run outside of a container context on a same computer platform.

[135]   Drag and Drop Application Management

[136]   Another aspect of this relates to software that manages the operation of a data center.

[137]   There has been an unprecedented proliferation of computer systems in the business enterprise sector. This has been a response to an increase in the number and changing nature of software applications supporting key business processes. Management of computer systems required to support these applications has become an expensive proposition. This is partially due to the fact that each of the software applications are in most cases hosted on an independent computing platform or server. The result is an increase in the number of systems to manage.

CA 02481613 2004-09-14

Patent Doc                                                                                          120-1 CA

[138]   An aspect of this invention provides a method of installing a software application on a computing platform. The terms computing platform, server and computer are used interchangeably throughout this specification. The method in accordance with this aspect of the invention includes displaying a software application icon representing the software application and a computing platform icon representing the computing platform.

[139]   In operation, a selection of the software application for installation is initiated using the software application icon; and a selection of the computing platform to which the software application is to be installed is initiated using the computing platform icon. Installation of the selected software application is then initiated on the selected computing platform.

[140]   The computing platform may be a remote computing platform. In some embodiments, the selection of the software application is received with the use of a graphical user interface in response to the software application icon being pointed to using a pointing device.

[141]   In a preferred embodiment of the invention, the pointing device is a mouse and the selection of the computing platform is received in response to the software application icon being dragged over the computing platform icon and the software application icon being dropped. The installation of the selected software application on the selected computing platform is initiated in response to the software application icon being dropped over the computing platform icon.

[142]   Within this specification reference to drag and drop has a conventional meaning of selecting an icon and dragging it across the screen to a target icon; notwithstanding, selecting a first icon and then pointing to a target icon, shall have a same meaning and effect throughout this specification. Relatively moving two icons is meant to mean moving one icon toward another.

[143]   In some embodiments, upon initialization, the selected computing platform is tested to determine whether it is a valid computing platform.

CA 02481613 2004-09-14

Patent Doc                                                                                    120-1 CA

[144]   In some embodiments, upon initialization, a user account is created for the selected software application.

[145]   In some embodiments, upon initialization, files specific to the selected application software are installed on the selected computing platform.

[146]   In some embodiments, upon initialization, file access permissions are set to allow a user to access the application.

[147]   In some embodiments, upon initialization, a console on the selected computing platform is updated with information indicating that the selected software application is resident on the selected computing platform.

[148]   In accordance with another broad aspect, the invention provides a method of de-installing a software application from a computing platform comprising the steps of displaying a software application icon representing the software application and a computing platform icon representing the computing platform on which the software application is installed. A selection of the software application for de-installation using the software application icon is received. A selection of the computing platform from which the software application is to be de-installed using the computing platform icon is also received. De-installation of the selected software application from the selected computing platform is then initiated.

[149]   The computing platform may be a remote computing platform.

[150]   In some embodiments, the displaying comprises displaying the software application as being installed on the computing platform with the use of the software application icon and the computing platform icon.

22

CA 02481613 2004-09-14

.Patent Doc                                                                    120-1 CA

[151]   In some embodiments, the selection of the software application is received with the use of a graphical user interface in response to the software application icon being pointed to using a pointing device.

[152]   In some embodiments, the pointing device is a mouse.

[153]   In some embodiments, the selection of the computing platform is in response to the software application icon being dragged away from the computing platform icon and the software application icon being dropped.

[154]   In some embodiments, upon initialization, the selected computing platform is tested to determine whether it is a valid computing platform for de-installation of the software application.

[155]   In some embodiments, upon initialization, any process associated with the selected software application is stopped.

[156]   In some embodiments, upon initialization, data file changes specific to the software application are copied back to a storage medium from which the data file changes originated prior to installation.

[157]   In some embodiments, upon initialization, a user account associated with the selected software application is removed.

[158]   In some embodiments, upon initialization, a console on the computing platform is updated with information indicating that the selected software application is no longer resident on the selected computing platform.

[159]   The invention provides a GUI (Graphical User Interface) adapted to perform any of the above method steps for installation or de-installation.

23

CA 02481613 2004-09-14

, Patent Doc                                                                                      120-1 CA

[160]   The invention provides a GUI adapted to display a software application icon
representative of a software application available for installation and display a computing
platform icon representative of a computing platform.

[161]   The GUI is responsive to a selection of the software application icon and the
computing platform icon by initiating installation of the software application on the
computing platform. The invention provides a GUI adapted to display a software application
icon representative of a software application and display a computing platform icon
representative of a computing platform, the GUI being responsive to a selection of the
software application icon and the computing platform icon by initiating de-installation of the
software application from the computing platform.

[162]   The GUI is adapted to display a software application icon representative of a software
application installed on a computing platform, the GUI being responsive to a selection of the
software application icon by initiating de-installation of the software application from the
computing platform.

[163]   Selection can be made using a drag and drop operation.

[164]   The method of de-installation includes displaying a software application icon
representing the software application installed on a computing platform. A selection of the
software application for de-installation from the computing platform is received using the
software application icon. The de-installation of the selected software application from the
computing platform is then initiated. In some embodiments, the selection of the application
icon is in response to the software application icon being dragged away. In some
embodiments, the de-installation of the selected software application from the computing
platform is initiated in response to the software application icon being dropped.

[165]   Accordingly, the invention relates, in part to methods of installing and removing
software applications through a selection such as, for example, a graphical drag and drop
operation. In some embodiments of the invention, functions of the GUI support the ability to

24

CA 02481613 2004-09-14

Patent Doc                                                                                    120-1 CA

select an object, move it and initiate an operation when the object is placed on a specific destination. This process has supported operations including the copy and transfer of files. Some embodiments of the invention extend this operation to allow software applications, represented by a graphical icon, to be installed in working order following a drag and drop in a graphical user interface.

[166]   The following definitions are used herein:

[167]   Storage repository: A centralized disk based storage containing application specific files that make up a software application.

[168]   GUI (Graphical User Interface): A computer-based display that presents a graphical interface by which a user interacts with a computing platform by means of icons, windows, menus and a pointing device is referred to as a GUI.

[169]   Icon: An icon is an object supported by a GUI. Normally an icon associates an image with an object that can be operated on through a GUI.

[170]   Aspects of the invention include:
[171]   •GUI supporting drag and drop operations
[172]   •Icons
[173]   •Storage medium
[174]   •Console
[175]   •Network connections
[176]   •One or more computing platforms

[177]   While software applications are represented as graphical icons, they are physically contained in a storage medium. Such a storage medium consists, for example, of disk-based file storage on a server accessible through a network connection. A computing platform is a computer with an installed operating system capable of hosting software applications.

25

CA 02481613 2004-09-14

Patent Doc                                                                          120-1 CA

[178]   When a software application icon is "dropped" on a computing platform the applications associated with the icon are installed in working order on the selected platform. The computing platform is generally remote with respect to either the platform hosting the graphical interface or the server hosting the storage medium. This topology is not strictly required, but rather a likely scenario.

[179]   Referring to Figure 12, shown is a schematic showing the operation of an aspect of the invention, according to an embodiment of the invention.

[180]   A graphical icon representing a specific software application is displayed through a graphical user interface. Also displayed is an icon representing a remote computing platform upon which a software application can be hosted. Only one computing platform icon is shown; however, it is to be understood that several computing platform icons each representing a respective remote or local computing platform may also be displayed. Similarly, several software application icons may be displayed depending on the number of software applications available. The software application is selected, through the use of a graphical user interface, by pointing to its software application icon and using a mouse click (or other pointing device). The software application icon is dragged over top of the remote computing platform icon and dropped. The drop initiates the operation of installing software applications on the remote computing platform.

[181]   Referring to Figure 13, shown is a schematic diagram illustrating software application icons collected in a centralized file storage medium and a remote computing platform icon, according to another embodiment of the invention. The software applications icons collected in the file storage medium, as shown, are graphical icons each representing respective software applications, which are entries in the file storage medium. The computing platform icon represents a computing platform available to host any one or more of the software applications represented by the software icons. When one of the software application icons is selected, dragged, and dropped on a computing platform icon the respective software applications installed on the remote computing platform corresponding to the computing platform icon.

26

CA 02481613 2004-09-14

Patent Doc                                                                                      120-1 CA

[182]   Referring to Figure 14, a screen snapshot of an implementation is shown according to
the schematic of Figure 13. The screen snap shot shows, as an example implementation,
software application and computing platform icons. Available software applications
corresponding to software application icons ClearCase_Liserver, ClearCase_Registry &
Samba2_clone are grouped under the heading "OFFLINE". Computing platforms available
to host software applications are featured under the heading "Data Center" and are
represented by computing platform icons dell8xx, dell9p, pts2 & pts6.

[183]   Operations involve selecting a software application icon, dragging it over a candidate
computing platform icon and releasing, or dropping it on the computing platform icon. The
selected software application will then be installed in working order on the selected
computing platform. The reverse is true for removal of a software application from a selected
computing platform. De-installation is accomplished by selecting an application installed on
a compute platform and dragging to the repository. The application in question is shown to
be associated with a compute platform in graphical fashion. In one embodiment, as shown in
Figure 14, applications are associated with a compute platform in hierarchical order, or in a
tree view. An application connected to a compute platform as root in a tree view is selected
and dropped onto the repository. This initiates the de-install operation.

[184]   Referring to Figure 15, shown is a flow chart of a method of initializing the icons of
Figure 14. An icon such as a computing platform icon or software application icon is created
as a GUI (Graphical User Interface) object. Drop handler operations are then associated to
the computing platform icon. In particular, any operation required for installation is
associated with the icon.

[185]   With reference to Figures 12 to 14, the installation process is initiated by a drag and
drop of a software application icon, from a storage medium, to a top of a computing platform
icon. An install drop handler implements the installation of the software application. The
install drop handler performs several tasks on the destination computing platform, which:

27

CA 02481613 2004-09-14

Patent Doc                                                                        120-1 CA

[186]   •Tests whether the computing platform is a valid computing platform;

[187]   •Creates a user account for the software application;

[188]    •Installs application specific files so that they are accessible to the remote computing
platform;

[189]   •Sets file access permissions such that a new user can access its applications;

[190]   •Starts a first application; and

[191]   •Updates a console showing that the selected software application is resident on the
selected computing platform.


[192]   These steps will now be described with reference to Figure 16 which is a flow chart
of a method of installing a software application on a computing platform in response to the
drag and drop operation of Figure 2. As discussed above, in operation the installation process
is invoked when a software application icon is dropped on a computing platform icon.


[193]   The method steps of Figure 16 are performed by an install drop handler. During
installation, verification is performed to determine whether the selected computing platform
is a valid candidate for installing a selected software application. If the computing platform is
a valid candidate, a user account is created for the software application; otherwise, the
installation process ends. Once the user account is created, application files associated with
the software applications are installed on the selected computing platform so that they are
accessible to the computing platform. File access permissions are then set such that one or
more new users can access the application being installed. A first application is then started.
In some embodiments, an application, for example accounting or payroll represent several
programs/processes. In order to start the accounting/payroll service a first application is
started that may in turn start other programs/processes. The first program is started. It is then
up to the specific service, accounting/payroll, to start any other services it requires.


[194]   A console on the selected computing platform on which the software application is
being installed is then updated with information to show that the selected software
application is resident on the selected computing platform. The console is operational on any
desktop computing platform for example, Unix, Linux and Windows.


28

CA 02481613 2004-09-14

Patent Doc                                                                120-1 CA

[195]   With reference to Figure 17, the removal process is initiated by a drag and drop
operation of a software application icon from a computing platform icon to the repository.
For this purpose each computing platform icon shows, with the use of associated software
application icons (not shown in Figure 15), each application software installed on the
computing platform.

[196]   The de-installation of application software from a selected computing platform is
done by a remove drop handler which performs the following tasks on the selected
computing platform:

[197]   •Tests whether the computing platform is a valid computing platform; Tests are made
to verify whether the computing platform is operational. For example, it may have been taken
off-line due to a problem or routine maintenance. If so, then applications should not be
removed or installed until this state changes.

[198]   •Stops processes associated with the software application;
[199]   •Copies application specific data file changes from the computing platform back to
the storage medium;
[200]   •Removes user accounts associated with the software application; and
[201]   •Updates the console to show that the selected software application is resident in the
repository.

[202]   These steps will now be described with reference to Figure 17 which is a flow chart
of a method of de-installing a software application from a computing platform in response to
a drag and drop operation of Figure 13. The state of the platform is verified to determine
whether it is valid. The state includes, for example, on-line, off-line (a problem state) or
maintenance (off-line, but for a scheduled task). If the state of the platform is valid and a
process or processes associated with a software application selected to be de-installed are
stopped; otherwise the de-installation process ends. Once the processes are stopped,
application specific data file changes are copied from the computing platform back to the

CA 02481613 2004-09-14

Patent Doc                                                                              120-1 CA

storage medium. This is a process of capturing changes that may have taken place while the application ran and that need to be saved for future instances when the application runs again. For example, payroll may be run every other week. Changes made to the system, accrued amounts, year to date payments, etc. will need to be saved so that when payroll is run the next time these values are updated. Depending on how the operator configures a system, it may be required to copy changes made when payroll ran back to the repository so that the next time payroll is run these values are installed along with the application.

[203]   Any user account associated with the selected software application is removed and a console on the computing platform from which the selected software application is being de-installed is updated with information to show that the selected software application is resident in the repository. Using the method steps of Figures 16 and 17, software applications are therefore installed on a computing platform and removed from the computing platform through a graphical user interface drag and drop operation.

[204]   A number of programming languages may be used to implement programs used in embodiments of the invention. Some example programming languages used in embodiments of the invention include, but are not limited to, C++, Java and a number of scripting languages including TCL/TK and PERL.

[205]   Installation of software applications is preferably performed on computing platforms that are remote from a console computing platform. However, some embodiments of the invention also have installation of software applications performed on a computing platform that is local to a console computing platform. Numerous modifications and variations of the present invention are possible in light of the above teachings. It is therefore to be understood that within the scope of the appended claims, the invention may be practiced otherwise than as specifically described herein.

30

CA 02481613 2004-09-14

Patent Doc                                                    120-1 CA

## Claims

What is claimed is:

1. In a system having a plurality of servers with operating systems that differ, operating in disparate computing environments, wherein each server includes a processor and an operating system including a kernel a set of associated local system files compatible with the processor, a method of providing at least some of the servers in the system with secure, executable, applications related to a service, wherein the applications may be executed in a secure environment, wherein the applications each include an object executable by at least some of the different operating systems for performing a task related to the service, the method comprising the steps of:

storing in memory accessible to at least some of the servers a plurality of secure containers of application software, each container comprising one or more of the executable applications and a set of associated system files required to execute the one or more applications, for use with a local kernel residing permanently on one of the servers; wherein the set of associated system files are compatible with a local kernel of at least some of the plurality of different operating systems, the containers of application software excluding a kernel, and wherein some or all of the associated system files within a container stored in memory are utilized in place of the associated local system files resident on the server prior to said storing step.

2. A method as defined in claim 1, wherein each container has an execution file associated therewith for starting the one or more applications.

3. A method as defined in claim 2, wherein the execution file includes instructions related to an order in which executable applications within will be executed.

4. A method as defined in claim 1 further comprising the step of pre-identifying applications and system files required for association with the one or more containers prior to said storing step.

31

CA 02481613 2004-09-14

_ Patent Doc                                                              120-1 CA

5. A method as defined in claim 2, further comprising the step of modifying at least some of the system files to provide an association with a container specific identity assigned to the container.

6. A method as defined in claim 2, comprising the step of assigning a unique associated identity to each of a plurality of the containers, wherein the identity includes at least one of IP address, host name, and MAC address.

7. A method as defined in claim 2 further comprising the step of modifying at least some of the system files to define container specific mount points associated with the container.

8. A method as defined in claim 1, wherein the one or more applications and associated system files are retrieved from a computer system having a plurality of secure containers.

9. A method as defined in claim 2, wherein server information related to hardware resource usage including at least one of CPU memory, network bandwidth, and disk allocation is associated with at least some of the containers prior to the applications within the containers being executed.

10. A method as defined in claim 2, wherein in operation when applications are executed, applications within a container have no access to system files or applications in other containers or system files within the operating system during execution thereof if those applications or system files are read/write files.

11. A method as defined in claim 2, wherein containers include files stored in network file storage, and parameters forming descriptors of containers stored in a separate location.

12. A method as defined in claim 11, further comprising the step of merging the files stored in network storage with the parameters to affect the step of storing in claim 1.

32

CA 02481613 2004-09-14

. Patent Doc                                                                120-1 CA

13. A method as defined in claim 1 further comprising the step of associating with a container a stored history of when processes related to applications within the container are executed for at least one of, tracking statistics, resource allocation, and for monitoring the status of the application.

14. A method as defined in claim 1 comprising the step of creating containers prior to said step of storing containers in memory, wherein containers are created by:

a) running an instance of a service on a server;

b) determining which files are being used; and,

c) copying applications and associated system files to memory.

15. A method as defined in claim 14 comprising the steps of:

assigning an identity to the containers including at least one of a unique IP address, a unique MAC address and an estimated resource allocation;

installing the container on a server; and,

testing the applications and files within the container.

16. A method as defined in claim 1 comprising the step of creating containers prior to said step of storing containers in memory, wherein a step of creating containers includes:

using a skeleton set of system files as a container starting point and installing applications into that set of files.

17. A computing system for performing a plurality of tasks each comprising a plurality of processes comprising:

a plurality of secure stored containers of associated files accessible to, and for execution on, one or more servers, each container being mutually exclusive of the other, such that read/write files within a container cannot be shared with other containers, each container of files having its own unique identity associated therewith, said identity comprising at least one of an IP address, a host name, and a MAC address; wherein, the plurality of files within each of the plurality of containers comprise one or more application programs including one

33

CA 02481613 2004-09-14

Patent Doc                                                                                          120-1 CA

or more processes, and associated system files for use in executing the one or more
processes, each container having its own execution file associated therewith for starting one
or  more applications, in operation, each container utilizing a  kernel resident on the server
and wherein each container exclusively uses a  kernel in an underlying operation system in
which it is running and is absent its own kernel; and,

a run time module for monitoring system calls from applications associated with one or more
containers and for providing control of the one or more applications.

18. A computing system as defined in claim 17, further comprising a scheduler comprising
values related to an allotted time in which processes within a container may utilize
predetermined resources.

19. A computing system as defined in claim 18, wherein the run time module includes an
intercepting module associated with the plurality of containers for intercepting system calls
from any of the plurality of containers and for providing values alternate to values the kernel
would have assigned in response to the system calls, so that the containers can run
independently of one another without contention, in a secure manner, the values
corresponding to at least one of the IP address, the host name and the MAC_ Address.

20. A computing system as defined in claim 17, wherein the run time module performs:
monitoring resource usage of applications executing;
intercepting system calls to kernel mode, made by the at least one respective application
within a container, from user mode to kernel mode;
comparing the monitored resource usage of the at least one respective application with the
resource limits; and,
forwarding the system calls to a kernel on the basis of the comparison between the monitored
resource usage and the resource limits.

21. A method as defined in claim 1 further comprising the step of installing a service on a
target server selected from one of the plurality of servers, wherein the step of installing the
service includes the steps of:

34

CA 02481613 2004-09-14

Patent Doc                                                                 120-1 CA

using a graphical user interface, associating a unique icon representing a service with an unique icon representing a server for hosting applications related to the service and for executing the service, so as to cause the applications to be distributed to, and installed on the target server.

22. A method as defined in claim 21 wherein the target server and the graphical user interface are at remote locations.

23. A method as defined in claim 22, wherein the graphical user interface is installed on a computing platform, and wherein the computing platform is a different computing platform than the target server.

24. A method as defined in claim 23, wherein the step of associating includes the step of relatively moving the unique icon representing the service to the unique icon representing a server.

25.  A method claim 21, further comprising, the step of testing to determine if the selected target server is a valid computing platform, prior to causing the applications to be distributed to, and installed on the target server.

26. A method according to claim 21 further comprising, the step of creating a user account for the service.

27. A method as defined in claim 21, further comprising the step of installing files specific to the selected application on the selected server.

28. A method according to claim 21 further comprising the steps of setting file access permissions to allow a user to access the one of the applications to be distributed.

29. A method as defined in claim 24 further comprising the step of starting a distributed software application.

35

CA 02481613 2004-09-14

Patent Doc                                                                120-1 CA

30. A method according to anyone of claims 24 further comprising the steps of updating a console on the selected target server with information indicating that the service is resident on the selected target server.

31. A method as defined in claim 1, further comprising the step of:  de-installing a service from a server, comprising the steps of:
displaying the icon representing the service;
displaying a the icon representing the server on which the service is installed;
and utilizing the icon representing the service and the icon representing the server to initiating the de-installation of the selected service from the server on which it was installed.

32. A method according to claim 31 further comprising the step of separating icon representing the service from the icon representing the server.

33. A method according to claim 31 further comprising the step of testing whether the selected server is a valid computing platform for de-installation of the service.

34. A method according to claim 31 further comprising the step of copying data file changes specific to the service back to a storage medium from which the data file changes originated prior to installation.

CA 02481613 2004-09-14



Figure 1

CA 02481613 2004-09-14



Figure 2

CA 02481613 2004-09-14



Figure 3

CA 02481613 2004-09-14



Figure 4

CA 02481613 2004-09-14



Figure 5

CA 02481613 2004-09-14



Figure 6

CA 02481613 2004-09-14



Figure 7

CA 02481613 2004-09-14



Figure 8

CA 02481613 2004-09-14



Figure 9

CA 02481613 2004-09-14



Figure 10

CA 02481613 2004-09-14



Figure 11

CA 02481613 2004-09-14



**Figure 12**

CA 02481613 2004-09-14



Figure 13

CA 02481613 2004-09-14



Figure 14

CA 02481613 2004-09-14



**Figure 15**

CA 02481613 2004-09-14



Figure 16

CA 02481613 2004-09-14





Figure 17

CA 02481613 2004-09-14

## Abstract of the Disclosure

A system is disclosed having servers with operating systems that may differ, operating in disparate computing environments, wherein each server includes a processor and an operating system including a kernel a set of associated local system files compatible with the processor. This invention discloses a method of providing at least some of the servers in the system with secure, executable, applications related to a service, wherein the applications may be executed in a secure environment, wherein the applications each include an object executable by at least some of the different operating systems for performing a task related to the service.  The method of this invention requires storing in memory accessible to at least some of the servers a plurality of secure containers of application software. Each container includes one or more of the executable applications and a set of associated system files required to execute the one or more applications, for use with a local kernel residing permanently on one of the servers. The set of associated system files are compatible with a local kernel of at least some of the plurality of different operating systems. The containers of application software exclude a kernel; and some or all of the associated system files within a container stored in memory are utilized in place of the associated local system files resident on the server.

CA 02481613 2004-09-14

# Teitelbaum & MacLean
## REGISTERED PATENT AGENTS LIMITED

*PP*

Neil Teitelbaum, Patent Agent*
Electrical Engineer

Doug MacLean, Patent Agent*
Mechanical Engineer

Karen Stauss, Patent Agent

Jennifer McCann, Patent Agent
Ph.D. Chem.

* Registered in Canada and U.S.

1187 Bank Street
Suite 201
Ottawa, Ontario
Canada K1S 3X7
Tel: (613) 523 3784
Fax: (613) 523 6799
Email: eileen@patents.org
www.patents.org

*1452080*

Industry   Industrie
Canada     Canada

2004/09/14
259 - 04
B000276109

CIPO     OPIC

September 13, 2004

The Commissioner of Patents
Ottawa-Hull, Quebec

Sir:

Re:   New Canadian Patent Application
      Inventor(s):   Rochette et al
      Applicant:     Trigence Corp.
      Title:         SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS
      Our File:      120-1 CA

Enclosed for the filing of a new patent application in Canada are:

1) Assignment;
2) Petition signed by the Agent of Record;
3) Abstract of the Disclosure, **36** pages of specification including **34** claims;
4) **17** pages of Formal drawings containing **17** figures.

The following fees are payable:    Filing fee:       $200.00
                                   Assignment fee:   $100.00 /
                                   **TOTAL FEES:**   **$300.00**

*6 - 100*

**In the event that the above fees are incorrect, please charge the complete required fee(s) to
Deposit Account No: 50-2810.**

Respectfully submitted,

Teitelbaum & Maclean
Registered Patent Agents Limited

Encl.
/ewg

CA 02481613 2004-09-14

120-1 CA

## PETITION FOR GRANT OF A PATENT

1.     The applicant, **ROCHETTE Donn; O'LEARY Paul; and HUFFMAN Dean,** whose full post office address is **3408 30th Avenue, Fenton, Indiana 50539, U.S.A.; 22 Pentland Crescent, Kanata, Ontario, Canada K2K 1V5**; and **13 Pelee Street, Kanata, Ontario, Canada K2M 2R4,** request the grant of a patent for an invention, entitled

### SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS

which is described and claimed in the accompanying specification.

2.     ~~This application is a division of application number _____ filed in Canada on _____.~~

3.(1)    The applicant is the sole inventor.

4.     The applicant requests priority in respect of the application on the basis of the following previously regularly filed application.

| Country of Filing: | Application No: | Filing Date: |
|---|---|---|
| **U.S.** | **60/502,619** | **September 15, 2003** |
| **U.S.** | **60/512,103** | **October 20, 2003** |

5.     The applicant appoints **Teitelbaum & MacLean, Registered Patent Agents Limited,** whose complete address in Canada is **1187 Bank Street, Ottawa, Ontario, Canada, K1S 3X7,** as the applicant's representative in Canada, pursuant to section 29 of the Patent Act.

6.     The applicant appoints **Teitelbaum & MacLean, Registered Patent Agents Limited,** whose complete address in Canada is **1187 Bank Street, Ottawa, Ontario, Canada, K1S 3X7,** as the applicant's representative in Canada, as the applicant's patent agent.

7.     The applicant believes that the applicant is entitled to claim status as a "small entity" as defined under section 2 of the Patent Rules.

8.     The applicant requests that Figure number _1_ of the drawings accompany the abstract when it is open to public inspection under section 10 of the Patent Act or published.

Signed at Ottawa, Canada, this **thirteenth day of September, 2004.**

Teitelbaum & MacLean
Registered Patent Agents Limited

Industry   Industrie
Canada    Canada

2004/09/14
259 - 04
B000276111

CIPO     OPIC

/ewg

CA 02481613 2004-09-14

5295364

**120-1 US**

## ASSIGNMENT OF INVENTION
UNIVERSAL

WHEREAS, we **Donn ROCHETTE, a citizen of the United States; Paul O'LEARY, and Dean HUFFMAN,** citizens of Canada, whose full post office addresses are **3408 30th Avenue, Fenton, Indiana 50539, U.S.A.; 22 Pentland Crescent, Kanata, Ontario, Canada K2K 1V5; and 13 Pelee Street, Kanata, Ontario, Canada K2M 2R4, respectively,** have made an invention as described in the patent application entitled

### SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS

filed herewith.

I/we hereby authorize my/our attorney to insert here in parentheses (Application Number _____ , filed _____ ), the filing date and application number of said application, when known.

WHEREAS, **Trigence Corp.,** (hereinafter referred to as the assignee), whose full post office address is **750 Palladium Drive, Ste 210, Ottawa, Ontario, Canada K2V 1C7,** is desirous of acquiring the entire right, title and interest in and to said invention or inventions and in and to any and all patents to be obtained therefor;

NOW, THEREFORE, To All Whom It May Concern, be it known that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, I/we have and by these presents do hereby sell, assign and transfer unto said assignee, its successors and assignees, the entire right, title and interest in and to said invention or inventions, as described in the aforesaid application, in any form or embodiment thereof, and in and to the aforesaid application, and in and to any applications filed in any foreign country based thereon, including the right to file said foreign applications under the provisions of the International Convention; also the entire right, title and interest in and to any and all patents, reissues or extensions thereof to be obtained in this or any foreign country upon said invention or

1

CA 02481613 2004-09-14

120-1 US

extensions thereof to be obtained in this or any foreign country upon said invention or

inventions, and any divisional, continuation, substitute application(s) or supplementary disclosure(s) which may be filed upon said invention or inventions, in any country; and I/we hereby authorize and request the issuing authority to issue any and all patents on said application or applications to said assignee.

I/We hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that wilful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such wilful false statements may jeopardize the validity of the application or any patent issued thereon.

Executed this _1_ day of _September_ 2004.
at _3408 30th Ave, Fenton, Iowa_

**Donn ROCHETTE**

### Declaration by Witness

I, _Candyce Rochette_ , whose full post office address is _3408 30th Ave, Fenton,_ say: _IA 50539_

That I was personally present and did see **Donn ROCHETTE**, who is personally known to me, duly sign and execute the above Assignment.

Signature of Witness

2

CA 02481613 2004-09-14

120-1 US

Executed this 1st day of September, 2004.
at Ottawa, Ontario.

*Paul O'Leary*

**Paul O'LEARY**

### Declaration by Witness

I, WALTER MACDONALD                    , whose full post office address is
750 Palladium Drive, Ottawa, ON, K2V 1C7 say:

That I was personally present and did see **Paul O'LEARY**, who is personally known to
me, duly sign and execute the above Assignment.

*W. MacDld.*

Signature of Witness

Executed this 1 day of September, 2004.
at Ottawa, Ontario, CA.

*Dean Huff*

**Dean HUFFMAN**

### Declaration by Witness

I, WALTER MACDONALD                    , whose full post office address is
750 Palladium Drive, Ottawa, ON, K2V 1C7 say:

That I was personally present and did see **Dean HUFFMAN**, who is personally known to
me, duly sign and execute the above Assignment.

*W. MacDld*

Signature of Witness

3

CA 02481613 2004-09-14

# Teitelbaum & MacLean

### REGISTERED PATENT AGENTS LIMITED

*PP*

Neil Teitelbaum, Patent Agent*
Electrical Engineer

Doug MacLean, Patent Agent*
Mechanical Engineer

Karen Stauss, Patent Agent

Jennifer McCann, Patent Agent
Ph.D. Chem.

* Registered in Canada and U.S.

1187 Bank Street
Suite 201
Ottawa, Ontario
Canada K1S 3X7
Tel: (613) 523 3784
Fax: (613) 523 6799
Email: eileen@patents.org
www.patents.org

*1452080*

Industry   Industrie
Canada    Canada

2004/09/14
259 - 04

CIPO      OPIC    B000276109

September 13, 2004

The Commissioner of Patents
Ottawa-Hull, Quebec

Sir:

Re:     New Canadian Patent Application
        Inventor(s):    Rochette et al
        Applicant:      Trigence Corp.
        Title:          SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS
        Our File:       120-1 CA

Enclosed for the filing of a new patent application in Canada are:

1) Assignment;
2) Petition signed by the Agent of Record;
3) Abstract of the Disclosure, **36** pages of specification including **34** claims;
4) **17** pages of Formal drawings containing **17** figures.

The following fees are payable:     Filing fee:       $200.00
                                    Assignment fee:   $100.00
                                    **TOTAL FEES:**   **$300.00**

*6 - 100*

**In the event that the above fees are incorrect, please charge the complete required fee(s) to
Deposit Account No: 50-2810.**

Respectfully submitted,

Teitelbaum & Maclean
Registered Patent Agents Limited

Encl.
/ewg

## IN THE CANADIAN INTELLECTUAL PROPERTY OFFICE

| | |
|---|---|
| **Serial No:** | 2,481,613 |
| **Inventor(s):** | Rochette et al |
| **Applicant:** | Trigence Corp. |
| **Title:** | SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS |
| **Filed:** | September 14, 2004 |
| **File No:** | 120-1 CA |

Industry Industrie
Canada Canada

CIPO    OPIC

AM/J    Y/M/D
2004/11/24
330 - 04
D000248741

The Commissioner of Patents
Ottawa, Hull, Canada

November 22, 2004

Dear Sir:

Please find attached a revised petition in which inventor Rochette's residential address is
now correctly identified.

Please discard the originally filed Petition and replace with the new, corrected Petition
attached hereto.

**Please charge any required fees to Deposit Account No: 50-2810.**

Respectfully,

Neil Teitelbaum
Regn No: 4251

Encl.
/ewg

Teitelbaum & MacLean
Registered Patent Agents Limited
1187 Bank Street, Suite 201
Ottawa, Ontario
K1S 3X7

Tel: (613) 523-3784 Ext. 100
Fax: (613) 523-6799
Email: nt@patents.org
www.patents.org

120-1 CA

## PETITION FOR GRANT OF A PATENT

**1.** The applicant, **ROCHETTE Donn; O'LEARY Paul; and HUFFMAN Dean,** whose full post office address is **3408 3 0ᵗʰ Avenue, Fenton, Iowa 50539, U.S.A.; 22 Pentland Crescent, Kanata, Ontario, Canada K2K 1V5**; and **13 Pelee Street, Kanata, Ontario, Canada K2M 2R4,** request the grant of a patent for an invention, entitled

### SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS

which is described and claimed in the accompanying specification.

~~2.     This application is a division of application number ____ filed in Canada on _____.~~

3.(1)    The applicant is the sole inventor.

**4.** The a pplicant r equests p riority i n r espect o f t he a pplication o n t he basis of the following previously regularly filed application.

| Country of Filing: | Application No: | Filing Date: |
|---|---|---|
| U.S. | 60/502,619 | September 15, 2003 |
| U.S. | 60/512,103 | October 20, 2003 |

**5.** The applicant appoints **Teitelbaum & MacLean, Registered Patent Agents Limited,** whose complete address in Canada is **1187 Bank Street, Ottawa, Ontario, Canada, K1S 3X7,** as the applicant's representative in Canada, pursuant to section 29 of the Patent Act.

**6.** The applicant appoints **Teitelbaum & MacLean, Registered Patent Agents Limited,** whose complete address in Canada is **1187 Bank Street, Ottawa, Ontario, Canada, K1S 3X7,** as the applicant's representative in Canada, as the applicant's patent agent.

**7.** The applicant believes that the applicant is e ntitled t o c laim s tatus a s a "small e ntity" a s defined under section 2 of the Patent Rules.

**8.** The applicant requests that Figure number 1 of the drawings accompany the abstract when it is open to public inspection under section 10 of the Patent Act or published.

Signed at Ottawa, Canada, this **thirteenth day of September, 2004**,
Revised at Ottawa, Canada, this **twenty-second day of November, 2004.**

Teitelbaum & MacLean
Registered Patent Agents Limited

/ewg

Industry Industrie
Canada Canada

A/M/J     Y/M/D
2004/11/24
330 - 04
D000248742

CIPO     OPIC

CA 02481613 2004-09-14

120-1 CA

# PETITION FOR GRANT OF A PATENT

1.    The applicant, **ROCHETTE Donn; O'LEARY Paul; and HUFFMAN Dean,** whose full post office address is **3408 30ᵗʰ Avenue, Fenton, Indiana 50539, U.S.A.; 22 Pentland Crescent, Kanata, Ontario, Canada K2K 1V5; and 13 Pelee Street, Kanata, Ontario, Canada K2M 2R4,** request the grant of a patent for an invention, entitled

## SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS

which is described and claimed in the accompanying specification.

2.    ~~This application is a division of application number _____ filed in Canada on _____.~~

3.(1)   The applicant is the sole inventor.

4.    The applicant requests priority in respect of the application on the basis of the following previously regularly filed application.

| Country of Filing: | Application No: | Filing Date: |
|---|---|---|
| **U.S.** | **60/502,619** | **September 15, 2003** |
| **U.S.** | **60/512,103** | **October 20, 2003** |

5.    The applicant appoints **Teitelbaum & MacLean, Registered Patent Agents Limited,** whose complete address in Canada is **1187 Bank Street, Ottawa, Ontario, Canada, K1S 3X7,** as the applicant's representative in Canada, pursuant to section 29 of the Patent Act.

6.    The applicant appoints **Teitelbaum & MacLean, Registered Patent Agents Limited,** whose complete address in Canada is **1187 Bank Street, Ottawa, Ontario, Canada, K1S 3X7,** as the applicant's representative in Canada, as the applicant's patent agent.

7.    The applicant believes that the applicant is entitled to claim status as a "small entity" as defined under section 2 of the Patent Rules.

8.    The applicant requests that Figure number _1_ of the drawings accompany the abstract when it is open to public inspection under section 10 of the Patent Act or published.

Signed at Ottawa, Canada, this **thirteenth day of September, 2004.**

Teitelbaum & MacLean
Registered Patent Agents Limited

Industry  Industrie
Canada  Canada

2004/09/14
259 - 04
B000276111

CIPO    OPIC

/ewg

CA 02481613 2004-09-14

5295364

**120-1 US**

## ASSIGNMENT OF INVENTION
## UNIVERSAL

WHEREAS, we **Donn ROCHETTE, a citizen of the United States; Paul O'LEARY, and Dean HUFFMAN,** citizens o f C anada, w hose f ull p ost o ffice addresses a re **3408 30th Avenue, Fenton, Indiana 50539, U.S.A.; 22 Pentland Crescent, Kanata, Ontario, Canada K2K 1V5;  and 13 Pelee Street, Kanata, Ontario, Canada K2M 2R4, respectively,** have made an invention as described in the patent application entitled

## SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS

filed herewith.

I/we hereby authorize my/our attorney to insert here in parentheses (Application Number _____ , filed _____ ), the filing date and application number of said application, when known.

WHEREAS, **Trigence Corp.,** (hereinafter referred to as the assignee), whose full post office address is **750 Palladium Drive, Ste 210, Ottawa, Ontario, Canada K2V 1C7,** is desirous of acquiring the entire right, title and interest in and to said invention or inventions and in and to any and all patents to be obtained therefor;

NOW, THEREFORE, To All Whom It May Concern, be it known that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, I/we have and by these presents do hereby sell, assign and transfer unto said assignee, its successors and assignees, the entire right, title and interest in and to said invention or inventions, as described in the aforesaid application, in any form or embodiment thereof, and in and to the aforesaid application, and in and to any applications filed in any foreign country based thereon, including the right to file said foreign applications under the provisions of the International Convention; also the entire right, title and interest in and to any and all patents, reissues or extensions thereof to be obtained in this or any foreign country upon said invention or

1

CA 02481613 2004-09-14

120-1 US

extensions thereof to be obtained in this or any foreign country upon said invention or

inventions, and any divisional, continuation, substitute application(s) or supplementary disclosure(s) which may be filed upon said invention or inventions, in any country; and I/we hereby authorize and request the issuing authority to issue any and all patents on said application or applications to said assignee.

I/We hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that wilful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such wilful false statements may jeopardize the validity of the application or any patent issued thereon.

Executed this _1_ day of _September_ 2004.
at _3408 30th Ave, Fenton, Iowa_

_Don Rochette_
**Donn ROCHETTE**

**Declaration by Witness**

I, _Candyce Rochette_____, whose full post office address is _3408 30th Ave, Fenton,_ **say:**
_IA 50539_

That I was personally present and did see **Donn ROCHETTE**, who is personally known to me, duly sign and execute the above Assignment.

_Candyce Rochette_
Signature of Witness

2

CA 02481613 2004-09-14

120-1 US

Executed this 1st day of September, 2004.
at Ottawa, Ontario.

Paul O'LEARY

### Declaration by Witness

I, WALTER MACDONALD , whose full post office address is
750 Palladium Drive, Ottawa, ON, K2V 1C7 say:

That I was personally present and did see **Paul O'LEARY**, who is personally known to
me, duly sign and execute the above Assignment.

Signature of Witness

Executed this 1 day of September, 2004.
at Ottawa, Ontario, CA.

Dean HUFFMAN

### Declaration by Witness

I, WALTER MACDONALD , whose full post office address is
750 Palladium Drive, Ottawa, ON, K2V 1C7 say:

That I was personally present and did see **Dean HUFFMAN**, who is personally known to
me, duly sign and execute the above Assignment.

Signature of Witness

3

Date : October  6, 2010 11:32:32.

Commissioner of Patents
50 Victoria Street
Place du Portage
Phase I
Gatineau, Quebec
Canada
K1A 0C9

**E-COMMERCE**

Application Number:2481613 and 4 others
Applicant: AppZero Corp.
Title: SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS
Reference Number: 57555/3

Letter and assignment in favour of AppZero Software Corp. to be filed against2,481,613, 2,482,248,
2,544,943, 2,545,047 and 2,546,720

Attached are the following documents:
: Letter.pdf
Assignment Letter

: Assignment.pdf
Assignment

I am including the following fees:
assignment fees
for a total of: $500

Please make the payment from my credit card

MARAVEIDaphneL.
BLAKE, CASSELS & GRAYDON LLP
20th Floor, 45 O'Connor Street
OttawaOntario
CANADA
K1P 1A4
Tel:613-788-2244Fax:613-788-2247
karen.forgie@blakes.com

**Transmission identification:blakesott2610112814_2612781**



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trade-mark Agents
45 O'Connor Street
Suite 2000, World Exchange Plaza
Ottawa ON  K1P 1A4  Canada
Tel: 613-788-2200 ,Fax: 613-788-2247

October 6, 2010

The Commissioner of Patents
Canadian Intellectual Property Office
Gatineau, QC K1A 0C9

**Daphne L. Maravei**
*Associate*
Dir: 613-788-2244
daphne.maravel@blakes.com

**Attention: Assignment Section**

Reference: 57555/3

Re:   **Recordal of Assignment between AppZero Corp. and AppZero Software Corp.
against the following Canadian Patent  Applications:**

| Serial No. | Title |
|---|---|
| 2,481,613 | **SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS** |
| 2,482,248 | **COMPUTING SYSTEM USER MODE CRITICAL SYSTEM ELEMENTS AS SHARED LIBRARIES** |
| 2,544,943 | **SYSTEM INCLUDING RUN-TIME SOFTWARE TO ENABLE A SOFTWARE APPLICATION TO EXECUTE ON AN INCOMPATIBLE COMPUTER PLATFORM** |
| 2,545,047 | **SOFTWARE SERVICE APPLICATION AND METHOD OF SERVICING A SOFTWARE APPLICATION** |
| 2,546,720 | **MALWARE CONTAINMENT BY APPLICATION ENCAPSULATION** |

Dear Madam:

Please record the Assignment against the above-identified applications currently in the name of AppZero Corp. to AppZero Software Corp.

The agent of record remains the same.

The address of AppZero Software Corp. is as follows:

> 750 Palladium Drive
> Suite 210
> Ottawa, Ontario
> K2V 1C7, CANADA

Please charge the official assignment registration fees in the amount of $500.00 to the VISA Account of the Ottawa office of Blake, Cassels & Graydon LLP.

40273584.1



Page 2

Should the fees submitted with this letter be insufficient to cover all of the fees for which payment is explicitly or implicitly requested by this letter, the Commissioner is authorized to charge the amount of the insufficiency to the VISA Account of the Ottawa office of Blake, Cassels & Graydon LLP.

We look forward to receiving confirmation that the Assignment has been recorded.

Respectfully submitted,

*Blake Cassels & Graydon LLP*

**BLAKE, CASSELS & GRAYDON LLP**

Daphne L. Maravel:klf
Encl.

MONTRÉAL   OTTAWA   TORONTO   CALGARY   VANCOUVER
NEW YORK   CHICAGO   LONDON   BAHRAIN   AL-KHOBAR*   BEIJING   SHANGHAI*   blakes.com
* Associated Office

Page 1 of 3

## ASSIGNMENT

WHEREAS, **AppZero Corp.,** a corporation having a place of business at 750 Palladium Drive, Suite, Suite 210, Ottawa, Ontario, CANADA, K2V 1C7 (hereinafter referred to as the "Assignor"), is the owner of the Patents set out in Schedule "A" (hereinafter referred to as the "Patents").

AND WHEREAS, **AppZero Software Corp.** (hereinafter referred to as the "Assignee"), the full post office address of whose principal office or place of business is, 750 Palladium Drive, Suite, Suite 210, Ottawa, Ontario, CANADA, K2V 1C7, wishes to acquire all right, title and interest in and to the Patents in Canada, the United States and all other countries throughout **the World**, and the Assignor wishes to transfer such right, title and interest to the Assignee;

NOW THEREFORE in consideration of One Dollar ($1.00) and other good and valuable consideration, the receipt of which is hereby acknowledged, the Assignor assigns to the Assignee, its successors and assigns, all the right, title and interest in and to the Patents in Canada, the United States and all other countries throughout **the World**, and any and all applications for patent and patents therefor in any and all countries, including all divisions, reissues, continuations and extensions thereof, and all rights of priority resulting from the filing of said patent applications and authorizes and requests any official whose duty it is to issue patents, to issue any patent on said inventions or resulting therefrom to said Assignee and agrees that on request and without further consideration, but at the expense of said Assignee, Assignor will communicate to said Assignee or its representatives or nominees any facts known to Assignor respecting said inventions and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuing and reissue applications, make all rightful oaths and generally do everything possible to aid said Assignee, its successors, assigns, and nominees to obtain and enforce proper patent protection for said inventions in all countries.

40272229.1

Page 2 of 3

(Assignor)

SIGNED AT __Ottawa, Ontario, CANADA__ _____

this 20th day of August, 2010.

AppZero Corp.

Per: _____

Name: _____Greg O'Connor_____

Title: ____President + CEO____

Witness: _____

{        c/s        }

#0272229.1

Page 3 of 3

## Schedule "A"

**1. SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS**
US Patent 7,519,814
Canadian Patent Application No. 2,481,613
EU Application No. 04021916.4

**2. COMPUTING SYSTEM USER MODE CRITICAL SYSTEM ELEMENTS AS SHARED LIBRARIES**
US Patent Application No. 10/946,536
Canadian Patent Application No. 2,482,248

**3. SYSTEM INCLUDING RUN-TIME SOFTWARE TO ENABLE A SOFTWARE APPLICATION TO EXECUTE ON AN INCOMPATIBLE COMPUTER PLATFORM**
US Patent No. 7,774,762
Canadian Patent Application No. 2,544,943
*European Patent Application No. EP1720098*

**4. SOFTWARE SERVICE APPLICATION AND METHOD OF SERVICING A SOFTWARE APPLICATION**
US Patent Application No. 11/415,028
Canadian Patent Application No. 2,545,047

**5. MALWARE CONTAINMENT BY APPLICATION ENCAPSULATION**
US Patent No. 7,757,291
Canadian Patent Application No. 2,546,720
*European Patent Application No. EP1722312*

**6. METHOD AND SYSTEM FOR PROVIDING A PROGRAM FOR EXECUTION WITHOUT REQUIRING INSTALLATION**
US Continuation-in-Part of U.S. Serial No. 11/380,285 *( known as US Patent Application No. 12/075,842).*

40272229.1

## IN THE CANADIAN INTELLECTUAL PROPERTY OFFICE

**Serial No:**      2,481,613

**Inventor(s):**   Rochette et al

**Applicant:**     Trigence Corp.

**Title:**          SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS

**Filed:**          September 14, 2004

**File No:**        120-1 CA

# 1348772
BL

The Commissioner of Patents
Ottawa, Hull, Canada

Industry Industrie
Canada Canada

2006/07/21
205 - 06
A000623099

CIPO      OPIC

July 6, 2006

Dear Sir:

Please proceed with payment of the current maintenance fee.

✓

**Please charge the required fee of $50.00 and any additional fee(s) to our credit card account.**

Respectfully,

Neil Teitelbaum
Regn No: 4251

/mdb

Teitelbaum & MacLean
Registered Patent Agents Limited
1187 Bank Street, Suite 201
Ottawa, Ontario
Canada
K1S 3X7

Tel:       (613) 523 3784
Fax:      (613) 523 6799
Email:    nt@patents.org
Website:  www.patents.org

## IN THE CANADIAN INTELLECTUAL PROPERTY OFFICE

**Serial No:**     2,481,613

**Inventor(s):**  Rochette et al

**Applicant:**    Trigence Corp.

**Title:**        SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS

**Filed:**        September 14, 2004

**File No:**      120-1 CA

The Commissioner of Patents
Ottawa, Hull, Canada

2007/04/13
106 - 07
D000859550

April 13, 2007

Dear Sir:

Please proceed with payment of the current maintenance fee.

**Please charge the required fee of $50.00 and any additional fee(s) to our credit card account.**

Respectfully,

Neil Teitelbaum
Regn No: 4251

/mdb

Teitelbaum & MacLean
Registered Patent Agents Limited
1187 Bank Street, Suite 201
Ottawa, Ontario
Canada
K1S 3X7

Tel:      (613) 523 3784
Fax:      (613) 523 6799
Email:    nt@patents.org
Website:  www.patents.org

## IN THE CANADIAN INTELLECTUAL PROPERTY OFFICE

**Serial No:**   2,481,613

**Inventor(s):**   Rochette et al

**Applicant:**   Trigence Corp.

**Title:**   **SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS**

**Filed:**   **September 14, 2004**

**File No:**   120-1 CA

*16 23818*
*BT*

The Commissioner of Patents
Ottawa, Hull, Canada



2008/09/11
256 - 08
B001195828

September 11, 2008

Dear Sir:

Please proceed with payment of the current maintenance fee.

**Please charge the required fee of $50.00 and any additional fee(s) to our credit card account.**

Respectfully,

Neil Teitelbaum
Regn No: 4251

/mdb

Teitelbaum & MacLean
Registered Patent Agents Limited
280 Sunnyside Avenue
Ottawa, Ontario
Canada
K1S 0R8

Tel:   (613) 523 3784
Fax:   (613) 523 6799
Email:   nt@patents.org
Website:   www.patents.org

 **Office de la propriété**        **Canadian Intellectual**
**intellectuelle du Canada** **Property Office**

| | |
|---|---|
| **Place du Portage, Phase I** | **Place du Portage, Phase I** |
| **50, rue Victoria** | **50 Victoria Street** |
| **Gatineau (Québec)** | **Gatineau, QC** |
| **K1A 0C9** | **K1A 0C9** |

## Reçu du paiement électronique / Electronic Payment Receipt

**DATE:**          2009-09-11
**HEURE / TIME:**   15:58:28

| NUMÉRO DE CONFIRMATION / CONFIRMATION NUMBER |
|---|
| 2288454 |
| Merci / Thank You |

**NOM ET ADRESSE /**
**NAME AND ADDRESS:**

TEITELBAUM & MACLEAN
TEITELBAUM, NEIL
c/o Teitelbaum & MacLean
OTTAWA, Ontario
K1S 0R8
Canada

| No de document Document No. | Description / Description | Taxes / Fees |
|---|---|---|
| 2481613 | SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS<br><br>Taxes de maintien - Demande / Maintenance Fee - Application<br><br>année(s)/year(s): 5 | $ 100.00 |

| | |
|---|---|
| Total des taxes payées / Total Fees Paid | $ 100.00 |

**INFORMATION SUR LE PAIEMENT / PAYMENT INFORMATION**

**(819) 994-2269**

 

Page 1 de / of 1

 **Office de la propriété     Canadian Intellectual**
**intellectuelle du Canada Property Office**

| Place du Portage, Phase I | Place du Portage, Phase I |
|---|---|
| 50, rue Victoria | 50 Victoria Street |
| Gatineau (Québec) | Gatineau, QC |
| K1A 0C9 | K1A 0C9 |

## Reçu du paiement électronique / Electronic Payment Receipt

**DATE:**                  2010-09-09
**HEURE / TIME:**          10:59:45

| NUMÉRO DE CONFIRMATION / CONFIRMATION NUMBER |
|---|
| 2589949 |
| Merci / Thank You |

**NOM ET ADRESSE /**
**NAME AND ADDRESS:**

TEITELBAUM & MACLEAN
TEITELBAUM, NEIL
c/o Teitelbaum & MacLean
OTTAWA, Ontario
K1S 0R8
Canada

| No de document Document No. | Description / Description | Taxes / Fees |
|---|---|---|
| 2481613 | SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS<br><br>Taxes de maintien - Demande / Maintenance Fee - Application<br><br>année(s)/year(s): 6 | $ 100.00 |

| | Total des taxes payées / Total Fees Paid | $ 100.00 |
|---|---|---|

**INFORMATION SUR LE PAIEMENT / PAYMENT INFORMATION**

**(819) 994-2269**





Page 1 de / of 1

CA 02481613 2010-09-13

007
1.

# IN THE CANADIAN INTELLECTUAL PROPERTY OFFICE

| | |
|---|---|
| **Serial No:** | **2,481,613** |
| **Inventor(s):** | **Rochette et al** |
| **Applicant:** | **Trigence Corp.** |
| **Title:** | **SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS** |
| **Filed:** | **September 14, 2004** |
| **File No:** | **120-1 CA** |

$400.00

Industry  Industrie
Canada    Canada                    M/M/J   Y/M/D

2010/09/13
257 - 10

The Commissioner of Patents
Ottawa, Hull, Canada

CIPO    OPIC         A001577872

September 10, 2010

#2365841

Dear Sir:

We respectfully request examination of the above-identified application.

To assist in the examination of the above-identified application, the following references
have been cited in the corresponding United States patent application:

## U.S. Patent Documents

| Patent No: | Patent date: | Inventor(s): |
|---|---|---|
| 6381742 | April 2002 | Forbes et al. |
| 6847970 | January 2005 | Keller et al. |
| 7076784 | July 2006 | Russell et al. |
| 7287259 | October 2007 | Grier et al. |
| 2002/0004854 | January 2002 | Hartley |
| 2002/0174215 | November 2002 | Schaefer |
| 2003/0101292 | May 2003 | Fisher |

## Foreign Patent Documents

| Patent No: | Patent date: | Country |
|---|---|---|
| WO 02/06941 | Jan., 2002 | WO |
| WO 2006/039181 | Apr., 2006 | WO |

1

CA 02481613 2010-09-13

**Other References**

Soltesz, S., et al, `Container-based Operating System Virtualization:A Scalable, High-performance Alternative to Hypervisors`, SIGOPS Oper. Syst. Rev., vol. 41, No. 3. (Jun. 2007), pp. 275-287, entire article,
http://delivery.acm.org/10.1145/1280000/1273025/p275-soltesz.pdf?key1=127-3025&key2=0279528221&coll=GUIDE&dl=GUIDE&CFID=13091697&CFTOKEN=4667

Please note a request for reinstatement of this application, and the appropriate fee, are being filed at the same time as this letter, under separate cover. A copy of our letter is attached for your reference.

**Please charge the required $400.00 and any additional fee(s) to our credit card account as specified on the accompanying Fee Payment Form.**

*Should the fees submitted with this letter be insufficient to cover all of the fees for which payment is explicitly or implicitly requested by this letter, CIPO is authorized to charge the amount of the insufficiency using one of the payment methods specified on the accompanying Fee Payment Form.*

Respectfully submitted,

Neil Teitelbaum

Encl.
/mdb

Teitelbaum & MacLean
280 Sunnyside Avenue
Ottawa, Ontario K1S 0R8

Tel: (613) 523-3784 Ext. 100
Fax: (613) 523-6799
Email: nt@patents.org

CA 02481613 2010-09-13

## IN THE CANADIAN INTELLECTUAL PROPERTY OFFICE

Serial No:       2,481,613

Inventor(s):   Rochette et al

Applicant:     Trigence Corp.

Title:            **SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS**

Filed:           **September 14, 2004**

File No:         **120-1 CA**

COPY

The Commissioner of Patents
Ottawa, Hull, Canada

September 10, 2010

Industry   Industrie
Canada    Canada

2010/09/13
257 - 10
A001577874

CIPO      OPIC

Dear Sir:

We respectfully request reinstatement of the above-identified patent application, in accordance
with subsection 73(3) of the Patent Act.

The Request for Examination is being filed under Separate cover at the same time as this request.
A copy is attached for your reference.

**Please charge the required $200.00 and any additional fee(s) to our credit card account as
specified on the accompanying Fee Payment Form.**

*Should the fees submitted with this letter be insufficient to cover all of the fees for which payment
is explicitly or implicitly requested by this letter, CIPO is authorized to charge the amount of the
insufficiency using one of the payment methods specified on the accompanying Fee Payment
Form.*

Respectfully submitted,

Neil Teitelbaum

/mdb

Teitelbaum & MacLean
280 Sunnyside Avenue
Ottawa, Ontario K1S 0R8

Tel: (613) 523-3784 Ext. 100
Fax: (613) 523-6799
Email: nt@patents.org

CA 02481613 2010-09-13

O13

## IN THE CANADIAN INTELLECTUAL PROPERTY OFFICE

| | |
|---|---|
| Serial No: | 2,481,613 |
| Inventor(s): | Rochette et al |
| Applicant: | Trigence Corp. |
| Title: | SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS |
| Filed: | September 14, 2004 |
| File No: | 120-1 CA |

The Commissioner of Patents
Ottawa, Hull, Canada



2010/09/13
257 - 10
A001577869

#2216393

September 10, 2010

Dear Sir:

We respectfully request reinstatement of the above-identified patent application, in accordance with subsection 73(3) of the Patent Act.

The Request for Examination is being filed under Separate cover at the same time as this request. A copy is attached for your reference.

**Please charge the required $200.00 and any additional fee(s) to our credit card account as specified on the accompanying Fee Payment Form.**

*Should the fees submitted with this letter be insufficient to cover all of the fees for which payment is explicitly or implicitly requested by this letter, CIPO is authorized to charge the amount of the insufficiency using one of the payment methods specified on the accompanying Fee Payment Form.*

Respectfully submitted,

Neil Teitelbaum

/mdb

Teitelbaum & MacLean
280 Sunnyside Avenue
Ottawa, Ontario K1S 0R8

Tel: (613) 523-3784 Ext. 100
Fax: (613) 523-6799
Email: nt@patents.org

Réintégration approuvé par.
Reinstatement Approved by:

Gardiner     Sept 24/10

CA 02481613 2010-09-13

## IN THE CANADIAN INTELLECTUAL PROPERTY OFFICE

| | |
|---|---|
| **Serial No:** | **2,481,613** |
| **Inventor(s):** | **Rochette et al** |
| **Applicant:** | **Trigence Corp.** |
| **Title:** | **SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS** |
| **Filed:** | **September 14, 2004** |
| **File No:** | **120-1 CA** |

The Commissioner of Patents
Ottawa, Hull, Canada

COPY

Industry Industrie
Canada   Canada

2010/09/13
257 - 10
A001577871

September 10, 2010

CIPO    OPIC

Dear Sir:

We respectfully request examination of the above-identified application.

To assist in the examination of the above-identified application, the following references
have been cited in the corresponding United States patent application:

### U.S. Patent Documents

| Patent No: | Patent date: | Inventor(s): |
|---|---|---|
| 6381742 | April 2002 | Forbes et al. |
| 6847970 | January 2005 | Keller et al. |
| 7076784 | July 2006 | Russell et al. |
| 7287259 | October 2007 | Grier et al. |
| 2002/0004854 | January 2002 | Hartley |
| 2002/0174215 | November 2002 | Schaefer |
| 2003/0101292 | May 2003 | Fisher |

### Foreign Patent Documents

| Patent No: | Patent date: | Country |
|---|---|---|
| WO 02/06941 | Jan., 2002 | WO |
| WO 2006/039181 | Apr., 2006 | WO |

1

CA 02481613 2010-09-13

**Other References**

Soltesz, S., et al, `Container-based Operating System Virtualization:A Scalable, High-performance Alternative to Hypervisors`, SIGOPS Oper. Syst. Rev., vol. 41, No. 3. (Jun. 2007), pp. 275-287, entire article,
http://delivery.acm.org/10.1145/1280000/1273025/p275-soltesz.pdf?key1=127-3025&key2=0279528221&coll=GUIDE&dl=GUIDE&CFID=13091697&CFTOKEN=4667

Please note a request for reinstatement of this application, and the appropriate fee, are being filed at the same time as this letter, under separate cover.  A copy of our letter is attached for your reference.

**Please charge the required $400.00 and any additional fee(s) to our credit card account as specified on the accompanying Fee Payment Form.**

*Should the fees submitted with this letter be insufficient to cover all of the fees for which payment is explicitly or implicitly requested by this letter, CIPO is authorized to charge the amount of the insufficiency using one of the payment methods specified on the accompanying Fee Payment Form.*

Respectfully submitted,

Neil Teitelbaum

Encl.
/mdb

Teitelbaum & MacLean
280 Sunnyside Avenue
Ottawa, Ontario K1S 0R8

Tel: (613) 523-3784 Ext. 100
Fax: (613) 523-6799
Email: nt@patents.org

February 18, 2013

TEITELBAUM & MACLEAN
REGISTERED PATENT AGENTS LIMITED
280 Sunnyside Avenue
OTTAWA Ontario
K1S 0R8

| | | |
|---|---|---|
| Application No. | : | **2,481,613** |
| Owner | : | TRIGENCE CORP. |
| Title | : | **SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS** |
| Classification | : | G06F 15/16 (2006.01) |
| Your File No. | : | **120-1 CA** |
| Examiner | : | Mark Stephens |

YOU ARE HEREBY NOTIFIED OF A REQUISITION BY THE EXAMINER IN ACCORDANCE WITH SUBSECTION 30(2) OF THE *PATENT RULES*. IN ORDER TO AVOID ABANDONMENT UNDER PARAGRAPH 73(1)(a) OF THE *PATENT ACT*, A WRITTEN REPLY MUST BE RECEIVED WITHIN THE **6** MONTH PERIOD AFTER THE ABOVE DATE.

This application has been examined taking into account the:

| | |
|---|---|
| Description, | pages 1-30, as originally filed; |
| Claims, | 1-34, as originally filed; and |
| Drawings, | pages 1/17-17/17, as originally filed. |

The number of claims in this application is 34.

**Document Cited:**
D1:   US 2002/0174215   Schaefer          21 November 2002 (21-11-2002)

The examiner has identified the following defects in the application:

**Examiners Understanding fo the Invention:**
The background is described in paragraphs 0002 through 0007.   Here, the structure of a computer is described, as hardware, applications, and a kernel there between.  It provides the functionality of general computing, whereby applications are run on an OS.

The invention is the containerization of certain files.  i.e. a general web server would have its own container, and all files are stored in that container.  Nothing is shared with outside programs.

Paragraph 0093 describes how a container has both application and system files.

2,481,613                                          - 2 -

Paragraph 0049 describes how groups of associated applications are containerized.

The functionality of the invention is generally summarized as having containers that there is no sharing of resources (files) between applications.

**Obviousness**
Claims 1-34 do not comply with section 28.3 of the *Patent Act*. These claims are directed to subject-matter that would have been obvious at the claim date to a person skilled in the art or science to which they pertain having regard to D1.

Claim 1 describes :
~ *In a system having a plurality of servers with operating systems that differ, operating in disparate computing environments, wherein each server includes a processor and an operating system including a kernel a set of associated local system files compatible with the processor,*

~ *a method of providing at least some ofthe servers in the system with secure, executable, applications related to a service, wherein the applications may be executed in a secure environment, wherein the applications each include an object executable by at least some of the different operating systems for performing a task related to the service, the method comprising the steps of:*
[see D1, paragraph 0004]
       the system comprising
       an operating system abstraction and protection layer,
       wherein said abstraction and protection layer is interposed
       between a running software application and said operating
       system, whereby a virtual environment in which an application
       may run is provided and application level interactions
       are substantially removed.

~ *storing in memory accessible to at least some of the servers a plurality of secure containers of application software, each container comprising one or more of the executable applications and a set of associated system files required to execute the one or more applications,*
[see D1, paragraph 0023]
       It also
       provides an abstraction layer to the operating system-dependent
       implementations for managing a process space and
       handling thread processing. Processes may be grouped
       together into application bundles. An application bundle is a
       group of processes which all share their virtual resources
       with each other.

2,481,613                          - 3 -


*~ for use with a local kernel residing permanently on one of the servers; wherein the set of associated system files are compatible with a local kernel of at least some of the plurality of different operating systems,*
[see D1, figure 1]

*~ the containers of application software excluding a kernel, and wherein some or all of the associated system files within a container stored in memory are utilized in place of the associated local system files resident on the server prior to said storing step.*
[see D1, paragraph 0013]
> First, it
> prevents a running application from making changes to the
> client computer. If an application attempts to change underlying
> operating system settings of a client computer, such
> settings are protected and only "made" in the virtual environment.

D1 differs in that it does not describe a multiple server environment.  However, the skilled practitioner would use D1 to set up multiple environments.   Thus, the difference is considered obvious to a skilled practitioner.

The independent claim 17 is of similar scope as claim 1, and is also considered to be obvious.

The dependent claims on file do not introduce matter considered to be inventive.


**Closing Remarks:**
In view of the foregoing defects, the applicant is requisitioned, under subsection 30(2) of the *Patent Rules*, to amend the application in order to comply with the *Patent Act* and the *Patent Rules* or to provide arguments as to why the application does comply.


Mark Stephens
Senior Patent Examiner
819-934-3472

As per CIPO Client Service Standards, a response to a telephone enquiry or voice mail should be provided by the end of the next business day. In the event that attempts to reach the examiner are unsuccessful, the examiner's Section Head, Jeffrey Orser, can be reached at 819-934-2669.

