# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
|     Plaintiff, | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| v. | § | |
| | § | |
| HEWLETT PACKARD ENTERPRISE | § | **JURY TRIAL DEMANDED** |
| COMPANY, | § | |
|     Defendants. | § | |
| | § | |
| | § | |
| VIRTAMOVE, CORP., | § | |
|     Plaintiff, | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| v. | § | |
| | § | |
| INTERNATIONAL BUSINESS | § | **JURY TRIAL DEMANDED** |
| MACHINES CORP., | § | |
|     Defendants. | § | |
| | § | |

## JOINT MOTION FOR EXTENSION OF TIME
## TO FILE PROPOSED DISCOVERY ORDER

Plaintiff VirtaMove, Corp. ("Plaintiff") and Defendants Hewlett Packard Enterprise Company ("HPE") and International Business Machines Corp. ("IBM") (collectively, the "Parties") jointly move for a one-week extension of time to file their Proposed Discovery Order in the lead case.

The parties respectfully submit there is good cause for this request.  The IBM case includes counterclaims against VirtaMove for patent infringement that are not at issue in the HPE case, and the parties request additional time to meet and confer to account for these differences in the Proposed Discovery Order.

The current deadline to file a Proposed Discovery Order is June 12, 2024.  The requested extension would change this deadline to June 20, 2024, as the Court is closed on June 19, 2024 to observe a Federal Holiday.  This extension is not sought for purposes of delay but so that the Parties can work toward reaching further agreement.

Counsel for the Parties have conferred and agreed to this extension.  Accordingly, the Parties respectfully request that the Court grant this joint motion and enter the attached proposed Order.

Respectfully submitted,

*/s/ Qi (Peter) Tong (w/ permission)*
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
RUSS AUGUST & KABAT
4925 Greenville Ave., Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

*/s/ Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Tel: (903) 255-1000
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Katharine Mary Burke
Baker Botts LLP - D.C.
1299 Pennsylvania Ave NW #120
Washington, DC 20004
202.639.7700
Fax: 202.508.9301
Email: katharine.burke@bakerbotts.com

Douglas Mark Kubehl
Emily F. Deer
Morgan Grissum Mayne
Baker Botts LLP - Dallas
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
(214) 953-6500
Email: doug.kubehl@bakerbotts.com
Email: emily.deer@bakerbotts.com
Email: morgan.mayne@bakerbotts.com

Hien Khanh Lien
Baker Botts LLP
1001 Page Mill Road, Building One, Suite 200
Palo Alto, CA 94304
(650) 739-7563
Email: hlien@kramerlevin.com

*Attorneys for Hewlett Packard Enterprise Company*

*/s/ Andrea L. Fair (w/ permission)*
Todd M. Friedman (pro hac vice)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: todd.friedman@kirkland.com

Brandon H. Brown
State Bar No. 266347
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500 Email:
brandon.brown@kirkland.com

Of Counsel:
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Defendant International Business Machines Corp.*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record are being served with a copy of this document via the Court's CM/ECF system on June 12, 2024.

*/s/ Jennifer H. Doan*
Jennifer H. Doan

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that pursuant to Local Rule CV-7(h), counsel for Defendants conferred with counsel for Plaintiff.  All parties agree to the filing of this joint motion.

*/s/ Jennifer H. Doan*
Jennifer H. Doan