# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
|     Plaintiff, | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| v. | § | |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | **JURY TRIAL DEMANDED** |
|     Defendants. | § | |
| | § | |
| VIRTAMOVE, CORP., | § | |
|     Plaintiff, | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| v. | § | |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | **JURY TRIAL DEMANDED** |
|     Defendants. | § | |

# ORDER

Before the Court is the parties' Joint Motion for Extension of Time to File a Proposed Discovery Order ("Motion"). In the Motion, the parties respectfully request a one-week extension of time to file their Proposed Discovery Order, or until June 20, 2024.

Having considered the Motion, and noting its joint nature, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the parties' deadline to file a Proposed Discovery Order is **extended** up to and including **June 20, 2024.**