# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
|     Plaintiff, | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| v. | § | |
| | § | |
| HEWLETT PACKARD ENTERPRISE | § | **JURY TRIAL DEMANDED** |
| COMPANY, | § | |
|     Defendants. | § | |
| | § | |
| | § | |
| VIRTAMOVE, CORP., | § | |
|     Plaintiff, | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| v. | § | |
| | § | |
| INTERNATIONAL BUSINESS | § | **JURY TRIAL DEMANDED** |
| MACHINES CORP., | § | |
|     Defendants. | § | |
| | § | |

## JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER

Plaintiff VirtaMove, Corp. ("Plaintiff") and Defendants Hewlett Packard Enterprise Company ("HPE") and International Business Machines Corp. ("IBM") (collectively, the "Parties") file this Joint Motion for Entry of Docket Control Order.  Counsel for the Parties have diligently conferred regarding the information contained in the proposed Docket Control Order for this case and have agreed to the deadlines proposed therein.  Accordingly, the Parties submit a proposed Docket Control Order, attached as Exhibit A, for the Court's consideration.

Respectfully submitted,

| | |
|---|---|
| */s/ Reza Mirzaie* | */s/ Jennifer H. Doan* |
| Reza Mirzaie (CA SBN 246953) | Jennifer H. Doan |
| rmirzaie@raklaw.com | Texas Bar No. 08809050 |
| Marc A. Fenster (CA SBN 181067) | Joshua R. Thane |
| mfenster@raklaw.com | Texas Bar No. 24060713 |
| Neil A. Rubin (CA SBN 250761) | HALTOM & DOAN |
| nrubin@raklaw.com | 6500 Summerhill Road, Suite 100 |
| James A. Milkey (CA SBN 281283) | Texarkana, TX 75503 |
| jmilkey@raklaw.com | Tel: (903) 255-1000 |
| Amy E. Hayden (CA SBN 287026) | Email: jdoan@haltomdoan.com |
| ahayden@raklaw.com | Email: jthane@haltomdoan.com |
| Jacob Buczko (CA SBN 269408) | |
| jbuczko@raklaw.com | Katharine Mary Burke |
| James Tsuei (CA SBN 285530) | Baker Botts LLP - D.C. |
| jtsuei@raklaw.com | 1299 Pennsylvania Ave NW #120 |
| Christian W. Conkle (CA SBN 306374) | Washington, DC 20004 |
| cconkle@raklaw.com | 202.639.7700 |
| Jonathan Ma (CA SBN 312773) | Fax: 202.508.9301 |
| jma@raklaw.com | Email: katharine.burke@bakerbotts.com |
| Daniel B. Kolko (CA SBN 341680) | |
| dkolko@raklaw.com | Douglas Mark Kubehl |
| RUSS AUGUST & KABAT | Emily F. Deer |
| 12424 Wilshire Boulevard, 12th Floor | Morgan Grissum Mayne |
| Los Angeles, CA 90025 | Baker Botts LLP - Dallas |
| Telephone: (310) 826-7474 | 2001 Ross Avenue, Suite 900 |
| | Dallas, TX 75201-2980 |
| Qi (Peter) Tong (TX SBN 24119042) | (214) 953-6500 |
| RUSS AUGUST & KABAT | Email: doug.kubehl@bakerbotts.com |
| 4925 Greenville Ave., Suite 200 | Email: emily.deer@bakerbotts.com |
| Dallas, TX 75206 | Email: morgan.mayne@bakerbotts.com |
| Telephone: (310) 826-7474 | |
| | Hien Khanh Lien |
| *Attorneys for Plaintiff VirtaMove, Corp.* | Baker Botts LLP |
| | 1001 Page Mill Road, Building One, Suite 200 |
| | Palo Alto, CA 94304 |
| | (650) 739-7563 |
| | Email: hlien@kramerlevin.com |
| | |
| | *Attorneys for Hewlett Packard Enterprise Company* |

**JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER** – Page 2

        */s/ Andrea Fair*
Todd M. Friedman (pro hac vice)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: todd.friedman@kirkland.com

Brandon H. Brown
State Bar No. 266347
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500 Email:
brandon.brown@kirkland.com

Of Counsel:
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Defendant International Business Machines Corp.*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record are being served with a copy of this document via the Court's CM/ECF system on June 12, 2024.

        */s/ Jennifer H. Doan*
        Jennifer H. Doan

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that pursuant to Local Rule CV-7(h), counsel for Defendants conferred with counsel for Plaintiff. All parties agree to the filing of this joint motion.

        */s/ Jennifer H. Doan*
        Jennifer H. Doan