IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> HEWLETT PACKARD ENTERPRISE § <br> COMPANY, § <br> § <br> *Defendant*. § | CIVIL ACTION NO.  2:24-CV-00093-JRG <br> (LEAD CASE) |
| v. § <br> § <br> INTERNATIONAL BUSINESS § <br> MACHINES CORP., § <br> § <br> *Defendant*. | CIVIL ACTION NO.  2:24-CV-00094-JRG <br> (MEMBER CASE) |

# ORDER

Before the Court is a Joint Motion for Extension of Time to File Proposed Discovery Order (the "Motion") filed by Plaintiff VirtaMove, Corp. and Defendant International Business Machines Corp. and Defendant Hewlett Packard Enterprise Company. (Dkt. No. 52.) In the Motion, the parties a one-week extension to file their Proposed Discovery Order up to and including June 20, 2024. (*Id.*) The parties request the extension in order to meet and confer concerning the effect of the differences between Lead Case No. 2:24-cv-093 and Member Case 2:24-cv-094 on the Proposed Discovery Order. (*Id.*)

Having considered the Motion, and noting its joint nature, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for the parties to file their Proposed Discovery Order is **extended** up to and including **June 20, 2024**.

**So ORDERED and SIGNED this 14th day of June, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE