IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | Case No. 2:24-cv-00093-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>Defendant. | Case No. 2:24-CV-00064-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE REPSOND TO COUNTERCLAIMS**

On this date the Court considered the Joint Motion for Extension of Time to Answer or Otherwise Respond to Counterclaims (Dkt. 49), filed by Plaintiff VirtaMove Corp. ("Plaintiff" or "VirtaMove") and Defendant International Business Machines Corp. ("Defendant").  Based on the motion and the grounds set forth therein, and the agreement of the Parties in the motion, the Court finds that good cause has been established and the Joint Motion for Extension of Time should be granted.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's time to respond to the Motion shall be extended by fifteen days, from June 20, 2024 to July 5, 2024.

**IT IS SO ORDERED.**