UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., <br>     Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br>     Defendants. | § § § § § § § § § § § | Case No. 2:24-cv-00093-JRG <br> (Lead Case) <br><br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br>     Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br>     Defendants. | § § § § § § § § § § § | Case No. 2:24-cv-00064-JRG <br> (Member Case) <br><br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER AND DISCOVERY ORDER**

Plaintiff VirtaMove, Corp. ("Plaintiff") and Defendants Hewlett Packard Enterprise Company ("HPE") and International Business Machines Corp. ("IBM") (collectively, the "Parties") file this Joint Motion for Entry of Protective Order and Discovery Order. Counsel for the Parties have diligently conferred regarding the information contained in the proposed Docket Control Order for this case and have agreed to the deadlines proposed therein. Accordingly, the Parties submit a proposed Discovery Order (Exhibit A) and a proposed Protective Order (Exhibit B) for the Court's consideration.

Respectfully submitted,

| | |
|---|---|
| */s/ Reza Mirzaie* | */s/ Jennifer H. Doan* |
| Reza Mirzaie (CA SBN 246953) | Jennifer H. Doan |
| rmirzaie@raklaw.com | Texas Bar No. 08809050 |
| Marc A. Fenster (CA SBN 181067) | Joshua R. Thane |
| mfenster@raklaw.com | Texas Bar No. 24060713 |
| Neil A. Rubin (CA SBN 250761) | HALTOM & DOAN |
| nrubin@raklaw.com | 6500 Summerhill Road, Suite 100 |
| James A. Milkey (CA SBN 281283) | Texarkana, TX 75503 |
| jmilkey@raklaw.com | Tel: (903) 255-1000 |
| Amy E. Hayden (CA SBN 287026) | Email: jdoan@haltomdoan.com |
| ahayden@raklaw.com | Email: jthane@haltomdoan.com |
| Jacob Buczko (CA SBN 269408) | |
| jbuczko@raklaw.com | Katharine Mary Burke |
| James Tsuei (CA SBN 285530) | Baker Botts LLP - D.C. |
| jtsuei@raklaw.com | 1299 Pennsylvania Ave NW #120 |
| Christian W. Conkle (CA SBN 306374) | Washington, DC 20004 |
| cconkle@raklaw.com | 202.639.7700 |
| Jonathan Ma (CA SBN 312773) | Fax: 202.508.9301 |
| jma@raklaw.com | Email: katharine.burke@bakerbotts.com |
| Daniel B. Kolko (CA SBN 341680) | |
| dkolko@raklaw.com | Douglas Mark Kubehl |
| RUSS AUGUST & KABAT | Emily F. Deer |
| 12424 Wilshire Boulevard, 12th Floor | Morgan Grissum Mayne |
| Los Angeles, CA 90025 | Baker Botts LLP - Dallas |
| Telephone: (310) 826-7474 | 2001 Ross Avenue, Suite 900 |
| | Dallas, TX 75201-2980 |
| Qi (Peter) Tong (TX SBN 24119042) | (214) 953-6500 |
| RUSS AUGUST & KABAT | Email: doug.kubehl@bakerbotts.com |
| 4925 Greenville Ave., Suite 200 | Email: emily.deer@bakerbotts.com |
| Dallas, TX 75206 | Email: morgan.mayne@bakerbotts.com |
| Telephone: (310) 826-7474 | |
| | Hien Khanh Lien |
| *Attorneys for Plaintiff VirtaMove, Corp.* | Baker Botts LLP |
| | 1001 Page Mill Road, Building One, Suite 200 |
| | Palo Alto, CA 94304 |
| | (650) 739-7563 |
| | Email: hlien@kramerlevin.com |
| | |
| | *Attorneys for Hewlett Packard Enterprise Company* |

>   */s/ Andrea Fair*
>   Todd M. Friedman (pro hac vice)
>   KIRKLAND & ELLIS LLP
>   601 Lexington Avenue
>   New York, NY 10022
>   Telephone: (212) 446-4800
>   Facsimile: (212) 446-4900
>   Email: todd.friedman@kirkland.com
>
>   Brandon H. Brown
>   State Bar No. 266347
>   KIRKLAND & ELLIS LLP
>   555 California Street
>   San Francisco, CA 94104
>   Telephone: (415) 439-1400
>   Facsimile: (415) 439-1500 Email:
>   brandon.brown@kirkland.com
>
>   Of Counsel:
>   Andrea L. Fair
>   Texas State Bar No. 24078488
>   E-mail: andrea@wsfirm.com
>   WARD, SMITH & HILL, PLLC
>   1507 Bill Owens Parkway
>   Longview, TX 75604
>   (903) 757-6400 (telephone)
>   (903) 757-2323 (facsimile)
>
>   *Attorneys for Defendant International Business Machines Corp.*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record are being served with a copy of this document via the Court's CM/ECF system on June 20, 2024.

>   */s/ Peter Tong*
>   Peter Tong

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that pursuant to Local Rule CV-7(h), counsel for Defendants conferred with counsel for Plaintiff. All parties agree to the filing of this joint motion.

>   */s/ Peter Tong*
>   Peter Tong

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER AND DISCOVERY ORDER**
**Page 3**