# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., <br>     Plaintiff, <br> v. <br> HEWLETT PACKARD ENTERPRISE COMPANY, <br>     Defendants. | § § § § § § § § § § § | Case No. 2:24-cv-00093-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br>     Plaintiff, <br> v. <br> INTERNATIONAL BUSINESS MACHINES CORP., <br>     Defendants. | § § § § § § § § § § § | Case No. 2:24-cv-00064-JRG <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Defendant Hewlett Packard Enterprise Company ("HPE") hereby notifies the Court that it served its Initial and Additional Disclosures on all counsel of record via email on Thursday, June 20, 2024, in compliance with the Court's Docket Control Order (Dkt. No. 54).

Respectfully submitted,

*/s/ Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Tel: (903) 255-1000
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Katharine Mary Burke
Baker Botts LLP - D.C.
1299 Pennsylvania Ave NW #120
Washington, DC 20004
202.639.7700
Fax: 202.508.9301
Email: katharine.burke@bakerbotts.com

Douglas Mark Kubehl
Emily F. Deer
Morgan Grissum Mayne
Baker Botts LLP - Dallas
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
(214) 953-6500
Email: doug.kubehl@bakerbotts.com
Email: emily.deer@bakerbotts.com
Email: morgan.mayne@bakerbotts.com

Hien Khanh Lien
Baker Botts LLP
1001 Page Mill Road, Building One, Suite 200
Palo Alto, CA 94304
(650) 739-7563
Email: hlien@kramerlevin.com

*Attorneys for Hewlett Packard Enterprise Company*

**NOTICE OF COMPLIANCE** – Page 2

## CERTIFICATE OF SERVICE

  The undersigned certifies that all counsel of record are being served with a copy of this document via the Court's CM/ECF system on June 21, 2024.

                */s/ Jennifer H. Doan*
                Jennifer H. Doan