IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
|     Plaintiff, | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| v. | § | |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | **JURY TRIAL DEMANDED** |
| | § | |
|     Defendant. | § | |
| | § | |
| | § | |
| VIRTAMOVE, CORP., | § | |
|     Plaintiff, | § | Case No. 2:24-CV-00064-JRG |
| | § | (Member Case) |
| v. | § | |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | **JURY TRIAL DEMANDED** |
| | § | |
|     Defendant. | § | |
| | § | |

**PLAINTIFF'S NOTICE OF COMPLIANCE REGARDING SERVICE OF INITIAL AND ADDITIONAL DISCLOSURES ON DEFENDANTS**

Plaintiff VirtaMove Corp. ("Plaintiff") hereby provides notice, under Local Rule CV-26(c), that on June 20, 2024 it served its Initial and Additional Disclosures upon counsel of record for Defendant Hewlett Packard Enterpise Company ("HPE") and Defendant International Business Mahcines Corp. ("IBM") (collectively, "Defendants").

Dated: June 21, 2024                  Respectfully submitted,

                                            By: */s/ Daniel B. Kolko*

                                            Reza Mirzaie (CA SBN 246953)
                                            rmirzaie@raklaw.com
                                            Marc A. Fenster (CA SBN 181067)
                                            mfenster@raklaw.com

Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4925 Greenville Ave., Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on June 21, 2024.

*/s/ Daniel B. Kolko*
Daniel B. Kolko
