IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 2:24-CV-00093-JRG | |
| § | (LEAD CASE) | |
| HEWLETT PACKARD ENTERPRISE § | | |
| COMPANY, § | | |
| § | | |
| *Defendant*. § | | |

| | | |
|---|---|---|
| v. § | CIVIL ACTION NO. 2:24-CV-00094-JRG | |
| § | (MEMBER CASE) | |
| INTERNATIONAL BUSINESS § | | |
| MACHINES CORP., § | | |
| § | | |
| *Defendant*. § | | |

# ORDER

Before the Court is the Joint Motion for Extension of Time to Answer or Otherwise Respond to Counterclaims (the "Motion") filed by Plaintiff VirtaMove Corp. ("Plaintiff") and Defendant International Business Machines Corp. ("Defendant"). (Dkt. No. 56.) In the Motion, the parties request a 15-day extension of the deadline for Plaintiff to answer or otherwise respond to Defendant's counterclaims. (*Id.*) The parties represent that this extension is necessary to afford Plaintiff enough time to respond in view of counsels' other commitments. (*Id.*)

Having considered the Motion, and noting its joint nature, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Plaintiff to answer or otherwise respond to Defendant's counterclaims is **extended** up to and including July 5, 2024.

## So Ordered this

**Jun 21, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE