# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| Defendant. | § | |

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| Defendant. | § | |

## **NOTICE OF COMPLIANCE**

Defendant INTERNATIONAL BUSINESS MACHINES CORP. ("IBM") hereby notifies the Court that it served its Initial and Additional Disclosures on all counsel of record via email on Thursday, June 20, 2024, in compliance with the Court's Docket Control Order (Dkt. No. 54).

Dated:  June 24, 2024

By: /s/ *Todd M. Friedman*
Todd M. Friedman (pro hac vice)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800 Facsimile: (212) 446-4900
Email: todd.friedman@kirkland.com

Brandon H. Brown
California State Bar No. 266347 KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104 Facsimile: (415) 439-1500
Email: brandon.brown@kirkland.com

*Of Counsel:*

Andrea L. Fair
Texas State Bar No. 24078488 Email: andrea@wsfirm.com WARD, SMITH & HILL, PLLC 1507 Bill Owens Parkway Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile

*Attorneys for Defendant International Business Machines Corp.*

1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record are being served with a copy of this document via the Court's CM/ECF system on June 24, 2024

Dated: June 24, 2024                                /s/ *Todd M. Friedman*
                                                                  Todd M. Friedman