IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br>　　　　Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br>　　　　Defendant. | Case No. 2:24-cv-00093-JRG<br>(Lead Case)<br><br><br><br>**JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP.,<br>　　　　Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br>　　　　Defendant. | Case No. 2:24-CV-00064-JRG<br>(Member Case)<br><br><br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF VIRTAMOVE, CORP.'S MOTION TO DISMISS**

Before the Court is Plaintiff VirtaMove, Corp.'s Motion to Dismiss. The Court, having considered Plaintiff's Motion, is of the opinion that Plaintiff's Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant International Business Machines Corp.'s counterclaim of inequitable conduct (Dkt. 49 ¶¶ 76-118) is hereby DISMISSED WITH PREJUDICE WITHOUT LEAVE TO AMEND.