## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>    Defendant. | Case No. 2:24-cv-00093-JRG<br><br>**(LEAD CASE)**<br><br>**JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>    Defendant. | Case No. 2:24-cv-00064-JRG<br><br>(Member case)<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING DEFENDANT HEWLETT PACKARD ENTERPRISE COMPANY'S PARTIAL MOTION TO DISMISS

Before the Court is Defendant Hewlett Packard Enterprise Company's Rule 12(b)(6) Partial Motion to Dismiss. The Court, having considered Defendant's Motion, is of the opinion that Defendant's Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff VirtaMove, Corp.'s claims of entitlement to past damages (Dkt. 64 ¶¶ 21, 30) are hereby DISMISSED.

**ORDER** – Solo Page