## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br>Defendant. | Case No.  2:24-cv-00093-JRG<br><br>**(LEAD CASE)**<br><br>**JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>Defendant. | Case No. 2:24-cv-00064-JRG<br><br>(Member case)<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff VirtaMove, Corp. ("VirtaMove") and Defendants Hewlett Packard Enterprise Company ("HPE") and International Business Machines Corp. ("IBM") (collectively, "the Parties") jointly and respectfully request that the Court amend its June 14, 2024 Docket Control Order (Dkt. No. 54) as reflected below and in the First Amended Docket Control Order attached hereto.

| Original Deadline | New Deadline | Event |
|---|---|---|
| Wednesday, August 21, 2024 | **September 21, 2024** | Defendants and Counter-Defendant Comply with Standing Order Regarding Subject-Matter Eligibility Contentions[1] |

Counsel for HPE and IBM met and conferred with counsel for VirtaMove to discuss the extension of the deadline requested in this Motion.  The Parties are jointly seeking the relief sought herein.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion and enter the proposed order attached hereto.

---

[1]http://www.txed.uscourts.gov/sites/default/files/judgeFiles/EDTX%20Standing%20Order%20Re%20Subject%20Matter%20Eligibility%20Contentions%20.pdf [https://perma.cc/RQN2-YU5P]

Dated:  August 15, 2024

By: */s/ Morgan Mayne*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX  75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email:  jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Katharine Burke (Lead Attorney)
DC Bar Number: 985333
Katharine.burke@bakerbotts.com
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, DC 20001-5692
Tel: (202) 639-7700
Fax: (202) 639-7890

Douglas M. Kubehl
Texas Bar No. 00796909
Doug.kubehl@bakerbotts.com
Morgan Mayne
Texas Bar No. 24084387
Morgan.mayne@bakerbotts.com
Emily Deer
Texas Bar No. 24116352
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Tel: (214) 953-6500
Fax: (214) 953-6503

David Lien (*pro hac vice*)
California Bar No. 313754
David.lien@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road, Building One,
Suite 200
Palo Alto, CA 94304-1007
Tel: (650) 739-7563
Fax: (650) 739-7663

3

*Attorneys for Defendant Hewlett Packard Enterprise Company*

By: */s/ Brandon Brown*
    Tom M. Friedman (*pro hac vice*)
    KIRKLAND & ELLIS LLP
    610 Lexington Avenue
    New York, NY 1002
    Telephone: (212) 446-4800
    Facsimile: (212) 446-4900
    Email: todd.friedman@kirkland.com

    Brandon H. Brown
    State Bar No. 266347
    KIRKLAND & ELLIS LLP
    555 California Street
    San Francisco, CA 94104
    Telephone: (415) 439-1400
    Facsimile: (415) 439-1500
    Email: brandon.brown@kirkland.com

    Of Counsel:
    Andrea L. Fair
    Texas State Bar No. 24078488
    WARD, SMITH & HILL, PLLC
    1507 Bill Owens Parkway
    Longview, TX 75604
    Telephone: (903) 757-6400
    Facsimile: (903) 757-2323
    Email: andrea@wsfirm.com

*Attorneys for Defendant International Business Machines Corp.*

By: */s/ Reza Mirzaie*

    Reza Mirzaie (CA SBN 246953)
    rmirzaie@raklaw.com
    Marc A. Fenster (CA SBN 181067)
    mfenster@raklaw.com
    Neil A. Rubin (CA SBN 250761)
    nrubin@raklaw.com
    James A. Milkey (CA SBN 281283)
    jmilkey@raklaw.com

Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4925 Greenville Ave., Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned hereby certifies that counsel for HPE and IBM met and conferred with counsel for VirtaMove to discuss the substantive issues addressed in this Motion pursuant to Local Rule CV-7(h). The Parties are jointly seeking the relief sought in this Motion.

By: <u>/s/ <i>Morgan Mayne</i>      </u>
Morgan Mayne

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing is being served on all counsel of record who consent to electronic service on August 15, 2024.

By: <u>/s/ <i>Morgan Mayne</i>      </u>
Morgan Mayne
