AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| VIRTAMOVE, CORP. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-CV-00093 |
| HEWLETT PACKARD ENTERPRISE COMPANY | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HEWLETT PACKARD ENTERPRISE COMPANY.

Date:    08/16/2024

/s/ Samuel L. Kassa
*Attorney's signature*

Samuel L. Kassa (DC Bar No. 187255)
*Printed name and bar number*
Baker Botts L.L.P.
700 K Street NW
Washington, DC 20001

*Address*

Sam.kassa@bakerbotts.com
*E-mail address*

(202) 639-7700
*Telephone number*

(202) 639-7890
*FAX number*