# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| VIRTAMOVE, CORP. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:24-cv-00093-JRG |
| HEWLETT PACKERT ENTERPRISE CO., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant International Business Machines Corp.

Date:    08/21/2024

/s/ Brandon H. Brown
*Attorney's signature*

Brandon H. Brown / 266347
*Printed name and bar number*

Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
*Address*

brandon.brown@kirkland.com
*E-mail address*

(415) 439-1670
*Telephone number*

(415) 439-1500
*FAX number*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on August 21, 2024.

/s/ Brandon H. Brown
Brandon H. Brown