# EXHIBIT D

Join us in Seattle, June 26-27, at CloudNativeSecurityCon. Buy tickets now.



# WHO WE ARE

The Cloud Native Computing Foundation (CNCF) hosts critical components of the global technology infrastructure.

We bring together the world's top developers, end users, and vendors and run the largest open source developer conferences. CNCF is part of the nonprofit **Linux Foundation**.





## OUR CHARTER

*"CNCF's mission is to make cloud native computing ubiquitous…"*

READ THE CNCF CHARTER

6/3/24, 9:31 AM                                                    Who We Are | CNCF

**USEFUL LINKS**

- Read about recent work and accomplishments in the **CNCF Annual Report**

- View our **FAQ**

- Read the **CNCF Community Code of Conduct**

# Our amazing events & members





**SEE MORE**

# Cloud Native Definition

Cloud native technologies empower organizations to build and run scalable applications in modern, dynamic environments such as public, private, and hybrid clouds. Containers, service meshes, microservices, immutable infrastructure, and declarative APIs exemplify this approach.

These techniques enable loosely coupled systems that are resilient, manageable, and observable. Combined with robust automation, they allow engineers to make high-impact changes frequently and predictably with minimal toil.

The Cloud Native Computing Foundation seeks to drive adoption of this paradigm by fostering and sustaining an ecosystem of open source, vendor-neutral projects. We democratize state-of-the-art patterns to make these innovations accessible for everyone.

**Read in other languages (and contribute) on GitHub**.



# We are a community of doers who enable open source projects including Kubernetes, Prometheus, Envoy, and many others.

Kubernetes and other CNCF projects have quickly gained adoption and secured diverse community support, becoming some of the highest velocity projects in the history of open source.






 **0**
CNCF Projects

 **0K+**
CNCF Project Contributors

 **0**
CNCF Members

**0K+**
Cloud Native Community Members

## **Subscribe** for updates, event info, webinars, and the latest community news

First name*        Last name*                    Email address*

Select language*                    **Subscribe**

By submitting this form, I consent to receive marketing emails from the LF and its projects regarding their events, training, research, developments, and related announcements. I understand that I can unsubscribe at any time using the links in the footers of the emails I receive. **Privacy Policy**.

**JOIN NOW**

**All CNCF Sites**

in

Copyright © 2024 The Linux Foundation®. All rights reserved. The Linux Foundation has registered trademarks and uses trademarks. For a list of trademarks of The Linux Foundation, please see our **Trademark Usage** page. Linux is a registered trademark of Linus Torvalds. **Privacy Policy** and **Terms of Use**.

**Accessibility Statement**

**Submit an issue with this page**