# EXHIBIT E



# CONTACT US

## Interested in becoming a member?

**JOIN US**

For Linux Foundation training and certification questions, including CKA, CKAD, and CKS, please submit a request for the **LF Training & Certification team**.

**FOR GENERAL INQUIRIES, PLEASE USE THIS FORM**



First name*

Last name*

Email*

Phone number

Country/Region*

Company name*

Job title

Topic*

Please Select

Message*

By submitting this form you are consenting to receive marketing emails about news, events, and training from CNCF. You can unsubscribe at any time by following the "Subscription Center" link included within such communications. For information on our privacy practices and commitment to protecting your privacy, please review our Privacy Policy. We do not sell your contact information to third parties.

# Mailing Address

Cloud Native Computing Foundation

c/o The Linux Foundation

548 Market St

PMB 57274

San Francisco, CA 94104-5401

+1-415-723-9709

info@cncf.io

## Subscribe for updates, event info, webinars, and the latest community news

First name*            Last name*              Email address*

Select language*       Subscribe

By submitting this form, you acknowledge that your information is subject to The Linux Foundation's **Privacy Policy**.

JOIN NOW

All CNCF Sites

in

Contact Us | CNCF

Copyright © 2024 The Linux Foundation®. All rights reserved. The Linux Foundation has registered trademarks and uses trademarks. For a list of trademarks of The Linux Foundation, please see our **Trademark Usage** page. Linux is a registered trademark of Linus Torvalds. **Privacy Policy** and **Terms of Use**.

**Accessibility Statement**

**Submit an issue with this page**