# EXHIBIT F

3/27/24, 12:28 PM  Contact Us | Linux Foundation

Open Source Summit North America 2024 - April 16-18, Seattle, WA   LEARN MORE

ENGLISH    Sign In

JOIN

# Have Questions?

## Have questions about a training or certification exam, course purchase or scheduling?

Please submit a Training & Certification Support Request. It is the fastest way to receive support.

T&C SUPPORT REQUESTS





## Project Support

For hosted project support, please **Submit a Support Request**.

## Security Issues

To report vulnerabilities, see the **security** page.

## Project Hosting

To learn more or inquire about hosting a project at the Linux Foundation, please visit our **Host a Project page**.

# Contact Us

We do not provide any support for Linux. To get answers to your Linux questions, please check Linux-related resources available on the Internet or contact the distribution vendor.

First name

Last name

Email*

Select Inquiry Topic

Please Select

Comments

By submitting this form you are consenting to receive marketing emails about news, events, and training from the Linux Foundation. You can unsubscribe at any time by following the "Subscription Center" link included within such communications. For information on our privacy practices and commitment to protecting your privacy, please review our Privacy Policy. We do not sell your contact information to third parties.

SUBMIT

## Addresses

## Main Office

548 Market St

PMB 57274

San Francisco, California

94104-5401 US

TEL: +1 415 723 9709

**www.linuxfoundation.org**

## Linux Foundation Japan

#901, 74-1 Yamashita-cho, Naka-ku

Yokohama-shi, Kanagawa, 231-0023, Japan

TEL：045-228-7761

FAX : 045-228-7762

**www.linuxfoundation.jp**

# Linux Foundation Europe

Avenue des arts 56

1000 Bruxelles

Belgium

**www.linuxfoundation.eu**

# Stay Connected with the Linux Foundation

First name

Last name

Email*

By submitting this form you are consenting to receive marketing emails about news, events, and training from the Linux Foundation. You can unsubscribe at any time by following the "Subscription Center" link included within such communications. For information on our privacy practices and commitment to protecting your privacy, please review our Privacy Policy. We do not sell your contact information to third parties.

protected by **reCAPTCHA**
Privacy - Terms

SUBSCRIBE

**ABOUT THE LINUX FOUNDATION**

The Linux Foundation provides a neutral, trusted hub for developers to code, manage, and scale open technology projects.

About the LF

Leadership

Careers

Corporate Members

Diversity & Inclusivity

Brand Guidelines

Contact Us

Store

**PROJECTS**

**NEWSROOM**

**LF RESEARCH**

**LFX PLATFORM**

**RESOURCES**

**EVENTS**

**LF TRAINING**

Copyright © 2024 The Linux Foundation®. All rights reserved. The Linux Foundation has registered trademarks and uses trademarks. For a list of trademarks of The Linux Foundation, please see our Trademark Usage page. Linux is a registered trademark of Linus Torvalds. Terms of Use | Privacy Policy | Bylaws | Antitrust Policy | Good Standing Policy | Generative AI Policy

Case 2:24-cv-00093-JRG   Document 78-6   Filed 08/21/24   Page 7 of 7 PageID #: 3525

3/27/24, 12:28 PM                                                                                                Contact Us | Linux Foundation