# EXHIBIT G

6/3/24, 9:32 AM                    Docker: Accelerated Container Application Development

Docs    Get support    Contact sales

Products        Developers        Pricing      Support      Blog      Company                Sign In

# Docker Builds: Now Lightning Fast

Announcing Docker Build Cloud general availability

**Discover Docker Build Cloud**

# Accelerate how you build, share, and run applications

Docker helps developers build, share, run, and verify ap̲li̲... ...dious environment configuration or ma...

Hey! 👋 What brings you here today?

6/3/24, 9:32 AM                                                    Docker: Accelerated Container Application Development



# Build

## Spin up new environments quickly

Develop your own unique applications with Docker images and create multiple containers using Docker Compose.

## Integrate with your existing tools

Docker works with all development tools such as VS Code, CircleCI, and GitHub.

## Containerize applications for consistency

Run in any environment consistently from on-premises Kubernetes to AWS ECS, Azure ACI, Google GKE, and more.



Docker: Accelerated Container Application Development

# Trusted by developers. Chosen by Fortune 100 companies.

Docker provides a suite of development tools, services, trusted content, and automations, used individually or together, to accelerate the delivery of secure applications.

Docker: Accelerated Container Application Development

monthly developers

applications

monthly image pulls

# New to containers?

We got you covered! Get started with the basics with our guide to containers, including what they are, their advantage over virtual machines, and more.

**Read the container guide**



Istanbu

Batuhan Apaydın

**Platform Engineer**
Trendyol

Learn more

Montreal,

David Cardozo

**Chief Analyst ML Scientist**
Updata

Learn more

Golden, CO, USA

Will Crum

**Software Engineer**
SpectroCloud

Learn more

Docker: Accelerated Container Application Development

# Meet the community

Stop by any of the hundreds of meetups around the world for in-person banter or join our Slack and Discourse for virtual peer support. Our Docker Captains are also a great source of developer insight and expertise.

**Connect with us**

### Join our open source program

Our Docker-Sponsored Open Source program is ideal for developers working on non-commercial projects.

**Apply today**

# Develop from code to cloud with partners that you trust

Our partnerships ensure that your development pipeline network will work in your preferred environment — whether local or in the cloud.

**Our trusted partners**

Docker: Accelerated Container Application Development

Simplify the development of your multi-container applications from Docker CLI to Amazon EKS and Serverless.

Seamlessly bring container applications from your local machine and run them in Azure Container Instances.

Easily distribute and share Docker images with the JFrog Artifactory image repository and integrate all of your development tools.

# Integrate with your favorite tools and images

Docker: Accelerated Container Application Development

# Your path to accelerated application development starts here.

Docker: Accelerated Container Application Development

## Download Docker

Learn how to install Docker for Mac, Windows, or Linux and explore our developer tools.

**Get started**

## Containerize your first app

Develop a solid understanding of the Docker basics with our step-by-step developer guide.

**Learn Docker**

## Publish your image on Docker Hub

Share your application with the world (or other developers on your team).

**Sign up for free**

# Choose a subscription that's right for you

Find your perfect balance of collaboration, security, and support with a Docker subscription.

**Find pricing**

Docker: Accelerated Container Application Development



## Products

Docker Desktop

Docker Hub

Docker Scout

Docker Build Cloud

## Features

Command Line
Interface

IDE Extensions

Container Runtime

Docker Extensions

Trusted Open
Source Content

Secure Software
Supply Chain

Product Roadmap

## Developers

Documentation

Getting Started

Trainings

Extensions SDK

Community

Open Source

Preview Program

## Pricing

Personal

Pro

Team

Business

Pricing FAQ

Contact Sales

## Support

Docker System
Status

## Blog

Newsletter

## Company

About Us

What is a Container

Why Docker

Trust

Customers

Partners

Events

Newsroom

Swag Store

Brand Guidelines

Trademark
Guidelines

Careers

Contact Us

## Languages

English

日本語

© 2024 Docker Inc. All rights reserved   |   Terms of Service   |   Privacy   |   Legal

Do Not Sell My Personal Information