# EXHIBIT H

3/27/24, 12:31 PM                                                                 Contact | Docker

Docs   Get support   Contact sales

 Products   Developers   Pricing   Support   Blog   Company   Sign In   ~~Get Started~~

# Contact Docker

We'd love to hear from you.

## Pricing & Subscriptions

Docker offers a variety of subscriptions to fit your organization's needs. Visit our pricing page to learn more about our products and subscription tiers.

Contact Sales

## Support & Documentation

All Docker subscribers have access to community forums, community slack and Docker Docs.

Contact Support

## Docker Verified Publisher Program

Build trust, increase awareness and improve customer experience while reaching millions of developers in the Docker ecosystem.

Learn More

## Open Source Community Program

Qualifying OSS projects can get a no-cost Docker subscription to support their contributors and end users.

Apply Now

Hey! What brings you here today? 

# Join Our Team

Come join the team that is building the technology that enables people around the world to build applications for every user, industry and purpose. Check out our Job Openings to learn more.

View Open Positions



Docker, Inc.
3790 El Camino Real # 1052
Palo Alto, CA 94306
(415) 941-0376

3/27/24, 12:31 PM                                                                                      Contact | Docker



## Products

Docker Desktop
Docker Hub
Docker Scout
Docker Build Cloud

### Features

Command Line Interface
IDE Extensions
Container Runtime
Docker Extensions
Trusted Open Source Content
Secure Software Supply Chain
Product Roadmap

## Developers

Documentation
Getting Started
Trainings
Extensions SDK
Community
Open Source
Preview Program

## Pricing

Personal
Pro
Team
Business
Pricing FAQ
Contact Sales

## Support

Docker System Status

## Blog

Newsletter

## Company

About Us
What is a Container
Why Docker
Trust
Customers
Partners
Events
Newsroom
Swag Store
Brand Guidelines
Trademark Guidelines
Careers
Contact Us

### Languages

English
日本語

© 2024 Docker Inc. All rights reserved    |    Terms of Service    |    Privacy    |    Legal

Do Not Sell My Personal Information