# EXHIBIT I

6/3/24, 9:35 AM                                         Docker Careers | Docker

cker.    Products ⌄    Developers ⌄    Pricing    Support    Blog    Company ⌄    | Sign In |

# Docker Careers

Docker's mission is to provide a collaborative app development platform of tools, content, services, and community for dev teams and their managers. Our vision is to increase the time developers spend on innovation, and decrease the time they spend on everything else.

We want you to help us achieve our goals!

Current openings

Working at Docker    |    Hiring & Onboarding    |    Docker Engineering    |    Women of Docker    |    Current Openings

Hey! 👋 What brings you here today?



"It's easy to say, 'People are our greatest asset,' but in a software startup, that's literally the case: There's no manufacturing plant, no WIP inventory, no physical distribution centers – it's 100% the people. This drives our focus and investment in recruiting outstanding talent and aspiring to provide them with the best, most challenging, and most rewarding growth opportunities of their careers."

Scott Johnston, CEO

# Docker's Virtues

As a company, we're always guided by our Docker virtues. Lots of companies decide on values or virtues and just stick them on posters on the walls. We don't do that; instead, we talk about them regularly. How we go about our work, and how we interact with each other and our customers, is always driven by those virtues.

Docker Careers | Docker

## Developer Obsession

We constantly put ourselves in the shoes of the developer. We seek their feedback and, by understanding their needs, we build solutions that they love. Every decision we make, big or small, starts with the customer developer in mind.

Docker Careers | Docker

## Humble Confidence

We leave our egos at the door. We extend kindness to each other. We assume positive intent. We respect and value differences. We are open to feedback and actively seek to learn from our mistakes.

Docker Careers | Docker

## Bias for Considered Action

We make data driven decisions and once a decision is made, we move! We may disagree, but as a team we commit and get behind the plan. We are not afraid to fail fast; we learn from our mistakes. We are empowered to tackle challenges in exciting and innovative ways.

Docker Careers | Docker

# Open Collaboration

Together, we can do great things. Our success is driven by our ability to break down silos and connect across teams, functions and geographies. We welcome new ideas and opinions from each other, our customers and the entire community. We value transparency. We ask questions. We challenge one another respectfully. We seek input and offer feedback.

Docker Careers | Docker

## Outcome Driven

To realize our desired outcomes, we maintain focus on the goals we set. We take ownership of our work while also leaning on the expertise of others. When tough choices need to be made, we think critically about their implications and commit to decisions that get us closer to the intended results. And if tasks drift from our North Star, we pivot and communicate to realign our day to day priorities.

Docker Careers | Docker

"My time at Docker has taught me what true cooperation and trust looks like. I can reach out to anyone in any branch and they'll gladly assist me with any of my needs. The managers here are well equipped to help you grow in your position and heavily encourage upward mobility!'

Harrison Webster, Account Executive – Velocity Sales

Docker Culture

Docker Careers | Docker

## Autonomy, Freedom and Flexibility

We trust you to get your work done however it fits into your lifestyle. Our flexible schedule lets you set priorities and maximize productivity.

## Work / Life Balance

We want you to maintain balance to thrive, reduce stress, and prevent burnout.

## Transparency

We believe that companies should be transparent. We're open and honest with our employees.

## Collaboration

We work together as a team in all departments and levels. We openly share ideas.

## Appreciation

We know the employees are the heart and soul of Docker. We let them know how important they are every chance we get.

## Respect

We treat you how we want to be treated. We listen to what you have to say. We value your time. We're courteous and polite to all.

Docker Careers | Docker

"Docker really knows how to do remote work. It gives the employees the flexibility needed to accomplish their work-life balance. I feel I have this precious opportunity to work with such incredibly talented people, in an engaged team where our actions reflect our values

Mihaela Stoica, Sr. Manager, Engineering

# Remote First — Work From Where You Are

We're a fully remote company, with no physical premises. This, together with our virtues of Humility and Open Collaboration, has lots of implications for how we work together and how we communicate with each other. Our primary method of communication is Slack and Zoom for meetings to keep everyone connected.

Learn more

Docker Careers | Docker

# Diversity Mission Statement

Docker embraces diversity and we're wholeheartedly committed to being proactive in promoting diversity across our organization.

We're dedicated to establishing an organization that reflects the fundamental respect for different ways of working and living, and we assure every Docker employee the opportunity to reach his or her full potential.

Current Employee Groups (with more to come!):

**Women ERG**   |   **Mental Health ERG**   |   **DEI Council**

Docker Careers | Docker

"At Docker I've always felt respected and appreciated by my colleagues from the very moment I came aboard the ship several years ago. I feel super comfortable bringing my whole authentic self to work as a South Asian, Muslim, woman of color, and a new mom. I'm very proud to be able to work on revolutionary technology used by millions of developers across the world with a team of smart, talented, and down to earth people!"

Amn Rahman, Sr. Manager, Data Engineering

Docker Careers | Docker

# Our Employees Love What They Do

Our employees feel part of the Docker Community. They're part of a team and care about their work. Watch four of our team members tell their Docker Stories and what they like about working at Docker.

**Watch more**

Docker Careers | Docker

# Docker Benefits and Perks



**100% company paid medical premiums for employees and dependents**

**Flexible Time Off Policy**

**Employer Paid Holidays**

**Generous Maternity and Parental Leave**

**Home Office Set Up Budget**

**Monthly Technology Stipend**

Training Allowances

Life and Disability Insurance

Retirement Plans

Virtual and In-Person Social Events

Docker Swag

Quarterly Hackathons

Virtual Coffee with Co-Workers

6/3/24, 9:35 AM                                        Docker Careers | Docker

"One of the things I found fascinating when I joined Docker is how kind, open and collaborative everyone is. Also, when working at Docker, you have the opportunity to share your ideas and implement them alongside many clever engineers, resulting in a tremendous impact in the life of millions of developers that build and run containers everyday."

Felipe Cruz, Software Engineer III

Docker Careers | Docker

## We're Hiring!

Docker is growing at a record pace. With our growth, we're seeking talented people to join our team.

There are many career opportunities available right now and more opening all the time.

Search our current openings to find your next job.

**Learn more**

## Engineering at Docker

Our engineers work on a wide range of teams and play an important role in the success of the company.

Want to learn more about Docker engineers?

Do you wonder what team would be the right fit for you?

Explore our engineering teams and find out more about how we do engineering at Docker.

**Explore Engineering**

Docker Careers | Docker

## Women of Docker

The women that work at Docker are a group of successful professionals that strive for excellence for themselves and others.

Docker strives to be a workplace that encourages women to develop their careers and prioritize their personal well being.

**Visit now**

"Even though it is a very fast-scaling organization, Docker still prioritizes incorporating its core value of humility to the hiring process. Therefore, new team members blend well with a core group that is already learning, sharing, and growing together as they tackle everyday challenges. This makes for pleasant and light corporate culture, where people support each other and laugh a lot. I feel like I can be myself here, while still carving out a personal career growth pathway."

Keirah Dein, Events Manager

Docker Careers | Docker

# Ready to join our team?

**Current openings**



| Products | Developers | Pricing | Support | Blog | Company |
|---|---|---|---|---|---|
| Docker Desktop | Documentation | Personal | Docker System | Newsletter | About Us |
| Docker Hub | Getting Started | Pro | Status | | What is a Container |
| Docker Scout | Trainings | Team | | | Why Docker |
| Docker Build Cloud | Extensions SDK | Business | | | Trust |
| | Community | Pricing FAQ | | | Customers |
| **Features** | Open Source | Contact Sales | | | Partners |
| | Preview Program | | | | Events |
| Command Line Interface | | | | | Newsroom |
| IDE Extensions | | | | | Swag Store |
| Container Runtime | | | | | Brand Guidelines |
| Docker Extensions | | | | | Trademark Guidelines |
| Trusted Open Source Content | | | | | Careers |
| Secure Software Supply Chain | | | | | Contact Us |
| Product Roadmap | | | | | |

**Languages**

English

日本語

6/3/24, 9:35 AM                                          Docker Careers | Docker

© 2024 Docker Inc. All rights reserved  |  <u>Terms of Service</u>  |  <u>Privacy</u>  |  <u>Legal</u>

Do Not Sell My Personal Information