# **EXHIBIT J**

## Contact

www.linkedin.com/in/solomonhykes (LinkedIn)
www.dotcloud.com (Company)

## Top Skills

Cloud Computing
Python
PHP

# Solomon Hykes

Engineer & founder
San Francisco, California, United States

## Experience

**Dagger**
Co-Founder
March 2019 - Present (5 years 4 months)
San Francisco Bay Area

**Docker, Inc**
16 years 8 months

Co-Founder
November 2007 - Present (16 years 8 months)

DotCloud is a 2nd-generation platform-as-a-service. It makes it incredibly simple for developers to deploy and scale their applications, while at the same time delivering the flexibility and robustness required by critical business software. Developers can mix and match from a large choice of languages, databases, caching and messaging components, leaving them in full control of their technology stack.

CTO
July 2013 - January 2018 (4 years 7 months)
San Francisco, CA

CEO
November 2007 - July 2013 (5 years 9 months)

**SmartJog**
Solutions engineer
September 2006 - November 2007 (1 year 3 months)
Los Angeles, CA

**CEIS**
Trusted Infrastructure Engineer
May 2004 - September 2006 (2 years 5 months)

**Self-employed**
Tech mentor & instructor

January 2003 - May 2004 (1 year 5 months)

San Diego Supercomputer Center
Junior software engineer
July 2002 - December 2002 (6 months)

Fairgame
System Administrator
September 1999 - September 2001 (2 years 1 month)

## Education

EPITECH - European Institute of Technology
Masters degree, Information Technology · (2004 - 2006)

IFIP
Project Manager degree, Information Technology · (2004 - 2005)

EPITECH - European Institute of Technology
Bachelor, Information Technology · (2001 - 2004)

Montaigne