# EXHIBIT L

Home My Network Jobs Messaging Notifications 24 Me For Business Redeem Premi for $0

# Jonathan Clark (He/Him) · 3rd

CEO / INNERSCENE

- INNERSCENE

United States · Contact info

500+ connections

Message + Follow More

## About

Jonathan Clark, a visionary in the commercial lighting sector and the CEO & Co-founder of Innerscene, boasts over a decade of specialized experience in lighting, LEDs, electronics, optics, and firmware. His journey in the lighting industry is marked by innovative contributions, particularly in creating lifelike 3D window dis| ...see more

## Activity

826 followers

Posts Comments

Jonathan Clark reposted this • 1w

If you are in SF tomorrow stop by and see us at Pier 27

8

Jonathan Clark reposted this • 1w

Thanks for the feedback John! It was really fun working on this project.

10 3 comments

Jonathan Clark reposted this • 2w

We are thrilled to introduce our new Scientific Research Center, a comprehensive platform dedicated to the study of ipRGCs (Intrinsically Photosensitive Retinal Ganglion Cells) and their impact on v ...show more

29 2 comments

Show all posts →

## Experience

### CEO & Co-founder
INNERSCENE
Feb 2013 - Present · 11 yrs 5 mos
On-site

Innerscene is based in the USA and the UK. Innerscene was founded with the goal of creating wall mountable 3D displays so realistic they ...see more

logo_for_white.png

### Principal Engineer
VMware
Jan 2008 - Jan 2013 · 5 yrs 1 mo

VMware acquired Thinstall in 2008 and I continued to develop Thinstall, grow market share, and assist with maturing their virtual desktop ...see more

### CTO & Founder
Thinstall · Full-time
Aug 1998 - Jan 2008 · 9 yrs 6 mos
San Francisco, California, United States

I started Thinstall in 1998 and was responsible for software development, marketing, and sales. Over the course of 10 years I grew the busi ...see more

### Co-founder & Lead Engineer
Crack dot com
1994 - 1998 · 4 yrs

Co-founded Crack dot Com with Dave Taylor of Id Software. Crack dot Com developed video games for the PC, Mac, and Sega Saturn includi ...see more

## Skills

### Windows Internals

Endorsed by 21 colleagues at VMware

26 endorsements

### Computer Vision

Show all 37 skills →

## Recommendations

Received Given

### Gene Rozenberg · 3rd
Director of Audio at Jagex, ltd.
July 9, 2008, Gene reported directly to Jonathan

It was apleasure working for Johnathan during my time at Crack dot Com. Johnathan was and tot his day remains an incredibly knowledgeable and talented software engineer and manager.

## Patents

### Artificial skylight and methods
US US20170074486A1 · Issued Dec 17, 2019

An artificial skylight generally includes at least one light source, at least one first collimator, a prism sheet, and at least one transmissive material. The at least one firs...

### Collimating display and methods
US US20160363777A1 · Issued Feb 27, 2018

See patent
A display includes a first reflecting surface, a second reflecting surface, and a beam splitter. The second reflecting surface is positioned parallel with respect to the first...
Show all 20 patents →
Interests
Companies
Groups
vmware
VMware
1,986,671 followers
+ Follow
ATULSIA
Atulsia Technologies Private Limited
1,098 followers
+ Follow
Show all companies →
See who's hiring
on LinkedIn.
Other similar profiles
Mark Shaw · 3rd+
Senior Technician at Innerscene
Message
Kate DeBellis · 3rd
Bridging the gap between daylight and electric lighting
View profile
Claire Gleed · 3rd
Director of Sales - Innerscene. Virtual Windows & Skylights | Innovative Daylighting Solutions | Transforming Indoor Spaces with Human-Centric...
View profile
Clark Pentico · 3rd+
Optical Engineer
Message
Jayne Whitman · 3rd
Director of Sales, Metro NYC, NJ & Eastern PA
View profile

Show all

People you may know

**Mikayla Flores**
Diversity, Equity, and Inclusion Advocate | All views expressed are my own | Enhancing Workplace Equality & Belonging
Connect

**Tyler C.**
Software Engineer II at Microsoft
Connect

**James Kim**
Aspiring Marketing Professional | Social Media Specialist | Content Creation | Community Engagement and Digital Marketing
Connect

**Lorenza Vassallo**
Litigation Associate at Kirkland & Ellis LLP
Connect

**Matthew Sale**
Design Engineer in Aerospace
Connect

Show all

