# EXHIBIT M



# News & Stories

 Search

# VMware to Expand Desktop Virtualization Solution with Acquisition of Thinstall

January 15, 2008



# VMware to Expand Desktop Virtualization Solution with Acquisition of Thinstall

Thinstall's Best-of-Breed, Agentless Application Virtualization to Join VMware's Desktop Portfolio; VMware Also Acquires Virtualization Services Assets from Foedus

**PALO ALTO, Calif., January 15, 2008** — VMware, Inc. (NYSE: VMW), the virtualization software leader, today announced it has entered into a definitive agreement to acquire Thinstall, a privately-held application virtualization software company headquartered in San Francisco. VMware is acquiring Thinstall to expand its desktop virtualization capabilities which help customers better provision, deploy and update desktop environments. The terms of the acquisition, which is expected to be completed in the current fiscal quarter, subject to customary closing conditions, were not disclosed.

"Delivering software applications to an organization's workforce is the single largest cost of desktop administration today," said Jeff Jennings, vice president of desktop products and solutions at VMware. "Thinstall's third generation solution offers the best technological approach in the market for application virtualization, providing faster, easier and more secure delivery of software applications to desktop-based workforces. The addition of Thinstall to our desktop virtualization portfolio will help us to better deliver cost-effective and more flexible tools for quickly and securely provisioning desktops."

Thinstall decouples applications from underlying operating systems, improving isolation and portability for applications across desktop environments. Thinstall's unique, agentless approach to application virtualization enables the rapid, secure and cost effective delivery of software applications to desktops. Agentless application v                                                              l or virtual PC's and no r integrates into existing                                                                  ty of operating system ve needed. Thinstall signif

By clicking accept, you understand that we use cookies to improve your experience on our website. For more details, please see our **Cookie Policy.**

Accept Cookies

Cookies Settings

overhead of costly integrations.  For example, a large federal agency turned to Thinstall to completely eliminate software installation conflicts that previously ran as high as 20%.  The same customer used Thinstall to cut regression testing by 70% as applications no longer had to be tested in every environment or with every other application.

Founded in 1999, Thinstall is used by more than 600 customers in government and commercial industries. Thinstall customers have deployed thousands of virtualized applications to over a million desktops around the world. For more information about Thinstall please visit www.vmware.com/go/Thinstall.

"We are pleased to be joining VMware, the industry leader in virtualization," said Henrik Rosendahl, CEO at Thinstall. "As organizations continue to standardize on virtualization infrastructure, they are looking to extend the benefits of server virtualization to the desktop. With Thinstall products, VMware customers will be able to reduce virtual desktop deployment time, improve agility and increase administrative flexibility."

**VMware Acquires Assets from Foedus**

VMware also disclosed its acquisition of services-related assets from Foedus, a Portsmouth, New Hampshire-based provider of virtualization technologies and services. VMware intends to leverage Foedus's application and desktop virtualization services expertise to help VMware partners expand their virtualization services business.  Foedus's remaining assets, including the company's sales and marketing organizations, were acquired earlier this month by GreenPages Technology, a national, consultative IT solutions provider and VMware Authorized Consultant (VAC) partner.

**About VMware, Inc.**

VMware (NYSE:VMW) is the global leader in virtual infrastructure software for industry-standard systems. Organizations of all sizes use VMware solutions to simplify their IT, fully leverage their existing computing investments and respond faster to changing business demands.  VMware is based in Palo Alto, California and majority-owned by EMC Corporation (NYSE:EMC).  For more information, visit www.vmware.com.

# # #

VMware is a registered trademark of VMware, Inc. in the United States and/or other jurisdictions. All other marks and names mentioned herein may be trademarks of their respective companies.

Forward-Looking Statement

This press release contains forward-looking statements regarding expected performance of VMware following completion o[f the] THINSTALL acquisition, respect to VMware's ca[pacity to help custome]rs achieve their objectives

By clicking accept, you understand that we use cookies to improve your experience on our website. For more details, please see our **Cookie Policy.**

expectations and are n[ot guaranteed]

satisfactory of customary closing conditions and the ability of VMware to successfully integrate THINSTALL's technologies and operations and FOEDUS's assets and to achieve expected benefits. Actual results may differ from those anticipate in the forward-looking statements. For information regarding other related risks, please see the "Risk Factors" section of VMware's filings with the SEC, including its most recent filings on Form S-1 and Form 10-Q

## Related Articles



**CLOUD**

Broadcom Unveils Newest Innovations for VMware Cloud Foundation



**CLOUD**

Advancing a Modern Private Cloud Platform with VMware Cloud Foundation



News

Software News

Partners

In The News

By clicking accept, you understand that we use cookies to improve your experience on our website. For more details, please see our **Cookie Policy.**

All News >>

## Technologies

Future Tech & Innovation

Networking

Cloud

App Dev

Security

All Technology Articles >>

## Industry

Education

Government

Manufacturing

Financial Services

Healthcare

Telco

All Industry Articles >>

 LinkedIn

 X

---

Copyright © 2005-2024 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

[Accessibility](#)
[Privacy](#)
[Sitemap](#)
[Supplier Responsability](#)
[Terms of Use](#)

By clicking accept, you understand that we use cookies to improve your experience on our website. For more details, please see our **Cookie Policy.**