# EXHIBIT Q

6/26/24, 8:03 PM                                                                                      (24) Allan Havemose | LinkedIn

              



# Allan Havemose

Executive Director of Information Technology at Lucia Mar Unified School District

- Lucia Mar Unified School District
-  Danmarks Tekniske Universitet

Arroyo Grande, California, United States · Contact info

169 connections

Message    + Follow    More

## About

Founder/CEO/CTO/VP/CIO/Director in the private and public sectors. I have built and sold companies in the United States and Europe and have had P&L responsibilities in several industries.

...                                                                                                  ...see more

## Activity
183 followers

**Allan hasn't posted yet**
Recent posts Allan shares will be displayed here.

Show all activity →

## Experience

**Executive Director of Information Technology**
Lucia Mar Unified School District · Full-time
Dec 2009 - Present · 14 yrs 7 mos
Arroyo Grande, CA

Manage Information Technology infrastructure for an 19 school, 16,000+ devices and ~11,000 users in a K-12 school district. The District uses a mix ...

**CTO & CIO**
Availigent
Sep 2002 - Feb 2008 · 5 yrs 6 mos

Developer of High Availability and Fault Tolerance for Linux and Windows. Venture and corporate investors.

 **VP Engineering - Amiga**
Gateway
Mar 1998 - Mar 2000 · 2 yrs 1 mo

Linux/java based Internet Information Appliances.

https://www.linkedin.com/in/allan-havemose-1142211/                                                                        1/5

**CEO**
ARK Logic
Sep 1996 - Mar 1998 · 1 yr 7 mos

Custom ASICs for 2D/3D computer graphics. Corporate investors.

**VP of Engineering**
Digital Sound
Aug 1994 - Sep 1996 · 2 yrs 2 mos

Carrier Grade Voice Mail and Voice Processing software and hardware (Unix based). GTE/PacBell largest carrier customers.

Show all 8 experiences →

## Education


**DTU - Technical University of Denmark**
Ph.D., Information Theory/Mathematics
1986 - 1989


**DTU - Technical University of Denmark**
MS, EE/CS
1981 - 1986

## Skills

**Software Development**

 Endorsed by John J. Szucs who is highly skilled at this

◇ Endorsed by 7 colleagues at Commodore Corporation

👥 13 endorsements

**Linux**

◇ Endorsed by 6 colleagues at Commodore Corporation

👥 13 endorsements

Show all 20 skills →

## Recommendations

**Received**    Given

**Nothing to see for now**
Recommendations that Allan receives will appear here.

## Publications

**Construction and decoding of a class of algebraic geometry codes.**

IEEE Transactions on Information Theory · Jan 1, 1989

Construction and decoding of a class of algebraic geometry codes.
...

## Patents

**System and method for maintaining mappings between application resources inside and outside isolated environments**
US 8,904,004 · Issued Dec 2, 2014

6/26/24, 8:03 PM                              (24) Allan Havemose | LinkedIn



Decoder for cross interleaved error correcting encoded data
US 5,412,667

Show all 102 patents →

## Honors & awards

**IEEE Information Theory Society Best Paper Award 1991**
Issued by IEEE Information Theory Society · Jan 1991

Information Theory Society Paper Award
...

## Languages

**Danish**
Native or bilingual proficiency

**English**
Native or bilingual proficiency

Show all 3 languages →

## Interests

Companies      Groups      Schools

**DTU - Technical University of Denmark**
189,691 followers

+ Follow

**Lucia Mar Unified School District**
1,136 followers

+ Follow

Show all companies →

Promoted  ...

**FARO**

**FARO Public Safety**

Empowering Law Enforcement Through
Software

Join our community for analytics tools to keep
communities safe.

Follow

**Other similar profiles**

**Abhijit Paithankar** · 3rd
AI Systems and Infrastructure TLM @ NVIDIA, past: co-founder at crave.io

View profile

**Christopher Taborga** · 3rd+
Student at Central Coast New Tech High School

🔒 Message

6/26/24, 8:03 PM                                                                    (24) Allan Havemose | LinkedIn



**Shvetima Gulati** · 3rd
Engineering Leader

View profile

**Aseel Al Hamad** · 3rd
Founder & Design Director at IDEGREE DESIGN, Co-Founder of Steer
Company, Board Member at the Saudi Automobile & Motorcycle...

+ Follow

**Swapnil Shirsath** · 3rd
17 years in Technology with 10 years in Leadership roles

View profile

Show all

**People you may know**

**Mikayla Flores**
Diversity, Equity, and Inclusion Advocate | All views expressed are my own |
Enhancing Workplace Equality & Belonging

Connect

**Tyler C.**
Software Engineer II at Microsoft

Connect

**James Kim**
Aspiring Marketing Professional | Social Media Specialist | Content Creation |
Community Engagement and Digital Marketing

Connect

**Lorenza Vassallo**
Litigation Associate at Kirkland & Ellis LLP

Connect

**Matthew Sale**
Design Engineer in Aerospace

Connect

Show all

**You might like**
Pages for you

**Law360**
Online Audio and Video Media
125,606 followers

19 connections follow this page

+ Follow

**Georgetown University Law Center**
Higher Education
71,357 followers

8 connections follow this page

+ Follow

Show all