# EXHIBIT R

## Contact

www.linkedin.com/in/amit-paradkar-24a07912 (LinkedIn)

## Top Skills
Software Development
Distributed Systems
Software Engineering

# Amit Paradkar
Distinguished Research Staff Member
Lake Mohegan, New York, United States

## Experience

**IBM**
Senior Manager and Principal Research Staff Member
October 1996 - Present (27 years 9 months)

---

## Education

**North Carolina State University**
PhD, Computer Science · (1992 - 1996)

**North Carolina State University**
MS, Computer Science, Textile Engineering · (1983 - 1989)

**Victoria Jubilee Technical Institute**
B.Text, Textile Technology · (1976 - 1980)

Page 1 of 1