# EXHIBIT S

# Vinay Parisa

Chief Architect @ IBM | Cloud Migration, Application Modernization
Hyderabad, Telangana, India

## Contact

www.linkedin.com/in/vinayparisa (LinkedIn)

## Top Skills

Enterprise Architecture
Solution Architecture
Cloud Computing

## Languages

English
Hindi
Telugu

## Certifications

Professional Certification: Level 3 - Distinguished Architect
Invention Development Team - Bronze Level
Architect Profession Certification - Level 3 Thought Leader
IBM Generative AI Sales

## Publications

Pattern Driven Enterprise Cloud Transformation - An innovative approach to Hybrid Cloud Adoption

System and method to derive context of the application from analyzing application source code.

The Value of Big Data Analytics to the business

IBM continuous modernization for AWS migration

Predictive Analytics for Enterprise Modernization

## Patents

Efficient configuration combination selection in migration

Migration estimation with partial data

Incident management for triaging service disruptions

## Summary

As the Chief Architect of the Migration Factory, Hybrid Cloud Services at IBM, I lead the design and delivery of innovative and high-quality solutions for application migration and modernization to hybrid multi-cloud environments. I have over 20 years of IT experience, with more than 9 years of international experience in the US and Europe, working with C-level executives and developing cloud strategies and roadmaps that align with their business goals and vision.

I have a strong track record of offering development, business analytics, product development, and customer relationship management, as well as patenting and publishing in the areas of cloud migration and modernization. I hold a Master Certified Solution Architect credential from The Open Group, an IBM Senior Inventor recognition, and a Red Hat Certified Specialist in OpenShift Application Development certification. I am passionate about driving continuous innovation and transformation in the cloud domain, and empowering our clients to achieve their desired outcomes and value proposition with hybrid multi-cloud solutions.

---

## Experience

**IBM**
21 years

Chief Architect - Migration Factory, Hybrid Cloud Services
November 2019 - Present (4 years 8 months)
Hyderabad, Telangana, India

Lead Architect - Application Modernization and Cloud Transformation
July 2018 - October 2019 (1 year 4 months)
Hyderabad Area, India

Work with C-level Executives to define Enterprise cloud strategies and demonstrate the Hybrid Multi-cloud value proposition.

Page 1 of 6

**Automating an adoption of cloud services**

**MANAGEMENT INFRASTRUCTURE ANALYSIS FOR CLOUD MIGRATION**

Establish strong relationships with Business partners and drive high-quality solutions and compelling value propositions.

Spearhead multiple sales and solutioning opportunities for Application modernization to Hybrid Multi-cloud

Lead Future service offering development, Estimation and Staffing models for executing large and complex modernization engagements.

Lead and Oversee Multiple full lifecycle engagements in the areas of Application modernization to Hybrid Multi-Cloud.

Integrate Hybrid Multi-Cloud applications with mission-critical on-premises systems of record and ensure seamless connectivity to on-premise enterprise applications.

Design, Architect and Develop cloud applications and own proof of concept and lead a development team by providing technology, innovation, and thought leadership.

### Senior Architect - Cloud Strategy
July 2016 - July 2018 (2 years 1 month)
London, United Kingdom

IBM Account and Client C-Level Relationship Management

Analyzed technical capabilities and led in the creation and execution of transformational strategies and roadmaps. Evaluated business processes and made recommendations for improvements to efficiency, cost, and operations.

Develop Enterprise Migration Strategy for Application Migration to HybridMulti-cloud

Led the end to end engagement by providing strategic direction and guidance to IBM Strategy and Factory teams on the execution of Program

Engage with IBM & Client Program governance teams to establish process, method, and tools in executing the program

Establish goals and objectives for the function and team managed in day to day decision making

Build assets and frameworks for reuse by IBM teams in cloud migration & modernization engagements

Developed overall solution and staffing plans, define process flow for the migration and modernization

Manage end-to-end technical aspects of clients/partners and strengthen long term customer relationships.

Enterprise Solution Architect
June 2014 - June 2016 (2 years 1 month)
Munich Area, Germany

Enterprise Solution Architect for Data Center Consolidation of a large Insurance company

Responsible for the Discovery, Insight, Design and Build phases of the Application migration method for multiple client operating entities.

Designed, Defined and Executed Work Products & Deliverables for Customers and Practitioners that aligns with the organization's Business Strategy.

Built migration solution design, profiled and assessed Application Landscapes, generated Application Assessment Questionnaires, Wave Plans, Technical Solution Document, and Migration Workbooks.

Created Scorecards and Dashboards for overall Migration Program

Worked closely with the IBM Research team expanding the offering for Application Modernization Analysis.

Developed Transformation Cost Estimates and work products for multiple sales opportunities in Telecom and Financial Sectors

Global Solution Architect
January 2011 - June 2014 (3 years 6 months)

Design, engineer, implement cloud solutions considering business, technical and operational aspects of customers' cloud strategy, that spans networking, cloud infrastructure (IaaS), applications (SaaS) and platforms (PaaS). Rapidly Prototype and conduct technical feasibility assessments for solutions targeted for various cloud platforms.

Executed end-to-end Cloud Migration assessment by using automated discovery tools, business-modeling techniques, advanced analytics and perform a granular & quantitative analysis to determine the cloud fit.

Led architectural discussions with customers and help them migrate applications and services to IBM Cloud adopting continuous integration and deployment technologies and processes.

Help clients derive greater value from their application portfolios by taking advantage of capabilities like Data Analytics and Cloud virtual environments to standardize legacy applications and data.

Analyze, and prioritize modernization opportunities that optimize the business benefits for targeted applications within the hosting portfolio.

Engage with clients to draw out underlying business and technology issues, understand the client drivers, requirements, validate the solution options and drive long-term cloud adoption within their company

Work closely with sales, practice, and delivery leaders in order to determine the overall solution strategy and approach aligned to the client's business objectives and drivers.

IT Architect
October 2008 - December 2010 (2 years 3 months)
Charlotte, North Carolina Area

Led multiple client engagements as a Data Collection Architect and Specialist gathering Application and Infrastructure Landscape data.

Managed technical solutions across all clients. Developed and designed tailored discovery architecture for clients.

Designed and developed a script deployment solution that reduced the overall effort by 80%

Technical lead to deploy TADDM product and Key technical contact for TADDM readiness and planning.

Led the design and development of SCOPE (Server consolidation object processing environment) tools for migration and modernization analytics

### Technical Lead - Platform Technology Center
November 2006 - October 2008 (2 years)
Bengaluru, Karnataka, India

To work with multiple IBM Software product teams and port them to HP-UX on Itanium. I was responsible for the porting of 25+ IBM products on to HP-UX on Itanium and Linux on System Z

To design and implement a flexible test infrastructure that is capable of executing automated test cases from multiple product teams to verify the successful porting of the products to the new platform

To work with Software Group Scenario Architecture and Solution Test to implement an extensive integration test of the newly ported products.

Cross-functional interaction with multiple product development groups.

Accountable for products of teams led in terms of quality and compliance with customer needs.

Negotiating effectively with team members to identify each member's role in solution design and development, agree on specific problem-solving, requirements analysis and design tasks and associated work products, and to define approaches for producing them.

Analyzes problems and creates solutions involving IT technology, methodology, process, tools and solution components

### Siebel Consultant
July 2003 - October 2006 (3 years 4 months)
India

Assist Siebel customers in Installation/Server Administration and Upgrade related Issues.

Identify performance, crash, Memory leaks, Hangs on multiple Siebel platforms

Assist Customers with issues related to Server Administration, SSL, dev2Prod, export/import repositories, Siebel Reports, Siebel Remote.

Handle Service Requests related to Siebel Application Administration that included controlling access to views and records, List of Values, verifying of activity templates, service request templates.

Analyze customer Service Requests, Change Requests, Fix (Patch) Requests on Siebel HOR & SIA applications (like Call center, FINS, etc.)

Simulate customer environment with Siebel Installations and Configurations using Siebel Tools, Server Administration, Workflow Processes, scripting and Reproducing and resolving customer issues

---

# Education

## SJC Institute of Technology

BTech, Computer Science and Engineering · (1999 - 2003)