# EXHIBIT T

## Contact

matthewmarkley@hotmail.com

www.linkedin.com/in/
matthewmarkley007 (LinkedIn)

## Top Skills

Algorithm Design
Project Delivery
Information Technology

## Certifications

Microsoft Certified IT Professional: Enterprise Support Technician

Microsoft Certified Systems Engineer: Windows 2000 Server (MCSE)

Microsoft Certified Systems Administrator: Windows 2000

## Publications

Method and System for Universal Data Collection

Method and System for Universal Data Collection

## Patents

PROCESS AND SYSTEM FOR COMPREHENSIVE IT DISCOVERY WITHOUT CREDENTIALS

PROCESS AND SYSTEM FOR COMPREHENSIVE IT DISCOVERY WITHOUT CREDENTIALS  Read more: http://www.faqs.org/patents/app/20100319060#ixzz2NYFvL6uC

# Matthew Markley

Panopticon Consulting
Hoyt, Kansas, United States

## Summary

"Wherever groups disclosed themselves, or could be introduced, simplicity crystallized out of comparative chaos."  - E. T. Bell


https://patents.justia.com/inventor/matthew-markley

———

## Experience

**Panopticon Consulting**
Principal Consultant
October 2018 - Present (5 years 9 months)
Topeka, Kansas, United States

hnical Requirements

- Translating Requirements into Technical Solutions

Communication and Collaboration:

- Verbal and Written Communication Skills

- Stakeholder Engagement and Management

- Cross-functional Team Collaboration

Problem-Solving and Analytical Thinking:

- Complex Problem Analysis and Resolution

- Risk Identification and Mitigation

- Strategic Decision Making

Project Management:

- Project Scope Definition and Resource Planning

- Agile, Scrum, SDLC and ITIL Methodologies

- Team Coordination and Timely Delivery

Leadership and Mentoring:

- Team Leadership and Guidance

- Collaboration Facilitation

Matthew Markley - page 1

- Technical Mentorship

Business Acumen:

- Alignment of Technical Solutions with Business Goals and KPIs

- Strategic Vision Contribution

- Understanding of Target Operating Models

Continuous Learning:

- Staying Updated with Industry Trends and Best Practices

- Certifications and Training Completion

modelizeIT Inc
Partner
April 2017 - November 2020 (3 years 8 months)
Lawrence, Kansas Area

- Established best-in-class Consulting Services for solutioning new target architectures, leveraging

automation and cloud landscapes.

- Translated client needs into solutions and created new business opportunities.

- Conducted application discovery and high-level/macro-level design for potential target cloud

environments.

- Assisted clients in understanding source operating environments and created high-level business

cases.

- Focused on driving customer experience and sales, maintaining effective business relationships with

clients.

- Delivered Business Services Identification and Architecture Discovery solutions across multiple cloud

providers.

IBM
Enterprise Solutions Architect
February 2006 - April 2017 (11 years 3 months)
Topeka, Kansas

In my role as an Enterprise Solution Architect at IBM, I played a pivotal role in the development and

delivery of solutions for highly complex projects. I excelled in translating intricate client business

requirements into concrete plans for system consolidation, migration, and modernization. This involved

leading multiple concurrent projects, ensuring their successful implementation and driving them out of

red status when needed.I consistently demonstrated a high level of technical proficiency, applying a
deep understanding of industry-wide technology, tools, and methodologies. This expertise allowed me
to tackle projects of strategic significance to IBM, influencing positive outcomes. I actively engaged in
cross-organizational teamwork, working seamlessly with various stakeholders at both management and
technical levels, including customers, vendors, and subcontractors.My contributions extended beyond
project execution. I anticipated and embraced evolving customer, industry, and technology trends,
shaping a strategic vision that influenced IBM's solution development and overarching objectives.
Additionally, I was instrumental in the development and implementation of product, market, business,
and technology strategies, subject to rigorous enterprise review. Recognized as an expert and a leader
within the IT architect profession, I garnered respect from colleagues within multi-country organizations
at IBM, as well as from customer and vendor organizations

Microsoft Corporation
Solution Architect
May 2001 - October 2006 (5 years 6 months)
During my tenure at Microsoft, I led projects through the entire Systems Development Life Cycle
(SDLC) process. This involved a meticulous approach, from project initiation through gate approvals,
detailed design, execution, testing, and deployment readiness. Notably, I spearheaded projects
involving Microsoft Live Communication Server, SQL Server, Microsoft Internet Security Accelerator,
and Internet Protocol Television. At each project gate, I meticulously documented business
requirements, design specifications, and resource plans, securing necessary approvals to proceed. I
conducted thorough analyses to preempt potential conflicts, and efficiently managed test environments

and resources. This rigorous approach ensured a high-quality solution that met customer expectations
and worked seamlessly within existing and planned IT infrastructures. My contributions culminated in
detailed project completion reports, highlighting findings and achieving stakeholder sign-off. These
efforts resulted in solutions that not only met, but often exceeded, customer expectations while adhering to budget and timeline constraints.

------

## Education

**Kansas State University**
Associate of Science - AS, Information Technology · (August 1996 - May 2001)

**Kansas State University**
B.S. Technology Management, Technology · (1996 - 2001)