# EXHIBIT U

## Contact

www.linkedin.com/in/birgit-pfitzmann-a8491423 (LinkedIn)

### Top Skills
Business-IT-relation
Business Continuity
python

# Birgit Pfitzmann
Data Scientist
Zurich, Switzerland

## Summary

I have worked in various research areas in IBM, primarily security, migration, and recently AI project preparation. I have 134 publications and 58 granted patents. IBM gave me 1 Corporate Award (highest class), 10 Outstanding Technical Achievement Awards, and 2 Outstanding Innovation Awards.

Outside IT, my main interest is nature conservation and biodiversity, followed by climate.

---

## Experience

**Stadt Zürich, Entsorgung + Recycling**
Innovation Fellow Data Science
2023 - Present (1 year)
Zürich, Switzerland

Analyzing historic and current data on wastewater treatment, which can have large impacts on energy use and greenhouse gas emissions, besides on clean water.

**IBM Zurich Research Lab**
Senior Research Scientist
2011 - 2023 (12 years)
Rüschlikon, Switzerland

* Machine learning / data science: Analyzing climate literature, PDF documents (as images), and pre-contract documents
* Business continuity / disaster recovery, migration, overall IT architecture for large enterprise customers
* Innovation for IT Services

**IBM T.J. Watson Research Lab**
Manager IT Discovery and Consolidation
2008 - 2011 (3 years)
Hawthorne, New York, United States

Page 1 of 2

Application discovery, dependency analysis; data center relocation; cloud migration

**IBM Zurich Research Lab**
Scientific Researcher
2001 - 2008 (7 years)
Rüschlikon, Switzerland

Risk & Compliance; Governance frameworks; Security, in particular Federated Identity Management; Enterprise Privacy Frameworks;

**Computer Science Dept., Saarland University**
Professor (tenured)
1997 - 2001 (4 years)
Saarbrücken, Germany

Cryptography and Security

**University of Dortmund**
Research Assistant
1997 - 1997 (less than a year)
Germany

**Univ. Hildesheim**
Research Assistant
1991 - 1997 (6 years)
Germany

Cryptography and Privacy

## Education

**University of Hildesheim, Germany**
Dr. rer. nat. (doctorate in sciences), Computer Science · (May 1994)

**Technical University of Karlsruhe**
Diplom-Informatiker (about like M.Sc), Computer Science · (March 1990)