# EXHIBIT W

## Contact

www.linkedin.com/in/steven-astorino-5110a41 (LinkedIn)
stevenastorino.com (Personal)

## Top Skills

DB2
Software Development
Unix

## Languages

Italian

# Steven Astorino

General Manager, Product Development, Data, AI & Sustainability Canada Lab Director
Canada

## Summary

* Software Development Executive with proven transformational leadership

* Excellent Client Relationship management with enterprise clients

* Expertise in leading large enterprise development teams

* Extensive experience with software development methodologies including Waterfall and Agile

* Experienced change agent with proven track record to drive improvements and efficiency

* Experienced software architect with solid understanding of applications and system development projects

---

## Experience

IBM Canada Software Lab - Toronto
General Manager, Product Development, Data, AI & Sustainability; Canada Lab Director
January 2024 - Present (6 months)
Markham, Ontario, Canada

IBM Canada
16 years 9 months

Vice President of Development, Private Cloud Platform and z Analytics
December 2016 - Present (7 years 7 months)

Executive Director, DB2 LUW, Warehousing Development, SQLDB Cloud Service
June 2014 - Present (10 years 1 month)
IBM, Markham, Ontario

Page 1 of 2

Executive Director, Data Management Global Client Support
June 2013 - May 2014 (1 year)
IBM, Markham, Ontario

Program Director, PureData Operational Analytics and DB2 LUW - User Technology
June 2010 - May 2013 (3 years)

Senior Manager of QA and Automation
October 2007 - May 2010 (2 years 8 months)

IBM
VP of Development, Data and AI and Canada Lab Director at IBM
November 2019 - January 2024 (4 years 3 months)
Toronto, Canada Area

IBM
VP of Development, Hybrid Cloud, z Analytics and Canada Lab Director
May 2018 - November 2019 (1 year 7 months)

DataMirror
Automation and Development Manager
August 2005 - September 2007 (2 years 2 months)

Navtel Communications
Software Development Manager
February 2003 - July 2005 (2 years 6 months)

NetTest
Team Leader, Software
July 2001 - January 2003 (1 year 7 months)

―――

## Education

Brock University
Bachelor of Science, Computer Science · (September 1995 - April 1999)