# EXHIBIT X

## Contact

www.linkedin.com/in/cynthialsoto (LinkedIn)

## Top Skills

Enterprise Architecture
Disaster Recovery
Solution Architecture

## Certifications

AWS Partner: Accreditation (Business)
AWS Certified Cloud Practitioner
AWS Partner: Generative AI Essentials (Business)
IBM Design Thinking Practitioner

# Cynthia Soto

Principal Business Development Manager at Amazon Web Services (AWS)
Greater Phoenix Area

## Summary

Growing up I was the child that needed to know how things worked. I was always taking my toys apart to figure out what made them function before reassembling them, often in a new way to make them better. I continue to have that same curiosity today and apply it in all I do.

I am a passionate leader who specializes in transformation, taking legacy applications & systems and turning them into new, NextGen technologies. I take complex problems and turn them into successful outcomes, I thrive on the challenge and competition of delivering exceptional solutions through leading teams and building relationships. Known as a forward thinker, I continuously find ways to transform my clients' application landscape to drive their business forward.

**AREAS OF EXPERTISE**

• Technology Transformation
• NextGen Technology Selection & Implementation

• Legacy Application Modernization

• Talent Management

• Strategic Planning & Roadmaps

• Application Development

• Best Practices

• Collaborative Leadership Style

Page 1 of 2

• Influential

• Relationship Builder

---

## Experience

Amazon Web Services (AWS)
NA Mainframe Modernization GTM Leader
July 2021 - Present (3 years)

IBMGS
Director, Global Sales & Delivery Executive
2006 - July 2021 (15 years)

IBM Global Business Services
6 years 1 month

Delivery Manager
May 2011 - April 2012 (1 year)

Enterprise Solution Architect
January 2010 - May 2011 (1 year 5 months)

IT Architect
April 2006 - January 2010 (3 years 10 months)

The Hartford
7 years

IT Specialist
2000 - 2006 (6 years)

IT Specialist/Team lead
1999 - 2006 (7 years)

Hartford Financial Services Group
IT Specialist
1999 - 2006 (7 years)

---