# EXHIBIT Y

## Contact

www.linkedin.com/in/joslyn-allen-m-c-s-209aa261 (LinkedIn)

## Top Skills

• Efficient in Microsoft Project, Microsoft Visio, Microsoft FrontPage, Lotus No

• Very familiar with systems of UNIX, Windows 98/2000/XP/7

• Languages of C++, COBOL

## Languages

English (Native or Bilingual)

Spanish (Elementary)

# Joslyn Allen, M.C.S.

SAP BODS Consultant
Baton Rouge, Louisiana, United States

## Experience

**IBM**
SAP Consultant
June 2016 - Present (8 years 1 month)
Baton Rouge, Louisiana Area

**CenturyLink**
Network System and Support Intern
May 2014 - August 2014 (4 months)
monroe, la

———

## Education

Southern University and Agricultural and Mechanical College at Baton Rouge
Master's Degree, Computer Science · (2015 - 2016)

Southern University and Agricultural and Mechanical College at Baton Rouge
Bachelor's Degree, Computer Science · (2011 - 2015)