# EXHIBIT Z

## Contact

www.linkedin.com/in/chamberlaintiffany (LinkedIn)

### Top Skills
Integration
Software Development
SDLC

### Languages
English (Native or Bilingual)
French (Elementary)

### Certifications
Architect Profession Certification - Level 1 Experienced
Microsoft Certified: Azure Fundamentals
Machine Learning by Stanford University

# Tiffany Chamberlain

Application Migration Specialist
Greater Brisbane Area

## Summary

A migration architect with experience across both application and infrastructure technology spaces. I have a strong background in application development and testing, which has given me a solid understanding on which to build migration solutions.

I like to work with customers from the ground up, to assess their individual needs. I have experience working across cloud migrations, virtualizations, data center relocations, hardware refreshes and software currency upgrades. Whatever the business problem, there are a range of IT solutions that can address it, and I aim for a best fit for all parties every time.

---

## Experience

**IBM**
15 years

Application Migration Architect
2009 - May 2023 (14 years)

While working at IBM, I have assisted many large corporations to move their business applications from one set of infrastructure to another. I have worked closely with clients, mostly in the banking and resources industries, across the Asia Pacific region.

In the last year my key achievements have been:
- The successful combined data center exit and software currency refresh for a major customer, featuring 15 applications hosted on over 200 servers.
- The successful code port of 20+ year old Solaris-specific banking application onto modern AIX, including debugging 600,000+ lines of C code.

Performance Test Lead
2008 - 2009 (1 year)

Managed a team of 3 performance testers through the final phase of a complex integration project with serious performance issues. I was responsible

for scoping, defining and organizing the performance testing piece of the project, as well as managing day-to-day operations for the team.

ANZ
IT Intern
December 2006 - February 2007 (3 months)

---

## Education

**University of Melbourne**
Bachelor of Engineering (B.E.), Mechatronics, Robotics, and Automation Engineering · (2003 - 2007)

**University of Melbourne**
Bachelor's Degree, Computer Science · (2003 - 2007)