# EXHIBIT AA

## Contact

www.linkedin.com/in/mac-devine (LinkedIn)

### Top Skills
Cloud Computing
Virtualization
Managed Services

### Certifications
Member - IBM Academy of Technology

### Publications
Supercharge the Cloud for an Agile Enterprise

### Patents
METHOD OF DYNAMICALLY UPDATING NETWORK SECURITY POLICY RULES WHEN NEW NETWORK RESOURCES ARE PROVISIONED IN A SERVICE LANDSCAPE

# Mac Devine
Executive Director at Blue Ridge Innovation and Entrepreneurship Foundation (BRIEF)
Clemson, South Carolina, United States

## Summary

Mac has 31 years of experience with networking and virtualization.

In 2008, Mac was appointed as an IBM Distinguished Engineer and became the WebSphere CTO for Cloud Computing. Mac's innovations in this role resulted in him being appointed as a member of IBM's prestigious Academy of Technology in July 2009.

In 2009, Mac went on temporary assignment for 2 years with the IBM Corporate Strategy team where he served as the CTO for Cloud Partnerships and Client Innovations. During this time, Mac co-authored the Springer's Handbook of Cloud Computing which is used by many Colleges and Universities. Upon conclusion of this temporary assignement, Mac joined the IBM Global Technology Services team and served as its Director and CTO for the Cloud Portfolio. In this role, Mac lead the technical due diligence for the SoftLayer acquisition and the creation of IBM's new Cloud Services Division.

In 2016, Mac was appointed as IBM Fellow which is IBM's highest technical honor.  This appointment recognized Mac's many contributions to Innovation during his role as the Vice President and CTO of  Advanced Innovation for the IBM Cloud Division established in January 2015. Mac currently serves as the Vice President and CTO for the strategic Customer Success of the IBM Cloud Division. In this role Mac will be driving strategic Cognitive Cloud solutions across Industry verticals, University Collaborations and with IBM's most strategic partners and customers.

Mac also serves on the faculty of the Cloud Computing Expo, Things Expo and an Advisory Board Member for the IoT LinkedIN Community.

Mac is a 1988 Clemson University graduate with a Masters of Science degree in Mathematical Sciences and now serves as its IBM Executive Sponsor. Mac is also the IBM Executive Sponsor for MIT.

Mac is married with 2 sons.

## Experience

**Blue Ridge Innovation and Entrepreneurship Foundation (BRIEF)**
Executive Director
August 2021 - Present (2 years 11 months)
Seneca, South Carolina, United States

**IBM**
12 years 8 months

IBM Executive for MIT
September 2016 - August 2021 (5 years)
Raleigh-Durham, North Carolina Area

Responsible for IBM partnership with MIT

IBM Fellow
January 2015 - August 2021 (6 years 8 months)
Raleigh-Durham, North Carolina Area

Vice President and CTO for Strategic Customer Success, IBM Fellow, Watson Cloud Division

IBM Executive of Clemson University
January 2014 - August 2021 (7 years 8 months)
Raleigh-Durham, North Carolina Area

Responsible for IBM partnership with Clemson

Vice President and CTO Advanced Innovation and Emerging Technology, IBM Fellow, IBM Cloud Division
January 2016 - January 2017 (1 year 1 month)
Raleigh-Durham, North Carolina Area

Responsible for the Advanced Innovation and Emerging Technology projects for the IBM Cloud Division

VP & CTO Networking & Innovation Services, IBM Cloud Division - IBM Distinguished Engineer
January 2015 - January 2016 (1 year 1 month)
Raleigh-Durham, North Carolina Area

Responsible for the development of Cloud Networking Services and for cloud and IoT Innovations within the IBM Cloud Division

**Vice President SDN Cloud Services and CTO, IBM Cloud Services Division - IBM Distinguished Engineer**
September 2014 - December 2014 (4 months)
RTP, NC

Responsible for driving innovation for SDN and Cloud Services. CTO of IBM Cloud Services Division.

**Director of CloudFirst Innovation and CTO, IBM Cloud Services Division - IBM Distinguished Engineer**
July 2013 - September 2014 (1 year 3 months)

Responsible for driving CloudFirst Innovation within IBM. CTO of the IBM's new Cloud Services Division which includes IBM's SoftLayer acquisition.

**IBM Distinguished Engineer, Director and CTO, Cloud Portfolio Offering Management, IBM Global Techn**
September 2011 - July 2013 (1 year 11 months)

Responsible for the architecture and strategy for IBM Global Technology Services' Cloud Portfolio, Managed Services and SO offerings

**CTO for Cloud Partnerships within IBM's Cloud Computing Division at IBM**
January 2009 - September 2011 (2 years 9 months)
Raleigh, NC

Responsible for driving the architecture and strategy related to potential partnerships and innovation around the IBM SmartCloud.

**Internet of Things Community**
Advisory Board Member
June 2015 - August 2021 (6 years 3 months)

The function of the IoT Community Advisory board, is to focus on the adoption & application of IoT in commercial environments, seeking to understand & contribute to applying the technology or overcoming the wide variety of barriers, inhibitors, and technical & operational issues. I am a distinguished member of the Advisory Board, and in this role, I provide input and guidance to the overall vision, strategy and execution that is helping to shape the current and future direction for the IoT Community on Linkedin, as well as the broader IoT industry

------

## Education

### Clemson University
Master's degree, Mathematical Sciences · (1986 - 1988)

### Francis Marion University
Bachelor of Applied Science (BASc), Mathematics · (1982 - 1986)