# EXHIBIT BB

# Greg O'Connor

Product Leader at Blue Yonder
San Francisco, California, United States

## Contact

www.linkedin.com/in/gregoryjoconnor (LinkedIn)

## Top Skills

SaaS
Management Consulting
Cloud Computing

## Certifications

Preventing Workplace Harassment
Giving and Receiving Feedback
Confronting Bias: Thriving Across Our Differences

## Honors-Awards

50 Cloud Bloggers To Follow Right Now
Top Cloud Computing Influencers
15 Best Bloggers To Follow About Cloud Computing
The Top 100 Bloggers on Cloud Computing

## Publications

Lessons from a Windows Server 2003 remediation project at a Large Financial Services Organization

## Patents

On-demand tethered greedy virtual application appliance

## Experience

**Blue Yonder**
Senior Vice President of Cloud Engineering and Operations
December 2021 - Present (2 years 7 months)
San Francisco Bay Area

**Verint**
GVP Cloud
December 2019 - July 2021 (1 year 8 months)

• Responsible for DevOps Cloud Operations and Security (CISO) for Public Cloud.
• Lead teams in transitioning on premise application to cloud offering.
• Mange tech operations and procurement. AWS EDP contract for $200M
• Built DevOps organization and cloud patching, upgrade processes and customer communications.
• Created ITL, incident management, change process and problem resolution changes to be proposed for the cloud.
• Reduced labor 15% across 9 product lines.

**Workday**
VP III - Workday Foundations Product Engineering and Operations
May 2016 - December 2019 (3 years 8 months)
San Francisco Bay Area

• Lead 5 groups of over 700 people: DevOps, Cloud/Datacenter Operations, Cloud/Datacenter Development, Integration's Development, and Procurement.
• Responsible for Development and Operations for Public Cloud and Workday Data Center.
• Environment metrics: Customer - 80,000 VMs, 32,000 physical machines, Development 22,000 AWS instances.
• Lead Kubernetes team that enabled 132 unique services to run Workday services in AWS for customer production.
• Grew the Development Integrations and real-time collaborations teams by 90%; 480,000 transactions per month.
• Managed development operations and procurement. $174M Capex and $270M Opex budget FY2020.

Page 1 of 3

• Achieved with Devops delivery of weekly updates to 3,000 customer every week. Supporting 5,000 developers.
• Organized SOC2 Environment Operations to supports customer environments in production with weekly updates.
• Saved the company $115M with two contracts. Completed $500M AWS EDP agreement

### AppZero
Founder: Chief Executive Officer
August 2008 - January 2016 (7 years 6 months)
Andover, MA

• Created the concept and evangelized the category of Migration Containers for separating server side applications from the Operating System.  The technology makes applications portable to new machines and new operating systems on premise or in the cloud with no code changes required.
• Grew company revenues from initial product launch in mid-2012  (2014 640% increase; 2015 210% increase)
• 75+ Paid for distribution partnerships with global SIs (50%+ of the top 50)
o AWS, Microsoft, IBM, Dell, EMC, HP, Accenture, HCL, TCS, Wipro, Cognizant
• Patent: US 20130311603  On-demand tethered greedy virtual application appliance
• Published articles and blogs with 500,000+ views at Sys-Con and GigaOM

### Progress Software
7 years 5 months

VP Corporate Strategy at Progress Software
February 2006 - June 2008 (2 years 5 months)
Bedford Ma

• Lead or participated in 2 public and 6 private company acquisitions totaling more than $300M
• IONA ($125M), Exelon/Object Design ($28M), Data Direct ($134M), Actional ($18M)
• Created and implemented company integration plans, key metrics and success criteria

Co-founder: President
February 2001 - February 2006 (5 years 1 month)

Disrupted the mature Enterprise Application Integration (EAI) market by creating and evangelized the Enterprise Service Bus (ESB) product category, widely recognized as the foundation for Service Oriented Architecture (SOA)

• Grew the company from concept to over $40 million in sales

• Responsible for worldwide organization of 450 people

• Sold to Progress Software

• Member of Progress Software's executive team

• Section 144 office at Progress Software (Nasaq:PRGS)

• Founded Progress Software India (Hyderabad) from acquisition of Pramati Technologies team.

### Progress Software
VP of Application Server
October 1992 - May 1999 (6 years 8 months)

o Create Progress's Web Application Server WebSpeed® from concept to market

o WebSpeed achieved over $50M in cumulative sales in the first 3 years

### Softbridge Solutions
Director of Engineering ATF
September 1990 - September 1992 (2 years 1 month)

### Thomson Reuters
Architect
July 1988 - August 1990 (2 years 2 months)

---

## Education

### Purdue University
BS, Computers · (1981 - 1985)

### Longmeadow High
 · (1977 - 1981)