# EXHIBIT CC

  

# Contact Us

For general inquiries, please fill out this form and we will do our utmost to answer your questions and/or address your comments.

## OUR LOCATIONS

### Canada

110 Didsbury Road, Suite M-083

Kanata, ON K2T 0C2

### United States

300 Brickstone Square, Suite 201

Andover, MA 01810

### Email

Sales: sales@virtamove.com

Support: support@virtamove.com

Support Portal: helpdesk.virtamove.com

### Phone

1-866-444-6670

**FIRST NAME***

**LAST NAME***

**PHONE NUMBER***

**COMPANY NAME***

**BUSINESS EMAIL***

**MESSAGE***

VirtaMove needs the contact information you provide to us to contact you about our products and services. You may unsubscribe from these communications at any time. For information on how to unsubscribe, as well as our privacy practices and commitment to protecting your privacy, please review our Privacy Policy.

**CONTACT VIRTAMOVE**

## THE MIGRATION PARTNER OF CHOICE FOR HUNDREDS OF COMPANIES

  
  



MIGRATION SOFTWARE ›

V-Maestro ›

V-Migrate ›

SOLUTIONS ›

Application Discovery ›

Migration Strategy ›

App Repackaging and Migration ›

App Refactoring and Modernization ›

Data Center Consolidation ›

Cloud Onboarding ›

ABOUT US ›

Resource Center ›

Case Studies ›

News ›

Partners ›

Become a Partner ›

Request Demo ›

Support ›

Careers ›

Contact ›

© 2024 VirtaMove Corp.

Sitemap    Terms of Use    Privacy Policy    Cookie Consent