# EXHIBIT FF

3/27/24, 11:31 AM                                      (2) Search | LinkedIn



3/27/24, 11:32 AM                                          (2) Search | LinkedIn



https://www.linkedin.com/search/results/people/?currentCompany=%5B"360333"%5D&origin=COMPANY_PAGE_CANNED_SEARCH&page=2&sid=…   1/1