# EXHIBIT GG

## Contact

www.linkedin.com/in/nigel-stokes-3522027 (LinkedIn)
www.virtamove.com (Company)

### Top Skills
Private Equity
Venture Capital
Investments

# Nigel Stokes
CEO of VirtaMove
Toronto, Ontario, Canada

## Summary

Experienced CEO & VC with more than a 30 year history of success in the computer software industry. Skilled in Big Data, Software as a Service (SaaS), Cloud Infrastructure & On-Boarding, Mergers & Acquisitions, and Start-ups. Strong business development experience with a Masters in Systems Design Engineering from the University of Waterloo & an MBA focused in Entrepreneurship/Entrepreneurial Studies from University of Toronto.  BSC in Biology & Computer Science.

---

## Experience

**VirtaMove**
13 years 10 months

CEO
December 2015 - Present (8 years 7 months)
Toronto, Canada Area

Chairman
September 2010 - Present (13 years 10 months)
Kanata

Windows & Linux Application Migration and Modernization
www.virtamove.com

**NRX**
Chairman and CEO
December 2013 - Present (10 years 7 months)
Markham, Ontario

HubHead Corp is an enterprise software company that helps the world's largest businesses build, protect, and derive insights from asset data. Companies around the world use HubHead's solutions to improve the predictability, productivity, and safety of their operations.

www.hubhead.com

### Edsby
Board Member
October 2013 - Present (10 years 9 months)
Markham

Edsby is revolutionizing the world of Education in K-12 School Districts!

### MindAngler Capital
Founder
January 2010 - Present (14 years 6 months)
Toronto, Ontario

### EigenSpace
Co-founder/Guide
April 2021 - Present (3 years 3 months)
Canada

EigenSpace Program for Start-ups www.eigenspace.com

### Nymi
Lead Seed Investor
August 2013 - Present (10 years 11 months)

The Nymi wearable that verifies personal identity and unlocks a customized world through your heart beat. Totally Stoked.

### Delphia
Seed Investor
January 2018 - Present (6 years 6 months)
Toronto, Canada Area

### CloudPhysics
Seed Investor
November 2012 - Present (11 years 8 months)

Revolutionizing predicitve analytics for VMWare users.

### North
Seed Investor
November 2012 - Present (11 years 8 months)
waterloo, ontario

North with the wearable Focals glasses will transform you into a tech Jedi!

### Xplenty

Seed Investor
January 2011 - Present (13 years 6 months)
San Francisco Bay Area

Practical innovation to allow big data to scale.  Support for the Cascading enhancement for the open source Hadoop/Map Reduce initiative. ETL & ELT

DataMirror
Co-Founder, CEO, Chairman
1994 - September 2007 (13 years)
TSX, Nasdaq

Transformational data replication, change data capture and integration.
http://en.wikipedia.org/wiki/DataMirror

MCI Systemhouse
Managing Director
1991 - 1993 (2 years)
Toronto

Strategic consulting and database development.
http://en.wikipedia.org/wiki/MCI_Systemhouse

Nidak Associates
Co-Founder, President, Partner
1985 - 1991 (6 years)
Toronto

Technology asset tracking software packages.
Custom software and multi platform database development.
Quality software, quality service, on-time and on-budget.

Ernst & Young
Principal
1982 - 1985 (3 years)
Toronto

IT strategy and custom software development.
What-ever would make a buck.

---

## Education

University of Waterloo
M.A.Sc., Systems Design · (1980 - 1982)

University of Toronto
MBA, Entrepreneurship/Entrepreneurial Studies · (1982 - 1988)

Queen's University
BSc, Biology & Computer Science · (1975 - 1979)