# EXHIBIT HH

## Contact

www.linkedin.com/in/susan-c-2882181 (LinkedIn)

### Top Skills
Business Strategy
Accounting
Recruiting

# Susan C.
Office Manager at VirtaMove Corp.
Ottawa, Ontario, Canada

## Experience

VirtaMove
Office Manager
April 2012 - Present (12 years 3 months)

Mobile Knowledge
Human Resources
July 2000 - June 2011 (11 years)

Siemens Canada
Human Resources
February 1997 - June 2000 (3 years 5 months)

---

## Education

Algonquin College of Applied Arts and Technology