# EXHIBIT II

## Contact

www.linkedin.com/in/mark-woodward-b20a768 (LinkedIn)

## Top Skills
Linux
Unix
Software Development

## Certifications
Introduction to Embedded Machine Learning
Machine Learning
Amateur Radio Operator

## Patents
Method and apparatus for processing requests for statistics in a communication network
Application Migration
On-demand tethered greedy virtual application appliance

# Mark Woodward
Senior Software Engineer
Greater Ottawa Metropolitan Area

## Experience

**Freelance**
Senior Software Engineer
September 2021 - Present (2 years 10 months)

**VirtaMove**
15 years 6 months

VP Engineering
April 2014 - September 2021 (7 years 6 months)

Director of Engineering
April 2011 - September 2021 (10 years 6 months)
Kanata

Responsible for all development, testing and support for the product.

Streamlined release process using git and redmine. Continuous release cycle using parallel streams and staged testing.

Actively involved in the technical direction of the product.

Update syscall intercepts for new OS releases

Reverse engineer OS components

Design and review core features

Implement feature code for product evolution

Support customer migrations both on-site and remotely

Architect/Lead Designer
April 2006 - September 2021 (15 years 6 months)

Worked directly with Chief Architect to design solutions to enable application migration on Linux, Solaris and Windows platforms.

Implemented Kernel System Call intercepts (syscall/ntdll) and library (user mode) code optimization.

Designed concurrent hierarchical state machine to control encapsulated application transitions.

Reverse engineering of Windows system libraries (ntdll.dll), and services (csrss.exe)

Alcatel
Senior Designer
1992 - 2002 (10 years)

Senior designer in ATM access group implementing ATM-Ethernet bridge in C++ running under VxWorks RTOS. Implemented spanning tree algorithm Provided lead on project to collect statistics from Siemens element-managed node. As the design authority, provided technical support and performed design reviews to ensure good design techniques and process were followed. Senior designer in NSM Statistics group.  Developed and maintained software to collect statistics from network nodes via SNMP. Data was stored in an Informix database and exported via customizable formatting tools. Data used for traffic shaping/policing, SLA and billing applications.

Newbridge Networks Corporation
Senior Designer
1992 - 2002 (10 years)

---

## Education

Rother Valley
HND, Electronic Design (Microprocessor Applications) · (1983 - 1985)

Algonquin College of Applied Arts and Technology
Graduate Certificate, GIS · (2004 - 2005)