# EXHIBIT JJ

## Contact

www.linkedin.com/in/paulroleary (LinkedIn)

### Top Skills
Enterprise Software
Software Development
Product Management

### Patents
System for containerization of application sets

Computing system having user mode critical system elements as shared libraries

# Paul O'Leary

Architecture & Technology Leader | Strategy & Business Case Development | Software Engineering | Cloud Architecture
Ottawa, Ontario, Canada

## Summary

A technology leader, architect, and entrepreneur with a history of delivering business solutions and products in both the public and private sectors. I have enjoyed a variety of leadership positions throughout my career in architecture, product management, software development, engineering, and strategy. I'm passionate about understanding and addressing business challenges by creating solutions using modern technology stacks and cloud computing.

Skills
Leadership | IT Strategy | Cloud Strategy | Business Case Development | Enterprise Architecture
Solution Architecture | Software Engineering | Software Development | Cloud Computing
Network and Information Security | Trusted Advisor | Coach and Mentor

---

## Experience

**Quantum Bridge Technologies**
Business Development Advisor
2022 - Present (2 years)
Ottawa, Ontario, Canada

**Innovapost**
12 years

Lead - Architecture, Development, QA Practices and BI, Analytics Solution Delivery
2018 - 2021 (3 years)

I led the Architecture, Development, DevOps, and QA Practices at Innovapost and served as Chief Architect for the company. I also ran the BI and Analytics solution delivery team.

• Evolved the organization to a modern agile architecture process

• Established Containers and Kubernetes as the enterprise standard for all development
• Put in place a foundational Cloud architecture and a Cloud adoption framework

Director - Enterprise Architecture and Senior Solution Architect
2013 - 2018 (5 years)

I was an Enterprise Architect and Senior Solution Architect on several strategic programs. This included strategy work, enterprise architecture, solution design, technology selection and technical guidance throughout the execution phase. Projects spanned several business areas within Canada Post including Parcel Tracking, Operations, Retail, Mobility, and Enterprise Data Warehousing.

Senior Consultant
2009 - 2013 (4 years)

I was a solution architect and project manager working on technology strategy, retail, mobility, and networking.

Liquid Computing
Director - Software Development
2006 - 2009 (3 years)

Director of software development for a start-up that competed against Cisco in the Unified Computing market.

Trigence
VP Engineering and Product Management
2001 - 2006 (5 years)

Co-Founder and VP of Engineering and Product Management for a start-up that created application virtualization solutions.

Nortel Networks
Senior Product Development Manager
1994 - 2001 (7 years)

---

## Education

University of Toronto
Master of Applied Science (EE)

University of Manitoba



B.Sc. (EE) with Distinction