# EXHIBIT KK

## Contact

www.linkedin.com/in/dean-huffman-bb63974 (LinkedIn)

## Top Skills

RTOS
Embedded Systems
VxWorks

# Dean Huffman

Software Engineer at Cisco
Ottawa, Ontario, Canada

## Experience

**Cisco**
Software Engineer
August 2015 - Present (8 years 8 months)

**Wind River Systems**
Software Developer
April 2010 - July 2015 (5 years 4 months)

**Liquid Computing**
Software Developer
February 2006 - February 2010 (4 years 1 month)

**Trigence Corp.**
Lead Developer
April 2002 - January 2006 (3 years 10 months)

**Nortel**
Software Developer
1997 - 2000 (3 years)

**Lockheed Martin Canada**
Software Developer
1994 - 1997 (3 years)

---

## Education

**Carleton University**
B. Eng., Computer Systems · (1986 - 1990)