# EXHIBIT LL

## Contact

www.linkedin.com/in/donn-rochette-6925805 (LinkedIn)
appfirst.com/ (Company)

## Top Skills

Java
Cloud Computing
Linux

## Patents

Method of increasing capacity to process operational data
Malware containment by application encapsulation
Method and system for providing a program for execution without requiring installation
System for executing application sets within application containers
A computing system having user mode critical system elements as shared libraries

# Donn Rochette

Principal Software Engineer at Cribl
Dayton Metropolitan Area

## Summary

A proven technology leader, demonstrated ability to create technically demanding solutions, as well as recruit and manage development teams. Extensive experience with big data processing, scaling, parallel processing, storage technologies. Thorough background with Operating Systems internals. Very adept at leading development teams, realizing effective technology development solutions with small teams.

## Experience

**Cribl**
Principal Software Engineer
May 2019 - September 2023 (4 years 5 months)

Founded with a vision of simplifying big data and log analytics at scale, Cribl is innovating the real-time data pipeline. Led by a team of practitioners and former Splunk employees, Cribl provides users a new level of observability, intelligence and control over their data.

**Segue Technologies**
Systems Engineer
May 2018 - June 2019 (1 year 2 months)
Wright Patterson AFB, OH

Design of a platform supporting enterprise applications for the Air Force Research Laboratory.

**ScienceLogic**
Chief Architect
July 2016 - May 2018 (1 year 11 months)
Minneapolis, MN

Designed a converged platform that combines the big data technology from AppFirst with the infrastructure monitoring and automatic detection technologies from ScienceLogic. The solution becomes the enablement for a product that can support, for the first time, full service assurance.

Responsible for technology direction and development along with architecture, design, and development. Manage a development team through all software lifecycle activities. The development team defines architecture direction while developing foundation elements that support the product.

Despite managing technology, architecture and a development team I continue to write code. It keeps me connected to the technology, effectiveness of the development process and enhances the ability to judge scope and complexity.

AppFirst
CTO
May 2009 - July 2016 (7 years 3 months)
Bloomington, MN

Designed and developed big data platform which obtains performance and security details from inside running processes, and uploads this information for summary and aggregation. Data is stored in an HBase/Hadoop cluster, retrieved with REST APIs, and visualized with HTML5.

Responsible for architecture, design, and development of this big data platform. Created and managed a development team through all software lifecycle activities. Authored many critical platform components including process collection, platform deployment, and a python native HBase client. Final solution has been deployed as a SaaS capability, in the cloud and on premises, and is highly configurable, extensible, and scaleable (large deployments have handled millions of processes per minute with data volumes in the hundreds of GBs per day.)

Despite managing architecture and a development team I continue to write code.  It keeps me connected to the technology, effectiveness of the development process and enhances the ability to judge scope and complexity.

Trigence
CTO
2002 - 2009 (7 years)
Ottawa, Ontario

Developed a lightweight container technology for server applications. It is used to migrate complete application environments from one Operating System environment to another. We migrated 500 Solaris 8 & 9 applications to Solaris 10 in 3 weeks for a large telecomunnincations company. We migrated several

hundred Solaris 9 applications to new Solaris 10 servers in a data center consolidation project.

Responsible for architecture, technology and design.

Developed and extended the kernel modules for Solaris and Windows.

OnCore
VP Engineering
1999 - 2002 (3 years)
Sunnyvale, CA

Designed a real-time Operating System that combined the completeness of Unix environments with the priority preemption requirements of real-time tasks. The design included both a BSD Unix and a Linux environment executing as user mode services above a Mach microkernel. The system supported real-time tasks that executed in addition to Unix/Linux as high priority microkernel tasks.

Recruited, managed and directed the development team as well as assuming architecture and design leadership.

Developed the low-level kernel algorithms for several microprocessor architectures. These include TLB support, virtual memory, scheduling and device driver frameworks.

Microtec/Ready Systems
Lead OS Developer
1992 - 1999 (7 years)
Sunnyvale, CA

Developed real-time Operating Systems and development environments for embedded systems.

Managed a group of developers responsible for the I/O subsystem. Our team integrated Internet Protocol stacks, file systems, and device driver frameworks.

Designed an architecture for binary re-usable device drivers, authored several papers on the topic.

Developed a remote debug and control component utilizing a light weight UDP based service.

## MCM Japan
Software Engineer
1990 - 1992 (2 years)
Tokyo, Japan

Provided business development support for real-time Operating Systems in the Japanese market.

Wrote several device drivers for integration of real-time Operating Systems with embedded designs.

Developed an In-Circuit Emulator for use in the develpment of engine controllers.

## Grumman/NASA
Design Engineer
1980 - 1990 (10 years)
Kennedy Space Center, FL

Designed hardware and software systems supporting launch operations. Systems engineers working in the firing rooms would define requirements and we would deliver solutions.

Designed a stress test system for the launch processing system network technology. The architectecture consisted of custom designed bit-slice microporcessors that emulated minicomputer behavior on the network.

Designed a remote maintenace monitoring system that uses Artificial Intelligence technologies to provide root cause analysis. The design included a custom designed computer that is embedded in the minicomputers used in the launch processing system.

---

# Education

### University of Northern Iowa
Bachelor's Degree, Industrial Electronics

### Nova Southeastern University

Master's Degree, Computer/Information Technology Administration and Management