# EXHIBIT MM



# Contact Us

For general inquiries please fill out the form. We also have office locations through out Florida.

## Main Office

Office: 407-841-2330

Toll Free: (877) 886 8810

Fax: 407-841-2343

**Email***

**Phone number**

City | State/Region | Postal code

Service interested in

☐ Patent
☐ Copyright
☐ Trademark
☐ Litigation
☐ Not sure

Which office are you closest to?

Please Select

**Message**

protected by **reCAPTCHA**
Privacy - Terms

Submit

Create your own free forms to generate leads from your website.



attorneys or agents and receiving confirmation that ADD+G does not have a conflict of interest and the firm determines that it is able to accept your representation. Any information sent to us prior to your receipt of such confirmation may not be treated as confidential or protected information.

# Our **Offices**



## Orlando

Main Office

(407) 841-2330

LEARN MORE





## Miami

Office

(305) 374-8303

LEARN MORE



## Winter Springs

Office

(407) 796-5051

LEARN MORE

3/27/24, 1:01 PM                              Contact Our FL Intellectual Property Law Firm | ADD+G





## Jacksonville

(Available by Appointment)

(904) 398-7000

**LEARN MORE**

**FREE RESOURCE**

## Are Your IP Rights *at Risk?*

Download "5 Ways You Can Lose Your IP Rights" to find out.



protected by **reCAPTCHA**
Privacy - Terms

DOWNLOAD NOW

Create your own free forms to generate leads from your website.





 

## OUR OFFICES

Orlando

## QUICK LINKS

About Us

3/27/24, 1:01 PM  Contact Our FL Intellectual Property Law Firm | ADD+G



Contact Us

Pay Invoices





CALL NOW

Copyright © 2022 Allen, Dyer, Doppelt, & Gilchrist, P.A. - United States - All Rights Reserved. Legal | Sitemap | Disclaimer | Insurance MRFs