# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | Case No. 2:24-cv-00093-JRG (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | Case No. 2:24-CV-00064-JRG (Member Case) <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY REGARDING MOTION TO TRANSFER (DKT. 78)**

On this date the Court considered the Unopposed Motion for Extension of Time to File Opposition and Reply regarding Motion to Transfer (Dkt. 78), filed by Plaintiff VirtaMove Corp. ("Plaintiff" or "VirtaMove") and Defendant International Business Machines Corp. ("Defendant"). Based on the motion and the grounds set forth therein, and the agreement of the Parties in the motion, the Court finds that good cause has been established and the Unopposed Motion for Extension of Time should be granted.

**THEREFORE, IT IS HEREBY ORDERED** that (1) Plaintiff's time to respond to the Motion shall be extended from September 4, 2024 to September 20, 2024; and (2) Defendants' time to reply in support of its motion shall be extended to September 30, 2024.

**IT IS SO ORDERED.**