IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., § § *Plaintiffs*, § § v. § HEWLETT PACKARD ENTERPRISE § COMPANY., § § *Defendant*. § | | CIVIL ACTION NO. 2:24-CV-00093-JRG (LEAD CASE) |
| v. § § INTERNATIONAL BUSINESS § MACHINES CORP., § § *Defendant*. § | | CIVIL ACTION NO. 2:24-CV-00064-JRG (MEMBER CASE) |

## ORDER

Before the Court is Plaintiff VirtaMove, Corp.'s ("Plaintiff") Unopposed Motion for Extension of Time to File Opposition and Reply Regarding Motion to Transfer (the "Motion for Extension"). (Dkt. No. 79.) In the Motion for Extension, Plaintiff moves to extend their deadline to respond to Defendant International Business Machines Corp.'s ("Defendant") Motion to Transfer Venue to the Northern District of California (Dkt. 78); and for a 3-day extension for Defendant to file its reply in support of its motion to transfer. (*Id.*) Accordingly, Plaintiff asks that the deadline for Plaintiff's response be extended to September 20, 2024, and Defendant's deadline to reply in support of the Motion be further extended to September 30, 2024. (*Id.*) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Plaintiff's deadline to

file its response be **extended to September 20, 2024**, and Defendant's deadline to reply in support of the Motion be further **extended** to **September 30, 2024.**

**So ORDERED and SIGNED this 30th day of August, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE