# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., § | | |
|     Plaintiff, § | | Case No. 2:24-cv-00093-JRG |
| § | | (Lead Case) |
| v. § | | |
| § | | |
| HEWLETT PACKARD ENTERPRISE § | | **JURY TRIAL DEMANDED** |
| COMPANY, § | | |
|     Defendants. § | | |
| § | | |
| § | | |
| VIRTAMOVE, CORP., § | | |
|     Plaintiff, § | | Case No. 2:24-cv-00064-JRG |
| § | | (Member Case) |
| v. § | | |
| § | | |
| INTERNATIONAL BUSINESS § | | **JURY TRIAL DEMANDED** |
| MACHINES CORP., § | | |
|     Defendants. § | | |
| § | | |

## <u>DEFENDANT HPE'S MOTION FOR HEARING</u>

Pursuant to Local Rule 7(g), Defendant Hewlett Packard Enterprise Company ("HPE") respectfully requests that this Court set HPE's Rule 12(b)(6) Partial Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion") [Dkt. No. 66] for hearing.  As suggested dates, and only if convenient for this Court, HPE is available for hearing any time from October 1, 2024 through October 10, 2024.

HPE filed its Motion on July 9, 2024, and it is fully briefed and ripe for consideration.  Oral argument on the Motion should aid the Court in resolving any legal or factual issues.  Further, a ruling on HPE's motion should streamline issues for trial and potentially aid the parties in any settlement discussions. Plaintiff takes no position on this motion.

For these reasons, HPE respectfully requests a hearing on its Motion.

<u>**DEFENDANT HPE'S MOTION FOR HEARING**</u> – Page 1

Respectfully submitted,

*/s/ Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email:  jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Katharine Burke (Lead Attorney)
DC Bar Number: 985333
Katharine.burke@bakerbotts.com
**BAKER BOTTS L.L.P.**
700 K Street, N.W.
Washington, DC 20001-5692
Tel: (202) 639-7700
Fax: (202) 639-7890

Douglas M. Kubehl
Texas Bar No. 00796909
Doug.kubehl@bakerbotts.com
Morgan Mayne
Texas Bar No. 24084387
Morgan.mayne@bakerbotts.com
Emily Deer
Texas Bar No. 24116352
Emily.deer@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Tel: (214) 953-6500
Fax: (214) 953-6503

David Lien (*pro hac vice*)
California Bar No. 313754
David.lien@bakerbotts.com
**BAKER BOTTS L.L.P.**
1001 Page Mill Road, Building One, Suite 200
Palo Alto, CA 94304-1007
Tel: (650) 739-7563
Fax: (650) 739-7663

*ATTORNEYS FOR DEFENDANT HEWLETT PACKARD ENTERPRISE COMPANY*

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 11, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Jennifer H. Doan*
Jennifer H. Doan

## CERTIFICATE OF CONFERENCE

The undersigned certifies that pursuant to Local Rule CV-7(h), counsel for HPE conferred with counsel for VirtaMove on September 10, 2024. VirtaMove "take[s] no position and defer[s] to the Court's preference on the need for a hearing."

*/s/ Jennifer H. Doan*
Jennifer H. Doan
