# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| Plaintiff, | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| v. | § | |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |
| VIRTAMOVE, CORP., | § | |
| Plaintiff, | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| v. | § | |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

# ORDER

Before the Court is Defendant Hewlett Packard Enterprise Company's Motion for Hearing ("Motion"). Having reviewed the Motion, the Court is of the opinion that it should be **GRANTED**. It is therefore

**ORDERED** that Defendant Hewlett Packard Enterprise Company's Rule 12(b)(6) Partial Motion to Dismiss Plaintiff's Second Amended Complaint [Dkt. No. 66] is set for hearing at _____ on October _____, 2024.

**ORDER** – Solo Page