# Exhibit 3

## Docket Entries

30 Results    **VIEW IN BROWSER**

Case Numbers: NDCA-5-24-cv-04740

| Date | # | Description |
|---|---|---|
| Aug. 05, 2024 | 1 | COMPLAINT against VirtaMove, Corp. ( Filing fee $ 405, receipt number ACANDC-19694727.). Filed by Red Hat, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Civil Cover Sheet)(Brown, Brandon) (Filed on 8/5/2024) (Entered: 08/05/2024) |
|  |  | **Complaint -- Declaratory Judgment**   N/A |
| Aug. 05, 2024 | 2 | Proposed Summons. (Brown, Brandon) (Filed on 8/5/2024) Entered: 08/05/2024) |
| Aug. 05, 2024 | 3 | Rule 7.1 Disclosures by Red Hat, Inc. identifying Corporate Parent IBM Corporation for Red Hat, Inc.. as indirect owner (Brown, Brandon) (Filed on 8/5/2024) (Entered: 08/05/2024) |
|  |  | **Corporate Disclosure Statement**   N/A |
| Aug. 05, 2024 | 4 | Certificate of Interested Entities by Red Hat, Inc. identifying Corporate Parent IBM Corporation for Red Hat, Inc.. as an indirectly owned subsidiary (Brown, Brandon) (Filed on 8/5/2024) (Entered: 08/05/2024) |
|  |  | **Corporate Disclosure Statement**   N/A |
| Aug. 05, 2024 | 5 | NOTICE of Appearance by Brandon Hugh Brown (Brown, Brandon) (Filed on 8/5/2024) (Entered: 08/05/2024) |
| Aug. 05, 2024 | 6 | REPORT on the filing or determination of an action regarding U.S. Patent Nos. 7,519,814 and 7,784,058 (cc: form mailed to register). (Brown, Brandon) (Filed on 8/5/2024) (Entered: 08/05/2024) |
| Aug. 06, 2024 | 7 | Case assigned to Magistrate Judge Thomas S. Hixson. Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit E-Filing A New Civil Case at http://cand.uscourts.gov/ecf/caseopening. Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 8/20/2024. (ark, COURT STAFF) (Filed on 8/6/2024) (Entered: 08/06/2024) |
| Aug. 06, 2024 | 8 | Summons Issued as to VirtaMove, Corp. (ecg, COURT STAFF) (Filed on 8/6/2024) (Entered: 08/06/2024) |
| Aug. 06, 2024 | 9 | Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 10/31/2024. Initial Case Management Conference set for 11/7/2024 10:00 AM in San Francisco, Courtroom E, 15th Floor. (ecg, COURT STAFF) (Filed on 8/6/2024) (Entered: 08/06/2024) |
| Aug. 19, 2024 | 10 | CERTIFICATE OF SERVICE by Red Hat, Inc. re 3 Certificate of Interested Entities, 2 Proposed Summons, 8 Summons Issued, 5 Notice of Appearance, 9 Initial Case Management Scheduling Order with ADR Deadlines, 1 Complaint, 7 Case Assigned by Intake,, 6 Patent/Trademark Report, 4 Certificate of Interested Entities , Judge's Standing Orders and New Case Documents (Attachments: # 1 Certificate/Proof of Service Attachment 1, # 2 Certificate/Proof of Service Attachment 2, # 3 Certificate/Proof of Service Attachment 3)(Brown, Brandon) (Filed on 8/19/2024) (Entered: 08/19/2024) |
| Aug. 19, 2024 | 11 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Red Hat, Inc... (Brown, Brandon) (Filed on 8/19/2024) (Entered: 08/19/2024) |
| Aug. 19, 2024 | 12 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned. ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED. This is a text only docket entry; there is no document associated with this notice. (rmm2, COURT STAFF) (Filed on 8/19/2024) (Entered: 08/19/2024) |
| Aug. 20, 2024 | 13 | ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge P. Casey Pitts for all further proceedings. Magistrate Judge Thomas S. Hixson no longer assigned to case, Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras.. Signed by Clerk on 8/20/2024. (Attachments: # 1 Notice of Eligibility for Video Recording)(ark, COURT STAFF) (Filed on 8/20/2024) (Entered: 08/20/2024) |

| | | |
|---|---|---|
| Aug. 20, 2024 | 14 | CLERK'S NOTICE RESETTING INITIAL CASE MANAGEMENT CONFERENCE FOLLOWING REASSIGNMENT. Joint Case Management Statement due by 10/24/2024. Initial Case Management Conference set for 11/7/2024 at 01:00 PM in San Jose, Courtroom 8, 4th Floor. (This is a text-only entry generated by the court. There is no document associated with this entry.) (nmc, COURT USER) (Filed on 8/20/2024) (Entered: 08/20/2024) |
| Aug. 28, 2024 | 15 | NOTICE of Appearance filed by Amy Hayden on behalf of VirtaMove, Corp. (Hayden, Amy) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| Aug. 28, 2024 | 16 | NOTICE of Appearance filed by Christian W. Conkle on behalf of VirtaMove, Corp. (Conkle, Christian) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| Aug. 28, 2024 | 17 | NOTICE of Appearance filed by Daniel B Kolko on behalf of VirtaMove, Corp. (Kolko, Daniel) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| Aug. 28, 2024 | 18 | NOTICE of Appearance filed by Qi Tong on behalf of VirtaMove, Corp. (Tong, Qi) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| Aug. 28, 2024 | 19 | NOTICE of Appearance filed by Jacob Robert Buczko on behalf of VirtaMove, Corp. (Buczko, Jacob) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| Aug. 28, 2024 | 20 | NOTICE of Appearance filed by Jonathan Ma on behalf of VirtaMove, Corp. (Ma, Jonathan) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| Aug. 28, 2024 | 21 | NOTICE of Appearance filed by James Anthony Milkey on behalf of VirtaMove, Corp. (Milkey, James) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| Aug. 28, 2024 | 22 | NOTICE of Appearance filed by James Shrin Tsuei on behalf of VirtaMove, Corp. (Tsuei, James) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| Aug. 28, 2024 | 23 | NOTICE of Appearance filed by Marc Aaron Fenster on behalf of VirtaMove, Corp. (Fenster, Marc) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| Aug. 28, 2024 | 24 | NOTICE of Appearance filed by Neil Alan Rubin on behalf of VirtaMove, Corp. (Rubin, Neil) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| Aug. 28, 2024 | 25 | NOTICE of Appearance filed by Reza Mirzaie on behalf of VirtaMove, Corp. (Mirzaie, Reza) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| Aug. 28, 2024 | 26 | STIPULATION WITH PROPOSED ORDER re 1 Complaint, FOR EXTENSION TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT filed by VirtaMove, Corp.. (Attachments: # 1 Proposed Order)(Mirzaie, Reza) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| Aug. 28, 2024 | 27 | Certificate of Interested Entities by VirtaMove, Corp. identifying Other Affiliate VirtaMove, Inc. for VirtaMove, Corp.. (Mirzaie, Reza) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| | **Corporate Disclosure Statement** | N/A |
| Aug. 28, 2024 | 28 | Rule 7.1 Disclosures by VirtaMove, Corp. identifying Other Affiliate VirtaMove, Inc. for VirtaMove, Corp.. (Mirzaie, Reza) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| | **Corporate Disclosure Statement** | N/A |
| Aug. 29, 2024 | 29 | ORDER granting 26 Stipulation for Extension to Answer or Otherwise Respond to Complaint. Signed by Judge P. Casey Pitts on 8/29/2024. (nmc, COURT USER) (Filed on 8/29/2024) (Entered: 08/29/2024) |
| Sep. 13, 2024 | 30 | NOTICE of Appearance filed by Amy Hayden on behalf of VirtaMove, Corp. (Hayden, Amy) (Filed on 9/13/2024) (Entered: 09/13/2024) |