# Exhibit 8

Contact

www.linkedin.com/in/harveysaini (LinkedIn)

Top Skills
Sales Management
Cloud Computing
Enterprise Architecture

Certifications
IBM Certified Consultant

# Harvinder (Harvey) Saini
Partner | AWS Strategic Partnership Leader, Distribution
Pittsburgh, Pennsylvania, United States

## Summary

People often say, do what "gets you out of bed, energized to take on the day", which is easier said than done.  My journey started more than 27 years ago as a technical hands-on person who wore many enjoyable hats - Test Engineer, Change Manager, Release Engineer, Developer, Systems Engineer – why so many roles, you ask?  I've come to realize that I need to be continuously challenged to perform at my best. Technology was fun to learn, applied to solve problems and evolved into Architecture roles (Architect, Enterprise Arch, Executive Arch), culminating in leading a tech pre-sales team with quota in the $'000'Ms, helping customers with Migration and Modernization initiatives for a large and storied GSI.

However, I discovered it wasn't the technology that got me out of bed, it was the interactions with customers that really moved the needle.  Meeting with stakeholders, understanding their needs, not just from a tech perspective, but diving deep into inertia for change, business cases, solutions sets and competitive pressures, organization challenges - all helped craft my approach to helping each unique customer. Taking this information through end-to-end Cloud solutioning and sales cycle, forming relationships and confidently delivering differentiated thoughts on how customers (from Directors to F100 CEOs), can maximize the value of cloud for their stakeholders. This is really what energized me, to be fair, often with a healthy mix of "am I going to *#@! this up" but with confidence in data and backed by experience, helped to make each conversation meaningful. I also enjoy helping my peers, sharing experiences and leveraging skills to lead teams and develop best practices in every organization I work in, continuously improving how we worked to improve results was very rewarding.

That's the professional side, outside of work, I love good food and wine and surprisingly - yard work. Travel is my tonic to relax and see the world via new perspectives and doing this with family and friends makes it more memorable. My other loves are my family, my two

dogs and my friends.  My final love is my car and "spirited" drives on and off the track.

## Experience

IBM
Client Partner, Hybrid Cloud Transformation - Distribution
May 2023 - Present (1 year 5 months)

Amazon Web Services (AWS)
2 years 9 months

Principal Migration & Modernization Advisor US East
June 2022 - May 2023 (1 year)
United States

AMER Modernization GTM Leader
July 2021 - June 2022 (1 year)

Developing consistent, unified and holistic GTM modernization messaging for customer and sales filed
Identifying existing and new capabilities and assets needed to maximize cloud value for our customers
Working with cross functional teams to develop sales metric reporting and pipeline development initiatives
Working with Partner and Proserve teams to develop scaling mechanisms

Principal Cloud Advisor
September 2020 - July 2021 (11 months)

Working with DNB, Games and Startup customers and sales teams to identify migration and modernization opportunities, leveraging AWS Migration Acceleration Program
Working with AMER migrations operations teams to streamline processes, identify automation opportunities and provide guidance on specific new opportunities.
Assisting and mentoring new Amazonian in migration BD roles
Successfully met migration goals for DNB, Games and Startups in 2021.

IBM
12 years 5 months

North America Cloud Modernization Offering GTM Leader
March 2017 - September 2020 (3 years 7 months)

Managing a team of BDE's and technical pre-sales SMEs to position IBM Cloud Application Migration, Modernization and Management service offerings to enterprise clients:

• Lead sales pursuits by gaining client mindshare and progressing opportunities utilizing consultative selling of IBM services across my clients' Journey to Cloud

• Sort out by Partners to lead and shape deals across cloud migration, application modernization, legacy modernization and manage on cloud discussions with key client stakeholders including CIOs, VPs and Directors in large enterprise clients

• Presented in internal and external sales events aimed at BDE's, APs and Partners education

• Led and participated in high profile sales pursuits of up to overall TCV of $1B+ in 2017, 2018 & 2019

• Devised and run campaigns to my team to build relationships that result in building the pipeline, progress qualified opportunities working with account partners to close deals

• Developed go-to-market offerings materials and engagement models aimed at internal and external clients, internal line of business alignment and leveraging the best of IBM

• Responsible for hitting targets set in '000M signing and personal signings

• Worked with senior leadership and delivery organizations in refining offerings to meet changing client needs and responding to industries and market trends

• Industry focus in Insurance, Retail, Banking and Healthcare/Life Sciences

Executive IT Architect
May 2015 - February 2017 (1 year 10 months)

* Leading responses to high profile sales engagements, RFP and sole source bids from solutioning to cost/price development and proposal materials including SoW.
* Team development through mentoring, coaching and training as well as individual interactions.
* Assisting in re-aligning troubled projects in delivery through strong communication to technical issues resolution
* Provide technical leadership to help drive new offerings and capabilities with go to market strategies and re-aligning practice processes.

Enterprise Solutions Architect
December 2012 - April 2015 (2 years 5 months)
North America

As a member of the technical leadership team in the IBM Business Application Modernization (BAM) practice, working closely with Sales and Delivery functions to ensure successful migration engagements for our clients.

* Evaluating existing data center environments and designing solutions to meet client's strategic and tactical business goals utilizing best of breed IBM BAM practices.
* Working closely with clients to develop trusted advisor relationships and providing guidance through complex transformations.
* Assisting clients in full life cycle engagements from initial client meetings, RFP/RFI responses, oral presentations, assisting in the development of reference architectures and leading migration strategies for traditional data centers and Cloud (public, private or hybrid) migrations.
* Working closing with IBM sales teams to develop and present migration solutions to clients in a variety of deals from Transformations to Strategic Outsourcing.
* Providing technical oversight of multiple projects in the Delivery phase.
* Develop Migration Practice tools, methodology and procedures to enhance sales and delivery capability for the IBM BAM organization.

Lead Architect
September 2012 - March 2013 (7 months)

Technical leadership of large scale application re-platforming project at a leading pharmaceutical client.

* Providing technical direction to a team of architects and migration engineers to plan and implement the project to re-platform (cross platform migrations) business application components to Cloud and/or virtual environments.
* Responsible for providing principal technical focus to the client for IBM BAM services to the client.
* Providing technical leadership to client Executive level Steering Committees and supporting IBM and client Project Managers in delivering quality results on tight timelines.
* Providing technical leadership to IBM migration team to define and direct focus of activities at all stages of the project.
* Seeking to ensure that all deliverables conform to IBM internal processes and develop and refine BAM processes for future projects.

Technical Solutions Architect - Sales
April 2012 - September 2012 (6 months)

Pre and post sales technical leadership for Business Application Modernization (BAM) projects within IBMs  global clients.

* Responsible for providing technical direction to sales managers in positioning (BAM) offerings on IBM POWER systems to clients.
* Provided technical solutions, pricing and sales collateral to a global team of sales managers.
* Leading workshops with clients to ascertain requirements and provide technical solutions to clients strategic and tactical goals.
* Assisted IBM teams to develop and refine processes and procedures and to seemlessly integrate sales and delivery functions.
* Provided guidance to Delivery Managers for approval of technical solutions design and pricing of BAM offerings.

Lead UNIX Architect
May 2008 - March 2012 (3 years 11 months)
IBM Global Business Services
AS Conversion & Migration Group

* Progressively increasing areas of responsibility from IT Architect to Lead UNIX Architect performing Data Center migrations and porting of applications and servers for large IBM clients.
* Responsible for architecture documents, developing and refining migration processes and procedures, ensuring client process controls are adhered to and mentoring junior team members.
* Hands-on performing migrations and providing backup technical skills as required during complex migrations.  Determining root cause of issues and engaging various IBM teams for resolution. Status reporting to management for migration planning and execution.
* Performing Lead UNIX function for a large UNIX to Linux Porting project.

Various Corporations in Australia and USA
Various Hands-on Technology Roles
October 2003 - March 2008 (4 years 6 months)

Most roles were well defined short duration contract roles and highlights included:

Aug 2007 to Mar 2008 – Sensis – Sr UNIX & Middleware Engineer. Design and Implementation of Sun ID/AM Suite in containerized environments in support for various ecommerce sites.  Automated LAMP server builds and providing ongoing support.

Jan 2007 to Jul 2007 – KAZ Group – Sr. Consultant. boutique consulting firm providing system engineering services to Australian enterprises. Lead the detailed architecture design, hands-on build and implementation of an SAP divestiture project, splitting systems for a US explosive line of business from a UK based chemical company.  Primary tech was IBM Power based platforms with IBM SAN/NAS environments.

Jul 2006 to Jan 2007 – Owner. Break from IT to acquire a retail business. Implemented various systems and transitioned to family

Sep 2005 to Jul 2006 – AXA Australia –  Sr. Architect. Architected and implemented end of life DC refresh program and migrated/consolidated workloads in UNIX (Solaris) and Linux based environments

Jan 2005 to Jun 2005 – Legg Mason – Sr UNIX Engineer.  Supported and optimized Peoplesoft environments, removing business pain points. Implemented new NetApp NAS devices and various IBM servers and architected various infrastructure services utilized across the enterprise.

Oct 2003 to Jan 2005 - Hughes Network Systems - Sr. Systems Engineer. Designed and implemented various observability and event processing mechanisms utilizing Veritas, SNMP, Event Correlation engines as well as scripted programs to ingest, collate and report on various Satellite events. Implement Sun15K domains (logical and physical) and provided strategic guidance to application teams.

Various Corporations
Early Career Technology roles
September 1995 - September 2003 (8 years 1 month)

Oct 2002 to Sep 2003 – Constellation Energy - Sr. Systems Admin. Architected and Implemented Sun15K domains for an energy trading platform. Wrote scripts to monitor and alert on events, implemented automated builds. Configure associated SAN, Fiber and networking switches and wrote various scripts to automated common tasks and monitor DC events.

Jul 2001 to Oct 2022 – National Archives – Sr. Architect/Team Leader. Lead a team of SA and developers in support of the Archives, digital imaging initiatives.

Jul 2000 to Jan 2001 – Sun Microsystems – E10K Systems Consultant. Implemented 2 Sun10K and associated EMC San, switch, networking, tape libraries for the ANZ bank.  Implements automated backup for domains, automated build of web, database server domains and provided documentation

1996 to 2000 - Multiple Corporations - National Australian Bank, IBM GSA, Fulcrum Consulting, technical hands-on consulting roles where I built my UNIX systems skills

1994 to 1996 – Unico Systems – First job out of university and held various roles from Test Engineer, Developer (C/C++) and Systems Admin for cell phone services software (voicemail, faxmail, A/B Party filtering etc). Developed various automation, scripted build and release processes and built test harnesses for software testing.

---

## Education

University of Melbourne

B.Sc, Computer Science · (1991 - 1994)