# Exhibit 11

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., <br>     Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br>     Defendant. | § § § § § § § § § § § | Case No. 2:24-cv-00093-JRG <br> (Lead Case) <br><br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br>     Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br>     Defendant. | § § § § § § § § § § § § | Case No. 2:24-CV-00064-JRG <br> (Member Case) <br><br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF CHUCK COLFORD IN SUPPORT OF PLAINTIFF
VIRTAMOVE, CORP.'S OPPOSITION TO MOTION TO TRANSFER VENUE**

I, Chuck Colford, declare and state as follows:

1. I submit this declaration in support of Plaintiff's Opposition to Motion to Transfer Venue. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. I currently work as President of Congruance IT, Inc.

3. I currently reside in Kanata, Ontario, Canada.

4. I am a former CEO and founder of Trigence Corp.

5. I am willing and expect to travel to Texas to testify in the above-captioned cases. I do not personally find this inconvenient. I do find cross-continental travel to the NDCA to be inconvenient.

6. I am willing and expect to travel to Texas for the cases *VirtaMove, Corp. v. Amazon.com, Inc.*, No. 7:24-cv-30 (W.D. Tex); *VirtaMove, Corp. v. Google LLC*, No. 7:24-cv-33 (W.D. Tex); *VirtaMove, Corp. v. International Business Machines Corp.*, No. 2:24-cv-64 (E.D. Tex); and *VirtaMove, Corp. v. Hewlett Packard Enterprise Company*, No. 2:24-cv-96 (E.D. Tex). I expect to regularly travel to Texas to prepare for, attend hearings in, and testify in these cases, so I would not find travel for any one specific case in Texas to be inconvenient if I will be in Texas for other cases anyway. I have no specific plans to travel to the Northern District of California.

7. I would prefer to travel to Marshall, Texas for trial instead of to the Northern District of California because I believe it will be both less expensive and closer.

8. For expenses, I have estimated my per-diem rates using the GSA website, and San Francisco looks to be more than two or three times as expensive, depending on the month. Below are true and correct screenshots of the GSA estimated rates for Marshall, Texas and San Francisco, CA from:

https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-

results?action=perdiems_report&fiscal_year=2024&state=CA&city=San+Francisco, and

https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results?action=perdiems_report&fiscal_year=2024&state=TX&city=Marshall.





9. If I needed to travel a whole week for trial plus several days of preparation, then I estimate the resulting cost difference to be substantially less expensive in Marshall, Texas.

10. I have used the website www.travelmath.com to estimate my straight-line flying

times between Kanata, ON, Canada to both Marshall, Texas and to San Francisco, California. The following are true and correct excerpts showing that the estimated travel times and travel distances are more convenient for Marshall, Texas (3 hours, 9 minutes to travel 1,323 miles) as compared to San Francisco (4 hours, 52 minutes to travel 2,435 miles).



. . .



## Flying time from Kanata, Canada to Marshall, TX

The total flight duration from Kanata, Canada to Marshall, TX is **3 hours, 9 minutes**.

This assumes an average flight speed for a commercial airliner of 500 mph, which is equivalent to 805 km/h or 434 knots. It also adds an extra 30 minutes for take-off and landing. Your exact time may vary depending on wind speeds.

. . .

If you're planning a trip, remember to add more time for the plane to taxi between the gate and the airport runway. This measurement is only for the actual flying time. You should also factor in airport wait times and possible equipment or weather delays. If you're trying to figure out what time you'll arrive at the destination, you may want to see if there's a **time difference between Kanata, Canada and Marshall, TX**.

The calculation of flight time is based on the straight line **distance** from Kanata, Canada to Marshall, TX ("as the crow flies"), which is about **1,323 miles** or **2 129 kilometers**.

Your trip begins in Kanata, Canada.
It ends in Marshall, Texas.

. . .




. . .

## Flight map from Kanata, Canada to SFO



Open this map directly on Google Maps.

. . .

## Flying time from Kanata, Canada to SFO

The total flight duration from Kanata, Canada to SFO is **5 hours, 22 minutes**.

This assumes an average flight speed for a commercial airliner of 500 mph, which is equivalent to 805 km/h or 434 knots. It also adds an extra 30 minutes for take-off and landing. Your exact time may vary depending on wind speeds.

If you're planning a trip, remember to add more time for the plane to taxi between the gate and the airport runway. This measurement is only for the actual flying time. You should also factor in airport wait times and possible equipment or weather delays. If you're trying to figure out what time you'll arrive at the destination, you may want to see if there's a **time difference between Kanata, Canada and SFO**.

. . .

> The calculation of flight time is based on the straight line **distance** from Kanata, Canada to SFO ("as the crow flies"), which is about **2,435 miles** or **3 919 kilometers**.
>
> Your trip begins in Kanata, Canada.
> It ends at San Francisco International Airport in San Francisco, California.
>
> Your flight direction from Kanata, Canada to SFO is **West** (-86 degrees from North).
>
> The flight time calculator measures the average flight duration between points. It uses the great circle formula to compute the travel mileage.

11. Based on these estimates, I believe that my travel to Marshall, Texas will be much more convenient than travel to San Francisco, California because my travel will be less expensive, faster, and closer. For these reasons, I am unwilling to travel to San Francisco, California for trial.

12. I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on September 12, 2024 at Kanata, Ontario, Canada.

*Chuck Colford*