# Exhibit 18

**Please do not reply to this email.**
If the email does not display correctly, please click here.

**Trip on Feb 09, 2016**        Locator: ███        Date: **Jan 28, 2016**

| Traveler | **MR NIGEL STOKES** |
|---|---|
| | APPZERO |
| | 1 HINES ROAD SUITE 105 |
| | OTTAWA ON K2K 3C7 |
| | NIGEL STOKES |
| Customer Number | ███ |
| Agent | 03 |

PLEASE REVIEW YOUR ITINERARY AND CONTACT CWT IMMEDIATELY
IF CHANGES ARE REQUIRED. THANK YOU FOR YOUR BUSINESS.
IF YOU WILL NOT BE TRAVELLING ON THIS TICKET
PLEASE CONTACT YOUR COUNSELLOR PRIOR TO SCHEDULED DEPARTURE.
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE INCREASE UP TO
AND INCLUDING THE TOTAL COST OF THE TICKET. FAILURE TO CANCEL
MAY FORFEIT THE TOTAL VALUE OF THE TICKET.
FARES ARE SUBJECT TO CHANGE WITHOUT NOTICE.
NOT GUARANTEED UNTIL TICKETED. CHANGES MAY INCREASE
THE FARE.

## Tuesday, February 09, 2016        Confirmation: ███

### Flight American Airlines 1259

| DEPARTURE | ARRIVAL |
|---|---|
| **YYZ - Toronto, Canada** | **DFW - Dallas Ft Worth, TX** |
| 7:00 AM, Feb 09, 2016 | 9:49 AM, Feb 09, 2016 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - G |
| Duration | 03:49 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | Food For Purchase |
| Reserved Seats | 32D (Aisle) |
| Notes | DEP-TERMINAL 3 |
| | ONEWORLD |

## Tuesday, February 09, 2016        Confirmation: ███

### Hotel EMBASSY STES DFW INTL ARPT

| LOCATION | CONTACT |
|---|---|
| **4650 W AIRPORT FWY** | Tel 1-972-790-0093 |
| **IRVING, TX US 75062** | Fax 1-972-790-4768 |

| | |
|---|---|
| Reserved For | MR NIGEL STOKES |
| Status | Confirmed |
| Check-In | Feb 09, 2016 |
| Check-Out | Feb 10, 2016 |
| Number of Rooms | 1 |
| Rate | USD 219.99/night |
| Cancellation Policy | Cancel 24 hours prior |
| Notes | PAYMENT TO BE PAID DIRECTLY AT THE HOTEL |
| | GUARANTEED BY TRAVELLER CREDIT CARD VI |
| | CANCELLATION POLICY PLEASE SEE DETAILS BELOW IN NOTES FIELD |
| | CANCELLATION RULES 24 HR CANCEL REQUIRED |
| | COST/NIGHT ROOM 219.99 USD |

## Wednesday, February 10, 2016        Confirmation: ███

### Flight American Airlines 2267

| DEPARTURE | ARRIVAL |
|---|---|
| DFW - Dallas Ft Worth, TX | YYZ - Toronto, Canada |
| 10:19 AM, Feb 10, 2016 | 2:13 PM, Feb 10, 2016 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - G |
| Duration | 02:54 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | Food For Purchase |
| Reserved Seats | 26D (Aisle) |
| Notes | ARR-TERMINAL 3 |
| | ONEWORLD |

**GENERAL INFORMATION**
RESERVATIONS MUST BE BOOKED IN THE EXACT NAME ON
THE TRAVELLERS*S PASSPORT OR I.D.
ENTRY TO ANOTHER COUNTRY MAY BE REFUSED EVEN IF THE
REQUIRED INFORMATION AND TRAVEL DOCUMENTS ARE COMPLETE.
-----------------------------------------------------
FOR INTRANSIT OR AFTER HOURS EMERGENCY ASSISTANCE
PLEASE CALL 800-668-1116 OR 314-513-0807 COLLECT
CALLS BY CELL MAY BE LIMITED/MAY NEED TO USE LAND LINE
YOUR EMERGENCY ID CODE IS 01W9-ZWK
---------------------------------------------
FOR CUSTOMER SERVICE FEEDBACK OR TRAVEL RELATED CONCERN
PLEASE CONTACT US AT 1-866-508-3024 OR EMAIL US AT
CWTCS.CA AT CONTACTCWT.COM
---------------------------------------------------
THE DEPARTMENT OF HOMELAND SECURITY INFORMATION REQUIRED
TO BE COLLECTED FROM YOU OR YOUR PROFILE WAS SENT TO THE
TSA WHO MAY BE IN CONTACT WITH YOU FOR ADDITIONAL
INFORMATION. TO VIEW THE TSA PRIVACY POLICIES THE RECORDS
NOTICE OR THE PRIVACY IMPACT ASSESSMENT GO TO WWW.TSA.GOV.
--PASSENGERS TRAVELLING TO/FROM THE UNITED STATES VIA AIR
TO THE CARIBBEAN/BERMUDA/MEXICO OR CANADA ARE REQUIRED
TO HAVE A VALID PASSPORT.
RECOMMENDED CHECK-IN TIME FOR TRANSBORDER FLIGHTS -
2 HOURS PRIOR TO DEPARTURE.
LIVING STANDARDS/CONDITIONS AND PRACTICES OUTSIDE OF CANADA
MAY VARY FROM THOSE IN CANADA.
THE MINIMUM CHANGE FEE IS 200.00 CAD.
YOUR TICKET IS 100 PERCENT NON-REFUNDABLE IF CANCELLED.
SOME CHANGES ARE ALLOWED UNDER RESTRICTIVE
CONDITIONS FOR A CHANGE FEE AND/OR POSSIBLE INCREASE IN FARE.
--- ATTENTION E-TICKET TRAVELLERS ---
E-TICKET TRAVELLER MAY BE REQUIRED TO SHOW PHOTO I.D.
OR PURCHASING CREDIT CARD.
E-TICKET WILL NOT BE ACCEPTED BY OTHER CARRIERS.
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR BAGGAGE FEE INFORMATION.
CHECK OPERATING CARRIER FOR BAGGAGE FEE/CHECK IN
DETAILS IF TRAVELING ON A CODE SHARE FLIGHT.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
WWW.DOT.GOV/OFFICE-POLICY/AVIATION-POLICY/
AIRCRAFT-DISINSECTION-REQUIREMENTS
FOR A COMPLETE LIST OF COUNTRIES THAT
UTILIZE AEROSOL INSECTICIDE SPRAYS
.
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE
INCREASE. CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE
TICKET. FAILURE TO CANCEL MAY FORFEIT THE TOTAL VALUE
OF TICKET.
CIBT CAN ASSIST WITH ALL PASSPORT AND VISA PROCESSING.
CHECK OUT CIBT AT WWW.CIBTVISAS.CA/CWT OR CALL THEM AT
1-888-215-1340 AND USE CODE 10010 FOR SAVINGS.
IF TRAVELLING TO THE US UNDER THE VISA WAIVER
PROGRAM, APPLY FOR AUTHORIZATION 72 HOURS PRIOR

TO DEPARTURE AT THE ESTA WEBSITE. FEE WILL APPLY.
VISIT HTTPS//ESTA.CBP.DHS.GOV/
CARLSON WAGONLIT TRAVEL
885 MEADOWLANDS DR STE 500
OTTAWA ON K2C 3N2
GST REG R113405179 QST REG 1214845322
TICO REGISTRATION 2714981
RESERVATIONS 1- 800-668-1116

.
*** TAX CODES ***
XT equal to MISC TAX
XG equal to GST TAX
RC equal to HST TAX
XQ equal to QST TAX
.

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| MR NIGEL STOKES | 28JAN16 | 59.00 | 7.67RC | | | 66.67 |
| STOKES NIGEL MR | 28JAN16 | CAD 760.96 | 41.90XG | 12.10CA | 113.38XT | 928.34 |
| | | | | | **Total Amount** | **995.01** |

Form of Payment:

Traveler Resources | The Savvy Traveler blog | Data Protection Policy
Copyright © 2009-2016 CWT