IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br>    Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br>    Defendant. | § <br> §   Case No. 2:24-cv-00093-JRG <br> §   (Lead Case) <br> § <br> § <br> §   **JURY TRIAL DEMANDED** <br> § <br> § <br> § <br> § |
| VIRTAMOVE, CORP., <br>    Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br>    Defendant. | § <br> §   Case No. 2:24-CV-00064-JRG <br> §   (Member Case) <br> § <br> § <br> §   **JURY TRIAL DEMANDED** <br> § <br> § <br> § <br> § |

## **ORDER GRANTING PLAINTIFF VIRTAMOVE, CORP.'S OPPOSITION TO IBM CORP.'S MOTION TO TRANSFER (DKT. 78)**

Before the Court is IBM Corp.'s Motion to Transfer. The Court, having considered Defendant's Motion, Plaintiff's Opposition, and Defendant's Reply, is of the opinion that Defendant's Motion should be DENIED.

IT IS THEREFORE ORDERED that Defendant International Business Machines Corp.'s Motion to Transfer is DENIED.