UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT IBM'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY REGARDING MOTION TO TRANSFER (DKT. 78)**

Defendant International Business Machines Corp. ("IBM") respectfully moves for a two and a half-week extension of time for IBM to files its reply in support of its Motion to Transfer Venue to the Northern District of California Pursuant to 28 U.S.C. § 1404(a) (Dkt. 78).

With a two and a half-week extension from September 30, 2024, the deadline for IBM to file its reply would be extended to October 16, 2024. This extension is not being sought for purpose of delay, but rather to ensure that IBM has adequate time to address the issues raised in Plaintiff's Opposition to IBM's Motion to Transfer (Dkt. 82) and receive new discovery Plaintiff has agreed to produce in connection with that Opposition.

Counsel for the parties have conferred and all parties stipulate to this extension.

1

Accordingly, IBM requests that the Court grant the motion and enter the attached proposed Order.

Dated:  September 26, 2024                              Respectfully submitted,

*/s/ Kyle A. Calhoun*

Brandon H. Brown
California State Bar No. 266347
Kyle A. Calhoun (*pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: brandon.brown@kirkland.com
Email: kyle.calhoun@kirkland.com

Todd M. Friedman (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: todd.friedman@kirkland.com

*Of Counsel:*

Andrea L. Fair
Texas State Bar No. 24078488
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone:    (903) 757-6400
Facsimile:    (903) 757-2323
Email:  andrea@wsfirm.com

*Attorneys for Defendant
International Business Machines Corp.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is a joint motion.

*/s/ Kyle A. Calhoun*
Kyle A. Calhoun

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on September 26, 2024.

*/s/ Kyle A. Calhoun*
Kyle A. Calhoun