UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT IBM'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY REGARDING MOTION TO TRANSFER (DKT. 78)**

On this date the Court considered Defendant IBM's Unopposed Motion for Extension of Time to File Reply Regarding Motion to Transfer (Dkt. 78) ("Unopposed Motion"), filed by Defendant International Business Machines Corp.'s ("Defendant" or "IBM") and Plaintiff VirtaMove Corp. ("Plaintiff" or "VirtaMove"). Based on the motion and the grounds set forth therein, and the agreement of the Parties in the motion, the Court finds that good cause has been established and the Unopposed Motion should be granted.

2

**THEREFORE, IT IS HEREBY ORDERED** that IBM's time to file its reply in support

its Motion to Transfer shall be extended from September 30, 2024 to October 16, 2024

**IT IS SO ORDERED.**