IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 2:24-CV-00093-JRG | |
| § | | |
| HEWLETT PACKARD ENTERPRISE § | (LEAD CASE) | |
| COMPANY, § | | |
| § | | |
| *Defendant*. § | | |

| | | |
|---|---|---|
| VIRTAMOVE, CORP., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 2:24-CV-00064-JRG | |
| § | | |
| INTERNATIONAL BUSINESS § | (MEMBER CASE) | |
| MACHINES CORP., § | | |
| § | | |
| *Defendant*. § | | |

## ORDER

Before the Court is Defendant International Business Machines Corp.'s ("IBM") "Unopposed Motion for Extension of Time to File Reply Regarding Motion to Transfer (Dkt. 78)" (the "Motion for Extension"). (Dkt. No. 85.) In the Motion for Extension, IBM moves for a two and a half-week extension to file its reply in support of its Motion to Transfer Venue to the Northern District of California Pursuant to 28 U.S.C. § 1404(a) (Dkt. 78). (*Id.*) Specifically, IBM asks that its deadline to file its reply be extended to October 16, 2024. (*Id.*) IBM represents that this extension is not being sought for purpose of delay, but rather to ensure that it has adequate time to address the issues raised in Plaintiff's Opposition and to receive new discovery Plaintiff has agreed to produce in connection with that Opposition. (*Id.*) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**.  Accordingly, it is **ORDERED** that IBM's deadline to file its reply in support of its Motion to Transfer Venue to the Northern District of California Pursuant to 28 U.S.C. § 1404(a) be **extended up to and including October 16, 2024**.

**So ORDERED and SIGNED this 30th day of September, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE