# **EXHIBIT 1**

**Potential Trial Witnesses and Evidence Identified in Each Parties' Respective Venue Briefing[1]**

1. *Third-Party Witnesses With Unknown Willingness to Attend Trial*

| # | Witness | Subject Matter | Identified In Either Parties' Rule 26 Disclosures? |
|---|---|---|---|
| **California** | | | |
| 1 | Solomon Hykes (former Docker co-founder) | Operation of accused Docker technology; development of Docker | Yes |
| 2 | Jesse Frazelle (former Docker engineer) | Operation of accused Docker technology; collaboration with IBM to develop Docker | Yes |
| 3 | Tonis Tiigi (Docker engineer) | Accused Docker technology | Yes |
| 4 | Derek McGowan (Docker engineer) | Accused Docker technology | Yes |
| 5 | Jonathan Clark (prior art inventor – "Thinstall") | Prior art system invalidity – "Thinstall" | Yes |
| 6 | Andrew Tucker (prior art inventor – "Solaris Zones") | Prior art system invalidity – "Solaris Zones" | Yes |
| 7 | Daniel Price (prior art inventor – "Solaris Zones") | Prior art system invalidity – "Solaris Zones" | Yes |
| 8 | Steven Osman (prior art inventor – "Zap") | Prior art system invalidity – "Zap" | Yes |
| 9 | Dinesh Subhraveti (prior art inventor – "Zap") | Prior art system invalidity – "Zap" | Yes |

---

[1] The "subject matter" identified for each witness is based on the parties' positions in their respective transfer briefing and/or Rule 26 disclosures, and is provided for the convenience of the Court. For the avoidance of doubt, IBM does not concede to the purported relevance of those witnesses identified solely in VirtaMove's transfer briefing and disclosures, nor does IBM concede to the subject matter VirtaMove identifies for the witnesses.

| # | Witness | Subject Matter | Identified In Either Parties' Rule 26 Disclosures? |
|---|---|---|---|
| **Texas (location noted below in bold)** | | | |
| 1 | David Roth / **Dallas** (former VirtaMove CEO) | Value or operation of VirtaMove products accused of infringing counterclaim IBM patents | No |
| 2 | Ernesto Benedito / **Dallas** (former VirtaMove engineer) | Value or operation of VirtaMove products accused of infringing counterclaim IBM patents | No |
| **Outside of Subpoena Range (location noted below in bold)** | | | |
| 1 | Matthew Markley / **Kansas** (counterclaim patent inventor; former IBM engineer) | Information related to IBM's '858 counterclaim patent | Yes |
| 2 | Birgit Pfitzmann / **Switzerland** (counterclaim patent inventor; former IBM engineer) | Information related to IBM's '858 counterclaim patent | Yes |
| 3 | Donn Rochette / **Ohio** (VirtaMove patent inventor; former VirtaMove engineer) | Conception, reduction to practice, design, and development of VirtaMove patents | Yes |

2. *<u>Party Witnesses / Retained Consultants Known to Be Willing to Attend Trial</u>*

| # | Witness | Subject Matter | Identified In Either Parties' Rule 26 Disclosures? |
|---|---|---|---|
| **Northern District of California** | | | |
| 1 | Nimesh Bhatia (IBM engineer) | Accused Kubernetes and Docker technology | Yes |
| 2 | Srinivas Brahmaroutu (IBM engineer) | Accused Kubernetes and Docker technology | Yes |
| 3 | John Beck (prior art inventor – "Solaris Zones"; IBM engineer) | Prior art system invalidity – "Solaris Zones" | Yes |
| **Texas** | | | |
| | N/A | N/A | N/A |
| **Other (location noted below in bold)** | | | |
| 1 | Allan Havemose / **California** (counterclaim patent inventor; consultant) | Information related to IBM's '038, '634, and '500 counterclaim patents | Yes |
| 2 | Amit Paradkar / **New York** (counterclaim patent inventor) | Information related to IBM's '858 counterclaim patent | Yes |
| 3 | Nigel Stokes / **Canada** (VirtaMove CEO) | Ownership of the patents-in-suit, licensing and other transactions involving the patents-in-suit. Financial information relating to and marketing for VirtaMove products and technology. Design and development of VirtaMove products and technology. | Yes |
| 4 | Susan Cameron / **Canada** (VirtaMove office manager) | Operations of VirtaMove | Yes |
| 5 | Greg O'Connor / **California** / | Past business of VirtaMove | Yes |

3

| # | Witness | Subject Matter | Identified In Either Parties' Rule 26 Disclosures? |
|---|---------|----------------|---------------------------------------------------|
|   | **Massachusetts** (former CEO and founder of VirtaMove; VirtaMove consultant) | | |
| 6 | Mark Woodward / **Canada** (former VirtaMove engineer; VirtaMove consultant) | Design and development of VirtaMove products and technology | Yes |
| 7 | Paul O'Leary / **Canada** (VirtaMove patent inventor; VirtaMove consultant) | Conception, reduction to practice, design, and development of VirtaMove patents | Yes |
| 8 | Dean Huffman / **Canada** (VirtaMove patent inventor; VirtaMove consultant) | Conception, reduction to practice, design, and development of VirtaMove patents | Yes |
| 9 | Chris Rosen / **North Carolina** (IBM employee) | IBM's products | No |
| 10 | Harvinder Saini / **Pennsylvania** (IBM employee) | IBM's pre-suit interactions with VirtaMove | No |
| 11 | Chuck Colford / **Canada** (former VirtaMove CEO) | VirtaMove's products | No |
| 12 | Cedric Burgins / **Canada** (VirtaMove employee) | VirtaMove's products | No |
| 13 | Steven Antoine / **Canada** (VirtaMove employee) | VirtaMove's products | No |
| 14 | Emanuel Sousa / **Canada** (VirtaMove employee) | VirtaMove's products | No |

KE 114176760.5

3. *Sources of Proof*

| # | Source | Subject Matter |
|---|--------|----------------|
| **Northern District of California** | | |
| 1 | Docker headquarters | Development documents and code for accused Docker technology |
| 2 | CNCF / Linux Foundation headquarters | Development documents and code for accused Kubernetes technology |
| 3 | Google headquarters | Development documents and code for predecessor "Borg" technology; prior art system invalidity |
| 4 | IBM Open Technology Development team | Development documents and code for accused Kubernetes and Docker technology; prior art system invalidity |
| 5 | VMWare / Omnissa | Prior art source code and technical documentation – "Thinstall" |
| 6 | University of California-Berkeley | Prior art source code and technical documentation – "FreeBSD" |
| 7 | Sun Microsystems | Prior art source code and technical documentation – "Solaris Zones" |
| **Eastern District of Texas** | | |
| | N/A | N/A |
| **Other (specific location noted below in bold)** | | |
| 1 | VirtaMove headquarters (**Canada**) | Documents and code related to products accused of infringing IBM's patents; box of patent files containing communications between VirtaMove and prosecution counsel |
| 2 | Paul O'Leary inventor notebook (**Canada**) | Documents related to VirtaMove's patents and IBM's inequitable conduct counterclaim |
| 3 | Allen, Dyer, Doppelt, & Gilchrist (**Florida**) | Documents related to VirtaMove's patents and IBM's inequitable conduct counterclaim |
| 4 | Virtuozzo headquarters (**Washington**) | Prior art source code and technical documentation – "Virtuozzo" |