# <u>EXHIBIT 3</u>



## Four Reasons to Chose Trigence:

- Capsule Sharing – No Context Issue

- Windows, UNIX, and Linux

- Server Applications

- Learning Mode

# Why Choose **Trigence** over **Thinstall?**

## Applications are Complicated – Your Application Virtualization Solution Should Do More than the Simplest Desktop Applications

Application Virtualization's value is that it unlocks the application from the infrastructure.  By encapsulating an application and all of its dependencies, the application and the Operating System can truly be managed independently.  This simple concept means that applications can be deployed without the need for formal installation, but more importantly, it means managing the application can now be done without regard for the OS, and managing the OS can be done without the burden of application dependency.  This simple concept enables IT to focus on the true needs of the business.

If Application Virtualization is a simple concept that can change the world, why not make the philosophy work for all applications and platforms?  Trigence wondered the same thing, and that is why the Trigence solution goes across all boundaries – from desktop to server and from Windows to Linux to UNIX.  The truth in this matter has a lot to do with the difficulty of supporting enterprise-grade server-based applications.  Programming hacks and inefficient work-arounds simply will not scale with high-powered server applications.  While Thinstall is one of the few vendors that has maintained an open product fitting to the spirit of Application Virtualization, their solution simply cannot scale to the complexity of server-side applications.

## Interaction Between Encapsulated Applications – Capsule Sharing

Application Virtualization is a powerful architecture that aptly protects and isolates applications from other systems and even other applications; however, today's applications often work in concert with other applications to deliver sophisticated end-user services.  Elegantly adhering to Application Virtualization's simplistic approach, Trigence has taken encapsulated applications to the next level with a Capsule Sharing technology that allows capsules to interact with each other, yet still remain secure and otherwise protected.  Without this technology, other vendors like Thinstall deal with a '**context issue**', having to encapsulate

|  | Trigence | Thinstall |
|---|---|---|
| Capsule Sharing | Yes | NO |
| Learning Mode | Yes | NO |
| Network Identity for Apps | Yes | NO |
| **Server Apps** |  |  |
| Windows | Yes | NO |
| UNIX | Yes | NO |
| Linux | Yes | NO |
| **Desktop Apps** |  |  |
| Windows | Yes | Yes |
| UNIX | Yes | NO |
| Linux | Yes | NO |
| Use Virtual OS to Launch Apps | NO | Yes |

©COPYRIGHT 2007 TRIGENCE CORPORATION, ALL RIGHTS RESERVED

VM_IBM_0001177



entire systems of intertwined applications (the antithesis of Application Virtualization), losing much of the flexibility, simplicity, and sheer benefit of being able to work with simple and independent capsules. Whereas Application Virtualization seeks to liberate the application, the one-dimensional Thinstall approach steps backwards, restraining the application and complicating its management.

## Windows, Linux, and UNIX

If Application Virtualization as a concept is so simple, then why stop at Windows or why is it a problem to encapsulate server applications? Trigence wonders the same questions. Not complicated by a supporting infrastructure, Trigence is the only vendor with solutions for both server and desktop applications. In fact, Trigence's products cover not only Windows, but UNIX and Linux platforms as well.



**Encapsulated Application**

## Server Applications

Only Trigence has the sophistication and reliability necessary to scale to server-side applications. Understanding how services interact with the underlying operating system, Trigence is able to encapsulate even the deepest rooted application dependencies, while at the same time exposing an encapsulated application's service to other applications on the platform through the OS itself. As some enterprise-grade server applications have their own network identity, Trigence has also found a way to virtualize both IP and MAC addresses, ensuring complete functionality for these complex applications. In fact, with the ability to even capture dependencies rooted deeply in the OS, the Trigence solution is able to migrate older



applications to newer operating systems, even when the newer OS services are not compatible with the application.

## Learning Mode

Application configuration is not trivial, especially when it comes to the more complicated server-side applications or applications with deeply rooted dependencies. It make take weeks to get an application configured just right. For solution such as Thinstall, encapsulating an application like this would require a complete reconfiguration. Having worked for some time in the datacenter, Trigence understands the importance of preserving configuration when encapsulating applications. Trigence's unique Learning Mode makes it possible to capture installed and running applications, complete with all of their configuration intact. This Learning Mode also makes it easier for Trigence to migrate legacy applications to newer platforms that may not have compatible services – Learn Mode simply learns the needed services in the legacy environment and enables them to be encapsulated into the virtual application.

Harborside Financial Center, Plaza 2 | 34 Exchange Place | 9th Floor | Jersey City, NJ
866-444-6670 or 201-377-0492 | www.trigence.com

©COPYRIGHT 2007 TRIGENCE CORPORATION, ALL RIGHTS RESERVED

VM_IBM_0001178