# EXHIBIT 7

## FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER