UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>                Plaintiff,<br><br>    v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br>                Defendant. | Case No. 2:24-cv-00093-JRG<br><br>**(LEAD CASE)**<br><br>**JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP.,<br><br>                Plaintiff,<br><br>    v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br>                Defendant. | Case No. 2:24-cv-00064-JRG<br><br>(Member case)<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR SECOND AMENDED DOCKET CONTROL ORDER

Plaintiff VirtaMove, Corp. ("VirtaMove") and Defendants Hewlett Packard Enterprise Company ("HPE") and International Business Machines Corp. ("IBM") (collectively, "the Parties") jointly and respectfully request that the Court amend its First Docket Control Order (Dkt. No. 76) as reflected below in the Second Amended Docket Control attached hereto.

| Original Deadline | New Deadline | Event |
|---|---|---|
| Friday, November 22, 2024 | **Tuesday, December 3, 2024** | Comply with P.R. 4-1 (Exchange Proposed Claim Terms) |
| Monday, October 21, 2024 | **Wednesday, October 30, 2024** | Defendants and Counter-Defendant Comply with P.R. 3-3 (Invalidity Contentions) & 3-4(b)(production of prior art and translations). |

1

Counsel for HPE and IBM met and conferred with counsel for VirtaMove to discuss the extension of the deadline requested in this Motion. The Parties are jointly seeking the relief sought herein.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion and enter the proposed order attached hereto.

Dated:  October 18, 2024

By: */s/ Jennifer H. Doan*
  Jennifer H. Doan
  Texas Bar No. 08809050
  Joshua R. Thane
  Texas Bar No. 24060713
  HALTOM & DOAN
  6500 Summerhill Road, Suite 100
  Texarkana, TX  75503
  Telephone: (903) 255-1000
  Facsimile: (903) 255-0800
  Email:  jdoan@haltomdoan.com
  Email: jthane@haltomdoan.com

  Katharine Burke (Lead Attorney)
  DC Bar Number: 985333
  Katharine.burke@bakerbotts.com
  **BAKER BOTTS L.L.P.**
  700 K Street, N.W.
  Washington, DC 20001-5692
  Tel: (202) 639-7700
  Fax: (202) 639-7890

  Douglas M. Kubehl
  Texas Bar No. 00796909
  Doug.kubehl@bakerbotts.com
  Morgan Mayne
  Texas Bar No. 24084387
  Morgan.mayne@bakerbotts.com
  Emily Deer
  Texas Bar No. 24116352
  **BAKER BOTTS L.L.P.**
  2001 Ross Avenue, Suite 900
  Dallas, TX 75201-2980
  Tel: (214) 953-6500

Fax: (214) 953-6503

David Lien (*pro hac vice*)
California Bar No. 313754
David.lien@bakerbotts.com
**BAKER BOTTS L.L.P.**
1001 Page Mill Road, Building One, Suite 200
Palo Alto, CA 94304-1007
Tel: (650) 739-7563
Fax: (650) 739-7663

*Attorneys for Defendant Hewlett Packard Enterprise Company*

By: */s/ Andrea Fair*
    Tom M. Friedman (*pro hac vice*)
    KIRKLAND & ELLIS LLP
    610 Lexington Avenue
    New York, NY 1002
    Telephone: (212) 446-4800
    Facsimile: (212) 446-4900
    Email: todd.friedman@kirkland.com

    Brandon H. Brown
    State Bar No. 266347
    KIRKLAND & ELLIS LLP
    555 California Street
    San Francisco, CA 94104
    Telephone: (415) 439-1400
    Facsimile: (415) 439-1500
    Email: brandon.brown@kirkland.com

    Of Counsel:
    Andrea L. Fair
    Texas State Bar No. 24078488
    MILLER FAIR HENRY PLLC
    1507 Bill Owens Parkway
    Longview, TX 75604
    Telephone: (903) 757-6400
    Facsimile: (903) 757-2323
    Email: andrea@millerfairhenry.com

    *Attorneys for Defendant International Business Machines Corp.*

By: */s/ Reza Mirzaie*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
 Jacob Buczko (CA SBN 269408)
 jbuczko@raklaw.com
 James Tsuei (CA SBN 285530)
 jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4925 Greenville Ave., Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for HPE and IBM met and conferred with counsel for VirtaMove to discuss the substantive issues addressed in this Motion pursuant to Local Rule CV-7(h). The Parties are jointly seeking the relief sought in this Motion.

By: */s/ Reza Mirzaie*
Reza Mirzaie

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing is being served on all counsel of record who consent to electronic service on October 18, 2024.

By: */s/ Reza Mirzaie*
Reza Mirzaie
