# UNDER SEAL

## EXHIBIT OO