# UNDER SEAL

## EXHIBIT QQ