# EXHIBIT SS

## Contact

www.linkedin.com/in/samclarkenz (LinkedIn)

## Top Skills

Storage
Oracle Enterprise Manager
Cross-functional Team Leadership

# Samantha Clarke

Strategic Partnerships : Revenue Growth : HPC & AI Enterprise Data Storage : Customer Centric
Fremont, California, United States

## Summary

About Samantha Clarke | Results-Driven Sales Leader | Building Future Success

I'm a highly accomplished Sales Professional with a track record of excellence in driving revenue growth, building high-performing teams, and nurturing long-lasting partnerships. My journey in the world of technology sales has been marked by a passion for innovation and a commitment to achieving results.

Key Skills and Achievements:

Leadership: Throughout my career, I've been entrusted with leadership roles that demand vision and execution. From directing global sales teams to serving as a board member for Renovo, I've demonstrated my ability to lead by example.

Consultative Sales: My approach to sales goes beyond transactions; it's about solving complex problems and providing value to clients. I thrive on the consultative aspect of sales, forging solutions that align with clients' needs.

# Public Speaking: Sharing insights and thought leadership is a responsibility I embrace. I've had the privilege of speaking at technology and industry forums, contributing to the broader conversation in our field.

Professional Experience:

At Seagate, I've had the privilege of serving in various capacities, including as the Emerging Markets Global Director of Partnerships and Ecosystems, where I played a pivotal role in building channel strategies and global technology ecosystems.

As the Emerging Markets Global Director of Sales, I crafted go-to-market strategies that led to substantial revenue growth, led cross-functional teams, and established executive-level relationships with industry leaders.

My tenure as Executive Account Manager saw me exceeding sales quotas and fostering strong partnerships within the high-performance compute sector, contributing to the growth of Fortune 100 companies.

Education: My academic foundation includes a Bachelor of Electrical and Electronic Engineering with Honors from the University of Canterbury, New Zealand.

Call to Action:

I'm passionate about fostering innovation, building relationships, and driving growth. Let's connect to explore collaboration opportunities, discuss industry trends, or simply exchange insights. Feel free to reach out via email at SamClarkeNZ@gmail.com or by phone at +1 916 873 5663.

Thank you for visiting my LinkedIn profile. Let's shape the future of HPC and AI Data Storage together!

---

## Experience

**VDURA**
VP Channel and Partnerships
May 2024 - Present (6 months)
San Jose, California, United States

Partnering with technology, OEM and Channel partners to bring VDURA to market.  Excited to enable science, design and research into some of the worlds biggest challenges with the most usable, economic and durable high performance data platform

**Panasas**
VP Channels and Partnerships
October 2023 - May 2024 (8 months)
San Francisco Bay Area

Excited to join Panasas and grow our Partnership and Channel as we bring an extremely powerful file system into the Modern HPC and AI world

Seagate Technology
7 years 9 months

Director of Sales: Strategic Cloud Sales
October 2022 - October 2023 (1 year 1 month)
San Francisco Bay Area

Enabling the leading and growing Cloud companies to store their valuable data assets on Seagate's leading storage infrastructure

Global Director of Seagate Systems Enterprise Sales and Partnerships
May 2021 - October 2022 (1 year 6 months)
San Francisco Bay Area

I am building Seagate's Lyve Channel and Eco-system and am very excited to work with great partners to deliver the Seagate edge to core platform.   We are transporting the data and hosting the data and we are growing a network that can make the data smarter, move the data faster, manage the data sprawl, break down the silos and most importantly, allow our customers to monetize their data!

Head of Edge Business Development
February 2018 - May 2021 (3 years 4 months)
Cupertino, California, United States

Drove Seagate's Edge strategy, broke ground on the Enterprise systems business and built the edge network and Lyve product validation.   Established the VAR and ISV go to market and built the growth verticals sales team.

West Region Account Executive
February 2016 - January 2018 (2 years)
San Francisco

Drove HPC and Cloud solution sales for Seagate for the West Coast, US through partner and end user relationships.

Renovo.auto
Board Member
April 2020 - September 2021 (1 year 6 months)
San Francisco Bay Area

AppZero
Regional Sales Manager
July 2014 - January 2016 (1 year 7 months)

AppZero enabled Microsoft Windows 2000 app migrations to Cloud or Windows upgrades through container technology.   Led the Worldwide HPE relationship, engaging and partnering in many cloud and internal migration programs, plus led up West Coast US and APAC direct sales.

### Xyratex
6 years

**OEM Sales Manager**
October 2011 - January 2014 (2 years 4 months)
San Jose

Led our Storage Start up program and had the pleasure of enabling the Storage giants with hardware solutions as they were growing and beyond; Data Domain/ EMC, PureStorage, StorSimple/Microsoft, Datrium, TinTri.

**Customer Program Manager**
2008 - October 2011 (3 years)

### Regus Group PLC
**Project Manager**
2007 - 2008 (1 year)

Led the global roll out of an internally built billing and customer engagement platform.

### Xyratex Technology Ltd
4 years 3 months

**Customer Program Manager**
January 2007 - July 2007 (7 months)

**Project Manager**
May 2003 - January 2007 (3 years 9 months)

### Fisher and Paykel
**Electronic Engineer**
December 1999 - December 2002 (3 years 1 month)

---

## Education

**University of Canterbury**
BEEE (Hons), Electrical and Electronics Engineering · (1996 - 1999)