# EXHIBIT TT

# Steven R. Nott

Sr. Subcontract Administrator
San Jose, California, United States

## Contact

www.linkedin.com/in/steven-r-nott-b103907 (LinkedIn)

## Top Skills

Procurement
Vendor Management
Strategic Sourcing

## Summary

Experienced Procurement professional with twenty years of progressively responsible experience negotiating highly complex IT software, SaaS, infrastructure, outsourcing, telecom and REW's contracts for large multi-national corporations. Experienced people manager, customer centric with excellent negotiation, contracting and risk mitigation skills. Collaborative team player with strategic perspective combined with practical knowledge enabling optimal solutions.

_____

## Experience

**SLAC National Accelerator Laboratory**
Sr. Subcontract Administrator
January 2017 - July 2024 (7 years 7 months)
Menlo Park, CA

Negotiate and administer subcontracts for IT software, hardware and services under Stanford's DOE prime contract with service providers in support of the CIO, TID and REW's.

**NVIDIA**
IT - VMO
August 2015 - December 2016 (1 year 5 months)
Santa Clara, CA

Strategically manage interactions with 3rd party suppliers providing outsourced services to NVIDIA in order to maximize the value. Create and manage collaborative relationships with key suppliers in partnership with NVIDIA stakeholders in order to realize full value and reduce risk.

**Hewlett-Packard**
Strategic Procurement Mgr.
February 2007 - July 2014 (7 years 6 months)
Palo Alto, CA

Managed a team of 15 Category Managers located in 5 countries responsible for negotiating software license agreements in America's region and also

Application Software Provider (ASP/SaaS/Cloud) contracts globally for HP's internal use and for commercial use in support of HP's customers.

## Gap Inc.
### Sr. Mgr., IT Strategic Sourcing
September 2002 - February 2007 (4 years 6 months)

Manage a team consisting of 5 Catergory Managers responsible for negotiation of all IT contracts (i.e. mainframe, server , desktop software licenses, software development & implementation, IT consulting services, telecom, network, computer hardware, storage, etc.) across the enterprise.

## Sun Microsystems, Inc.
### IT Contracts Mgr., Global Supplier Mgmt.
January 1988 - October 2000 (12 years 10 months)
Palo Alto, CA

Led cross functional project teams in strategic supplier sourcing and negotiation of high dollar and highly complex in-bound enterprise level software licenses, professional service agreements, outsourcing, LAN & WAN agreements. Rec'd CIO award for successful outsourcing project. Sourced and negotiated new WAN agreements with Telco's for domestic US, EMEA and Asia Pac. Led the global laptop and printer procurement team (5 contractors) during time of rapid expansion

———