# EXHIBIT VV



Google Sign in

Skip to main content Accessibility feedback

Round trip 1 Economy

Ottawa ⇄ Dallas DFW | Mon, Oct 21 | Tue, Oct 22

All filters | Stops | Airlines | Bags | Price | Times | Emissions | Con

Track prices Oct 21 – 22 | Any dates | Date grid | Price graph

## Best departing flights

Ranked based on price and convenience Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Passenger assistance info. Sort by:

| | | | |
|---|---|---|---|
| 6:30 AM – 3:54 PM | YOW – DFW | 1 stop · 10 hr 24 min · United · Operated by SkyWest DBA United Express | $829 round trip · 261 kg CO2e · -12% emissions |
| 5:30 PM – 10:33 PM | YOW – DFW | 1 stop · 6 hr 3 min · United · Air Canada · Operated by Republic Airways DBA United ... | $843 round trip · 271 kg CO2e · -9% emissions |
| 2:50 PM – 8:08 PM | YOW – DFW | 1 stop · 6 hr 18 min · United · Operated by Gojet Airlines DBA United Express | $1,031 round trip · 366 kg CO2e · +23% emissions |
| 12:00 PM – 5:10 PM | YOW – DFW | 1 stop · 6 hr 10 min · Air Canada | $1,150 round trip · 270 kg CO2e · -9% emissions |

Prices are currently high View price history

## Other departing flights

Google    Sign in

Skip to main content    Accessibility feedback

| | | |
|---|---|---|
| | 1 stop · 17 hr 25 min · United · Operated by Republic Airways DBA United Express | 309 kg CO2e<br>Avg emissions |
| | **7:30 PM → 10:33 AM** +1<br>YOW — DFW<br>1 stop · 16 hr 3 min · United · Operated by Gojet Airlines DBA United Express | **$690**<br>round trip<br>352 kg CO2e<br>+19% emissions |
| | **7:40 PM → 11:05 AM** +1<br>YOW — DFW<br>1 stop · 16 hr 25 min · Air Canada · Operated by Air Canada Express - Jazz | **$704**<br>round trip<br>245 kg CO2e<br>-18% emissions |
| | **8:00 PM → 11:05 AM** +1<br>YOW — DFW<br>1 stop · 16 hr 5 min · Air Canada | **$704**<br>round trip<br>270 kg CO2e<br>-9% emissions |
| | **9:00 PM → 11:05 AM** +1<br>YOW — DFW<br>1 stop · 15 hr 5 min · Air Canada | **$704**<br>round trip<br>277 kg CO2e<br>-7% emissions |
| | **8:10 AM → 9:35 PM**<br>YOW — DFW<br>1 stop · 14 hr 25 min · Air Canada · Operated by Air Canada Express - Jazz | **$788**<br>round trip<br>279 kg CO2e<br>-6% emissions |
| | **6:30 AM → 10:33 PM**<br>YOW — DFW<br>1 stop · 17 hr 3 min · United · Operated by SkyWest DBA United Express | **$829**<br>round trip<br>282 kg CO2e<br>Avg emissions |
| | **10:40 AM → 8:08 PM**<br>YOW — DFW<br>1 stop · 10 hr 28 min · Air Canada, United · Operated by Air Canada Express - Ja… | **$829**<br>round trip<br>317 kg CO2e<br>+7% emissions |
| | **6:05 AM → 6:49 PM**<br>YOW — DFW<br>2 stops · 13 hr 44 min · United · Operated by Republic Airways DBA United Express… | **$885**<br>round trip<br>450 kg CO2e<br>+52% emissions |
| | **6:05 AM → 6:49 PM**<br>YOW — DFW<br>2 stops · 13 hr 44 min · United · Operated by Republic Airways DBA United Express… | **$885**<br>round trip<br>375 kg CO2e<br>+26% emissions |
| | **1:35 PM → 10:47 PM**<br>YOW — DFW | **$885**<br>round trip |





Google

Sign in

Skip to main content Accessibility feedback

6:05 AM → 4:50 PM
YOW DFW
1 stop · 11 hr 45 min · United · Operated by Republic Airways DBA United Express
$785
round trip
316 kg CO2e
+6% emissions

2:00 PM → 10:33 PM
YOW DFW
2 stops · 9 hr 33 min · Air Canada, United
$971
round trip
289 kg CO2e
Avg emissions

9:00 PM → 5:10 PM+1
YOW DFW
1 stop · 21 hr 10 min · Air Canada
$1,019
round trip
277 kg CO2e
-7% emissions

10:00 AM → 5:10 PM
YOW DFW
1 stop · 8 hr 10 min · Air Canada
$1,150
round trip
270 kg CO2e
-9% emissions

9:20 AM → 5:10 PM
YOW DFW
1 stop · 8 hr 50 min · Air Canada
$1,185
round trip
270 kg CO2e
-9% emissions

9:40 AM → 5:10 PM
YOW DFW
1 stop · 8 hr 30 min · Air Canada · Operated by Air Canada Express - Jazz
$1,185
round trip
245 kg CO2e
-18% emissions

6:30 AM → 11:28 AM
YOW DFW
1 stop · 5 hr 58 min · United · Air Canada · Operated by SkyWest DBA United Express
$1,211
round trip
288 kg CO2e
Avg emissions

5:15 AM → 11:05 AM
YOW DFW
1 stop · 6 hr 50 min · Air Canada
$1,257
round trip
270 kg CO2e
-9% emissions

Hide 15 flights

Language · English (United States) Location · United States Currency · USD

About Privacy Terms Join user studies Feedback Help Center

Skip to main content          Accessibility feedback

Sign in



# Google Maps

**Dallas Fort Worth International Airport to 100 E Houston St, Marshall, TX 75670**

Drive 172 miles, 2 hr 43 min

Map data ©2024 Google   20 mi

---

🚗 **via I-20 E** — **2 hr 43 min** / 172 miles
Fastest route now, avoids road closures on I-635 E
⚠️ This route has tolls.

🚗 **via US-80 E and I-20 E** — **2 hr 50 min** / 170 miles

🚆 ℹ️ **2:35 PM—7:36 PM** — **5 hr 1 min**
🚊 ORANGE › 🚆 TRE › 🚆 Texas Eagle › 🚶

---

### Explore new places along this route

Add suggested stops



Explore nearby 100 E Houston St



Google

Sign in

Skip to main content Accessibility feedback

Round trip 1 Economy

Ottawa Shreveport Mon, Oct 21 Tue, Oct 22

All filters Stops Airlines Bags Price Times Emissions Con

Track prices Oct 21 – 22 Date grid Price graph

## Best departing flights

Ranked based on price and convenience Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Passenger assistance info. Sort by:

10:40 AM – 7:23 PM $852
YOW SHV round trip
2 stops in DCA, IAH · 9 hr 43 min · Air Canada, United · Operated by Air Canada Express - Jazz, Commut...

Prices are currently typical

## Other departing flights

6:05 AM – 3:33 PM $1,131
YOW SHV round trip
2 stops in EWR, IAH · 10 hr 28 min · United · Operated by Republic Airways DBA United Express, Commut...

11:20 AM – 9:43 PM $1,131
YOW SHV round trip
2 stops in ORD, IAH · 11 hr 23 min · United · Operated by SkyWest DBA United Express, Commuteair DBA...

6:30 AM – 3:33 PM $1,291
YOW SHV round trip
2 stops in ORD, IAH · 10 hr 3 min · United · Operated by SkyWest DBA United Express, Commuteair DBA ...

Google Sign in

Skip to main content Accessibility feedback

2 stops in ORD, IAH · 9 hr 3 min · United · Operated by SkyWest DBA United Express, Commuteair DBA U…

4 more flights

Language · English (United States) Location · United States Currency · USD

About Privacy Terms Join user studies Feedback Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more





**Shreveport Regional Airport, 5103 Hollywood Ave, Shreveport, LA 71109 to 100 E Houston St, Marshall, TX 75670**

Drive 35.1 miles, 37 min

- via I-20 W — 37 min — 35.1 miles
  Fastest route now due to traffic conditions
- via I-20 W and US-80 W — 39 min — 34.2 miles

3:45 PM—7:36 PM — 3 hr 51 min
🚌 7 > 🚐 Amtrak Thruway Connecting Service > 🚇 Texas Eagle > 🚶

## Explore nearby 100 E Houston St



Restaurants | Hotels | Gas stations | Parking Lots | More