# EXHIBIT WW



Google Sign in

Skip to main content Accessibility feedback

Round trip 1 Economy

Ottawa San Jose Mon, Oct 21 Tue, Oct 22

All filters Stops Airlines Bags Price Times Emissions Con

Track prices Oct 21 – 22 Any dates Date grid Price graph

## Best departing flights

Ranked based on price and convenience Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Passenger assistance info. Sort by:

| Departure | Arrival | Details | Price | Emissions |
|---|---|---|---|---|
| 7:30 PM YOW | 12:58 AM+1 SFO | 1 stop · 8 hr 28 min · United · Operated by Gojet Airlines DBA United Express | $246 round trip | 440 kg CO2e +10% emissions |
| 9:00 PM YOW | 9:11 AM+1 SFO | 1 stop · 15 hr 11 min · Air Canada, United | $484 round trip | 354 kg CO2e -12% emissions |
| 9:00 PM YOW | 10:47 AM+1 SFO | 1 stop · 16 hr 47 min · Air Canada | $484 round trip | 329 kg CO2e -18% emissions |
| 6:03 AM YOW | 12:01 PM SFO | 1 stop · 8 hr 58 min · WestJet · Delta | $818 round trip | 384 kg CO2e Avg emissions |
| 7:15 AM YOW | 12:37 PM SFO | 1 stop · 8 hr 22 min · Porter Airlines | $940 round trip | 414 kg CO2e Avg emissions |





Sign in

Skip to main content    Accessibility feedback

## Other departing flights

| | | |
|---|---|---|
| 6:00 PM → 9:35 AM+1  YOW — SFO  1 stop · 18 hr 35 min · United · Operated by Republic Airways DBA United Express… | $246 round trip  449 kg CO2e  +12% emissions | |
| 6:00 PM → 8:09 AM+1  YOW — SFO  2 stops · 17 hr 9 min · United · Operated by Republic Airways DBA United Expr… | $356 round trip  460 kg CO2e  +15% emissions | |
| 7:00 PM → 9:11 AM+1  YOW — SFO  1 stop · 17 hr 11 min · Air Canada, United | $484 round trip  333 kg CO2e  -17% emissions | |
| 7:40 PM → 10:47 AM+1  YOW — SFO  1 stop · 18 hr 7 min · Air Canada · Operated by Air Canada Express - Jazz | $484 round trip  297 kg CO2e  -26% emissions | |
| 8:00 PM → 9:11 AM+1  YOW — SFO  1 stop · 16 hr 11 min · Air Canada, United | $484 round trip  347 kg CO2e  -13% emissions | |
| 8:00 PM → 10:47 AM+1  YOW — SFO  1 stop · 17 hr 47 min · Air Canada | $484 round trip  322 kg CO2e  -20% emissions | |
| 2:50 PM → 12:58 AM+1  YOW — SFO  1 stop · 13 hr 8 min · United · Operated by Gojet Airlines DBA United Express | $521 round trip  440 kg CO2e  +10% emissions | |
| 9:20 AM → 11:32 PM  YOW — SFO  1 stop · 17 hr 12 min · Air Canada | $545 round trip  406 kg CO2e  Avg emissions | |
| 9:40 AM → 11:32 PM  YOW — SFO  1 stop · 16 hr 52 min · Air Canada · Operated by Air Canada Express - Jazz | $545 round trip  381 kg CO2e | |

≡  Google                                                                    Sign in

Skip to main content     Accessibility feedback

| | 1 stop · 11 hr 52 min · Air Canada · Operated by Air Canada Express - Jazz | round trip 381 kg CO2e Avg emissions |
|---|---|---|
| ✈ | 8:10 AM → 9:31 PM YOW     SFO 1 stop · 16 hr 21 min · Air Canada · Operated by Air Canada Express - Jazz | $549 round trip 302 kg CO2e -25% emissions |
| 🌐 | 7:30 PM → 9:48 AM+1 YOW     SFO 1 stop · 17 hr 18 min · United · Operated by Gojet Airlines DBA United Express | $574 round trip 440 kg CO2e +10% emissions |
| 🌐 | 7:30 PM → 11:03 AM+1 YOW     SFO 1 stop · 18 hr 33 min · United · Operated by Gojet Airlines DBA United Express | $574 round trip 488 kg CO2e +22% emissions |
| ✈ | 6:15 PM → 10:28 AM+1 YOW     SFO 1 stop · 19 hr 13 min · Air Canada | $605 round trip 366 kg CO2e -9% emissions |
| ✈ | 10:00 AM → 11:32 PM YOW     SFO 1 stop · 16 hr 32 min · Air Canada | $615 round trip 406 kg CO2e Avg emissions |
| 🌐 | 2:50 PM → 10:55 PM YOW     SFO 1 stop · 11 hr 5 min · United · Operated by Gojet Airlines DBA United Express | $728 round trip 440 kg CO2e +10% emissions |
| ✈ | 7:10 AM → 7:52 PM YOW     SFO 1 stop · 15 hr 42 min · Air Canada | $736 round trip 308 kg CO2e -23% emissions |
| ✈ | 9:20 AM → 7:52 PM YOW     SFO 1 stop · 13 hr 32 min · Air Canada | $736 round trip 322 kg CO2e -20% emissions |
| ✈ | 12:00 PM → 11:32 PM YOW     SFO 1 stop · 14 hr 32 min · Air Canada | $736 round trip 406 kg CO2e Avg emissions |
| ✈ | 2:00 PM → 11:32 PM | $736 |

Google     Sign in
Skip to main content    Accessibility feedback

| | | | |
|---|---|---|---|
| | 6:05 AM → 6:26 PM<br>YOW      SFO<br>2 stops · 15 hr 21 min · United · Operated by Republic Airways DBA United Express | $751<br>round trip<br>534 kg $CO_2e$<br>+34% emissions | |
| | 6:30 AM → 3:30 PM<br>YOW      SFO<br>1 stop · 12 hr · United · Operated by SkyWest DBA United Express | $751<br>round trip<br>350 kg $CO_2e$<br>-13% emissions | |
| | 6:30 AM → 6:42 PM<br>YOW      SFO<br>1 stop · 15 hr 12 min · United · Operated by SkyWest DBA United Express | $751<br>round trip<br>415 kg $CO_2e$<br>Avg emissions | |
| | 6:30 AM → 7:38 PM<br>YOW      SFO<br>1 stop · 16 hr 8 min · United · Operated by SkyWest DBA United Express | $751<br>round trip<br>420 kg $CO_2e$<br>Avg emissions | |
| | 6:30 AM → 8:55 PM<br>YOW      SFO<br>1 stop · 17 hr 25 min · United · Operated by SkyWest DBA United Express | $751<br>round trip<br>420 kg $CO_2e$<br>Avg emissions | |
| | 7:15 AM → 6:05 PM<br>YOW      SJC<br>2 stops · 13 hr 50 min · Porter Airlines, Alaska · Operated by SkyWest Airlines as A… | $754<br>round trip<br>495 kg $CO_2e$<br>+24% emissions | |
| | 7:15 AM → 10:12 PM<br>YOW      SJC<br>2 stops · 17 hr 57 min · Porter Airlines, Alaska · Operated by SkyWest Airlines as A… | $754<br>round trip<br>495 kg $CO_2e$<br>+24% emissions | |
| | 7:15 AM → 4:22 PM<br>YOW      SJC<br>2 stops · 12 hr 7 min · Porter Airlines, Alaska · Operated by SkyWest Airlines as Al… | $776<br>round trip<br>495 kg $CO_2e$<br>+24% emissions | |
| | 7:15 AM → 6:05 PM<br>YOW      SJC<br>2 stops · 13 hr 50 min · Porter Airlines, Alaska · Operated by SkyWest Airlines as A… | $776<br>round trip<br>495 kg $CO_2e$<br>+24% emissions | |
| | 7:15 AM → 10:12 PM<br>YOW      SJC<br>2 stops · 17 hr 57 min · Porter Airlines, Alaska · Operated by SkyWest Airlines as A… | $776<br>round trip<br>495 kg $CO_2e$<br>+24% emissions | |

☰  Google                                                             ⋮⋮⋮  Sign in

Skip to main content    Accessibility feedback

| | | |
|---|---|---|
| | 1 stop · 9 hr 7 min · United · Operated by Gojet Airlines DBA United Express | 528 kg CO2e +32% emissions |
| | 5:30 PM → 10:55 PM YOW        SFO 1 stop · 8 hr 25 min · United · Operated by Republic Airways DBA United Express | $802 round trip 339 kg CO2e -15% emissions |
| | 5:30 PM → 11:55 PM YOW        SFO 1 stop · 9 hr 25 min · United · Operated by Republic Airways DBA United Express | $802 round trip 339 kg CO2e -15% emissions |
| | 5:30 PM → 11:59 PM YOW        SFO 2 stops · 9 hr 29 min · United · Operated by Republic Airways DBA United Express | $834 round trip 401 kg CO2e Avg emissions |
| porter | 6:55 PM → 12:37 PM+1 YOW        SFO 1 stop ⚠ · 20 hr 42 min · Porter Airlines · Operated by Porter Airlines Inc | $842 round trip 393 kg CO2e Avg emissions |
| | 6:03 AM → 10:12 PM YOW        SJC 2 stops · 19 hr 9 min · WestJet, Alaska · Operated by SkyWest Airlines as Alaska S… | $844 round trip 522 kg CO2e +31% emissions |
| | 6:05 AM → 11:37 AM YOW        SFO 1 stop · 8 hr 32 min · United · Operated by Republic Airways DBA United Express | $850 round trip 363 kg CO2e -9% emissions |
| | 10:40 AM → 6:58 PM YOW        SFO 1 stop ⚠ · 11 hr 18 min · Air Canada, United · Operated by Air Canada Express - Ja… | $853 round trip 392 kg CO2e Avg emissions |
| | 10:40 AM → 8:55 PM YOW        SFO 1 stop · 13 hr 15 min · Air Canada, United · Operated by Air Canada Express - Jazz | $853 round trip 408 kg CO2e Avg emissions |
| | 10:40 AM → 8:57 PM YOW        SFO 1 stop ⚠ · 13 hr 17 min · Air Canada, United · Operated by Air Canada Express - J… | $853 round trip 479 kg CO2e +20% emissions |
| | 2:00 PM → 7:52 PM YOW        SFO | $853 round trip |

☰  Google                                                                                    ⋮⋮⋮    Sign in

Skip to main content    Accessibility feedback

| 6:05 AM → 5:35 PM YOW SFO | $857 round trip |
| --- | --- |
| 2 stops · 12 hr 30 min · United · Operated by Republic Airways DBA United Express | 405 kg $CO_2e$ Avg emissions |

| 5:30 PM → 9:47 AM+1 YOW SJC | $885 round trip |
| --- | --- |
| 2 stops ⚠ · 19 hr 17 min · United · Operated by Republic Airways DBA United Expr… | 434 kg $CO_2e$ +9% emissions |

| 7:30 PM → 9:47 AM+1 YOW SJC | $890 round trip |
| --- | --- |
| 2 stops ⚠ · 17 hr 17 min · United · Operated by Gojet Airlines DBA United Express | 526 kg $CO_2e$ +32% emissions |

| 10:40 AM → 8:57 PM YOW SJC | $904 round trip |
| --- | --- |
| 2 stops · 13 hr 17 min · Air Canada, United · Operated by Air Canada Express - Jazz | 480 kg $CO_2e$ +20% emissions |

| 10:40 AM → 10:29 PM YOW SJC | $904 round trip |
| --- | --- |
| 2 stops · 14 hr 49 min · Air Canada, United · Operated by Air Canada Express - Jazz | 501 kg $CO_2e$ +25% emissions |

| 7:20 AM → 4:03 PM YOW SFO | $926 round trip |
| --- | --- |
| 1 stop · 11 hr 43 min · Air Canada | 593 kg $CO_2e$ +48% emissions |

| 9:40 AM → 7:52 PM YOW SFO | $928 round trip |
| --- | --- |
| 1 stop ⚠ · 13 hr 12 min · Air Canada · United · Operated by Air Canada Express - … | 297 kg $CO_2e$ -26% emissions |

| 7:10 AM → 4:03 PM YOW SFO | $936 round trip |
| --- | --- |
| 2 stops · 11 hr 53 min · Air Canada | 436 kg $CO_2e$ +9% emissions |

| 11:30 AM → 9:04 PM YOW SJC | $942 round trip |
| --- | --- |
| 2 stops · 12 hr 34 min · Porter Airlines, Alaska | 469 kg $CO_2e$ +17% emissions |

| 11:30 AM → 10:57 PM YOW SJC | $942 round trip |
| --- | --- |
| 2 stops · 14 hr 27 min · Porter Airlines, Alaska | 452 kg $CO_2e$ +13% emissions |

☰  Google                                                                            ⋮⋮⋮  Sign in

Skip to main content        Accessibility feedback

| | | |
|---|---|---|
| | 2 stops · 17 hr 52 min · United · Operated by Republic Airways DBA United Express | 541 kg CO2e<br>+35% emissions ⓘ |
| ✈ | 6:05 AM ⟶ 8:57 PM<br>YOW         SJC<br>2 stops · 17 hr 52 min · United · Operated by Republic Airways DBA United Express | $951<br>round trip<br>453 kg CO2e<br>+13% emissions ⓘ |
| ✈ | 6:30 AM ⟶ 5:45 PM<br>YOW         SJC<br>2 stops · 14 hr 15 min · United · Operated by SkyWest DBA United Express | $951<br>round trip<br>411 kg CO2e<br>Avg emissions ⓘ |
| ✈ | 6:30 AM ⟶ 8:57 PM<br>YOW         SJC<br>2 stops · 17 hr 27 min · United · Operated by SkyWest DBA United Express | $951<br>round trip<br>404 kg CO2e<br>Avg emissions ⓘ |
| ✈ | 6:30 AM ⟶ 8:57 PM<br>YOW         SJC<br>2 stops · 17 hr 27 min · United · Operated by SkyWest DBA United Express | $951<br>round trip<br>441 kg CO2e<br>+10% emissions ⓘ |
| ✈ | 6:30 AM ⟶ 8:57 PM<br>YOW         SJC<br>2 stops · 17 hr 27 min · United · Operated by SkyWest DBA United Express | $951<br>round trip<br>438 kg CO2e<br>+10% emissions ⓘ |
| ✈ | 6:30 AM ⟶ 10:29 PM<br>YOW         SJC<br>2 stops · 18 hr 59 min · United · Operated by SkyWest DBA United Express | $951<br>round trip<br>424 kg CO2e<br>+6% emissions ⓘ |
| ✈ | 6:30 AM ⟶ 10:29 PM<br>YOW         SJC<br>2 stops · 18 hr 59 min · United · Operated by SkyWest DBA United Express | $951<br>round trip<br>462 kg CO2e<br>+16% emissions ⓘ |
| ✈ | 6:30 AM ⟶ 10:29 PM<br>YOW         SJC<br>2 stops · 18 hr 59 min · United · Operated by SkyWest DBA United Express | $951<br>round trip<br>462 kg CO2e<br>+16% emissions ⓘ |
| ✈ | 6:30 AM ⟶ 10:29 PM<br>YOW         SJC<br>2 stops · 18 hr 59 min · United · Operated by SkyWest DBA United Express | $951<br>round trip<br>459 kg CO2e<br>+15% emissions ⓘ |
| ◢ | 7:20 AM ⟶ 2:40 PM<br>YOW         SFO | $952<br>round trip |

Google    Sign in

Skip to main content    Accessibility feedback

| | | |
|---|---|---|
| 6:30 AM → 11:21 AM<br>YOW    SFO<br>1 stop · 7 hr 51 min · United · Operated by SkyWest DBA United Express | | $958<br>round trip<br>415 kg CO2e<br>Avg emissions |
| 7:20 AM → 6:38 PM<br>YOW    SFO<br>1 stop · 14 hr 18 min · Air Canada | | $958<br>round trip<br>542 kg CO2e<br>+36% emissions |
| 9:20 AM → 6:38 PM<br>YOW    SFO<br>2 stops · 12 hr 18 min · Air Canada | | $993<br>round trip<br>475 kg CO2e<br>+19% emissions |
| 9:20 AM → 8:57 PM<br>YOW    SJC<br>2 stops · 14 hr 37 min · Air Canada, United | | $1,011<br>round trip<br>415 kg CO2e<br>Avg emissions |
| 6:05 AM → 8:57 PM<br>YOW    SJC<br>2 stops · 17 hr 52 min · United · Operated by Republic Airways DBA United Express | | $1,018<br>round trip<br>453 kg CO2e<br>+13% emissions |
| 6:30 AM → 8:57 PM<br>YOW    SJC<br>2 stops · 17 hr 27 min · United · Operated by SkyWest DBA United Express | | $1,018<br>round trip<br>424 kg CO2e<br>+6% emissions |
| 6:30 AM → 10:29 PM<br>YOW    SJC<br>2 stops · 18 hr 59 min · United · Operated by SkyWest DBA United Express | | $1,018<br>round trip<br>445 kg CO2e<br>+11% emissions |
| 8:50 AM → 7:07 PM<br>YOW    SJC<br>2 stops · 13 hr 17 min · Porter Airlines, Alaska | | $1,030<br>round trip<br>459 kg CO2e<br>+15% emissions |
| 12:00 PM → 9:04 PM<br>YOW    SJC<br>2 stops · 12 hr 4 min · Air Canada, Alaska | | $1,057<br>round trip<br>474 kg CO2e<br>+19% emissions |
| 2:50 PM → 10:29 PM<br>YOW    SJC<br>2 stops · 10 hr 39 min · United · Operated by Gojet Airlines DBA United Express | | $1,070<br>round trip<br>549 kg CO2e<br>+37% emissions |

☰  Google                                                                          Sign in

Skip to main content     Accessibility feedback

| | | | |
|---|---|---|---|
| | 2 stops · 14 hr 40 min · United · Operated by Republic Airways DBA United Express | | 548 kg CO2e +37% emissions |
| ✈ | 6:05 AM → 8:57 PM YOW  SJC | $1,089 round trip | |
| | 2 stops · 17 hr 52 min · United · Operated by Republic Airways DBA United Express | | 541 kg CO2e +35% emissions |
| ✈ | 6:30 AM → 11:56 AM YOW  SJC | $1,089 round trip | |
| | 1 stop · 8 hr 26 min · United · Air Canada · Operated by SkyWest DBA United Express | | 407 kg CO2e Avg emissions |
| ✈ | 11:20 AM → 10:29 PM YOW  SJC | $1,089 round trip | |
| | 2 stops · 14 hr 9 min · United · Operated by SkyWest DBA United Express | | 451 kg CO2e +13% emissions |
| ✈ | 9:20 AM → 9:04 PM YOW  SJC | $1,092 round trip | |
| | 2 stops · 14 hr 44 min · Air Canada, Alaska | | 474 kg CO2e +19% emissions |
| ✈ | 5:15 AM → 11:56 AM YOW  SJC | $1,094 round trip | |
| | 2 stops · 9 hr 41 min · Air Canada, United | | 388 kg CO2e Avg emissions |
| ✈ | 6:03 AM → 5:01 PM YOW  SJC | $1,108 round trip | |
| | 2 stops · 13 hr 58 min · WestJet, Alaska · Operated by Horizon Air as Alaska Horiz… | | 480 kg CO2e +20% emissions |
| ✈ | 5:15 AM → 5:01 PM YOW  SJC | $1,130 round trip | |
| | 2 stops · 14 hr 46 min · Air Canada, Alaska | | 487 kg CO2e +22% emissions |
| ✈ | 1:35 PM → 10:29 PM YOW  SJC | $1,142 round trip | |
| | 2 stops · 11 hr 54 min · United · Operated by Republic Airways DBA United Express | | 444 kg CO2e +11% emissions |
| ✈ | 6:30 AM → 5:45 PM YOW  SJC | $1,148 round trip | |
| | 2 stops · 14 hr 15 min · United · Air Canada · Operated by SkyWest DBA United Ex… | | 449 kg CO2e +12% emissions |
| ✈ | 8:55 AM → 9:21 PM YOW  SFO | $1,167 round trip | |

Skip to main content     Accessibility feedback

| | | |
|---|---|---|
| 11:20 AM → 10:29 PM<br>YOW          SJC<br>2 stops · 14 hr 9 min · United · Operated by SkyWest DBA United Express | | $1,189<br>round trip<br>448 kg CO2e<br>+12% emissions |
| 10:00 AM → 8:57 PM<br>YOW          SJC<br>2 stops · 13 hr 57 min · Air Canada, United | | $1,189<br>round trip<br>415 kg CO2e<br>Avg emissions |
| 6:05 AM → 5:45 PM<br>YOW          SJC<br>2 stops · 14 hr 40 min · United · Operated by Republic Airways DBA United Express | | $1,195<br>round trip<br>461 kg CO2e<br>+15% emissions |
| 6:30 AM → 5:45 PM<br>YOW          SJC<br>2 stops · 14 hr 15 min · United · Operated by SkyWest DBA United Express | | $1,195<br>round trip<br>432 kg CO2e<br>+8% emissions |
| 6:30 AM → 8:57 PM<br>YOW          SJC<br>2 stops · 17 hr 27 min · United · Operated by SkyWest DBA United Express | | $1,195<br>round trip<br>441 kg CO2e<br>+10% emissions |
| 11:20 AM → 8:57 PM<br>YOW          SJC<br>2 stops · 12 hr 37 min · United · Operated by SkyWest DBA United Express | | $1,215<br>round trip<br>427 kg CO2e<br>+7% emissions |
| 5:55 AM → 1:22 PM<br>YOW          SJC<br>2 stops · 10 hr 27 min · Air Canada, United · Operated by Air Canada Express - Jazz | | $1,224<br>round trip<br>361 kg CO2e<br>-10% emissions |
| 6:30 AM → 1:22 PM<br>YOW          SJC<br>2 stops · 9 hr 52 min · United · Air Canada · Operated by SkyWest DBA United Expr... | | $1,224<br>round trip<br>438 kg CO2e<br>+10% emissions |
| 12:00 PM → 8:57 PM<br>YOW          SJC<br>2 stops · 11 hr 57 min · Air Canada, United | | $1,230<br>round trip<br>415 kg CO2e<br>Avg emissions |
| 12:00 PM → 10:29 PM<br>YOW          SJC<br>2 stops · 13 hr 29 min · Air Canada, United | | $1,230<br>round trip<br>436 kg CO2e<br>+9% emissions |

| | | |
|---|---|---|
| | 2 stops · 9 hr 57 min · Air Canada, United | 414 kg CO2e<br>Avg emissions |
| | **2:00 PM → 10:29 PM**<br>YOW     SJC<br>2 stops · 11 hr 29 min · Air Canada, United | **$1,230** round trip<br>435 kg CO2e<br>+9% emissions |
| | **5:15 AM → 1:41 PM**<br>YOW     SJC<br>2 stops · 11 hr 26 min · Air Canada, Alaska · Operated by SkyWest Airlines as Alask… | **$1,233** round trip<br>420 kg CO2e<br>Avg emissions |
| | **5:15 AM → 4:22 PM**<br>YOW     SJC<br>2 stops · 14 hr 7 min · Air Canada, Alaska · Operated by SkyWest Airlines as Alaska … | **$1,233** round trip<br>420 kg CO2e<br>Avg emissions |
| | **2:50 PM → 10:12 PM**<br>YOW     SJC<br>2 stops · 10 hr 22 min · United, Alaska · Air Canada · Operated by Gojet Airlines/U… | **$1,234** round trip<br>552 kg CO2e<br>+38% emissions |
| | **5:30 PM → 11:56 AM**+1<br>YOW     SJC<br>1 stop ⚠ · 21 hr 26 min · United · Air Canada · Operated by Republic Airways/Unite… | **$1,243** round trip<br>396 kg CO2e<br>Avg emissions |
| | **5:00 PM → 11:32 PM**<br>YOW     SFO<br>1 stop · 9 hr 32 min · Air Canada | **$1,267** round trip<br>449 kg CO2e<br>+12% emissions |
| | **6:30 AM → 5:45 PM**<br>YOW     SJC<br>2 stops · 14 hr 15 min · United · Operated by SkyWest DBA United Express | **$1,272** round trip<br>445 kg CO2e<br>+11% emissions |
| | **10:40 AM → 9:54 PM**<br>YOW     SJC<br>2 stops · 14 hr 14 min · Air Canada, United · Operated by Air Canada Express - Jazz | **$1,272** round trip<br>530 kg CO2e<br>+33% emissions |
| | **10:40 AM → 9:54 PM**<br>YOW     SJC<br>2 stops · 14 hr 14 min · Air Canada, United · Operated by Air Canada Express - Jazz | **$1,272** round trip<br>530 kg CO2e<br>+33% emissions |
| | **11:20 AM → 8:57 PM**<br>YOW     SJC | **$1,272** round trip |

Google — Sign in

Skip to main content    Accessibility feedback

| Flight | Price |
|---|---|
| 5:55 AM → 11:16 AM, YOW → SFO, 1 stop · 8 hr 21 min · Air Canada · Operated by Air Canada Express - Jazz | $1,315 round trip, 394 kg $CO_2e$, Avg emissions |
| 6:03 AM → 3:45 PM, YOW → SFO, 2 stops · 12 hr 42 min · WestJet, Delta · Operated by SkyWest DBA Delta Connecti… | $1,329 round trip, 482 kg $CO_2e$, +21% emissions |
| 12:00 PM → 9:54 PM, YOW → SJC, 2 stops · 12 hr 54 min · Air Canada, United | $1,329 round trip, 474 kg $CO_2e$, +19% emissions |
| 5:55 AM → 12:01 PM, YOW → SFO, 1 stop · 9 hr 6 min · Air Canada, United · Operated by Air Canada Express - Jazz | $1,332 round trip, 316 kg $CO_2e$, -21% emissions |
| 10:00 AM → 3:52 PM, YOW → SFO, 1 stop · 8 hr 52 min · Air Canada | $1,338 round trip, 322 kg $CO_2e$, -20% emissions |
| 8:10 PM → 12:01 PM+1, YOW → SFO, 1 stop · 18 hr 51 min · WestJet | $1,402 round trip, 365 kg $CO_2e$, -9% emissions |
| 10:40 AM → 8:11 PM, YOW → SFO, 1 stop · 12 hr 31 min · Air Canada, Alaska · Operated by Air Canada Express - Jazz | $1,402 round trip, 462 kg $CO_2e$, +16% emissions |
| 3:55 PM → 12:01 PM+1, YOW → SFO, 1 stop · 23 hr 6 min · WestJet | $1,434 round trip, 352 kg $CO_2e$, -12% emissions |
| 6:03 AM → 5:42 PM, YOW → SJC, 2 stops · 14 hr 39 min · WestJet, Delta · Operated by SkyWest DBA Delta Connecti… | $1,976 round trip, 509 kg $CO_2e$, +27% emissions |
| 11:20 AM → 8:28 PM, YOW → SFO, 1 stop · 12 hr 8 min · United, Alaska · Air Canada · Operated by SkyWest/United Ex… | $1,981 round trip, 459 kg $CO_2e$, +15% emissions |

10/11/24, 12:46 PM
Ottawa to San Jose | Google flights
Case 2:24-cv-00093-JRG   Document 95-9   Filed 10/23/24   Page 14 of 15 PageID #: 4716



# Google Maps

**San Francisco International Airport to 280 S 1st St, San Jose, CA 95113**

Drive 37.4 miles, 42 min



Map data ©2024 Google  5 mi

|  | via US-101 S | 42 min |
|---|---|---|
|  | Fastest route, the usual traffic | 37.4 miles |

|  | via I-280 S | 48 min |
|---|---|---|
|  |  | 44.9 miles |



## Explore nearby 280 S 1st St



Restaurants    Hotels    Gas stations    Parking Lots    More