# EXHIBIT YY

