# EXHIBIT ZZ

