# EXHIBIT AAA