# EXHIBIT CCC

5/22/24, 8:29 AM
Tõnis Tiigi (tonistiigi) · GitHub

Case 2:23-cv-24903-BB Document 95-15 Entered on FLSD Docket 07/24/24 Page 2 of 2
Case 2:24-cv-02009-BRM-LDW Document 1-5 Filed 02/23/24 Page 2 of 4745

