# EXHIBIT GGG



SUBSCRIBE

| MERGERS & ACQUISITIONS | AI SERVICE PROVIDER NEWS | BACKUP AS A SERVICE (BAAS) INDUSTRY NEWS | CHANNEL BUSI |

# VMware EUC, Which Broadcom Shunned, Becomes Omnissa

KKR has closed its $4 billion purchase of VMware EUC, one of the divisions Broadcom had declared as "non-core" to its strategy after buying VMware.



Kelly Teal, Contributing Editor

July 2, 2024

3 Min Read





ANDREY_POPOV/SHUTTERSTOCK

The unit formerly known as VMware EUC now is Omnissa.

On Monday, Shankar Iyer, CEO of Omnissa, who also served as the senior vice president and general manager of VMware End User Computing since April 2018, announced the new vendor's official launch.

"We are now an independent software company, with a unique combination of talent, technology and ecosystem assets exclusively focused on empowering transformative workspace experiences for customers and partners around the world," Iyer wrote in a July 1 blog.



SUBSCRIBE

VMware EUC, which delivers remote access desktop technology under the Horizon and Workspace One brands, met its end almost immediately after Broadcom acquired VMware last November. A few days after the $61 billion deal closed, Broadcom CEO Hock Tan dubbed VMware EUC and security division Carbon Black as "non-core assets" and, as such, said they would be sold off.

Private equity firm KKR snapped up VMware EUC about three months later for about $4 billion. It promised to keep VMware EUC as a standalone entity. On July 1, Bradley Brown, managing director at KKR, reiterated that intent.



SPONSORED CONTENT

See why MSPs choose Datto, start your free trial

Security is in Datto's DNA. Not all solutions are made equal, how Datto RMM manages and protects every endpoint toda

Brought to you by **Kaseya US, LLC**

"Omnissa is a customer-centric technology and innovation leader with a talented team and a compelling opportunity to define and lead the $26 billion digital workspace market," Brown said. "The closing of our investment concludes a two-year journey and marks the start of an exciting new chapter. As a standalone company, Omnissa is positioned to focus exclusively on its vision for the future of digital workspace experiences and achieving long-term growth by delivering next-generation work environments for its loyal customers and partners."

![Channel Futures - Leading Channel Partners Forward]

SUBSCRIBE



Omnissa's Shankar Iyer

To that point, Omnissa says it serves 26,000 customers globally and sells through the channel. Channel Futures has reached out to Omnissa for more information about its partner strategy.

Omnissa further states that it earns $1.5 billion in annual recurring revenue, the holy grail of any software provider. Now, as the former VMware EUC works to distinguish itself in a $26 billion market, Iyer said Omnissa's 4,000 employees are "bound" by a shared ownership model that "places us all on a journey to redefine our industry and the future of work."

## What Comes Next for Omnissa as It Moves Past VMware EUC

Following on that, Iyer said Omnissa will invest in AI, open APIs, and simplified product and pricing.

"Hybrid work forever changed the concept of the workspace," he said. "For organizations fighting to attract talent, that means a seamless digital work experience built on flexibility and choice, that moves with the employee. It also means automated provisioning and security given that two-thirds of IT departments suffer persistent talent shortages. Omnissa is how organizations meet that need."

Omnissa will combine its products across unified endpoint management, virtual apps and desktops, digital employee experience, and security and compliance into an AI-fueled platform. The company said this will automate provisioning and security around devices and apps, while giving leaders the insight and tools to roll out new services and pinpoint additional use cases.

"With KKR's backing, we now have the agility, the commitment and the investment to assume our position as the marquee software company," Iyer wrote.

At Omnissa, Iyer is joined by other former VMware EUC leaders, including Bharath Rangarajan, senior vice president of products, Renu Upadhyay, senior vice president of marketing, and Rob Ruelas, senior vice president and chief revenue officer. The roster implies little, if any disruption, for end users or channel partners, and Iyer alluded to that in his blog.



SUBSCRIBE

realize the vision of AI-driven autonomous workspaces. We intend to continue earning your trust by creating tremendous new value from our platform and simplifying how we work together."

KKR has closed the VMware EUC acquisition in the United States and Ireland. The remaining jurisdictions will finalize throughout 2024 in what Omnissa called "a phased approach."

## Read more about:

MSPs    VARs/SIs

## About the Author



### Kelly Teal

Contributing Editor, Channel Futures

Kelly Teal has more than 20 years' experience as a journalist, editor and analyst, with longtime expertise in the indirect channel. She worked on the Channel Partners magazine staff for 11 years. Kelly now is principal of Kreativ Energy LLC.

## Free Newsletters for the Channel

Register for Your Free Newsletter Now

SUBSCRIBE

## You May Also Like



SUBSCRIBE

| Mergers & Acquisitions | ...ain from Vercara Acquisition |
| 14/08/2024 |

| Mergers & Acquisitions | ...Iowa-Based MSP 501er Collabrance |
| 01/08/2024 |

| Mergers & Acquisitions | ...Google Acquisition Offer |
| 23/07/2024 |

| Mergers & Acquisitions | ...kes Tony Safoian Richest Man in the Channel |
| 04/12/2023 |

### Galleries

**Pax8 CEO: Legacy Distribution 'Asleep at the Wheel'**
OCT 14, 2024   |   5 SLIDES

**The Gately Report: ASPM Provider Apiiro Going Global with Partners**



SUBSCRIBE

**2024 MSP 501 List: Fastest-Growing MSPs Buoyed by Cloud, Security, M&A**
OCT 14, 2024   |   34 SLIDES

**12 New Tech Products: HP, BCN, Lenovo, Google Cloud, Dell, Zoom-Mitel, More**
OCT 11, 2024   |   12 SLIDES

See all





**MAR 24 - MAR 27, 2025**

The Channel Partners Conference & Expo, co-located with Channel Futures MSP Summit, is the gathering place for the technology services community. Agents, VARs, MSPs, integrators and service providers will converge to share ideas and drive discussion on the topics shaping our industry.

**SIGN UP FOR SPECIAL DEAL**



SUBSCRIBE



### More from Informa

Omdia

Canalys

Black Hat

Telecoms.com

Light Reading

### Channel Events

Channel Partners Conference & Expo

MSP Summit

### Communicate

About Us

Contact Us

Advertise

Newsletter

### Join Us

SUBSCRIBE

### Follow Us



SUBSCRIBE

Home | CCPA: Do not sell my personal info | Cookies | Privacy | Terms