# EXHIBIT III

## *Trigence Selected to Participate in IBDNetwork's "Under the Radar" Event - Chuck Colford, CEO, to present application virtualization for increasing data center agility*

PR Newswire US

November 3, 2004 Wednesday

Copyright 2004 PR Newswire Association LLC. All Rights Reserved.

**Length:** 483 words

**Dateline:** OTTAWA Nov. 3

# Body

OTTAWA, Nov. 3  /PRNewswire/ -- **Trigence** Corp., a leader in application virtualization, today announced that it has been chosen to present at Under the Radar, a one-day event that will take place on November 17, 2004 at the Microsoft campus in Mountain View, **Calif**. Under the Radar will showcase technology's early innovators in eight different fast-growing technology sectors, including enterprise management, security, communications, and digital home.

**Trigence** was handpicked by the IBDNetwork editorial team and the Under the Radar advisory board based on its robust technology solutions, market opportunity and unique value proposition.

**Trigence** uses a unique container approach to virtualizing applications for increased data center agility and decreased costs. **Trigence** AE (Application Environment) captures applications and their dependencies in secure software containers, decoupling the application from the operating system and underlying infrastructure. As a result, applications can be dragged and dropped from one server to another in seconds and co-located safely on the same server. The result is significant benefits to data center for delivering high application availability and effective application lifecycle management.

"We are delighted to have been selected to participate in Under the Radar," said Chuck **Colford**, president and CEO of **Trigence**. "It is a compelling validation of the technology vision that **Trigence** is founded on - where virtualization of the application layer is key to enabling the highly agile, on-demand data center of the future."

"Under the Radar is an opportunity for the most exciting emerging private companies to present and receive feedback on their technology and business model from investors and potential strategic partners in a unique, interactive format," said Debbie Landa, CEO of IBDNetwork. "Our advisory board of VCs and executives from leading technology and service firms evaluated more than 1000 early-stage companies and selected **Trigence** based on its promising technology and compelling market opportunity."

```
  To learn more about Under the Radar, visit:
 http://www.ibdnetwork.com/events/UndertheRadar.php3   .
    About IBDNetwork
```

Founded in September of 1999, IBDNetwork is the first membership-based organization to accelerate dealmaking. IBDNetwork explores the business side of technology through events and newsletters that cover the latest innovative technology, partnerships, company growth, business models and investment strategies. IBDNetwork's community is comprised of VCs, CEOs, and VPs of business and corporate development from both private and public companies- typically the company "forecasters" that need to understand new market opportunities and trends to help plan their companies' strategic initiatives.

Trigence Selected to Participate in IBDNetwork's "Under the Radar" Event - Chuck Colford, CEO, to present application virtualization for increasing data center ....

CONTACT: Danny Sullivan, inmedia Public Relations,

(613) 234-7227 ext 221,   dsullivan@inmedia.com

SOURCE **TRIGENCE** CORP.

http://www.prnewswire.com

**Load-Date:** November 4, 2004

---

**End of Document**