# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>        Plaintiff,<br><br>  v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>        Defendant. | Civil Action No.  2:24-CV-00093-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP.,<br><br>        Plaintiff,<br><br>  v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>        Defendant. | Civil Action No. 2:24-CV-00064-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## **ORDER**

Before the Court is Defendant HPE's Opposed Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404. Having considered the same, the Court hereby **GRANTS** the motion. The Clerk's Office is hereby **ORDERED** to transfer *VirtaMove Corp. v. Hewlett Packard Enterprise Co.*, 2:24-cv-93 to the Northern District of California.

    **IT IS SO ORDERED**.