IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| Plaintiff, | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| v. | § | |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |
| VIRTAMOVE, CORP., | § | |
| Plaintiff, | § | Case No. 2:24-CV-00064-JRG |
| | § | (Member Case) |
| v. | § | |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY TO MOTION TO TRANSFER (DKT. 87)

Plaintiff VirtaMove, Corp. ("Plaintiff") and Defendant, Hewlett Packard Enterprise ("HPE" or "Defendant") respectfully move for a one-week extension of time for (1) Plaintiff to file its response to Defendant HPE's Motion to Transfer Venue to the Northern District of California (Dkt. 87) and (2) a one-week extension for Defendant to file its reply in support of its motion to transfer.

With a one-week extension from October 29, 2024, the deadline for Plaintiff's response would be extended to November 5, 2024. Defendant's deadline to reply in support of the Motion would be due on November 12, 2024 and extended to November 19, 2024. These extensions are

not being sought for purposes of delay, but rather to ensure the parties and their counsel have adequate time to address the issues raised in Defendant's Motion.

    Counsel for the parties have conferred and all parties stipulate to this extension. As part of the stipulation, Plaintiff will not use the extension against Defendant, for example, to argue delay. Accordingly, Plaintiff and Defendant respectfully request that the Court grant the motion and enter the attached proposed Order.

Dated: October 28, 2024            Respectfully submitted,

           By: */s/ Qi (Peter) Tong*

           Reza Mirzaie (CA SBN 246953)
           rmirzaie@raklaw.com
           Marc A. Fenster (CA SBN 181067)
           mfenster@raklaw.com
           Neil A. Rubin (CA SBN 250761)
           nrubin@raklaw.com
           James A. Milkey (CA SBN 281283)
           jmilkey@raklaw.com
           Amy E. Hayden (CA SBN 287026)
           ahayden@raklaw.com
           Jacob Buczko (CA SBN 269408)
           jbuczko@raklaw.com
           James Tsuei (CA SBN 285530)
           jtsuei@raklaw.com
           Christian W. Conkle (CA SBN 306374)
           cconkle@raklaw.com
           Jonathan Ma (CA SBN 312773)
           jma@raklaw.com
           Daniel B. Kolko (CA SBN 341680)
           dkolko@raklaw.com
           Mackenzie Paladino (NY SBN 6039366)
           mpaladino@raklaw.com
           **RUSS AUGUST & KABAT**
           12424 Wilshire Boulevard, 12th Floor
           Los Angeles, CA 90025
           Telephone: (310) 826-7474

           Qi (Peter) Tong (TX SBN 24119042)
           ptong@raklaw.com

**RUSS AUGUST & KABAT**
4925 Greenville Ave, Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474
*Attorneys for Plaintiff VirtaMove, Corp.*

By: */s/ Jennifer Doan*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
Haltom & Doan
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Katharine Burke (Lead Attorney)
DC Bar Number: 985333
Katharine.burke@bakerbotts.com
**Baker Botts L.L.P.**
700 K Street, N.W.
Washington, DC 20001-5692
Tel: (202) 639-7700

Douglas M. Kubehl
Texas Bar No. 00796909
Doug.kubehl@bakerbotts.com
Morgan Mayne
Texas Bar No. 24084387
Morgan.mayne@bakerbotts.com
Emily Deer
Texas Bar No. 24116352
Emily.deer@bakerbotts.com
**Baker Botts L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Tel: (214) 953-6500

David Lien (*pro hac vice*)
California Bar No. 313754
David.lien@bakerbotts.com
**Baker Botts L.L.P.**
1001 Page Mill Rd, Bdg. One, Ste. 200

Palo Alto, CA 94304-1007
Tel: (650) 739-7563

*Attorneys for Defendant HPE*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is a joint motion.

*/s/ Mackenzie Paladino*
Mackenzie Paladino

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on October 28, 2024.

*/s/ Mackenzie Paladino*
Mackenzie Paladino