# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., <br>     Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br>     Defendant. | § § § § § § § § § § § | Case No. 2:24-cv-00093-JRG <br> (Lead Case) <br><br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br>     Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br>     Defendant. | § § § § § § § § § § § § | Case No. 2:24-CV-00064-JRG <br> (Member Case) <br><br><br> **JURY TRIAL DEMANDED** |

## **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY TO MOTION TO TRANSFER (DKT. 87)**

On this date the Court considered the Joint Motion for Extension of Time to File Opposition and Reply to Motion to Transfer (Dkt. 87), filed by Plaintiff VirtaMove Corp. ("Plaintiff" or "VirtaMove") and Defendant Hewlett Packard Enterprise ("Defendant"). Based on the motion and the grounds set forth therein, and the agreement of the Parties in the motion, the Court finds that good cause has been established and the Joint Motion for Extension of Time should be granted.

**THEREFORE, IT IS HEREBY ORDERED** that (1) Plaintiff's time to respond to the Motion shall be extended by one week, from October 29, 2024, to November 5, 2024; and (2) Defendant's time to file a reply in support of its motion shall be extended by one week, from November 12, 2024, to November 19, 2024.

**IT IS SO ORDERED.**