# Exhibit 6

**Query**  **Reports**  **Utilities**  **Help**  **Log Out**

ADRMOP,AO279

# U.S. District Court
# California Northern District (San Jose)
# CIVIL DOCKET FOR CASE #: 5:24-cv-04740-PCP

| | |
|---|---|
| Red Hat, Inc. v. VirtaMove, Corp. | Date Filed: 08/05/2024 |
| Assigned to: Judge P. Casey Pitts | Jury Demand: Plaintiff |
| Cause: 28:2201 Declaratory Judgement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Red Hat, Inc.**  represented by  **Todd M. Friedman**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4675
212/446-4786
Fax: 212-446-4900
Email: tfriedman@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brandon Hugh Brown**
Kirkland and Ellis LLP
555 California Street
San Francisco, CA 94104
(415) 439-1670
Email: bhbrown@kirkland.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**VirtaMove, Corp.**  represented by  **Reza Mirzaie**
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
Fax: (310) 826-6991
Email: rmirzaie@raklaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Amy Hayden**
Russ, August & Kabat
12424 Wilshire Blvd 12th Fl
Los Angeles, CA 90025
310.826.7474
Fax: 3108266991
Email: ahayden@raklaw.com
*ATTORNEY TO BE NOTICED*

**Christian W. Conkle**
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
Fax: (310) 826-6991
Email: cconkle@raklaw.com
*ATTORNEY TO BE NOTICED*

**Daniel B Kolko**
Russ August & Kabat
12424 Wilshire Boulevard
Ste 12th Floor
Los Angeles, CA 90025
310-826-7474
Email: dkolko@raklaw.com
*ATTORNEY TO BE NOTICED*

**Jacob Robert Buczko**
Russ August and Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
Fax: (310) 826-6991
Email: jbuczko@raklaw.com
*ATTORNEY TO BE NOTICED*

**James Anthony Milkey**
Russ August & Kabat
12424 Wilshire Blvd.
Ste 12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: jmilkey@raklaw.com
*ATTORNEY TO BE NOTICED*

**James Shrin Tsuei**
Russ August & Kabat
12424 Wilshire Blvd.
Ste 12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: jtsuei@raklaw.com
*ATTORNEY TO BE NOTICED*

**Jonathan Ma**
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
Fax: (310) 826-6991
Email: jma@raklaw.com
*ATTORNEY TO BE NOTICED*

**Marc Aaron Fenster**
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
Fax: (310) 826-6991
Email: mafenster@raklaw.com
*ATTORNEY TO BE NOTICED*

**Neil Alan Rubin**
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
Fax: (310) 826-6991
Email: nrubin@raklaw.com
*ATTORNEY TO BE NOTICED*

**Qi Tong**
Russ August & Kabat
12424 Wilshire Boulevard
Ste 12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: ptong@raklaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/2024 | 1 | COMPLAINT against VirtaMove, Corp. ( Filing fee $ 405, receipt number ACANDC-19694727.). Filed by Red Hat, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Civil Cover Sheet) (Brown, Brandon) (Filed on 8/5/2024) (Entered: 08/05/2024) |
| 08/05/2024 | 2 | Proposed Summons. (Brown, Brandon) (Filed on 8/5/2024) (Entered: 08/05/2024) |
| 08/05/2024 | 3 | Rule 7.1 Disclosures by Red Hat, Inc. identifying Corporate Parent IBM Corporation for Red Hat, Inc.. *as indirect owner* (Brown, Brandon) (Filed on 8/5/2024) (Entered: 08/05/2024) |
| 08/05/2024 | 4 | Certificate of Interested Entities by Red Hat, Inc. identifying Corporate Parent IBM Corporation for Red Hat, Inc.. *as an indirectly owned subsidiary* (Brown, Brandon) (Filed on 8/5/2024) (Entered: 08/05/2024) |
| 08/05/2024 | 5 | NOTICE of Appearance by Brandon Hugh Brown (Brown, Brandon) (Filed on 8/5/2024) (Entered: 08/05/2024) |
| 08/05/2024 | 6 | REPORT on the filing or determination of an action regarding *U.S. Patent Nos. 7,519,814 and 7,784,058* (cc: form mailed to register). (Brown, Brandon) (Filed on 8/5/2024) (Entered: 08/05/2024) |
| 08/06/2024 | 7 | Case assigned to Magistrate Judge Thomas S. Hixson.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 8/20/2024. (ark, COURT STAFF) (Filed on 8/6/2024) (Entered: 08/06/2024) |
| 08/06/2024 | 8 | Summons Issued as to VirtaMove, Corp. (ecg, COURT STAFF) (Filed on 8/6/2024) (Entered: 08/06/2024) |
| 08/06/2024 | 9 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 10/31/2024. Initial Case Management Conference set for 11/7/2024 10:00 AM in San Francisco, Courtroom E, 15th Floor. (ecg, COURT STAFF) (Filed on 8/6/2024) (Entered: 08/06/2024)** |
| 08/19/2024 | 10 | CERTIFICATE OF SERVICE by Red Hat, Inc. re 3 Certificate of Interested Entities, 2 Proposed Summons, 8 Summons Issued, 5 Notice of Appearance, 9 Initial Case Management Scheduling Order with ADR Deadlines, 1 Complaint, 7 Case Assigned by |

| | | |
|---|---|---|
| | | Intake,, 6 Patent/Trademark Report, 4 Certificate of Interested Entities , *Judge's Standing Orders and New Case Documents* (Attachments: # 1 Certificate/Proof of Service Attachment 1, # 2 Certificate/Proof of Service Attachment 2, # 3 Certificate/Proof of Service Attachment 3)(Brown, Brandon) (Filed on 8/19/2024) (Entered: 08/19/2024) |
| 08/19/2024 | 11 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Red Hat, Inc... (Brown, Brandon) (Filed on 8/19/2024) (Entered: 08/19/2024) |
| 08/19/2024 | 12 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice*. (rmm2, COURT STAFF) (Filed on 8/19/2024) (Entered: 08/19/2024) |
| 08/20/2024 | 13 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge P. Casey Pitts for all further proceedings. Magistrate Judge Thomas S. Hixson no longer assigned to case, Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras.. Signed by Clerk on 8/20/2024. (Attachments: # 1 Notice of Eligibility for Video Recording)(ark, COURT STAFF) (Filed on 8/20/2024) (Entered: 08/20/2024)** |
| 08/20/2024 | 14 | CLERK'S NOTICE RESETTING INITIAL CASE MANAGEMENT CONFERENCE FOLLOWING REASSIGNMENT.<br><br>Joint Case Management Statement due by 10/24/2024. Initial Case Management Conference set for 11/7/2024 at 01:00 PM in San Jose, Courtroom 8, 4th Floor. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (nmc, COURT USER) (Filed on 8/20/2024) (Entered: 08/20/2024) |
| 08/28/2024 | 15 | NOTICE of Appearance filed by Amy Hayden on behalf of VirtaMove, Corp. (Hayden, Amy) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| 08/28/2024 | 16 | NOTICE of Appearance filed by Christian W. Conkle on behalf of VirtaMove, Corp. (Conkle, Christian) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| 08/28/2024 | 17 | NOTICE of Appearance filed by Daniel B Kolko on behalf of VirtaMove, Corp. (Kolko, Daniel) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| 08/28/2024 | 18 | NOTICE of Appearance filed by Qi Tong on behalf of VirtaMove, Corp. (Tong, Qi) |

| | | |
|---|---|---|
| | | (Filed on 8/28/2024) (Entered: 08/28/2024) |
| 08/28/2024 | 19 | NOTICE of Appearance filed by Jacob Robert Buczko on behalf of VirtaMove, Corp. (Buczko, Jacob) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| 08/28/2024 | 20 | NOTICE of Appearance filed by Jonathan Ma on behalf of VirtaMove, Corp. (Ma, Jonathan) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| 08/28/2024 | 21 | NOTICE of Appearance filed by James Anthony Milkey on behalf of VirtaMove, Corp. (Milkey, James) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| 08/28/2024 | 22 | NOTICE of Appearance filed by James Shrin Tsuei on behalf of VirtaMove, Corp. (Tsuei, James) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| 08/28/2024 | 23 | NOTICE of Appearance filed by Marc Aaron Fenster on behalf of VirtaMove, Corp. (Fenster, Marc) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| 08/28/2024 | 24 | NOTICE of Appearance filed by Neil Alan Rubin on behalf of VirtaMove, Corp. (Rubin, Neil) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| 08/28/2024 | 25 | NOTICE of Appearance filed by Reza Mirzaie on behalf of VirtaMove, Corp. (Mirzaie, Reza) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| 08/28/2024 | 26 | STIPULATION WITH PROPOSED ORDER re 1 Complaint, *FOR EXTENSION TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT* filed by VirtaMove, Corp.. (Attachments: # 1 Proposed Order)(Mirzaie, Reza) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| 08/28/2024 | 27 | Certificate of Interested Entities by VirtaMove, Corp. identifying Other Affiliate VirtaMove, Inc. for VirtaMove, Corp.. (Mirzaie, Reza) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| 08/28/2024 | 28 | Rule 7.1 Disclosures by VirtaMove, Corp. identifying Other Affiliate VirtaMove, Inc. for VirtaMove, Corp.. (Mirzaie, Reza) (Filed on 8/28/2024) (Entered: 08/28/2024) |
| 08/29/2024 | 29 | **ORDER granting 26 Stipulation for Extension to Answer or Otherwise Respond to Complaint. Signed by Judge P. Casey Pitts on 8/29/2024. (nmc, COURT USER) (Filed on 8/29/2024) (Entered: 08/29/2024)** |
| 09/13/2024 | 30 | NOTICE of Appearance filed by Amy Hayden on behalf of VirtaMove, Corp. (Hayden, Amy) (Filed on 9/13/2024) (Entered: 09/13/2024) |
| 09/26/2024 | 31 | MOTION to Dismiss *Red Hats Complaint Under Fed. R. Civ. P. 12(b)(1) AND 12(b)(2)* filed by VirtaMove, Corp.. Motion to Dismiss Hearing set for 10/31/2024 10:00 AM in San Jose, Courtroom 8, 4th Floor. Responses due by 10/10/2024. Replies due by 10/17/2024. (Attachments: # 1 Declaration of Susan Cameron)(Hayden, Amy) (Filed on 9/26/2024) Modified on 9/27/2024 (slh, COURT STAFF). (Entered: 09/26/2024) |
| 10/07/2024 | 32 | STIPULATION WITH PROPOSED ORDER *for Extension to Deadlines and Hearing Date Concerning Motion to Dismiss 31 and to Continue Initial Case Management Conference* filed by Red Hat, Inc.. (Attachments: # 1 Proposed Order)(Brown, Brandon) (Filed on 10/7/2024) (Entered: 10/07/2024) |
| | | |

| | | |
|---|---|---|
| 10/08/2024 | 33 | **ORDER granting 32 Stipulation for Extension to Motion to Dismiss Deadlines and Continuance of Initial Case Management Conference. Signed by Judge P. Casey Pitts on 10/8/2024.**<br><br>**Responses due by 10/17/2024. Replies due by 10/31/2024. Motion Hearing re 31 set for 11/14/2024 at 10:00 AM in San Jose, Courtroom 8, 4th Floor before Judge P. Casey Pitts. Joint Case Management Statement due by 1/2/2025. Initial Case Management Conference set for 1/16/2025 at 01:00 PM in San Jose, Courtroom 8, 4th Floor. (nmc, COURT USER) (Filed on 10/8/2024) (Entered: 10/08/2024)** |
| 10/17/2024 | 34 | OPPOSITION/RESPONSE (re 31 MOTION to Dismiss *Red Hats Complaint Under Fed. R. Civ. P. 12(b)(1) AND 12(b)(2)* ) filed byRed Hat, Inc.. (Brown, Brandon) (Filed on 10/17/2024) (Entered: 10/17/2024) |
| 10/17/2024 | 35 | MOTION for Discovery - *Plaintiff Red Hat's Contingent Motion to Conduct Jurisdictional Discovery* filed by Red Hat, Inc.. Motion Hearing set for 11/14/2024 10:00 AM in San Jose, Courtroom 8, 4th Floor before Judge P. Casey Pitts. Responses due by 10/31/2024. Replies due by 11/7/2024. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Proposed Order)(Brown, Brandon) (Filed on 10/17/2024) (Entered: 10/17/2024) |
| 10/18/2024 | 36 | **TEXT-ONLY ORDER.**<br><br>**Plaintiff has filed a 35 motion for discovery and noticed it for hearing on November 14, 2024. That date falls 28 days after the filing of plaintiff's motion. Local Rule 7-2(a) requires parties to notice motions to be heard not less than 35 days after the filing of the motion. The Court therefore strikes plaintiff's 35 motion for discovery and orders plaintiff to refile its motion in compliance with Local Rule 7-2(a). If plaintiff wishes to have its motion heard on a shortened briefing schedule, it may accompany its motion with an administrative motion seeking such relief.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(nmc, COURT USER) (Filed on 10/18/2024) (Entered: 10/18/2024)** |
| 10/18/2024 | 37 | MOTION for Discovery - *Plaintiff Red Hat's Contingent Motion to Conduct Jurisdictional Discovery* filed by Red Hat, Inc.. Motion Hearing set for 12/12/2024 10:00 AM in San Jose, Courtroom 8, 4th Floor before Judge P. Casey Pitts. Responses due by 11/1/2024. Replies due by 11/8/2024. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Proposed Order)(Brown, Brandon) (Filed on 10/18/2024) (Entered: 10/18/2024) |
| 10/22/2024 | 38 | CLERK'S NOTICE RESETTING MOTION HEARING.<br><br>Motion Hearing as to 31 Motion to Dismiss previously set for 11/14/2024 is RESET for 12/12/2024 at 10:00 AM in San Jose, Courtroom 8, 4th Floor before Judge P. Casey Pitts. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (nmc, COURT USER) (Filed on 10/22/2024) (Entered: 10/22/2024) |
| 10/23/2024 | 39 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number |

| | | |
|---|---|---|
| | | ACANDC-19978740.) filed by Red Hat, Inc.. (Friedman, Todd) (Filed on 10/23/2024) (Entered: 10/23/2024) |
| 10/23/2024 | 40 | **ORDER granting 39 Motion for Pro Hac Vice as to attorney Todd Friedman. Signed by Judge P. Casey Pitts on 10/23/2024. (nmc, COURT USER) (Filed on 10/23/2024) (Entered: 10/23/2024)** |
| 10/31/2024 | 41 | CLERK'S NOTICE RESETTING INITIAL CASE MANAGEMENT CONFERENCE. Initial Case Management Conference previously set for 1/16/2025 is RESET for 1/14/2025 at 01:00 PM in San Jose, Courtroom 8, 4th Floor. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (nmc, COURT USER) (Filed on 10/31/2024) (Entered: 10/31/2024) |
| 10/31/2024 | 42 | REPLY (re 31 MOTION to Dismiss *Red Hats Complaint Under Fed. R. Civ. P. 12(b)(1) AND 12(b)(2)* ) filed byVirtaMove, Corp.. (Attachments: # 1 Declaration of Susan Cameron)(Hayden, Amy) (Filed on 10/31/2024) (Entered: 10/31/2024) |
| 11/01/2024 | 43 | OPPOSITION/RESPONSE (re 37 MOTION for Discovery - *Plaintiff Red Hat's Contingent Motion to Conduct Jurisdictional Discovery* ) filed byVirtaMove, Corp.. (Hayden, Amy) (Filed on 11/1/2024) (Entered: 11/01/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/05/2024 15:29:44 | | | |
| **PACER Login:** | mackenziepaladino | **Client Code:** | VM |
| **Description:** | Docket Report | **Search Criteria:** | 5:24-cv-04740-PCP |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |