# Exhibit 10

8/22/24, 9:13 AM (4) David Roth | LinkedIn

 

Home | My Network | Jobs | Messaging | Notifications | Me ▾ | For Business ▾ | Sales



TREND
**Global Leader in Cybersecurity**





## David Roth · 2nd
Technology Executive / Serial Entrepreneur / Investor / Advisor / Board Member


- Trend Micro


- University of Southern California

Dallas, Texas, United States · Contact info
https://www.forbes.com/sites/davidroth/
13,398 followers · 500+ connections

 Ernesto Benedito and Neil Teitelbaum are mutual connections

+ Follow | ✈ Message | More

---

## Highlights

## About

Presently:
COO CRO Cysiv

Responsible for all facets of Cysiv customer engagement and success, from sales through onboarding and service delivery

Cysiv is a SOC-as-a-Service company that extends and elevates your in-house security operations and capabilities, by combining a sophisticated next generation SOC Platform offered as a SaaS, powered by artificial intelligence and automation, backed by an elite Cysiv operations team.

2015 - 2020 VP, Trend Micro, Inc.
'09 - '15 CEO and Co-Founder AppFirst, Inc.
08-09 CEO DRE
'05-08 CEO, Trigence Software
'04 International Sales Manager w/ HP (Consera Acquisition February 2004)
'02 through '04 VP of Sales & Biz Dev for Consera
Late 90's through 2002 Founder of Stratis Group
Early to Mid 90's Microsoft
Late 80's NYNEX (Formerly IBM Business Centers)

Specialties: Sales (both direct & in-direct), Marketing and Business Development worldwide leadership. Successfully built both in-house & virtual teams that successfully drive the growth of innovative & business critical technology.

## Activity

13,398 followers

+ Follow

**Posts** · Comments · Videos · Images

David Roth posted this • 1d



**Trend Micro** is the only vendor named a Leader in the 2023 Forrester Wave™ for Endpoint Security (including EDR) and Network Analysis and Visibility (NDR). Endpoint and network are the foundational  ...show more



7

---

David Roth posted this • 1d

What has Greg Young, VP of Cybersecurity **Trend Micro**, observed about emerging **#AI** regulations? ...                                                                    ...show more



6

---

David Roth posted this • 1d

With the goal of creating fast, evasive, and sophisticated **#threats** and campaigns, malicious actors are always on the prowl for new **#technologies** to abus  ...show more



**Pushing the Outer Limits: Trend Micro 2024 Midyear Cybersecurity T...**
trendmicro.com

---

Show all posts →

## Experience



**CRO, America Enterprise Sales**
Trend Micro · Full-time
Jun 2023 - Present · 1 yr 3 mos
Dallas, Texas, United States · Hybrid



**Advisory Board Member**
PayGen · Full-time
Sep 2022 - Present · 2 yrs
United States · Remote

PayGen, the preeminent electronic bill presentment and payment solution for large billers who demand innovative, highly configurable, easily...

    

 **CRO COO**
Cysiv · Full-time
Dec 2020 - Jul 2022 · 1 yr 8 mos
United States

Responsible for all facets of Cysiv customer engagement and success, from sales through onboarding and service delivery....

 **Trend Micro**
5 yrs

• **Vice President, Business Development**
Jan 2016 - Dec 2020 · 5 yrs
101 Hudson Jersey City, NJ

Responsible for driving and growing an ecosystem of strategic alliances and channel partners around Virtualization & Cloud Security, Advanced...

### Vice President
Jul 2016 - Nov 2020 · 4 yrs 5 mos
Jersey City, NJ

Regional leader with direct responsibility and oversight of B2B enterprise field and inside sales, engineering, marketing, and channel.

 **CEO**
AppFirst
Apr 2009 - Dec 2015 · 6 yrs 9 mos
Greater New York City Area

Only AppFirst's patented technology provides a solution for collecting every event across web-scale applications, regardless of the infrastructure type o...

Show all 15 experiences →

## Education

 **University of Southern California**
BA, Communications
1985 - 1988
Activities and societies: Trojan Knights

Great memories from my undergraduate years at USC! Ranging from playing Tuba in the USC Trojan Marching Band, was a member of the USC...

 **University of Arizona**
Music
1984 - 1985

Really enjoyed my time at University of Arizona. I studied music, was in the Marching Band, remember playing pickup basketball games at "Bear Down...

## Licenses & certifications

 **DevOps Foundations: Your First Project**
LinkedIn
Issued Jun 2020

Show credential ⧉

 **DevOps Foundations**
LinkedIn
Issued May 2020

Show credential ⧉

Show all 12 licenses & certifications →

## Skills

### Start-ups

 Endorsed by Jason Hoffman and 29 others who are highly skilled at this

 Endorsed by Neil Teitelbaum (mutual connection)

👥 99+ endorsements

### Cloud Computing

 Endorsed by David Linthicum and 40 others who are highly skilled at this

 Endorsed by Neil Teitelbaum (mutual connection)

👥 99+ endorsements

Show all 50 skills →

## Recommendations

**Received**    Given

 **Neil Rosenberg** 🔗 · 3rd
Technology Strategist, Consultant & Speaker - Helping Clients Achieve
Success & Optimize Value from their IT Investments
*August 5, 2020, Neil worked with David but they were at different
companies*

I have known David Roth since the late 1990s and partnered with him
through several companies (Stratis Group and AppFirst). In the time I know
known him, I found David to be a highly insightful, strategic thinker and
excellent communicator with a strong business sense, who understands
technology at the right level for his role (leadership, sales) who is also an
excellent relationship builder with clients and partners.

In 2000, I sought out a partnership with Stratis Group to round out QTS'...

 **Patrick J. Weber** · 3rd
Sr. Engineering Manager
*January 7, 2016, Patrick J. reported directly to David*

David the most honest, open, trustworthy CEO I have worked for in my 30
years in the software industry. This trustworthiness and his positive attitude
inspire others around him to give their all. It is a pleasure to work for him.

Show all 12 received →

## Publications

http://www.forbes.com/sites/davidroth/
Forbes

Show publication ⧉

## Honors & awards

**http://smartceo.com/2015-new-york-future-50-appfirst/**
Issued by http://smartceo.com/2015-new-york-future-50-appfirst/ · Jun 2015

AppFirst Associated with AppFirst

SmartCEO Future50 Award 2015
http://smartceo.com/2015-new-york-future-50-appfirst/

## Organizations

**SIIA**
Board Member · Jun 2010 - Present

## Interests

**Top Voices**    Companies    Groups    Newsletters    Schools

 **Andrew Toy** 🔗 · 3rd
Chief Executive Officer at Clover Health
17,418 followers

+ Follow



Mark Cuban [in] · 3rd
President
7,812,770 followers
+ Follow

Show all Top Voices →

Causes

Science and Technology

Promoted •••

Mitsui & Co., Ltd.
Susan, grow your business with news and
insights from **Mitsui & Co., Ltd.**

Visit the organization page for **Mitsui & Co., Ltd.**!

Randall also follows

Follow

More profiles to browse

James Madden [in] · 3rd
Account Manager @ Trend Micro | Certified in Cybersecurity & AWS Cloud
Practitioner
View profile

Stokes Janney · 3rd
Strategic Account Manager at Trend Micro
+ Follow

Callaway Schweyher, MBA · 3rd
Manager of Channel Business Development
View profile

Kevin Simzer [in] · 3rd
Chief Operating Officer | Investor | Board Member
View profile

Patrick J. Martin [in] · 3rd
Enterprise Sales at Trend Micro
View profile

Show all

People you may know
From David's company

Michell Abbott [in]
Empowering Businesses with Cloud Solutions | Cloud Provider Specialist |
Driving Innovation in Cloud Technologies
Connect



**Justin H.**
Analyst, Global Business Operations at Trend Micro

[ ⊕ Connect ]

**Samuel Côté**
Software Developer

[ ⊕ Connect ]

**Grazziela Wietholter**
Distribution Operations Specialist

[ ⊕ Connect ]

**Tammy Allen**
Sales Manager - SMB/MSP at Trend Micro

[ ⊕ Connect ]

Show all

**You might like**
Pages for you

**KRP Properties**
Real Estate
1,196 followers

3 connections follow this page

[ + Follow ]

**Shopify**
Software Development
866,061 followers

30 connections follow this page

[ + Follow ]

Show all



See who's hiring on LinkedIn.

