# Exhibit 11







The distance from Ottawa, Ontario to Marshall, Texas is:

1,594 miles  /  2 565 km  driving

1,335 miles  /  2 149 km  flying

City: Marshall, TX
Check-in: 11/05/2024
Check-out: 11/11/2024
Get: hotel     SEARCH

Get: distance
From: Ottawa, Canada
To: Marshall, TX
CALCULATE

**Fly or drive** from Ottawa to Marshall