# Exhibit 19

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | Civil Action No. 2:24-CV-00093-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | Civil Action No. 2:24-CV-00064-JRG <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT HEWLETT PACKARD ENTERPRISE COMPANY'S INVALIDITY CONTENTIONS**

**TABLE OF CONTENTS**

**Page**

I. INTRODUCTION ................................................................................................................ 1

II. ASSERTED PATENTS AND CLAIMS ............................................................................. 8

III. PRIORITY DATES ............................................................................................................. 8

IV. IDENTIFICATION OF PRIOR ART ............................................................................... 15

V. GROUNDS FOR INVALIDITY UNDER 35 U.S.C. §§ 102, 103 ................................... 27

VI. GROUNDS FOR INVALIDITY UNDER 35 U.S.C. § 112 ............................................ 106

VII. ADDITIONAL INVALIDITY CONTENTIONS ............................................................ 121

of the art at the time of the alleged inventions of the Asserted Patents. HPE reserves the right to rely on additional prior art that may be uncovered during its continuing investigation and discovery.

In addition, many of the prior art references have related patent applications, publications, or issued patents that contain the same or materially the same subject matter (*e.g.*, published U.S. patent applications and publications, issued U.S. patents, and foreign applications or issued patents). Any citation to or quotation from any of these applications, publications, or patents, therefore, should be understood as encompassing any parallel citation to the same subject matter in other related or corresponding patent applications, publications, or issued patents.

Also, to the extent not expressly stated herein, HPE incorporates by reference any and all prior art contained or identified in documents produced thus far by VirtaMove in this case, each reference identified in all Appendices to these Invalidity Contentions, and any and all materials regarding invalidity that should have been timely produced by VirtaMove months ago.

      **A.**     **Prior Art Patents and Published Patent Applications**

The table below identifies patents and patent publications now known to HPE that qualify as prior art to the Asserted Patents under at least 35 U.S.C. §§ 102(a), (b), (e), and/or (g). Each listed reference became prior art at least as early as the dates provided on the face of the document, as indicated in the chart below, and/or as indicated in the corresponding Appendix. HPE reserves the right to rely upon earlier dates of publication or public availability to the extent such information is uncovered during discovery. HPE also reserves the right to rely on fact or expert witness testimony to establish the publication and/or public availability of any publications described below. Each Appendix identified by an "A" pertains to the '814 Patent, and each Appendix identified by a "B" pertains to the '058 Patent.

| Table 1: Prior Art Patents and Published Patent Applications ||||| 
|---|---|---|---|---|
| **Patent Number** | **Title** | **Date(s)** | **Short Name** | **Appendix** |
| U.S. 7,461,080 | System Logging Within Operating System Partitions Using Log Device Nodes That Are Access Points to A Log Driver | Priority: 5/9/2003 Filed: 12/22/2003 Issued: 12/2/2008 | Tucker '080 | A-1 |
| U.S. 7,437,556 | Global Visibility Controls for Operating System Partitions | Priority: 5/9/2003 Filed: 1/21/2004 Issued: 10/14/2008 | Tucker '556 | A-2 |
| U.S. 60/469,558 | N/A | Filed: 5/9/2003 | Tucker Provisional | A-3 |
| U.S. 2003/0014466 | System and Method for Management of Compartments in a Trusted Operating System | Filed: 6/29/2001 Pub: 1/16/2003 | Berger '466 | A-4 B-16 |
| U.S. 2002/0194496 | Multiple Trusted Computing Environments | Priority: 6/7/2002 Filed: 6/18/2002 Issued: 1/4/2011 | Griffin | A-5 |
| U.S. 2002/0124072 | Virtual Computing Environment | Filed: 7/30/2001 Pub.: 9/5/2002 | Tormasov | A-6 |
| U.S. 2002/0174215 | Operating System Abstraction and Protection Layer | Filed: 5/16/2001 Pub. 11/21/2002 | Schaefer | A-7 |
| U.S. 2003/0084436 | System and Method for Installing Applications In A Trusted Environment | Filed: 10/30/2001 Pub.: 5/1/2003 | Berger '436 | A-16 B-17 |
| U.S. 7,962,950 | System and Method for File System Mandatory Access Control | Filed: 6/29/2001 Pub.: 1/9/2003 | Choo '950 | A-17 B-18 |
| U.S. 6,976,037 | Method and Systems for DLL/COM Redirection | Priority: 3/27/2000 Filed: 6/27/2000 Issued: 12/13/2005 | D'Souza | B-1 |
| U.S. 6,529,985 | Selective Interception of System Calls | Filed: 2/4/2000 Issued: 3/4/2003 | Deianov | B-2 |
| U.S. 7,673,308 | Virtual OS Computing Environment | Filed: 11/18/2003 Issued: 3/2/2010 | McMillan | A-20 |

17

| Table 1: Prior Art Patents and Published Patent Applications ||||| 
|---|---|---|---|---|
| **Patent Number** | **Title** | **Date(s)** | **Short Name** | **Appendix** |
| U.S. 5,961,582 | Distributed and Portable Execution Environment | Filed: 10/25/1994<br>Issued: 10/5/1999 | Gaines | A-21 |
| U.S. 6,966,010 | Application Container That Allows Concurrent Execution on Multiple Nodes in a Cluster | Filed: 8/31/2001<br>Issued: 11/15/2005 | Curtis | A-22 |
| U.S. 2003/0177285 | Operating System Application Programming Interfaces and Methods of Using Operating Systems | Priority: 6/16/1999<br>Filed: 3/10/2003<br>Pub.: 9/18/2003 | Hunt | B-21 |
| U.S. 8,032,625 | Method and System for a Network Management Framework With Redundant Failover Methodology | Filed: 6/29/2001<br>Issued: 10/4/2011 | Benfield | B-22 |
| U.S. 5,572,709 | Using Dynamically-Linked Libraries to Add Side Effects to Operations | Filed: 6/18/1993<br>Issued: 11/5/1996 | Fowler | B-23 |

B.     **Prior Art Non-Patent Publications**

The table below identifies non-patent printed publications now known to HPE that qualify as prior art to the Asserted Patents under at least 35 U.S.C. §§ 102(a), (b) and/or (g). Each listed reference became prior art at least as early as the dates provided on the face of the document, as indicated in the chart below, and/or as indicated in the corresponding Appendix. HPE reserves the right to rely upon earlier dates of publication or public availability to the extent such information is uncovered during discovery. HPE also reserves the right to rely on fact or expert witness testimony to establish the publication and/or public availability of any publications described

18

below. Each Appendix identified by an "A" pertains to the '814 Patent, and each Appendix identified by a "B" pertains to the '058 Patent.

| Table 2: Prior Art Printed Publications | | | |
|---|---|---|---|
| **Title** | **Author/Publisher** | **Date** | **Appendix** |
| Virtual Private Servers and Security Contexts (VServer documentation) ("Gelinas") | Gelinas | 2002 | A-8 |
| The Design and Implementation of Zap: A System for Migrating Computing Environments ("Osman") | Osman<br><br>ACM SIGOPS Operating Systems Review 36, no. SI | Dec. 2002 | A-9 |
| Supporting Ubiquitous Computing with Stateless Consoles and Computation Caches ("Schmidt") | Schmidt | Aug. 2000 | A-10 |
| File Systems in User Space ("Eggert") | Eggert<br><br>USENIX Winter 1993 Conf. | 1993 | B-3 |
| Alpine: A User-Level Infrastructure for Network Protocol Development ("Ely Paper") | Ely<br><br>USENIX Symposium on Internet Technologies and Systems (USITS 01) | 2001 | B-4 |
| Shared Libraries in SunOS ("Gingell") | Gingell | 1987 | B-5 |
| Linkers and Loaders ("Levine") | Levine | 2001 | B-6 |
| Protocol Service Decomposition for High-Performance Networking ("Maeda") | Maeda<br><br>Proc. 14th ACM Symposium on Operating System Principles | 1993 | B-7 |
| Implementing Network Protocols at User Level ("Thekkath") | Thekkath<br><br>SIGCOMM Computer Communication Review | 1993 | B-8 |
| Alpine: A User-Level Infrastructure for Network Protocol Development ("Ely Presentation") | Ely<br><br>3rd USENIX Symposium on Internet Technologies and Systems (USITS 01) | 2001 | B-13 |

19

| Table 2: Prior Art Printed Publications | | | |
|---|---|---|---|
| Title | Author/Publisher | Date | Appendix |
| HP C++ Programmer's Guide, Fourth Edition ("HP C++ Programmer's Guide") | HP | June 1996 | A-18 B-19 |
| HP C/HP-UX Reference Manual, Nineth Edition ("HP C Compiler Reference Manual") | HP | June 2000 | A-19 B-20 |
| hp secure OS software for Linux, Release Notes, Version 1.0 | HP | Aug. 15, 2001 | A-14 B-14 |
| hp secure OS software for Linux, Administration Guide, Version 1.0 | HP | Aug. 15, 2001 | A-14 B-14 |
| hp secure OS software for Linux, technical product brief | HP | 2001 | A-14 B-14 |
| A Secure Linux Platform, in Proceedings of the 5th Annual Linux Showcase & Conference in Oakland, California | Nigel Edwards, Joubert Berger, Tse Huong Choo<br><br>HP | Nov. 5-10, 2001 | A-14 B-14 |
| An Operating System Approach to Securing E-Services, Implementing Trusted Linux, an Ideal Platform for E-Services Application Hosting, 44 Communications of the ACM 2 | Chris Dalton and Tse Huong Choo<br><br>ACM | February 2001 | A-14 B-14 |
| HP Secure OS Software for Linux 1.0 (HP-LX 1.0), Product Reviews | Brian Wilson, Web Techniques, Vol. 7, Issue 1 | Jan. 2002 | A-14 B-14 |
| Absolute BSD: the Ultimate Guide to FreeBSD ("Absolute BSD) | M. Lucas, No Starch Press | 2002 | B-10 |
| NetTap: an efficient and reliable PC-based platform for network programming ("Blott") | S. Blott, J. Brustoloni, C. Martin<br><br>2000 IEEE Third Conf. on Open Architectures and Network Programming Proceedings, pp. 13-22 | Mar. 2000 | Background[6] |
| Jails: Confirming the omnipotent root | P.H. Kamp, R.N. Watson | May 2000 | Background[7] |

---

[6] *See*, *e.g.*, Non-Final Office Action dated October 24, 2024, U.S. Patent App. No. 90/019,676.

[7] *See*, *e.g.*, Non-Final Office Action dated October 24, 2024, U.S. Patent App. No. 90/019,676.

20

| Table 2: Prior Art Printed Publications ||||
|---|---|---|---|
| Title | Author/Publisher | Date | Appendix |
|  | Proceedings of the 2nd International SANE Conference, 15 pages, available at http://www.sane.nl/events/sane2000/papers/kamp.pdf |  |  |

### C.     Prior Art Systems On Sale and/or Publicly Used

The table below identifies systems and products that were publicly available and/or used, offered for sale, or sold and qualify as prior art to the Asserted Patents under 35 U.S.C. §§ 102(a), 102(b), and/or 102(g). Some or all of the supporting references for these systems, as cited below and in the corresponding Appendices, may also qualify as prior art publications under 35 U.S.C. §§ 102, such as manuals, patents, and other information intended to cover these products and systems, and may be used as invalidating prior art under 35 U.S.C. §§ 102 and 103. Each of the systems identified below includes the identified software running on any supported hardware such as server hardware. In addition, HPE incorporates by reference the individuals identified in its initial disclosures, and HPE also continues to investigate the systems and products and reserves the right to supplement the contentions and accompanying claim charts after further discovery and investigation. HPE also reserves the right to rely on fact or expert witness testimony to establish the public knowledge, use, availability, sale, or offer for sale of any systems described below. Each Appendix identified by an "A" pertains to the '814 Patent, and each Appendix identified by a "B" pertains to the '058 Patent. Although additional information and prior art systems may be obtained through discovery, such prior art systems include at least the following:

| Table 3: Prior Art Systems ||||
|---|---|---|---|
| System/Item | Date(s) | Person/Entity | Appendix |
| HPE ServiceGuard and HP-UX | Mar. 2002 | HPE | A-15 |

|  |  |  | B-15 |
|---|---|---|---|
| HPE Trusted Linux (a/k/a HP Secure OS) | Aug. 27, 2001 | HPE | A-14 B-14 |
| Linux VServer (Gelinas) | 2002 | Jacques Gélinas | A-8 |
| Thinstall | 2001-2003 | Thinstall | A-11 B-11 |
| Virtuozzo | 2002 | SWsoft | A-12 B-12 |
| User-Mode-Linux (UML) | 1991-2000 | Jeff Dike | B-9 |
| FreeBSD | Mar. 14, 2000[8] | Freebsd.org | B-10 |
| IBM Storage Tank | Jan. 23, 2002 | Pease, IBM | A-13 |
| Softricity System Guard | Jun. 2003[9] | Softricity | TBD |
| VMTP User-Level Implementation | 1987[10] | TBD | TBD |
| Mac OS X | Apr. 2001[11] | Apple, Inc. | TBD |
| Solaris Zones | 2002[12] | Sun Microsystems | A-23 B-24 |
| Alpine | 2001[13] | Ely, Savage, Wetherall | TBD |
| Alpine4Linux | Aug. 2003 | TBD | TBD |

HPE's investigation into prior art systems is ongoing and discovery is only in its early stages. HPE will amend or supplement its disclosures of these systems, as its investigation and discovery continue, including third-party discovery. HPE also reserves the right to rely on fact or

---

[8] https://web.archive.org/web/20000511211421/http://www.freebsd.org/releases/4.0R/announce.html; Kamp, Poul-Henning, and Robert NM Watson. "Jails: Confining the omnipotent root." In *Proceedings of the 2nd International SANE Conference*, vol. 43, p. 116. 2000.

[9] Bruce Linsday, "Pupils pry, schools buy" (Network World Canada, June 13, 2003).

[10] Mogul, Jeffrey, Richard Rashid, and Michael Accetta. "The packer filter: an efficient mechanism for user-level network code." *ACM SIGOPS Operating Systems Review* 21, no. 5 (1987): 39-51.

[11] https://www.apple.com/newsroom/2001/03/21Mac-OS-X-Hits-Stores-This-Weekend/; https://arstechnica.com/gadgets/2001/04/macos-x/.

[12] Conceived and diligently reduced to practice, as evidenced by Tucker '080, Tucker '556, Tucker Provisional, and Sun Microsystem's Solaris 10 Operating Environment software.

[13] *See* Ely Paper and Ely Presentation.

## VII.   ADDITIONAL INVALIDITY CONTENTIONS

Precise identification of all of the bases upon which the Asserted Claims are invalid and/or unenforceable, including inequitable conduct, improper inventorship, and the judicially-created non-statutory obviousness-type double patenting doctrine, are likely to be revealed only after further developments in the case, including fact and expert discovery. HPE expressly reserves the right to amend or supplement these Invalidity Contentions to address any additional invalidity arguments that become apparent in view of any relevant facts and information revealed during the course of discovery.

Dated:  October 30, 2024

By: */s/ Katharine Burke*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX  75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email:  jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Katharine Burke (Lead Attorney)
DC Bar Number: 985333
Katharine.burke@bakerbotts.com
Samuel L. Kassa
DC Bar Number: 187255
Sam.kassa@bakerbotts.com
**BAKER BOTTS L.L.P.**
700 K Street, N.W.
Washington, DC 20001-5692
Tel: (202) 639-7700
Fax: (202) 639-7890

Douglas M. Kubehl
Texas Bar No. 00796909
Doug.kubehl@bakerbotts.com
Morgan Mayne
Texas Bar No. 24084387
Morgan.mayne@bakerbotts.com
Emily Deer
Texas Bar No. 24116352
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Tel: (214) 953-6500
Fax: (214) 953-6503

David Lien (*pro hac vice*)
California Bar No. 313754
David.lien@bakerbotts.com
**BAKER BOTTS L.L.P.**
1001 Page Mill Road, Building One, Suite 200
Palo Alto, CA 94304-1007

Tel: (650) 739-7563  
Fax: (650) 739-7663

***ATTORNEYS FOR DEFENDANT***
***HEWLETT PACKARD***
***ENTERPRISE COMPANY***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 30, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail.

*/s/ Katharine Burke*
Katharine Burke