# Exhibit 21

Home My Network Jobs Messaging Notifications Me For Business Learni

# Joe Baxter

Chief Engineer at HP Enterprise Services

- HP Enterprise Services
- University of MO - Rolla

Macomb Township, Michigan, United States · **Contact info**

1 connection

Connect Message More

## Activity

1 followers

**Joe hasn't posted yet**

Recent posts Joe shares will be displayed here.

Show all activity →

## Experience

**Chief Engineer**
HP Enterprise Services
Oct 2009 - Present · 15 yrs 2 mos

**Systems Engineer**
EDS, an HP Company
1985 - 2009 · 24 yrs

## Education

**University of MO - Rolla**
BS, Engineering Management
1981 - 1985

## Interests

**Companies**

