# Exhibit 22



