# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
|     Plaintiff, | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| v. | § | |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | **JURY TRIAL DEMANDED** |
| | § | |
|     Defendant. | § | |
| | § | |
| | § | |
| VIRTAMOVE, CORP., | § | |
|     Plaintiff, | § | Case No. 2:24-CV-00064-JRG |
| | § | (Member Case) |
| v. | § | |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | **JURY TRIAL DEMANDED** |
| | § | |
|     Defendant. | § | |
| | § | |

## ORDER GRANTING PLAINTIFF VIRTAMOVE, CORP.'S OPPOSITION TO DEFENDANT HPE'S MOTION TO TRANSFER (DKT. 87)

Before the Court is HPE's Motion to Transfer. The Court, having considered Defendant's Motion, Plaintiff's Opposition, and Defendant's Reply, is of the opinion that Defendant's Motion should be DENIED.

IT IS THEREFORE ORDERED that Defendant Hewlett Packard Enterprise Company's Motion to Transfer is DENIED.