# EXHIBIT 1



Find an agent    

# Contact us

Ready to transform your space? We're here to help. Get in touch with our team today!

## Call us

### US Offices

**Hours**
Monday - Thursday from 8 am to 5 pm GMT

**General inquiries and orders**
1-888-984-5242

**VP of Sales**
(714) 655-7425

### Europe Offices

**Hours**
Monday - Thursday: 8 am to 5 pm GMT
Friday: 8 am to 2:30 pm GMT

**General inquiries and orders**
+44 (0) 8009 202451

## Email us

### Sales
For product details and technical queries:
sales@innerscene.com



Find an agent

### Orders

For order placements and status checks: orders@innerscene.com

### Support

For post sales support and technical assistance: support@innerscene.com

### Media

For marketing collaborations and media inquiries: marketing@innerscene.com

# Our locations

## Headquarters

Innerscene

548 Market St #40123

San Francisco, CA 94104-5401

USA

## Europe

Innerscene

2 Eastbrook Road,

Eastern Avenue,

Gloucester,

Gloucestershire, GL43DB

UK



Find an agent

Products

Virtual Sun

Circadian Sky

Showcase

Gallery

Inspiration

Case studies

Videos

Resources

Downloads

FAQ - Frequently Asked Questions

Compare LED skylights

About us

Find an agent

Contact

Newsletter

Cookie policy          Privacy policy          Terms & Conditions

© 2024 INNERSCENE