# UNDER SEAL

# EXHIBIT 6