IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | Case No. 2:24-cv-00093-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | Case No. 2:24-CV-00064-JRG <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF MACKENZIE PALADINO IN SUPPORT OF PLAINTIFF VIRTAMOVE, CORP.'S SUR REPLY TO HPE's MOTION TO TRANSFER (DKT. 87)**

I, Mackenzie Paladino, declare and state as follows:

1. I am a member of the State Bar of New York and an attorney at the firm of Russ August & Kabat, and one of the attorneys for Plaintiff VirtaMove, Corp. in the above-captioned action. I submit this declaration in support of Plaintiff's Sur-Reply to HPE's Motion to Transfer. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as Exhibit 24 is a true and correct copy of Resonant Systems, Inc.'s Response to Sony Interactive Entertainment Inc.'s Petition for Writ of Mandamus, Document 9

1

from *In re Sony Interactive Entertainment Inc.*, No. 24-140 (Fed. Cir. Aug. 30, 2024) without the appendix.

    I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

    Executed on November 22, 2024 in New York, New York.

<u>/s/ *Mackenzie Paladino*</u>
Mackenzie Paladino
(NY SBN: 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474