IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br>    Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br>    Defendants. | § Case No. 2:24-cv-00093-JRG <br> § (Lead Case) <br> § <br> § JURY TRIAL DEMANDED |
| VIRTAMOVE, CORP., <br>    Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br>    Defendants. | § Case No. 2:24-CV-00064-JRG <br> § (Member Case) <br> § <br> § JURY TRIAL DEMANDED |

**JOINT MOTION TO REPLACE VIRTAMOVE, CORP.'S SUR-REPLY (DKT. 93) WITH NEW VERSION**

  Plaintiff Virtamove, Corp. ("Plaintiff") and Defendant International Business Machines Corp. ("Defendant"), (collectively, the "Parties") jointly move the Court to replace the as-filed version of Dkt. 93, which is VirtaMove Corp.'s Sur-Reply to IBM Corp.'s Motion to Transfer (Dkt. 78), with the attached version, and that the replacement sur-reply brief be considered by the Court in lieu of the previously filed version. The Parties make this request to avoid a dispute.

Dated: November 26, 2024   Respectfully submitted,

             By: /s/ *Reza Mirzaie*

             Reza Mirzaie (CA SBN 246953)
             rmirzaie@raklaw.com
             Marc A. Fenster (CA SBN 181067)

1

mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
8080 N. Central Expressway, Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*


By: /s/ *Andrea Fair*

Todd M. Friedman (pro hac vice)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: todd.friedman@kirkland.com

Brandon H. Brown
State Bar No. 266347
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104

Telephone: (415) 439-1400
Facsimile: (415) 439-1500 Email:
brandon.brown@kirkland.com

*Of Counsel*:
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: garrett@millerfairhenry.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Defendant International Business Machines Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this November 26, 2024.

/s/ *Reza Mirzaie*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) counsel for Defendant has conferred with counsel for Plaintiff and the relief requested in this motion is joint.

/s/ *Reza Mirzaie*