# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br>     Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br>     Defendants. | § Case No. 2:24-cv-00093-JRG <br> § (Lead Case) <br> § <br> § **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br>     Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br>     Defendants. | § Case No. 2:24-CV-00064-JRG <br> § (Member Case) <br> § <br> § **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO REPLACE VIRTAMOVE CORP.'S SUR-REPLY (DKT. 93) WITH NEW VERSION

Before the Court is Plaintiff Virtamove, Corp. and Defendant International Business Machines Corp.'s Joint Motion to Replace VirtaMove Corp.'s Sur-Reply (Dkt. 93) With New Version (the "Motion").

After considering the motion, and noting its joint nature, the Court is of the opinion that the Motion should be, and hereby is, GRANTED. IT IS HEREBY ORDERED that the Replacement Sur-Reply attached to the Motion replaces the previously filed version of VirtaMove Corp.'s Sur-Reply to IBM Corp.'s Motion to Transfer (Dkt. 78), and that the Court will consider the Replacement Sur-Reply in lieu of the previously filed version.