### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., § § *Plaintiff*, § § v. § § HEWLETT PACKARD ENTERPRISE § COMPANY, § § *Defendant*. § | | CIVIL ACTION NO. 2:24-CV-00093-JRG (LEAD CASE) |
| VIRTAMOVE, CORP., § § *Plaintiff*, § § v. § § INTERNATIONAL BUSINESS § MACHINES CORP., § § *Defendant*. § | | CIVIL ACTION NO. 2:24-CV-00064-JRG (MEMBER CASE) |

### ORDER

Before the Court is the Joint Motion to Replace VirtaMove, Corp.'s Sur-Reply (Dkt. 93) With New Version (the "Motion") filed by Plaintiff VirtaMove, Corp. and Defendant International Business Machines Corp. (collectively, the "Parties"). (Dkt. No. 109.) In the Motion, the Parties ask the Court to replace the as-filed version of Dkt. 93, which is VirtaMove Corp.'s Sur-Reply to IBM Corp.'s Motion to Transfer, with the attached version (Dkt. 109-1), and that the replacement sur-reply brief be considered by the Court in lieu of the previously filed version. (*Id.* at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Replacement Sur-Reply attached

to the Motion (Dkt. No. 109-1) hereby replaces the previously filed version of VirtaMove Corp.'s Sur-Reply (Dkt. No. 93) to IBM Corp.'s Motion to Transfer (Dkt. 78).

**So Ordered this**

**Nov 27, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE