# Exhibit 2

## U.S. Patent No. 7,519,814 ("'814 Patent")

Accused Instrumentalities: IBM products and services using secure containerized applications, including without limitation IBM's Cloud Kubernetes Service (IKS), IBM Cloud Private (ICP), and IBM Hybrid Cloud mesh, and all versions and variations thereof since the issuance of the asserted patent.

Each Accused Instrumentality infringes the claims in substantially the same way, and the evidence shown in this chart is similarly applicable to each Accused Instrumentality. Each claim limitation is literally infringed by each Accused Instrumentality. However, to the extent any claim limitation is not met literally, it is nonetheless met under the doctrine of equivalents because the differences between the claim limitation and each Accused Instrumentality would be insubstantial, and each Accused Instrumentality performs substantially the same function, in substantially the same way, to achieve the same result as the claimed invention. Notably, Defendant has not yet articulated which, if any, particular claim limitations it believes are not met by the Accused Instrumentalities.

## Claim 1

| Claim 1 | Accused Instrumentalities |
|---|---|
| [1pre] 1. In a system having a plurality of servers with operating systems that differ, operating in disparate computing environments, wherein each server includes a processor and an operating system including a kernel a set of associated local system files compatible with the processor, a method of providing at least some of the servers in the system with secure, executable, applications related to a service, wherein the applications are executed in a secure environment, wherein the applications each | To the extent the preamble is limiting, IBM practices, through the Accused Instrumentalities, in a system having a plurality of servers with operating systems that differ, operating in disparate computing environments, wherein each server includes a processor and an operating system including a kernel a set of associated local system files compatible with the processor, a method of providing at least some of the servers in the system with secure, executable, applications related to a service, wherein the applications are executed in a secure environment, wherein the applications each include an object executable by at least some of the different operating systems for performing a task related to the service, as claimed.<br><br>For example, IBM Cloud Kubernetes Service runs on individual servers, each of which runs an independent operating system running either on bare metal, through an on-premises virtualized infrastructure, through one or more cloud services, or through any other supported deployment.<br><br>*See* claim limitations below.<br><br>*See also, e.g.*: |

| Claim 1 | Accused Instrumentalities |
|---|---|
| include an object executable by at least some of the different operating systems for performing a task related to the service, the method comprising: | IBM Cloud® Kubernetes Service provides a fully managed container service for Docker (OCI) containers, so clients can deploy containerized apps onto a pool of compute hosts and subsequently manage those containers. Containers are automatically scheduled and placed onto available compute hosts based on your requirements and availability in the cluster.<br><br>https://www.ibm.com/products/kubernetes-service<br><br>With IBM Cloud Kubernetes Service, you can deploy Docker containers into pods that run on your worker nodes. The worker nodes come with a set of add-on pods to help you manage your containers. Install more add-ons through Helm, a Kubernetes package manager. These add-ons can extend your apps with dashboards, logging, IBM Cloud and IBM Watson® services and more.<br><br>https://www.ibm.com/products/kubernetes-service<br><br><br>Docker is an open source platform that enables developers to build, deploy, run, update and manage *containers*—standardized, executable components that combine application source code with the operating system (OS) libraries and dependencies required to run that code in any environment.<br><br>https://www.ibm.com/topics/docker |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |  https://developer.ibm.com/articles/true-benefits-of-moving-to-containers-1/ |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  | Containers are executable units of software in which application code is packaged along with its libraries and dependencies, in common ways so that the code can be run anywhere—whether it be on desktop, traditional IT or the cloud.<br><br>To do this, containers take advantage of a form of operating system (OS) virtualization in which features of the OS kernel (e.g. Linux namespaces and cgroups, Windows silos and job objects) can be leveraged to isolate processes and control the amount of CPU, memory and disk that those processes can access.<br><br>Containers are small, fast and portable because unlike a virtual machine, containers do not need to include a guest OS in every instance and can instead simply leverage the features and resources of the host OS.<br><br>https://www.ibm.com/topics/containers<br><br>With containers, you can isolate the ecosystem to run an application an any host OS (operating system). Containers can wrap code, runtimes, system tools, system libraries—everything that can be installed on a server. Containers are like virtual machines (VMs), but with a key difference in their architectural approach. Images that run on VMs have a full copy of the guest OS, including the necessary binaries and libraries. Images that run on containers share the OS kernel on the host.<br><br>The Docker Engine builds and spins images on the containers. The engine is a lightweight container runtime that can run on almost any OS. You can run a container anywhere that a Docker Engine can be installed—on bare metal servers, clouds, and even inside a VM. You can move containers from one environment to another without recoding the application.<br><br>Containers can help DevOps teams in three ways:<br><br>• Increase development productivity by reducing the time spent on environment setup<br>• Eliminate issues that are caused by software dependencies<br>• Avoid inconsistencies when applications are run in different environments<br><br>You can use IBM Cloud Kubernetes Service to run containers on IBM Cloud.<br><br>https://www.ibm.com/garage/method/practices/run/tool_ibm_container/, last accessed on Nov. 17, 2023. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | Containers use a form of operating system (OS) virtualization. Put simply, they leverage features of the host operating system to isolate processes and control the processes' access to CPUs, memory and desk space.<br><br>https://www.ibm.com/blog/containers-vs-vms/<br><br>Today Docker containerization also works with Microsoft Windows and Apple MacOS. Developers can run Docker containers on any operating system, and most leading cloud providers, including Amazon Web Services (AWS), Microsoft Azure, and IBM Cloud offer specific services to help developers build, deploy and run applications containerized with Docker.<br><br>https://www.ibm.com/topics/docker |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | Containers are often referred to as "lightweight," meaning they share the machine's operating system kernel and do not require the overhead of associating an operating system within each application. Containers are inherently smaller in capacity than a VM and require less start-up time, allowing far more containers to run on the same compute capacity as a single VM. This drives higher server efficiencies and, in turn, reduces server and licensing costs.<br><br>Containers encapsulate an application as a single executable package of software that bundles application code together with all of the related configuration files, libraries, and dependencies required for it to run. Containerized applications are "isolated" in that they do not bundle in a copy of the operating system. Instead, an open source runtime engine (such as the Docker runtime engine) is installed on the host's operating system and becomes the conduit for containers to share an operating system with other containers on the same computing system.<br><br>https://www.ibm.com/topics/containerization |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| |  |

https://ibm.github.io/kube101/

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <br><br>Kubernetes cluster architecture<br>https://kubernetes.io/docs/concepts/architecture/ |
| [1a] storing in memory accessible to at least some of the servers a plurality of secure containers of application software, each container | The method practiced by IBM through the Accused Instrumentalities includes a step of storing in memory accessible to at least some of the servers a plurality of secure containers of application software, each container comprising one or more of the executable applications and a set of associated system files required to execute the one or more applications, for use with a local kernel residing permanently on one of the servers. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| comprising one or more of the executable applications and a set of associated system files required to execute the one or more applications, for use with a local kernel residing permanently on one of the servers; | For example, IBM Cloud Kubernetes stores application containers, sometimes called Docker containers, container images, Kubernetes containers, or Kubernetes pods, in persistent storage available to each node running the application. The container might be in a format defined by the Open Container Initiative. This storage may be physically attached to the server or connected through any supported interconnect, including over a network. Each container includes the application software as well as a Linux user space required to execute the application, for example libc/glibc and other shared libraries, configuration files, etc. necessary for the application. For example, the container includes a base OS image, provided by IBM  or by a third party, such as a CentOS, RHEL, or Ubuntu base image. The container is compatible with the host kernel, for example because the container libraries are linked against the Linux kernel, and the supported host operating systems also use the Linux kernel, which has a stable binary interface.<br><br>*See, e.g.*:<br><br>Containers use a form of operating system (OS) virtualization. Put simply, they leverage features of the host operating system to isolate processes and control the processes' access to CPUs, memory and desk space.<br><br>https://www.ibm.com/blog/containers-vs-vms/<br><br>Today Docker containerization also works with Microsoft Windows and Apple MacOS. Developers can run Docker containers on any operating system, and most leading cloud providers, including Amazon Web Services (AWS), Microsoft Azure, and IBM Cloud offer specific services to help developers build, deploy and run applications containerized with Docker.<br><br>https://www.ibm.com/topics/docker |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  https://ibm.github.io/kube101/ |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | ## Container images<br><br>A container image is a ready-to-run software package containing everything needed to run an application: the code and any runtime it requires, application and system libraries, and default values for any essential settings.<br><br>https://kubernetes.io/docs/concepts/containers/<br><br>A Docker image is the basis for every container that you create with IBM Cloud® Kubernetes Service.<br><br>An image is created from a Dockerfile, which is a file that contains instructions to build the image. A Dockerfile might reference build artifacts in its instructions that are stored separately, such as an app, the app's configuration, and its dependencies.<br><br>https://cloud.ibm.com/docs/containers?topic=containers-images |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|

| Docker base image | Supported versions | Source of security notices |
|-------------------|--------------------|----------------------------|
| Alpine | All stable versions with vendor security support. | Alpine SecDB database ⤴. |
| Debian | All stable versions with vendor security support.<br><br>CVEs on binary packages that are associated with the Debian source package `linux`, such as `linux-libc-dev`, are not reported. Most of these binary packages are kernel and kernel modules, which are not run in container images. | Debian Security Bug Tracker ⤴. |
| GoogleContainerTools distroless | All stable versions with vendor security support. | GoogleContainerTools distroless ⤴ |
| Red Hat® Enterprise Linux® (RHEL) | RHEL/UBI 7, RHEL/UBI 8, and RHEL/UBI 9 | Red Hat Security Data API ⤴. |
| Ubuntu | All stable versions with vendor security support. | Ubuntu CVE Tracker ⤴. |

https://cloud.ibm.com/docs/Registry?topic=Registry-va_index&interface=ui

| Claim 1 | Accused Instrumentalities |
|---|---|
| | # About storage drivers<br><br>To use storage drivers effectively, it's important to know how Docker builds and stores images, and how these images are used by containers. You can use this information to make informed choices about the best way to persist data from your applications and avoid performance problems along the way.<br><br>## Storage drivers versus Docker volumes<br><br>Docker uses storage drivers to store image layers, and to store data in the writable layer of a container. The container's writable layer doesn't persist after the container is deleted, but is suitable for storing ephemeral data that is generated at runtime. Storage drivers are optimized for space efficiency, but (depending on the storage driver) write speeds are lower than native file system performance, especially for storage drivers that use a copy-on-write filesystem. Write-intensive applications, such as database storage, are impacted by a performance overhead, particularly if pre-existing data exists in the read-only layer.<br><br>Use Docker volumes for write-intensive data, data that must persist beyond the container's lifespan, and data that must be shared between containers. Refer to the volumes section to learn how to use volumes to persist data and improve performance.<br><br>https://docs.docker.com/storage/storagedriver/ |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | # Images and layers<br><br>A Docker image is built up from a series of layers. Each layer represents an instruction in the image's Dockerfile. Each layer except the very last one is read-only. Consider the following Dockerfile:<br><br>```<br># syntax=docker/dockerfile:1<br><br>FROM ubuntu:22.04<br>LABEL org.opencontainers.image.authors="org@example.com"<br>COPY . /app<br>RUN make /app<br>RUN rm -r $HOME/.cache<br>CMD python /app/app.py<br>```<br><br>This Dockerfile contains four commands. Commands that modify the filesystem create a layer. The `FROM` statement starts out by creating a layer from the `ubuntu:22.04` image. The `LABEL` command only modifies the image's metadata, and doesn't produce a new layer. The `COPY` command adds some files from your Docker client's current directory. The first `RUN` command builds your application using the `make` command, and writes the result to a new layer. The second `RUN` command removes a cache directory, and writes the result to a new layer. Finally, the `CMD` instruction specifies what command to run within the container, which only modifies the image's metadata, which doesn't produce an image layer.<br><br>https://docs.docker.com/storage/storagedriver/ |

Each layer is only a set of differences from the layer before it. Note that both *adding*, and *removing* files will result in a new layer. In the example above, the `$HOME/.cache` directory is removed, but will still be available in the previous layer and add up to the image's total size. Refer to the Best practices for writing Dockerfiles and use multi-stage builds sections to learn how to optimize your Dockerfiles for efficient images.

The layers are stacked on top of each other. When you create a new container, you add a new writable layer on top of the underlying layers. This layer is often called the "container layer". All changes made to the running container, such as writing new files, modifying existing files, and deleting files, are written to this thin writable container layer. The diagram below shows a container based on an `ubuntu:15.04` image.



https://docs.docker.com/storage/storagedriver/

| Claim 1 | Accused Instrumentalities |
|---|---|
| | # Volumes<br><br>Volumes are the preferred mechanism for persisting data generated by and used by Docker containers. While bind mounts are dependent on the directory structure and OS of the host machine, volumes are completely managed by Docker. Volumes have several advantages over bind mounts:<br><br>https://kubernetes.io/docs/concepts/storage/volumes/<br><br>## Container environment<br><br>The Kubernetes Container environment provides several important resources to Containers:<br><br>• A filesystem, which is a combination of an image and one or more volumes.<br>• Information about the Container itself.<br>• Information about other objects in the cluster.<br><br>https://kubernetes.io/docs/concepts/containers/container-environment/ |

| Claim 1 | Accused Instrumentalities | |
|---------|---------------------------|---|
| | # Images<br><br>A container image represents binary data that encapsulates an application and all its software dependencies. Container images are executable software bundles that can run standalone and that make very well defined assumptions about their runtime environment.<br><br>You typically create a container image of your application and push it to a registry before referring to it in a Pod.<br><br>https://kubernetes.io/docs/concepts/containers/images/<br><br># Volumes<br><br>On-disk files in a container are ephemeral, which presents some problems for non-trivial applications when running in containers. One problem occurs when a container crashes or is stopped. Container state is not saved so all of the files that were created or modified during the lifetime of the container are lost. During a crash, kubelet restarts the container with a clean state. Another problem occurs when multiple containers are running in a Pod and need to share files. It can be challenging to setup and access a shared filesystem across all of the containers. The Kubernetes volume abstraction solves both of these problems. Familiarity with Pods is suggested.<br><br>https://kubernetes.io/docs/concepts/storage/volumes/ | |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | # Open Container Initiative<br><br>## Image Format Specification<br><br>This specification defines an OCI Image, consisting of an image manifest, an image index (optional), a set of filesystem layers, and a configuration.<br><br>The goal of this specification is to enable the creation of interoperable tools for building, transporting, and preparing a container image to run.<br><br>https://github.com/opencontainers/image-spec/blob/a6af2b480dcfc001ba975f44de53001c873cb0ef/spec.md |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | ## Overview<br><br>At a high level the image manifest contains metadata about the contents and dependencies of the image including the content-addressable identity of one or more filesystem layer changeset archives that will be unpacked to make up the final runnable filesystem. The image configuration includes information such as application arguments, environments, etc. The image index is a higher-level manifest which points to a list of manifests and descriptors. Typically, these manifests may provide different implementations of the image, possibly varying by platform or other attributes.<br><br>https://github.com/opencontainers/image-spec/blob/a6af2b480dcfc001ba975f44de53001c873cb0ef/spec.md |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  | ## OCI Image Configuration<br><br>An OCI *Image* is an ordered collection of root filesystem changes and the corresponding execution parameters for use within a container runtime. This specification outlines the JSON format describing images for use with a container runtime and execution tool and its relationship to filesystem changesets, described in Layers.<br><br>This section defines the `application/vnd.oci.image.config.v1+json` media type.<br><br>https://github.com/opencontainers/image-spec/blob/a6af2b480dcfc001ba975f44de53001c873cb0ef/config.md |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | **Layer**<br><br>• Image filesystems are composed of *layers*.<br>• Each layer represents a set of filesystem changes in a tar-based [layer format](#), recording files to be added, changed, or deleted relative to its parent layer.<br>• Layers do not have configuration metadata such as environment variables or default arguments - these are properties of the image as a whole rather than any particular layer.<br>• Using a layer-based or union filesystem such as AUFS, or by computing the diff from filesystem snapshots, the filesystem changeset can be used to present a series of image layers as if they were one cohesive filesystem.<br><br>**Image JSON**<br><br>• Each image has an associated JSON structure which describes some basic information about the image such as date created, author, as well as execution/runtime configuration like its entrypoint, default arguments, networking, and volumes.<br>• The JSON structure also references a cryptographic hash of each layer used by the image, and provides history information for those layers.<br>• This JSON is considered to be immutable, because changing it would change the computed [ImageID](#).<br>• Changing it means creating a new derived image, instead of changing the existing image.<br><br>https://github.com/opencontainers/image-spec/blob/a6af2b480dcfc001ba975f44de53001c873cb0ef/config.md |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | • **rootfs** *object*, REQUIRED <br><br> The rootfs key references the layer content addresses used by the image. This makes the image config hash depend on the filesystem hash. <br><br> ◦ **type** *string*, REQUIRED <br><br> MUST be set to `layers`. Implementations MUST generate an error if they encounter a unknown value while verifying or unpacking an image. <br><br> ◦ **diff_ids** *array of strings*, REQUIRED <br><br> An array of layer content hashes ( `DiffIDs` ), in order from first to last. <br><br> https://github.com/opencontainers/image-spec/blob/a6af2b480dcfc001ba975f44de53001c873cb0ef/config.md |
| [1b] wherein the set of associated system files are compatible with a local kernel of at least some of the plurality of different operating systems, | In the method practiced by IBM through the Accused Instrumentalities, the set of associated system files are compatible with a local kernel of at least some of the plurality of different operating systems. <br><br> The system files in the container are compatible with the host kernel, for example because they are linked against the Linux kernel and the supported host operating systems also use the Linux kernel, which has a stable binary interface. <br><br> *See, e.g.*: |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | Containers are often referred to as "lightweight," meaning they share the machine's operating system kernel and do not require the overhead of associating an operating system within each application. Containers are inherently smaller in capacity than a VM and require less start-up time, allowing far more containers to run on the same compute capacity as a single VM. This drives higher server efficiencies and, in turn, reduces server and licensing costs.<br><br>Containers encapsulate an application as a single executable package of software that bundles application code together with all of the related configuration files, libraries, and dependencies required for it to run. Containerized applications are "isolated" in that they do not bundle in a copy of the operating system. Instead, an open source runtime engine (such as the Docker runtime engine) is installed on the host's operating system and becomes the conduit for containers to share an operating system with other containers on the same computing system.<br><br>https://www.ibm.com/topics/containerization |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | <br>https://ibm.github.io/kube101/ |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|  | A Docker image is the basis for every container that you create with IBM Cloud® Kubernetes Service. An image is created from a Dockerfile, which is a file that contains instructions to build the image. A Dockerfile might reference build artifacts in its instructions that are stored separately, such as an app, the app's configuration, and its dependencies. https://cloud.ibm.com/docs/containers?topic=containers-images |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | <table><tr><td>**Docker base image**</td><td>**Supported versions**</td><td>**Source of security notices**</td></tr><tr><td>Alpine</td><td>All stable versions with vendor security support.</td><td>Alpine SecDB database ⧉.</td></tr><tr><td>Debian</td><td>All stable versions with vendor security support.<br><br>CVEs on binary packages that are associated with the Debian source package `linux`, such as `linux-libc-dev`, are not reported. Most of these binary packages are kernel and kernel modules, which are not run in container images.</td><td>Debian Security Bug Tracker ⧉.</td></tr><tr><td>GoogleContainerTools distroless</td><td>All stable versions with vendor security support.</td><td>GoogleContainerTools distroless ⧉</td></tr><tr><td>Red Hat® Enterprise Linux® (RHEL)</td><td>RHEL/UBI 7, RHEL/UBI 8, and RHEL/UBI 9</td><td>Red Hat Security Data API ⧉.</td></tr><tr><td>Ubuntu</td><td>All stable versions with vendor security support.</td><td>Ubuntu CVE Tracker ⧉.</td></tr></table><br>https://cloud.ibm.com/docs/Registry?topic=Registry-va_index&interface=ui |
| [1c] the containers of application software excluding a kernel, | In the method practiced by IBM through the Accused Instrumentalities, the containers of application software exclude a kernel.<br><br>*See, e.g.*: |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | Containers are often referred to as "lightweight," meaning they share the machine's operating system kernel and do not require the overhead of associating an operating system within each application. Containers are inherently smaller in capacity than a VM and require less start-up time, allowing far more containers to run on the same compute capacity as a single VM. This drives higher server efficiencies and, in turn, reduces server and licensing costs. https://www.ibm.com/topics/containerization |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  https://ibm.github.io/kube101/ |
| [1d] wherein some or all of the associated system files within a container stored in memory are utilized in place of the | In the method practiced by IBM through the Accused Instrumentalities, some or all of the associated system files within a container stored in memory are utilized in place of the associated local system files that remain resident on the server. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| associated local system files that remain resident on the server, | For example, each container will utilize its own local system files, including libraries such as libc/glibc and configuration files, not the corresponding libraries and configuration files of the host OS.<br><br>*See, e.g.*:<br><br>Rather than spinning up an entire virtual machine, containerization packages together everything needed to run a single application or microservice (along with runtime libraries they need to run). The container includes all the code, its dependencies and even the operating system itself. This enables applications to run almost anywhere — a desktop computer, a traditional IT infrastructure or the cloud.<br><br>Containers use a form of operating system (OS) virtualization. Put simply, they leverage features of the host operating system to isolate processes and control the processes' access to CPUs, memory and desk space.<br><br>https://www.ibm.com/blog/containers-vs-vms/ |
| [1e] wherein said associated system files utilized in place of the associated local system files are copies or modified copies of the associated local system files that remain resident on the server, | In the method practiced by IBM through the Accused Instrumentalities, said associated system files utilized in place of the associated local system files are copies or modified copies of the associated local system files that remain resident on the server.<br><br>For example, in some cases the host OS and container will use one or more identical system files, for example when both the host and the container incorporate the same Linux distribution version, or when both host and container use the same version of libc. In other cases modified copies are used instead, for example when different versions of the same library, or configuration files with different parameters, are used by the host and container.<br><br>*See, e.g.*: |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  | Containerization is the packaging of software code with just the operating system (OS) libraries and dependencies required to run the code to create a single lightweight executable—called a container—that runs consistently on any infrastructure. More portable and resource-efficient than virtual machines (VMs), containers have become the de facto compute units of modern cloud-native applications.<br><br>Containerization allows developers to create and deploy applications faster and more securely. With traditional methods, code is developed in a specific computing environment which, when transferred to a new location, often results in bugs and errors. For example, when a developer transfers code from a desktop computer to a VM or from a Linux to a Windows operating system. Containerization eliminates this problem by bundling the application code together with the related configuration files, libraries, and dependencies required for it to run. This single package of software or "container" is abstracted away from the host operating system, and hence, it stands alone and becomes portable—able to run across any platform or cloud, free of issues.<br>https://www.ibm.com/topics/containerization |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | With containers, you can isolate the ecosystem to run an application an any host OS (operating system). Containers can wrap code, runtimes, system tools, system libraries— everything that can be installed on a server. Containers are like virtual machines (VMs), but with a key difference in their architectural approach. Images that run on VMs have a full copy of the guest OS, including the necessary binaries and libraries. Images that run on containers share the OS kernel on the host.<br><br>The Docker Engine builds and spins images on the containers. The engine is a lightweight container runtime that can run on almost any OS. You can run a container anywhere that a Docker Engine can be installed—on bare metal servers, clouds, and even inside a VM. You can move containers from one environment to another without recoding the application.<br><br>Containers can help DevOps teams in three ways:<br><br>• Increase development productivity by reducing the time spent on environment setup<br>• Eliminate issues that are caused by software dependencies<br>• Avoid inconsistencies when applications are run in different environments<br><br>You can use IBM Cloud Kubernetes Service to run containers on IBM Cloud.<br><br>https://www.ibm.com/garage/method/practices/run/tool_ibm_container/, last accessed on Nov. 17, 2023. |
| [1f] and wherein the application software cannot be shared between the plurality of secure containers of application software, | In the method practiced by IBM through the Accused Instrumentalities, the application software cannot be shared between the plurality of secure containers of application software.<br><br>For example, each container has an isolated runtime environment that cannot be accessed by other containers, for example including a per-container writeable layer or other ephemeral per-container storage. For another example, when the plurality of secure containers each corresponds to a different container image, each container cannot access another container's image and therefore application software.<br><br>*See, e.g.*:<br><br>Containers are made possible by process isolation and virtualization capabilities built into the Linux kernel. These capabilities—such as *control groups* (Cgroups) for allocating resources among processes, and *namespaces* for restricting a processes access or visibility into other resources or areas of the system—enable multiple application components to share the resources of a single instance of the host operating system in much the same way that a hypervisor enables multiple virtual machines (VMs) to share the CPU, memory and other resources of a single hardware server.<br><br>https://www.ibm.com/topics/docker |

| Claim 1 | Accused Instrumentalities | |
|---------|---------------------------|--|
|         | **Fault isolation:** Each containerized application is isolated and operates independently of others. The failure of one container does not affect the continued operation of any other containers. Development teams can identify and correct any technical issues within one container without any downtime in other containers. Also, the container engine can leverage any OS security isolation techniques—such as SELinux access control—to isolate faults within containers.<br><br>https://www.ibm.com/topics/containerization | |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | # About storage drivers <br><br> To use storage drivers effectively, it's important to know how Docker builds and stores images, and how these images are used by containers. You can use this information to make informed choices about the best way to persist data from your applications and avoid performance problems along the way. <br><br> ## Storage drivers versus Docker volumes <br><br> Docker uses storage drivers to store image layers, and to store data in the writable layer of a container. The container's writable layer doesn't persist after the container is deleted, but is suitable for storing ephemeral data that is generated at runtime. Storage drivers are optimized for space efficiency, but (depending on the storage driver) write speeds are lower than native file system performance, especially for storage drivers that use a copy-on-write filesystem. Write-intensive applications, such as database storage, are impacted by a performance overhead, particularly if pre-existing data exists in the read-only layer. <br><br> Use Docker volumes for write-intensive data, data that must persist beyond the container's lifespan, and data that must be shared between containers. Refer to the volumes section to learn how to use volumes to persist data and improve performance. <br><br> https://docs.docker.com/storage/storagedriver/ |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | ## Images and layers<br><br>A Docker image is built up from a series of layers. Each layer represents an instruction in the image's Dockerfile. Each layer except the very last one is read-only. Consider the following Dockerfile:<br><br>```<br># syntax=docker/dockerfile:1<br><br>FROM ubuntu:22.04<br>LABEL org.opencontainers.image.authors="org@example.com"<br>COPY . /app<br>RUN make /app<br>RUN rm -r $HOME/.cache<br>CMD python /app/app.py<br>```<br><br>This Dockerfile contains four commands. Commands that modify the filesystem create a layer. The `FROM` statement starts out by creating a layer from the `ubuntu:22.04` image. The `LABEL` command only modifies the image's metadata, and doesn't produce a new layer. The `COPY` command adds some files from your Docker client's current directory. The first `RUN` command builds your application using the `make` command, and writes the result to a new layer. The second `RUN` command removes a cache directory, and writes the result to a new layer. Finally, the `CMD` instruction specifies what command to run within the container, which only modifies the image's metadata, which doesn't produce an image layer.<br><br>https://docs.docker.com/storage/storagedriver/ |

Each layer is only a set of differences from the layer before it. Note that both *adding*, and *removing* files will result in a new layer. In the example above, the `$HOME/.cache` directory is removed, but will still be available in the previous layer and add up to the image's total size. Refer to the Best practices for writing Dockerfiles and use multi-stage builds sections to learn how to optimize your Dockerfiles for efficient images.

The layers are stacked on top of each other. When you create a new container, you add a new writable layer on top of the underlying layers. This layer is often called the "container layer". All changes made to the running container, such as writing new files, modifying existing files, and deleting files, are written to this thin writable container layer. The diagram below shows a container based on an `ubuntu:15.04` image.



https://docs.docker.com/storage/storagedriver/

| Claim 1 | Accused Instrumentalities |
|---|---|
| [1g] and wherein each of the containers has a unique root file system that is different from an operating system's root file system. | In the method practiced by IBM through the Accused Instrumentalities, each of the containers has a unique root file system that is different from an operating system's root file system.<br><br>For example, the container's root file system comprises the image layer(s), an ephemeral writeable layer (e.g., in Docker terminology the container layer), and optionally one or more volumes. This root file system is distinct and isolated from the host operating system's root file system.<br><br>*See, e.g.*:<br><br>Limit the number of privileged containers. Containers run as a separate Linux process on the compute host that is isolated from other processes. Although users have root access inside the container, the permissions of this user are limited outside the container to protect other Linux processes, the host file system, and host devices. Some apps require access to the host file system or advanced permissions to run properly. You can run containers in privileged mode to allow the container the same access as the processes running on the compute host. Keep in mind that privileged containers can cause huge damage to the cluster and the underlying compute host if they become compromised. Try to limit the number of containers that run in privileged mode and consider changing the configuration for your app so that the app can run without advanced permissions.<br>https://cloud.ibm.com/docs/containers?topic=containers-security<br><br>Containers are made possible by process isolation and virtualization capabilities built into the Linux kernel. These capabilities—such as *control groups* (Cgroups) for allocating resources among processes, and *namespaces* for restricting a processes access or visibility into other resources or areas of the system—enable multiple application components to share the resources of a single instance of the host operating system in much the same way that a hypervisor enables multiple virtual machines (VMs) to share the CPU, memory and other resources of a single hardware server.<br>https://www.ibm.com/topics/docker |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | # About storage drivers<br><br>To use storage drivers effectively, it's important to know how Docker builds and stores images, and how these images are used by containers. You can use this information to make informed choices about the best way to persist data from your applications and avoid performance problems along the way.<br><br>## Storage drivers versus Docker volumes<br><br>Docker uses storage drivers to store image layers, and to store data in the writable layer of a container. The container's writable layer doesn't persist after the container is deleted, but is suitable for storing ephemeral data that is generated at runtime. Storage drivers are optimized for space efficiency, but (depending on the storage driver) write speeds are lower than native file system performance, especially for storage drivers that use a copy-on-write filesystem. Write-intensive applications, such as database storage, are impacted by a performance overhead, particularly if pre-existing data exists in the read-only layer.<br><br>Use Docker volumes for write-intensive data, data that must persist beyond the container's lifespan, and data that must be shared between containers. Refer to the volumes section to learn how to use volumes to persist data and improve performance.<br><br>https://docs.docker.com/storage/storagedriver/ |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | ## Images and layers<br><br>A Docker image is built up from a series of layers. Each layer represents an instruction in the image's Dockerfile. Each layer except the very last one is read-only. Consider the following Dockerfile:<br><br>```<br># syntax=docker/dockerfile:1<br><br>FROM ubuntu:22.04<br>LABEL org.opencontainers.image.authors="org@example.com"<br>COPY . /app<br>RUN make /app<br>RUN rm -r $HOME/.cache<br>CMD python /app/app.py<br>```<br><br>This Dockerfile contains four commands. Commands that modify the filesystem create a layer. The `FROM` statement starts out by creating a layer from the `ubuntu:22.04` image. The `LABEL` command only modifies the image's metadata, and doesn't produce a new layer. The `COPY` command adds some files from your Docker client's current directory. The first `RUN` command builds your application using the `make` command, and writes the result to a new layer. The second `RUN` command removes a cache directory, and writes the result to a new layer. Finally, the `CMD` instruction specifies what command to run within the container, which only modifies the image's metadata, which doesn't produce an image layer.<br><br>https://docs.docker.com/storage/storagedriver/ |

Each layer is only a set of differences from the layer before it. Note that both *adding*, and *removing* files will result in a new layer. In the example above, the `$HOME/.cache` directory is removed, but will still be available in the previous layer and add up to the image's total size. Refer to the Best practices for writing Dockerfiles and use multi-stage builds sections to learn how to optimize your Dockerfiles for efficient images.

The layers are stacked on top of each other. When you create a new container, you add a new writable layer on top of the underlying layers. This layer is often called the "container layer". All changes made to the running container, such as writing new files, modifying existing files, and deleting files, are written to this thin writable container layer. The diagram below shows a container based on an `ubuntu:15.04` image.



https://docs.docker.com/storage/storagedriver/

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| | # Volumes<br><br>Volumes are the preferred mechanism for persisting data generated by and used by Docker containers. While bind mounts are dependent on the directory structure and OS of the host machine, volumes are completely managed by Docker. Volumes have several advantages over bind mounts:<br><br>https://kubernetes.io/docs/concepts/storage/volumes/<br><br>## Container environment<br><br>The Kubernetes Container environment provides several important resources to Containers:<br><br>• A filesystem, which is a combination of an image and one or more volumes.<br>• Information about the Container itself.<br>• Information about other objects in the cluster.<br><br>https://kubernetes.io/docs/concepts/containers/container-environment/ |

| Claim 1 | Accused Instrumentalities | |
|---|---|---|
| | # Images<br><br>A container image represents binary data that encapsulates an application and all its software dependencies. Container images are executable software bundles that can run standalone and that make very well defined assumptions about their runtime environment.<br><br>You typically create a container image of your application and push it to a registry before referring to it in a Pod.<br><br>https://kubernetes.io/docs/concepts/containers/images/<br><br># Volumes<br><br>On-disk files in a container are ephemeral, which presents some problems for non-trivial applications when running in containers. One problem occurs when a container crashes or is stopped. Container state is not saved so all of the files that were created or modified during the lifetime of the container are lost. During a crash, kubelet restarts the container with a clean state. Another problem occurs when multiple containers are running in a `Pod` and need to share files. It can be challenging to setup and access a shared filesystem across all of the containers. The Kubernetes volume abstraction solves both of these problems. Familiarity with Pods is suggested.<br><br>https://kubernetes.io/docs/concepts/storage/volumes/ | |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | # Open Container Initiative<br><br>## Image Format Specification<br><br>This specification defines an OCI Image, consisting of an image manifest, an image index (optional), a set of filesystem layers, and a configuration.<br><br>The goal of this specification is to enable the creation of interoperable tools for building, transporting, and preparing a container image to run.<br><br>https://github.com/opencontainers/image-spec/blob/a6af2b480dcfc001ba975f44de53001c873cb0ef/spec.md |

| Claim 1 | Accused Instrumentalities |
|---|---|
| | ## Overview<br><br>At a high level the image manifest contains metadata about the contents and dependencies of the image including the content-addressable identity of one or more filesystem layer changeset archives that will be unpacked to make up the final runnable filesystem. The image configuration includes information such as application arguments, environments, etc. The image index is a higher-level manifest which points to a list of manifests and descriptors. Typically, these manifests may provide different implementations of the image, possibly varying by platform or other attributes.<br><br><br><br>https://github.com/opencontainers/image-spec/blob/a6af2b480dcfc001ba975f44de53001c873cb0ef/spec.md |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | ## OCI Image Configuration<br><br>An OCI *Image* is an ordered collection of root filesystem changes and the corresponding execution parameters for use within a container runtime. This specification outlines the JSON format describing images for use with a container runtime and execution tool and its relationship to filesystem changesets, described in Layers.<br><br>This section defines the `application/vnd.oci.image.config.v1+json` media type.<br><br>https://github.com/opencontainers/image-spec/blob/a6af2b480dcfc001ba975f44de53001c873cb0ef/config.md |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | **Layer**<br><br>• Image filesystems are composed of *layers*.<br>• Each layer represents a set of filesystem changes in a tar-based layer format, recording files to be added, changed, or deleted relative to its parent layer.<br>• Layers do not have configuration metadata such as environment variables or default arguments - these are properties of the image as a whole rather than any particular layer.<br>• Using a layer-based or union filesystem such as AUFS, or by computing the diff from filesystem snapshots, the filesystem changeset can be used to present a series of image layers as if they were one cohesive filesystem.<br><br>**Image JSON**<br><br>• Each image has an associated JSON structure which describes some basic information about the image such as date created, author, as well as execution/runtime configuration like its entrypoint, default arguments, networking, and volumes.<br>• The JSON structure also references a cryptographic hash of each layer used by the image, and provides history information for those layers.<br>• This JSON is considered to be immutable, because changing it would change the computed ImageID.<br>• Changing it means creating a new derived image, instead of changing the existing image.<br><br>https://github.com/opencontainers/image-spec/blob/a6af2b480dcfc001ba975f44de53001c873cb0ef/config.md |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  | • **rootfs** *object*, REQUIRED<br><br>The rootfs key references the layer content addresses used by the image. This makes the image config hash depend on the filesystem hash.<br><br>    ○ **type** *string*, REQUIRED<br><br>        MUST be set to `layers`. Implementations MUST generate an error if they encounter a unknown value while verifying or unpacking an image.<br><br>    ○ **diff_ids** *array of strings*, REQUIRED<br><br>        An array of layer content hashes (`DiffIDs`), in order from first to last.<br><br>https://github.com/opencontainers/image-spec/blob/a6af2b480dcfc001ba975f44de53001c873cb0ef/config.md |

**Claim 2**

| Claim 2 | Accused Instrumentalities |
|---|---|
| 2. A method as defined in claim 1, wherein each container has an execution file associated therewith for starting the one or more applications. | IBM practices, through the Accused Instrumentalities, a method as defined in claim 1, wherein each container has an execution file associated therewith for starting the one or more applications.<br><br>For example, a container image has an associated image configuration comprising information for starting the one or more applications. This can be an Open Containers Initiative image configuration.<br><br>*See, e.g.*: |

| Claim 2 | Accused Instrumentalities |
|---------|---------------------------|
| | # Open Container Initiative<br><br>## Image Format Specification<br><br>This specification defines an OCI Image, consisting of an image manifest, an image index (optional), a set of filesystem layers, and a configuration.<br><br>The goal of this specification is to enable the creation of interoperable tools for building, transporting, and preparing a container image to run.<br><br>https://github.com/opencontainers/image-spec/blob/a6af2b480dcfc001ba975f44de53001c873cb0ef/spec.md |

| Claim 2 | Accused Instrumentalities |
|---|---|
| | ## Overview<br><br>At a high level the image manifest contains metadata about the contents and dependencies of the image including the content-addressable identity of one or more filesystem layer changeset archives that will be unpacked to make up the final runnable filesystem. The image configuration includes information such as application arguments, environments, etc. The image index is a higher-level manifest which points to a list of manifests and descriptors. Typically, these manifests may provide different implementations of the image, possibly varying by platform or other attributes.<br><br><br><br>https://github.com/opencontainers/image-spec/blob/a6af2b480dcfc001ba975f44de53001c873cb0ef/spec.md |

| Claim 2 | Accused Instrumentalities |
|---------|---------------------------|
|         | **OCI Image Configuration**<br><br>An OCI *Image* is an ordered collection of root filesystem changes and the corresponding execution parameters for use within a container runtime. This specification outlines the JSON format describing images for use with a container runtime and execution tool and its relationship to filesystem changesets, described in Layers.<br><br>This section defines the `application/vnd.oci.image.config.v1+json` media type.<br><br>https://github.com/opencontainers/image-spec/blob/a6af2b480dcfc001ba975f44de53001c873cb0ef/config.md |

| Claim 2 | Accused Instrumentalities |
|---|---|
| | • **config** *object*, OPTIONAL<br><br>The execution parameters which SHOULD be used as a base when running a container using the image. This field can be `null`, in which case any execution parameters should be specified at creation of the container.<br><br>    ◦ **Env** *array of strings*, OPTIONAL<br><br>    Entries are in the format of `VARNAME=VARVALUE`. These values act as defaults and are merged with any specified when creating a container.<br><br>    ◦ **Entrypoint** *array of strings*, OPTIONAL<br><br>    A list of arguments to use as the command to execute when the container starts. These values act as defaults and may be replaced by an entrypoint specified when creating a container.<br><br>    ◦ **Cmd** *array of strings*, OPTIONAL<br><br>    Default arguments to the entrypoint of the container. These values act as defaults and may be replaced by any specified when creating a container. If an `Entrypoint` value is not specified, then the first entry of the `Cmd` array SHOULD be interpreted as the executable to run.<br><br>https://github.com/opencontainers/image-spec/blob/a6af2b480dcfc001ba975f44de53001c873cb0ef/config.md |

**Claim 6**

| Claim 6 | Accused Instrumentalities |
|---|---|
| 6. A method as defined in claim 2, comprising the step of assigning a unique associated identity to each of a plurality of the containers, wherein the identity includes at least one of IP address, host name, and MAC address. | IBM practices, through the Accused Instrumentalities, a method as defined in claim 2, comprising the step of assigning a unique associated identity to each of a plurality of the containers, wherein the identity includes at least one of IP address, host name, and MAC address.<br><br>For example, Kubernetes containers have an associated hostname, which in the case of a single-container Pod is the unique identity of that container. For another example, Kubernetes pods have an associated hostname, which is unique. For another example, a networked Kubernetes pod has an assigned IPv4 and/or IPv6 address. For another example, a Docker container has an IP address and a hostname.<br><br>*See, e.g.*:<br><br>## Container information<br><br>The *hostname* of a Container is the name of the Pod in which the Container is running. It is available through the `hostname` command or the `gethostname` function call in libc.<br><br>The Pod name and namespace are available as environment variables through the downward API.<br><br>User defined environment variables from the Pod definition are also available to the Container, as are any environment variables specified statically in the container image.<br><br>https://kubernetes.io/docs/concepts/containers/container-environment/ |

| Claim 6 | Accused Instrumentalities |
|---|---|
| | # IP address and hostname<br><br>By default, the container gets an IP address for every Docker network it attaches to. A container receives an IP address out of the IP subnet of the network. The Docker daemon performs dynamic subnetting and IP address allocation for containers. Each network also has a default subnet mask and gateway.<br><br>You can connect a running container to multiple networks, either by passing the `--network` flag multiple times when creating the container, or using the `docker network connect` command for already running containers. In both cases, you can use the `--ip` or `--ip6` flags to specify the container's IP address on that particular network.<br><br>In the same way, a container's hostname defaults to be the container's ID in Docker. You can override the hostname using `--hostname`. When connecting to an existing network using `docker network connect`, you can use the `--alias` flag to specify an additional network alias for the container on that network.<br><br>https://docs.docker.com/network/ |

**Claim 9**

| Claim 9 | Accused Instrumentalities |
|---|---|
| 9. A method as defined in claim 2, wherein server information related to hardware resource usage including at least one of CPU memory, network bandwidth, and disk allocation is associated with at least some of the containers prior to the applications within the containers being executed. | IBM practices, through the Accused Instrumentalities, a method as defined in claim 2, wherein server information related to hardware resource usage including at least one of CPU memory, network bandwidth, and disk allocation is associated with at least some of the containers prior to the applications within the containers being executed.<br><br>For example, Kubernetes tracks and limits resource usage, including CPU and memory resources. For another example, Docker tracks and limits resource usage, including CPU and memory resources.<br><br>*See, e.g.*: |

## **Resource Management for Pods and Containers**

When you specify a <u>Pod</u>, you can optionally specify how much of each resource a <u>container</u> needs. The most common resources to specify are CPU and memory (RAM); there are others.

When you specify the resource *request* for containers in a Pod, the <u>kube-scheduler</u> uses this information to decide which node to place the Pod on. When you specify a resource *limit* for a container, the <u>kubelet</u> enforces those limits so that the running container is not allowed to use more of that resource than the limit you set. The kubelet also reserves at least the *request* amount of that system resource specifically for that container to use.

## Requests and limits

If the node where a Pod is running has enough of a resource available, it's possible (and allowed) for a container to use more resource than its `request` for that resource specifies. However, a container is not allowed to use more than its resource `limit`.

For example, if you set a `memory` request of 256 MiB for a container, and that container is in a Pod scheduled to a Node with 8GiB of memory and no other Pods, then the container can try to use more RAM.

If you set a `memory` limit of 4GiB for that container, the kubelet (and <u>container runtime</u>) enforce the limit. The runtime prevents the container from using more than the configured resource limit. For example: when a process in the container tries to consume more than

| Claim 9 | Accused Instrumentalities |
|---|---|
| | the allowed amount of memory, the system kernel terminates the process that attempted the allocation, with an out of memory (OOM) error.<br><br>Limits can be implemented either reactively (the system intervenes once it sees a violation) or by enforcement (the system prevents the container from ever exceeding the limit). Different runtimes can have different ways to implement the same restrictions.<br><br>https://kubernetes.io/docs/concepts/configuration/manage-resources-containers/<br><br>**Runtime options with Memory, CPUs, and GPUs**<br>By default, a container has no resource constraints and can use as much of a given resource as the host's kernel scheduler allows. Docker provides ways to control how much memory, or CPU a container can use, setting runtime configuration flags of the `docker run` command. This section provides details on when you should set such limits and the possible implications of setting them.<br><br>**Limit a container's access to memory**<br>Docker can enforce hard or soft memory limits.<br>• Hard limits lets the container use no more than a fixed amount of memory.<br>• Soft limits lets the container use as much memory as it needs unless certain conditions are met, such as when the kernel detects low memory or contention on the host machine.<br><br>https://docs.docker.com/config/containers/resource_constraints/ |

**Claim 10**

| Claim 10 | Accused Instrumentalities |
|---|---|
| 10. A method as defined in claim 2, wherein in operation when an application residing within a container is executed, said application has no access to system files or applications in other containers or to system files within the operating system during execution thereof. | IBM practices, through the Accused Instrumentalities, a method as defined in claim 2, wherein in operation when an application residing within a container is executed, said application has no access to system files or applications in other containers or to system files within the operating system during execution thereof.<br><br>*See, e.g.*:<br><br>Containers are made possible by process isolation and virtualization capabilities built into the Linux kernel. These capabilities—such as *control groups* (Cgroups) for allocating resources among processes, and *namespaces* for restricting a processes access or visibility into other resources or areas of the system—enable multiple application components to share the resources of a single instance of the host operating system in much the same way that a hypervisor enables multiple virtual machines (VMs) to share the CPU, memory and other resources of a single hardware server.<br><br>https://www.ibm.com/topics/docker<br><br>**Fault isolation:** Each containerized application is isolated and operates independently of others. The failure of one container does not affect the continued operation of any other containers. Development teams can identify and correct any technical issues within one container without any downtime in other containers. Also, the container engine can leverage any OS security isolation techniques—such as SELinux access control—to isolate faults within containers.<br>https://www.ibm.com/topics/containerization |