# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| Plaintiff, | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| v. | § | |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |
| | | |
| VIRTAMOVE, CORP., | § | |
| Plaintiff, | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| v. | § | |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

## NOTICE OF CORRECTED CITATION AND SUPPORTING DOCUMENT TO HEWLETT PACKARD ENTERPRISE COMPANY'S REPLY IN SUPPORT OF ITS OPPOSED MOTION TO TRANSFER VENUE (DKT. NO. 105)

Defendant Hewlett Packard Enterprise Company ("HPE") respectfully notifies the Court and all parties of a corrected citation and supporting document to its Reply in Support of its Opposed Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 (Dkt. No. 105) ("Reply"). The corrected citation is noted in the table below, and the supporting document to the corrected citation is attached to this Notice as Ex. 9.

**NOTICE OF CORRECTION AND SUPPORTING DOCUMENT** – Page 1

| **Original Text:** |
|---|
| "Moreover, relevant documentary evidence from HPE that remains to be collected includes non-privileged documents 'stored locally on the laptops of HPE witnesses located in NDCA.' *Id.*"<br>Reply, page 3. |
| **Corrected Text:** |
| "Moreover, relevant documentary evidence from HPE that remains to be collected includes non-privileged documents 'stored locally on the laptops of HPE witnesses located in NDCA.' Ex. 9, at 5." |

Respectfully submitted,

*/s/ Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email:  jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Katharine Burke (Lead Attorney)
DC Bar Number: 985333
Katharine.burke@bakerbotts.com
**BAKER BOTTS L.L.P.**
700 K Street, N.W.
Washington, DC 20001-5692
Tel: (202) 639-7700
Fax: (202) 639-7890

Douglas M. Kubehl
Texas Bar No. 00796909
Doug.kubehl@bakerbotts.com
Morgan Mayne
Texas Bar No. 24084387
Morgan.mayne@bakerbotts.com
Emily Deer
Texas Bar No. 24116352
Emily.deer@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Tel: (214) 953-6500
Fax: (214) 953-6503

David Lien (*pro hac vice*)
California Bar No. 313754
David.lien@bakerbotts.com
**BAKER BOTTS L.L.P.**
1001 Page Mill Road, Building One,
Suite 200
Palo Alto, CA 94304-1007
Tel: (650) 739-7563
Fax: (650) 739-7663

*ATTORNEYS FOR DEFENDANT*
*HEWLETT PACKARD*
*ENTERPRISE COMPANY*

## CERTIFICATE OF SERVICE

I certify that on December 10, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Jennifer H. Doan*
Jennifer H. Doan