# EXHIBIT 9

## EXHIBIT 9

**Applications of U.S. Patent No. 9,722,858 to V-Migrate and V-Maestro (collectively, "Accused Products")**

Plaintiff VirtaMove Corp. ("VirtaMove") infringes claims 1–19 of the '858 Patent (the "Asserted Claims") under 35 U.S.C. § 271(a), (b), and (c).  As set forth below, VirtaMove's infringement is both direct and indirect.[1]

VirtaMove has directly infringed the '858 Patent at least by making, using, offering to sell, selling, and/or importing into the United States its V-Migrate and V-Maestro (collectively, "Accused Products") on or after the issuance date of the Patent.

VirtaMove induces infringement under 35 U.S.C. § 271(b) by providing the Accused Products, which are sold and specifically configured to infringe the Asserted Claims, to VirtaMove customers and partners in the United States.  VirtaMove actively instructs and encourages its customers and partners on how to use the Accused Products, including through product manuals, advertising, and instructional videos.  When used as instructed, VirtaMove's customers and partners use these products to practice the systems of the '858 Patent and directly infringe the Asserted Claims.  On information and belief, VirtaMove specifically intends that its actions will result in infringement of the asserted claims of the '858 Patent or subjectively believes that its actions will result in infringement of the Asserted Claims, but took deliberate actions to avoid learning of the facts.

As shown below, VirtaMove also contributes to infringement under 35 U.S.C. § 271(c) by providing the Accused Products, which embodies a material part of the claimed invention of the '858 Patent, is known by VirtaMove to be specially made or adapted for use in an infringing manner, and is not with substantial non-infringing uses.

The Accused Products are specially designed to infringe the '858 Patent and the accused components have no substantial non-infringing uses.

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| 1pre | A non-transitory computer readable medium comprising computer executable instructions which when executed by a | To the extent that the preamble is limiting, the Accused Products comprise "[a] non-transitory computer readable medium comprising computer executable instructions which when executed by a computer cause the computer to perform the method of […]" |

---

[1]  Public information is limited regarding the Accused Products, and accordingly, IBM reserves the right to amend its infringement contentions based on productions and source code made available during discovery.

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| | computer cause the computer to perform the method of: | ## VirtaMove Application Migration<br><br>VirtaMove Application Migration is an intelligent discovery tool that migrates an application and its dependencies from a tethered source machine to a destination machine. VirtaMove software is installed on the destination machine. VirtaMove is not required on the source machine, but installing VirtaMove Source Agent on the source machine is recommended. For more information about VirtaMove application migration, see the Application Migration Guide.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310411393/VirtaMove+Components+and+Features)<br><br>The Accused Products are installed onto a computer, causing the computer to execute instructions, which include, but is not limited to, discovering sources and applications. |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | ## Installing VirtaMove Software<br><br>TF  Owned by Thomas Farley (Deactivated)  ···<br>Last updated: Mar 25, 2022 • 6 min read<br><br>**Table of Contents**<br><br>• Installation Log File<br>• Installation Location<br>• Installing VirtaMove<br>  ○ Installing VirtaMove on a Windows Server 2012 Destination Machine<br>• Installing VirtaMove Using the Silent Option<br>  ○ To Perform a Silent Installation<br>• Installing VirtaMove Source Agent and Source Monitor<br>  ○ Installing VirtaMove Source Agent<br>  ○ Security Key<br>  ○ Pre-Requisites<br>  ○ MSI Log<br>  ○ Install VirtaMove Source Agent Using the Command Line<br>  ○ Install VirtaMove Source Agent Using the Installer<br>• Installing VirtaMove Source Monitor<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310476970/Installing+VirtaMove+Software) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | ## About Source Agents <br><br> **TF** Owned by Thomas Farley (Deactivated) ··· <br> Last updated: Mar 30, 2022 · 1 min read <br><br> In order for V-Maestro to discover and monitor applications that are running on the servers in your local network, a VirtaMove Source Agent must be installed on each of the source servers that you are interested in. For more information, see 🗐 Installing Source Agents Manually. <br><br> You can use the following methods to install Source Agents: <br><br> • **Manually** – Installs Source Agents on one server at a time. <br><br> • **Remotely** – Uses the V-Maestro interface to install Source Agents on all machines at once. <br><br><br> V-Maestro discovers all servers running on your local network that have a Source Agent installed. If you add a server machine that is running VirtaMove Source Agent, V-Maestro automatically establishes a connection to the source. <br><br> **Note:** <br> In order for V-Maestro to discover and monitor sources, the security keys must match. |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|--------------------------|----------|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314704014/About+Source+Agents) |
| 1a | discovering, in a source computing system having a source management infrastructure, at least one source infrastructure management component, wherein said at least one source infrastructure management component is an instance of an image, and wherein said at least one source infrastructure management component is running in a customer environment; | The Accused Products perform "discovering, in a source computing system having a source management infrastructure, at least one source infrastructure management component, wherein said at least one source infrastructure management component is an instance of an image, and wherein said at least one source infrastructure management component is running in a customer environment."

For example, the Accused Products discover "source infrastructure management components" such as clients, servers, applications, configurations, processes and log files.

## About VirtaMove Source Monitor

TF  Owned by Thomas Farley (Deactivated) ···
Last updated: Mar 28, 2022 · 1 min read

VirtaMove Source Monitor allows you to monitor how an application is running on a source machine over a period of time, usually several weeks. Monitoring provides you with a list of data, such as files and keys, so you can automatically capture and migrate this data to a destination machine, without having to manually exercise the application on the destination machine post migration.

Source Monitor is a part of VirtaMove Source Agent and is installed when you install VirtaMove Source Agent on the source machine.

(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311230801/About+VirtaMove+Source+Monitor) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | **About Source Agents**<br><br>Owned by Thomas Farley (Deactivated)  •••<br>Last updated: Mar 30, 2022  •  1 min read<br><br>In order for V-Maestro to discover and monitor applications that are running on the servers in your local network, a VirtaMove Source Agent must be installed on each of the source servers that you are interested in. For more information, see 📄 Installing Source Agents Manually.<br><br>You can use the following methods to install Source Agents:<br><br>• **Manually** – Installs Source Agents on one server at a time.<br>• **Remotely** – Uses the V-Maestro interface to install Source Agents on all machines at once.<br><br>V-Maestro discovers all servers running on your local network that have a Source Agent installed. If you add a server machine that is running VirtaMove Source Agent, V-Maestro automatically establishes a connection to the source.<br><br>**Note:**<br>In order for V-Maestro to discover and monitor sources, the security keys must match.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314704014/About+Source+Agents) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | ## About Monitoring Applications<br><br>**TF** Owned by Thomas Farley (Deactivated) ···<br>Mar 29, 2022 • 1 min read<br><br>Monitoring discovered sources and the applications they are running lets you collect data about how and when these applications are used, in real time. It also discovers application components and dependencies that you might not be aware of, and how application components might be distributed across a network. Monitoring reduces the amount of time required to exercise the application on the destination, which therefore minimizes the duration of the maintenance window.<br><br>After monitoring selected applications for a few days, you can decide how best to move them to selected destinations, or whether to even move them at all if they don't appear to be a priority for migration based on usage data. For example, applications with a monitoring status of No Usage may not be usefully moved.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314802606/About+Monitoring+Applications) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | ## Starting and Stopping Monitoring on Applications <br><br> **TF** Owned by Thomas Farley (Deactivated) ··· <br> Last updated: Mar 29, 2022 • 2 min read <br><br> You can monitor selected sources and applications for a few days or weeks to understand application dependencies and use patterns. <br><br> ## To Start Monitoring an Application <br><br> 1. Click **Manage>Sources**. The Source Inventory windows displays. <br> 2. Select an active source. The Source Details window displays. <br> 3. Click the **Applications** icon in the Source Details window. The **Applications** view of the Source Details window displays a list of discovered applications for the selected source. <br> 4. Click the more actions icon for an application and select **Monitor**, or select an application in the list and click the **Monitor** icon on the top right. A **Monitored Application** icon now displays in the Source details window. The Status column in the Applications view now displays Monitoring for the selected application. <br><br> (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/313819154/Starting+and+Stopping+Container+Services) <br><br> **APPLICATION RESOURCES** <br><br> Determine the storage, memory, and CPU each application is using on a specific server.  Better plan requirements and capacity for destination servers, to avoid under or overprovisioning. |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        | ([https://virtamove.com/v-maestro/](https://virtamove.com/v-maestro/))  ([https://virtamove.com/solutions/](https://virtamove.com/solutions/)) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| | | <br><br>(https://virtamove.com/solutions/migration-strategy/) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | **How Well Do You Know Your Server?** Legacy servers can be difficult to migrate, harboring many unknown elements that can surface after a migration begins. These technical pitfalls can significantly delay a migration and increase costs. Use VirtaMove's technology and expertise to steer your migration project to success, from strategy to completion. At VirtaMove we've migrated tens of thousands of servers across multiple platforms, on-prem or to the cloud. We can help you determine which applications can and should be migrated, how complex a migration is likely to be, and the internal resources you'll need to successfully migrate your applications. (https://virtamove.com/solutions/migration-strategy/) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        | **To View Overall Application Monitoring**<br><br>Click **Monitor**. The Application Migration Learning windows displays.<br><br>The following table describes the information listed on the Application Migration Learning window.<br><br>| Item | Description |<br>|------|-------------|<br>| Application | The name of the application being monitored. |<br>| Host Name | The host name of the source running the application. |<br>| IP Address | The IP address of the source running the application. |<br>| Days Monitored | How long the application has been monitored, in days. |<br>| Components Found | The number of components found associated with the monitored application, and the user who launched the application. |<br>| Status | The status of the monitored application. Can be:<br>• Learning - V-Maestro is still learning and analyzing the application.<br>• Candidate - V-Maestro has learned the application and it is a candidate for migration.<br>• No Usage - V-Maestro did not detect use of the application during the monitoring time. This is not likely to be good candidate for migration. |<br>| Usage | A graphical representation of the usage pattern for the monitored application. Each square or block represents a day of use. |<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314671636/Viewing+Overall+Application+Monitoring)<br><br>Indeed, the Accused Products discover "source infrastructure management components." |

# Discovering Your Source Inventory

 Owned by Thomas Farley (Deactivated) ···
Last updated: Mar 30, 2022 · 1 min read

Click **Discover > Inventory**.

In the Inventory Summary window, V-Maestro displays a summary of discovered inventory across the network. You can view:

- How many active sources were discovered in the network
- How many applications were discovered, and which application is most installed
- The distribution of OSs installed across the network, and more



| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314638499/Discovering+Your+Source+Inventory)  |

14

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314605794/Discovering+Resource+Usage) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | The following table lists the elements in the Resource Usage window. |

| Item | Description |
|---|---|
| Most CPU Utilization | Displays the source with the greatest CPU utilization, and use in percent. |
| Most Applications | Displays the source with the most applications, and the number. |
| Most Active Connections | Displays the application with the most active connections, and the number of active connections. |
| Most Disk Usage | Displays the source with the most disk usage, and the amount of free disk space this source has in GB. |
| Filter | Lets you filter the list of sources by OS, assigned group, or IP/hostname. |
| Host Name | The hostname of the source. |
| IP Address | The IP address of the source. |
| OS | The OS of the source. |
| Graph | The resource utilization of the source. Click the Graph icon to view CPU and Disk usage. |
| CPU | CPU in percent. |
| Network | The network. |
| Memory | Memory. |
| Free Storage | The amount of free storage, in GB. |
| Applications | The number of applications installed on the source. |
| Status | The status of the applications installed on the source. |

| Claim | US 9,722,858<br>Claim Term | Analysis |
|-------|---------------------------|----------|
|       |                           | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314605794/Discovering+Resource+Usage) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | **Managing Source Services**<br><br>TF  Owned by Thomas Farley (Deactivated) ···<br>Mar 03, 2022 · 2 min read<br><br>You can list installed services on the source machine and copy services from this list to the destination machine before you dock a container.<br><br>The Remote Registry service must be started on the source machine to allow remote users to modify registry settings on the computer and get source services.<br><br>Services that have already been added to a container appear gray in the **Source Services** list of the **Tether** tab.<br><br>If a user account corresponding to the login credentials of a selected service is bundled with a container, information from the account bundle associated with the service user as well as the user password will be imported automatically when the appliance is docked. If the user doesn't currently exist on the underlying operating system, the user will be created using the password displayed in the **Services** tab.<br><br>**To Manage Source Services**<br><br>1. Select the container for which you enabled Tether, and then click the **Tether** tab.<br>2. Run an Audit of the source and destination machine by clicking the **Run Audit** button. If credentials fail or pre-requisites have not been met for tethering, an error message is displayed at the bottom of the Administrative Console window. To scroll through messages, click the Back or Forward button on the left or right of the message bar. You can view the Audit Report by going to the **Appliance Logs** tab to determine what the problem is.<br>3. Click the **Find Applications** button. A list of services on the source machine is displayed in the **Source Services** tab.<br><br><br><br>4. Select or de-select a service or services in the **Source Services** list, and then click **Save** to copy the configuration of the selected services from the source machine to the destination machine. The selected services now appear on the **Services** tab for the container or are removed from the **Services** tab. |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311394775/Managing+Source+Services<br><br>The "Audit Report" compares configurations of the source and destination machines and/or servers, which necessarily requires "discovering."  Below includes examples of "Audit Report Contents," but such examples should not be viewed as exclusive or limiting. |

# Understanding Audit

 Owned by Thomas Farley (Deactivated) •••
Last updated: Apr 01, 2022 • 10 min read

**Table of Contents**

- Running a Pre-Migration Audit
  - Running Audit from the Administrative Console
- Audit Report Contents
  - Administrative Accounts
  - Blank Password Match
  - CPU Type
  - Cached Logons
  - COMPlus
  - Computer Name Test
  - Disk Configuration Test
  - Dock Intercept
  - Domain Controller
  - Domain Test
  - DotNet
  - FIPS
  - Firewall
  - Group Policies
  - IIS
  - LAN Manager
  - Network Identity Cards
  - OS Viable
  - Port
    - Open Ports on the Destination Machine Firewall
  - RAM
  - Remote Access
    - Remote Administrative Shares Enabled
  - System Roots
  - System Types
  - Windows2k

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit)<br><br>**OS Viable**<br><br>**This is a blocking issue.**<br><br>This section indicates whether the operating system version of the destination machine is equal to or greater than the source operating system version.<br><br>If the versions of the operating systems are not viable, contact your system administrator.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#OS-Viable)<br><br>**Firewall**<br><br>This section indicates the firewall state of the three networking profiles (private, domain, public) on the destination and source machines. If the corresponding states differ between the two machines, a warning will be shown here.<br><br>This section may display *Unknown* for the firewall state. This may occur because the source machine is running an older version of Windows Server (2003 or earlier), which has only one network profile.<br><br>A firewall comparison tool is available if you want to compare firewall rule differences or troubleshoot firewall issues between the source and destination. See ⬜ Comparing Group Policies between Source and Destination for more information.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Firewall) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| | | ## Comparing Firewall Rules<br><br>**TF** Owned by Thomas Farley (Deactivated) ···<br>Last updated: Dec 04, 2022 • 2 min read<br><br>Audit provides a warning about differences regarding the firewall enable state between the source and destination machine. A Compare Firewall Rules utility lets you compare rule differences.<br><br>The utility is available only for Windows Server 2008 or later because earlier versions of the operating system do not feature additional firewall profiles.<br><br>After you successfully run Audit, a firewall report is generated in the installation directory. For example:<br><br>`1  C:\appliances\MyAppliance\ctrack\Log\AuditFirewall`<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310739279/Comparing+Firewall+Rules)<br><br>## COMPlus<br><br>**This is a blocking issue.**<br><br>**Note:** This check is not performed for Windows Server 2000 migrations.<br><br>This section indicates whether COM+ is enabled, COM+ access is enabled, and whether Remote COM+ Network is enabled.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | **Disk Configuration Test**<br><br>This section provides information on how big the source machine and the destination machine drives are. A warning will be generated if the source machine drive is bigger than the destination machine drive.<br><br>This section indicates whether the system drives match on the destination and source machines.<br><br>If the system drives do not match, contact your system administrator.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Disk-Configuration-Test)<br><br>**Group Policies**<br><br>This audit is not available on Windows 2000 or earlier. A group policy report will not be generated.<br><br>The group policy section in the audit report indicates whether group policy information was successfully collected from the source and destination machines. If the audit was successful, then you can perform a group policy comparison using the ✖ https://virtamove.atlassian.net/wiki/spaces/VE/pages/309297809/Group+Policy+Comparison+Tool?search_id=8befec8f-bb8f-4f46-ac1d-6efb11f17c83 Can't find link from the Administrative Console. If the audit was not successful, the audit report will indicate why group policy information could not be collected.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Group-Policies) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | ## Comparing Group Policies between Source and Destination<br><br>TF  Owned by Thomas Farley (Deactivated)  •••<br>Last updated: Dec 04, 2022  •  2 min read<br><br>A Group Policy Comparison utility lets you compare rule differences regarding the group policies between the source and destination machine.<br><br>The utility is available only for Windows Server 2003 or later.<br><br>After you successfully run Audit, a group policy report is generated for supported platforms in the installation directory. For example:<br><br>`1  C:\appliances\MyAppliance\ctrack\Log\AuditGroupPolicies\`<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310707046/Comparing+Group+Policies+between+Source+and+Destination) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | ## IIS |

This section indicates whether Microsoft Web Deploy is installed on the destination and source machines.

Web Deploy 3.5 or higher is required on the source machine for IIS web application migrations. Web Deploy is a tool that simplifies migration, management, and deployment of IIS web servers and web applications. You must install Web Deploy on the source machine, selecting "complete" or full mode at installation time. VirtaMove will automatically install Web Deploy on the destination machine.

If Web Deploy 3.0 was installed on the source server and you subsequently installed Web Deploy 3.5 or higher in order to successfully migrate your application after the source and destination machines are connected via VirtaMove Source Agent, you will need to run

```
1  virtatetheradmin <machine name> /C
```

on the destination server so that the destination server will recognize the new installation of Web Deploy on the source server. It indicates whether Web Deployment Agent is installed and started.

Microsoft IIS applications use **port 80** by default. This section indicates whether port 80 is open on the source machine.

If a required port is not open, you must open the port. For information about how to open a port, see for example: How can I open or forward a port on my router?

(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit)

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | ## Port<br><br>This section of the report indicates the status of the required ports on the source machine.<br><br>• Check that there is connectivity end-to-end from the destination server to the source on **port 445**. This is a blocking issue if VirtaMove Source Agent is not being used and **port 445** is not open. End-to-end means that the port is open at the Windows firewalls, at the cloud-instance firewalls, and at any perimeter firewalls between the two servers. If the use of port 445 is not permitted on the network or is a concern, use a virtual private network (VPN) to establish connectivity between the destination and source machines.<br><br>• For IIS migrations, make sure that **port 80** is open because it is required by Web Deploy.<br><br>• For migrations that use VirtaMove Source Agent, make sure that **port 9665** is open on the source machine. **Port 9665** is required to establish a connection to the VirtaMove Source Agent on the source machine. Two inbound rules must be created on the source machine: one for the **TCP** and one for the **UDP** port (both 9665). See https://technet.microsoft.com/en-us/library/ms345310(v=sql.100).aspx for more information.<br><br>VirtaMove Source Agent communicates through **TCP** port number **9665** by default. You can configure the port number to a different number if required. See 🗎 VirtaMove Source Agent for more information.<br><br>If the Audit Report indicates that a required port is closed, makes sure that external nodes between the destination machine and the source machine also permit communication across these ports (port 445, 9665, etc.). For example, if you are migrating to an Amazon Web Services (AWS) managed cloud server, make sure that AWS also has these ports opened.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Port) |

## Remote Access

**This is a blocking issue.**

If the VirtaMove Source Agent is active, the Remote Access test is not performed.

Remote Access must be enabled to accept COM requests and may be required for DCOM.

To enable remote access, the registry key values `Com+Enabled` and `RemoteAccessEnabled` must be set to `1` in the `HKLM\SOFTWARE\Microsoft\COM3` registry key on the source machine. The Remote Access enabled value is used in the [COMPlus](#) check. Enable the key as follows:

1. Start Registry Editor.
2. Locate and click the following key in the registry: `HKEY_LOCAL_MACHINE\Software\Microsoft\COM3`
3. Set the registry key value `RemoteAccessEnabled` to `1`
4. Set the registry key value `Com+Enabled` to `1` .
5. Quit Registry Editor.

**For less than Windows Server 2008**

The following key must be set to 1 or undefined:

```
1   Local SYSTEM\CurrentControlSet\Services\LanmanServer\Parameters\AutoShareServer
```

**For Windows Server 2008 or higher**

The Remote Account must be the built-in Administrator (not just an Administrator), or the following key must be set to 1 on both the source and destination machine:

```
1   SOFTWARE\Microsoft\Windows\CurrentVersion\Policies\System\LocalAccountTokenFilterPolicy
```

## Remote Administrative Shares Enabled

Remote administrative shares (such as c$, d$, etc.) must be enabled in the registry on the source machine. Administrative shares must be enabled to copy data over the network.

If remote administrative shares are disabled, contact your system administrator.

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit)<br><br>## Config-on-the-Fly<br><br>TF  Owned by Thomas Farley (Deactivated) •••<br>Last updated: Mar 28, 2022 • 2 min read<br><br>**Table of Contents**<br><br>• Config-on-the-fly Files and Paths<br>• Config-on-the-fly on Demand<br>• Mapping NICs between Source and Destination<br>• COTF Log<br><br>Your container may contain configuration information from another system and this information may not be compatible with the current system. For example, you may need to change IP addresses or hostnames. You can use a Config-on-the-fly file (*StandardCOTF.xml*) to update the configuration information so that it works with the current system. You may need to update the settings in the configuration file with information from the current system.<br><br>You specify the Config-on-the-fly file using the  virtapedit  command-line utility to update the following property:<br><br>`1   CPROP_CONFIG_FILE`<br><br>Container properties (for example, `CPROP_SRC_NODENAME` ) can be used as arguments to the `CPROP_CONFIG_FILE` property.<br><br>StandardCOTF.xml is located as follows:<br><br>`1   C:\appliances\<ContainerName>\COTF\StandardCOTF.xml`<br><br>You can have multiple COTF files in the COTF folder. For example, one file could be for replacing IP addresses and another one for replacing hostnames. V-Migrate will load the combined COTF information from the files in the folder. |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311263613/Config-on-the-Fly)<br><br>**Encryption Detection**<br><br>TF Owned by Thomas Farley (Deactivated) ···<br>Last updated: Mar 25, 2022 · 1 min read<br><br>Your container may contain encrypted configuration information from the source machine that is not compatible with the information on the current machine. You can use the ⬚ virtacryptdetect tool to log the paths of files and registry keys to help you determine which configuration information needs to be modified.<br><br>See also ⬚ virtacotf .<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311132174/Encryption+Detection)<br><br>**Viewing Log Files**<br><br>TF Owned by Thomas Farley (Deactivated) ···<br>Mar 29, 2022 · 2 min read<br><br>V-Maestro generates log files containing messages that record all types of events, including startup and shutdown information and error and warning messages. This topic describes how to view log files to assist in monitoring system activity and aid in diagnosing and fixing problems.<br><br>Log files are located in the following location on the V-Maestro machine: `VirtaMove/Maestro/logs`<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314606288/Viewing+Log+Files) |

## Viewing Logs and Error Messages

 Owned by Thomas Farley (Deactivated) •••
Mar 24, 2022 • 2 min read

Logging settings are created in the Windows Registry when VirtaMove is installed:

*HKEY_LOCAL_MACHINE\SOFTWARE\VirtaMove Settings\Controller]*

*LogProviders=EventLog;File;Console*

Error or debugging messages are output to the Windows Event Viewer, in the category VirtaMove. Click on a log in the Event Viewer to see more information about the log file.



In addition, Activity and Log messages for a container are saved in a text file located in the container `\ctrack` folder.

You can also view logs for a selected container in the **Appliance Logs** tab of the Administrative Console.

**To View Logs for a Container**

1. In the Administrative Console, select a container.

2. Click the **Appliance Logs** tab.

3. Click one of the following tabs:

   o Audit Report - to view the Audit Report for a container

   o Activity - to view activity logs

   o Error - to view error logs

   o Tether - to view Tether logs

   o IIS Migration - to view information relating to IIS application migration

   o COTF - to view a COTF log file

   o Tether Sync - to view information relating to Tether Sync

   o Compression - to view compression messages

   o Dissolve - to view a Dissolve report for a dissolved container

• If you selected Activity or Error logs, specify a date range, and then click **Load Logs**. Records are returned in the activity window.

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/313917483/Viewing+Logs+and+Error+Messages) <br><br> "We select the applications and the dependencies associated with that application and then we take a stateful or an as-is state—a copy of the as is state of the particular applications and dependencies that have been chosen and with that copy we move that to the destination server. " |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | |  |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://www.youtube.com/watch?v=hDb541Ax6xw)<br><br>The Accused Products discover "source infrastructure management components" such as applications and/or servers.<br><br> |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| | | (https://www.youtube.com/watch?v=nOlMUwHMvY0&t)  (https://www.youtube.com/watch?v=nOlMUwHMvY0&t) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | <br><br>(https://www.youtube.com/watch?v=nOlMUwHMvY0&t)<br><br>*"Your server may have external server dependencies that need to be taken into consideration.* These are indicated by port connections and data flow of this dotted line. *The dotted line tells us the servers are connected in some way*. In this instance, it tells us they have a relationship and we should dig |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | down to find out if these are the same applications or perhaps a back-end database service.  *This is valuable information in terms of deciding when migrating one of these application layers, there may be a knock-on effect on additional servers and infrastructure layers.*  It lets you plan how to address multi-tier applications.  *You may need to move one, two or all three of the apps and servers at same time … The dotted line might simply indicate desktop users or [there] may be other computers or servers that have database components associated with this application in some fashion.*"[2] |

---

[2]     All emphasis added unless otherwise noted.

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | <br>(https://www.youtube.com/watch?v=nOlMUwHMvY0&t) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| 1b | querying a database to obtain a description of a target cloud infrastructure; | The Accused Products perform "querying a database to obtain a description of a target cloud infrastructure."<br><br>For example, the Accused Products obtain descriptions of "target cloud infrastructures."  These descriptions include relevant details about target—or destination—infrastructures. |

# Viewing Destination Details



Owned by Thomas Farley (Deactivated)  ···
Mar 29, 2022 • 2 min read

You can view detailed information about a selected destination, such as system information, storage profile, migration status, services, accounts, and applied patches.

## To View Destination Details

1. Click **Manage>Destinations**. The Destination Inventory window is displayed.
2. Select a destination in the list by clicking on the hostname or the IP column. The Destination Details window is displayed. V-Maestro displays when the destination was last seen at the top of the window.



| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314868022/Viewing+Destination+Details)<br><br>The following table lists the elements in the Destination Details window.<br><br>

| Item | Description |
|---|---|
| Destination System Information card | Displays information about the system of the destination:<br>• IP Address<br>• OS<br>• Any group assigned to the source<br>• CPU<br>• Source. You can assign a destination to a source by clicking Assign.<br>• Memory |
| Storage Profile card | Displays the number of system disks and storage disks, and the amount of free disk space. Click the toggle icon in the top right of the panel to change the view. |
| Migrations Complete card | Displays the number of applications migrated to this destination. |
| Migrations In-Progress card | Displays the number of migrations that are in progress for this destination, and the last operation. |
| Required Storage Profile to Dissolve VAA card | Displays the storage that is required to dissolve the container, if this information is available. |
| Filter | Lets you filter the list of destinations by OS, assigned group, or IP/hostname. |
|  | These icons let you perform tasks for the destination. From left to right:<br>• View services on the destination<br>• View user and group accounts associated with the destination<br>• View patches applied to the destination |

<br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314868022/Viewing+Destination+Details) |

## Viewing Discovered Destinations 🔗

You can filter discovered destinations, assign a destination to a source, and delete destinations. You can also view and export reports.

You can perform the following actions for selected destinations:

- View details about the destination
- Exclude a destination from the list
- Re-authenticate the destination
- RDP into the destination
- Assign a source to a destination
- Hide destinations and view all hidden destinations

The following table lists the elements in the Destination Inventory window.

| Item | Description |
|---|---|
| Discovered card | Displays the number of discovered destinations. |
| No Assigned Source card | Displays the number of discovered destination machines that have not been assigned or mapped to a source. |
| Audit Failed card | Display the number of discovered destinations that have Audit issues. |
| Filter | Lets you filter the list of destinations by OS, assigned group, or IP/hostname. |
| ⋮ | Click the more actions icon to perform more actions on a selected destination. From top to bottom: <br>• View details of a selected destination. <br>• Exclude a destination from the view. <br>• Reauthenticate a selected destination. <br>• RDP to a selected destination. |
| 👁 🗑 | From left to right, hide a selected destination or delete a selected destination. |
| + 🗎 ⋮ | Lets you perform tasks. From left to right: <br>• Add a destination <br>• Get a report of listed destinations <br>• Perform additional tasks, such as export a report and view hidden destinations. |

| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314606009/Viewing+Your+Destination+Inventory)<br><br>## Discovering Your Inventory Patch Level<br><br>TF Owned by Thomas Farley (Deactivated) •••<br>Mar 29, 2022 • 2 min read<br><br>V-Maestro periodically scans all known source and destination servers to find missing OS updates. It reports this information on the Inventory Patch Level window, for each server. Click on an update in the Missing Updates column to view patch details.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314867812/Discovering+Your+Inventory+Patch+Level) |

# Using the Patches View for Destinations

 Owned by Thomas Farley (Deactivated) •••
Mar 29, 2022 • 1 min read

The **Patches** view of the Destination Details window displays a list of patches that were applied to a destination.

## To View Patches Applied to a Destination

1. Click **Manage>Destinations**. The Destination Inventory window displays.
2. Select a destination. The Destination Details window displays.
3. Click the **Patches** icon in the Destination Details window.

  

🔍 Filter by OS, Group, IP/Hostname

| HotFix ID | Installed By | Installed On |
|---|---|---|
| KB4462930 | WIN-R2DHOLTSHT5\Administrator | 2018-11-21 |
| KB4465664 | NT AUTHORITY\SYSTEM | 2018-11-21 |
| KB4470788 | NT AUTHORITY\SYSTEM | 2019-01-15 |
| KB4477029 | WIN-R2DHOLTSHT5\Administrator | 2018-11-21 |
| KB4480056 | WIN-R2DHOLTSHT5\Administrator | 2019-01-15 |
| KB4480979 | WIN-R2DHOLTSHT5\Administrator | 2019-01-15 |
| KB4516115 | WIN-R2DHOLTSHT5\Administrator | 2020-01-16 |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314638864/Using+the+Patches+View+for+Destinations) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         |  |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314900661/Using+the+Users+and+Groups+View+for+Destinations) |
| | | ## Discovering Capacity Requirements |
| | | TF  Owned by Thomas Farley (Deactivated) ••• <br> Mar 29, 2022 • 1 min read |
| | | The Capacity Requirements window displays a summary of capacity information for discovered sources so you can plan appropriately for capacity required on destination servers. |
| | | Click **Discover>Capacity Requirements**. The Capacity Requirements page is displayed. |
| | | To view recommended sizing options for a dissolve-ready migration to the destination, click the plus icon for a selected source. To hide the options, click the icon again. |
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314671412/Discovering+Capacity+Requirements) |
| | | The Accused Products provide "Audit Reports" using a "description of a target cloud infrastructure." Below includes examples of "Audit Report Contents," but such examples should not be viewed as exclusive or limiting. |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| | | **Understanding Audit**<br><br>TF  Owned by Thomas Farley (Deactivated)  •••<br>Last updated: Apr 01, 2022  •  10 min read<br><br>**Table of Contents**<br><br>• Running a Pre-Migration Audit<br>  ○ Running Audit from the Administrative Console<br>• Audit Report Contents<br>  ○ Administrative Accounts<br>  ○ Blank Password Match<br>  ○ CPU Type<br>  ○ Cached Logons<br>  ○ COMPlus<br>  ○ Computer Name Test<br>  ○ Disk Configuration Test<br>  ○ Dock Intercept<br>  ○ Domain Controller<br>  ○ Domain Test<br>  ○ DotNet<br>  ○ FIPS<br>  ○ Firewall<br>  ○ Group Policies<br>  ○ IIS<br>  ○ LAN Manager<br>  ○ Network Identity Cards<br>  ○ OS Viable<br>  ○ Port<br>    ▪ Open Ports on the Destination Machine Firewall<br>  ○ RAM<br>  ○ Remote Access<br>    ▪ Remote Administrative Shares Enabled<br>  ○ System Roots<br>  ○ System Types<br>  ○ Windows2k<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | **Firewall**<br><br>This section indicates the firewall state of the three networking profiles (private, domain, public) on the destination and source machines. If the corresponding states differ between the two machines, a warning will be shown here.<br><br>This section may display "Unknown" for the firewall state. This may occur because the source machine is running an older version of Windows Server (2003 or earlier), which has only one network profile.<br><br>A firewall comparison tool is available if you want to compare firewall rule differences or troubleshoot firewall issues between the source and destination. See 🗋 Comparing Group Policies between Source and Destination for more information.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Firewall)<br><br>**Comparing Firewall Rules**<br><br>TF  Owned by Thomas Farley (Deactivated) •••<br>Last updated: Dec 04, 2022 • 2 min read<br><br>Audit provides a warning about differences regarding the firewall enable state between the source and destination machine. A Compare Firewall Rules utility lets you compare rule differences.<br><br>The utility is available only for Windows Server 2008 or later because earlier versions of the operating system do not feature additional firewall profiles.<br><br>After you successfully run Audit, a firewall report is generated in the installation directory. For example:<br><br>`1  C:\appliances\MyAppliance\ctrack\Log\AuditFirewall`<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310739279/Comparing+Firewall+Rules) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | **Disk Configuration Test** <br><br> This section provides information on how big the source machine and the destination machine drives are. A warning will be generated if the source machine drive is bigger than the destination machine drive. <br><br> This section indicates whether the system drives match on the destination and source machines. <br><br> If the system drives do not match, contact your system administrator. <br><br> (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Disk-Configuration-Test) <br><br> **FIPS** <br><br> **This is a blocking issue.** <br><br> This section indicates whether the FIPS Level is enabled or disabled on the source and destination machine. Some IIS migrations and other application migrations may be affected by a Federal Information Processing standard (FIPS) setting. This setting may result in the error "Unable to validate data". <br><br> (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#FIPS) <br><br> **Group Policies** <br><br> This audit is not available on Windows 2000 or earlier. A group policy report will not be generated. <br><br> The group policy section in the audit report indicates whether group policy information was successfully collected from the source and destination machines. If the audit was successful, then you can perform a group policy comparison using the ✖ https://virtamove.atlassian.net/wiki/spaces/VE/pages/309297809/Group+Policy+Comparison+Tool?search_id=8b efec8f-bb8f-4f46-ac1d-6efb11f17c83 Can't find link from the Administrative Console. If the audit was not successful, the audit report will indicate why group policy information could not be collected. <br><br> (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Group-Policies) |

49

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        | ## Comparing Group Policies between Source and Destination |

Inside the Analysis cell:

## Comparing Group Policies between Source and Destination

**TF** Owned by Thomas Farley (Deactivated) ···
Last updated: Dec 04, 2022 · 2 min read

A Group Policy Comparison utility lets you compare rule differences regarding the group policies between the source and destination machine.

The utility is available only for Windows Server 2003 or later.

After you successfully run Audit, a group policy report is generated for supported platforms in the installation directory. For example:

```
1   C:\appliances\MyAppliance\ctrack\Log\AuditGroupPolicies\
```

(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310707046/Comparing+Group+Policies+between+Source+and+Destination)

## OS Viable

**This is a blocking issue.**

This section indicates whether the operating system version of the destination machine is equal to or greater than the source operating system version.

If the versions of the operating systems are not viable, contact your system administrator.

(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#OS-Viable)

Additional evidence showing that the Accused Products obtain configuration information for underlying systems is found below.

50

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | ## Config-on-the-Fly<br><br>TF  Owned by Thomas Farley (Deactivated) •••<br>Last updated: Mar 28, 2022 • 2 min read<br><br>**Table of Contents**<br><br>- Config-on-the-fly Files and Paths<br>- Config-on-the-fly on Demand<br>- Mapping NICs between Source and Destination<br>- COTF Log<br><br>Your container may contain configuration information from another system and this information may not be compatible with the current system. For example, you may need to change IP addresses or hostnames. You can use a Config-on-the-fly file (*StandardCOTF.xml*) to update the configuration information so that it works with the current system. You may need to update the settings in the configuration file with information from the current system.<br><br>You specify the Config-on-the-fly file using the 🗎 virtapedit command-line utility to update the following property:<br><br>`1  CPROP_CONFIG_FILE`<br><br>Container properties (for example, `CPROP_SRC_NODENAME` ) can be used as arguments to the `CPROP_CONFIG_FILE` property.<br><br>StandardCOTF.xml is located as follows:<br><br>`1  C:\appliances\<ContainerName>\COTF\StandardCOTF.xml`<br><br>You can have multiple COTF files in the COTF folder. For example, one file could be for replacing IP addresses and another one for replacing hostnames. V-Migrate will load the combined COTF information from the files in the folder.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311263613/Config-on-the-Fly) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | ## Encryption Detection<br><br>TF  Owned by Thomas Farley (Deactivated) •••<br>Last updated: Mar 25, 2022 · 1 min read<br><br>Your container may contain encrypted configuration information from the source machine that is not compatible with the information on the current machine. You can use the ▣ virtacryptdetect tool to log the paths of files and registry keys to help you determine which configuration information needs to be modified.<br><br>See also ▣ virtacotf .<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311132174/Encryption+Detection) |
| 1c | analyzing said at least one source infrastructure management component using said description of said target cloud infrastructure to determine that said at least one source infrastructure management component is appropriate for infrastructure configuration mapping to said target cloud infrastructure; | The Accused Products perform "analyzing said at least one source infrastructure management component using said description of said target cloud infrastructure to determine that said at least one source infrastructure management component is appropriate for infrastructure configuration mapping to said target cloud infrastructure."<br><br>For example, the Accused Products obtain a description for "target cloud infrastructure[s]." Thereafter, the Accused Products analyze—or otherwise compare—source and destination infrastructures, both functional and non-functional requirements, to "determine that said at least one source infrastructure management component is appropriate for infrastructure configuration mapping to said target cloud infrastructure." |

# Viewing Destination Details


Owned by Thomas Farley (Deactivated) ···
Mar 29, 2022 • 2 min read

You can view detailed information about a selected destination, such as system information, storage profile, migration status, services, accounts, and applied patches.

## To View Destination Details

1. Click **Manage>Destinations**. The Destination Inventory window is displayed.
2. Select a destination in the list by clicking on the hostname or the IP column. The Destination Details window is displayed. V-Maestro displays when the destination was last seen at the top of the window.



| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314868022/Viewing+Destination+Details)<br><br>**Destination Actions**<br><br>You can perform the following actions on a destination:<br><br>• Run a pre-migration Audit to see whether the destination meets requirements for migration<br>• Print details<br>• Update the certificate<br>• Reinstall the destination<br>• RDP into the destination<br>• Unmap a destination from a source<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314868022/Viewing+Destination+Details)<br><br>The Accused Products provide "Audit Reports" "to determine that said at least one source infrastructure management component is appropriate for infrastructure configuration mapping to said target cloud infrastructure." Below includes examples of "Audit Report Contents," but such examples should not be viewed as exclusive or limiting. |

## Step 1: Audit

 Owned by Thomas Farley (Deactivated)  •••
Last updated: Mar 30, 2022  •  1 min read

Now that you have destinations lined up, have monitored applications for a few days, and have migration candidates ready, you can start the migration process.

You will need a migration license to proceed.

## To Start a Pre-Migration Audit

1. Click **Manage>Destinations**. The Destination Inventory window is displayed.
2. Select a destination in the list by clicking the **Host Source Name** link or by clicking **more actions>View Details** for the selected destination. The Destination Details window is displayed.
3. Click the Actions icon at the top and select **Audit**.



4. Click **Continue** to confirm.
5. If you haven't yet supplied a valid migration license, a message will indicate this. Click **OK** and click **Settings** in the **System** navigation menu on the left to do so. See Managing V-Maestro License Keys for more information.

The **Migrations In-Progress** card now displays the number of migrations in process and the operation in progress. The Progress column displays the progress toward completion in percentage. A migration icon now displays above the filter field.

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314966328/Step+1+Audit) |

## Audit Report

 Owned by Thomas Farley (Deactivated) ···
Mar 24, 2022 • 1 min read

You can view the Audit Report, which is located as follows:

*C:\appliances\<Container>\ctrack\Log\Audit Report - <name>.txt*

You can also view it using the Administrative Console.

## To View the Audit Report Using the Administrative Console

1. In the Administrative Console, select the container and then click the **Appliance Logs** tab.

2. Click the **Audit Report** tab. The Audit report is displayed.

3. To reload the Audit Report, click the **Reload** button.



| Claim | US 9,722,858<br>Claim Term | Analysis |
|-------|---------------------------|----------|
|       |                           | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/313917530/Audit+Report) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | ## virtaaudit<br><br>**TF** Owned by Thomas Farley (Deactivated) ···<br>Last updated: Mar 28, 2022 · 2 min read<br><br>This command checks whether the source and destination machines comply with application migration pre-requisites. Run this command before you migrate an application. Any issues are listed in the `Audit Report.txt` file located in the appliance folder.<br><br>If the Audit Report lists a problem or problems that will impede application migration, see 🔲 Understanding Audit for guidance about how to resolve specific issues identified in the report.<br><br>Administrator privileges are required.<br><br>### Syntax<br><br>`1  virtaaudit <server username> <password \| /P> [/V] [/O outputDirectory]`<br><br>`1  virtaaudit <server> [/V] [/O outputDirectory]`<br><br>### Options<br><br>| Option | Description |<br>|--------|-------------|<br>| server | The IP address or machine name of the source machine. |<br>| username | The user name of the Administrator account on the source machine. |<br>| password | The password of the Administrator account on the source machine. |<br>| /O OutputDirectory | Write the Audit Report file to the specified directory. Optional. |<br>| /V verbose | Write detailed error descriptions to the CLI. Optional. |<br>| /P hidePassword | Hide the password for the user. Optional. |<br> |

| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314212459/virtaaudit) |

# Understanding Audit

 Owned by Thomas Farley (Deactivated) ···
Last updated: Apr 01, 2022 • 10 min read

**Table of Contents**

- Running a Pre-Migration Audit
  - Running Audit from the Administrative Console
- Audit Report Contents
  - Administrative Accounts
  - Blank Password Match
  - CPU Type
  - Cached Logons
  - COMPlus
  - Computer Name Test
  - Disk Configuration Test
  - Dock Intercept
  - Domain Controller
  - Domain Test
  - DotNet
  - FIPS
  - Firewall
  - Group Policies
  - IIS
  - LAN Manager
  - Network Identity Cards
  - OS Viable
  - Port
    - Open Ports on the Destination Machine Firewall
  - RAM
  - Remote Access
    - Remote Administrative Shares Enabled
  - System Roots
  - System Types
  - Windows2k

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit) |

**Firewall**

This section indicates the firewall state of the three networking profiles (private, domain, public) on the destination and source machines. If the corresponding states differ between the two machines, a warning will be shown here.

This section may display "Unknown" for the firewall state. This may occur because the source machine is running an older version of Windows Server (2003 or earlier), which has only one network profile.

A firewall comparison tool is available if you want to compare firewall rule differences or troubleshoot firewall issues between the source and destination. See 📄 Comparing Group Policies between Source and Destination for more information.

(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Firewall)

**Comparing Firewall Rules**

TF  Owned by Thomas Farley (Deactivated) ⋯
Last updated: Dec 04, 2022 • 2 min read

Audit provides a warning about differences regarding the firewall enable state between the source and destination machine. A Compare Firewall Rules utility lets you compare rule differences.

The utility is available only for Windows Server 2008 or later because earlier versions of the operating system do not feature additional firewall profiles.

After you successfully run Audit, a firewall report is generated in the installation directory. For example:

```
1   C:\appliances\MyAppliance\ctrack\Log\AuditFirewall
```

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310739279/Comparing+Firewall+Rules)<br><br>**Disk Configuration Test**<br><br>This section provides information on how big the source machine and the destination machine drives are. A warning will be generated if the source machine drive is bigger than the destination machine drive.<br><br>This section indicates whether the system drives match on the destination and source machines.<br><br>If the system drives do not match, contact your system administrator.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Disk-Configuration-Test)<br><br>**Group Policies**<br><br>This audit is not available on Windows 2000 or earlier. A group policy report will not be generated.<br><br>The group policy section in the audit report indicates whether group policy information was successfully collected from the source and destination machines. If the audit was successful, then you can perform a group policy comparison using the ✂ https://virtamove.atlassian.net/wiki/spaces/VE/pages/309297809/Group+Policy+Comparison+Tool?search_id=8befec8f-bb8f-4f46-ac1d-6efb11f17c83 Can't find link from the Administrative Console. If the audit was not successful, the audit report will indicate why group policy information could not be collected.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Group-Policies) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| | | ## Comparing Group Policies between Source and Destination |
| | | **TF** Owned by Thomas Farley (Deactivated) ⋯ Last updated: Dec 04, 2022 • 2 min read |
| | | A Group Policy Comparison utility lets you compare rule differences regarding the group policies between the source and destination machine. |
| | | The utility is available only for Windows Server 2003 or later. |
| | | After you successfully run Audit, a group policy report is generated for supported platforms in the installation directory. For example: |
| | | ```
1   C:\appliances\MyAppliance\ctrack\Log\AuditGroupPolicies\
``` |
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310707046/Comparing+Group+Policies+between+Source+and+Destination) |
| | | ### Network Identity Cards |
| | | This section indicates how many Network Identity Cards (NICs) are on the source and destination machine. |
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Network-Identity-Cards) |
| | | ## Mapping NICs between Source and Destination |
| | | You can use COTF to add or remove NICs to match the number of NICs on the source machine, using selected NICs as COTF parameters. For example, the source machine might have more NICs than the destination. The parameters are stored in the `ipCOTF.xml` file in the `COTF` folder for the selected appliance. |
| | | If there is a NIC mismatch, the Administrative Console will display a message. You can map the IP addresses manually if you need to correct the mismatch. |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | ([https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311263613/Config-on-the-Fly#Mapping-NICs-between-Source-and-Destination](https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311263613/Config-on-the-Fly#Mapping-NICs-between-Source-and-Destination)) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | ## Port<br><br>This section of the report indicates the status of the required ports on the source machine.<br><br>• Check that there is connectivity end-to-end from the destination server to the source on **port 445**. This is a blocking issue if VirtaMove Source Agent is not being used and **port 445** is not open. End-to-end means that the port is open at the Windows firewalls, at the cloud-instance firewalls, and at any perimeter firewalls between the two servers. If the use of port 445 is not permitted on the network or is a concern, use a virtual private network (VPN) to establish connectivity between the destination and source machines.<br><br>• For IIS migrations, make sure that **port 80** is open because it is required by Web Deploy.<br><br>• For migrations that use VirtaMove Source Agent, make sure that **port 9665** is open on the source machine. **Port 9665** is required to establish a connection to the VirtaMove Source Agent on the source machine. Two inbound rules must be created on the source machine: one for the **TCP** and one for the **UDP** port (both 9665). See https://technet.microsoft.com/en-us/library/ms345310(v=sql.100).aspx for more information.<br><br>VirtaMove Source Agent communicates through **TCP** port number **9665** by default. You can configure the port number to a different number if required. See 🗐 VirtaMove Source Agent for more information.<br><br>If the Audit Report indicates that a required port is closed, makes sure that external nodes between the destination machine and the source machine also permit communication across these ports (port 445, 9665, etc.). For example, if you are migrating to an Amazon Web Services (AWS) managed cloud server, make sure that AWS also has these ports opened.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Port) |

## Assigning a Destination to a Source

 Owned by Thomas Farley (Deactivated) •••
Mar 29, 2022 • 1 min read

You can assign a destination to a specific source machine.

## To Assign a Destination to a Source

1. Click **Manage>Destinations**. The Destination Inventory window is displayed.

2. In the **Source Hostname** column, click **Assign**. The Assign a Source window is displayed.



3. Select a source by clicking **Select**. You can scroll through the list of source hostnames if necessary or filter the list. Click **Continue**. A message displays whether the mapping was successful.

4. Click **Close.**

The source you mapped is now displayed in the **Source Hostname** column for the destination in the Destination Inventory window.

You can also assign a destination to a source from the Destination Details window or the Source Inventory page.

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314966212/Assigning+a+Destination+to+a+Source) |
|       |                        | Moreover, the Accused Products provide "[s]ophisticated reports and real-time data [to] provide deep insight on *migration candidates and priorities*, server profiles, security vulnerabilities, migration complexity assessment, and total estimated annual costs for cloud migrations."  VirtaMove's software "can help you determine *which applications can and should be migrated, how complex a migration is likely to be, and the internal resources you'll need to successfully migrate your applications*." |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| | | **It Pays to Look Before You Leap into Application Migration**<br><br>VirtaMove's Intelligent application discovery and monitoring shines light on all servers and applications in your network.<br><br>A clear picture removes assumptions, guesswork, and hidden costs from application migration or modernization plans. Sophisticated reports and real-time data provide deep insight on migration candidates and priorities, server profiles, security vulnerabilities, migration complexity assessment, and total estimated annual costs for cloud migrations.<br><br>Smart data means you don't have to jump into application migration with a blindfold on.<br><br>(https://virtamove.com/solutions/application-discovery/) |

| Claim | US 9,722,858<br>Claim Term | Analysis |
|-------|---------------------------|----------|
|       |                           | **AI Driven Application Monitoring and Discovery**<br><br>With deep data about your server and application profiles, you can achieve effective and optimized migrations that will yield high returns on your migration or modernization investments.<br><br>Avoid migrating unnecessary applications, eliminate technical pitfalls before, during, and after a migration, and remove best guesses in capacity planning so you don't over or under provision destination servers. Save time and cost from migration start to finish.<br><br>(https://virtamove.com/solutions/application-discovery/) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | **APPLICATION DISCOVERY ›** VirtaMove's intelligent application monitoring and discovery removes assumptions and guesswork from application modernization plans and strategy. **MIGRATION STRATEGY ›** Sophisticated reports and real-time data provide a clear picture of migration candidates and priorities, server profiles, migration complexity scores, and total estimated annual costs for cloud migrations. (https://virtamove.com/solutions/) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | **Relearn Your Applications**<br><br>A great migration plan starts with understanding your applications and partnering with a migration expert.<br><br>We'll help you select the right applications and remove guesswork from capacity planning so you don't over or under provision destination servers.<br><br>Leverage VirtaMove's expertise and migration assessment to achieve effective and optimized migrations that will yield high returns on your modernization investments.<br><br>(https://virtamove.com/solutions/migration-strategy/) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | **How Well Do You Know Your Server?**<br><br>Legacy servers can be difficult to migrate, harboring many unknown elements that can surface after a migration begins.<br><br>These technical pitfalls can significantly delay a migration and increase costs. Use VirtaMove's technology and expertise to steer your migration project to success, from strategy to completion. At VirtaMove we've migrated tens of thousands of servers across multiple platforms, on-prem or to the cloud.<br><br>We can help you determine which applications can and should be migrated, how complex a migration is likely to be, and the internal resources you'll need to successfully migrate your applications.<br><br>(https://virtamove.com/solutions/migration-strategy/) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | Further evidence showing the Accused Products analyze configuration information of applications and underlying systems is found below.<br><br>### Config-on-the-Fly<br><br>TF Owned by Thomas Farley (Deactivated) •••<br>Last updated: Mar 28, 2022 • 2 min read<br><br>**Table of Contents**<br>• Config-on-the-fly Files and Paths<br>• Config-on-the-fly on Demand<br>• Mapping NICs between Source and Destination<br>• COTF Log<br><br>Your container may contain configuration information from another system and this information may not be compatible with the current system. For example, you may need to change IP addresses or hostnames. You can use a Config-on-the-fly file (*StandardCOTF.xml*) to update the configuration information so that it works with the current system. You may need to update the settings in the configuration file with information from the current system.<br><br>You specify the Config-on-the-fly file using the 📄 virtapedit command-line utility to update the following property:<br><br>`1  CPROP_CONFIG_FILE`<br><br>Container properties (for example, `CPROP_SRC_NODENAME` ) can be used as arguments to the `CPROP_CONFIG_FILE` property.<br><br>StandardCOTF.xml is located as follows:<br><br>`1  C:\appliances\<ContainerName>\COTF\StandardCOTF.xml`<br><br>You can have multiple COTF files in the COTF folder. For example, one file could be for replacing IP addresses and another one for replacing hostnames. V-Migrate will load the combined COTF information from the files in the folder.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311263613/Config-on-the-Fly) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        | **Encryption Detection**<br><br>Owned by Thomas Farley (Deactivated)  •••<br>Last updated: Mar 25, 2022  •  1 min read<br><br>Your container may contain encrypted configuration information from the source machine that is not compatible with the information on the current machine. You can use the ▣ virtacryptdetect tool to log the paths of files and registry keys to help you determine which configuration information needs to be modified.<br><br>See also ▣ virtacotf .<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311132174/Encryption+Detection)<br><br>"V-Maestro can be thought of as an active CM BD, being able to tell us information about the applications on a server.  There are a number of reports that can be made available for project managers and senior level managers.  Reports can breakdown which servers are being monitored and how far along in the monitor process we are.  *All the data can be generated into PDF reports that can be emailed to team members or management, and lets you right-size destination servers and do some capacity planning for an application and destination servers.*" |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | <br><br>(https://www.youtube.com/watch?v=nOlMUwHMvY0) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
| | | The Accused Products analyze "source infrastructure management component[s]" and "determine that said at least one source infrastructure management component is appropriate for infrastructure configuration mapping to said target cloud infrastructure" through during the migration process.<br><br>"Because our solution is primarily installed on the destination server we have established *a staging container* and that staging container takes advantage of the modern operating system and it's in that container that you have the ability to *verify that the copy of the application taken from the old source operating system functions properly in that new operating system*."<br><br><br><br>(https://www.youtube.com/watch?v=hDb541Ax6xw)<br><br>"Then you can move onto the next stage: user acceptance testing or the exercise phase. *In the exercise step, we move to the destination server and run the application through its bases and* |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | *confirm that everything is working as expected.*  Once the application has passed its testing, we can push the application through the dissolve process to have it natively installed on the destination server."  |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | ([https://www.youtube.com/watch?v=nOlMUwHMvY0](https://www.youtube.com/watch?v=nOlMUwHMvY0))<br><br>Additional evidence showing VirtaMove's infringement is found in at least the following documents: |

## Step 3: Test the Application in the Container

 Owned by Thomas Farley (Deactivated) •••
Mar 29, 2022 • 2 min read

Once the migration container is prepopulated with the application and its dependencies, you can start testing the application in the container to make sure that it performs as expected. The Testing team will exercise the application, which means using all its features and functions so that V-Maestro is able to capture these elements in a complete migration template.

The testing team will RDP into the destination machine to start the application and perform the exercise operation.



## To Test the Application

1. In the Destination Details window, click the Actions icon at the top and select **RDP**.



2. In the Remote Desktop Connection window, click **Connect**.
3. On the destination machine, open VirtaMove Administrative Console.
4. Select the container, then click the **Services** tab. Start required services and click **Save** if necessary.
5. When services have started, click **Run** to launch the application.
6. When the application starts, use the application features and functions as much as possible in order to obtain a complete migration template.

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314671696/Step+3%3A+Test+the+Application+in+the+Container) |

### Testing Containers

Owned by Thomas Farley (Deactivated) •••
Last updated: Mar 28, 2022 • 2 min read

**Table of Contents**

- About Testing Containers
  - Testing Requirements
- Testing a Container
- What If I Find Problems During Testing?
  - To Delete and Recreate a Container

## About Testing Containers

You can test a container to make sure that the appliance runs correctly. Testing a container may include testing container services, for example. Once you are satisfied that the container runs correctly, you can then move the appliance to the destination machine.

You can test an appliance on either the source machine or the destination machine.

## Testing Requirements

If you are testing on the destination machine, make sure that the environment is configured to meet the configuration requirements of the application or service in the appliance. For more information, see your application documentation for system configuration requirements.

To avoid service conflicts where appliances with services from the source machine already exist on the destination, VirtaMove will display an error message and prevent the local service from starting. You must resolve this conflict by either removing the service from the destination or removing the service from the container.

(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314114051/Testing+Containers)

The requirements for COM+ and DCOM are as follows.

| Requirement | Description |
|---|---|
| Registry key value `Com+Enabled` | If the registry key value `Com+Enabled` in the `HKLM\SOFTWARE\Microsoft\COM3` registry key is set to 0 (disabled) on the source machine, attempts to connect from the destination machine to the source machine and list COM+ applications on the source machine will result in an error. |
| | If `Com+Enabled` is disabled on the destination machine, it will not be possible to list COM+ applications on the destination machine or install COM+ applications on the destination machine, which means that containers that have COM+ application packages will **fail to dock**. |
| | Additionally, if `RemoteAccessEnabled` is disabled on the source machine, attempts to connect from the destination machine to the source machine and list COM+ applications on the source machine will result in an error. |
| Membership in the Distributed COM Users Group | The account used to perform the export (the account specified in the tether credentials) must be a member of the Distributed COM Users group on the source machine. Otherwise, the export will **fail**. |
| Configure your firewall to allow DCOM connections | You may need to configure your firewall to allow DCOM connections. For information, see: ⬏ How to Configure the Firewall to Allow DCOM Connections |
| `AutoShareServer` and `LocalAccountTokenFilterPolicy` registry keys | **For less than Windows Server 2008**<br><br>The following key must be set to 1 or undefined:<br><br>`1   Local SYSTEM\CurrentControlSet\Services\LanmanServer\Parameters\AutoShareServer`<br><br>**For Windows Server 2008 or higher**<br><br>The Remote Account must be the built-in Administrator (not just an Administrator), or the following key must be set to 1 on both the source and destination machine:<br><br>`1   SOFTWARE\Microsoft\Windows\CurrentVersion\Policies\System\LocalAccountTokenFilterPolicy` |
| `complusnetwork` registry key | **For Windows Server 2003 Source Machines**<br><br>To ensure that VirtaMove can access COM/COM+ components related to your application, the Application Server Role must be installed and the following key must be enabled (set to 1) on the source server:<br><br>`1   HKEY_LOCAL_MACHINE\SOFTWARE\Microsoft\Windows\CurrentVersion\Setup\OC Manager\Subcomponents\compl`<br><br>A reboot is not required after you change the value of this key.<br><br>**For Windows Server 2008 and Higher Source Machines**<br><br>For Windows Server 2008 and higher source machines, the `complusnetwork` key does not exist. However, **port 135** must be open to allow VirtaMove access to COM/COM+ components. For more information, see: https://technet.microsoft.com/en-us/library/cc731967(v=ws.11).aspx. |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
| | | ([https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310477173/COM+and+DCOM+Requirements](https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310477173/COM+and+DCOM+Requirements)) <br><br> . Click the **Source Services** tab and review the remote services that were automatically selected for the container. Select services as appropriate. <br><br> . Navigate to the **Services** tab at the top of the Administrative Console. Edit the User Name and Password for a service as appropriate. Note that you are setting a password only; VirtaMove does not validate a password against the original password associated with the source machine. You cannot edit passwords after you click **Dock**. Service User Names must be in the format domain\uid, where uid is the user identifier. This is a restriction of the Microsoft Win32 functions for working with the Service Control Manager (SCM), which is used by VirtaMove. <br><br> ○ If you select a service and the service is "Started" on the source machine, tethering will not succeed. Stop the service before tethering by right-clicking the service and then selecting **Stop Source Service**. <br><br> ○ If you select a service and the service already exists on the underlying operating system, the **Source Status** column will display **"CONFLICT"**. Resolve the conflict and then press F5 to refresh the list. <br><br> ○ If you hover over a service in the list, a tooltip will display which selected service, if any, requires this service. <br><br> ([https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311132184/Migrating+an+Application+Using+the+VirtaMove+Administrative+Console](https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311132184/Migrating+an+Application+Using+the+VirtaMove+Administrative+Console)) |
| 1d | stopping an application executing on said at least one source infrastructure management component determined appropriate for infrastructure configuration mapping; and | The Accused Products perform "stopping an application executing on said at least one source infrastructure management component determined appropriate for infrastructure configuration mapping." <br><br> The Accused Products "stop[ ] an application executing" on the source to prepare for migration. <br><br> "We can also run simple queries to confirm that everything is running successfully on the Linux source server.  At this point, our next step is to stop the services on the source server.  This will assist with the successful migration to the Linux 81 destination server." |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|--------------------------|----------|
|       |                          |  (https://www.youtube.com/watch?v=hDb541Ax6xw)<br><br>The Accused Products allow for starting and stopping applications and source services. |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | ## Starting Applications You Want to Monitor

TF  Owned by Thomas Farley (Deactivated) ···
Mar 03, 2022 • 1 min read

Once Source Monitor is enabled on the source machine, you can start the applications and services that are to be monitored. Source Monitor will track all the file system and registry paths accessed by these applications and services. The tracked paths are sent in real-time to the Source Agent, which in turn stores them in an SQLite database.

**Note:**
If the applications or services were already started before Monitor is enabled, you must restart them after Source Monitor is enabled.

(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311329129/Starting+Applications+You+Want+to+Monitor)

These icons let you perform tasks for the source. From left to right:

- View details about the applications on the source.
- View details about active connections.
- View, stop or start services associated with applications.
- View users and groups, and migrate selected users or groups.
- View Audit information for the source.

(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314671475/Viewing+Source+Details) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | **Source Services**<br><br>You can list installed services on the source machine and copy services from this list to the destination machine before you dock a container. This is useful if a service on the source machine was missing in the container when the container was created.<br><br>When you get source services, a *cremoteservices* file is created in the container folder. This XML file contains a list of services from the source machine.<br><br>You can stop a service on the **Source Services** tab of the Administrative Console under the **Tether** tab.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310739395/Source+Information)<br><br>11. Navigate to the **Services** tab at the top of the Administrative Console. Edit the User Name and Password for a service as appropriate. Note that you are setting a password only; VirtaMove does not validate a password against the original password associated with the source machine. You cannot edit passwords after you click **Dock**. Service User Names must be in the format domain\uid, where uid is the user identifier. This is a restriction of the Microsoft Win32 functions for working with the Service Control Manager (SCM), which is used by VirtaMove.<br>   ○ If you select a service and the service is "Started" on the source machine, tethering will not succeed. Stop the service before tethering by right-clicking the service and then selecting **Stop Source Service**.<br>   ○ If you select a service and the service already exists on the underlying operating system, the **Source Status** column will display **"CONFLICT"**. Resolve the conflict and then press F5 to refresh the list.<br>   ○ If you hover over a service in the list, a tooltip will display which selected service, if any, requires this service.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311132184/Migrating+an+Application+Using+the+VirtaMove+Administrative+Console) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | ## Pre-Populate<br><br>Pre-populating a container is part of the VirtaMove application migration process. Pre-population migrates remote products, services, users, and groups without requiring downtime of the application on the source server. Any locked files will not be copied over until the application is fully exercised.<br><br>Pre-populate captures components of the application while the application is up and running on the source server. You can then schedule a maintenance window at a later time for the application. It is during this maintenance window that you would stop and shut down the application before you complete the migration by exercising the application.<br><br>Pre-populate occurs when you click the **Pre-Populate** button in the VirtaMove Administrative Console under the **Tether** tab. A window displays the status of the Pre-Populate process.<br><br><br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310739347/The+Application+Migration+Process) |
| 1d | capturing said at least one source infrastructure management component determined appropriate for infrastructure configuration mapping for migration to said target cloud infrastructure. | The Accused Products perform "capturing said at least one source infrastructure management component determined appropriate for infrastructure configuration mapping for migration to said target cloud infrastructure."<br><br>"We select the applications and the dependencies associated with that application and then *we take a stateful or an as-is state—a copy of the as is state of the particular applications and dependencies* that have been chosen and with that copy we *move that to the destination server*. " |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | |  |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        | (https://www.youtube.com/watch?v=hDb541Ax6xw) <br><br> ### About VirtaMove Source Monitor <br><br> **TF** Owned by Thomas Farley (Deactivated) ··· <br> Last updated: Mar 28, 2022 · 1 min read <br><br> VirtaMove Source Monitor allows you to monitor how an application is running on a source machine over a period of time, usually several weeks. Monitoring provides you with a list of data, such as files and keys, so you can automatically capture and migrate this data to a destination machine, without having to manually exercise the application on the destination machine post migration. <br><br> Source Monitor is a part of VirtaMove Source Agent and is installed when you install VirtaMove Source Agent on the source machine. <br><br> (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311230801/About+VirtaMove+Source+Monitor) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | ## Using Tether Sync 🔗 <br><br> **TF** Owned by Thomas Farley (Deactivated) ··· <br> Last updated: Mar 28, 2022 • 4 min read <br><br> **Table of Contents** <br><br> • Update Mode <br> • Reset Mode <br> • What Gets Synced? <br> ○ To Use Tether Sync <br> ○ To Use Tether Sync Using the CLI <br> • Tether Synch Log <br><br> Tether Sync allows a container to be populated with files and registry keys and then updated later. The Tether Sync feature is useful if you are not able to move some files (e.g., locked databases) right away but instead, need to wait for a service window. In a case like this, Tether Sync allows you to tether as much at the source as possible in advance and then re-connect later during a service window in order to finish the migration. Any new or different files/keys will be re-copied from the source, and files/keys that have been removed from the source will also be removed. <br><br> A container must be undocked to apply Tether Sync. An application will not start until the Tether Sync process is complete. <br><br> Tether Sync modes are: <br><br> • Update <br> • Reset |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311329719/Using+Tether+Sync) |

## What Gets Synced?

Tether Sync does not synchronize everything on the source machine to the destination machine. Only paths and keys that have previously been tethered will be checked against the source machine. Specifically, individual files that have been copied will be checked against the source machine as well as paths that were copied in entirety (greedy copied).

**For example:**

If you have a complete copy of " `\Program Files\SQL Server` " and you add directory " `\Program Files\SQL Server\some_folder` ", then a sync operation will copy " `some_folder` " to the destination machine because the " `SQL Server` " folder was greedy copied. If you add " `\Program Files\some_other_folder` ", it will not be copied because it is outside of the paths that were greedy copied.

To see which paths will be synced, see the `tether_greedy_roots.dat` file in the container folder. This file contains a list of paths that are meant to be synchronized with the source.

## To Use Tether Sync

1. In the Administrative Console, select a container that was previously tethered, and then click the **Tether** tab.
2. Make sure the container is undocked. Click the **Undock** button if the container is docked.
3. Make sure that the **Use Tether** check box is enabled and that the credentials required to connect to the source machine are still valid.
4. In the **Sync Mode** field, select one of the following as appropriate:
   - **None** - Do not sync.
   - **Update** - Any files or keys that are newest will be copied. If you changed a file on both the source and destination machines, the newest file will be copied.
   - **Reset** - Any files or keys which are different between the source and destination will be overwritten on the destination machine. Any files/keys which are new on the destination will **not be preserved. Not recommended for an IIS application migration.**



5. If Sync Mode is **Update** or **Reset**, click the **Sync Now** button.
6. If you selected **Reset**, read and respond to the warning message by clicking **Yes** or **No**.

When a container is syncing, its status will read "Syncing" until the process is complete. An application will not start until the Tether Sync process is complete.

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311329719/Using+Tether+Sync) |

# Creating a Config-on-the-Fly File

You can use a Config-on-the-fly file to define how specific file/registry items being tethered to on the source machine will be configured on the destination machine. For example, you may need to replace source machine identification information (hostname, IP address, etc.) with the destination machine ID information. You can use the Config-on-the-fly file to accomplish this task.

You can specify the Config-on-the-fly file in the Admin Console by clicking the `COTF` button or using the following property with `virtapedit` command:

```
1  CPROP_CONFIG_FILE
```

You can:

- specify the paths to be configured and the actions to be taken for the particular path
- use container properties (for example, `CPROP_SRC_NODENAME`) as arguments when setting the `CPROP_CONFIG_FILE` property (for example, `virtapedit <path_to_appliance> CPROP_CONFIG_FILE "StandardCOTF.xml CPROP_SRC_NODENAME"`)
- use wildcards in the `TARGET` tag and the `EXCLUDE` tag of the COTF file to exclude specific files from rehosting

When you create a container, a Config-on-the-fly file is automatically created in the container's COTF folder:

```
1  COTF\StandardCOTF.xml
```

When you specify a path to be configured, VirtaMove supports paths that are relative to the container folder. That is, VirtaMove supports:

```
1  ".\COTF\StandardCOTF.xml"
```

or the absolute full path:

```
1  "C:\appliance\ContainerName\COTF\StandardCOTF.xml"
```

You can also specify only the file name of the COTF file if the file is in the `COTF` folder. For example:

```
1  "StandardCOTF.xml"
```

If a container requires a custom Config-on-the-fly file, copy the file into the `COTF` folder of the container before you compress and move the container. You can then manually update the `CPROP_CONFIG_FILE` after you uncompress the container to make sure that it is set to the current location of the custom Config-on-the-fly file.

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311460208/Creating+a+Config-on-the-Fly+File) |

Additional evidence showing VirtaMove's infringement is found in at least the following documents:



(https://virtamove.com/resources/virtualizing-windows-server/)

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | **Why Choose VirtaMove Migration?**<br><br>VirtaMove's patented software captures applications in Virtual Machine-free and operating system-free moving containers. This means that VirtaMove technology can move even the most complex server applications to modern, supported operating systems in any environment and any cloud. Containers preserve application state and provide portability and flexibility, which mean agility and no cloud lock in.<br><br>(https://virtamove.com/migration-software/v-migrate/) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  |  (https://virtamove.com/resources/an-intelligent-approach-to-migrating-server-applications/) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | ## Step 2: Prepopulate a Container<br><br>TF Owned by Thomas Farley (Deactivated) •••<br>Mar 29, 2022 • 1 min read<br><br>Once the pre-migration Audit is complete, you can create a migration container and populate it with the application and its dependencies. V-Maestro will copy all dependencies into the container, such as user and group accounts and COM objects. Once this step is complete, V-Maestro will dock the container, which registers the container onto the operating system of the destination.<br><br>### To Create and Prepopulate a Container<br><br>1. In the Destination Details window, click the Actions icon at the top and select **Prepopulate - Create a VAA**.<br><br>2. Click **Continue** to confirm. You can check **Current Operation** in the **Migrations in-Progress** card to see the status of the prepopulation process.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314802710/Step+2+Prepopulate+a+Container) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | ## Step 3: Test the Application in the Container |
| | | **TF** Owned by Thomas Farley (Deactivated) ••• |
| | | Mar 29, 2022 • 2 min read |
| | | Once the migration container is prepopulated with the application and its dependencies, you can start testing the application in the container to make sure that it performs as expected. The Testing team will exercise the application, which means using all its features and functions so that V-Maestro is able to capture these elements in a complete migration template. |
| | | The testing team will RDP into the destination machine to start the application and perform the exercise operation. |
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314671696/Step+3+Test+the+Application+in+the+Container) |
| | | ## What If I Find Problems During Testing? |
| | | You can address testing issues by deleting a container and recreating the container, if necessary. |
| | | ### To Delete and Recreate a Container |
| | | 1. Undock the container using the 📄 virtaundock command. |
| | | 2. Do one of the following: |
| | |    a. Create a backup copy of the container template. Delete the container and then make the necessary changes to the template and use the 📄 virtacreate /T command to recreate the container. |
| | |    b. Delete the container and start over. |
| | | 3. Dock, start the container's services (if required), and run the container to confirm the changes have been made. |
| | | You can repeat any of these actions as often as required until a container satisfies your requirements. |
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314114051/Testing+Containers) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| 2 | The non-transitory computer readable medium of claim 1, wherein, in said discovering step of said method, said at least one source infrastructure management component comprises at least one of:<br><br>at least one source infrastructure management client;<br><br>at least one source infrastructure management server;<br><br>at least one source infrastructure management configuration; and<br><br>at least one source infrastructure management log. | The Accused Products comprise a non-transitory computer readable medium as claimed in claim 1. *See* claim 1.<br><br>The Accused Products comprise a non-transitory computer readable medium "wherein, in said discovering step of said method, said at least one source infrastructure management component comprises at least one of: at least one source infrastructure management client; at least one source infrastructure management server; at least one source infrastructure management configuration; and at least one source infrastructure management log.<br><br>The Accused Products discover "source infrastructure management component[s]" such as clients, servers, configurations, and log files. |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         |  (https://www.youtube.com/watch?v=nOlMUwHMvY0&t) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|  |  | <br>(https://www.youtube.com/watch?v=nOlMUwHMvY0&t) |

102

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         |  (https://www.youtube.com/watch?v=nOlMUwHMvY0&t)<br><br>*"Your server may have external server dependencies that need to be taken into consideration.* These are indicated by port connections and data flow of this dotted line. *The dotted line tells us the servers are connected in some way.* In this instance, it tells us they have a relationship and we should dig |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | down to find out if these are the same applications or perhaps a back-end database service.  *This is valuable information in terms of deciding when migrating one of these application layers, there may be a knock-on effect on additional servers and infrastructure layers.*  It lets you plan how to address multi-tier applications.  *You may need to move one, two or all three of the apps and servers at same time … The dotted line might simply indicate desktop users or [there] may be other computers or servers that have database components associated with this application in some fashion.*" |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| | |  (https://www.youtube.com/watch?v=nOlMUwHMvY0&t) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        | ## About Source Agents<br><br>TF  Owned by Thomas Farley (Deactivated)  ···<br>Last updated: Mar 30, 2022  •  1 min read<br><br>In order for V-Maestro to discover and monitor applications that are running on the servers in your local network, a VirtaMove Source Agent must be installed on each of the source servers that you are interested in. For more information, see ▣ Installing Source Agents Manually .<br><br>You can use the following methods to install Source Agents:<br><br>• **Manually** – Installs Source Agents on one server at a time.<br>• **Remotely** – Uses the V-Maestro interface to install Source Agents on all machines at once.<br><br>V-Maestro discovers all servers running on your local network that have a Source Agent installed. If you add a server machine that is running VirtaMove Source Agent, V-Maestro automatically establishes a connection to the source.<br><br>**Note:**<br>In order for V-Maestro to discover and monitor sources, the security keys must match.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314704014/About+Source+Agents) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | ## About Monitoring Applications<br><br>TF  Owned by Thomas Farley (Deactivated)  •••<br>Mar 29, 2022  •  1 min read<br><br>Monitoring discovered sources and the applications they are running lets you collect data about how and when these applications are used, in real time. It also discovers application components and dependencies that you might not be aware of, and how application components might be distributed across a network. Monitoring reduces the amount of time required to exercise the application on the destination, which therefore minimizes the duration of the maintenance window.<br><br>After monitoring selected applications for a few days, you can decide how best to move them to selected destinations, or whether to even move them at all if they don't appear to be a priority for migration based on usage data. For example, applications with a monitoring status of No Usage may not be usefully moved.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314802606/About+Monitoring+Applications) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         |   (https://virtamove.com/solutions/) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | **Relearn Your Applications**<br><br>A great migration plan starts with understanding your applications and partnering with a migration expert.<br><br>We'll help you select the right applications and remove guesswork from capacity planning so you don't over or under provision destination servers.<br><br>Leverage VirtaMove's expertise and migration assessment to achieve effective and optimized migrations that will yield high returns on your modernization investments.<br><br>(https://virtamove.com/solutions/migration-strategy/) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        | **How Well Do You Know Your Server?** Legacy servers can be difficult to migrate, harboring many unknown elements that can surface after a migration begins. These technical pitfalls can significantly delay a migration and increase costs. Use VirtaMove's technology and expertise to steer your migration project to success, from strategy to completion. At VirtaMove we've migrated tens of thousands of servers across multiple platforms, on-prem or to the cloud. We can help you determine which applications can and should be migrated, how complex a migration is likely to be, and the internal resources you'll need to successfully migrate your applications. (https://virtamove.com/solutions/migration-strategy/) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        | ## Config-on-the-Fly<br><br>TF  Owned by Thomas Farley (Deactivated) •••<br>Last updated: Mar 28, 2022 • 2 min read<br><br>**Table of Contents**<br><br>- Config-on-the-fly Files and Paths<br>- Config-on-the-fly on Demand<br>- Mapping NICs between Source and Destination<br>- COTF Log<br><br>Your container may contain configuration information from another system and this information may not be compatible with the current system. For example, you may need to change IP addresses or hostnames. You can use a Config-on-the-fly file (*StandardCOTF.xml*) to update the configuration information so that it works with the current system. You may need to update the settings in the configuration file with information from the current system.<br><br>You specify the Config-on-the-fly file using the 📄 virtapedit command-line utility to update the following property:<br><br>`1  CPROP_CONFIG_FILE`<br><br>Container properties (for example, `CPROP_SRC_NODENAME` ) can be used as arguments to the `CPROP_CONFIG_FILE` property.<br><br>StandardCOTF.xml is located as follows:<br><br>`1  C:\appliances\<ContainerName>\COTF\StandardCOTF.xml`<br><br>You can have multiple COTF files in the COTF folder. For example, one file could be for replacing IP addresses and another one for replacing hostnames. V-Migrate will load the combined COTF information from the files in the folder.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311263613/Config-on-the-Fly) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | **Encryption Detection** <br><br> TF  Owned by Thomas Farley (Deactivated)  ··· <br> Last updated: Mar 25, 2022 • 1 min read <br><br> Your container may contain encrypted configuration information from the source machine that is not compatible with the information on the current machine. You can use the ▣ virtacryptdetect tool to log the paths of files and registry keys to help you determine which configuration information needs to be modified. <br><br> See also ▣ virtacotf . <br><br> (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311132174/Encryption+Detection) |

# Managing Source Services

 Owned by Thomas Farley (Deactivated)  ⋯
Mar 03, 2022 • 2 min read

You can list installed services on the source machine and copy services from this list to the destination machine before you dock a container.

The Remote Registry service must be started on the source machine to allow remote users to modify registry settings on the computer and get source services.

Services that have already been added to a container appear gray in the **Source Services** list of the **Tether** tab.

If a user account corresponding to the login credentials of a selected service is bundled with a container, information from the account bundle associated with the service user as well as the user password will be imported automatically when the appliance is docked. If the user doesn't currently exist on the underlying operating system, the user will be created using the password displayed in the **Services** tab.

**To Manage Source Services**

1. Select the container for which you enabled Tether, and then click the **Tether** tab.

2. Run an Audit of the source and destination machine by clicking the **Run Audit** button. If credentials fail or pre-requisites have not been met for tethering, an error message is displayed at the bottom of the Administrative Console window. To scroll through messages, click the Back or Forward button on the left or right of the message bar. You can view the Audit Report by going to the **Appliance Logs** tab to determine what the problem is.

3. Click the **Find Applications** button. A list of services on the source machine is displayed in the **Source Services** tab.



4. Select or de-select a service or services in the **Source Services** list, and then click **Save** to copy the configuration of the selected services from the source machine to the destination machine. The selected services now appear on the **Services** tab for the container or are removed from the **Services** tab.

5. Click the **Services** tab.

6. In the **User Name** field, enter the name of the user that the service requires to run properly.

7. In the **Password** field, enter the password of the user you entered in step 5, and then click **Save**. Note that VirtaMove does not validate the password you enter against the original password on the source machine.

8. Click **Save**. Any new services are exported to the container. You can now dock and run the container.

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311394775/Managing+Source+Services)<br><br>## Modifying Credentials<br><br>TF  Owned by Thomas Farley (Deactivated)  •••<br>Mar 03, 2022 • 1 min read<br><br>You can modify the credentials required to connect to the source machine. For example, you can change the user name of the Administrator account.<br><br>Before you make any changes, you must first make sure that any containers tethered to the source machine are undocked then log out of the current Windows session. You can then log back in and change the credentials.<br><br>As a best practice, always test the connection to the remote machine by clicking the **Test Connection** button when you make changes to a container that has Tether enabled. If Tether is not successful, you will not be able to dock the container.<br><br>### To Modify Credentials to Connect to the Source Machine<br><br>1. Select a container, and then click the **Tether** tab.<br>2. If required, click the **Use Tether** check box to enable Tether.<br>3. In the **User Name** field, type the user name that represents the local administrator account on the source machine.<br>4. In the **Password** field, type the password of the user you specified above.<br>5. To test the connection to the remote machine, click the **Test Connection** button. If credentials fail or pre-requisites have not been met for tethering, an error message is displayed. You can view the Audit Report in the installation directory or by clicking **Audit Report** on the **Appliance Logs** tab to determine what the problem is.<br>6. Click **Save**. The configuration information is saved to the credential file. You will not be able to use the configuration information later if you do not click **Save**.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311329537/Modifying+Credentials) |

# Migrating SQL Server Configuration Manager MMC

 Owned by Thomas Farley (Deactivated)  ⋯
Last updated: Mar 25, 2022  •  6 min read

**Important:**

- Before you migrate an application, complete the requirements listed in  ✖ https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310706978 Can't find link .

**Note:**

- Services will not be retrieved if communication with the source machine is interrupted during the tethering process. This may occur for a number of reasons; for example, if the firewall on the source machine is enabled while tethering is in progress. If services are not retrieved, try any of the following: disable the firewall on the source machine; make sure that the Remote Registry service is enabled on the source machine; make sure that the user credentials you specify to connect to the source machine are correct; check the Tether log. Once you have identified the issue, connect to the source machine again.

## To Migrate SQL Server Configuration Manager MMC

1. Double-click the **Administrative Console** desktop shortcut icon on your desktop or click **Start>VirtaMove>Administrative Console**. VirtaMove Administrative Console opens.

2. Click **Application>Create Empty VAA**. In the **VAA Name** field, enter the full path and name of the container you want to create. Spaces in the pathname are not permitted. For example, `C:\appliances\<container>`, where `<container>` is the name of the container. Click **OK**.

3. Navigate to the **Tether** tab and check the **Use Tether** checkbox.

4. In the **Source Name** field, specify the IP address or name of the source machine you want to connect to. Specify only an Administrator account.
   - Alternatively, click the **Query Network** button to display a list of machines on your network, and then select a machine and click **OK** to populate the **Source Name** field. If a source machine has a VirtaMove Source Agent installed on it, the **Remote Discovery** window will display **Yes** in the **Source Agent** column. You can sort the list by selecting a column heading to sort by. If you specified a source machine that has a Source Agent installed on it, the **User Name** field and the **Password** field are automatically filled in when you click away from the **Source Name** field. A green checkmark and "Source Agent" are displayed to the right of the **Source Name** field. Go to step 7.
   
   If you did not specify a source machine with a Source Agent, go to step 5.

5. In the **User Name** field, type the username of the local administrator account on the source machine you specified in the previous step. The default username is Administrator.

6. In the **Password** field, type the password of the local administrator account on the source machine.

7. Run an Audit of the source and destination machine by clicking the **Run Audit** button. If credentials fail or pre-requisites have not been met for tethering, an error message is displayed at the bottom of the Administrative Console window. To scroll through messages, click the Back or Forward button on the left or right of the message bar. You can view the Audit Report by going to the

8. Click the **Find Applications** button. VirtaMove retrieves all remote applications, services, and user/group account information and displays this information in the tabs in the bottom half of the Tether window.

9. In the **Source Products** tab, select the Microsoft SQL Server application packages. Also, select the packages for Visual Studio and Microsoft Office Web Components. When you click away from this tab, VirtaMove automatically selects all user/group accounts, services, and executables associated with the installed application and displays these in the **Source Services** and **Source Accounts** tabs.

10. Click the **Source Services** tab and review the remote services that were automatically selected for the container. Make note of the main SQL Server service name, e.g., *MSSQLSERVER* or *MSSQL$EXPRESS*. Select any other services that may be related to your product if it is not already selected.

    ○ If you select a service and the service is "Started" on the source machine, tethering will not succeed. Stop the service before tethering by right-clicking the service and then selecting **Stop Source Service**.

    ○ If you select a service and the service already exists on the underlying operating system, the **Source Status** column will display **"CONFLICT"** and a message will be displayed in the message bar at the bottom of the Administrative Console window. Resolve the conflict and then press F5 to refresh the list.

11. Click the **Source Accounts** tab and review users and group accounts that have been selected and select other user and accounts that you think are required for your product. For example, you may need to select the user account `AnalysisServices`. If you select user accounts that do not correspond to a service, these accounts will be imported to the operating system of the destination machine with the default password `1password!` when you dock the container. VirtaMove recommends that you change the passwords of these accounts at the earliest opportunity. The password can be changed from the **Credentials** tab at the top of the Administrative Console. For more information about changing the default password to a different password if required, see Default Password.

12. Optionally, specify a  Config-on-the-Fly  (COTF) file.

    ○ **Standard** - By default VirtaMove loads the standard COTF file ( `C:\appliances\<container name>\scripts\StandardCOTF.xml` ) and passes to the file the source name you specified in step 3.

    ○ **Custom** - Select or specify a customized COTF file, for example: `MyCustomCOTF.xml` .

       `VirtaMove` supports paths that are relative to the container folder. That is, VirtaMove supports:

       | 1 | ".\scripts\StandardCOTF.xml" |
       |---|---|

       or the absolute full path:

       | 1 | "C:\appliance\ContainerName\scripts\MyCustomCOTF.xml" |
       |---|---|

       You can also specify only the file name of the COTF file if the file is in the scripts folder. For example:

       | 1 | "StandardCOTF.xml" |
       |---|---|

13. When you are ready, click the **Pre-Populate** button. If you have not yet activated your VirtaMove license key, you will now be prompted to do so. See  Activating Your VirtaMove License for information. Note that the **Pre-Populate** portion process may take some time. A window displays the status of the Pre-Populate process and the amount of data copied. If you hover over the data moved in green, you can see the estimated time remaining. You can cancel the process by clicking **Cancel**.



At the Migrating application data stage of pre-populate, the Tether Monitor icon in the system tray will spin until the end of the process. If you hover over the spinning icon, a tooltip will show the file size transferred and the rate of transfer.



Click the **Close** button in the VirtaMove Pre-Population window to close the window when the process is complete.

14. Once the pre-population has been completed you can dock the container by clicking on the **Dock** button. Once docked, the tethering process will begin copying data across.

15. Once the container is docked, you can run the SQL rehosting scripts. Using a **regular command shell**, navigate to the `VirtaMove/Extras` folder. You will find the main script "`startSQLRehost.bat`". Call it with arguments to the full path of the VAA, the SQL service name, and the SQL version. For example:

```
1  c:\program files\virtamove\extras\SQLServer\StartSQLReshost.bat "C:\appliances\SQL200VAA" MSSQLSERVER 2000
```

or:

```
1  c:\program files\virtamove\extras\SQLServer\StartSQLReshost.bat "C:\appliances\SQL2005VAA" MSSQLSERVER 2005
```

**Note:** If you are migrating Microsoft SQL Server 2008, SQL Server 2008 R2, or SQL Server 2005 Enterprise Edition or Standard Edition less than version SP4 on Windows Server 2012 R2, Windows may display a compatibility prompt. Select **Run the Program without getting help** and proceed with rehosting; the rehosting script will execute successfully.

16. On the **Services** tab in the Administrative Console, right-click the services and select **Start** to start services.

17. On the **Tether** tab, click the **Launch Application** button.

18. Navigate to the SQL applications you want to launch. Select SQL Server Configuration Manager MMC.

| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311230599/Migrating+SQL+Server+Configuration+Manager+MMC)<br><br>The "Audit Report" compares configurations of the source and destination machines and/or servers, which necessarily requires "discovering."  Below includes examples of "Audit Report Contents," but such examples should not be viewed as exclusive or limiting. |

# Understanding Audit

 Owned by Thomas Farley (Deactivated) •••
Last updated: Apr 01, 2022 • 10 min read

**Table of Contents**

- Running a Pre-Migration Audit
    - Running Audit from the Administrative Console
- Audit Report Contents
    - Administrative Accounts
    - Blank Password Match
    - CPU Type
    - Cached Logons
    - COMPlus
    - Computer Name Test
    - Disk Configuration Test
    - Dock Intercept
    - Domain Controller
    - Domain Test
    - DotNet
    - FIPS
    - Firewall
    - Group Policies
    - IIS
    - LAN Manager
    - Network Identity Cards
    - OS Viable
    - Port
        - Open Ports on the Destination Machine Firewall
    - RAM
    - Remote Access
        - Remote Administrative Shares Enabled
    - System Roots
    - System Types
    - Windows2k

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit)<br><br>**Firewall**<br><br>This section indicates the firewall state of the three networking profiles (private, domain, public) on the destination and source machines. If the corresponding states differ between the two machines, a warning will be shown here.<br><br>This section may display "Unknown" for the firewall state. This may occur because the source machine is running an older version of Windows Server (2003 or earlier), which has only one network profile.<br><br>A firewall comparison tool is available if you want to compare firewall rule differences or troubleshoot firewall issues between the source and destination. See ⬚ Comparing Group Policies between Source and Destination for more information.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Firewall)<br><br>**Comparing Firewall Rules**<br><br>TF  Owned by Thomas Farley (Deactivated) ···<br>Last updated: Dec 04, 2022 • 2 min read<br><br>Audit provides a warning about differences regarding the firewall enable state between the source and destination machine. A Compare Firewall Rules utility lets you compare rule differences.<br><br>The utility is available only for Windows Server 2008 or later because earlier versions of the operating system do not feature additional firewall profiles.<br><br>After you successfully run Audit, a firewall report is generated in the installation directory. For example:<br><br>`1  C:\appliances\MyAppliance\ctrack\Log\AuditFirewall` |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310739279/Comparing+Firewall+Rules) <br><br> **Disk Configuration Test** <br><br> This section provides information on how big the source machine and the destination machine drives are. A warning will be generated if the source machine drive is bigger than the destination machine drive. <br><br> This section indicates whether the system drives match on the destination and source machines. <br><br> If the system drives do not match, contact your system administrator. <br><br> (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Disk-Configuration-Test) <br><br> **Group Policies** <br><br> This audit is not available on Windows 2000 or earlier. A group policy report will not be generated. <br><br> The group policy section in the audit report indicates whether group policy information was successfully collected from the source and destination machines. If the audit was successful, then you can perform a group policy comparison using the ✖ https://virtamove.atlassian.net/wiki/spaces/VE/pages/309297809/Group+Policy+Comparison+Tool?search_id=8b efec8f-bb8f-4f46-ac1d-6efb11f17c83 Can't find link from the Administrative Console. If the audit was not successful, the audit report will indicate why group policy information could not be collected. <br><br> (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Group-Policies) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| | | ## Comparing Group Policies between Source and Destination<br><br>**TF** Owned by Thomas Farley (Deactivated) •••<br>Last updated: Dec 04, 2022 • 2 min read<br><br>A Group Policy Comparison utility lets you compare rule differences regarding the group policies between the source and destination machine.<br><br>The utility is available only for Windows Server 2003 or later.<br><br>After you successfully run Audit, a group policy report is generated for supported platforms in the installation directory. For example:<br><br>`1   C:\appliances\MyAppliance\ctrack\Log\AuditGroupPolicies\`<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310707046/Comparing+Group+Policies+between+Source+and+Destination)<br><br>## OS Viable<br><br>**This is a blocking issue.**<br><br>This section indicates whether the operating system version of the destination machine is equal to or greater than the source operating system version.<br><br>If the versions of the operating systems are not viable, contact your system administrator.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#OS-Viable) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | ## Port<br><br>This section of the report indicates the status of the required ports on the source machine.<br><br>• Check that there is connectivity end-to-end from the destination server to the source on **port 445**. This is a blocking issue if VirtaMove Source Agent is not being used and **port 445** is not open. End-to-end means that the port is open at the Windows firewalls, at the cloud-instance firewalls, and at any perimeter firewalls between the two servers. If the use of port 445 is not permitted on the network or is a concern, use a virtual private network (VPN) to establish connectivity between the destination and source machines.<br>• For IIS migrations, make sure that **port 80** is open because it is required by Web Deploy.<br>• For migrations that use VirtaMove Source Agent, make sure that **port 9665** is open on the source machine. **Port 9665** is required to establish a connection to the VirtaMove Source Agent on the source machine. Two inbound rules must be created on the source machine: one for the **TCP** and one for the **UDP** port (both 9665). See https://technet.microsoft.com/en-us/library/ms345310(v=sql.100).aspx for more information.<br><br>VirtaMove Source Agent communicates through **TCP** port number **9665** by default. You can configure the port number to a different number if required. See 🗐 VirtaMove Source Agent for more information.<br><br>If the Audit Report indicates that a required port is closed, makes sure that external nodes between the destination machine and the source machine also permit communication across these ports (port 445, 9665, etc.). For example, if you are migrating to an Amazon Web Services (AWS) managed cloud server, make sure that AWS also has these ports opened.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Port) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | **System Types**<br><br>**This is a blocking issue.**<br><br>The operating systems of the destination and source machines must both be server operating systems.<br><br>If the operating systems do not match (for example, one is a server and the other is a desktop system), contact your system administrator.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit)<br><br>Additional evidence showing VirtaMove's infringement is found in at least the following documents:<br><br>**Viewing Log Files**<br><br>TF  Owned by Thomas Farley (Deactivated) ···<br>Mar 29, 2022 · 2 min read<br><br>V-Maestro generates log files containing messages that record all types of events, including startup and shutdown information and error and warning messages. This topic describes how to view log files to assist in monitoring system activity and aid in diagnosing and fixing problems.<br><br>Log files are located in the following location on the V-Maestro machine: `VirtaMove/Maestro/logs`<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314606288/Viewing+Log+Files) |

## Viewing Logs and Error Messages

 Owned by Thomas Farley (Deactivated) •••
Mar 24, 2022 • 2 min read

Logging settings are created in the Windows Registry when VirtaMove is installed:

*HKEY_LOCAL_MACHINE\SOFTWARE\VirtaMove Settings\Controller]*

*LogProviders=EventLog;File;Console*

Error or debugging messages are output to the Windows Event Viewer, in the category VirtaMove. Click on a log in the Event Viewer to see more information about the log file.



In addition, Activity and Log messages for a container are saved in a text file located in the container `\ctrack` folder.

You can also view logs for a selected container in the **Appliance Logs** tab of the Administrative Console.

### To View Logs for a Container

1. In the Administrative Console, select a container.
2. Click the **Appliance Logs** tab.
3. Click one of the following tabs:
    - Audit Report - to view the Audit Report for a container
    - Activity - to view activity logs
    - Error - to view error logs
    - Tether - to view Tether logs
    - IIS Migration - to view information relating to IIS application migration
    - COTF - to view a COTF log file
    - Tether Sync - to view information relating to Tether Sync
    - Compression - to view compression messages
    - Dissolve - to view a Dissolve report for a dissolved container
- If you selected Activity or Error logs, specify a date range, and then click **Load Logs**. Records are returned in the activity window.

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/313917483/Viewing+Logs+and+Error+Messages) |
| 3 | The non-transitory computer readable medium of claim 2, wherein said computer executable instructions further cause the computer to perform the additional method step of deriving a description of non-functional requirements of said source management infrastructure. | The Accused Products comprise a non-transitory computer readable medium as claimed in claim 2. *See* claim 2.  The Accused Products comprise a non-transitory compute readable medium "wherein said computer executable instructions further cause the computer to perform the additional method step of deriving a description of non-functional requirements of said source management infrastructure. For example, "V-Maestro displays all the source machines discovered across the network and the ones to which it has successfully connected." <br><br> ## Viewing Your Source Inventory <br><br> TF  Owned by Thomas Farley (Deactivated)  ⋯ <br> Last updated: Mar 29, 2022 • 3 min read <br><br> Click **Manage>Sources**. <br><br> In the Source Inventory window, V-Maestro displays all the source machines discovered across the network and the ones to which it has successfully connected. A green dot indicates that the connection is active. <br><br> You can view: <br><br> • How many sources there are in the network and their connection status <br> • Whether destination machines have been assigned or mapped to connected sources <br> • View the status of discovered sources (whether they are discovered or being monitored) <br> • Any Audit issues associated with sources <br> • Whether any migrations are complete or associated with sources <br><br> You can filter or hide listed sources, delete sources, assign groups to sources, add new sources, and assign destinations to specific sources from the Source Inventory window. You can also view and export reports. |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314867864/Viewing+Your+Source+Inventory) <br><br> The Accused Products discover sources and provide detail information about each source, including both functional and non-functional requirements. |

The following table lists the elements in the Source Inventory window.

| Item | Description |
|---|---|
| Active card | Displays the number of active (connected) sources. |
| No Assigned Destinations card | Displays the number of destination machines that have been assigned or mapped to active sources. |
| Audit Failed card | Displays the number of active sources that have Audit issues. |
| Migrations card | Displays the number of migrations completed. |
| Filter | Lets you filter the list of sources by OS, assigned group, or IP/hostname. |
| Source Hostname | Displays the Hostname of the source machine. A green dot indicates that the source machine is successfully connected. A red or amber dot indicates that V-Maestro discovered the source but can't connect to it. |
| IP Address | The IP address of the source. |
| Source OS | The OS of the source. |
| Destination Hostname | The hostname of the destination assigned to a source, if any are assigned at this time. You can click **Assign** in this column to assign one. |
| Destination IP Address | The IP address of the destination assigned to a source, if one is assigned at this time. |
| Status | The status of discovered sources: can be Discovered or Monitored. |
| ⋮ | Click the more actions icon to perform more actions on a selected source. From top to bottom: <br>• View details of a selected source. <br>• Re-authenticate a selected source. <br>• Reinstall the Source Agent on a selected source. <br>• RDP to a selected source. |
| ⊞ ☐ ⊗ 🗑 | From left to right: <br>• View applications installed on a selected source. <br>• Assign a group to a selected source. <br>• Hide a selected source from the view. <br>• Delete a selected source. |



| Claim | US 9,722,858<br>Claim Term | Analysis |
|-------|-----------------------------|----------|
|       |                             | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314867864/Viewing+Your+Source+Inventory) |



The following table lists the elements in the Source Details window.

| Item | Description |
| --- | --- |
| System Information card | Displays information about the system of the source:<br><br>• IP Address<br>• OS<br>• Any group assigned to the source<br>• CPU<br>• Destination. You can assign a destination by clicking Assign.<br>• Memory |
| Storage Profile card | Displays the number of system disks and storage disks, and the amount of free disk space. Click the toggle icon in the top right of the panel to change the view. |
| Migration Status card | Displays the number of applications being monitored and in the process of migration. |
| Most CPU Utilization card | Displays the application on the source using the most CPU, in percentage. |
| Most Active Connections card | Displays the application on the source with the most active connections, and how many active connections. |
| Filter | Lets you filter the list of sources by OS, assigned group, or IP/hostname. |
| ⋮ | Click the more actions icon to perform more actions on a selected source.<br><br>From top to bottom:<br><br>• View details of a selected source.<br>• Re-authenticate a selected source.<br>• Re-install the Source Agent on a selected source.<br>• RDP to a selected source. |
| ⊞ ⟷ ⚙ 👥 ✖ 👤 | These icons let you perform tasks for the source. From left to right:<br><br>• View details about the applications on the source.<br>• View details about active connections.<br>• View, stop or start services associated with applications.<br>• View users and groups, and migrate selected users or groups.<br>• View Audit information for the source. |
| ⊕ ⊙ | These icons let you monitor a selected application in the application view. The migrate icon lets you migrate an application or user/group if it is ready to be moved. |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314671475/Viewing+Source+Details)  |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314802480/Using+the+Application+Usage+view)<br><br>**Using the Active Connections view**<br><br>Owned by Thomas Farley (Deactivated) ···<br>Mar 29, 2022 · 2 min read<br><br>The **Active Connections** view of the Source Details window displays a list of the applications that have active connections on the source, and details about each connection, such as port number being used.<br><br>**To View Active Connections on a Source**<br><br>1. Click **Manage>Sources**. The Source Inventory windows displays.<br>2. Select an active source. The Source Details window displays.<br>3. Click the **Active Connections** icon in the Source Details window.<br>4. Do one of the following:<br>    ○ Click the icon on the top left to view a list of active incoming and outgoing connections for applications being monitored.<br>    ○ Click the **ARP** icon on the top right to view Address Resolution Protocol (ARP) information for peripherals that the source machine has connected to.<br><br> |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|--------------------------|----------|
|       |                          | The following table describes the information listed on the Active Connections view of the Source Details window.<br><br>*[see table below]*<br><br>The following table describes the information listed on the Active Connections view, ARP details, of the Source Details window.<br><br>*[see table below]* |

The following table describes the information listed on the Active Connections view of the Source Details window.

| Item | Description |
|------|-------------|
| Application | The name of the application. |
| Hostname | The hostname of the source that the application is running on. |
| IP Address | The IP address of the source that the application is running on. |
| Port | The port number that the application is using. |
| Direction | The direction of the active connection: bound, incoming, or outgoing. |
| Timestamp | The timestamp of the last active connection. |
| Agent | Whether a Source Agent is installed on the source. |
| ⋮ | Opens a menu of actions that you can perform. You can install a Source Agent on a machine that has an active connection yet does not have a Source Agent installed on the machine. |

The following table describes the information listed on the Active Connections view, ARP details, of the Source Details window.

| Item | Description |
|------|-------------|
| Interface IP | The interface IP. |
| IP Address | The IP address of the source that the application is running on. |
| MAC | The MAC address. |
| Hostname | The hostname. |
| Type | The type. |
| Known | Whether the connection is known. |
| ⋮ | Opens a menu of actions that you can perform. You can install a Source Agent on a machine that has an active connection yet does not have a Source Agent installed on the machine. |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314867896/Using+the+Active+Connections+view) |

### Using the Patches View 🔗

TF Owned by Thomas Farley (Deactivated) •••
Mar 29, 2022 • 1 min read

The **Patches** view of the Source Details window displays a list of the patches that have been applied to a discovered source.

### To View Patches on a Source

1. Click **Manage>Sources**. The Source Inventory windows displays.

2. Select an active source. The Source Details window displays.

3. Click the **Patches** icon in the Source Details window. A list of patches is displayed.

(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314605973/Using+the+Patches+View)

| Claim | US 9,722,858<br>Claim Term | Analysis |
|-------|---------------------------|----------|
|  |  | <br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314966118/Using+the+Users+and+Groups+view) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | **Discovering Your Inventory Patch Level** |
| | | TF  Owned by Thomas Farley (Deactivated)  ⋯  Mar 29, 2022 · 2 min read |
| | | V-Maestro periodically scans all known source and destination servers to find missing OS updates. It reports this information on the Inventory Patch Level window, for each server. Click on an update in the Missing Updates column to view patch details. |
| | | **CVE Vulnerabilities** |
| | | The Inventory Patch Level window provides cross-references to known CVE vulnerabilities that are addressed by each patch. CVE references are collected from multiple sources such as CVE databases, Microsoft security bulletins, Microsoft's security update portal. If an update is highlighted red, it means that V-Maestro found CVE vulnerabilities related to the update. In this case, the detailed patch view offers additional information and links to websites that describe the vulnerability. You can hover over some CVEs to view a summary. |
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314867812/Discovering+Your+Inventory+Patch+Level) |

# Understanding Audit

 Owned by Thomas Farley (Deactivated) ···
Last updated: Apr 01, 2022 · 10 min read

**Table of Contents**

- Running a Pre-Migration Audit
  - Running Audit from the Administrative Console
- Audit Report Contents
  - Administrative Accounts
  - Blank Password Match
  - CPU Type
  - Cached Logons
  - COMPlus
  - Computer Name Test
  - Disk Configuration Test
  - Dock Intercept
  - Domain Controller
  - Domain Test
  - DotNet
  - FIPS
  - Firewall
  - Group Policies
  - IIS
  - LAN Manager
  - Network Identity Cards
  - OS Viable
  - Port
    - Open Ports on the Destination Machine Firewall
  - RAM
  - Remote Access
    - Remote Administrative Shares Enabled
  - System Roots
  - System Types
  - Windows2k

| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit) |
| | | |
| 4pre | The non-transitory computer readable medium of claim 3, wherein: | The Accused Products comprise a non-transitory computer medium as claimed in claim 3.  *See* claim 3.<br><br>The Accused Products meet the remaining limitations in this claim.  *See* limitations 1a-1c. |
| 4a | in said discovering step of said method, said at least one source infrastructure management component comprises at least:<br><br>said at least one source infrastructure management configuration; and<br><br>said at least one source infrastructure management log; | *See* limitation 1a; claim 2. |
| 4b | in said querying step of said method, said description of said target cloud infrastructure comprises at least one of:<br><br>cloud infrastructure software standards;<br><br>cloud infrastructure software configurations; and<br><br>a description of non-functional requirements of a target | *See* limitation 1b. |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | management infrastructure of said target cloud infrastructure; | |
| 4c | said analyzing step of said method comprises:<br><br>matching said cloud infrastructure software standards with at least a corresponding one of:<br><br>said at least one source infrastructure management client; and<br><br>said at least one source infrastructure management server; | *See* limitation 1c.<br><br>For example, the Accused Products provide "Audit Reports," which involves "matching said cloud infrastructure software standards with at least a corresponding one of: said at least one source infrastructure management client; and said at least one source infrastructure management server." Below includes examples of "Audit Report Contents," but such examples should not be viewed as exclusive or limiting. |

141

# Viewing Destination Details

 Owned by Thomas Farley (Deactivated) •••
Mar 29, 2022 • 2 min read

You can view detailed information about a selected destination, such as system information, storage profile, migration status, services, accounts, and applied patches.

## To View Destination Details

1. Click **Manage>Destinations**. The Destination Inventory window is displayed.
2. Select a destination in the list by clicking on the hostname or the IP column. The Destination Details window is displayed. V-Maestro displays when the destination was last seen at the top of the window.



| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314868022/Viewing+Destination+Details) <br><br> **Destination Actions** <br><br> You can perform the following actions on a destination: <br><br> • Run a pre-migration Audit to see whether the destination meets requirements for migration <br> • Print details <br> • Update the certificate <br> • Reinstall the destination <br> • RDP into the destination <br> • Unmap a destination from a source <br><br> (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314868022/Viewing+Destination+Details) |

## Step 1: Audit

 Owned by Thomas Farley (Deactivated) •••
Last updated: Mar 30, 2022 • 1 min read

Now that you have destinations lined up, have monitored applications for a few days, and have migration candidates ready, you can start the migration process.

You will need a migration license to proceed.

## To Start a Pre-Migration Audit

1. Click **Manage>Destinations**. The Destination Inventory window is displayed.
2. Select a destination in the list by clicking the **Host Source Name** link or by clicking **more actions>View Details** for the selected destination. The Destination Details window is displayed.
3. Click the Actions icon at the top and select **Audit**.



4. Click **Continue** to confirm.
5. If you haven't yet supplied a valid migration license, a message will indicate this. Click **OK** and click **Settings** in the **System** navigation menu on the left to do so. See ▤ Managing V-Maestro License Keys for more information.

The **Migrations In-Progress** card now displays the number of migrations in process and the operation in progress. The Progress column displays the progress toward completion in percentage. A migration icon now displays above the filter field.

| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314966328/Step+1+Audit) |

# Audit Report

 Owned by Thomas Farley (Deactivated) ···
Mar 24, 2022 • 1 min read

You can view the Audit Report, which is located as follows:

*C:\appliances\<Container>\ctrack\Log\Audit Report - <name>.txt*

You can also view it using the Administrative Console.

# To View the Audit Report Using the Administrative Console

1. In the Administrative Console, select the container and then click the **Appliance Logs** tab.

2. Click the **Audit Report** tab. The Audit report is displayed.

3. To reload the Audit Report, click the **Reload** button.



| Claim | US 9,722,858<br>Claim Term | Analysis |
|-------|----------------------------|----------|
|       |                            | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/313917530/Audit+Report) |

| Claim | US 9,722,858<br>Claim Term | Analysis |
|-------|----------------------------|----------|
|       |                            | **virtaaudit**<br><br>TF Owned by Thomas Farley (Deactivated) ···<br>Last updated: Mar 28, 2022 • 2 min read<br><br>This command checks whether the source and destination machines comply with application migration pre-requisites. Run this command before you migrate an application. Any issues are listed in the `Audit Report.txt` file located in the appliance folder.<br><br>If the Audit Report lists a problem or problems that will impede application migration, see 🗎 Understanding Audit for guidance about how to resolve specific issues identified in the report.<br><br>Administrator privileges are required.<br><br>**Syntax**<br><br><code>1  virtaaudit <server username> <password &#124; /P> [/V] [/O outputDirectory]</code><br><br><code>1  virtaaudit <server> [/V] [/O outputDirectory]</code><br><br>**Options**<br><br>| Option | Description |<br>|--------|-------------|<br>| server | The IP address or machine name of the source machine. |<br>| username | The user name of the Administrator account on the source machine. |<br>| password | The password of the Administrator account on the source machine. |<br>| /O OutputDirectory | Write the Audit Report file to the specified directory. Optional. |<br>| /V verbose | Write detailed error descriptions to the CLI. Optional. |<br>| /P hidePassword | Hide the password for the user. Optional. | |

| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314212459/virtaaudit) |

# Understanding Audit

 Owned by Thomas Farley (Deactivated) •••
Last updated: Apr 01, 2022 • 10 min read

**Table of Contents**

- Running a Pre-Migration Audit
  - Running Audit from the Administrative Console
- Audit Report Contents
  - Administrative Accounts
  - Blank Password Match
  - CPU Type
  - Cached Logons
  - COMPlus
  - Computer Name Test
  - Disk Configuration Test
  - Dock Intercept
  - Domain Controller
  - Domain Test
  - DotNet
  - FIPS
  - Firewall
  - Group Policies
  - IIS
  - LAN Manager
  - Network Identity Cards
  - OS Viable
  - Port
    - Open Ports on the Destination Machine Firewall
  - RAM
  - Remote Access
    - Remote Administrative Shares Enabled
  - System Roots
  - System Types
  - Windows2k

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit)<br><br>**Firewall**<br><br>This section indicates the firewall state of the three networking profiles (private, domain, public) on the destination and source machines. If the corresponding states differ between the two machines, a warning will be shown here.<br><br>This section may display "Unknown" for the firewall state. This may occur because the source machine is running an older version of Windows Server (2003 or earlier), which has only one network profile.<br><br>A firewall comparison tool is available if you want to compare firewall rule differences or troubleshoot firewall issues between the source and destination. See ⊞ Comparing Group Policies between Source and Destination for more information.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Firewall)<br><br>**Comparing Firewall Rules**<br><br>TF  Owned by Thomas Farley (Deactivated)  ···<br>Last updated: Dec 04, 2022 • 2 min read<br><br>Audit provides a warning about differences regarding the firewall enable state between the source and destination machine. A Compare Firewall Rules utility lets you compare rule differences.<br><br>The utility is available only for Windows Server 2008 or later because earlier versions of the operating system do not feature additional firewall profiles.<br><br>After you successfully run Audit, a firewall report is generated in the installation directory. For example:<br><br>`1  C:\appliances\MyAppliance\ctrack\Log\AuditFirewall` |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310739279/Comparing+Firewall+Rules) <br><br> **Disk Configuration Test** <br><br> This section provides information on how big the source machine and the destination machine drives are. A warning will be generated if the source machine drive is bigger than the destination machine drive. <br><br> This section indicates whether the system drives match on the destination and source machines. <br><br> If the system drives do not match, contact your system administrator. <br><br> (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Disk-Configuration-Test) <br><br> **Group Policies** <br><br> This audit is not available on Windows 2000 or earlier. A group policy report will not be generated. <br><br> The group policy section in the audit report indicates whether group policy information was successfully collected from the source and destination machines. If the audit was successful, then you can perform a group policy comparison using the ✖ https://virtamove.atlassian.net/wiki/spaces/VE/pages/309297809/Group+Policy+Comparison+Tool?search_id=8befec8f-bb8f-4f46-ac1d-6efb11f17c83 Can't find link from the Administrative Console. If the audit was not successful, the audit report will indicate why group policy information could not be collected. <br><br> (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Group-Policies) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | ## Comparing Group Policies between Source and Destination<br><br>**TF** Owned by Thomas Farley (Deactivated) ···<br>Last updated: Dec 04, 2022  ·  2 min read<br><br>A Group Policy Comparison utility lets you compare rule differences regarding the group policies between the source and destination machine.<br><br>The utility is available only for Windows Server 2003 or later.<br><br>After you successfully run Audit, a group policy report is generated for supported platforms in the installation directory. For example:<br><br>`1  C:\appliances\MyAppliance\ctrack\Log\AuditGroupPolicies\`<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310707046/Comparing+Group+Policies+between+Source+and+Destination)<br><br>## Network Identity Cards<br><br>This section indicates how many Network Identity Cards (NICs) are on the source and destination machine.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Network-Identity-Cards)<br><br>## Mapping NICs between Source and Destination<br><br>You can use COTF to add or remove NICs to match the number of NICs on the source machine, using selected NICs as COTF parameters. For example, the source machine might have more NICs than the destination. The parameters are stored in the `ipCOTF.xml` file in the `COTF` folder for the selected appliance.<br><br>If there is a NIC mismatch, the Administrative Console will display a message. You can map the IP addresses manually if you need to correct the mismatch. |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311263613/Config-on-the-Fly#Mapping-NICs-between-Source-and-Destination) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | ## Port<br><br>This section of the report indicates the status of the required ports on the source machine.<br><br>• Check that there is connectivity end-to-end from the destination server to the source on **port 445**. This is a blocking issue if VirtaMove Source Agent is not being used and **port 445** is not open. End-to-end means that the port is open at the Windows firewalls, at the cloud-instance firewalls, and at any perimeter firewalls between the two servers. If the use of port 445 is not permitted on the network or is a concern, use a virtual private network (VPN) to establish connectivity between the destination and source machines.<br><br>• For IIS migrations, make sure that **port 80** is open because it is required by Web Deploy.<br><br>• For migrations that use VirtaMove Source Agent, make sure that **port 9665** is open on the source machine. **Port 9665** is required to establish a connection to the VirtaMove Source Agent on the source machine. Two inbound rules must be created on the source machine: one for the **TCP** and one for the **UDP** port (both 9665). See https://technet.microsoft.com/en-us/library/ms345310(v=sql.100).aspx for more information.<br><br>VirtaMove Source Agent communicates through **TCP** port number **9665** by default. You can configure the port number to a different number if required. See ▤ VirtaMove Source Agent for more information.<br><br>If the Audit Report indicates that a required port is closed, makes sure that external nodes between the destination machine and the source machine also permit communication across these ports (port 445, 9665, etc.). For example, if you are migrating to an Amazon Web Services (AWS) managed cloud server, make sure that AWS also has these ports opened.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Port) |

# Assigning a Destination to a Source

 Owned by Thomas Farley (Deactivated) •••
Mar 29, 2022 • 1 min read

You can assign a destination to a specific source machine.

## To Assign a Destination to a Source

1. Click **Manage>Destinations**. The Destination Inventory window is displayed.

2. In the **Source Hostname** column, click **Assign**. The Assign a Source window is displayed.



3. Select a source by clicking **Select**. You can scroll through the list of source hostnames if necessary or filter the list. Click **Continue**. A message displays whether the mapping was successful.

4. Click **Close.**

   The source you mapped is now displayed in the **Source Hostname** column for the destination in the Destination Inventory window.

You can also assign a destination to a source from the Destination Details window or the Source Inventory page.

| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314966212/Assigning+a+Destination+to+a+Source)<br><br>Moreover, the Accused Products provide "[s]ophisticated reports and real-time data [to] provide deep insight on *migration candidates and priorities*, server profiles, security vulnerabilities, migration complexity assessment, and total estimated annual costs for cloud migrations."  VirtaMove's software "can help you determine *which applications can and should be migrated, how complex a migration is likely to be, and the internal resources you'll need to successfully migrate your applications*." |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | |  **It Pays to Look Before You Leap into Application Migration**<br><br>VirtaMove's Intelligent application discovery and monitoring shines light on all servers and applications in your network.<br><br>A clear picture removes assumptions, guesswork, and hidden costs from application migration or modernization plans. Sophisticated reports and real-time data provide deep insight on migration candidates and priorities, server profiles, security vulnerabilities, migration complexity assessment, and total estimated annual costs for cloud migrations.<br><br>Smart data means you don't have to jump into application migration with a blindfold on.<br><br>(https://virtamove.com/solutions/application-discovery/) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
| | | **AI Driven Application Monitoring and Discovery**<br><br>With deep data about your server and application profiles, you can achieve effective and optimized migrations that will yield high returns on your migration or modernization investments.<br><br>Avoid migrating unnecessary applications, eliminate technical pitfalls before, during, and after a migration, and remove best guesses in capacity planning so you don't over or under provision destination servers. Save time and cost from migration start to finish.<br><br>([https://virtamove.com/solutions/application-discovery/](https://virtamove.com/solutions/application-discovery/)) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        | <br><br>**APPLICATION DISCOVERY ›**<br><br>VirtaMove's intelligent application monitoring and discovery removes assumptions and guesswork from application modernization plans and strategy.<br><br>**MIGRATION STRATEGY ›**<br><br>Sophisticated reports and real-time data provide a clear picture of migration candidates and priorities, server profiles, migration complexity scores, and total estimated annual costs for cloud migrations.<br><br>(https://virtamove.com/solutions/) |

160

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | **Relearn Your Applications**<br><br>A great migration plan starts with understanding your applications and partnering with a migration expert.<br><br>We'll help you select the right applications and remove guesswork from capacity planning so you don't over or under provision destination servers.<br><br>Leverage VirtaMove's expertise and migration assessment to achieve effective and optimized migrations that will yield high returns on your modernization investments.<br><br>(https://virtamove.com/solutions/migration-strategy/) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | **How Well Do You Know Your Server?**<br><br>Legacy servers can be difficult to migrate, harboring many unknown elements that can surface after a migration begins.<br><br>These technical pitfalls can significantly delay a migration and increase costs. Use VirtaMove's technology and expertise to steer your migration project to success, from strategy to completion. At VirtaMove we've migrated tens of thousands of servers across multiple platforms, on-prem or to the cloud.<br><br>We can help you determine which applications can and should be migrated, how complex a migration is likely to be, and the internal resources you'll need to successfully migrate your applications.<br><br>(https://virtamove.com/solutions/migration-strategy/) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| | | Further evidence showing the Accused Products match software standards of source and destination infrastructures is found below.<br><br>## Config-on-the-Fly<br><br>TF   Owned by Thomas Farley (Deactivated) •••<br>Last updated: Mar 28, 2022 • 2 min read<br><br>**Table of Contents**<br><br>• Config-on-the-fly Files and Paths<br>• Config-on-the-fly on Demand<br>• Mapping NICs between Source and Destination<br>• COTF Log<br><br>Your container may contain configuration information from another system and this information may not be compatible with the current system. For example, you may need to change IP addresses or hostnames. You can use a Config-on-the-fly file (*StandardCOTF.xml*) to update the configuration information so that it works with the current system. You may need to update the settings in the configuration file with information from the current system.<br><br>You specify the Config-on-the-fly file using the ▣ virtapedit command-line utility to update the following property:<br><br>`1   CPROP_CONFIG_FILE`<br><br>Container properties (for example, `CPROP_SRC_NODENAME` ) can be used as arguments to the `CPROP_CONFIG_FILE` property.<br><br>StandardCOTF.xml is located as follows:<br><br>`1   C:\appliances\<ContainerName>\COTF\StandardCOTF.xml`<br><br>You can have multiple COTF files in the COTF folder. For example, one file could be for replacing IP addresses and another one for replacing hostnames. V-Migrate will load the combined COTF information from the files in the folder.<br><br>([https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311263613/Config-on-the-Fly](https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311263613/Config-on-the-Fly)) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | **Encryption Detection** |

Owned by Thomas Farley (Deactivated) •••
Last updated: Mar 25, 2022 • 1 min read

Your container may contain encrypted configuration information from the source machine that is not compatible with the information on the current machine. You can use the 📄 virtacryptdetect tool to log the paths of files and registry keys to help you determine which configuration information needs to be modified.

See also 📄 virtacotf.

([https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311132174/Encryption+Detection](https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311132174/Encryption+Detection))

"V-Maestro can be thought of as an active CM BD, being able to tell us information about the applications on a server.  There are a number of reports that can be made available for project managers and senior level managers.  Reports can breakdown which servers are being monitored and how far along in the monitor process we are.  *All the data can be generated into PDF reports that can be emailed to team members or management, and lets you right-size destination servers and do some capacity planning for an application and destination servers.*"

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        | <br>(https://www.youtube.com/watch?v=nOlMUwHMvY0) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | The Accused Products analyze "source infrastructure management component[s]" and "determine that said at least one source infrastructure management component is appropriate for infrastructure configuration mapping to said target cloud infrastructure" through during the migration process.<br><br>"Because our solution is primarily installed on the destination server we have established *a staging container* and that staging container takes advantage of the modern operating system and it's in that container that you have the ability to *verify that the copy of the application taken from the old source operating system functions properly in that new operating system*."<br><br><br><br>(https://www.youtube.com/watch?v=hDb541Ax6xw)<br><br>"Then you can move onto the next stage: user acceptance testing or the exercise phase.  *In the exercise step, we move to the destination server and run the application through its bases and* |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | *confirm that everything is working as expected.*  Once the application has passed its testing, we can push the application through the dissolve process to have it natively installed on the destination server."  |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        | ([https://www.youtube.com/watch?v=nOlMUwHMvY0](https://www.youtube.com/watch?v=nOlMUwHMvY0)) <br><br> Additional evidence showing VirtaMove's infringement is found in at least the following documents: |

## Step 3: Test the Application in the Container

 Owned by Thomas Farley (Deactivated) •••
Mar 29, 2022 • 2 min read

Once the migration container is prepopulated with the application and its dependencies, you can start testing the application in the container to make sure that it performs as expected. The Testing team will exercise the application, which means using all its features and functions so that V-Maestro is able to capture these elements in a complete migration template.

The testing team will RDP into the destination machine to start the application and perform the exercise operation.



Migrations In-Progress

3

Last Operation:
UAT/Exercise

## To Test the Application

1. In the Destination Details window, click the Actions icon at the top and select **RDP**.



2. In the Remote Desktop Connection window, click **Connect**.
3. On the destination machine, open VirtaMove Administrative Console.
4. Select the container, then click the **Services** tab. Start required services and click **Save** if necessary.
5. When services have started, click **Run** to launch the application.
6. When the application starts, use the application features and functions as much as possible in order to obtain a complete migration template.

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314671696/Step+3%3A+Test+the+Application+in+the+Container)

### Testing Containers

TF  Owned by Thomas Farley (Deactivated)  •••
Last updated: Mar 28, 2022 · 2 min read

**Table of Contents**

- About Testing Containers
  ○ Testing Requirements
- Testing a Container
- What If I Find Problems During Testing?
  ○ To Delete and Recreate a Container

## About Testing Containers

You can test a container to make sure that the appliance runs correctly. Testing a container may include testing container services, for example. Once you are satisfied that the container runs correctly, you can then move the appliance to the destination machine.

You can test an appliance on either the source machine or the destination machine.

## Testing Requirements

If you are testing on the destination machine, make sure that the environment is configured to meet the configuration requirements of the application or service in the appliance. For more information, see your application documentation for system configuration requirements.

To avoid service conflicts where appliances with services from the source machine already exist on the destination, VirtaMove will display an error message and prevent the local service from starting. You must resolve this conflict by either removing the service from the destination or removing the service from the container.

(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314114051/Testing+Containers) |

The requirements for COM+ and DCOM are as follows.

| Requirement | Description |
| --- | --- |
| Registry key value `Com+Enabled` | If the registry key value `Com+Enabled` in the `HKLM\SOFTWARE\Microsoft\COM3` registry key is set to 0 (disabled) on the source machine, attempts to connect from the destination machine to the source machine and list COM+ applications on the source machine will result in an error. |
| | If `Com+Enabled` is disabled on the destination machine, it will not be possible to list COM+ applications on the destination machine or install COM+ applications on the destination machine, which means that containers that have COM+ application packages will **fail to dock**. |
| | Additionally, if `RemoteAccessEnabled` is disabled on the source machine, attempts to connect from the destination machine to the source machine and list COM+ applications will result in an error. |
| Membership in the Distributed COM Users Group | The account used to perform the export (the account specified in the tether credentials) must be a member of the Distributed COM Users group on the source machine. Otherwise, the export will **fail**. |
| Configure your firewall to allow DCOM connections | You may need to configure your firewall to allow DCOM connections. For information, see: <br> ◢ How to Configure the Firewall to Allow DCOM Connections |
| `AutoShareServer` and `LocalAccountTokenFilterPolicy` registry keys | **For less than Windows Server 2008** <br><br> The following key must be set to 1 or undefined: <br><br> `1  Local SYSTEM\CurrentControlSet\Services\LanmanServer\Parameters\AutoShareServer` <br><br> **For Windows Server 2008 or higher** <br><br> The Remote Account must be the built-in Administrator (not just an Administrator), or the following key must be set to 1 on both the source and destination machine: <br><br> `1  SOFTWARE\Microsoft\Windows\CurrentVersion\Policies\System\LocalAccountTokenFilterPolicy` |
| `complusnetwork` registry key | **For Windows Server 2003 Source Machines** <br><br> To ensure that VirtaMove can access COM/COM+ components related to your application, the Application Server Role must be installed and the following key must be enabled (set to 1) on the source server: <br><br> `1  HKEY_LOCAL_MACHINE\SOFTWARE\Microsoft\Windows\CurrentVersion\Setup\OC Manager\Subcomponents\compl` <br><br> A reboot is not required after you change the value of this key. <br><br> **For Windows Server 2008 and Higher Source Machines** <br><br> For Windows Server 2008 and higher source machines, the `complusnetwork` key does not exist. However, **port 135** must be open to allow VirtaMove access to COM/COM+ components. For more information, see: https://technet.microsoft.com/en-us/library/cc731967(v=ws.11).aspx. |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310477173/COM+and+DCOM+Requirements) |
| 4d | mapping said description of said non-functional requirements of said source management infrastructure with said description of said non-functional requirements of said target management infrastructure; and | *See* limitation 1c.<br><br>For example, the Accused Products provide "Audit Reports," which involves "mapping said description of said non-functional requirements of said source management infrastructure with said description of said non-functional requirements of said target management infrastructure."  Below includes examples of "Audit Report Contents," but such examples should not be viewed as exclusive or limiting. |

## Step 1: Audit

 Owned by Thomas Farley (Deactivated)  •••
Last updated: Mar 30, 2022  •  1 min read

Now that you have destinations lined up, have monitored applications for a few days, and have migration candidates ready, you can start the migration process.

You will need a migration license to proceed.

## To Start a Pre-Migration Audit

1. Click **Manage>Destinations**. The Destination Inventory window is displayed.
2. Select a destination in the list by clicking the **Host Source Name** link or by clicking **more actions>View Details** for the selected destination. The Destination Details window is displayed.
3. Click the Actions icon at the top and select **Audit**.



4. Click **Continue** to confirm.
5. If you haven't yet supplied a valid migration license, a message will indicate this. Click **OK** and click **Settings** in the **System** navigation menu on the left to do so. See Managing V-Maestro License Keys for more information.

   The **Migrations In-Progress** card now displays the number of migrations in process and the operation in progress. The Progress column displays the progress toward completion in percentage. A migration icon now displays above the filter field.

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314966328/Step+1+Audit) |

## Audit Report

 Owned by Thomas Farley (Deactivated) ···
Mar 24, 2022 • 1 min read

You can view the Audit Report, which is located as follows:

C:\appliances\<Container>\ctrack\Log\Audit Report - <name>.txt

You can also view it using the Administrative Console.

# To View the Audit Report Using the Administrative Console

1. In the Administrative Console, select the container and then click the **Appliance Logs** tab.

2. Click the **Audit Report** tab. The Audit report is displayed.

3. To reload the Audit Report, click the **Reload** button.



| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
|  |  | ([https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/313917530/Audit+Report](https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/313917530/Audit+Report)) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|--------------------------|----------|
| | | ## virtaaudit |

**virtaaudit**

TF — Owned by Thomas Farley (Deactivated) ···
Last updated: Mar 28, 2022  •  2 min read

This command checks whether the source and destination machines comply with application migration pre-requisites. Run this command before you migrate an application. Any issues are listed in the `Audit Report.txt` file located in the appliance folder.

If the Audit Report lists a problem or problems that will impede application migration, see 📄 Understanding Audit for guidance about how to resolve specific issues identified in the report.

Administrator privileges are required.

## Syntax

```
1  virtaaudit <server username> <password | /P> [/V] [/O outputDirectory]
```

```
1  virtaaudit <server> [/V] [/O outputDirectory]
```

## Options

| Option | Description |
|--------|-------------|
| server | The IP address or machine name of the source machine. |
| username | The user name of the Administrator account on the source machine. |
| password | The password of the Administrator account on the source machine. |
| /O OutputDirectory | Write the Audit Report file to the specified directory. Optional. |
| /V verbose | Write detailed error descriptions to the CLI. Optional. |
| /P hidePassword | Hide the password for the user. Optional. |

| Claim | US 9,722,858<br>Claim Term | Analysis |
|-------|----------------------------|----------|
|       |                            | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314212459/virtaaudit) |

# Understanding Audit

 Owned by Thomas Farley (Deactivated) ···
Last updated: Apr 01, 2022 • 10 min read

**Table of Contents**

- Running a Pre-Migration Audit
  - Running Audit from the Administrative Console
- Audit Report Contents
  - Administrative Accounts
  - Blank Password Match
  - CPU Type
  - Cached Logons
  - COMPlus
  - Computer Name Test
  - Disk Configuration Test
  - Dock Intercept
  - Domain Controller
  - Domain Test
  - DotNet
  - FIPS
  - Firewall
  - Group Policies
  - IIS
  - LAN Manager
  - Network Identity Cards
  - OS Viable
  - Port
    - Open Ports on the Destination Machine Firewall
  - RAM
  - Remote Access
    - Remote Administrative Shares Enabled
  - System Roots
  - System Types
  - Windows2k

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit)<br><br>**Firewall**<br><br>This section indicates the firewall state of the three networking profiles (private, domain, public) on the destination and source machines. If the corresponding states differ between the two machines, a warning will be shown here.<br><br>This section may display "Unknown" for the firewall state. This may occur because the source machine is running an older version of Windows Server (2003 or earlier), which has only one network profile.<br><br>A firewall comparison tool is available if you want to compare firewall rule differences or troubleshoot firewall issues between the source and destination. See ☰ Comparing Group Policies between Source and Destination for more information.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Firewall)<br><br>**Comparing Firewall Rules**<br><br>TF  Owned by Thomas Farley (Deactivated)  ⋯<br>Last updated: Dec 04, 2022 · 2 min read<br><br>Audit provides a warning about differences regarding the firewall enable state between the source and destination machine. A Compare Firewall Rules utility lets you compare rule differences.<br><br>The utility is available only for Windows Server 2008 or later because earlier versions of the operating system do not feature additional firewall profiles.<br><br>After you successfully run Audit, a firewall report is generated in the installation directory. For example:<br><br>`1  C:\appliances\MyAppliance\ctrack\Log\AuditFirewall` |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310739279/Comparing+Firewall+Rules)<br><br>**Disk Configuration Test**<br><br>This section provides information on how big the source machine and the destination machine drives are. A warning will be generated if the source machine drive is bigger than the destination machine drive.<br><br>This section indicates whether the system drives match on the destination and source machines.<br><br>If the system drives do not match, contact your system administrator.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Disk-Configuration-Test)<br><br>**Group Policies**<br><br>This audit is not available on Windows 2000 or earlier. A group policy report will not be generated.<br><br>The group policy section in the audit report indicates whether group policy information was successfully collected from the source and destination machines. If the audit was successful, then you can perform a group policy comparison using the ✂ https://virtamove.atlassian.net/wiki/spaces/VE/pages/309297809/Group+Policy+Comparison+Tool?search_id=8b efec8f-bb8f-4f46-ac1d-6efb11f17c83 Can't find link from the Administrative Console. If the audit was not successful, the audit report will indicate why group policy information could not be collected.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Group-Policies) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| | | ## Comparing Group Policies between Source and Destination<br><br>**TF** Owned by Thomas Farley (Deactivated) ···<br>Last updated: Dec 04, 2022 · 2 min read<br><br>A Group Policy Comparison utility lets you compare rule differences regarding the group policies between the source and destination machine.<br><br>The utility is available only for Windows Server 2003 or later.<br><br>After you successfully run Audit, a group policy report is generated for supported platforms in the installation directory. For example:<br><br>`1   C:\appliances\MyAppliance\ctrack\Log\AuditGroupPolicies\`<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310707046/Comparing+Group+Policies+between+Source+and+Destination)<br><br>## Network Identity Cards<br><br>This section indicates how many Network Identity Cards (NICs) are on the source and destination machine.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Network-Identity-Cards)<br><br>## Mapping NICs between Source and Destination<br><br>You can use COTF to add or remove NICs to match the number of NICs on the source machine, using selected NICs as COTF parameters. For example, the source machine might have more NICs than the destination. The parameters are stored in the `ipCOTF.xml` file in the `COTF` folder for the selected appliance.<br><br>If there is a NIC mismatch, the Administrative Console will display a message. You can map the IP addresses manually if you need to correct the mismatch. |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311263613/Config-on-the-Fly#Mapping-NICs-between-Source-and-Destination) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | ## Port<br><br>This section of the report indicates the status of the required ports on the source machine.<br><br>- Check that there is connectivity end-to-end from the destination server to the source on **port 445**. This is a blocking issue if VirtaMove Source Agent is not being used and **port 445** is not open. End-to-end means that the port is open at the Windows firewalls, at the cloud-instance firewalls, and at any perimeter firewalls between the two servers. If the use of port 445 is not permitted on the network or is a concern, use a virtual private network (VPN) to establish connectivity between the destination and source machines.<br>- For IIS migrations, make sure that **port 80** is open because it is required by Web Deploy.<br>- For migrations that use VirtaMove Source Agent, make sure that **port 9665** is open on the source machine. **Port 9665** is required to establish a connection to the VirtaMove Source Agent on the source machine. Two inbound rules must be created on the source machine: one for the **TCP** and one for the **UDP** port (both 9665). See https://technet.microsoft.com/en-us/library/ms345310(v=sql.100).aspx for more information.<br><br>VirtaMove Source Agent communicates through **TCP** port number **9665** by default. You can configure the port number to a different number if required. See  VirtaMove Source Agent  for more information.<br><br>If the Audit Report indicates that a required port is closed, makes sure that external nodes between the destination machine and the source machine also permit communication across these ports (port 445, 9665, etc.). For example, if you are migrating to an Amazon Web Services (AWS) managed cloud server, make sure that AWS also has these ports opened.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Port) |

## Assigning a Destination to a Source

 Owned by Thomas Farley (Deactivated)  •••
Mar 29, 2022 • 1 min read

You can assign a destination to a specific source machine.

## To Assign a Destination to a Source

1. Click **Manage>Destinations**. The Destination Inventory window is displayed.
2. In the **Source Hostname** column, click **Assign**. The Assign a Source window is displayed.



3. Select a source by clicking **Select**. You can scroll through the list of source hostnames if necessary or filter the list. Click **Continue**. A message displays whether the mapping was successful.
4. Click **Close.**

   The source you mapped is now displayed in the **Source Hostname** column for the destination in the Destination Inventory window.

You can also assign a destination to a source from the Destination Details window or the Source Inventory page.

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314966212/Assigning+a+Destination+to+a+Source) |
|       |                         | Moreover, the Accused Products provide "[s]ophisticated reports and real-time data [to] provide deep insight on *migration candidates and priorities*, server profiles, security vulnerabilities, migration complexity assessment, and total estimated annual costs for cloud migrations."  VirtaMove's software "can help you determine *which applications can and should be migrated, how complex a migration is likely to be, and the internal resources you'll need to successfully migrate your applications*." |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | **It Pays to Look Before You Leap into Application Migration**<br><br>VirtaMove's Intelligent application discovery and monitoring shines light on all servers and applications in your network.<br><br>A clear picture removes assumptions, guesswork, and hidden costs from application migration or modernization plans. Sophisticated reports and real-time data provide deep insight on migration candidates and priorities, server profiles, security vulnerabilities, migration complexity assessment, and total estimated annual costs for cloud migrations.<br><br>Smart data means you don't have to jump into application migration with a blindfold on.<br><br>(https://virtamove.com/solutions/application-discovery/) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | **AI Driven Application Monitoring and Discovery** |
|       |                         | With deep data about your server and application profiles, you can achieve effective and optimized migrations that will yield high returns on your migration or modernization investments. |
|       |                         | Avoid migrating unnecessary applications, eliminate technical pitfalls before, during, and after a migration, and remove best guesses in capacity planning so you don't over or under provision destination servers. Save time and cost from migration start to finish. |
|       |                         | (https://virtamove.com/solutions/application-discovery/) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        |  (https://virtamove.com/solutions/) |

| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
| | | **Relearn Your Applications**<br><br>A great migration plan starts with understanding your applications and partnering with a migration expert.<br><br>We'll help you select the right applications and remove guesswork from capacity planning so you don't over or under provision destination servers.<br><br>Leverage VirtaMove's expertise and migration assessment to achieve effective and optimized migrations that will yield high returns on your modernization investments.<br><br>(https://virtamove.com/solutions/migration-strategy/) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | **How Well Do You Know Your Server?** Legacy servers can be difficult to migrate, harboring many unknown elements that can surface after a migration begins. These technical pitfalls can significantly delay a migration and increase costs. Use VirtaMove's technology and expertise to steer your migration project to success, from strategy to completion. At VirtaMove we've migrated tens of thousands of servers across multiple platforms, on-prem or to the cloud. We can help you determine which applications can and should be migrated, how complex a migration is likely to be, and the internal resources you'll need to successfully migrate your applications. (https://virtamove.com/solutions/migration-strategy/) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | Further evidence showing the Accused Products map non-functional requirements of source and destination infrastructures is found below. <br><br>  <br><br> ([https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311263613/Config-on-the-Fly](https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311263613/Config-on-the-Fly)) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|--------------------------|----------|
|       |                          | ## Encryption Detection<br><br>TF  Owned by Thomas Farley (Deactivated)  •••<br>Last updated: Mar 25, 2022 • 1 min read<br><br>Your container may contain encrypted configuration information from the source machine that is not compatible with the information on the current machine. You can use the ▤ virtacryptdetect tool to log the paths of files and registry keys to help you determine which configuration information needs to be modified.<br><br>See also ▤ virtacotf .<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311132174/Encryption+Detection)<br><br>"V-Maestro can be thought of as an active CM BD, being able to tell us information about the applications on a server. There are a number of reports that can be made available for project managers and senior level managers. Reports can breakdown which servers are being monitored and how far along in the monitor process we are. *All the data can be generated into PDF reports that can be emailed to team members or management, and lets you right-size destination servers and do some capacity planning for an application and destination servers.*" |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | <br><br>(https://www.youtube.com/watch?v=nOlMUwHMvY0)<br><br>"Because our solution is primarily installed on the destination server we have established *a staging container* and that staging container takes advantage of the modern operating system and it's in that |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | container that you have the ability to *verify that the copy of the application taken from the old source operating system functions properly in that new operating system.*"<br><br><br><br>(https://www.youtube.com/watch?v=hDb541Ax6xw)<br><br>"Then you can move onto the next stage: user acceptance testing or the exercise phase.  *In the exercise step, we move to the destination server and run the application through its bases and confirm that everything is working as expected.*  Once the application has passed its testing, we can push the application through the dissolve process to have it natively installed on the destination server." |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        |  (https://www.youtube.com/watch?v=nOlMUwHMvY0)<br><br>Additional evidence showing VirtaMove's infringement is found in at least the following documents: |

196

## Step 3: Test the Application in the Container


Owned by Thomas Farley (Deactivated) •••
Mar 29, 2022 • 2 min read

Once the migration container is prepopulated with the application and its dependencies, you can start testing the application in the container to make sure that it performs as expected. The Testing team will exercise the application, which means using all its features and functions so that V-Maestro is able to capture these elements in a complete migration template.

The testing team will RDP into the destination machine to start the application and perform the exercise operation.



Migrations In-Progress

3

*Last Operation:*
*UAT/Exercise*

## To Test the Application

1. In the Destination Details window, click the Actions icon at the top and select **RDP**.


Preview unavailable

2. In the Remote Desktop Connection window, click **Connect**.

3. On the destination machine, open VirtaMove Administrative Console.

4. Select the container, then click the **Services** tab. Start required services and click **Save** if necessary.

5. When services have started, click **Run** to launch the application.

6. When the application starts, use the application features and functions as much as possible in order to obtain a complete migration template.

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314671696/Step+3%3A+Test+the+Application+in+the+Container) |

### Testing Containers

TF
Owned by Thomas Farley (Deactivated) ⋯
Last updated: Mar 28, 2022 · 2 min read

**Table of Contents**

- About Testing Containers
  - Testing Requirements
- Testing a Container
- What If I Find Problems During Testing?
  - To Delete and Recreate a Container

## About Testing Containers

You can test a container to make sure that the appliance runs correctly. Testing a container may include testing container services, for example. Once you are satisfied that the container runs correctly, you can then move the appliance to the destination machine.

You can test an appliance on either the source machine or the destination machine.

## Testing Requirements

If you are testing on the destination machine, make sure that the environment is configured to meet the configuration requirements of the application or service in the appliance. For more information, see your application documentation for system configuration requirements.

To avoid service conflicts where appliances with services from the source machine already exist on the destination, VirtaMove will display an error message and prevent the local service from starting. You must resolve this conflict by either removing the service from the destination or removing the service from the container.

(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314114051/Testing+Containers)

The requirements for COM+ and DCOM are as follows.

| Requirement | Description |
|---|---|
| Registry key value `Com+Enabled` | If the registry key value `Com+Enabled` in the `HKLM\SOFTWARE\Microsoft\COM3` registry key is set to 0 (disabled) on the source machine, attempts to connect from the destination machine to the source machine and list COM+ applications on the source machine will result in an error.<br><br>If `Com+Enabled` is disabled on the destination machine, it will not be possible to list COM+ applications on the destination machine or install COM+ applications on the destination machine, which means that containers that have COM+ application packages will **fail to dock**.<br><br>Additionally, if `RemoteAccessEnabled` is disabled on the source machine, attempts to connect from the destination machine to the source machine and list COM+ applications on the source machine will result in an error. |
| Membership in the Distributed COM Users Group | The account used to perform the export (the account specified in the tether credentials) must be a member of the Distributed COM Users group on the source machine. Otherwise, the export will **fail**. |
| Configure your firewall to allow DCOM connections | You may need to configure your firewall to allow DCOM connections. For information, see:<br><br>⬀ How to Configure the Firewall to Allow DCOM Connections |
| `AutoShareServer` and `LocalAccountTokenFilterPolicy` registry keys | **For less than Windows Server 2008**<br><br>The following key must be set to 1 or undefined:<br><br>`1  Local SYSTEM\CurrentControlSet\Services\LanmanServer\Parameters\AutoShareServer`<br><br>**For Windows Server 2008 or higher**<br><br>The Remote Account must be the built-in Administrator (not just an Administrator), or the following key must be set to 1 on both the source and destination machine:<br><br>`1  SOFTWARE\Microsoft\Windows\CurrentVersion\Policies\System\LocalAccountTokenFilterPolicy` |
| `complusnetwork` registry key | **For Windows Server 2003 Source Machines**<br><br>To ensure that VirtaMove can access COM/COM+ components related to your application, the Application Server Role must be installed and the following key must be enabled (set to 1) on the source server:<br><br>`1  HKEY_LOCAL_MACHINE\SOFTWARE\Microsoft\Windows\CurrentVersion\Setup\OC Manager\Subcomponents\compl`<br><br>A reboot is not required after you change the value of this key.<br><br>**For Windows Server 2008 and Higher Source Machines**<br><br>For Windows Server 2008 and higher source machines, the `complusnetwork` key does not exist. However, **port 135** must be open to allow VirtaMove access to COM/COM+ components. For more information, see: https://technet.microsoft.com/en-us/library/cc731967(v=ws.11).aspx. |

| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310477173/COM+and+DCOM+Requirements) |
| 4e | mapping said cloud infrastructure software configurations with said at least one source infrastructure management configuration and said at least one source infrastructure management log. | *See* limitation 1c.<br><br>For example, the Accused Products provide "Audit Reports," which involves "mapping said cloud infrastructure configurations with said at least one source infrastructure configuration and said at least one source infrastructure management log."<br><br>The "Audit Report" compares configurations of the source and destination machines and/or servers, which necessarily requires "discovering."  Below includes examples of "Audit Report Contents," but such examples should not be viewed as exclusive or limiting. |

# Understanding Audit

 Owned by Thomas Farley (Deactivated) •••
Last updated: Apr 01, 2022 • 10 min read

**Table of Contents**

- Running a Pre-Migration Audit
    - Running Audit from the Administrative Console
- Audit Report Contents
    - Administrative Accounts
    - Blank Password Match
    - CPU Type
    - Cached Logons
    - COMPlus
    - Computer Name Test
    - Disk Configuration Test
    - Dock Intercept
    - Domain Controller
    - Domain Test
    - DotNet
    - FIPS
    - Firewall
    - Group Policies
    - IIS
    - LAN Manager
    - Network Identity Cards
    - OS Viable
    - Port
        - Open Ports on the Destination Machine Firewall
    - RAM
    - Remote Access
        - Remote Administrative Shares Enabled
    - System Roots
    - System Types
    - Windows2k

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit)<br><br>**OS Viable**<br><br>**This is a blocking issue.**<br><br>This section indicates whether the operating system version of the destination machine is equal to or greater than the source operating system version.<br><br>If the versions of the operating systems are not viable, contact your system administrator.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#OS-Viable)<br><br>**Firewall**<br><br>This section indicates the firewall state of the three networking profiles (private, domain, public) on the destination and source machines. If the corresponding states differ between the two machines, a warning will be shown here.<br><br>This section may display *Unknown* for the firewall state. This may occur because the source machine is running an older version of Windows Server (2003 or earlier), which has only one network profile.<br><br>A firewall comparison tool is available if you want to compare firewall rule differences or troubleshoot firewall issues between the source and destination. See Comparing Group Policies between Source and Destination for more information.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Firewall) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | ## Comparing Firewall Rules<br><br>TF  Owned by Thomas Farley (Deactivated) ···<br>Last updated: Dec 04, 2022 · 2 min read<br><br>Audit provides a warning about differences regarding the firewall enable state between the source and destination machine. A Compare Firewall Rules utility lets you compare rule differences.<br><br>The utility is available only for Windows Server 2008 or later because earlier versions of the operating system do not feature additional firewall profiles.<br><br>After you successfully run Audit, a firewall report is generated in the installation directory. For example:<br><br>`1  C:\appliances\MyAppliance\ctrack\Log\AuditFirewall`<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310739279/Comparing+Firewall+Rules)<br><br>## Disk Configuration Test<br><br>This section provides information on how big the source machine and the destination machine drives are. A warning will be generated if the source machine drive is bigger than the destination machine drive.<br><br>This section indicates whether the system drives match on the destination and source machines.<br><br>If the system drives do not match, contact your system administrator.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Disk-Configuration-Test) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|  |  | **Group Policies**<br><br>This audit is not available on Windows 2000 or earlier. A group policy report will not be generated.<br><br>The group policy section in the audit report indicates whether group policy information was successfully collected from the source and destination machines. If the audit was successful, then you can perform a group policy comparison using the ✂ https://virtamove.atlassian.net/wiki/spaces/VE/pages/309297809/Group+Policy+Comparison+Tool?search_id=8b efec8f-bb8f-4f46-ac1d-6efb11f17c83 Can't find link from the Administrative Console. If the audit was not successful, the audit report will indicate why group policy information could not be collected.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Group-Policies)<br><br>**Comparing Group Policies between Source and Destination**<br><br>TF  Owned by Thomas Farley (Deactivated)  •••<br>Last updated: Dec 04, 2022 · 2 min read<br><br>A Group Policy Comparison utility lets you compare rule differences regarding the group policies between the source and destination machine.<br><br>The utility is available only for Windows Server 2003 or later.<br><br>After you successfully run Audit, a group policy report is generated for supported platforms in the installation directory. For example:<br><br>`1  C:\appliances\MyAppliance\ctrack\Log\AuditGroupPolicies\`<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310707046/Comparing+Group+Policies+between+Source+and+Destination) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        | **Port**<br><br>This section of the report indicates the status of the required ports on the source machine.<br><br>• Check that there is connectivity end-to-end from the destination server to the source on **port 445**. This is a blocking issue if VirtaMove Source Agent is not being used and **port 445** is not open. End-to-end means that the port is open at the Windows firewalls, at the cloud-instance firewalls, and at any perimeter firewalls between the two servers. If the use of port 445 is not permitted on the network or is a concern, use a virtual private network (VPN) to establish connectivity between the destination and source machines.<br><br>• For IIS migrations, make sure that **port 80** is open because it is required by Web Deploy.<br><br>• For migrations that use VirtaMove Source Agent, make sure that **port 9665** is open on the source machine. **Port 9665** is required to establish a connection to the VirtaMove Source Agent on the source machine. Two inbound rules must be created on the source machine: one for the **TCP** and one for the **UDP** port (both 9665). See https://technet.microsoft.com/en-us/library/ms345310(v=sql.100).aspx for more information.<br><br>VirtaMove Source Agent communicates through **TCP** port number **9665** by default. You can configure the port number to a different number if required. See ⊟ VirtaMove Source Agent for more information.<br><br>If the Audit Report indicates that a required port is closed, makes sure that external nodes between the destination machine and the source machine also permit communication across these ports (port 445, 9665, etc.). For example, if you are migrating to an Amazon Web Services (AWS) managed cloud server, make sure that AWS also has these ports opened.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Port) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| | | ## Config-on-the-Fly <br><br> **TF** Owned by Thomas Farley (Deactivated) ••• <br> Last updated: Mar 28, 2022 • 2 min read <br><br> **Table of Contents** <br><br> • Config-on-the-fly Files and Paths <br> • Config-on-the-fly on Demand <br> • Mapping NICs between Source and Destination <br> • COTF Log <br><br> Your container may contain configuration information from another system and this information may not be compatible with the current system. For example, you may need to change IP addresses or hostnames. You can use a Config-on-the-fly file (*StandardCOTF.xml*) to update the configuration information so that it works with the current system. You may need to update the settings in the configuration file with information from the current system. <br><br> You specify the Config-on-the-fly file using the 📄 virtapedit command-line utility to update the following property: <br><br> `1  CPROP_CONFIG_FILE` <br><br> Container properties (for example, `CPROP_SRC_NODENAME` ) can be used as arguments to the `CPROP_CONFIG_FILE` property. <br><br> StandardCOTF.xml is located as follows: <br><br> `1  C:\appliances\<ContainerName>\COTF\StandardCOTF.xml` <br><br> You can have multiple COTF files in the COTF folder. For example, one file could be for replacing IP addresses and another one for replacing hostnames. V-Migrate will load the combined COTF information from the files in the folder. <br><br> (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311263613/Config-on-the-Fly) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| | | **Encryption Detection** |
| | | Owned by Thomas Farley (Deactivated) ··· |
| | | Last updated: Mar 25, 2022 · 1 min read |
| | | Your container may contain encrypted configuration information from the source machine that is not compatible with the information on the current machine. You can use the ⊟ virtacryptdetect tool to log the paths of files and registry keys to help you determine which configuration information needs to be modified. |
| | | See also ⊟ virtacotf . |
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311132174/Encryption+Detection) |
| | | **Viewing Log Files** |
| | | Owned by Thomas Farley (Deactivated) ··· |
| | | Mar 29, 2022 · 2 min read |
| | | V-Maestro generates log files containing messages that record all types of events, including startup and shutdown information and error and warning messages. This topic describes how to view log files to assist in monitoring system activity and aid in diagnosing and fixing problems. |
| | | Log files are located in the following location on the V-Maestro machine: VirtaMove/Maestro/logs |
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314606288/Viewing+Log+Files) |

# Viewing Logs and Error Messages


Owned by Thomas Farley (Deactivated)  •••
Mar 24, 2022 • 2 min read

Logging settings are created in the Windows Registry when VirtaMove is installed:

*HKEY_LOCAL_MACHINE\SOFTWARE\VirtaMove Settings\Controller]*

*LogProviders=EventLog;File;Console*

Error or debugging messages are output to the Windows Event Viewer, in the category VirtaMove. Click on a log in the Event Viewer to see more information about the log file.



In addition, Activity and Log messages for a container are saved in a text file located in the container `\ctrack` folder.

You can also view logs for a selected container in the **Appliance Logs** tab of the Administrative Console.

### To View Logs for a Container

1. In the Administrative Console, select a container.

2. Click the **Appliance Logs** tab.

3. Click one of the following tabs:
    ◦ Audit Report - to view the Audit Report for a container

    ◦ Activity - to view activity logs

    ◦ Error - to view error logs

    ◦ Tether - to view Tether logs

    ◦ IIS Migration - to view information relating to IIS application migration

    ◦ COTF - to view a COTF log file

    ◦ Tether Sync - to view information relating to Tether Sync

    ◦ Compression - to view compression messages

    ◦ Dissolve - to view a Dissolve report for a dissolved container

• If you selected Activity or Error logs, specify a date range, and then click **Load Logs**. Records are returned in the activity window.

| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/313917483/Viewing+Logs+and+Error+Messages) |
| | | |
| 5pre | The non-transitory computer readable medium of claim 4, wherein said mapping of said cloud infrastructure software configurations with said at least one source infrastructure management configuration and said at least one source infrastructure management log is at least partially based on: | The Accused Products comprise a non-transitory computer readable medium as claimed in claim 4. *See* claim 4.<br><br>The Accused Products meet the remaining limitations in this claim. *See* limitations 1a-1c. |
| 5a | said matching of said cloud infrastructure software standards with said at least one source infrastructure management client and said at least one source infrastructure management server, and | *See* limitation 1b; limitation 1c; limitation 4c. |
| 5b | said mapping of said description of said non-functional requirements of said source management infrastructure with said description of said non-functional requirements of said target management infrastructure. | *See* limitation 1c; limitation 4d. |
| | | |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|--------------------------|----------|
| 6pre | The non-transitory computer readable medium of claim 5, wherein: | The Accused Products comprise a non-transitory computer readable medium as claimed in claim 5. *See* claim 5.<br><br>The Accused Products meet the remaining limitations in this claim.  *See* limitations 1a-1c. |
| 6a | in said discovering step of said method, said at least one source infrastructure management component further comprises at least one source infrastructure management process; | *See* limitation 1a. |
| 6b | in said querying step of said method, said description of said target cloud infrastructure further comprises at least one target infrastructure management process; and | *See* limitation 1b.<br><br>For example, the Accused Products provide a "description of said target cloud infrastructure further compris[ing] at least one target infrastructure management process." |

# Viewing Destination Details



Owned by Thomas Farley (Deactivated) •••
Mar 29, 2022 • 2 min read

You can view detailed information about a selected destination, such as system information, storage profile, migration status, services, accounts, and applied patches.

## To View Destination Details

1. Click **Manage>Destinations**. The Destination Inventory window is displayed.
2. Select a destination in the list by clicking on the hostname or the IP column. The Destination Details window is displayed. V-Maestro displays when the destination was last seen at the top of the window.



| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314868022/Viewing+Destination+Details)<br><br>The following table lists the elements in the Destination Details window.<br><br>_see table below_<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314868022/Viewing+Destination+Details) |

| Item | Description |
|---|---|
| Destination System Information card | Displays information about the system of the destination:<br>• IP Address<br>• OS<br>• Any group assigned to the source<br>• CPU<br>• Source. You can assign a destination to a source by clicking Assign.<br>• Memory |
| Storage Profile card | Displays the number of system disks and storage disks, and the amount of free disk space. Click the toggle icon in the top right of the panel to change the view. |
| Migrations Complete card | Displays the number of applications migrated to this destination. |
| Migrations In-Progress card | Displays the number of migrations that are in progress for this destination, and the last operation. |
| Required Storage Profile to Dissolve VAA card | Displays the storage that is required to dissolve the container, if this information is available. |
| Filter | Lets you filter the list of destinations by OS, assigned group, or IP/hostname. |
| | These icons let you perform tasks for the destination. From left to right:<br>• View services on the destination<br>• View user and group accounts associated with the destination<br>• View patches applied to the destination |

## Viewing Discovered Destinations 🔗

You can filter discovered destinations, assign a destination to a source, and delete destinations. You can also view and export reports.

You can perform the following actions for selected destinations:

- View details about the destination
- Exclude a destination from the list
- Re-authenticate the destination
- RDP into the destination
- Assign a source to a destination
- Hide destinations and view all hidden destinations

The following table lists the elements in the Destination Inventory window.

| Item | Description |
|------|-------------|
| Discovered card | Displays the number of discovered destinations. |
| No Assigned Source card | Displays the number of discovered destination machines that have not been assigned or mapped to a source. |
| Audit Failed card | Display the number of discovered destinations that have Audit issues. |
| Filter | Lets you filter the list of destinations by OS, assigned group, or IP/hostname. |
| ⋮ | Click the more actions icon to perform more actions on a selected destination. From top to bottom: <ul><li>View details of a selected destination.</li><li>Exclude a destination from the view.</li><li>Reauthenticate a selected destination.</li><li>RDP to a selected destination.</li></ul> |
| 👁 🗑 | From left to right, hide a selected destination or delete a selected destination. |
| + 📄 ⋮ | Lets you perform tasks. From left to right: <ul><li>Add a destination</li><li>Get a report of listed destinations</li><li>Perform additional tasks, such as export a report and view hidden destinations.</li></ul> |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314606009/Viewing+Your+Destination+Inventory)<br><br>**Discovering Your Inventory Patch Level**<br><br>TF Owned by Thomas Farley (Deactivated) ···<br>Mar 29, 2022 · 2 min read<br><br>V-Maestro periodically scans all known source and destination servers to find missing OS updates. It reports this information on the Inventory Patch Level window, for each server. Click on an update in the Missing Updates column to view patch details.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314867812/Discovering+Your+Inventory+Patch+Level) |

214

# Using the Patches View for Destinations

 Owned by Thomas Farley (Deactivated) ⋯
Mar 29, 2022 • 1 min read

The **Patches** view of the Destination Details window displays a list of patches that were applied to a destination.

## To View Patches Applied to a Destination

1. Click **Manage>Destinations**. The Destination Inventory window displays.
2. Select a destination. The Destination Details window displays.
3. Click the **Patches** icon in the Destination Details window.

  

🔍  Filter by OS, Group, IP/Hostname

| HotFix ID | Installed By | Installed On |
|-----------|--------------|--------------|
| KB4462930 | WIN-R2DHOLTSHT5\Administrator | 2018-11-21 |
| KB4465664 | NT AUTHORITY\SYSTEM | 2018-11-21 |
| KB4470788 | NT AUTHORITY\SYSTEM | 2019-01-15 |
| KB4477029 | WIN-R2DHOLTSHT5\Administrator | 2018-11-21 |
| KB4480056 | WIN-R2DHOLTSHT5\Administrator | 2019-01-15 |
| KB4480979 | WIN-R2DHOLTSHT5\Administrator | 2019-01-15 |
| KB4516115 | WIN-R2DHOLTSHT5\Administrator | 2020-01-16 |

215

| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314638864/Using+the+Patches+View+for+Destinations) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         |  |

| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314900661/Using+the+Users+and+Groups+View+for+Destinations)<br><br>## Discovering Capacity Requirements<br><br>TF  Owned by Thomas Farley (Deactivated) •••<br>Mar 29, 2022 • 1 min read<br><br>The Capacity Requirements window displays a summary of capacity information for discovered sources so you can plan appropriately for capacity required on destination servers.<br><br>Click **Discover>Capacity Requirements**. The Capacity Requirements page is displayed.<br><br>To view recommended sizing options for a dissolve-ready migration to the destination, click the plus icon for a selected source. To hide the options, click the icon again.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314671412/Discovering+Capacity+Requirements)<br><br>The Accused Products provide "Audit Reports" using a "description of a target cloud infrastructure." Below includes examples of "Audit Report Contents," but such examples should not be viewed as exclusive or limiting. |

| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
| | | **Understanding Audit**<br><br>Owned by Thomas Farley (Deactivated) •••<br>Last updated: Apr 01, 2022 • 10 min read<br><br>**Table of Contents**<br><br>• Running a Pre-Migration Audit<br>　○ Running Audit from the Administrative Console<br>• Audit Report Contents<br>　○ Administrative Accounts<br>　○ Blank Password Match<br>　○ CPU Type<br>　○ Cached Logons<br>　○ COMPlus<br>　○ Computer Name Test<br>　○ Disk Configuration Test<br>　○ Dock Intercept<br>　○ Domain Controller<br>　○ Domain Test<br>　○ DotNet<br>　○ FIPS<br>　○ Firewall<br>　○ Group Policies<br>　○ IIS<br>　○ LAN Manager<br>　○ Network Identity Cards<br>　○ OS Viable<br>　○ Port<br>　　▪ Open Ports on the Destination Machine Firewall<br>　○ RAM<br>　○ Remote Access<br>　　▪ Remote Administrative Shares Enabled<br>　○ System Roots<br>　○ System Types<br>　○ Windows2k<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit) |
| 6c | said analyzing step of said method further comprises mapping said at least one source | *See* limitation 1c; limitations 4c-4e. |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | infrastructure management process with said at least one target infrastructure management process. | For example, the Accused Products provide "Audit Reports," which involve "mapping said at least one source infrastructure management process with said at least one target infrastructure management process." |

Understanding Audit

TF  Owned by Thomas Farley (Deactivated)  •••
Last updated: Apr 01, 2022  •  10 min read

**Table of Contents**

- Running a Pre-Migration Audit
  - Running Audit from the Administrative Console
- Audit Report Contents
  - Administrative Accounts
  - Blank Password Match
  - CPU Type
  - Cached Logons
  - COMPlus
  - Computer Name Test
  - Disk Configuration Test
  - Dock Intercept
  - Domain Controller
  - Domain Test
  - DotNet
  - FIPS
  - Firewall
  - Group Policies
  - IIS
  - LAN Manager
  - Network Identity Cards
  - OS Viable
  - Port
    - Open Ports on the Destination Machine Firewall
  - RAM
  - Remote Access
    - Remote Administrative Shares Enabled
  - System Roots
  - System Types
  - Windows2k

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit)<br><br>**OS Viable**<br><br>**This is a blocking issue.**<br><br>This section indicates whether the operating system version of the destination machine is equal to or greater than the source operating system version.<br><br>If the versions of the operating systems are not viable, contact your system administrator.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#OS-Viable)<br><br>**Firewall**<br><br>This section indicates the firewall state of the three networking profiles (private, domain, public) on the destination and source machines. If the corresponding states differ between the two machines, a warning will be shown here.<br><br>This section may display *Unknown* for the firewall state. This may occur because the source machine is running an older version of Windows Server (2003 or earlier), which has only one network profile.<br><br>A firewall comparison tool is available if you want to compare firewall rule differences or troubleshoot firewall issues between the source and destination. See ⊟ Comparing Group Policies between Source and Destination for more information.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Firewall) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | **COMPlus**<br><br>**This is a blocking issue.**<br><br>**Note:** This check is not performed for Windows Server 2000 migrations.<br><br>This section indicates whether COM+ is enabled, COM+ access is enabled, and whether Remote COM+ Network is enabled.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit)<br><br>**Disk Configuration Test**<br><br>This section provides information on how big the source machine and the destination machine drives are. A warning will be generated if the source machine drive is bigger than the destination machine drive.<br><br>This section indicates whether the system drives match on the destination and source machines.<br><br>If the system drives do not match, contact your system administrator.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Disk-Configuration-Test) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | **Group Policies**<br><br>This audit is not available on Windows 2000 or earlier. A group policy report will not be generated.<br><br>The group policy section in the audit report indicates whether group policy information was successfully collected from the source and destination machines. If the audit was successful, then you can perform a group policy comparison using the ✖ https://virtamove.atlassian.net/wiki/spaces/VE/pages/309297809/Group+Policy+Comparison+Tool?search_id=8b efec8f-bb8f-4f46-ac1d-6efb11f17c83 Can't find link from the Administrative Console. If the audit was not successful, the audit report will indicate why group policy information could not be collected.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Group-Policies) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|--------------------------|----------|
| | | **IIS**<br><br>This section indicates whether Microsoft Web Deploy is installed on the destination and source machines.<br><br>Web Deploy 3.5 or higher is required on the source machine for IIS web application migrations. Web Deploy is a tool that simplifies migration, management, and deployment of IIS web servers and web applications. You must install Web Deploy on the source machine, selecting "complete" or full mode at installation time. VirtaMove will automatically install Web Deploy on the destination machine.<br><br>If Web Deploy 3.0 was installed on the source server and you subsequently installed Web Deploy 3.5 or higher in order to successfully migrate your application after the source and destination machines are connected via VirtaMove Source Agent, you will need to run<br><br>`1  virtatetheradmin <machine name> /C`<br><br>on the destination server so that the destination server will recognize the new installation of Web Deploy on the source server. It indicates whether Web Deployment Agent is installed and started.<br><br>Microsoft IIS applications use **port 80** by default. This section indicates whether port 80 is open on the source machine.<br><br>If a required port is not open, you must open the port. For information about how to open a port, see for example: How can I open or forward a port on my router?<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit) |

## Remote Access

**This is a blocking issue.**

If the VirtaMove Source Agent is active, the Remote Access test is not performed.

Remote Access must be enabled to accept COM requests and may be required for DCOM.

To enable remote access, the registry key values `Com+Enabled` and `RemoteAccessEnabled` must be set to `1` in the `HKLM\SOFTWARE\Microsoft\COM3` registry key on the source machine. The Remote Access enabled value is used in the COMPlus check. Enable the key as follows:

1. Start Registry Editor.
2. Locate and click the following key in the registry: `HKEY_LOCAL_MACHINE\Software\Microsoft\COM3`
3. Set the registry key value `RemoteAccessEnabled` to `1`
4. Set the registry key value `Com+Enabled` to `1`.
5. Quit Registry Editor.

**For less than Windows Server 2008**

The following key must be set to 1 or undefined:

```
1   Local SYSTEM\CurrentControlSet\Services\LanmanServer\Parameters\AutoShareServer
```

**For Windows Server 2008 or higher**

The Remote Account must be the built-in Administrator (not just an Administrator), or the following key must be set to 1 on both the source and destination machine:

```
1   SOFTWARE\Microsoft\Windows\CurrentVersion\Policies\System\LocalAccountTokenFilterPolicy
```

## Remote Administrative Shares Enabled

Remote administrative shares (such as c$, d$, etc.) must be enabled in the registry on the source machine. Administrative shares must be enabled to copy data over the network.

If remote administrative shares are disabled, contact your system administrator.

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit)<br><br>Additional evidence showing VirtaMove's infringement is found in at least the following documents:<br><br>If you select a service and the service already exists on the underlying operating system, the **Source Status** column will display "**CONFLICT**". Resolve the conflict and then press F5 to refresh the list.<br><br>If you hover over a service in the list, a tooltip will display which selected service, if any, requires this service.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311132184/Migrating+an+Application+Using+the+VirtaMove+Administrative+Console) |
| 7 | The non-transitory computer readable medium of claim 6, wherein said mapping of said at least one source infrastructure management process with said at least one target infrastructure management process is at least partially based on said mapping of said description of said non-functional requirements of said source management infrastructure with said description of said non-functional requirements of said target management infrastructure. | The Accused Products comprise a non-transitory computer readable medium as claimed in claim 6. *See* claim 6.<br><br>The Accused Products meet the remaining limitations in this claim. *See* limitations 1c; limitation 4d; limitations 6c.<br><br>For example, the Accused Products provide "Audit Reports," "wherein said mapping of said at least one source infrastructure management process with said at least one target infrastructure management process is at least partially based on said mapping of said description of said non-functional requirements of said source management infrastructure with said description of said non-functional requirements of said target management infrastructure." |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        | ## Understanding Audit |

**Analysis (continued):**

## Understanding Audit

Owned by Thomas Farley (Deactivated) •••
Last updated: Apr 01, 2022 • 10 min read

**Table of Contents**

- Running a Pre-Migration Audit
  - Running Audit from the Administrative Console
- Audit Report Contents
  - Administrative Accounts
  - Blank Password Match
  - CPU Type
  - Cached Logons
  - COMPlus
  - Computer Name Test
  - Disk Configuration Test
  - Dock Intercept
  - Domain Controller
  - Domain Test
  - DotNet
  - FIPS
  - Firewall
  - Group Policies
  - IIS
  - LAN Manager
  - Network Identity Cards
  - OS Viable
  - Port
    - Open Ports on the Destination Machine Firewall
  - RAM
  - Remote Access
    - Remote Administrative Shares Enabled
  - System Roots
  - System Types
  - Windows2k

(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | ## Comparing Firewall Rules<br><br>TF  Owned by Thomas Farley (Deactivated) ···<br>Last updated: Dec 04, 2022 · 2 min read<br><br>Audit provides a warning about differences regarding the firewall enable state between the source and destination machine. A Compare Firewall Rules utility lets you compare rule differences.<br><br>The utility is available only for Windows Server 2008 or later because earlier versions of the operating system do not feature additional firewall profiles.<br><br>After you successfully run Audit, a firewall report is generated in the installation directory. For example:<br><br>`1   C:\appliances\MyAppliance\ctrack\Log\AuditFirewall`<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310739279/Comparing+Firewall+Rules)<br><br>## Comparing Group Policies between Source and Destination<br><br>TF  Owned by Thomas Farley (Deactivated) ···<br>Last updated: Dec 04, 2022 · 2 min read<br><br>A Group Policy Comparison utility lets you compare rule differences regarding the group policies between the source and destination machine.<br><br>The utility is available only for Windows Server 2003 or later.<br><br>After you successfully run Audit, a group policy report is generated for supported platforms in the installation directory. For example:<br><br>`1   C:\appliances\MyAppliance\ctrack\Log\AuditGroupPolicies\`<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310707046/Comparing+Group+Policies+between+Source+and+Destination) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | ## COM+ and DCOM Requirements<br><br>TF  Owned by Thomas Farley (Deactivated) ···<br>Mar 02, 2022 • 2 min read<br><br>The requirements for COM+ and DCOM are as follows.<br><br>| Requirement | Description |<br>|---|---|<br>| Registry key value `Com+Enabled` | If the registry key value `Com+Enabled` in the `HKLM\SOFTWARE\Microsoft\COM3` registry key is set to 0 (disabled) on the source machine, attempts to connect from the destination machine to the source machine and list COM+ applications on the source machine will result in an error.<br><br>If `Com+Enabled` is disabled on the destination machine, it will not be possible to list COM+ applications on the destination machine or install COM+ applications on the destination machine, which means that containers that have COM+ application packages will **fail to dock**.<br><br>Additionally, if `RemoteAccessEnabled` is disabled on the source machine, attempts to connect from the destination machine to the source machine and list COM+ applications on the source machine will result in an error. |<br>| Membership in the Distributed COM Users Group | The account used to perform the export (the account specified in the tether credentials) must be a member of the Distributed COM Users group on the source machine. Otherwise, the export will **fail**. |<br>| Configure your firewall to allow DCOM connections | You may need to configure your firewall to allow DCOM connections. For information, see:<br><br>↵ How to Configure the Firewall to Allow DCOM Connections |<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310477173/COM+and+DCOM+Requirements) |
| | | |

| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
| 8pre | The non-transitory computer readable medium of claim 2, wherein: | The Accused Products comprise a non-transitory computer readable medium as claimed in claim 2. *See* claim 2. |
| 8a | in said querying step of said method, said description of said target cloud infrastructure comprises at least one of:<br><br>cloud infrastructure software standards; and<br><br>cloud infrastructure software configurations; | *See* limitations 1b; limitation 4b. |
| 8b | said analyzing step of said method comprises:<br><br>matching said cloud infrastructure software standards with at least a corresponding one of:<br><br>said at least one source infrastructure management client; and<br><br>said at least one source infrastructure management server, and<br><br>mapping said cloud infrastructure software configurations with said | *See* limitations 1c; limitation 4c-4e. |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|  | at least one source infrastructure management configuration |  |
| 9 | The non-transitory computer readable medium of claim 8, wherein said mapping of said cloud infrastructure software configurations with said at least one source infrastructure management configuration is at least partially based on said matching of said cloud infrastructure software standards with said at least one source infrastructure management client and said at least one source infrastructure management server. | The Accused Products comprise a non-transitory computer readable medium as claimed in claim 8. *See* claim 8.<br><br>The Accused Products meet the remaining limitations of this claim. *See* limitation 1c; limitations 4c-4e.<br><br>For example, the Accused Products "assign a destination to a specific source machine." |

231

# Assigning a Destination to a Source

 Owned by Thomas Farley (Deactivated) •••
Mar 29, 2022 • 1 min read

You can assign a destination to a specific source machine.

## To Assign a Destination to a Source

1. Click **Manage**>**Destinations**. The Destination Inventory window is displayed.
2. In the **Source Hostname** column, click **Assign**. The Assign a Source window is displayed.



3. Select a source by clicking **Select**. You can scroll through the list of source hostnames if necessary or filter the list. Click **Continue**. A message displays whether the mapping was successful.
4. Click **Close.**

   The source you mapped is now displayed in the **Source Hostname** column for the destination in the Destination Inventory window.

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314966212/Assigning+a+Destination+to+a+Source)<br><br>The "Audit Report" maps configurations of the source and destination machines and/or servers, which inherently involves "matching of said cloud infrastructure software standards with said at least one source infrastructure management client and said at least one source infrastructure management server." Below includes examples of "Audit Report Contents," but such examples should not be viewed as exclusive or limiting. |

# Understanding Audit

 Owned by Thomas Farley (Deactivated) •••
Last updated: Apr 01, 2022 • 10 min read

**Table of Contents**

- Running a Pre-Migration Audit
    - Running Audit from the Administrative Console
- Audit Report Contents
    - Administrative Accounts
    - Blank Password Match
    - CPU Type
    - Cached Logons
    - COMPlus
    - Computer Name Test
    - Disk Configuration Test
    - Dock Intercept
    - Domain Controller
    - Domain Test
    - DotNet
    - FIPS
    - Firewall
    - Group Policies
    - IIS
    - LAN Manager
    - Network Identity Cards
    - OS Viable
    - Port
        - Open Ports on the Destination Machine Firewall
    - RAM
    - Remote Access
        - Remote Administrative Shares Enabled
    - System Roots
    - System Types
    - Windows2k

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit)<br><br>**OS Viable**<br><br>**This is a blocking issue.**<br><br>This section indicates whether the operating system version of the destination machine is equal to or greater than the source operating system version.<br><br>If the versions of the operating systems are not viable, contact your system administrator.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#OS-Viable)<br><br>**Firewall**<br><br>This section indicates the firewall state of the three networking profiles (private, domain, public) on the destination and source machines. If the corresponding states differ between the two machines, a warning will be shown here.<br><br>This section may display *Unknown* for the firewall state. This may occur because the source machine is running an older version of Windows Server (2003 or earlier), which has only one network profile.<br><br>A firewall comparison tool is available if you want to compare firewall rule differences or troubleshoot firewall issues between the source and destination. See 🗔 Comparing Group Policies between Source and Destination for more information.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Firewall) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| | | **Comparing Firewall Rules**<br><br>TF  Owned by Thomas Farley (Deactivated) •••<br>Last updated: Dec 04, 2022 • 2 min read<br><br>Audit provides a warning about differences regarding the firewall enable state between the source and destination machine. A Compare Firewall Rules utility lets you compare rule differences.<br><br>The utility is available only for Windows Server 2008 or later because earlier versions of the operating system do not feature additional firewall profiles.<br><br>After you successfully run Audit, a firewall report is generated in the installation directory. For example:<br><br>`1  C:\appliances\MyAppliance\ctrack\Log\AuditFirewall`<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310739279/Comparing+Firewall+Rules)<br><br>**COMPlus**<br><br>**This is a blocking issue.**<br><br>**Note:** This check is not performed for Windows Server 2000 migrations.<br><br>This section indicates whether COM+ is enabled, COM+ access is enabled, and whether Remote COM+ Network is enabled.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | **Disk Configuration Test**<br><br>This section provides information on how big the source machine and the destination machine drives are. A warning will be generated if the source machine drive is bigger than the destination machine drive.<br><br>This section indicates whether the system drives match on the destination and source machines.<br><br>If the system drives do not match, contact your system administrator.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Disk-Configuration-Test)<br><br>**Group Policies**<br><br>This audit is not available on Windows 2000 or earlier. A group policy report will not be generated.<br><br>The group policy section in the audit report indicates whether group policy information was successfully collected from the source and destination machines. If the audit was successful, then you can perform a group policy comparison using the ✖ https://virtamove.atlassian.net/wiki/spaces/VE/pages/309297809/Group+Policy+Comparison+Tool?search_id=8befec8f-bb8f-4f46-ac1d-6efb11f17c83 Can't find link from the Administrative Console. If the audit was not successful, the audit report will indicate why group policy information could not be collected.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Group-Policies) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | ## Comparing Group Policies between Source and Destination<br><br>TF  Owned by Thomas Farley (Deactivated)  ···<br>Last updated: Dec 04, 2022  •  2 min read<br><br>A Group Policy Comparison utility lets you compare rule differences regarding the group policies between the source and destination machine.<br><br>The utility is available only for Windows Server 2003 or later.<br><br>After you successfully run Audit, a group policy report is generated for supported platforms in the installation directory. For example:<br><br>`1  C:\appliances\MyAppliance\ctrack\Log\AuditGroupPolicies\`<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310707046/Comparing+Group+Policies+between+Source+and+Destination) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | ## IIS |
| | | This section indicates whether Microsoft Web Deploy is installed on the destination and source machines. |
| | | Web Deploy 3.5 or higher is required on the source machine for IIS web application migrations. Web Deploy is a tool that simplifies migration, management, and deployment of IIS web servers and web applications. You must install Web Deploy on the source machine, selecting "complete" or full mode at installation time. VirtaMove will automatically install Web Deploy on the destination machine. |
| | | If Web Deploy 3.0 was installed on the source server and you subsequently installed Web Deploy 3.5 or higher in order to successfully migrate your application after the source and destination machines are connected via VirtaMove Source Agent, you will need to run |
| | | ```
1  virtatetheradmin <machine name> /C
``` |
| | | on the destination server so that the destination server will recognize the new installation of Web Deploy on the source server. It indicates whether Web Deployment Agent is installed and started. |
| | | Microsoft IIS applications use **port 80** by default. This section indicates whether port 80 is open on the source machine. |
| | | If a required port is not open, you must open the port. For information about how to open a port, see for example: How can I open or forward a port on my router? |
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | ## Port<br><br>This section of the report indicates the status of the required ports on the source machine.<br><br>- Check that there is connectivity end-to-end from the destination server to the source on **port 445**. This is a blocking issue if VirtaMove Source Agent is not being used and **port 445** is not open. End-to-end means that the port is open at the Windows firewalls, at the cloud-instance firewalls, and at any perimeter firewalls between the two servers. If the use of port 445 is not permitted on the network or is a concern, use a virtual private network (VPN) to establish connectivity between the destination and source machines.<br>- For IIS migrations, make sure that **port 80** is open because it is required by Web Deploy.<br>- For migrations that use VirtaMove Source Agent, make sure that **port 9665** is open on the source machine. **Port 9665** is required to establish a connection to the VirtaMove Source Agent on the source machine. Two inbound rules must be created on the source machine: one for the **TCP** and one for the **UDP** port (both 9665). See https://technet.microsoft.com/en-us/library/ms345310(v=sql.100).aspx for more information.<br><br>VirtaMove Source Agent communicates through **TCP** port number **9665** by default. You can configure the port number to a different number if required. See 📄 VirtaMove Source Agent for more information.<br><br>If the Audit Report indicates that a required port is closed, makes sure that external nodes between the destination machine and the source machine also permit communication across these ports (port 445, 9665, etc.). For example, if you are migrating to an Amazon Web Services (AWS) managed cloud server, make sure that AWS also has these ports opened.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Port) |

## Remote Access

**This is a blocking issue.**

If the VirtaMove Source Agent is active, the Remote Access test is not performed.

Remote Access must be enabled to accept COM requests and may be required for DCOM.

To enable remote access, the registry key values `Com+Enabled` and `RemoteAccessEnabled` must be set to `1` in the `HKLM\SOFTWARE\Microsoft\COM3` registry key on the source machine. The Remote Access enabled value is used in the COMPlus check. Enable the key as follows:

1. Start Registry Editor.
2. Locate and click the following key in the registry: `HKEY_LOCAL_MACHINE\Software\Microsoft\COM3`
3. Set the registry key value `RemoteAccessEnabled` to `1`
4. Set the registry key value `Com+Enabled` to `1`.
5. Quit Registry Editor.

**For less than Windows Server 2008**

The following key must be set to 1 or undefined:

```
1  Local SYSTEM\CurrentControlSet\Services\LanmanServer\Parameters\AutoShareServer
```

**For Windows Server 2008 or higher**

The Remote Account must be the built-in Administrator (not just an Administrator), or the following key must be set to 1 on both the source and destination machine:

```
1  SOFTWARE\Microsoft\Windows\CurrentVersion\Policies\System\LocalAccountTokenFilterPolicy
```

## Remote Administrative Shares Enabled

Remote administrative shares (such as c$, d$, etc.) must be enabled in the registry on the source machine. Administrative shares must be enabled to copy data over the network.

If remote administrative shares are disabled, contact your system administrator.

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| | | **virtaaudit** |

**virtaaudit**

TF  Owned by Thomas Farley (Deactivated)  ···
Last updated: Mar 28, 2022 · 2 min read

This command checks whether the source and destination machines comply with application migration pre-requisites. Run this command before you migrate an application. Any issues are listed in the `Audit Report.txt` file located in the appliance folder.

If the Audit Report lists a problem or problems that will impede application migration, see 🗎 Understanding Audit for guidance about how to resolve specific issues identified in the report.

Administrator privileges are required.

## Syntax

```
1  virtaaudit <server username> <password | /P> [/V] [/O outputDirectory]
```

```
1  virtaaudit <server> [/V] [/O outputDirectory]
```

## Options

| Option | Description |
|--------|-------------|
| server | The IP address or machine name of the source machine. |
| username | The user name of the Administrator account on the source machine. |
| password | The password of the Administrator account on the source machine. |
| /O OutputDirectory | Write the Audit Report file to the specified directory. Optional. |
| /V verbose | Write detailed error descriptions to the CLI. Optional. |
| /P hidePassword | Hide the password for the user. Optional. |

243

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314212459/virtaaudit) |
| | | Mapping of source and destination infrastructure configurations occurs after the "Audit" function is performed. |
| | |  |
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Running-a-Pre-Migration-Audit) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | **Config-on-the-Fly**<br><br>Owned by Thomas Farley (Deactivated) ···<br>Last updated: Mar 28, 2022 • 2 min read<br><br>**Table of Contents**<br><br>• Config-on-the-fly Files and Paths<br>• Config-on-the-fly on Demand<br>• Mapping NICs between Source and Destination<br>• COTF Log<br><br>Your container may contain configuration information from another system and this information may not be compatible with the current system. For example, you may need to change IP addresses or hostnames. You can use a Config-on-the-fly file (*StandardCOTF.xml*) to update the configuration information so that it works with the current system. You may need to update the settings in the configuration file with information from the current system.<br><br>You specify the Config-on-the-fly file using the ▣ virtapedit command-line utility to update the following property:<br><br>`1  CPROP_CONFIG_FILE`<br><br>Container properties (for example, `CPROP_SRC_NODENAME` ) can be used as arguments to the `CPROP_CONFIG_FILE` property.<br><br>StandardCOTF.xml is located as follows:<br><br>`1  C:\appliances\<ContainerName>\COTF\StandardCOTF.xml`<br><br>You can have multiple COTF files in the COTF folder. For example, one file could be for replacing IP addresses and another one for replacing hostnames. V-Migrate will load the combined COTF information from the files in the folder.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311263613/Config-on-the-Fly) |

| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
| | | ## Encryption Detection<br><br>TF  Owned by Thomas Farley (Deactivated)  •••<br>Last updated: Mar 25, 2022  •  1 min read<br><br>Your container may contain encrypted configuration information from the source machine that is not compatible with the information on the current machine. You can use the 🗐 virtacryptdetect tool to log the paths of files and registry keys to help you determine which configuration information needs to be modified.<br><br>See also 🗐 virtacotf .<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311132174/Encryption+Detection) |
| | | |
| 10pre | The non-transitory computer readable medium of claim 9, wherein: | The Accused Products comprise a non-transitory computer readable medium as claimed in claim 9. *See* claim 9. |
| 10a | in said discovering step of said method, said at least one source infrastructure management component further comprises at least one source infrastructure management process; | *See* limitation 1a; limitation 4a; limitation 6a. |
| 10b | in said querying step of said method, said description of said target cloud infrastructure further comprises at least one target infrastructure management process; and | *See* limitation 1b; limitation 6b. |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| 10c | said analyzing step of said method further comprises mapping said at least one source infrastructure management process with said at least one target infrastructure management process. | *See* limitation 1c; limitation 6c. |
| 11 | The non-transitory computer readable medium of claim 1, wherein said analyzing step of said method further comprises determining that at least one conflict exists with said at least one mandatory target infrastructure management component, wherein said at least one conflict comprises said at least one source infrastructure management component managing at least one object that said at least one mandatory target infrastructure management component will manage in said target cloud infrastructure. | The Accused Products comprise a non-transitory computer readable medium as claimed in claim 1. *See* claim 1.<br><br>The Accused Products meet the remaining limitations of this claim.  For example, the Accused Products identifies conflicts between the source and target infrastructure management components.  For example, the "Audit Report" analyzes conflicts "with said at least one mandatory target infrastructure management component, wherein said at least one conflict comprises said at least one source infrastructure management component managing at least one object that said at least one mandatory target infrastructure management component will manage in said target cloud infrastructure."  Below includes examples of "Audit Report Contents," but such examples should not be viewed as exclusive or limiting. |

## Step 1: Audit

 Owned by Thomas Farley (Deactivated)  •••
Last updated: Mar 30, 2022  •  1 min read

Now that you have destinations lined up, have monitored applications for a few days, and have migration candidates ready, you can start the migration process.

You will need a migration license to proceed.

## To Start a Pre-Migration Audit

1. Click **Manage>Destinations**. The Destination Inventory window is displayed.

2. Select a destination in the list by clicking the **Host Source Name** link or by clicking **more actions>View Details** for the selected destination. The Destination Details window is displayed.

3. Click the Actions icon at the top and select **Audit**.



4. Click **Continue** to confirm.

5. If you haven't yet supplied a valid migration license, a message will indicate this. Click **OK** and click **Settings** in the **System** navigation menu on the left to do so. See ▤ Managing V-Maestro License Keys for more information.

The **Migrations In-Progress** card now displays the number of migrations in process and the operation in progress. The Progress column displays the progress toward completion in percentage. A migration icon now displays above the filter field.

| Claim | US 9,722,858<br>Claim Term | Analysis |
|-------|----------------------------|----------|
|       |                            | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314966328/Step+1+Audit) |

# Audit Report

 Owned by Thomas Farley (Deactivated) ···
Mar 24, 2022 · 1 min read

You can view the Audit Report, which is located as follows:

*C:\appliances\<Container>\ctrack\Log\Audit Report - <name>.txt*

You can also view it using the Administrative Console.

# To View the Audit Report Using the Administrative Console

1. In the Administrative Console, select the container and then click the **Appliance Logs** tab.

2. Click the **Audit Report** tab. The Audit report is displayed.

3. To reload the Audit Report, click the **Reload** button.



| Claim | US 9,722,858<br>Claim Term | Analysis |
|-------|----------------------------|----------|
|       |                            | ([https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/313917530/Audit+Report](https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/313917530/Audit+Report)) |

| Claim | US 9,722,858<br>Claim Term | Analysis |
|-------|----------------------------|----------|
|       |                            | ## virtaaudit<br><br>**TF** Owned by Thomas Farley (Deactivated) ···<br>Last updated: Mar 28, 2022 • 2 min read<br><br>This command checks whether the source and destination machines comply with application migration pre-requisites. Run this command before you migrate an application. Any issues are listed in the `Audit Report.txt` file located in the appliance folder.<br><br>If the Audit Report lists a problem or problems that will impede application migration, see 📄 Understanding Audit for guidance about how to resolve specific issues identified in the report.<br><br>Administrator privileges are required.<br><br>### Syntax<br><br>`virtaaudit <server username> <password \| /P> [/V] [/O outputDirectory]`<br><br>`virtaaudit <server> [/V] [/O outputDirectory]`<br><br>### Options<br><br>| Option | Description |<br>|--------|-------------|<br>| server | The IP address or machine name of the source machine. |<br>| username | The user name of the Administrator account on the source machine. |<br>| password | The password of the Administrator account on the source machine. |<br>| /O OutputDirectory | Write the Audit Report file to the specified directory. Optional. |<br>| /V verbose | Write detailed error descriptions to the CLI. Optional. |<br>| /P hidePassword | Hide the password for the user. Optional. |

| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314212459/virtaaudit) |

# Understanding Audit

 Owned by Thomas Farley (Deactivated) •••
Last updated: Apr 01, 2022 • 10 min read

**Table of Contents**

- Running a Pre-Migration Audit
  - Running Audit from the Administrative Console
- Audit Report Contents
  - Administrative Accounts
  - Blank Password Match
  - CPU Type
  - Cached Logons
  - COMPlus
  - Computer Name Test
  - Disk Configuration Test
  - Dock Intercept
  - Domain Controller
  - Domain Test
  - DotNet
  - FIPS
  - Firewall
  - Group Policies
  - IIS
  - LAN Manager
  - Network Identity Cards
  - OS Viable
  - Port
    - Open Ports on the Destination Machine Firewall
  - RAM
  - Remote Access
    - Remote Administrative Shares Enabled
  - System Roots
  - System Types
  - Windows2k

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit) <br><br> **Firewall** <br><br> This section indicates the firewall state of the three networking profiles (private, domain, public) on the destination and source machines. If the corresponding states differ between the two machines, a warning will be shown here. <br><br> This section may display "Unknown" for the firewall state. This may occur because the source machine is running an older version of Windows Server (2003 or earlier), which has only one network profile. <br><br> A firewall comparison tool is available if you want to compare firewall rule differences or troubleshoot firewall issues between the source and destination. See 🗒 Comparing Group Policies between Source and Destination for more information. <br><br> (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Firewall) <br><br> **Comparing Firewall Rules** <br><br> TF  Owned by Thomas Farley (Deactivated)  ⋯ <br> Last updated: Dec 04, 2022  •  2 min read <br><br> Audit provides a warning about differences regarding the firewall enable state between the source and destination machine. A Compare Firewall Rules utility lets you compare rule differences. <br><br> The utility is available only for Windows Server 2008 or later because earlier versions of the operating system do not feature additional firewall profiles. <br><br> After you successfully run Audit, a firewall report is generated in the installation directory. For example: <br><br> `1  C:\appliances\MyAppliance\ctrack\Log\AuditFirewall` |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310739279/Comparing+Firewall+Rules)<br><br>**Disk Configuration Test**<br><br>This section provides information on how big the source machine and the destination machine drives are. A warning will be generated if the source machine drive is bigger than the destination machine drive.<br><br>This section indicates whether the system drives match on the destination and source machines.<br><br>If the system drives do not match, contact your system administrator.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Disk-Configuration-Test)<br><br>**Group Policies**<br><br>This audit is not available on Windows 2000 or earlier. A group policy report will not be generated.<br><br>The group policy section in the audit report indicates whether group policy information was successfully collected from the source and destination machines. If the audit was successful, then you can perform a group policy comparison using the ✖ https://virtamove.atlassian.net/wiki/spaces/VE/pages/309297809/Group+Policy+Comparison+Tool?search_id=8b efec8f-bb8f-4f46-ac1d-6efb11f17c83 Can't find link from the Administrative Console. If the audit was not successful, the audit report will indicate why group policy information could not be collected.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Group-Policies) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | ## Comparing Group Policies between Source and Destination<br><br>**TF** Owned by Thomas Farley (Deactivated) ···<br>Last updated: Dec 04, 2022 • 2 min read<br><br>A Group Policy Comparison utility lets you compare rule differences regarding the group policies between the source and destination machine.<br><br>The utility is available only for Windows Server 2003 or later.<br><br>After you successfully run Audit, a group policy report is generated for supported platforms in the installation directory. For example:<br><br>`1  C:\appliances\MyAppliance\ctrack\Log\AuditGroupPolicies\`<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310707046/Comparing+Group+Policies+between+Source+and+Destination) |

257

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | **IIS**<br><br>This section indicates whether Microsoft Web Deploy is installed on the destination and source machines.<br><br>Web Deploy 3.5 or higher is required on the source machine for IIS web application migrations. Web Deploy is a tool that simplifies migration, management, and deployment of IIS web servers and web applications. You must install Web Deploy on the source machine, selecting "complete" or full mode at installation time. VirtaMove will automatically install Web Deploy on the destination machine.<br><br>If Web Deploy 3.0 was installed on the source server and you subsequently installed Web Deploy 3.5 or higher in order to successfully migrate your application after the source and destination machines are connected via VirtaMove Source Agent, you will need to run<br><br>```1  virtatetheradmin <machine name> /C```<br><br>on the destination server so that the destination server will recognize the new installation of Web Deploy on the source server. It indicates whether Web Deployment Agent is installed and started.<br><br>Microsoft IIS applications use **port 80** by default. This section indicates whether port 80 is open on the source machine.<br><br>If a required port is not open, you must open the port. For information about how to open a port, see for example: How can I open or forward a port on my router?<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Dock-Intercept) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
| | | ## Port<br><br>This section of the report indicates the status of the required ports on the source machine.<br><br>• Check that there is connectivity end-to-end from the destination server to the source on **port 445**. This is a blocking issue if VirtaMove Source Agent is not being used and **port 445** is not open. End-to-end means that the port is open at the Windows firewalls, at the cloud-instance firewalls, and at any perimeter firewalls between the two servers. If the use of port 445 is not permitted on the network or is a concern, use a virtual private network (VPN) to establish connectivity between the destination and source machines.<br><br>• For IIS migrations, make sure that **port 80** is open because it is required by Web Deploy.<br><br>• For migrations that use VirtaMove Source Agent, make sure that **port 9665** is open on the source machine. **Port 9665** is required to establish a connection to the VirtaMove Source Agent on the source machine. Two inbound rules must be created on the source machine: one for the **TCP** and one for the **UDP** port (both 9665). See https://technet.microsoft.com/en-us/library/ms345310(v=sql.100).aspx for more information.<br><br>VirtaMove Source Agent communicates through **TCP** port number **9665** by default. You can configure the port number to a different number if required. See ▤ VirtaMove Source Agent for more information.<br><br>If the Audit Report indicates that a required port is closed, makes sure that external nodes between the destination machine and the source machine also permit communication across these ports (port 445, 9665, etc.). For example, if you are migrating to an Amazon Web Services (AWS) managed cloud server, make sure that AWS also has these ports opened.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Port) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | Additional evidence showing VirtaMove's infringement is found at least in the following documents:<br><br>**Migrating Folders, Shared Folders, and Registries**<br><br>Owned by Thomas Farley (Deactivated) ⋯<br>Mar 04, 2022 · 3 min read<br><br>Using the Tree View feature, you can select folders and registries that you want to add to the tethering process and copy them over to the destination machine during the migration progress. You can also select which shared folders you want to set up on the destination machine.<br><br>For information about shared folders, see 📄 About Shared Folders ›<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311394835/Migrating+Folders+Shared+Folders+and+Registries) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311329628/About+Shared+Folders) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | **Restrictions on Container Services**<br><br>You cannot dock a container with a service if a service with the same name exists on the underlying operating system; an error will occur. If there is a conflict, the **Services** tab will show "CONFLICT" in the service's **Status** column and a warning will be displayed in red at the bottom of the Administrative Console window. You must resolve the conflict before you can dock the container.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/313819137/About+Managing+Container+Services)<br><br>**Note:**<br><br>When you tether and then launch the application, if the application tries to open a folder and the folder does not exist on the underlying operating system of the destination machine, tether will copy that folder into the container.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311427374/About+Running+and+Exercising+Your+Application) |
| 12 | The non-transitory computer readable medium of claim 1, wherein said analyzing step of said method further comprises determining that at least one conflict exists with said at least one mandatory target infrastructure management component, wherein said at least one conflict comprises said at least one source infrastructure management component using at least one resource that said at least one mandatory target infrastructure management | The Accused Products comprise a non-transitory computer readable medium as claimed in claim 1. *See* claim 1.<br><br>The Accused Products meet the remaining limitations in this claim. *See* claim 11. For example, the Accused Products identifies conflicts between the source and target infrastructure management components. For example, the "Audit Report" analyzes conflicts "with said at least one mandatory target infrastructure management component, wherein said at least one conflict comprises said at least one source infrastructure management component using at least one resource that said at least one mandatory target infrastructure management component will use in said target cloud infrastructure." Below includes examples of "Audit Report Contents," but such examples should not be viewed as exclusive or limiting. |

component will use in said target cloud infrastructure.

## Step 1: Audit

 Owned by Thomas Farley (Deactivated) •••
Last updated: Mar 30, 2022 • 1 min read

Now that you have destinations lined up, have monitored applications for a few days, and have migration candidates ready, you can start the migration process.

You will need a migration license to proceed.

## To Start a Pre-Migration Audit

1. Click **Manage>Destinations**. The Destination Inventory window is displayed.

2. Select a destination in the list by clicking the **Host Source Name** link or by clicking **more actions>View Details** for the selected destination. The Destination Details window is displayed.

3. Click the Actions icon at the top and select **Audit**.



4. Click **Continue** to confirm.

5. If you haven't yet supplied a valid migration license, a message will indicate this. Click **OK** and click **Settings** in the **System** navigation menu on the left to do so. See ☐ Managing V-Maestro License Keys for more information.

The **Migrations In-Progress** card now displays the number of migrations in process and the operation in progress. The Progress column displays the progress toward completion in percentage. A migration icon now displays above the filter field.

| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314966328/Step+1+Audit) |

## Audit Report

 Owned by Thomas Farley (Deactivated)  ···
Mar 24, 2022 • 1 min read

You can view the Audit Report, which is located as follows:

*C:\appliances\<Container>\ctrack\Log\Audit Report - <name>.txt*

You can also view it using the Administrative Console.

# To View the Audit Report Using the Administrative Console

1. In the Administrative Console, select the container and then click the **Appliance Logs** tab.

2. Click the **Audit Report** tab. The Audit report is displayed.

3. To reload the Audit Report, click the **Reload** button.



| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/313917530/Audit+Report) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | ## virtaaudit<br><br>TF  Owned by Thomas Farley (Deactivated)  •••<br>Last updated: Mar 28, 2022 • 2 min read<br><br>This command checks whether the source and destination machines comply with application migration pre-requisites. Run this command before you migrate an application. Any issues are listed in the `Audit Report.txt` file located in the appliance folder.<br><br>If the Audit Report lists a problem or problems that will impede application migration, see 📄 Understanding Audit for guidance about how to resolve specific issues identified in the report.<br><br>Administrator privileges are required.<br><br>### Syntax<br><br>`1  virtaaudit <server username> <password | /P> [/V] [/O outputDirectory]`<br><br>`1  virtaaudit <server> [/V] [/O outputDirectory]`<br><br>### Options<br><br>See table below. |

| Option | Description |
|--------|-------------|
| server | The IP address or machine name of the source machine. |
| username | The user name of the Administrator account on the source machine. |
| password | The password of the Administrator account on the source machine. |
| /O OutputDirectory | Write the Audit Report file to the specified directory. Optional. |
| /V verbose | Write detailed error descriptions to the CLI. Optional. |
| /P hidePassword | Hide the password for the user. Optional. |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314212459/virtaaudit) |

# Understanding Audit

 Owned by Thomas Farley (Deactivated) •••
Last updated: Apr 01, 2022 • 10 min read

**Table of Contents**

- Running a Pre-Migration Audit
  - Running Audit from the Administrative Console
- Audit Report Contents
  - Administrative Accounts
  - Blank Password Match
  - CPU Type
  - Cached Logons
  - COMPlus
  - Computer Name Test
  - Disk Configuration Test
  - Dock Intercept
  - Domain Controller
  - Domain Test
  - DotNet
  - FIPS
  - Firewall
  - Group Policies
  - IIS
  - LAN Manager
  - Network Identity Cards
  - OS Viable
  - Port
    - Open Ports on the Destination Machine Firewall
  - RAM
  - Remote Access
    - Remote Administrative Shares Enabled
  - System Roots
  - System Types
  - Windows2k

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit) |

**Firewall**

This section indicates the firewall state of the three networking profiles (private, domain, public) on the destination and source machines. If the corresponding states differ between the two machines, a warning will be shown here.

This section may display "Unknown" for the firewall state. This may occur because the source machine is running an older version of Windows Server (2003 or earlier), which has only one network profile.

A firewall comparison tool is available if you want to compare firewall rule differences or troubleshoot firewall issues between the source and destination. See 🗎 Comparing Group Policies between Source and Destination for more information.

(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Firewall)

# Comparing Firewall Rules

TF  Owned by Thomas Farley (Deactivated)  ⋯
Last updated: Dec 04, 2022 • 2 min read

Audit provides a warning about differences regarding the firewall enable state between the source and destination machine. A Compare Firewall Rules utility lets you compare rule differences.

The utility is available only for Windows Server 2008 or later because earlier versions of the operating system do not feature additional firewall profiles.

After you successfully run Audit, a firewall report is generated in the installation directory. For example:

```
1  C:\appliances\MyAppliance\ctrack\Log\AuditFirewall
```

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310739279/Comparing+Firewall+Rules)<br><br>**Disk Configuration Test**<br><br>This section provides information on how big the source machine and the destination machine drives are. A warning will be generated if the source machine drive is bigger than the destination machine drive.<br><br>This section indicates whether the system drives match on the destination and source machines.<br><br>If the system drives do not match, contact your system administrator.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Disk-Configuration-Test)<br><br>**Group Policies**<br><br>This audit is not available on Windows 2000 or earlier. A group policy report will not be generated.<br><br>The group policy section in the audit report indicates whether group policy information was successfully collected from the source and destination machines. If the audit was successful, then you can perform a group policy comparison using the ✖ https://virtamove.atlassian.net/wiki/spaces/VE/pages/309297809/Group+Policy+Comparison+Tool?search_id=8b efec8f-bb8f-4f46-ac1d-6efb11f17c83 Can't find link from the Administrative Console. If the audit was not successful, the audit report will indicate why group policy information could not be collected.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Group-Policies) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
| | | ## Comparing Group Policies between Source and Destination |
| | | **TF** Owned by Thomas Farley (Deactivated)  ···<br>Last updated: Dec 04, 2022 · 2 min read |
| | | A Group Policy Comparison utility lets you compare rule differences regarding the group policies between the source and destination machine. |
| | | The utility is available only for Windows Server 2003 or later. |
| | | After you successfully run Audit, a group policy report is generated for supported platforms in the installation directory. For example: |
| | | ```<br>1   C:\appliances\MyAppliance\ctrack\Log\AuditGroupPolicies\<br>``` |
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310707046/Comparing+Group+Policies+between+Source+and+Destination) |
| | | ## RAM |
| | | This section identifies the amount of RAM available on the source and destination machine. |
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Dock-Intercept) |
| | | ## System Types |
| | | **This is a blocking issue.** |
| | | The operating systems of the destination and source machines must both be server operating systems. |
| | | If the operating systems do not match (for example, one is a server and the other is a desktop system), contact your system administrator. |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | ([https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#System-Types](https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#System-Types)) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | **Port**<br><br>This section of the report indicates the status of the required ports on the source machine.<br><br>• Check that there is connectivity end-to-end from the destination server to the source on **port 445**. This is a blocking issue if VirtaMove Source Agent is not being used and **port 445** is not open. End-to-end means that the port is open at the Windows firewalls, at the cloud-instance firewalls, and at any perimeter firewalls between the two servers. If the use of port 445 is not permitted on the network or is a concern, use a virtual private network (VPN) to establish connectivity between the destination and source machines.<br><br>• For IIS migrations, make sure that **port 80** is open because it is required by Web Deploy.<br><br>• For migrations that use VirtaMove Source Agent, make sure that **port 9665** is open on the source machine. **Port 9665** is required to establish a connection to the VirtaMove Source Agent on the source machine. Two inbound rules must be created on the source machine: one for the **TCP** and one for the **UDP** port (both 9665). See https://technet.microsoft.com/en-us/library/ms345310(v=sql.100).aspx for more information.<br><br>VirtaMove Source Agent communicates through **TCP** port number **9665** by default. You can configure the port number to a different number if required. See 🗏 VirtaMove Source Agent for more information.<br><br>If the Audit Report indicates that a required port is closed, makes sure that external nodes between the destination machine and the source machine also permit communication across these ports (port 445, 9665, etc.). For example, if you are migrating to an Amazon Web Services (AWS) managed cloud server, make sure that AWS also has these ports opened.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Port) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | Additional evidence showing VirtaMove's infringement is found at least in the following documents:<br><br>## Migrating Folders, Shared Folders, and Registries<br><br>**TF** Owned by Thomas Farley (Deactivated) ···<br>Mar 04, 2022 · 3 min read<br><br>Using the Tree View feature, you can select folders and registries that you want to add to the tethering process and copy them over to the destination machine during the migration progress. You can also select which shared folders you want to set up on the destination machine.<br><br>For information about shared folders, see 📄 About Shared Folders ›<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311394835/Migrating+Folders+Shared+Folders+and+Registries) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | <br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311329628/About+Shared+Folders) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|--------------------------|----------|
| | | ### Restrictions on Container Services<br><br>You cannot dock a container with a service if a service with the same name exists on the underlying operating system; an error will occur.<br><br>If there is a conflict, the **Services** tab will show "CONFLICT" in the service's **Status** column and a warning will be displayed in red at the bottom of the Administrative Console window. You must resolve the conflict before you can dock the container.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/313819137/About+Managing+Container+Services) |
| 13 | The non-transitory computer readable medium of claim 1, wherein said analyzing step of said method further comprises determining that at least one conflict exists with said at least one mandatory target infrastructure management component, wherein said at least one conflict comprises at least one of:<br><br>current lack of a mandatory target infrastructure component on a client,<br><br>existence of a mandatory target infrastructure component in a different version, and<br><br>existence of a mandatory target infrastructure component with different configurations. | The Accused Products comprise a non-transitory computer readable medium as claimed in claim 1. *See* claim 1.<br><br>The Accused Products meet the remaining limitations in this claim. *See* claims 11-12. For example, the "Audit Report" identifies conflicts "with said at least one mandatory target infrastructure management component, wherein said at least one conflict comprises at least one of: current lack of a mandatory target infrastructure component on a client, existence of a mandatory target infrastructure component in a different version, and existence of a mandatory target infrastructure component with different configurations." |

## Audit Report



Owned by Thomas Farley (Deactivated) ···
Mar 24, 2022 · 1 min read

You can view the Audit Report, which is located as follows:

*C:\appliances\<Container>\ctrack\Log\Audit Report - <name>.txt*

You can also view it using the Administrative Console.

# To View the Audit Report Using the Administrative Console

1. In the Administrative Console, select the container and then click the **Appliance Logs** tab.

2. Click the **Audit Report** tab. The Audit report is displayed.

3. To reload the Audit Report, click the **Reload** button.



| Claim | US 9,722,858<br>Claim Term | Analysis |
|-------|----------------------------|----------|
|       |                            | ([https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/313917530/Audit+Report](https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/313917530/Audit+Report)) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        | ## virtaaudit  **TF**  Owned by Thomas Farley (Deactivated) ••• Last updated: Mar 28, 2022 • 2 min read  This command checks whether the source and destination machines comply with application migration pre-requisites. Run this command before you migrate an application. Any issues are listed in the `Audit Report.txt` file located in the appliance folder.  If the Audit Report lists a problem or problems that will impede application migration, see 📄 Understanding Audit for guidance about how to resolve specific issues identified in the report.  Administrator privileges are required.  ### Syntax  ``` 1   virtaaudit <server username> <password | /P> [/V] [/O outputDirectory] ```  ``` 1   virtaaudit <server> [/V] [/O outputDirectory] ```  ### Options  | Option | Description | |--------|-------------| | server | The IP address or machine name of the source machine. | | username | The user name of the Administrator account on the source machine. | | password | The password of the Administrator account on the source machine. | | /O OutputDirectory | Write the Audit Report file to the specified directory. Optional. | | /V verbose | Write detailed error descriptions to the CLI. Optional. | | /P hidePassword | Hide the password for the user. Optional. | |

280

| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314212459/virtaaudit) |

# Understanding Audit

 Owned by Thomas Farley (Deactivated) ⋯
Last updated: Apr 01, 2022 • 10 min read

**Table of Contents**

- Running a Pre-Migration Audit
  - Running Audit from the Administrative Console
- Audit Report Contents
  - Administrative Accounts
  - Blank Password Match
  - CPU Type
  - Cached Logons
  - COMPlus
  - Computer Name Test
  - Disk Configuration Test
  - Dock Intercept
  - Domain Controller
  - Domain Test
  - DotNet
  - FIPS
  - Firewall
  - Group Policies
  - IIS
  - LAN Manager
  - Network Identity Cards
  - OS Viable
  - Port
    - Open Ports on the Destination Machine Firewall
  - RAM
  - Remote Access
    - Remote Administrative Shares Enabled
  - System Roots
  - System Types
  - Windows2k

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit)<br><br>**CPU Type**<br><br>This section identifies the bitness of the source machine (x86 or x64) and the model of the processor that is on the source and destination machine.<br><br>**Example:**<br><br>```
1  CPU Type: Pass
2    *Remote: x86
3    *Remote CPUs: 1
4    *Local CPUs: 2
```<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit)<br><br>**DotNet**<br><br>**This is a blocking issue.**<br><br>This section identifies whether .NET Framework version 4.0 or greater is installed on the source machine. If so, you must install .NET Framework 4.0 or 4.5 on the destination machine before you perform a migration. On Windows Server 2012 R2, it is not possible to install version 4.0: you must install version 4.5.<br><br>To download .NET Framework 4, go to http://www.microsoft.com/en-ca/download/details.aspx?id=17718<br><br>This section identifies whether .NET Framework 1.1 is installed on the source machine. If your application requires .NET Framework, you must install .NET Framework 1.1 on the destination machine.<br><br>To download .NET Framework 1.1, go to: http://www.microsoft.com/en-ca/download/details.aspx?id=26<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | **Firewall**<br><br>This section indicates the firewall state of the three networking profiles (private, domain, public) on the destination and source machines. If the corresponding states differ between the two machines, a warning will be shown here.<br><br>This section may display "Unknown" for the firewall state. This may occur because the source machine is running an older version of Windows Server (2003 or earlier), which has only one network profile.<br><br>A firewall comparison tool is available if you want to compare firewall rule differences or troubleshoot firewall issues between the source and destination. See 🗎 Comparing Group Policies between Source and Destination for more information.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Firewall)<br><br>**Disk Configuration Test**<br><br>This section provides information on how big the source machine and the destination machine drives are. A warning will be generated if the source machine drive is bigger than the destination machine drive.<br><br>This section indicates whether the system drives match on the destination and source machines.<br><br>If the system drives do not match, contact your system administrator.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Disk-Configuration-Test) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | **Group Policies**<br><br>This audit is not available on Windows 2000 or earlier. A group policy report will not be generated.<br><br>The group policy section in the audit report indicates whether group policy information was successfully collected from the source and destination machines. If the audit was successful, then you can perform a group policy comparison using the ✖ https://virtamove.atlassian.net/wiki/spaces/VE/pages/309297809/Group+Policy+Comparison+Tool?search_id=8b efec8f-bb8f-4f46-ac1d-6efb11f17c83 Can't find link from the Administrative Console. If the audit was not successful, the audit report will indicate why group policy information could not be collected.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Group-Policies) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        | ## Port |

*(Analysis cell continued:)*

This section of the report indicates the status of the required ports on the source machine.

- Check that there is connectivity end-to-end from the destination server to the source on **port 445**. This is a blocking issue if VirtaMove Source Agent is not being used and **port 445** is not open. End-to-end means that the port is open at the Windows firewalls, at the cloud-instance firewalls, and at any perimeter firewalls between the two servers. If the use of port 445 is not permitted on the network or is a concern, use a virtual private network (VPN) to establish connectivity between the destination and source machines.

- For IIS migrations, make sure that **port 80** is open because it is required by Web Deploy.

- For migrations that use VirtaMove Source Agent, make sure that **port 9665** is open on the source machine. **Port 9665** is required to establish a connection to the VirtaMove Source Agent on the source machine. Two inbound rules must be created on the source machine: one for the **TCP** and one for the **UDP** port (both 9665). See https://technet.microsoft.com/en-us/library/ms345310(v=sql.100).aspx for more information.

VirtaMove Source Agent communicates through **TCP** port number **9665** by default. You can configure the port number to a different number if required. See ⊟ VirtaMove Source Agent for more information.

If the Audit Report indicates that a required port is closed, makes sure that external nodes between the destination machine and the source machine also permit communication across these ports (port 445, 9665, etc.). For example, if you are migrating to an Amazon Web Services (AWS) managed cloud server, make sure that AWS also has these ports opened.

(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Port)

| Claim | US 9,722,858<br>Claim Term | Analysis |
|-------|----------------------------|----------|
|       |                            | **RAM**<br><br>This section identifies the amount of RAM available on the source and destination machine.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Dock-Intercept) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | **Remote Access**<br><br>**This is a blocking issue.**<br><br>If the VirtaMove Source Agent is active, the Remote Access test is not performed.<br><br>Remote Access must be enabled to accept COM requests and may be required for DCOM.<br><br>To enable remote access, the registry key values `Com+Enabled` and `RemoteAccessEnabled` must be set to `1` in the `HKLM\SOFTWARE\Microsoft\COM3` registry key on the source machine. The Remote Access enabled value is used in the COMPlus check. Enable the key as follows:<br><br>1. Start Registry Editor.<br>2. Locate and click the following key in the registry: `HKEY_LOCAL_MACHINE\Software\Microsoft\COM3`<br>3. Set the registry key value `RemoteAccessEnabled` to `1`<br>4. Set the registry key value `Com+Enabled` to `1`.<br>5. Quit Registry Editor.<br><br>**For less than Windows Server 2008**<br><br>The following key must be set to 1 or undefined:<br><br>`1   Local SYSTEM\CurrentControlSet\Services\LanmanServer\Parameters\AutoShareServer`<br><br>**For Windows Server 2008 or higher**<br><br>The Remote Account must be the built-in Administrator (not just an Administrator), or the following key must be set to 1 on both the source and destination machine:<br><br>`1   SOFTWARE\Microsoft\Windows\CurrentVersion\Policies\System\LocalAccountTokenFilterPolicy`<br><br>**Remote Administrative Shares Enabled**<br><br>Remote administrative shares (such as c\$, d\$, etc.) must be enabled in the registry on the source machine. Administrative shares must be enabled to copy data over the network.<br><br>If remote administrative shares are disabled, contact your system administrator. |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit) <br><br> **System Types** <br><br> **This is a blocking issue.** <br><br> The operating systems of the destination and source machines must both be server operating systems. <br><br> If the operating systems do not match (for example, one is a server and the other is a desktop system), contact your system administrator. <br><br> (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#System-Types) <br><br> Additional evidence showing VirtaMove's infringement is found at least in the following documents: |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | ## Config-on-the-Fly<br><br>TF  Owned by Thomas Farley (Deactivated) ···<br>Last updated: Mar 28, 2022 • 2 min read<br><br>**Table of Contents**<br><br>- Config-on-the-fly Files and Paths<br>- Config-on-the-fly on Demand<br>- Mapping NICs between Source and Destination<br>- COTF Log<br><br>Your container may contain configuration information from another system and this information may not be compatible with the current system. For example, you may need to change IP addresses or hostnames. You can use a Config-on-the-fly file (*StandardCOTF.xml*) to update the configuration information so that it works with the current system. You may need to update the settings in the configuration file with information from the current system.<br><br>You specify the Config-on-the-fly file using the 🗐 virtapedit command-line utility to update the following property:<br><br>`1  CPROP_CONFIG_FILE`<br><br>Container properties (for example, `CPROP_SRC_NODENAME` ) can be used as arguments to the `CPROP_CONFIG_FILE` property.<br><br>StandardCOTF.xml is located as follows:<br><br>`1  C:\appliances\<ContainerName>\COTF\StandardCOTF.xml`<br><br>You can have multiple COTF files in the COTF folder. For example, one file could be for replacing IP addresses and another one for replacing hostnames. V-Migrate will load the combined COTF information from the files in the folder.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311263613/Config-on-the-Fly) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | ## Encryption Detection<br><br>TF  Owned by Thomas Farley (Deactivated)  •••<br>Last updated: Mar 25, 2022 • 1 min read<br><br>Your container may contain encrypted configuration information from the source machine that is not compatible with the information on the current machine. You can use the 📄 virtacryptdetect tool to log the paths of files and registry keys to help you determine which configuration information needs to be modified.<br><br>See also 📄 virtacotf .<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311132174/Encryption+Detection)<br><br>## Performing a Staged IIS Application Migration<br><br>TF  Owned by Thomas Farley (Deactivated)  •••<br>Mar 03, 2022 • 2 min read<br><br>You can migrate an IIS application from a source machine to an intermediary machine, and from the intermediary machine, move the application (via a compressed container, called a .cap file) to a destination machine.<br><br>**Note:**<br><br>For IIS staged migrations, both intermediary and destination machines must be running the same operating system and NT version.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311230707/Performing+a+Staged+IIS+Application+Migration) |
| 14 | The non-transitory computer readable medium of claim 1, wherein said analyzing step of said method comprises at least one of: | The Accused Products comprise a non-transitory computer readable medium as claimed in claim 1. *See* claim 1.<br><br>The Accused Products meet the remaining limitations of this claim.  *See* limitation 1c.  For example, the "Audit Report will indicate findings as follows:" |

| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
| | recommending un-installation of a source infrastructure component;<br><br>recommending installation of a target infrastructure component;<br><br>recommending modifying configuration of an infrastructure component; and<br><br>recommending excluding servers with a given source infrastructure component from migration. | • Pass - the pre-requisite is met and migration can proceed.<br><br>• Warning - an informational warning; the migration can proceed but identified issues may at some point prevent the successful migration of applications.<br><br>• Blocked - the pre-requisite is not met, the issue is blocking and VirtaMove will not proceed with the migration. You must address and correct blocking issues and attempt the migration again.<br><br>([https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Running-a-Pre-Migration-Audit](https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Running-a-Pre-Migration-Audit)) |

# Understanding Audit

 Owned by Thomas Farley (Deactivated)  ···
Last updated: Apr 01, 2022  ·  10 min read

**Table of Contents**

- Running a Pre-Migration Audit
  - Running Audit from the Administrative Console
- Audit Report Contents
  - Administrative Accounts
  - Blank Password Match
  - CPU Type
  - Cached Logons
  - COMPlus
  - Computer Name Test
  - Disk Configuration Test
  - Dock Intercept
  - Domain Controller
  - Domain Test
  - DotNet
  - FIPS
  - Firewall
  - Group Policies
  - IIS
  - LAN Manager
  - Network Identity Cards
  - OS Viable
  - Port
    - Open Ports on the Destination Machine Firewall
  - RAM
  - Remote Access
    - Remote Administrative Shares Enabled
  - System Roots
  - System Types
  - Windows2k

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Audit-Report-Contents)<br><br>By identifying conflicts between the source and destination machine configurations, the Accused Products provide recommendations regarding, "un-installation of a source infrastructure component," "recommending installation of a target infrastructure component," "modifying configuration of an infrastructure component," or "excluding servers with a given source infrastructure component from migration." *See* https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Audit-Report-Contents.<br><br>Additional evidence showing VirtaMove's infringement is found at least in the following documents:<br><br><br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314212459/virtaaudit) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | ## Config-on-the-Fly TF Owned by Thomas Farley (Deactivated) ··· Last updated: Mar 28, 2022 · 2 min read **Table of Contents** • Config-on-the-fly Files and Paths • Config-on-the-fly on Demand • Mapping NICs between Source and Destination • COTF Log Your container may contain configuration information from another system and this information may not be compatible with the current system. For example, you may need to change IP addresses or hostnames. You can use a Config-on-the-fly file (*StandardCOTF.xml*) to update the configuration information so that it works with the current system. You may need to update the settings in the configuration file with information from the current system. You specify the Config-on-the-fly file using the 📄 virtapedit command-line utility to update the following property: `1  CPROP_CONFIG_FILE` Container properties (for example, `CPROP_SRC_NODENAME` ) can be used as arguments to the `CPROP_CONFIG_FILE` property. StandardCOTF.xml is located as follows: `1  C:\appliances\<ContainerName>\COTF\StandardCOTF.xml` You can have multiple COTF files in the COTF folder. For example, one file could be for replacing IP addresses and another one for replacing hostnames. V-Migrate will load the combined COTF information from the files in the folder. ([https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311263613/Config-on-the-Fly](https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311263613/Config-on-the-Fly)) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | **Encryption Detection**<br><br>TF  Owned by Thomas Farley (Deactivated) •••<br>Last updated: Mar 25, 2022 • 1 min read<br><br>Your container may contain encrypted configuration information from the source machine that is not compatible with the information on the current machine. You can use the ⊡ virtacryptdetect tool to log the paths of files and registry keys to help you determine which configuration information needs to be modified.<br><br>See also ⊡ virtacotf .<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311132174/Encryption+Detection)<br><br>**Using Config-on-the-fly with Dissolve**<br><br>Your container may contain configuration information from another system; this information may not be compatible with the current system. You can use a Config-on-the-fly file to update the configuration information so that it works with the current system. You may need to update the settings in the configuration file with information from the current system.<br><br>You specify the Config-on-the-fly file using the following property:<br><br>`1  CPROP_CONFIG_FILE`<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311460124/About+Dissolve) |
| | | |
| 15pre | The non-transitory computer readable medium of claim 1, wherein: | The Accused Products comprise a non-transitory computer readable medium as claimed in claim 1. *See* claim 1. |

| Claim | US 9,722,858<br>Claim Term | Analysis |
|-------|----------------------------|----------|
| 15a | said discovering step of said method comprises discovering, in said source computing system, a plurality of source infrastructure management components; and | The Accused Products meet this limitation. *See* limitation 1a. |
| 15b | said analyzing step of said method comprises:<br><br>initially aggregating all of said plurality of source infrastructure management components;<br><br>developing generic recommendations for said aggregated plurality of source infrastructure management components;<br><br>applying said recommendations on a per-instance basis; and<br><br>refining at least some of said applied recommendations in cases where said generic recommendations are inconclusive. | The Accused Products meet this limitation. *See* limitation 1c.<br><br>For example, the Accused Products "initially aggregate[e] all of said plurality of source infrastructure management components." The source infrastructure management components include clients, servers, configurations, and/or log files. |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| | | ## About Source Agents |
| | | TF  Owned by Thomas Farley (Deactivated) ••• <br> Last updated: Mar 30, 2022 • 1 min read |
| | | In order for V-Maestro to discover and monitor applications that are running on the servers in your local network, a VirtaMove Source Agent must be installed on each of the source servers that you are interested in. For more information, see ▤ Installing Source Agents Manually. |
| | | You can use the following methods to install Source Agents: |
| | | • **Manually** – Installs Source Agents on one server at a time. <br> • **Remotely** – Uses the V-Maestro interface to install Source Agents on all machines at once. |
| | | V-Maestro discovers all servers running on your local network that have a Source Agent installed. If you add a server machine that is running VirtaMove Source Agent, V-Maestro automatically establishes a connection to the source. |
| | | **Note:** <br> In order for V-Maestro to discover and monitor sources, the security keys must match. |
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314704014/About+Source+Agents) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| | | **Viewing Your Source Inventory** |
| | | TF  Owned by Thomas Farley (Deactivated) ••• Last updated: Mar 29, 2022 • 3 min read |
| | | Click **Manage>Sources**. |
| | | In the Source Inventory window, V-Maestro displays all the source machines discovered across the network and the ones to which it has successfully connected. A green dot indicates that the connection is active. |
| | | You can view: |
| | | • How many sources there are in the network and their connection status |
| | | • Whether destination machines have been assigned or mapped to connected sources |
| | | • View the status of discovered sources (whether they are discovered or being monitored) |
| | | • Any Audit issues associated with sources |
| | | • Whether any migrations are complete or associated with sources |
| | | You can filter or hide listed sources, delete sources, assign groups to sources, add new sources, and assign destinations to specific sources from the Source Inventory window. You can also view and export reports. |
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314867864/Viewing+Your+Source+Inventory) |

| Claim | US 9,722,858<br>Claim Term | Analysis |
|-------|---------------------------|----------|
|       |                           | **Viewing Source Details**<br><br>TF  Owned by Thomas Farley (Deactivated) ⋯<br>Mar 29, 2022 · 3 min read<br><br>**To View Source Details**<br><br>1. Click **Manage>Sources**. The Sources Inventory window is displayed.<br><br>2. Select a source in the list by clicking the **Host Source Name** link or by clicking **more actions>View Details** for the selected source. The Source Details window is displayed.<br><br>The **Last Seen** field at the top of the details window indicates the last time V-Maestro was aware of the source.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314671475/Viewing+Source+Details) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | ## Using the Audit view<br><br>TF  Owned by Thomas Farley (Deactivated) •••<br>Mar 29, 2022 • 1 min read<br><br>The **Audit** view of the Source Details window displays the Audit results for the source.<br><br>• Pass results are displayed with a green checkmark.<br>• Warnings are displayed in amber.<br>• Failures are displayed in red. Failures are environmental issues that prevent the migration of applications.<br><br>**To View Audit Results on a Source**<br><br>1. Click **Manage>Sources**. The Source Inventory windows displays.<br>2. Select an active source. The Source Details window displays.<br>3. Click the **Audit** icon in the Source Details window.<br><br>Applications can be migrated from this machine (but carefully observe the warnings below)<br>Domain : Warning<br>Disk Configuration : Warning<br>Group Policies : Warning<br>Windows Defender : Warning<br>VSS: Pass<br>System Roots: Pass<br><br>([https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314605983/Using+the+Audit+view](https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314605983/Using+the+Audit+view)) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | To view the details of a warning, click a warning. The warning expands to show the details. For example: <br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314605983/Using+the+Audit+view) |

# Understanding Audit

 Owned by Thomas Farley (Deactivated)  ···
Last updated: Apr 01, 2022  ·  10 min read

**Table of Contents**

- Running a Pre-Migration Audit
  - Running Audit from the Administrative Console
- Audit Report Contents
  - Administrative Accounts
  - Blank Password Match
  - CPU Type
  - Cached Logons
  - COMPlus
  - Computer Name Test
  - Disk Configuration Test
  - Dock Intercept
  - Domain Controller
  - Domain Test
  - DotNet
  - FIPS
  - Firewall
  - Group Policies
  - IIS
  - LAN Manager
  - Network Identity Cards
  - OS Viable
  - Port
    - Open Ports on the Destination Machine Firewall
  - RAM
  - Remote Access
    - Remote Administrative Shares Enabled
  - System Roots
  - System Types
  - Windows2k

| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit#Audit-Report-Contents) |
| 16 | The non-transitory computer readable medium of claim 1, wherein said discovering step of said method is carried out on at least one physical machine in said source computing system, said at least one physical machine comprising a client of said at least one source infrastructure management component. | The Accused Products comprise a non-transitory computer readable medium as claimed in claim 1. *See* claim 1.<br><br>The Accused Products meet the remaining limitations in this claim. *See* limitation 1a. For example, in the Accused Products, "said discovering step of said method is carried out on at least one physical machine in said source computing system, said at least one physical machine comprising a client of said at least one source infrastructure management component." More specifically, "VirtaMove V-Maestro allows you to: Discover source Windows *servers* and the *software applications that they are running*."<br><br>### About V-Maestro<br><br>TF  Owned by Thomas Farley (Deactivated)  •••<br>Mar 28, 2022 • 1 min read<br><br>VirtaMove V-Maestro allows you to:<br><br>• **Discover** source Windows servers and the software applications that they are running, and assign destinations to sources for migration projects<br>• **Monitor** the activity of server applications<br>• **Migrate** applications from source servers to destination servers<br><br>Capacity information is available to help you plan optimal migration projects, and reporting functions are available for inventory and monitoring.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314769483/About+V-Maestro) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| | | **To Install V-Maestro**<br><br>**Important:**<br><br>• The security key that you generate or select during installation is the master SSL key that V-Maestro uses to securely communicate with ALL VirtaMove Source Agents. See About SSL Keys for more information.<br><br>• Port 9665 must be open to connect to the VirtaMove Source Agent on the source machine. Make sure that the port is allowed through the firewall.<br><br>**Notes:**<br><br>• Completing the installation might take some time if V-Maestro must also install .NET Framework 3.5 during the installation process.<br><br>• You can verify the integrity of your downloaded software by checking the MD5. See here for more details.<br><br>1. Run the V-Maestro installer on the machine where you want to install V-Maestro.<br>2. Click **Next**.<br>3. Accept the terms of the license agreement, and then click **Next**.<br>4. Accept the default folder for the installation: `c:\Program Files\VirtaMove`. Click **Next**.<br>5. Accept the default folder for containers: `c:\appliances`.<br>6. Select a database for V-Maestro:<br>   ◦ Microsoft SQL Server Express LocalDB<br>   ◦ Microsoft SQL Server<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314835059/Installing+V-Maestro+Server+Software) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | **About Source Agents** |
| | | Owned by Thomas Farley (Deactivated) ••• Last updated: Mar 30, 2022 • 1 min read |
| | | In order for V-Maestro to discover and monitor applications that are running on the servers in your local network, a VirtaMove Source Agent must be installed on each of the source servers that you are interested in. For more information, see ⊞ Installing Source Agents Manually . |
| | | You can use the following methods to install Source Agents: |
| | | - **Manually** – Installs Source Agents on one server at a time. |
| | | - **Remotely** – Uses the V-Maestro interface to install Source Agents on all machines at once. |
| | | V-Maestro discovers all servers running on your local network that have a Source Agent installed. If you add a server machine that is running VirtaMove Source Agent, V-Maestro automatically establishes a connection to the source. |
| | | **Note:** |
| | | In order for V-Maestro to discover and monitor sources, the security keys must match. |
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314704014/About+Source+Agents) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | **Ports**<br><br>Port **443** (https) is used to communicate with the V-Maestro web interface from the outside. Make sure that the port is allowed through the firewall.<br><br><br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314835059/Installing+V-Maestro+Server+Software) |



| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311460124/About+Dissolve)<br><br>Further evidence that the "at least one physical machine compris[es] a client of said at least one source infrastructure management component" is found below.  For example, the source machine, whether physical or virtual, may contain services that a client—or any other application—depends on or otherwise needs to access.<br><br><br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/311394775/Managing+Source+Services)<br><br>The "discovering step" may be carried out on a physical machine—or source—in the local network, where said physical machine—or source—comprises a client of a source infrastructure management component.  When migrating a server, a client may need to be moved concurrently, as it may depend on that particular server in some way. |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
|       |                        | <br><br>([https://www.youtube.com/watch?v=nOlMUwHMvY0&t](https://www.youtube.com/watch?v=nOlMUwHMvY0&t)) (*"Your server may have external server dependencies that need to be taken into consideration.*  These are indicated by port connections and data flow of this dotted line.  *The dotted line tells us the servers are connected in some way.*  In this instance, it tells us they have a relationship and we should dig down to find out if these are the same* |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
| | | applications or perhaps a back-end database service. *This is valuable information in terms of deciding when migrating one of these application layers, there may be a knock-on effect on additional servers and infrastructure layers.* It lets you plan how to address multi-tier applications. *You may need to move one, two or all three of the apps and servers at same time … The dotted line might simply indicate desktop users or [there] may be other computers or servers that have database components associated with this application in some fashion.*") |
| 17 | The non-transitory computer readable medium of claim 1, wherein said discovering step of said method is carried out on at least one physical machine in said source computing system, said at least one physical machine comprising a server on which said at least one source infrastructure management component runs. | The Accused Products comprise a non-transitory computer readable medium as claimed in claim 1. *See* claim 1.<br><br>The Accused Products meet the remaining limitations in this claim. *See* claims 1, 16.  For example, in the Accused Products, "said discovering step of said method is carried out on at least one physical machine in said source computing system, said at least one physical machine comprising a server on which said at least one source infrastructure management component runs."<br><br>**About V-Maestro**<br><br>TF   Owned by Thomas Farley (Deactivated)   ···<br>Mar 28, 2022 · 1 min read<br><br>VirtaMove V-Maestro allows you to:<br><br>• **Discover** source Windows servers and the software applications that they are running, and assign destinations to sources for migration projects<br>• **Monitor** the activity of server applications<br>• **Migrate** applications from source servers to destination servers<br><br>Capacity information is available to help you plan optimal migration projects, and reporting functions are available for inventory and monitoring.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314769483/About+V-Maestro) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | **To Install V-Maestro**<br><br>**Important:**<br><br>• The security key that you generate or select during installation is the master SSL key that V-Maestro uses to securely communicate with ALL VirtaMove Source Agents. See About SSL Keys for more information.<br><br>• Port 9665 must be open to connect to the VirtaMove Source Agent on the source machine. Make sure that the port is allowed through the firewall.<br><br>**Notes:**<br><br>• Completing the installation might take some time if V-Maestro must also install .NET Framework 3.5 during the installation process.<br><br>• You can verify the integrity of your downloaded software by checking the MD5. See here for more details.<br><br>1. Run the V-Maestro installer on the machine where you want to install V-Maestro.<br><br>2. Click **Next**.<br><br>3. Accept the terms of the license agreement, and then click **Next**.<br><br>4. Accept the default folder for the installation: `c:\Program Files\VirtaMove`. Click **Next**.<br><br>5. Accept the default folder for containers: `c:\appliances`.<br><br>6. Select a database for V-Maestro:<br>    ○ Microsoft SQL Server Express LocalDB<br>    ○ Microsoft SQL Server<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314835059/Installing+V-Maestro+Server+Software) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|--------------------------|----------|
|       |                          | **About Source Agents** <br><br> TF  Owned by Thomas Farley (Deactivated)  ··· <br> Last updated: Mar 30, 2022  •  1 min read <br><br> In order for V-Maestro to discover and monitor applications that are running on the servers in your local network, a VirtaMove Source Agent must be installed on each of the source servers that you are interested in. For more information, see ▦ Installing Source Agents Manually. <br><br> You can use the following methods to install Source Agents: <br><br> • **Manually** – Installs Source Agents on one server at a time. <br> • **Remotely** – Uses the V-Maestro interface to install Source Agents on all machines at once. <br><br> V-Maestro discovers all servers running on your local network that have a Source Agent installed. If you add a server machine that is running VirtaMove Source Agent, V-Maestro automatically establishes a connection to the source. <br><br> **Note:** <br> In order for V-Maestro to discover and monitor sources, the security keys must match. <br><br> (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314704014/About+Source+Agents) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
| | | ## Ports<br><br>Port **443** (https) is used to communicate with the V-Maestro web interface from the outside. Make sure that the port is allowed through the firewall.<br><br><br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314835059/Installing+V-Maestro+Server+Software)<br><br>Further evidence that the physical machine on which "said discovering step of said method is carried out" comprises a "server on which said at least one source infrastructure management component runs" is found below. |

314

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | **Pre-Populate**<br><br>Pre-populating a container is part of the VirtaMove application migration process. Pre-population migrates remote products, services, users, and groups without requiring downtime of the application on the source server. Any locked files will not be copied over until the application is fully exercised.<br><br>Pre-populate captures components of the application while the application is up and running on the source server. You can then schedule a maintenance window at a later time for the application. It is during this maintenance window that you would stop and shut down the application before you complete the migration by exercising the application.<br><br>Pre-populate occurs when you click the **Pre-Populate** button in the VirtaMove Administrative Console under the **Tether** tab. A window displays the status of the Pre-Populate process.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310739347/The+Application+Migration+Process)<br><br>**Installing Source Agents Manually**<br><br>TF  Owned by Thomas Farley (Deactivated)  •••<br>Last updated: Mar 30, 2022 • 1 min read<br><br>Use the procedure in this section if you want to manually install a VirtaMove Source Agent on each source server.<br><br>If you have a large number of servers on which you want to install Source Agents, VirtaMove recommends using V-Maestro to install Source Agents remotely. To install Source Agents remotely using the V-Maestro interface, see 🗐 Installing Source Agents Remotely Using V-Maestro .<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314835116/Installing+Source+Agents+Manually)<br><br>The "Audit Report" analyzes the source machine—or server—on which source infrastructure components, such as infrastructure configurations and processes, run.  To reiterate, the source machine comprises a physical or virtual server which implicate infrastructure configurations and processes.  *See* limitation 1c. |

# Understanding Audit

 Owned by Thomas Farley (Deactivated)  ···
Last updated: Apr 01, 2022  ·  10 min read

**Table of Contents**

- Running a Pre-Migration Audit
    - Running Audit from the Administrative Console
- Audit Report Contents
    - Administrative Accounts
    - Blank Password Match
    - CPU Type
    - Cached Logons
    - COMPlus
    - Computer Name Test
    - Disk Configuration Test
    - Dock Intercept
    - Domain Controller
    - Domain Test
    - DotNet
    - FIPS
    - Firewall
    - Group Policies
    - IIS
    - LAN Manager
    - Network Identity Cards
    - OS Viable
    - Port
        - Open Ports on the Destination Machine Firewall
    - RAM
    - Remote Access
        - Remote Administrative Shares Enabled
    - System Roots
    - System Types
    - Windows2k

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit)<br><br><br><br>(https://www.youtube.com/watch?v=nOlMUwHMvY0&t) ("*Your server may have external server dependencies that need to be taken into consideration.* These are indicated by port connections and data flow of this dotted line. *The dotted line tells us the servers are connected in some way.* In this |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | instance, it tells us they have a relationship and we should dig down to find out if these are the same applications or perhaps a back-end database service. *This is valuable information in terms of deciding when migrating one of these application layers, there may be a knock-on effect on additional servers and infrastructure layers.*  It lets you plan how to address multi-tier applications. *You may need to move one, two or all three of the apps and servers at same time … The dotted line might simply indicate desktop users or [there] may be other computers or servers that have database components associated with this application in some fashion.*") |
| | | |
| 18pre | The non-transitory computer readable medium of claim 1, wherein said computer executable instructions comprise distinct software modules, each of the distinct software modules being embodied on said non-transitory computer readable medium, and wherein the distinct software modules comprise a discovery tool module, a description module, and an infrastructure comparison engine module; wherein: | The Accused Products comprise a non-transitory computer readable medium as claimed in claim 1. *See* claim 1. The Accused Products meet the remaining limitations in this claim.  *See* claim 1. |
| 18a | said discovering is carried out by said discovery tool module executing on said computer; | The Accused Products comprise a non-transitory computer readable medium, wherein "said discovering is carried out by said discovery tool module executing on said computer."  *See* claim 1a. For example, a "discovery tool module execut[es] on said computer."  Indeed, V-Maestro provides a "discovery feature." |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | ## 03. Discovery Guide<br><br>TF  Owned by Thomas Farley (Deactivated) •••<br>Last updated: Apr 01, 2022 • 1 min read<br><br>• Discovering Your Inventory Summary for the First Time<br>• Discovering Your Source Inventory<br>• Discovering Your Application Inventory<br>• Discovering Resource Usage<br>• Discovering Your Inventory Patch Level<br>• Discovering OS Distributions<br>• Discovering Capacity Requirements<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314802352/03.+Discovery+Guide)<br><br>## About V-Maestro<br><br>TF  Owned by Thomas Farley (Deactivated) •••<br>Mar 28, 2022 • 1 min read<br><br>VirtaMove V-Maestro allows you to:<br><br>• **Discover** source Windows servers and the software applications that they are running, and assign destinations to sources for migration projects<br>• **Monitor** the activity of server applications<br>• **Migrate** applications from source servers to destination servers<br><br>Capacity information is available to help you plan optimal migration projects, and reporting functions are available for inventory and monitoring.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314769483/About+V-Maestro) |

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | **About Source Agents**<br><br>TF Owned by Thomas Farley (Deactivated) ···<br>Last updated: Mar 30, 2022  •  1 min read<br><br>In order for V-Maestro to discover and monitor applications that are running on the servers in your local network, a VirtaMove Source Agent must be installed on each of the source servers that you are interested in. For more information, see ▤ Installing Source Agents Manually .<br><br>You can use the following methods to install Source Agents:<br><br>• **Manually** – Installs Source Agents on one server at a time.<br>• **Remotely** – Uses the V-Maestro interface to install Source Agents on all machines at once.<br><br>V-Maestro discovers all servers running on your local network that have a Source Agent installed. If you add a server machine that is running VirtaMove Source Agent, V-Maestro automatically establishes a connection to the source.<br><br>**Note:**<br>In order for V-Maestro to discover and monitor sources, the security keys must match.<br><br>(https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314704014/About+Source+Agents) |
| 18b | said querying is carried out by said description module executing on said computer; and | The Accused Products comprise a non-transitory computer readable medium, wherein "said querying is carried out by said description module executing on said computer."  *See* limitation 1b.  For example, the Accused Products provide descriptions about source and destination machines. |



| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314671475/Viewing+Source+Details) <br><br> **Viewing Your Source Inventory** <br><br> TF   Owned by Thomas Farley (Deactivated)   ••• <br> Last updated: Mar 29, 2022 • 3 min read <br><br> Click **Manage>Sources**. <br><br> In the Source Inventory window, V-Maestro displays all the source machines discovered across the network and the ones to which it has successfully connected. A green dot indicates that the connection is active. <br><br> You can view: <br><br> • How many sources there are in the network and their connection status <br> • Whether destination machines have been assigned or mapped to connected sources <br> • View the status of discovered sources (whether they are discovered or being monitored) <br> • Any Audit issues associated with sources <br> • Whether any migrations are complete or associated with sources <br><br> You can filter or hide listed sources, delete sources, assign groups to sources, add new sources, and assign destinations to specific sources from the Source Inventory window. You can also view and export reports. <br><br> (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314867864/Viewing+Your+Source+Inventory) |

# Viewing Destination Details



Owned by Thomas Farley (Deactivated) ···
Mar 29, 2022 • 2 min read

You can view detailed information about a selected destination, such as system information, storage profile, migration status, services, accounts, and applied patches.

## To View Destination Details

1. Click **Manage>Destinations**. The Destination Inventory window is displayed.
2. Select a destination in the list by clicking on the hostname or the IP column. The Destination Details window is displayed. V-Maestro displays when the destination was last seen at the top of the window.



| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314868022/Viewing+Destination+Details) |

# Viewing Your Destination Inventory



Owned by Thomas Farley (Deactivated) •••
Mar 29, 2022 • 2 min read

Destinations are servers to which you will move selected applications from a source. You assign a destination to a source using V-Maestro.

To view your destination inventory, click **Manage>Destinations**.

## If There Are No Discovered Destinations

If no destinations have been discovered, the cards in the Destination Inventory window will display all zeros and listed destinations.



## Viewing Discovered Destinations

You can filter discovered destinations, assign a destination to a source, and delete destinations. You can also view and export reports.

You can perform the following actions for selected destinations:

- View details about the destination
- Exclude a destination from the list
- Re-authenticate the destination
- RDP into the destination
- Assign a source to a destination
- Hide destinations and view all hidden destinations

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314606009/Viewing+Your+Destination+Inventory) |
| 18c | said analyzing is carried out by said infrastructure comparison engine module executing on said computer. | The Accused Products comprise a non-transitory computer readable medium, wherein "said analyzing is carried out by said infrastructure comparison engine module executing on said computer."  *See* limitation 1c.  The Accused Products compares the source and destination infrastructures through the "Audit" feature. |

## Step 1: Audit

 Owned by Thomas Farley (Deactivated) •••
Last updated: Mar 30, 2022 • 1 min read

Now that you have destinations lined up, have monitored applications for a few days, and have migration candidates ready, you can start the migration process.

You will need a migration license to proceed.

## To Start a Pre-Migration Audit

1. Click **Manage>Destinations**. The Destination Inventory window is displayed.

2. Select a destination in the list by clicking the **Host Source Name** link or by clicking **more actions>View Details** for the selected destination. The Destination Details window is displayed.

3. Click the Actions icon at the top and select **Audit**.



4. Click **Continue** to confirm.

5. If you haven't yet supplied a valid migration license, a message will indicate this. Click **OK** and click **Settings** in the **System** navigation menu on the left to do so. See ▣ Managing V-Maestro License Keys for more information.

The **Migrations In-Progress** card now displays the number of migrations in process and the operation in progress. The Progress column displays the progress toward completion in percentage. A migration icon now displays above the filter field.

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
|  |  | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314966328/Step+1+Audit) |

## Audit Report

 Owned by Thomas Farley (Deactivated) ···
Mar 24, 2022 • 1 min read

You can view the Audit Report, which is located as follows:

*C:\appliances\<Container>\ctrack\Log\Audit Report - <name>.txt*

You can also view it using the Administrative Console.

# To View the Audit Report Using the Administrative Console

1. In the Administrative Console, select the container and then click the **Appliance Logs** tab.

2. Click the **Audit Report** tab. The Audit report is displayed.

3. To reload the Audit Report, click the **Reload** button.



| Claim | US 9,722,858<br>Claim Term | Analysis |
|---|---|---|
|  |  | ([https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/313917530/Audit+Report](https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/313917530/Audit+Report)) |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|------------------------|----------|
| | | ## virtaaudit<br><br>TF  Owned by Thomas Farley (Deactivated)  ···<br>Last updated: Mar 28, 2022  •  2 min read<br><br>This command checks whether the source and destination machines comply with application migration pre-requisites. Run this command before you migrate an application. Any issues are listed in the `Audit Report.txt` file located in the appliance folder.<br><br>If the Audit Report lists a problem or problems that will impede application migration, see ▣ Understanding Audit for guidance about how to resolve specific issues identified in the report.<br><br>Administrator privileges are required.<br><br>## Syntax<br><br>`1  virtaaudit <server username> <password \| /P> [/V] [/O outputDirectory]`<br><br>`1  virtaaudit <server> [/V] [/O outputDirectory]`<br><br>## Options |

| Option | Description |
|--------|-------------|
| server | The IP address or machine name of the source machine. |
| username | The user name of the Administrator account on the source machine. |
| password | The password of the Administrator account on the source machine. |
| /O OutputDirectory | Write the Audit Report file to the specified directory. Optional. |
| /V verbose | Write detailed error descriptions to the CLI. Optional. |
| /P hidePassword | Hide the password for the user. Optional. |

| Claim | US 9,722,858<br>Claim Term | Analysis |
|-------|----------------------------|----------|
|       |                            | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314212459/virtaaudit) |

# Understanding Audit

 Owned by Thomas Farley (Deactivated)  •••
Last updated: Apr 01, 2022  •  10 min read

**Table of Contents**

- Running a Pre-Migration Audit
  - Running Audit from the Administrative Console
- Audit Report Contents
  - Administrative Accounts
  - Blank Password Match
  - CPU Type
  - Cached Logons
  - COMPlus
  - Computer Name Test
  - Disk Configuration Test
  - Dock Intercept
  - Domain Controller
  - Domain Test
  - DotNet
  - FIPS
  - Firewall
  - Group Policies
  - IIS
  - LAN Manager
  - Network Identity Cards
  - OS Viable
  - Port
    - Open Ports on the Destination Machine Firewall
  - RAM
  - Remote Access
    - Remote Administrative Shares Enabled
  - System Roots
  - System Types
  - Windows2k

| Claim | US 9,722,858 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310804512/Understanding+Audit) |
| | | |
| 19pre | A non-transitory computer readable medium comprising computer executable instructions which when executed by a computer cause the computer to perform the method of: | The Accused Products comprise a non-transitory computer readable medium as claimed in claim 1. *See* claim 1.<br><br>The Accused Products meet the remaining limitations of this claim.  *See* limitation 1pre. |
| 19a | discovering, in a source computing system having a source management infrastructure, at least one source infrastructure management component, wherein said at least one source infrastructure management component is an instance of an image, and wherein said at least one source infrastructure management component is running in a customer environment;<br><br>querying a database to obtain a description of a target cloud infrastructure;<br><br>analyzing said at least one source infrastructure management component using said description of said target cloud infrastructure to determine that said at least one | The Accused Products comprise a non-transitory computer readable medium as claimed in claim 1. *See* claim 1.<br><br>The Accused Products meet the remaining limitations of this claim.  *See* limitation 1a-1c. |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|-------------------------|----------|
|  | source infrastructure management component is appropriate for infrastructure configuration mapping to said target cloud infrastructure, wherein: |  |
| 19b | in said discovering step, said at least one source infrastructure management component comprises at least one of:<br><br>at least one source infrastructure management client;<br><br>at least one source infrastructure management server;<br><br>at least one source infrastructure management configuration; and<br><br>at least one source infrastructure management log; | The Accused Products comprise a non-transitory computer readable medium as claimed in claim 1. *See* claim 1.<br><br>The Accused Products meet the remaining limitations of this claim. *See* limitation 1a; claim 2; limitations 4a. |
| 19c | in said querying step, said description of said target cloud infrastructure comprises at least one of:<br><br>cloud infrastructure software standards; and<br><br>cloud infrastructure software configurations; | The Accused Products comprise a non-transitory computer readable medium as claimed in claim 1. *See* claim 1.<br><br>The Accused Products meet the remaining limitations of this claim. *See* limitation 1b-1c; claim 3; limitations 4b-4e. |

| Claim | US 9,722,858 Claim Term | Analysis |
|-------|--------------------------|----------|
|       | said analyzing comprises: matching said cloud infrastructure software standards with at least a corresponding one of: said at least one source infrastructure management client; and said at least one source infrastructure management server, and mapping said cloud infrastructure software configurations with said at least one source infrastructure management configuration determined appropriate for infrastructure configuration mapping. |          |