# EXHIBIT 18
## FILE UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER