# EXHIBIT 19
## FILE UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER