# EXHIBIT 2

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 2 of 184 PageID #: 10076

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

MIDLAND/ODESSA DIVISION

_____

VIRTAMOVE, CORP.,                        )
                                         ) CASE NO.
                         PLAINTIFF,      ) 7:24-CV-00030
                                         )
            v.                           )
                                         )
AMAZON.COM, INC.; AMAZON.COM             )
SERVICES LLC; AND AMAZON WEB             )
SERVICES, INC.,                          )
                                         )
                         DEFENDANTS.     )
_____)


VIDEOTAPED DEPOSITION OF DONN ROCHETTE

TAKEN REMOTELY VIA ZOOM VIDEOCONFERENCE

TUESDAY, SEPTEMBER 10, 2024

11:04 A.M. CDT


REPORTED BY AUDRA E. CRAMER, CSR NO. 9901

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 3 of 184 PageID #:
10077

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 2

1         VIDEOTAPED DEPOSITION OF DONN ROCHETTE,

2    TAKEN REMOTELY VIA ZOOM ON BEHALF OF THE DEFENDANTS

3    AT 11:04 A.M. CDT, TUESDAY, SEPTEMBER 10, 2024, BEFORE

4    AUDRA E. CRAMER, CSR NO. 9901, PURSUANT TO SUBPOENA.

5

6    APPEARANCES OF COUNSEL

7

8    ON BEHALF OF THE PLAINTIFF:

9

10            RUSS AUGUST & KABAT

11            BY:  PETER TONG, ESQUIRE

12            4925 GREENVILLE AVENUE, SUITE 200

13            DALLAS, TEXAS 75206

              (310) 826-7474

14            ptong@raklaw.com

15

     ON BEHALF OF THE DEFENDANTS:

16

              KNOBBE, MARTENS, OLSON & BEAR LLP

17            BY:  JEREMY ANAPOL, ESQUIRE

              2040 MAIN STREET, 14TH FLOOR

18            IRVINE, CALIFORNIA 92614

              (949) 760-0404

19            jeremy.anapol@knobbe.com

20

     ALSO PRESENT

21

              BILLY FAHNERT, VIDEOGRAPHER

22

VM_HPE_0001681

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 4 of 184 PageID #:
10078

9/10/2024    VirtaMove Corp. v. Amazon.com, Inc., et al.    Donn Rochette

Page 3

1                          I N D E X

2     EXAMINATION                    PAGE

3     BY MR. ANAPOL                    5

4     BY MR. TONG                     95

5     BY MR. ANAPOL                   139

6     BY MR. TONG                     155

7

8                       E X H I B I T S

9     NO.          PAGE       DESCRIPTION

10    1010         14         US PATENT 7,519,814

11    1009         18         ARCHIVE VERSION OF THE

12                            HOMEPAGE ONCORE SYSTEMS

13                            CORPORATION

14    1011         24         US PATENT 7,784,058

15    1012         42         AUSTRALIAN UNIX SYSTEMS

16                            USER GROUP NEWSLETTER,

17                            VOLUME 8, NUMBER 5

18        QUESTIONS INSTRUCTED BY COUNSEL NOT TO ANSWER

                              PAGE     LINE

19                            144       7

                              145       2

20       REPORTER'S NOTE:  All quotations from exhibits are

     reflected in the manner in which they were read into the

21   record and do not necessarily indicate an exact quote

22   from the document.

VM_HPE_0001682

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 4

1          REMOTELY VIA ZOOM VIDEOCONFERENCE

2        TUESDAY, SEPTEMBER 10, 2024, 11:04 A.M. CDT

3

4              THE VIDEOGRAPHER:  We are on the

5    record.  This is the remote video deposition of

6    Donn Rochette in the matter of VirtaMove Corp.

7    versus Amazon.com, Inc., et al., filed in the

8    United States District Court for the Western

9    District of Texas.

10             My name is Billy Fahnert.  I am the

11   video technician today.  The court reporter is

12   Audra Cramer.  We both represent Digital

13   Evidence Group.

14             Today's date is September 10, 2024.

15   The time is 11:04 a.m. Central Standard Time.

16             All parties have stipulated to the

17   witness being sworn in remotely.

18             Will Counsel please identify yourselves

19   for the record, and then the witness will be

20   sworn in.

21             MR. TONG:  This is Peter Tong from Russ

22   August & Kabat on behalf of VirtaMove

VM_HPE_0001683

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

                                                                    Page 5

1    Corporation?

2          MR. ANAPOL:  Jeremy Anapol of Knobbe

3    Martens Olson & Bear on behalf of Defendants.

4

5                DONN ROCHETTE,

6            having been first duly sworn, was

7            examined and testified as follows:

8

9          MR. ANAPOL:  Thank you.

10

11                 EXAMINATION

12   BY MR. ANAPOL:

13     Q.   Mr. Rochette, thank you again for being

14   here today, taking time out of your schedule to

15   help us collect some information that we hope

16   will be helpful in our case.

17          Have you ever been deposed before?

18     A.   No.

19     Q.   Okay.  So I'll cover some general

20   background with you just to help you understand

21   the process.

22          But before that, can we start by having

VM_HPE_0001684

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 6

1    you state your full name for the record?

2        A.    My name is Donn Rochette.

3        Q.    And Mr. Rochette, where are you joining

4    us from today?

5        A.    I am calling from my home in northern

6    Iowa.

7        Q.    Okay.  So the deposition is going to

8    follow a question-and-answer format, and Audra,

9    our court reporter, is going to be transcribing

10   the answers.  Because she can only transcribe

11   one person speaking at a time, I'll ask that you

12   wait until I finish my question to start

13   answering, and I will try to wait until you

14   finish answering to ask the next question.

15           Mr. Tong, who's representing the

16   Plaintiffs, may have some objections which he

17   might chime in with, but you can go ahead and

18   answer the question after he finishes his

19   objection.  Those are for the record, so, if

20   necessary, the judge will look at those

21   objections later, but you don't need to concern

22   yourself with those.

VM_HPE_0001685

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 7

```
 1     A.   Okay.

 2     Q.   If you don't understand one of my

 3   questions, please ask for clarification.  I'm

 4   happy to provide it.

 5          If you need to take a break at any

 6   time, please let me know, but if there's a

 7   question that's pending, I'll just ask that you

 8   give the answer, and then we'll take a break

 9   afterward.

10     A.   Okay.

11     Q.   Is there any reason why you cannot

12   provide complete and accurate testimony today

13   such as, you know, being on any medication or

14   anything like that?

15     A.   No.

16     Q.   And, Mr. Rochette, you used to work at

17   a company called Trigence Corp.; is that right?

18     A.   Yes.

19     Q.   And do you remember when you worked for

20   Trigence?

21     A.   Gosh, I couldn't give you the dates off

22   the top of my head, no.  It's been a long time.
```

VM_HPE_0001686

Page 8

1      Q.    Was it in the early 2000s?

2      A.    Yes.

3      Q.    And did you understand that Trigence

4    later became AppZero?

5      A.    Yes.

6      Q.    And then there's a company called

7    AppZero Software Corp. which is now called

8    VirtaMove.

9          Do you understand that?

10     A.    I was not aware of that, no.  Not until

11   very recently.

12     Q.    And when did you become aware of that?

13     A.    Oh, about two months ago someone from

14   VirtaMove reached out to me over LinkedIn --

15     Q.    Okay.

16     A.    -- and pointed out the connection.

17     Q.    Do you remember who from VirtaMove

18   reached out to you over LinkedIn?

19     A.    The person identified himself as the

20   CEO of VirtaMove.  I can't remember his name.

21   Sorry.

22     Q.    Was his name Nigel Stokes?

VM_HPE_0001687

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.              Donn Rochette

Page 9

1      A.    That sounds familiar, yes.

2      Q.    And what did you talk about with

3   Mr. Stokes?

4           MR. TONG:  Objection.  Foundation.

5           MR. ANAPOL:  I'll rephrase the

6   question.

7      Q.    So occasionally, Mr. Rochette, if Peter

8   makes an objection like that, I might rephrase

9   the question to help resolve the objection.

10          After this person purporting to be

11  Mr. Stokes reached out to you via LinkedIn, did

12  you speak with him?

13     A.    Yes, I did.

14     Q.    And he identified himself as Mr. Stokes

15  when you spoke to him?

16     A.    Yes.

17     Q.    Okay.  And what did Mr. -- what did you

18  talk about with Mr. Stokes?

19     A.    He identified the fact -- he explained

20  the fact that there was a lawsuit being formed

21  over a couple patents that I had done.

22  Basically asked me if I wanted to get involved.

VM_HPE_0001688

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 10

1    I said in no way was I interested in getting

2    involved.  And that was it.

3        Q.   And did you tell him why you didn't

4    want to get involved?

5        A.   Yes.  I said I'm retired.  I don't want

6    to have anything do with it.  I don't have an

7    opinion one way or the other.  I don't have any

8    involvement in it, and I would prefer to not be

9    involved.

10       Q.   And when you say you don't have an

11   opinion about, what was it that you didn't have

12   an opinion about?

13       A.   The fact that the company called

14   VirtaMove was suing several companies regarding

15   a couple of the patents that I did, and I don't

16   have any -- yeah, I -- what am I trying to say?

17   I don't have any opinion one way or the other

18   about that.

19       Q.   You mean opinion about the merits of

20   the lawsuit?

21       A.   Well, it seemed like something that was

22   far-reaching, that was not very -- didn't make a

VM_HPE_0001689

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 11

1    whole lot of sense, and didn't see where it

2    would go anywhere, didn't understand my

3    involvement, how I could help at all in it.

4           And so that's the reason why I said to

5    him I don't want anything to do with it.  It

6    just seemed rather bizarre and farfetched, and I

7    couldn't appreciate the merit of it at all.

8       Q.   And did Mr. Stokes suggest a particular

9    role for you in the lawsuit?

10      A.   No.  He only suggested that I -- would

11   I speak with counsel on his part, and I

12   declined.

13      Q.   Did he offer you any sort of

14   compensation?

15      A.   No.

16      Q.   So have you spoken with anyone else at

17   VirtaMove besides Mr. Stokes?

18      A.   No.

19      Q.   And it was just that one conversation

20   that you had with him; correct?

21      A.   That is correct.

22      Q.   So what was your role when you worked

VM_HPE_0001690

Page 12

1   at Trigence?

2       A.   I was the chief technology officer and

3   a software developer.

4       Q.   And can you explain what you were

5   responsible for in those roles.

6       A.   I was responsible for the overall

7   design and implementation of the software we

8   were building, of the architecture of that

9   software and the direction of it.

10      Q.   And what was the software you were

11  building while you were at Trigence?

12      A.   Trigence was focused on software for

13  the corporate data center, for applications

14  specifically running for corporate purposes in,

15  for the most part, large data centers.

16      Q.   And what did the software do?

17      A.   It would allow multiple versions of an

18  application to run on one instance of an

19  operating system.

20      Q.   And what was the name of that software?

21      A.   Good question.  I don't remember.  App

22  something, I think.

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.            Donn Rochette

Page 13

1      Q.   Was it Trigence AE?

2      A.   Oh, yeah.  That's it.  Yes.  Thank you.

3      Q.   And --

4      A.   Yeah.  Yes.

5      Q.   And did the "AE" stand for "application

6  environment"?

7      A.   Yes, I did.

8      Q.   And you worked on several patents while

9  you were at Trigence; correct?

10     A.   Yes.

11     Q.   And do you understand that two of those

12  patents are asserted in this case?

13     A.   Yes.

14     Q.   And I'm just going to show you some

15  documents to help with this discussion.

16     A.   Okay.

17          MR. ANAPOL:  And so I'm going to ask

18  Billy to mark them, but first I have to put them

19  where Billy can see them.

20          So, Billy, could you go ahead and mark

21  Document A as Exhibit 1010, please.  1010.

22          THE VIDEOGRAPHER:  Okay.  Give me one

VM_HPE_0001692

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 15 of 184 PageID #:
10089

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 14

1   moment to pull it down.

2                   (Whereupon, Exhibit 1010 was

3           marked for identification.)

4   BY MR. ANAPOL:

5       Q.   And, Mr. Rochette, do you recognize

6   Exhibit 1010?

7       A.   Yes.

8       Q.   And this is a copy of US Patent

9   No. 7,519,814.

10          Do you see that --

11      A.   Yes.

12      Q.   -- in the upper right?

13      A.   Yeah.

14      Q.   And you are listed as the first named

15  inventor on this patent.

16          Do you see that?

17      A.   Yes.

18      Q.   So where it says "Donn Rochette,

19  Fenton, Iowa, United States," that's you;

20  correct?

21      A.   That is me, correct.

22      Q.   And does the '814 patent generally

Page 15

1    relate to containers?

2        A.    Yes.

3        Q.    When did you first become aware of

4    containers?

5        A.    Early 2000s.  Would have been about a

6    year -- it would have been about two years

7    before this patent was published.  So, yeah, we

8    were discussing the concepts and examining ways

9    of creating an environment where applications

10   can run -- disparate applications could run,

11   yes.

12       Q.    And I just want to clarify one thing

13   you said.  You said "about two years before this

14   patent was published."

15            Did you mean published or filed?

16       A.    Filed.  Thank you for the

17   clarification.  Yes.

18       Q.    So you can see on this page here, on

19   the bottom left corner of the portion that Billy

20   was showing -- Billy, if you scroll up.

21            Under "Related US Application Data," it

22   refers to two provisional applications that were

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.            Donn Rochette

Page 16

1    filed in September 2003.

2        A.    Uh-huh.  Right.

3        Q.    So those are the initial disclosures

4    that this is based on.

5            Is that the filing date that you were

6    referring to --

7        A.    Yes.

8        Q.    -- when you were saying two years

9    earlier?

10       A.    Yes.  We would have been discussing and

11   talking about and envisioning things, yes,

12   before this was -- before the provisional was

13   filed.

14       Q.    And how did you first learn about

15   containers?

16           MR. TONG:  Objection.  Foundation.

17   BY MR. ANAPOL:

18       Q.    You can go ahead and answer,

19   Mr. Rochette.

20       A.    Oh, okay.

21           I first learned about containers in

22   discussions with corporate -- with people

VM_HPE_0001695

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 17

1   running corporate data centers and their

2   description of how difficult it was to get

3   applications to run, to migrate older

4   applications to newer platforms, the number of

5   servers and hardware instances that were

6   required for each application, things like that.

7           And so we began envisioning an

8   environment where multiple applications could

9   run and trying to determine if we could solve

10  the problem where an application that was run on

11  one version of the operating system could run on

12  a newer version of a very similar operating

13  system was what -- some of the first things that

14  caused us to think to arrive at what is now

15  described here as containers.

16      Q.   Okay.  But you worked on containers at

17  your prior employer before Trigence; right?

18          MR. TONG:  Objection.  Foundation.

19          THE WITNESS:  Yes, they would very

20  loosely be called containers in a prior job.

21          The work I did prior to Trigence was

22  focused on embedded systems.  So these were --

VM_HPE_0001696

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 18

1    this is software that would run on a computer

2    platform that in itself is a part of a larger

3    product, so the engine controller in your car

4    or, you know, some sort of controller for a

5    larger purpose, the controlling software that

6    would be a part of that embedded computer is

7    what we were working on.

8              So we didn't at the time think of them

9    as containers, but you could loosely define them

10   as containers in some respect because they are

11   certain applications running, albeit for a

12   lightly different purpose.

13             MR. ANAPOL:  Billy, could you mark

14   Document C as Exhibit 1009.

15                  (Whereupon, Exhibit 1009 was

16             marked for identification.)

17   BY MR. ANAPOL:

18       Q.   So, Mr. Rochette, Exhibit 1009 is what

19   appears to be an archive version of the homepage

20   for OnCore Systems Corporation.

21             Does that -- do you recognize this?

22       A.   Yes.  That is a blast from the past.

VM_HPE_0001697

9/10/2024            VirtaMove Corp. v. Amazon.com, Inc., et al.            Donn Rochette

Page 19

1      Q.    And is OnCore Systems Corporation where

2    you worked before Trigence?

3      A.    Yes.

4      Q.    And do you see in the second black

5    paragraph on this page what's written in bold?

6      A.    Yeah, you're right.  They were called

7    virtual computing containers, yeah.

8      Q.    So OnCore, where you worked before

9    Trigence, had a capability that they called

10   virtual computing containers; right?

11     A.    That is correct.

12     Q.    And the OnCore operating system allowed

13   users to run Linux applications; correct?

14     A.    Yes.

15         MR. TONG:  Hold on.  Before your next

16   question, I want to object to this whole line of

17   questioning as exceeding the scope of venue

18   discovery that you're entitled to ask

19   Mr. Rochette about.  Venue discovery should be

20   limited to the locations of witnesses, the

21   relevance of evidence and the inconvenience cost

22   of trial, and we're getting into fact discovery.

VM_HPE_0001698

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

                                                                Page 20

 1    BY MR. ANAPOL:

 2        Q.    Mr. Rochette OnCore Systems Corporation

 3    was located in California; correct?

 4        A.    Yes.  The corporate headquarters were

 5    located in California, yes.

 6        Q.    And so OnCore Systems Corporation was

 7    developing containers in California; right?

 8        A.    Yes.

 9        Q.    In Northern California specifically;

10    correct?

11        A.    Yes.  In the Bay Area.

12        Q.    Thank you.

13              And the OnCore operating system, which

14    you helped develop before you went to Trigence,

15    allowed users to run Linux operations; correct?

16        A.    Correct.

17        Q.    And OnCore called its system for

18    walling off applications virtual computing

19    containers; correct?

20        A.    Yes.

21        Q.    And OnCore had those virtual computing

22    containers before Trigence developed its

VM_HPE_0001699

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 21

1    container product; correct?

2        A.    Correct.  Yes.

3        Q.    And when you worked for OnCore, were

4    you physically in Northern California?

5        A.    No.  I worked out of Iowa, near Fenton.

6        Q.    Did you visit Northern California for

7    work?

8        A.    I did, yes.

9        Q.    How often did you visit Northern

10   California?

11       A.    Probably three or four times a year.

12       Q.    And how long would you stay when you

13   visited?

14       A.    Most often not more than a week at a

15   time.

16       Q.    And did you have contact during your

17   time at OnCore with software developers who were

18   physically in Northern California?

19       A.    Yes.

20       Q.    Did OnCore have any employees who were

21   employed by OnCore that were physically based in

22   Northern California?

VM_HPE_0001700

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 22

1       A.    Yes.

2       Q.    And did you speak with those people

3    when you would visit Northern California?

4       A.    Yes.

5       Q.    And what was your title at OnCore?

6       A.    The chief technology officer.

7       Q.    So were you well acquainted with how

8    OnCore's operating system worked?

9       A.    Yes.

10      Q.    And were you well acquainted with how

11   OnCore's containers worked?

12      A.    Yes.

13      Q.    And before Encore, did you work for a

14   different company in Northern California?

15      A.    Yes.  I worked for Microtec -- well,

16   wait.  Microtec was bought by another company

17   out of Oregon.  I can't remember the name of it.

18          Yes, we lived and worked in Northern

19   California before OnCore.

20      Q.    So when did you live in Northern

21   California?

22      A.    Early 2000s.

VM_HPE_0001701

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 23

1       Q.   Okay.  And when did you stop living in

2   Northern California?

3       A.   Oh, I think -- I don't know.  2001,

4   2002, something like that, we moved to Iowa.

5   I'd have to go back and check the exact dates.

6       Q.   Is that around the same time that you

7   started working at Trigence?

8       A.   It's around the same time that I

9   started working at OnCore.  I moved to Iowa,

10  working remotely for the company based in

11  California, and then shortly thereafter I

12  started working for OnCore in Iowa.

13      Q.   Okay.  And then after OnCore you

14  started working at Trigence; correct?

15      A.   Correct.  Yes.

16      Q.   And did you remain in Iowa when you

17  worked for Trigence?

18      A.   Yes.

19      Q.   And then briefly, what did you do at

20  Microtec, the company you worked at before

21  OnCore?

22      A.   I was a software developer working on

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 24

1   real-time operating systems.

2       Q.   So before Trigence, how long would you

3   say you worked in the operating system field?

4       A.   I think it was around 1998 or 1999 I

5   started focusing specifically on real-time

6   operating systems.

7       Q.   Okay.  So several years before you

8   filed the application for the '814 patent, you

9   were a software developer in Northern California

10  working on operating systems before you moved to

11  Iowa; correct?

12      A.   That is correct.

13           MR. ANAPOL:  Billy, can we mark

14  Exhibit B as Exhibit 1011.

15               (Whereupon, Exhibit 1011 was

16           marked for identification.)

17  BY MR. ANAPOL:

18      Q.   Mr. Rochette, do you recognize

19  Exhibit 1011?

20      A.   Yes.

21      Q.   This is a copy of US Patent

22  No. 7,784,058.

VM_HPE_0001703

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 25

1          Do you see that?

2     A.   Yes.

3     Q.   And you are listed as the first named

4     inventor on this patent; correct?

5     A.   Yes.

6     Q.   And just for the record, I will refer

7     to this as the '058 patent.  Okay?

8     A.   Okay.

9     Q.   And Exhibit 1010, which we looked at

10    before, I will refer to as the '814 patent.

11    Okay?

12    A.   Okay.

13    Q.   And the '058 patent generally relates

14    to shared libraries; correct?

15    A.   Yes.

16    Q.   What is a shared library?

17    A.   It is a grouping of code that is

18    assembled into an archive that gets linked into

19    an application that would be called a binary or

20    an executable.

21         So almost any executable in any of the

22    operating systems that you would be familiar

VM_HPE_0001704

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 26

1    with would have several shared libaries linked

2    to it.  In Unix they're called shared libraries.

3    In the Windows world they're called DLLs, or

4    dynamic link libraries.

5        Q.   So the Windows equivalent of a Unix

6    shared library is a dynamic link library?

7        A.   Correct.

8        Q.   And when did you first become aware of

9    shared libraries?

10       A.   Very early on in my career.  They have

11   been a part of Unix and Linux and Windows for --

12   since the beginning, so I would have been aware

13   of them very early in my career.

14       Q.   By the 1980s would you have been aware

15   of shared libraries?

16       A.   Yes, definitely.

17       Q.   And do you understand that -- let me

18   withdraw the question and rephrase.

19            Are you familiar with a company called

20   sun Mike systems?

21       A.   Yes.

22       Q.   And Sun Microsystems was based in

VM_HPE_0001705

Page 27

1    Northern California; correct?

2        A.    Yes.

3        Q.    And you were aware of an operating

4    system from Sun Microsystems called Solaris?

5        A.    Yes.

6        Q.    And Solaris predated the two patents

7    that we're looking at; correct?

8        A.    That's correct.

9             MR. TONG:  Objection.  Vague.

10            THE WITNESS:  Sorry.

11            That is correct.

12   BY MR. ANAPOL:

13       Q.    Okay.  And before -- long before you

14   filed these patent applications, Solaris had

15   support for shared libraries; correct?

16       A.    Yes.

17       Q.    And you were aware of Solaris's support

18   for shared libraries before you filed the

19   applications that led to these two patents;

20   correct?

21       A.    That is correct.

22       Q.    And many other operating systems also

VM_HPE_0001706

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 28

1   had shared libraries; correct?

2       A.   Correct.

3       Q.   And are you aware of any examples, from

4   your personal experience, of developers moving

5   the functionality from an operating system's

6   kernel to a shared library?

7       A.   There is -- there are some examples.

8   You have to -- you have to -- it's not as

9   clear-cut as move code literally from the kernel

10  into a shared library, but functionality that

11  you would normally expect to find in the kernel

12  was -- has been -- had been implemented in

13  libraries.

14      Q.   Can you give me an example of that?

15      A.   [Garbled] zones was a really big

16  example of it.

17          (The reporter requested clarification.)

18          THE WITNESS:  A feature in the Sun

19  Microsystems operating system called Solaris,

20  the feature is callid zones, z-o-n-e-s.

21  BY MR. ANAPOL:

22      Q.   And do you know where the people

VM_HPE_0001707

Page 29

1    responsible for Solaris zones would be located?

2         A.    The Bay Area --

3              MR. TONG:  Objection.  Vague.

4              THE WITNESS:  Oh, sorry.

5    BY MR. ANAPOL:

6         Q.    Go ahead, Mr. Rochette.  Sorry for the

7    interruption.

8         A.    Yeah, they're located in the Bay Area

9    of California, yes.

10             There's also examples where Apple has

11   done the same kind of thing, and it's not -- I'm

12   sorry.  I'm answering questions you didn't ask.

13   Sorry.

14        Q.    Well, I did ask for examples.

15             So it sounds like you were going to

16   mention Apple as another example; is that right?

17        A.    Yeah, Apple is another example with

18   the -- with the diversion of macOS that we

19   currently know, there's cases where Apple has

20   moved things that would be expected to be in

21   other operating systems.  Like, for example,

22   Linux would be in the kernel or not not in the

VM_HPE_0001708

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 31 of 184 PageID #: 10105

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 30

1   kernel in the macOS example.

2       Q.   And are you referring to the macOS

3   version that is based on Unix?

4       A.   Yes.

5       Q.   And that is OS X?

6       A.   Correct.

7       Q.   And do you know where Apple is

8   headquartered?

9       A.   Cupertino, California, in the Bay Area.

10          I met with groups of both of these

11  developers.

12      Q.   When did you meet with these groups of

13  developers?

14      A.   Early on in the Trigence days.

15          I'm sorry.  No.  Wait.  Excuse me.  I

16  met with Apple at the end of the OnCore days.  I

17  met with the Sunday's Solaris people early on in

18  the Trigence days.  So it's split between the

19  two companies.

20      Q.   All right.  So you met with the Apple

21  folks before you started working at Trigence?

22      A.   That is correct.

VM_HPE_0001709

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 31

1        Q.    And what was that discussion with the

2    Apple folks about?

3        A.    I met with the chief technology of

4    Apple at the time.  His name is Avie Tevanian.

5    And Avie was deep into doing very similar things

6    that we were doing at OnCore with a microkernel

7    and multiple-user-mode operating system elements

8    running, including shared libraries.

9             And we were working with a

10   microprocessor architecture called the PowerPC.

11   Avie and his teams were working with the

12   microprocessor architecture with -- I think they

13   moved to Intel at the time.  But anyway, they

14   were not -- and so they were interested in our

15   experience with that hardware architecture, and

16   we were discussing lots of deep software things

17   related to CPU architecture and this mode of

18   operation.

19       Q.    Can you repeat the last name of this

20   Avie.

21       A.    Avie Tevanian.  I can't remember how to

22   spell it.

VM_HPE_0001710

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 32

1      Q.    That's fine.  We can look it up.  Thank

2    you.

3            So did Mr. Tevanian reach out to you,

4    or did you reach out to him?  Do you recall?

5      A.    My recollection is that one of the

6    salespeople that worked for OnCore in Northern

7    California had a conversation that led to an

8    interaction with Avie Tevanian, which led to an

9    invitation for me to come out and meet with him.

10     Q.    And where did you meet with him?

11     A.    In Cupertino in his office.

12     Q.    And at the time you met with him, had

13   Apple started incorporating this functionality

14   that would normally be in the kernel into a

15   shared library --

16     A.    Yes.

17     Q.    -- or was that a new feature?

18     A.    Yes.  No, they were well underway with

19   that, yes.

20     Q.    And do you remember anything else about

21   what you discussed with Mr. Tevanian?

22     A.    No, nothing -- he wanted us to do some

VM_HPE_0001711

9/10/2024            VirtaMove Corp. v. Amazon.com, Inc., et al.            Donn Rochette

Page 33

1    work for them, and we -- and that was about --

2    that's all I can recall.  Lots of low-level

3    technical detail.

4        Q.    Low-level technical detail related to

5    operating system implementations?

6        A.    Yes.

7        Q.    And how long did you spend talking with

8    Mr. Tevanian?  Do you remember?

9        A.    My recollection would be a couple of

10   hours.

11       Q.    Was it just, like, one session, or were

12   there multiple sessions?

13       A.    There was only one session

14   face-to-face.

15       Q.    Were there some phone calls or --

16       A.    Email exchanges.  There were email

17   exchanges.

18       Q.    All right.  And then what about your

19   interactions with Solaris folks?  Do you

20   remember who you spoke to at Sun Microsystems?

21       A.    No, I don't remember names.  I remember

22   we met with that entire software group

VM_HPE_0001712

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 34

1    responsible for Solaris, and I don't remember --

2    I don't remember the -- which -- the name of the

3    group.  It was quite a few software developers

4    at their headquarters and -- yeah.

5         Q.   Do you remember if this was before or

6    after 2003?

7         A.   No.  I only remember it being early in

8    the Trigence days.  I don't remember a date.

9         Q.   Do you remember if it was before or

10   after you filed these patent applications?

11        A.   I don't remember for sure, no.  I only

12   have a feeling.

13        Q.   What is your feeling?

14        A.   I think that the provisionals had been

15   filed, but I can't say for sure.

16        Q.   Okay.  Can you tell me if you recognize

17   any of these names:  Andrew Tucker, John Beck,

18   David Comay, Andrew Gabriel, Ozgur Leonard or

19   Daniel Price?

20        A.   I do recognize two of them.

21        Q.   Which two?

22        A.   John Beck and -- can you read the list

VM_HPE_0001713

Page 35

1    again, please.

2        Q.    Sure.

3            Andrew Tucker, David Comay, Andrew

4    Gabriel, Ozgur Leonard, Daniel Price.

5        A.    I recognize David's name, David Comay,

6    and John Beck.

7        Q.    Do you know if these were among the

8    people you spoke to at Sun Microsystems?

9        A.    I can't remember, no.

10        Q.    How do you know Mr. Beck?

11        A.    We met with him.  I had conversations

12    with him.  I remember -- I just remember the

13    name, because I -- when I worked with NASA in

14    Florida, there was -- I worked with a guy by the

15    name of John Beck, and I remember, you know,

16    hey, another John Beck.  You know, that just --

17    just a memory trigger is all.

18        Q.    Okay.  But the John Beck -- let me

19    clarify.

20            Do you remember a John Beck who was

21    affiliated with Sun Microsystems?

22        A.    Yes.

VM_HPE_0001714

Page 36

1      Q.    And what do you remember about David

2   Comay?

3      A.    The name is familiar.  I think it was

4   in the meetings we had with Sun.  That's -- I

5   don't remember.  I can't -- I don't remember why

6   his name is familiar, but I recognize it.

7      Q.    Okay.  And what did you discuss in your

8   meetings with the Sun Microsystems folks?

9      A.    We discussed the differences between

10  Solaris zones and what we were doing at

11  Trigence.

12     Q.    And what was the difference?

13     A.    Well, there's a lot of differences.

14  The guys at Solaris were concerned that -- it

15  was their feeling that we could not have

16  implemented what we were doing in Solaris

17  without having access to Solaris source code,

18  and we not had any -- Solaris is closed source

19  and was -- we didn't have any access to it.

20          And it was somewhat confrontational,

21  and we had to sit down and explain to them how

22  we were doing what we were doing and the way in

VM_HPE_0001715

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 37

1    which it did not require internal knowledge --

2    it didn't require knowledge to the internals of

3    Solaris in order to do what we were doing.  And

4    they -- in the end -- it was a rather lengthy

5    discussion.  In the end they recognized what we

6    were doing, and we parted friends.  Everything

7    was fine.

8         Q.   Okay.  So initially Trigence AE was for

9    Linux; right?

10        A.   Correct.

11        Q.   And --

12        A.   Linux and Windows.

13        Q.   Linux and Windows?

14        A.   Yes.

15        Q.   And then Solaris support was added

16   later?

17        A.   Yes.

18        Q.   Okay.  And so the meeting with Sun

19   Microsystems was after you had developed some

20   sort of Solaris capability for Trigence AE?

21        A.    I don't think it was released to the

22   public, but, yes, we had working versions.  Yes.

VM_HPE_0001716

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 38

1      Q.    Okay.  So what your understanding of

2   Solaris zones?

3      A.    Oh gosh.  That is a lengthy answer.

4            Zones would provide a separate

5   container, a separate security environment for

6   each app and for our multiple -- and for an

7   application to run it.  So you could define a

8   zone for each application you had running in

9   Solaris.  That zone would allow the application

10  to have its -- potentially its own version of

11  files.  It would -- I don't recall if it had

12  isolated networking, but it would provide a

13  secure environment, and it would provide a

14  separate instance of files and so forth.

15            And, it was -- if you look at it at a

16  very high level, it looked somewhat like what

17  Trigence AE was doing very differently and at

18  different -- very different results but

19  largely -- largely the same -- well -- anyway,

20  at the very, very highest level, objectives were

21  similar.

22     Q.    Okay.

VM_HPE_0001717

Page 39

1      A.    Does that help?

2      Q.    Sure.

3            So what are some of the differences

4      between what Trigence AE was doing and what

5      Solaris zones was doing?

6      A.    With zones, Solaris would utilize some

7      operating system features to create a separate

8      file area.  They had modified the kernel, the

9      internals of Solaris, to support this.  It

10     relied on kernel internals to provide

11     separations between applications' end zones.  It

12     would provide separate scheduling types of

13     mechanisms and so forth also implemented in the

14     kernel.

15           The Trigence solution made no changes

16     to the kernel -- or didn't require any changes

17     to the kernel.  It was all done with what was

18     called function overlays, where the calls made

19     to shared libraries could be, essentially,

20     redirected to calls in the Trigence library, and

21     we were able to manipulate things in that way.

22     It had nothing to do with separate zones or

VM_HPE_0001718

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 40

1    kernel changes or anything.  So...

2        Q.    Okay.  So when you say that Solaris

3    zones was different from what Trigence was

4    doing, you were contrasting Solaris zones with

5    the Trigence product, not the patents; correct?

6        A.    Yes.

7        Q.    So can you explain these function

8    overlays to me a little bit more.

9        A.    Function overlays use an operating

10   system capability called library preload.  In

11   Unix and Linux and Solaris it's called

12   LD_Preload.  In Windows it's called AppInit_DLL.

13   And what happens is you would use LD_Preload or

14   AppInit_DLL to identify a library that you

15   wanted loaded with your -- with an application

16   as it starts.  When that application starts,

17   there's a dynamic loader that would load the

18   application plus other requisite libraries.

19           And LD_Preload/AppInit_DLL would say in

20   addition to the requisite libraries, also load

21   this library, and load it first before any other

22   libraries.  So that has the effect of managing

VM_HPE_0001719

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 41

1    the -- what's called the namespace that the

2    loader used.

3               So if the application called a function

4    called fu, let's say, for example, if fu were

5    existent in a system library and also in a

6    Trigence library, because of the preload, the

7    loader would resolve fu to the Trigence library

8    instead of the system library because the

9    Trigence library was loaded first due to

10   LD_Preload/AppInit_DLL.

11      Q.   Okay.  So you mentioned that this

12   function overlay capability that Trigence was

13   using was called LD_Preload in Solaris; is that

14   right?

15      A.   Correct.

16      Q.   Okay.  So Solaris had this LD_Preload

17   capability that could be used to provide the

18   function overlay capability?

19      A.   Correct.

20      Q.   And do you know when Solaris gained

21   that function overlay capability that Trigence

22   was using?

VM_HPE_0001720

9/10/2024        VirtaMove Corp. v. Amazon.com, Inc., et al.        Donn Rochette

Page 42

1      A.    That capability has been present in

2   Solaris since its first release of its origin.

3      Q.    Does the 1987 sound like approximately

4   the right timeframe?

5      A.    Yeah, that would be -- that would be in

6   the range, yes.

7      Q.    I'm going to show you a document and

8   see if it's referring to the same thing you're

9   talking about when you say function overlay.

10      A.    Okay.

11         MR. ANAPOL:  So, Billy, can you mark

12   Document E as Exhibit 1012.

13             (Whereupon, Exhibit 1012 was

14          marked for identification.)

15      (Discussion held off the record.)

16   BY MR. ANAPOL:

17      Q.    So, Mr. Rochette, Exhibit 1015 the

18   cover page says "Australia Unix Systems User

19   Group Newsletter, Volume 8, No. 5."

20         Do you see that?

21      A.    Yes.

22         MR. ANAPOL:  And, Billy, can you go to

VM_HPE_0001721

Page 43

1    page 3 of the PDF?

2        Q.    Mr. Rochette, do you see that this is

3    the table of contents?

4        A.    Yes.

5        Q.    And do you see that it's dated October

6    1987?

7        A.    Yes.

8        Q.    And towards the bottom, corresponding

9    with page 112, there's an entry for "Shared

10   Libraries in SunOS."

11          Do you see that?

12       A.    Yes.

13          MR. ANAPOL:  So, Billy, could you go to

14   page 114 of the PDF?

15       Q.    And, Mr. Rochette, you see that this

16   page shows the cover of an article entitled

17   "Shared Libraries in SunOS"?

18       A.    Yes.

19       Q.    And you see that there's four authors

20   from Sun Microsystems.

21          Do you see that?

22       A.    I do, yes.

VM_HPE_0001722

Page 44

```
 1      Q.   And you see that they give an address

 2   in Mountain View, California; correct?

 3      A.   Yes.

 4      Q.   And that's Northern California; right?

 5      A.   That is correct.

 6           MR. ANAPOL:  And, Billy, could you

 7   please go to page 127 of the PDF.

 8      Q.   So, Mr. Rochette, do you see the

 9   heading for Section 7.2 of this article?

10      A.   Interposition, yeah, uh-huh.

11      Q.   And could you just read this to

12   yourself and let me know when you're done.

13      A.   Yeah, I'm done.

14      Q.   So is the interposition being described

15   in this 1987 article the same as the function

16   overlay capability that you were referring to in

17   your earlier testimony?

18      A.   It is functionally the same, yes.

19      Q.   And did you learn about this capability

20   in the '80s, or did you learn about it later?

21      A.   Oh, probably did learn about it in the

22   late '80s, yeah.
```

VM_HPE_0001723

Page 45

1      Q.   Do you remember how you learned about

2   it?

3      A.   I don't remember the first time I used

4   it, no.  I don't recall the scenario, no.

5           MR. ANAPOL:  Okay.  Billy, you can

6   close this.

7      Q.   So I want to briefly go back to OnCore,

8   and then we'll take a break because we've been

9   going for about an hour.

10          Did OnCore's operating system have a

11  networking stack during the time you worked

12  there?

13     A.   Yes.

14     Q.   And let me just clarify that when I'm

15  asking about OnCore, I'm only ask about the time

16  you worked there, not anything that happened

17  after.  Okay?

18     A.   Okay.

19     Q.   So was the networking stack for the

20  OnCore operating system implemented inside or

21  outside of the kernel?

22     A.   Outside of the kernel.

VM_HPE_0001724

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 46

1       Q.   Do you remember how it was implemented?

2       A.   It was implemented as a separate --

3    what's called a process as a part of -- because

4    all of Unix was implemented as a separate

5    process.  So it was a part of the Unix instance,

6    which -- where all of Unix ran outside of the

7    kernel in user mode.

8       Q.   So you had all of Unix running in user

9    mode on top of the OnCore operating system;

10   correct?

11      A.   Yes.

12      Q.   And so all of that was outside of the

13   OnCore operating system's kernel; correct?

14           MR. TONG:  Objection --

15           THE WITNESS:  Outside of the kernel,

16   correct.

17           MR. TONG:  And I'm going to object to

18   this line of questioning again as getting back

19   into deep fact discovery, outside the scope of

20   venue discovery, and I don't think Mr. Donn

21   Rochette needs to answer any of these questions.

22           MR. ANAPOL:  Well, your objection is

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 47

1    noted.

2         Q.    But you still have to answer the

3    question, Mr. Rochette.  And, again, I'll

4    just -- let me just repeat the question here.

5              So Unix was running outside of the

6    kernel in the OnCore operating system; correct?

7         A.    Yes.

8         Q.    And that includes the Unix networking

9    stack; correct?

10        A.    Yes.

11        Q.    And was any part of that in a shared

12   library?

13        A.    Yes, shared libraries were utilized for

14   portions of it.  Yes.

15        Q.    And did OnCore's operating system have

16   a file system?

17        A.    Yes.

18        Q.    And was the file system implemented

19   inside or outside of the operating system

20   kernel?

21        A.    Outside of the kernel.

22        Q.    Was any of it in a shared library?

VM_HPE_0001726

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 48

1       A.   Yes, portions of it would have been

2   implemented in a shared library -- one or more

3   shared libraries, yes.

4       Q.   And are there anybody -- let me

5   rephrase.

6            Are there anybody -- I can't get my

7   tenses to line up.

8            Are there any people in Northern

9   California who know about that functionality

10  that OnCore implemented in shared libraries?

11      A.   That OnCore implemented?  Well, there

12  are numerous people in Northern California that

13  would be familiar with the way in which it was

14  done or the way in which it is done, yes.

15  Specifically OnCore, I don't -- I doubt it.  I

16  don't know.

17      Q.   Who aside from you would know, from

18  working at OnCore, how those file system

19  functionalities were implemented?

20      A.   Well, just about any software developer

21  at Apple.

22      Q.   Okay.

VM_HPE_0001727

Page 49

1       A.    Because Apple's architecture runs in

2    the same way, uses the same kernel we were

3    using.

4       Q.    And who aside from you would know, from

5    working at OnCore, how the networking stack was

6    implemented?

7       A.    Same thing.  Lots of people would

8    understand how it works, maybe not specifically

9    what OnCore was doing, but the architecture, the

10   concept, the techniques would all be well known

11   by anybody at Apple.

12      Q.    And do you know if any software

13   developers who worked with you at OnCore are

14   still in Northern California?

15      A.    There's a gentleman called George

16   Marrow that's still in Northern California.

17   That's the only one that I know of that I can

18   think of anyway right now.

19           MR. ANAPOL:  Mr. Rochette, would you

20   like to take a five-minute break?  We've been

21   going for about an hour.

22           THE WITNESS:  I would.  Thank you.

VM_HPE_0001728

Page 50

1          MR. ANAPOL:  Back in five minutes

2     everybody?

3          MR. TONG:  That's fine with us.

4          THE VIDEOGRAPHER:  Going off the

5     record.  The time is 11:59.

6               (Recess taken.)

7          THE VIDEOGRAPHER:  We are back on the

8     record.  The time is 12:09.

9     BY MR. ANAPOL:

10       Q.   Mr. Rochette, before the break you

11    mentioned an individual named George Marrow.

12       A.   Uh-huh.

13       Q.   Could you give us the spelling of that

14    if you know it.

15       A.   M-a-r-r-o-w.

16       Q.   And --

17       A.   I haven't spoken to George in a long

18    time.  You asked if there might be anybody, and

19    that's the only one I could think of who might

20    be around.

21       Q.   Okay.  We can check.  Thank you.

22               At the time that you had it these

VM_HPE_0001729

Page 51

1    discussions with Sun Microsystems that you

2    testified about earlier, do you know if they had

3    created zones yet at the time.

4        A.    Yes, they had.  It was very new, but

5    they were out and released in the product.

6        Q.    I just want to at this point get an

7    overview based on your experience working in

8    Silicon Valley and with people in Silicon Valley

9    about what they knew during the time you worked

10   for OnCore.  Okay?

11       A.    Okay.

12       Q.    Okay.  So -- and I understand you left

13   OnCore in 2002; is that right?

14       A.    I don't remember the exact date, but

15   that sounds -- that sounds like the right range,

16   yes.

17       Q.    Or maybe earlier, but by 2002?

18       A.    Yeah.

19       Q.    Okay.  So by 2002 did software

20   developers in Silicon Valley know that large

21   numbers of computers running different operating

22   systems could be connected in a network?

VM_HPE_0001730

Page 52

1          MR. TONG:  Objection.  Foundation.

2     Calls for speculation.

3          THE WITNESS:  Yes, there were many

4     examples of that scenario you just described by

5     that timeframe.

6     BY MR. ANAPOL:

7          Q.   And by 2002 did software developers in

8     Silicon Valley know that servers running

9     different operating systems could work together

10     to provide a service?

11          MR. TONG:  Objection.  Foundation.

12     Calls for speculation.

13          THE WITNESS:  Yes, there are also

14     examples of that by that date.

15     BY MR. ANAPOL:

16          Q.   Can you give an example?

17          A.   We discussed things with Chase Bank in

18     New York, and they were using Solaris and

19     Windows together to form various applications,

20     Windows being the front end, Solaris being the

21     data management in the back end, together

22     forming a service.

Page 53

1      Q.    That reminds me.   One follow-up

2  question about OnCore:   So was OnCore selling

3  the operating system we discussed earlier by

4  2021?

5      A.    Yes.

6      Q.    By 2002 did software developers in

7  Silicon Valley know that software could run

8  inside of containers?

9           MR. TONG:  Objection.   Foundation.

10 Calls for speculation.

11          THE WITNESS:   Yes.   The use of the term

12 "containers" is broad, but if you allow yourself

13 a broad definition of "containers," the answer

14 is yes.

15 BY MR. ANAPOL:

16     Q.    Did software developers in Silicon

17 Valley by 2002 know that servers could host more

18 than one container?

19          THE WITNESS:   Yes.

20          MR. TONG:  Same objection, belated.

21 BY MR. ANAPOL:

22     Q.    By 2002 did software developers in

VM_HPE_0001732

Page 54

1    Silicon Valley know that putting an application

2    in a container could prevent the application

3    from accessing files in another container?

4         MR. TONG:  Same objection.  Calls for a

5    legal conclusion.

6         I'm also objecting to this whole line

7    of questioning again as getting into fact

8    discovery that Mr. Donn Rochette is not

9    obligated to answer during venue discovery.

10   BY MR. ANAPOL:

11        Q.   Do you need me to repeat the question,

12   Mr. Rochette?

13        A.   Yes, please.

14        Q.   Sure.

15        By 2002 did software developers in

16   Silicon Valley know that putting an application

17   in a container could prevent the application

18   from accessing files in another container?

19        MR. TONG:  Same objections.

20        THE WITNESS:  Yes.  In the context of

21   Solaris zones, that is a true statement.

22

VM_HPE_0001733

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 55

1    BY MR. ANAPOL:

2        Q.   By 2002 did software developers in

3    Silicon Valley know that putting an application

4    in a container could prevent the application

5    from interfering with applications in another

6    container?

7            MR. TONG:  Same objections.  Calls for

8    speculation.  Foundation.  Calls for a legal

9    conclusion.  Not venue discovery.

10           THE WITNESS:  Again, in the context of

11   Solaris zones, that would be an accurate

12   statement.  At least in the context of Solaris

13   zones.

14   BY MR. ANAPOL:

15       Q.   What about in the context of OnCore

16   operating system?

17       A.   Yes.

18           MR. TONG:  Same objections.

19           THE WITNESS:  Well, no, not in OnCore.

20   In Trigence.  Excuse me.

21   BY MR. ANAPOL:

22       Q.   So did the OnCore containers not

VM_HPE_0001734

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 57 of 184 PageID #: 10131

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 56

1    confine the applications in the container?

2         MR. TONG:  Objection.  Calls for legal

3    conclusions.

4         THE WITNESS:  Yeah, it's difficult to

5    answer.

6         The Unix applications running with Unix

7    were not separated and could affect each other.

8    Embedded applications were separated.

9    BY MR. ANAPOL:

10    Q.   So, in other words, you could have

11    multiple applications in one container?

12         MR. TONG:  Objection.  Vague.

13         THE WITNESS:  In a Unix context, yes.

14    BY MR. ANAPOL:

15    Q.   And the applications running in the

16    Unix context on top of OnCore would be prevented

17    from interfering with the applications running

18    on the real-time portion of the operating

19    system; correct?

20    A.   Yes.

21         MR. TONG:  Objection.  Calls for a

22    legal conclusion.

VM_HPE_0001735

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 58 of 184 PageID #:
10132

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.              Donn Rochette

Page 57

1   BY MR. ANAPOL:

2       Q.    Sorry.  Can you just repeat the answer,

3   Mr. Rochette.

4       A.    The answer is yes.

5       Q.    And is it also true that putting an

6   application in the Unix container in the OnCore

7   operating system would prevent it from

8   interfering with files outside of that

9   container?

10          MR. TONG:  Objection.  Calls for

11  speculation.  Calls for a legal conclusion.

12          THE WITNESS:  That is a true

13  statement -- an accurate statement.

14  BY MR. ANAPOL:

15      Q.    By 2002 did software developers in

16  Silicon Valley know that containers could have

17  their own root file systems?

18          MR. TONG:  Objection.  Calls for

19  speculation.  Leading.

20          THE WITNESS:  That is an accurate

21  statement in the context of zones and

22  Trigence AE [garbled].

VM_HPE_0001736

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 59 of 184 PageID #: 10133

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 58

 1                (The reporter requested clarification.)

 2                THE WITNESS:  Sorry.

 3                That is an accurate statement in the

 4     context of Solaris zones, Trigence AE at least.

 5     BY MR. ANAPOL:

 6        Q.   I want to clarify that because I'm

 7     asking about 2002.

 8                So does that change your answer?

 9        A.   Oh.

10                MR. TONG:  Objection.  Asked and

11     answered.  Same objection as well.

12                THE WITNESS:  In answer to your

13     question, yes.  I shouldn't use examples, but,

14     yes, people knew that that was possible.

15     BY MR. ANAPOL:

16        Q.   And are you familiar with a Unix

17     command called chroot.

18        A.   Yes.

19        Q.   And did that Unix command allow a user

20     to give an application its own root file system?

21        A.   Yes.

22        Q.   And do you know when chroot was

VM_HPE_0001737

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 59

1   introduced?

2       A.   It was introduced in the early Unix

3   days before Solaris.  It was introduced by the

4   Bell Labs people when they first did Unix.  It

5   goes way back.

6       Q.   So by the 1980s at least?

7       A.   At least.  Before then, yes.

8       Q.   And are you familiar with something

9   called BSD jails?

10      A.   Yes.  I forgot about those.  Yes, I am.

11      Q.   And what was BSD jails?

12      A.    It was an open source response to the

13  capabilities in Solaris zones.  It was a way of

14  obtaining very similar behavior exemplified by

15  zones in an open source Unix capability that

16  didn't require licensing yet.  They're not

17  exactly the same, but it was close enough.

18      Q.   So is BSD jails another container

19  capability?

20      A.   Yes.

21          MR. TONG:  Objection.  Calls for legal

22  conclusion to the previous question.

VM_HPE_0001738

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 60

1    BY MR. ANAPOL:

2        Q.    And do you know one way or the other if

3    "BSD" stands for "Berkeley Software

4    Distribution"?

5        A.    It is my understanding that that is

6    what it stands for, yes.

7        Q.    And that's referring to the University

8    of California, Berkeley, in Northern California?

9        A.    That is my understanding, yes.

10       Q.    By 2002 did software developers in

11   Silicon Valley know that containers could run on

12   top of a kernel that was residing outside of the

13   caper?

14           MR. TONG:  Objection.  Calls for

15   speculation.  Foundation.  Leading.

16           THE WITNESS:  Yes.

17           MR. TONG:  Calls for a legal

18   conclusion.  Sorry.

19           THE WITNESS:  People understood that.

20   BY MR. ANAPOL:

21       Q.    We're almost done with this line of

22   questions, just so you know, Mr. Rochette.  I

VM_HPE_0001739

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

                                                        Page 61

1    know it's repetitive in some sense.

2            By 2002 did software developers in

3    Silicon Valley know that servers could limit the

4    resources used by a container?

5            MR. TONG:  Objection.  Calls for

6    speculation.  Foundation.  Leading.

7            THE WITNESS:  Yes.

8    BY MR. ANAPOL:

9        Q.  And did the OnCore operating system

10   have the ability to limit resources used by a

11   container?

12           MR. TONG:  Same objections.

13           THE WITNESS:  That was not the intent

14   of the OnCore system, no.  There was no explicit

15   limiting of resources or -- in that -- in that

16   architecture.

17   BY MR. ANAPOL:

18       Q.  But the OnCore system would allow a

19   real-time program to preempt an application

20   running in a Unix container; correct?

21       A.  That is correct.  But not for -- it

22   would not allow -- it would not enforce the

VM_HPE_0001740

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 62

1    amount of memory, for example, that a Unix

2    application would use.  Nothing of that nature

3    was done.

4          Yes, the really important thing was

5    that an application running in a real-time

6    context could preempt anything running in Unix

7    and be able to respond immediately.

8      Q.   And when the real-time application

9    preempts the application in the Unix container,

10   the real-time container is taking processing

11   resources away from the container at that time?

12     A.   Absolutely correct, yes.

13          MR. TONG:  Same objections.

14          THE WITNESS:  Sorry.  I should wait for

15   you to object.

16          Yes.

17   BY MR. ANAPOL:

18     Q.   By 2002 did software developers in

19   Silicon Valley know that servers could monitor

20   and log a container's resource usage?

21          MR. TONG:  Same objections.

22          THE WITNESS:  Yes.

VM_HPE_0001741

Page 63

1    BY MR. ANAPOL:

2        Q.   And by 2002 did software developers in

3    Silicon Valley know that containers could have

4    their own IP address separate from a host?

5            MR. TONG:  Same objections.

6            THE WITNESS:  I'm not 100 percent sure

7    of that.  That was very difficult -- that's very

8    difficult to accomplish, the IP address, and I

9    don't -- honestly don't recall if that was

10   considered sort of commonplace.

11   BY MR. ANAPOL:

12       Q.   But would it surprise you if someone

13   had that capability before 2002?

14           MR. TONG:  Objection --

15           THE WITNESS:  It would not surprise

16   me --

17           MR. TONG:  -- foundation.

18           THE WITNESS:  -- no.

19           Oh, sorry.

20   BY MR. ANAPOL:

21       Q.   Can you repeat the answer,

22   Mr. Rochette.

VM_HPE_0001742

9/10/2024        VirtaMove Corp. v. Amazon.com, Inc., et al.        Donn Rochette

Page 64

1      A.    It would not surprise me, no.

2      Q.    And by 2002 did software developers in

3   Silicon Valley know how to move software

4   functionality into a shared library?

5          MR. TONG:  Objection.  Calls for

6   speculation.  Foundation.  Legal conclusion.

7   Not venue discovery.  Leading.

8          THE WITNESS:  Yes.

9   BY MR. ANAPOL:

10     Q.    And do you know whether Trigence

11   released its container software before or after

12   Solaris zones?

13     A.    I don't recall whether anything in

14   Windows or Linux was released before or after

15   zones, no.  I don't recall the dates, no.

16     Q.    Have you ever heard of Docker?

17     A.    Yes.

18     Q.    And what is your understanding of

19   Docker?

20     A.    Docker is a container technology that

21   is in wide use today.

22     Q.    And when did you first hear about

VM_HPE_0001743

Page 65

1   Docker?

2        A.    Maybe after the Trigence days, at the

3   end of Trigence -- my time at Trigence.  I don't

4   recall a date.

5        Q.    Have you personally used Docker?

6        A.    Yes.

7        Q.    In what context?

8        A.    Creating containers.  Allowing -- for

9   development purposes.  For production purposes.

10  For monitoring purposes.  We use Docker quite a

11  bit.

12       Q.    When you say, "We have used Docker,"

13  who are you referring to?

14       A.    Oh, I'm sorry.  Multiple development

15  teams that I've been a part of.  We have all

16  used Docker.

17       Q.    Which companies that you've worked at

18  have used Docker?

19       A.    AppFirst.  ScienceLogic.  I worked as a

20  contractor for the US Air Force for a while.

21  And Cribl most recently.

22       Q.    Okay.  So all four of those

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 67 of 184 PageID #: 10141

9/10/2024            VirtaMove Corp. v. Amazon.com, Inc., et al.            Donn Rochette

Page 66

1    organizations used Docker?

2        A.    Correct.

3        Q.    And, Mr. Rochette, have you ever heard

4    of containerd?

5        A.    Yes.

6        Q.    What's your understanding of

7    containerd?

8        A.    Containerd is a process that runs in

9    the background as a part of Docker and is --

10   implements a large portion of the Docker

11   functionality.

12       Q.    And do you have an understanding of

13   where Docker originated?

14           MR. TONG:  Objection.  Calls for

15   speculation.

16           THE WITNESS:  I don't, actually.  I

17   know it's open source, but I don't know where or

18   what group originated it, no.

19   BY MR. ANAPOL:

20       Q.    You mentioned Cribl in one of your

21   earlier answers.

22           Where is Cribl located?

VM_HPE_0001745

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 67

1        A.    Cribl is located in San Francisco.

2        Q.    And do you know if Cribl is using

3    Docker in San Francisco?

4        A.    Yes.

5        Q.    And did you visit San Francisco when

6    you worked for Cribl?

7        A.    Yes.

8        Q.    How often?

9        A.    Not very often.  Once a year.

10        Q.    And are there a lot of people in

11    Northern California who know about Docker?

12        A.    Yes.

13             MR. TONG:  Objection.  Calls for

14    speculation.

15    BY MR. ANAPOL:

16        Q.    And Cribl is the most recent company

17    that you worked at?

18        A.    That is correct.

19        Q.    Do you still work there?

20        A.    No.  I am retired.

21        Q.    Oh, right.  You mentioned that earlier.

22             When did you retire from Cribl?

VM_HPE_0001746

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 68

1     A.    1st of September two years ago.

2     Q.    2022?

3     A.    Yes.

4     Q.    And how does Docker compare to the

5     technology developed at Trigence?

6           MR. TONG:  Objection.  Calls for legal

7     conclusions.  And Daubert.

8           THE WITNESS:  It is very similar.

9     Docker containers are quite similar to what is

10    described in the Trigence patent.  There are --

11    there are a lot of differences.  You know, any

12    software developer can describe those

13    differences to you.  But overall the ability to

14    create multiple containers with, you know,

15    multiple disparate applications running in them

16    is consistent.

17    BY MR. ANAPOL:

18    Q.    And what do you mean by "disparate

19    applications"?

20    A.    Primarily referring to applications

21    that would require a specific version of an

22    operating system.  So something that would run

VM_HPE_0001747

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 69

1    on -- something that was originally running in a

2    Windows 10 environment that would be placed in a

3    container and could run in a Windows 12

4    environment.  That's what I mean by "disparate,"

5    meaning --

6        Q.   So the environments are disparate,

7    meaning different versions of the same operating

8    system?

9        A.   Different versions of the same

10   operating system, correct.

11       Q.   Okay.  So did you make the decision to

12   use Docker at the four companies you mentioned,

13   or did somebody else make that decision?

14       A.   Oh, no, somebody else made the

15   decision.  It was -- yeah.

16       Q.   Did you ever suggest to any of those

17   four companies that they use Trigence AE instead

18   of Docker?

19       A.   No.

20       Q.   Why not?

21       A.   Because -- the primary reason is

22   because of the difference in the way the

VM_HPE_0001748

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 70

1    Trigence AE is implemented, which requires

2    function overlays and shared libraries and so

3    forth.  It's difficult for larger companies'

4    environments to adopt that kind of approach.

5         Q.   Why?

6         A.   Because it modifies the way -- there

7    are modifications in the way in which an

8    application would run that are reliant on

9    private, non-open-sourced libraries and so forth

10   that make it very difficult for someone to be

11   able to validate -- and you need support and

12   things like that.

13             So it's much more difficult to adopt

14   that kind of an approach.  And I think one of

15   the reasons -- it's one of the reasons why

16   Docker is very typically chosen over an approach

17   like Trigence AE.

18        Q.   And did you ever think that the

19   companies you were working for that use Docker

20   needed a license to the '814 or '058 patents?

21        A.   No.  Never crossed my mind.  It never

22   crossed my mind that they were similar.

VM_HPE_0001749

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 71

1      Q.    And do you have an understanding of

2   whether any of the four companies you worked at

3   that use Docker were also using containerd?

4      A.    If you were using Docker, you were

5   using containerd.

6      Q.    So all four of those companies were

7   also using containerd?

8      A.    Yes.

9      Q.    Okay.  I want to talk a little bit more

10   about the disparate computing environments that

11   you mentioned.

12      A.    Okay.

13           MR. ANAPOL:  And, Billy, could you

14   please pull up Exhibit 1010 for us, and scroll

15   down to Column 2, please.  And around lines 17

16   to 19, can you blow that up for us.

17      Q.    So in the '814 patent, Mr. Rochette, do

18   you see that there's this definition of

19   "disparate computing environments"?

20      A.    Yes.

21      Q.    Do you know what this means?

22      A.    Yeah.  It's -- it's worded like a

VM_HPE_0001750

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 73 of 184 PageID #:
10147

9/10/2024            VirtaMove Corp. v. Amazon.com, Inc., et al.            Donn Rochette

Page 72

1    lawyer would word it.  Sorry.

2            It is -- it's meant to speak to the

3    ability for applications that are unrelated to

4    each other to run in a common compute platform.

5        Q.   So it says, "Environments where

6    computers are stand-alone or where there are

7    plural computers and where they are unrelated."

8            So does "unrelated" refer to the

9    computers or to the applications running on

10   them?

11       A.   In this statement it refers --

12           MR. TONG:  Objection.  Calls for a

13   legal conclusion.

14           THE WITNESS:  Oh, sorry.

15   BY MR. ANAPOL:

16       Q.   Go ahead, Mr. Rochette?

17       A.   In this statement it refers to the

18   computer platform -- the computer platforms.

19       Q.   And what does it mean for computer

20   platforms to be unrelated?

21           MR. TONG:  Objection.  Calls for a

22   legal conclusion.

VM_HPE_0001751

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 73

 1          THE WITNESS:  It would be having a --

 2    there would be stand-alone, having -- presumably

 3    having a network connection where information

 4    could be exchanged, but they are not necessarily

 5    related to each other.

 6          If you go back to the example of a

 7    corporate business application where it's using

 8    Windows as a front end and some Unix or Solaris

 9    background for data would be an example of that.

10    They are unrelated to each other, Windows is

11    Windows, Unix is Unix, and they are stand-alone,

12    but -- and [unintelligible] of things unrelated

13    that can be made to be related by applications

14    that talk to each other.

15          Does that help?  I'm not sure I'm

16    answering the question.

17    BY MR. ANAPOL:

18       Q.   Yeah, I'm just trying to understand how

19    you tell whether two computers are stand-alone

20    or unrelated.

21          Do they have to be running different

22    operating systems?

VM_HPE_0001752

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 75 of 184 PageID #:
10149

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 74

1      A.   No.  They would just be separate

2    instances.

3           If you look at a rack of computers,

4    each hardware platform is a separate stand-alone

5    device.  Even if they're already all running the

6    same hardware and all running the same operating

7    system, they are different from each other.

8      Q.   Okay.  So they're considered unrelated

9    even if they're all in the same place, they're

10   all connected to the same network and they're

11   all running the same operating system?

12     A.   Yes.

13          MR. TONG:  Objection.  Calls for a

14   legal conclusion.

15          THE WITNESS:  Oh, sorry.

16          One way to differentiate that is that

17   they would all have a different network address

18   would make them standalone and separate.

19   BY MR. ANAPOL:

20     Q.   Okay.  You reside in Iowa; correct?

21     A.   Yes.

22     Q.   And you're retired now; right?

VM_HPE_0001753

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 76 of 184 PageID #: 10150

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 75

1      A.    Yes.

2      Q.    So you're not employed in any state

3   outside of Iowa; is that right?

4      A.    That is right.

5      Q.    And are there any states outside of

6   Iowa that you regularly travel to for business?

7      A.    Not for business.  Only for personal.

8      Q.    And before you retired, you worked for

9   Cribl; right?

10     A.    That is correct.

11     Q.    Which was based in San Francisco?

12     A.    Yes.

13     Q.    And sorry if you already answered this.

14   I can't recall.

15          How often did you visit San Francisco

16   when you worked for Cribl?

17     A.    About once a year.  Not frequently.

18          The company was remote.  So we had

19   people in Europe and all across the United

20   States, and we all worked remotely.

21     Q.    Okay.  I just want to get back to

22   Docker --

VM_HPE_0001754

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 76

1      A.    Okay.

2      Q.    -- and then hopefully we'll be able to

3   wrap up here.

4           So Docker, based on your experience --

5   I'm sorry.  I didn't mean Docker.  I meant

6   Solaris zones.

7      A.    Okay.

8      Q.    So Solaris zones, based on your

9   experience, can operate in disparate computing

10  environments?

11     A.    Yes.

12          MR. TONG:  Objection.  Calls for a

13  legal conclusion.  Daubert.

14  BY MR. ANAPOL:

15     Q.    And Solaris zones was capable on

16  running of on a plurality of servers, meaning

17  multiple servers?

18     A.    Yes.

19     Q.    And those servers would include a

20  processor; right?

21     A.    Yes.

22     Q.    And an operating system; right?

VM_HPE_0001755

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 78 of 184 PageID #: 10152

9/10/2024              VirtaMove Corp. v. Amazon.com, Inc., et al.              Donn Rochette

Page 77

1     A.   Yes.

2     Q.   And a kernel; right?

3     A.   Yes.

4     Q.   And local system files compatible with

5    the processor?

6     A.   Yes.

7     Q.   And the server could provide executable

8    applications related to a service?

9          MR. TONG:  Objection.  Calls for legal

10   conclusions.  Daubert.

11         THE WITNESS:  Yes.

12   BY MR. ANAPOL:

13    Q.   And Solaris zones allowed applications

14   to be executed in a secure environment?

15    A.   Correct.

16         MR. TONG:  Same objections.  And

17   leading.

18         THE WITNESS:  Yes.

19   BY MR. ANAPOL:

20    Q.   I will rephrase the last question.

21         Could a server running Solaris zones

22   provide executable applications relating to a

VM_HPE_0001756

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 79 of 184 PageID #: 10153

9/10/2024        VirtaMove Corp. v. Amazon.com, Inc., et al.        Donn Rochette

Page 78

1   service?

2           MR. TONG:  Same objections.

3           THE WITNESS:  Yes.

4   BY MR. ANAPOL:

5       Q.   And could a server running Solaris

6   zones execute applications in a secure

7   environment?

8           MR. TONG:  Same objections.

9           THE WITNESS:  Yes.

10  BY MR. ANAPOL:

11      Q.   And could a server running Solaris

12  zones store multiple secure containers in

13  memory?

14          MR. TONG:  Same objections.

15          THE WITNESS:  Yes.

16  BY MR. ANAPOL:

17      Q.   And could those multiple containers

18  have applications and system files in them?

19          MR. TONG:  Same objections.

20          THE WITNESS:  Yes.

21  BY MR. ANAPOL:

22      Q.   And would those containers use the

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 80 of 184 PageID #:
10154

9/10/2024            VirtaMove Corp. v. Amazon.com, Inc., et al.            Donn Rochette

Page 79

1    kernel from the operating system hosted on the

2    server?

3            MR. TONG:  Same objections.

4            THE WITNESS:  Yes.

5    BY MR. ANAPOL:

6        Q.   And that kernel would be on the server

7    regardless of whether it was running any

8    containers; right?

9            MR. TONG:  Same objections.

10           THE WITNESS:  Yes.

11   BY MR. ANAPOL:

12       Q.   Would the kernel be running on the

13   operating system regardless of whether the

14   server was running any containers?

15           MR. TONG:  Same objections.

16           THE WITNESS:  Yes.  The kernel would

17   run first and foremost, yes, in all instances.

18   BY MR. ANAPOL:

19       Q.   And would the system files in the

20   containers be compatible with the kernel?

21           MR. TONG:  Same objections.

22           THE WITNESS:  That is a major

VM_HPE_0001758

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 81 of 184 PageID #: 10155

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 80

1  difference.  In zones they would have to be

2  compatible with the kernel and the version of

3  the kernel being used, yes.

4  BY MR. ANAPOL:

5    Q.  And did each container have its own

6  kernel or did they share a kernel?

7    A.  No --

8        MR. TONG:  Same objections.

9        THE WITNESS:  -- one kernel shared

10  by -- oh, I'm sorry.

11        One kernel shared by all applications.

12  BY MR. ANAPOL:

13    Q.  And could a container contain system

14  files that were also present outside of the

15  container?

16        MR. TONG:  Same objections.

17        THE WITNESS:  I'm sorry.  Could you

18  clarify that.

19  BY MR. ANAPOL:

20    Q.  Yeah.  So imagine you have a service

21  running outside of the container, like, you

22  know, you have an instance of Apache, for

VM_HPE_0001759

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 82 of 184 PageID #: 10156

9/10/2024            VirtaMove Corp. v. Amazon.com, Inc., et al.            Donn Rochette

Page 81

1    example.

2        A.    Okay.

3        Q.    And then you also have an instance of

4    Apache running inside the container.

5        A.    Uh-huh.

6        Q.    Could you have system files, like, the

7    configuration file for Apache, one inside the

8    container and one outside the container?

9        A.    Yes.

10           MR. TONG:  Objection.  Incomplete

11    hypothetical.  Leading.  Daubert.  Calls for a

12    legal conclusion.  Foundation.

13           THE WITNESS:  Yes.  That's actually a

14    common scenario.

15    BY MR. ANAPOL:

16        Q.    And --

17        A.    A configuration file is a very common

18    scenario.

19        Q.    And would the instance of Apache inside

20    the container use the configuration file inside

21    of the container instead of the one outside of

22    the container?

VM_HPE_0001760

Page 82

1            MR. TONG:  Same objections.

2            THE WITNESS:  Yes.

3    BY MR. ANAPOL:

4        Q.   And would the applications inside of a

5    container on Solaris zones be able to access

6    software in another container?

7            MR. TONG:  Same objections.

8            THE WITNESS:  No.

9    BY MR. ANAPOL:

10       Q.   And would each of those containers be

11   able to have its own root file system?

12           MR. TONG:  Same objections.

13           THE WITNESS:  Yes.

14   BY MR. ANAPOL:

15       Q.   And do you know if Solaris zones

16   allowed resource limits to be placed on a

17   container?

18       A.   Yes, it is.

19           MR. TONG:  Same objection.

20   BY MR. ANAPOL:

21       Q.   Mr. Rochette?

22       A.   Yes.

VM_HPE_0001761

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 83

1      Q.   And would applications inside of a

2    container be prevented from accessing system

3    files outside of the container?

4          MR. TONG:  Same objections.

5          THE WITNESS:  Yes, that is correct.

6    BY MR. ANAPOL:

7      Q.   And do you know how a container would

8    be created in Solaris zones, in other words, how

9    you would get the necessary files into the

10   container?

11     A.   There were very specific command line

12   options that you used with Solaris zones.  A

13   zone_create command and a zone command for

14   specifying resources, a zone command for

15   specifying files that were used in the zone, and

16   things like that.  So you would -- you would

17   configure these things using a command line.

18     Q.   So did Solaris zones have the ability

19   to create a container -- basically take an

20   application that's already running outside of a

21   container and then make a copy of it inside of a

22   container?

VM_HPE_0001762

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 85 of 184 PageID #:
10159

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.              Donn Rochette

Page 84

1              MR. TONG:  Same objections.

2              THE WITNESS:  You would make a copy --

3      oh, sorry.  Excuse me.  Sorry.

4              Yes, you would make a copy of it.  You

5      would create the zone, then you would copy files

6      as needed, very likely you'd have to modify the

7      configuration of something, and then you could

8      start your application.

9      BY MR. ANAPOL:

10         Q.   And when you would copy files into the

11     container, it would be applications and system

12     files, or no?

13         A.   Application files for sure.  System

14     files would be optional, depending on what you

15     were doing.  You might need some system files,

16     you might not, depending on what the application

17     was and what you were trying to accomplish.

18         Q.   And when you made that copy, you would

19     still have the original version outside of the

20     container; right?

21         A.   You would -- it would be possible, yes.

22         Q.   I think you mentioned earlier that

VM_HPE_0001763

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 85

1    Solaris zones had the capability of moving

2    certain functionality that would normally be in

3    an operating system kernel into a shared

4    library; is that right?

5          MR. TONG:  Objection.

6    Mischaracterizes.  Leading.

7          THE WITNESS:  Yes, there were some

8    capabilities that were represented outside of

9    the kernel in user mode, correct.

10   BY MR. ANAPOL:

11        Q.   What capabilities were those?

12        A.   File system separation.  The use of

13   something like the chroot command, or the chroot

14   command you referred to earlier.  The -- oh, I

15   can't think of other examples.  I mean, there

16   were several examples of it.

17        Q.   And how did you learn that Solaris

18   zones had that capability?

19        A.   Sitting down in front of a Solaris

20   operating system and using it.  Reading the

21   documentations and using the capabilities and

22   testing it.

VM_HPE_0001764

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 86

1      Q.   And how did you determine that those

2    capabilities were implemented in shared

3    libraries rather than the kernel?

4      A.   If you go to an application and -- you

5    would execute the command called LDD.  LDD shows

6    you what libraries are required by a certain

7    executable, and it would -- it's very clear --

8    clearly shown what libraries are referenced, and

9    you could then look at the libraries and very

10   clearly see what is implemented in those

11   libraries.

12     Q.   So do you know if there was any shared

13   library functionality in Solaris that was also

14   in the kernel, in other words, the shared

15   library functionality was a duplicate or

16   performing a similar function to what was in the

17   kernel?

18        MR. TONG:  Objection.  Foundation.

19   Leading.  Calls for a legal conclusion.

20        THE WITNESS:  There were some

21   networking capabilities and shared libraries and

22   some -- for example, that would define what IP

VM_HPE_0001765

9/10/2024                  VirtaMove Corp. v. Amazon.com, Inc., et al.              Donn Rochette

Page 87

1   address is used, define what routing is used for

2   a container separate from the kernel and was --

3   would be accessed by applications before going

4   to the kernel.

5          So you would have had very similar

6   capability in the kernel that was accessed by

7   applications in these zones before going to the

8   kernel.

9   BY MR. ANAPOL:

10      Q.   So just for the sake of a concrete

11   discussion, can you think of an example of a

12   shared library that we could talk about that had

13   this operating system functionality?

14      A.   I can't recall the names of them in

15   Solaris.  They would have been a libnetwork.so

16   or lib -- something with the name "network" in

17   it or "net."  And it would have the network --

18   the things that would otherwise -- the things

19   that were also present in a kernel, like

20   defining an IP address, like defining routes,

21   like defining -- not TCP protocol, but these

22   would have been used by zones to configure the

VM_HPE_0001766

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 88

1    network capabilities present in that zone or

2    container for use by the application.

3            I don't remember exactly the names.

4    It's a long time ago, but there were shared

5    libraries used by Solaris that did those things.

6        Q.   So for the networking shared library,

7    if there were two applications using that shared

8    library, would they each have their own instance

9    in the sense of, you know, internal data used by

10   the shared library having two different copies

11   of that data?

12           MR. TONG:  Objection.  Foundation.

13   Leading.  Calls for a legal conclusion.

14   Daubert.

15           THE WITNESS:  The way it works is the

16   code for that library in question, once loaded

17   into memory, is shared by all applications.

18   That's the -- hence, the term "shared library."

19   And -- so multiple zones could make use of the

20   same networking library.

21           The difference is that the data that

22   they use is distinct.  So the actual code that

VM_HPE_0001767

9/10/2024        VirtaMove Corp. v. Amazon.com, Inc., et al.        Donn Rochette

Page 89

1    gets executed is common across zones; the data

2    that they use is separate for each zone.

3          And any writes that would happen into

4    memory -- oh, gosh, at the risk of going into

5    detail would be -- would implement an operating

6    feature called copy-on-write, which would create

7    a different instance of a page in memory, but

8    it's specific to that zone.

9          Sorry.  I think I went too deep.

10   BY MR. ANAPOL:

11       Q.   And did the Trigence AE approach to

12   shared libraries work the same way?

13       A.   Yes.

14       Q.   So are you aware of any differences

15   between how your '058 patent uses shared

16   libraries versus how the Solaris zones used

17   shared libraries?

18       A.   There are fundamental differences, yes.

19       Q.   Okay.  What are the differences?

20       A.   I'm pausing to think about how to make

21   it very simple.

22          The most -- the biggest difference or

VM_HPE_0001768

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 90

1    the most salient difference is the use of the

2    library preload.  I referred to it earlier,

3    LD_Preload and AppInit_DLL.  The Trigence patent

4    defines the use of these capabilities by and

5    from an operating system so that a

6    Trigence-specific library gets loaded

7    independent of the application or in addition to

8    the libraries required by the application.  And

9    these function overlays I referred to earlier

10   are used a lot.  It's the foundation to the way

11   that technology is defined.

12            This is not used in zones.  Zones did

13   not do any of that.  Where they required, for

14   example, different -- where they required, for

15   example, specific behavior for one zone versus

16   another zone, they were able to rely on kernel

17   internals in Solaris do that.  Trigence AE is

18   not able to do that and therefore would rely on

19   preload and function overlays in order to

20   accomplish those kinds of things.

21       Q.   Okay.

22       A.   Really big difference.  There are

VM_HPE_0001769

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 91

1    others, but that's the biggest.

2        Q.   And do you know if the claims of the

3    '058 patent reflect that difference?

4            MR. TONG:  Objection.  Daubert.  Calls

5    for a legal conclusion.

6            THE WITNESS:  When I reviewed the

7    patents in preparation for this discussion, I

8    did not look at the claims.  I don't -- I

9    couldn't answer that effectively right now.

10           MR. ANAPOL:  All right.  So I'm almost

11   done.  I probably have a couple more questions,

12   but I want to give you an opportunity to take a

13   lunch break if you want one.

14           THE WITNESS:  If it's okay with

15   everybody else, I'd rather just finish.

16           MR. ANAPOL:  Okay.  All right.

17           THE WITNESS:  If everybody else is

18   okay.

19           MR. ANAPOL:  We've been going about an

20   hour.  So, Audra, do you want to do five minutes

21   or ten minutes for a break?

22           We'll do a ten-minute break.  I'll have

VM_HPE_0001770

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 92

1    a few questions to wrap up.  Mr. Tong might have

2    some questions after that, but hopefully we can

3    just wrap this up before you need to eat lunch.

4           THE WITNESS:  Thank you.

5           THE VIDEOGRAPHER:  Okay.  Going off the

6    record.  The time is 12:59.

7               (Recess taken.)

8           THE VIDEOGRAPHER:  We are back on the

9    record.  The time is 1:10.

10   BY MR. ANAPOL:

11      Q.   Okay.  So before the break, we were

12   talking about Solaris zones.

13           Do you remember that?

14      A.   Yes.

15      Q.   And so, as you sit here today, are you

16   able to identify any difference between the

17   claims of the '058 patent and what was in

18   Solaris zones?

19           MR. TONG:  Objection.  Calls for a

20   legal conclusion.  Daubert.

21           THE WITNESS:  I would have a difficult

22   time being specific about claims because, as I

VM_HPE_0001771

Page 93

1    said, I didn't review the claims.  I can -- I am

2    comfortable with differences in technology or

3    differences in implementation, but the specific

4    claims I would have to -- I couldn't answer

5    right now.

6    BY MR. ANAPOL:

7         Q.   So when we go back to the court, just

8    so you understand, there's going to be some

9    briefing where we explain, you know, our

10   position and the other side's position, and when

11   we are describing to the court what happened

12   here, I want to be able to tell the court

13   whether you're what we call a willing witness or

14   an unwilling witness.

15             So an unwilling witness would be

16   someone who is only going to come if they're

17   subject to subpoena that requires them to come

18   to the trial, and a willing witness is someone

19   who would come willingly even if they're not

20   compelled to come.

21             And so would you put yourself in the

22   willing or unwilling category?

VM_HPE_0001772

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 94

1      A.    In all honesty, I would put myself in

2    the unwilling category.

3      Q.    Okay.  And then I just wanted to back

4    briefly to the Docker issue.

5      A.    Okay.

6      Q.    So you used Docker and containerd at

7    four different companies; right?

8      A.    Correct.

9      Q.    And you are the named inventor on both

10   the '814 patent and the '058 patent; correct?

11     A.    Yes.

12     Q.    The first named inventor.

13     A.    Yes.

14     Q.    And it never occurred to you at any of

15   those four companies that your company needed a

16   license from Trigence or VirtaMove to use Docker

17   or containerd?

18          MR. TONG:  Objection --

19          THE WITNESS:  It never occurred to me.

20          MR. TONG:  -- leading.

21          THE WITNESS:  It never occurred to me,

22   no.

VM_HPE_0001773

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 95

1    BY MR. ANAPOL:

2         Q.   Do you think now that Cribl needs a

3    license to the '814 or '058 patent to use Docker

4    and containerd.

5              MR. TONG:  Objection --

6              THE WITNESS:  Absolutely not.

7              MR. TONG:  -- leading.  Calls for a

8    legal conclusion.

9              THE WITNESS:  I'm sorry.  I keep doing

10   that.

11             Absolutely not, no.

12             MR. ANAPOL:  No further questions.

13

14                       EXAMINATION

15   BY MR. TONG:

16        Q.   Mr. Rochette, it'll be my turn to ask a

17   few more questions.

18        A.   Okay.

19        Q.   First of all, I want to thank you for

20   your time here today.

21             In preparation for this deposition,

22   have you been in communication with Amazon or

VM_HPE_0001774

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 96

1    its counsel?

2        A.    I spoke with Mr. Anapol very briefly to

3    clarify whether or not -- to clarify what I

4    needed to be prepared -- what I needed to bring

5    in; if there was any response that was required

6    that was -- yep.

7            So I had one conversation on the phone

8    just to make sure I was doing what I was

9    supposed to be doing.

10       Q.    Did you speak with anyone else other

11   than Mr. Jeremy Anapol?

12       A.    No.

13       Q.    About how long did you speak with

14   Mr. Anapol?

15       A.    Oh, I think the conversation might have

16   lasted ten, fifteen minutes is all.

17       Q.    Did you speak with any other lawyers

18   from other firms?

19       A.    No.

20       Q.    Okay.  And did you try and retain your

21   own attorney to defend you in this deposition?

22       A.    No.

VM_HPE_0001775

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 97

1       Q.    Did Amazon offer you any type of

2    compensation or paid role as a consultant?

3       A.    No.

4       Q.    Did you have any email exchanges either

5    with Amazon or its attorneys or other

6    representatives?

7       A.    The only email I've had is a

8    clarification of which Zoom I could use.

9       Q.    Did -- on your -- when you had that

10   discussion with Mr. Anapol, what topics did he

11   tell you to be prepared about?

12      A.    He explained that there was a -- I

13   think he described it as a motion before the

14   court about change of venue, and he explained

15   why they were doing that.

16            He explained that this was in reference

17   to the two patents, making sure that I was

18   comfortable with what those patents were.

19            And, yeah, that's about it.

20      Q.    Did he discuss any lines of questioning

21   with you?

22      A.    No.

VM_HPE_0001776

9/10/2024            VirtaMove Corp. v. Amazon.com, Inc., et al.            Donn Rochette

Page 98

1      Q.    Did he talk about how you should answer

2    any of the questions that he was going to ask

3    today?

4      A.    No.  He was very careful to say just be

5    honest and answer to the best of your ability.

6    That was my recollection.

7      Q.    Did you have any communications with

8    Amazon today during the breaks in this

9    deposition, either Amazon or its

10   representatives, like Mr. Jeremy Anapol?

11     A.    No.

12     Q.    Did you read the patents in preparation

13   for this deposition?

14     A.    Yes.  Like I said, I did not read over

15   the claims, but I did read over the patents,

16   yes.

17     Q.    If you didn't want to be involved with

18   this lawsuit, why did you prepare for this

19   deposition and agree to, you know, so willingly

20   join us today?

21        MR. ANAPOL:  Objection.  Argumentative.

22   And mischaracterizes testimony.

VM_HPE_0001777

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 100 of 184 PageID #: 10174

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 99

1          And as you know, Peter, he was subject

2    to subpoena, so he was required by law to

3    attend.

4          MR. TONG:  Okay.  No speaking

5    objections, please.

6          MR. ANAPOL:  You can answer,

7    Mr. Rochette.

8          THE WITNESS:  I was required by law to

9    attend based on federal subpoena, yeah.

10   BY MR. TONG:

11      Q.  So you recall what you said was you

12   speaking with Mr. Nigel Stokes?

13      A.  Yeah.

14      Q.  That was through LinkedIn; right?

15      A.  Correct.

16      Q.  Okay.  It wasn't actual speaking, like,

17   by telephone, was it?

18      A.  Yes, we had a phone conversation.  He

19   contacted me over LinkedIn, he asked for

20   permission to call me, and we had a -- we had a

21   telephone conversation, a brief telephone

22   conversation.

VM_HPE_0001778

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 101 of 184 PageID #: 10175

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 100

1    Q.   Okay.  And during that conversation,

2    you generally expressed that you did not want to

3    be involved with this case; correct?

4    A.   That is correct.

5         MR. ANAPOL:  Objection.  Leading.

6    BY MR. TONG:

7    Q.   And so today you heard me object

8    several times that this deposition is supposed

9    to be limited to venue facts.

10        Do you remember that?

11   A.   I do recall you saying that, yes.

12   Q.   Why did you keep answering questions

13   after that objection?

14   A.   Because I was told -- informed by other

15   counsel that I was required to answer it.

16   Q.   And was that Mr. Anapol --

17   A.   Yes.

18   Q.   -- who informed you of that?

19   A.   Yes.

20   Q.   Did he tell you that you had to

21   cooperate with him other than by showing up at

22   this deposition today?

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 102 of 184 PageID #: 10176

9/10/2024              VirtaMove Corp. v. Amazon.com, Inc., et al.              Donn Rochette

Page 101

1      A.    I don't understand that question.

2      Q.    Did he tell you that the subpoena

3    required you to cooperate with him in any other

4    way outside of this deposition?

5      A.    No.

6      Q.    Does Amazon represent you in any

7    capacity?

8      A.    No.

9      Q.    Does Mr. Jeremy Anapol represent you --

10   or any other member of his law firm, Knobbe

11   Martens, represent you in any capacity?

12     A.    No.

13     Q.    If you recall, earlier today we looked

14   at the '814 patent, and --

15     A.    Yes.

16     Q.    -- you said it was generally related to

17   containers.

18     A.    Yes.

19     Q.    At a high level, what was it about the

20   use of containers that you thought was inventive

21   and worth filing a patent on?

22     A.    The ability to create separate

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 103 of 184 PageID #: 10177

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 102

1    application environments or environments for

2    applications to run in Windows and Linux.

3        Q.    And you thought that was inventive at

4    the time you came up with it; right?

5        A.    Yes.

6        Q.    Did OnCore do that already by the time

7    that you had filed the application for the

8    '814 patent?

9        A.    Not -- they're not the same.  OnCore

10   created -- they used the term "container."  You

11   saw what was displayed earlier.  They used the

12   term "virtual containers," and they are; they're

13   virtual containers.  But they're very different.

14          They are -- the intent of what OnCore

15   did was to create priority preemptable, embedded

16   applications running side by side with Linux.

17   What this patent describes is very different

18   from that.

19       Q.    Could you elaborate a little bit more

20   on what this patent describes that is very

21   different from the virtual containers of OnCore.

22       A.    The '814 patent describes an ability to

VM_HPE_0001781

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 104 of 184 PageID #: 10178

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 103

1    utilize library preloads, function overlays in

2    order to support a environment in which

3    applications with run in secure containers, in

4    separate containers that the OnCore technology

5    did not use library preload or function overlays

6    at all.

7        Q.    Thanks.

8              By the time you had filed the

9    '814 patent, do you think the technology was --

10   of the '814 patent -- was that different from

11   what Solaris zones was doing at the time?

12       A.    Yes, it was different.  And the way in

13   which it was implemented was different, and

14   the -- much of the features were different.

15   But, yeah, there were differences.

16             The primary difference is the

17   technology defined in the '814 patent could be

18   used outside of Solaris.  Zones is specific to

19   Solaris.

20       Q.    Other than that the technology of

21   Solaris zones was specific to Solaris, were

22   there any other ways that zones and the

VM_HPE_0001782

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 104

1    technology of the '814 patent were different?

2        A.    Well, the fundamental design was vastly

3    different.  The architecture was vastly

4    different.

5             I feel like I'm repeating myself, but

6    zones relied on specific Unix commands and

7    modifications to the kernel in Solaris in order

8    to implement those containers.  What's defined

9    in the '814 patent does not rely on changes to

10   the kernel and does not rely on specific Unix

11   commands to implement these -- the containers

12   that are described.

13       Q.   And that would have been -- modifying

14   the kernel in something like Solaris, that would

15   be very difficult to do for an average

16   programmer if that programmer did not have

17   access to the Solaris kernel source code;

18   correct?

19            MR. ANAPOL:  Leading.

20            THE WITNESS:  It would be very

21   difficult.  Virtually impossible.

22

VM_HPE_0001783

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 105

1    BY MR. TONG:

2        Q.   My previous question asked you about

3    the difference between the '814 patent and the

4    virtual containers of OnCore.

5            Did those differences exist at the time

6    that you had filed the provisional applications

7    that the '814 patent claims priority to?

8        A.   I'm sorry.  Make sure I understand your

9    question.

10           Did the differences between what the

11   OnCore technology defined and what's defined in

12   the '814 patent exist at the time the

13   provisional was submitted?

14           Yes, those differences did exist at

15   that timing.

16       Q.   And similar question for Solaris zones:

17   Did the differences between Solaris zones and

18   the technology of the '814 patent exist at the

19   time that you filed the provisional applications

20   that led to the '814 patent?

21       A.   As I stated earlier, I don't recall the

22   timing when zones were announced and released

VM_HPE_0001784

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 107 of 184 PageID
#: 10181

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 106

1    relative to the provisional patent application.

2    I don't recall the timing of that.  It was

3    close.

4         Q.   So earlier you had discussed a meeting

5    with the folks at Solaris zones.

6              Do you remember discussing that

7    meeting?

8         A.   Yes.

9         Q.   And initially they thought that you or

10   someone else had gained access to the zone

11   source code?

12        A.   That was their impression when we went

13   into the meeting, correct.

14        Q.   Okay.  And then you explained to them

15   that you had, in fact -- well, what did you

16   explain to them in response to that accusation?

17        A.   We explained in a lot detail how

18   Trigence AE worked, why it worked, what we did,

19   how to make it work, and they were able to see

20   in that discussion and whiteboarding that what

21   we were doing was able to be accomplished

22   without access to Solaris internals.

VM_HPE_0001785

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 107

1      Q.    Initially were they skeptical when you

2  denied accessing Solaris source code?

3      A.    I suppose they were.

4      Q.    And you had to more or less convince

5  them and dissolve that skepticism through lots

6  of details and discussions of how Trigence AE

7  worked; correct?

8      A.    Yes.

9           MR. ANAPOL:  Objection.  Leading.

10  BY MR. TONG:

11     Q.    So when you were talking with

12  Mr. Anapol, you had said that at your previous

13  job at OnCore you only very loosely worked on

14  containers.

15          Do you remember using the words "very

16  loosely" in an answer?

17     A.    Yes.

18     Q.    What did you mean by you only very

19  loosely worked on containers?

20     A.    The use of the term "containers" has

21  taken on today -- in today's understanding of

22  the technology has taken on a fairly specific

VM_HPE_0001786

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 109 of 184 PageID #: 10183

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 108

1    and well-understood understanding of what that

2    means.

3          When the OnCore work was done, there

4    was not such an understanding of what

5    "containers" mean.  It was a new kind of topic,

6    and there was not a common understanding of it,

7    and so we could -- the website and marketing

8    people and salespeople could use the term

9    "containers," and it was acceptable.

10          And so that's what I mean by a loose --

11   use of the word "containers," you would not be

12   able to do that.  It would -- you would not be

13   able to use that term today for what OnCore is

14   doing or had -- did do.  That's what I was

15   trying to imply.

16   Q.   Okay.  How was OnCore using the term

17   "containers" back then?

18   A.   OnCore would take a microkernel, would

19   deploy embedded real-time applications using

20   that microkernel and, in parallel with that,

21   would employ Unix or Linux in an application.

22   So a real-time application would be running as a

Page 109

1    peer to all of Unix.

2              And so the term "container" would be

3    used to describe the real-time application

4    running as well as Unix as an application, and

5    all of the applications on top of Unix would

6    be -- that's how they -- the term "container" --

7    "virtual container" was used in the OnCore

8    context.

9       Q.   When you were at OnCore, did you ever

10   use the word "docking" or "docker"?

11      A.   I don't recall the use of that term in

12   the OnCore context.

13      Q.   Before you filed either of the '058 or

14   '814 patents at issue in this case, did you hear

15   anyone else use the word "docking" or "docker"?

16           MR. ANAPOL:  Objection.  Vague.

17           THE WITNESS:  I don't recall whether or

18   not "docker" was a commonly used -- at the time

19   that was used.  I don't recall.

20           MR. TONG:  Let's turn to the

21   '058 patent for a little bit.

22           Could we please put Mr. Rochette back

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 111 of 184 PageID #: 10185

9/10/2024                    VirtaMove Corp. v. Amazon.com, Inc., et al.                    Donn Rochette

Page 110

1    in the main window?

2          THE VIDEOGRAPHER:  Do you not want me

3    to share?

4          MR. TONG:  No, it's not necessary.

5     Q.   So earlier do you remember discussing

6    how this patent related to shared libraries?

7     A.   Yes.

8     Q.   Now, you're not claiming to be the

9    inventor of shared libraries; correct?

10    A.   That is correct.

11    Q.   The '058 patent covers and discloses

12   more than just the use of a shared library by

13   itself; correct?

14    A.   That is correct.

15    Q.   Okay.  So what did you think was

16   inventive about the use of shared libraries in

17   the '058 patent?

18    A.   A number of things.  The biggest thing

19   was the ability to implement things that were at

20   the time only implemented in the kernel.  So you

21   could, for example, provide an application that

22   required an older version of Windows.  Say

VM_HPE_0001789

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 112 of 184 PageID #: 10186

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 111

1    something ran on Windows 8; you could run it on

2    Windows 10.

3              The -- it would be required that that

4    application get specific files and libraries

5    used only by Windows 8 that not are not

6    available on Windows 10.  So you had to ensure,

7    when a file was opened, that you were able to

8    use these shared library techniques in order to

9    open the file related to that application --

10   required by that application, not the file

11   provided by the operating system.

12             Another example of that would be an

13   ability to have an application use an IP address

14   specific to that application or container which

15   is separate from other IP addresses.  So you had

16   to again use code in these shared libraries in

17   order to basically ensure that the application

18   thought it had one IP address.

19             And that's where that whole use of the

20   term "critical system elements" in the

21   '058 patent comes into play.  And you were

22   taking functionality that would otherwise only

VM_HPE_0001790

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 113 of 184 PageID #: 10187

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 112

1    be available in a kernel and putting that into

2    libraries that you caused that application to

3    use.

4        Q.   So you said that that was the biggest

5    thing.

6             Were there any other inventive concepts

7    related to the '058 patent that you felt like

8    you had invented?

9        A.   Well, the ability to do --

10            MR. ANAPOL:  Objection.  Calls for --

11   sorry.  Sorry, Mr. Rochette.

12            Calls for a legal conclusion.

13            Go ahead.

14            THE WITNESS:  The ability to do any of

15   these things we've been discussing in a Windows

16   context at the time was very inventive.  There

17   was no way to do any of this in Windows without

18   what was described at the time in these

19   technologies.

20   BY MR. TONG:

21       Q.   Let's talk for a minute about possibly

22   conflicting libraries.

VM_HPE_0001791

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 114 of 184 PageID #: 10188

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 113

1          If I had an application running in an

2     old operating system that needed to use a

3     particular library file called, let's say, ABC,

4     and I moved that application to a newer

5     operating system:  What was the solution to

6     allow the moved application to still use the

7     library file ABC from the old operating system

8     rather than having it look at ABC from the new

9     operating system?

10          MR. ANAPOL:  Okay.  Mr. Rochette,

11     before you start, I have a couple objections, so

12     I don't want to interrupt you.

13          Calls for opinion.  Outside the scope.

14     Lacks foundation.  Incomplete hypothetical.

15          Go ahead.

16          THE WITNESS:  The way it works is you

17     would use AppInit_DLL or LD_Preload to load a

18     library that -- again, as I described earlier,

19     that would have an effect on the namespace.

20          So when the application opened ABC

21     library, the function overlay would cause the

22     open to actually be implemented in one of these

VM_HPE_0001792

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 114

1    critical system libraries or the Trigence

2    library.  The Trigence library would go and look

3    for a file by that name in container-specific

4    sources, and if it found it, it would use that.

5    Even -- and if it didn't find it, then it would

6    fall back to use the one in the operating

7    system.

8              So if ABC -- if the library ABC existed

9    in the container, it would use that instead of

10   the operating system one, and that's how

11   versions of the older operating system code and

12   configuration data would be utilized by the

13   application.

14             MR. TONG:  Could we turn back, please,

15   to page -- Exhibit 1012.

16             THE VIDEOGRAPHER:  Do you want me to

17   share this time?

18             MR. TONG:  Yes, please do.

19             THE VIDEOGRAPHER:  Okay.  I'm sorry

20   which page?

21             MR. TONG:  Exhibit 1012.  I think this

22   was the --

VM_HPE_0001793

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 116 of 184 PageID #: 10190

9/10/2024                    VirtaMove Corp. v. Amazon.com, Inc., et al.                    Donn Rochette

Page 115

1          THE VIDEOGRAPHER:  Oh, 1012.  My bad.

2          MR. TONG:  Yeah.

3     Q.   If I recall, we had looked at page 114

4     together.

5          Mr. Rochette, do you remember looking

6     at this?

7     A.   Yes.

8     Q.   Okay.  Do you think that what you had

9     described in the '058 patent is different from

10    what is being described in this paper titled

11    "Shared Libraries in SunOS"?

12         MR. ANAPOL:  Objection.  Vague as to

13    "what you had described in the '058 patent."

14         THE WITNESS:  Yeah, it's a very broad

15    question.

16         This is -- this paper is describing

17    what your libraries are and the use of shared

18    libraries and examples of how to use them.  As

19    you previously pointed out, the '058 patent is

20    not claiming, you know, the invention of shared

21    libraries.

22         It is using shared libraries and the

VM_HPE_0001794

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 117 of 184 PageID #: 10191

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 116

1    way in which shared libraries are utilized and

2    the dynamic loader in order to accomplish

3    these -- you know, in order to accomplish

4    certain things, but it's not changing what

5    shared libraries are or how they're loaded or

6    anything like that.  So it's making use of what

7    your libraries are and how they are used.

8            I'm not -- am I answering the question?

9    Is that -- I don't --

10   BY MR. TONG:

11       Q.   You are.  Thank you very much.

12       A.   Okay.

13       Q.   And what was the command to -- that you

14   had mentioned earlier, I think you said to

15   preload a library?

16       A.   To preload a library, you used a

17   function in the operating -- in Unix operating

18   systems you used a command called LD_Preload.

19   In Windows you used a feature called

20   AppInit_DLL.

21       Q.   And in the '058 patent you're not

22   claiming to invent a preload command; correct?

VM_HPE_0001795

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 118 of 184 PageID #: 10192

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 117

1      A.   That is correct.  We're utilizing a

2   preload command to accomplish what's described.

3      Q.   Thank you.

4           By the time you had filed the

5   provisional applications that led to the

6   '058 patent, was OnCore doing -- or performing

7   the technology that was described in the

8   '058 patent?

9           MR. ANAPOL:  Objection.  Vague as to

10  "the technology described in the '058 patent."

11  Vague as to time.  And lacks foundation.

12          THE WITNESS:  Yeah, it's my

13  understanding that OnCore was no longer a

14  company.  It was out of business by the time the

15  provisionals were submitted for the '058 and

16  '814.  There was no OnCore.  It was gone.

17  BY MR. TONG:

18     Q.   At any time before the filing of the

19  provisional patent that led to the '058 patent,

20  did OnCore perform the technology that you had

21  described as being disclosed in the '058 patent?

22          MR. ANAPOL:  Foundation.

VM_HPE_0001796

9/10/2024                    VirtaMove Corp. v. Amazon.com, Inc., et al.                    Donn Rochette

Page 118

1            THE WITNESS:  Again, in the broadest

2      use of the term "containers," it can be

3      conceived that they were using containers.  But

4      there was nothing -- did not specifically, no.

5      The specifics defined in both the '814 and '085

6      patents are very different from what OnCore was

7      doing, but in the broadest use of the term

8      "containers," they both had containers.

9      BY MR. TONG:

10          Q.   And similar question for Solaris zones:

11     At any time before the filing of the provisional

12     patent that led to the '058 patent, did Solaris

13     zones perform the technology that you had

14     described as being disclosed in the '058 patent?

15          A.   Again, there's two parts to that

16     answer, if I understand the question correctly.

17            No. 1, I don't recall the timing.  As

18     I've said, I don't -- I just don't recall when

19     zones were announced and published relative to

20     when the patents were -- when the provisionals

21     were submitted.  I just don't recall, No. 1.

22            No. 2, there are -- there's similar --

VM_HPE_0001797

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 120 of 184 PageID #: 10194

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 119

1   both zones and the '814 patent define

2   "containers."  There are very fundamental

3   differences in how that's accomplished.

4        Q.   Do you remember identifying two people

5   that you had -- sorry.  Strike that.

6             So you had mentioned talking to several

7   people who worked for Solaris zones at a

8   meeting.

9             Do you know where those people live

10  today?

11       A.   No.  Not today, no.

12       Q.   Not even generally in terms of a city

13  or state?

14       A.   No.  I'm not aware.

15       Q.   And I think you had mentioned talking

16  to John Beck and David Comay, or at least that

17  you recognized their names.

18       A.   Yes.

19       Q.   Do you know what city or state they

20  live in today?

21       A.   No, I do not.

22       Q.   We had talked about interposition

VM_HPE_0001798

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 121 of 184 PageID #: 10195

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 120

1    earlier.

2        A.    Yes.

3        Q.    Do you remember that?

4        A.    Yes.

5        Q.    And you described interposition as

6    "functionally the same as a function overlay."

7              What did you mean by "functionally the

8    same"?

9        A.    It's my personal understanding; right?

10             So, I mean, other people can have their

11   own view of it, but they are accomplishing the

12   same thing.  There are a couple different ways

13   in which it can be accomplished, but they are

14   doing the same thing.

15       Q.    So what's different?

16       A.    Well, again, they're doing the same

17   thing.  You can -- you can cause that behavior

18   to be accomplished in a couple different ways.

19   The paper from Australia showed one way.

20   LD_Preload is another example of doing that.

21             The end result is the same where --

22   when an application is running and it makes a

VM_HPE_0001799

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 122 of 184 PageID #:  10196

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 121

1    call to a function, you are causing that call to

2    be resolved by -- in a library that you have

3    caused to be loaded instead of the system

4    library; right?

5              So in the example of Read, you load a

6    library that implements Read, and you cause the

7    loader to load that library either by linking

8    directly to it or using LD_Preload when that --

9    there's also a function called Read in the

10   system library called libc.  And without the

11   function overlay, without the interposition,

12   when the application calls Read, it will call a

13   function in libc.

14             However, with interposition/function

15   overlay what you've done is you've caused that

16   application to call a function called Read in

17   the library that you've specified and not in

18   libc.

19   Q.   What was the primary use case for

20   preload at the time of, say, 2002?

21   A.   One --

22             MR. ANAPOL:  Foundation --

VM_HPE_0001800

Page 122

1          THE WITNESS:  Oh, sorry.  Go ahead.

2          MR. ANAPOL:  Foundation and vague.

3          THE WITNESS:  There are multiple.

4          No. 1, you are using preload to cause a

5    library to be loaded that wouldn't otherwise be

6    loaded.

7          No. 2, you are causing -- you are

8    enabling, by the act of loading that library,

9    interposition/function overlay.  You are then

10   using function overlay to accomplish direction

11   of files to the container, specific IP addresses

12   and things of that nature that are described in

13   the invention.

14   BY MR. TONG:

15      Q.  To be clear, in 2002 are you aware of

16   others who used function overlay in the context

17   of containers and things of that nature as

18   described in the invention, or was that -- or

19   were you just -- sorry.  Let me rephrase that.

20          My question was what was the primary

21   use case for preload in the time of, say, 2002.

22   The part of your answer, which was, you're then

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 123

1    using function overlay to accomplish direction

2    of files to the container-specific IP addresses

3    and things of that nature.

4            Was that part of your answer to

5    something that was a primary use case for

6    preload in 2002?

7    A.    To the best of my understanding, there

8    were examples of preload being used in 2002.

9    You could -- you could find a number of

10   examples.

11           To the best of my understanding, there

12   were not examples of preload being used to

13   redirect files and accomplish the networking

14   things.  It wasn't used in that nature or in

15   that scope, to the best of my recollection.

16   Q.    Okay.

17   A.    You see the difference I'm trying to

18   say?

19           LD_Preload -- preload was being used,

20   and there are -- there were examples of it, but

21   not in the context of creating a container-type

22   environment --

VM_HPE_0001802

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 125 of 184 PageID #: 10199

9/10/2024              VirtaMove Corp. v. Amazon.com, Inc., et al.              Donn Rochette

Page 124

1      Q.    Got it.

2      A.    -- is my recollection.

3      Q.    Okay.  Thank you for clarifying.

4            So do you remember talking about how

5    Unix applications were separated and could not

6    affect each other in the context of containers?

7      A.    Yes, generally.

8      Q.    What did you mean by the part of your

9    answer that applications running Unix were not

10   separated and could affect each other?

11     A.    Without any containers, applications

12   running in Unix can affect other applications by

13   the -- well, one of the simplest examples is

14   Application A comes up and uses the system IP

15   address and binds Port No. 1000 to that.

16   Application B comes up, wants to do the same

17   thing and is not able to -- it will receive an

18   error and will crash because that IP number is

19   port number is already in use.

20           So you've got Unix Application A

21   causing application Unix Application B not to be

22   able to proceed because of the way it uses

VM_HPE_0001803

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 125

1   networking.  It's a very simple example.

2        Q.   And --

3        A.   That would be one Unix behavior, you

4   know.

5        Q.   And is that conflict of port number

6   something that was solved by the technology in

7   either the '814 patent or the '058 patent?

8        A.   Yes.

9             MR. ANAPOL:  Objection.  Vague as to

10  the patent and vague as to the technology.

11            THE WITNESS:  Sorry.

12  BY MR. TONG:

13       Q.   Which of those patents solved this type

14  of port conflict number?

15       A.    It's described in the '814 patent.

16       Q.   When you spoke with Mr. Anapol, did he

17  inform you that Amazon was a defendant in this

18  case, accused of patent infringement?

19       A.   Actually, I don't recall there being a

20  discussion of that.

21            It was very clear to me from the

22  summons I received that that was the case.  I

VM_HPE_0001804

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 127 of 184 PageID #: 10201

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 126

1   don't recall talking with Mr. Anapol about

2   anything like that.

3        Q.   Did Mr. Anapol tell you that Amazon

4   intends to pursue a defense in this case that

5   your patents are, in fact, invalid?

6        A.   No, that was not described to me.

7        Q.   Do you think that either of your '814

8   or '058 patent are invalid?

9        A.   That would not be for me to comment.

10  I'm not a -- I'm -- I'm not -- I have nothing to

11  do with the patent, you know, organization.  I'm

12  not a reviewer.  I...

13       Q.   You are an inventor, though; right?

14       A.   I am an inventor, yes.

15       Q.   And at the time that you filed for your

16  patent applications, for both of those, you

17  thought that they were, in fact, true inventions

18  in the sense of the -- in the common of the word

19  "invention"; correct?

20            MR. ANAPOL:  Objection.  Leading.

21  Objection.  Vague.  Objection to the extent it

22  calls for a legal conclusion.

VM_HPE_0001805

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 127

1             THE WITNESS:  Obviously we -- when we

2     submitted the patent, we thought that it was

3     inventive, or we wouldn't have submitted it.

4     BY MR. TONG:

5         Q.   And has your opinion changed since the

6     day you had filed the application?

7             MR. ANAPOL:  Objection.  Legal

8     conclusion.  Lacks foundation.

9             THE WITNESS:  Well --

10            MR. ANAPOL:  And to the extent it calls

11    for expert opinion.

12            THE WITNESS:  Yeah, I mean, it -- I'd

13    have to -- I can only give you an opinion.

14            I mean, there are -- at the time the

15    biggest advantage was use of this kind of

16    containerization in Windows and open source

17    Linux kinds of things because it wasn't

18    available at the time.  Today there are lots of

19    better solutions.

20    BY MR. TONG:

21        Q.   If Amazon were to attempt to invalidate

22    your patents at trial and to argue that what you

VM_HPE_0001806

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 129 of 184 PageID #: 10203

9/10/2024              VirtaMove Corp. v. Amazon.com, Inc., et al.              Donn Rochette

Page 128

1    filed for is not really an invention, would you

2    be willing to show up and testify on the stand

3    and defend the validity and the integrity of

4    your status as an inventor?

5        A.   Does it change the status of my -- no.

6    The answer is no.  I don't have -- I do not feel

7    the need to defend the work we did or defend

8    this patent.  I don't feel the need to do that,

9    and I would not do that unless I wasn't given

10   any option.

11       Q.   Okay.  And is that because you're

12   comfortable knowing that you are, in fact, an

13   inventor and there's no one you need to prove

14   that to?

15           MR. ANAPOL:  Objection.  Leading.

16           THE WITNESS:  Yeah, I don't need to

17   prove myself to anybody.  I'm very comfortable

18   with what I've accomplished and what these

19   things -- they are what they are, and...

20           MR. TONG:  And could we -- we've been

21   going for a little bit could we take a short

22   maybe five- or ten-minute break, and then I'll

VM_HPE_0001807

Page 129

1    wrap up?

2         THE WITNESS:  Yeah, fine by me.

3         MR. TONG:  Okay.  Thanks.

4         MR. ANAPOL:  Let's go off the record,

5    and then I want to talk about the break.

6         THE VIDEOGRAPHER:  Going off the

7    record.  The time is 1:58.

8              (Recess taken.)

9         THE VIDEOGRAPHER:  We are back on the

10   record.  The time is 2:06.

11   BY MR. TONG:

12      Q.   Thank you, Mr. Rochette.  I have just

13   five more lines of questioning.  They should

14   hopefully all be short.

15         The first one, again, relates to your

16   willingness to attend trial.  It's possible that

17   Amazon may raise a defense and say that you had,

18   in fact, committed fraud upon the patent office

19   because you should have told the patent office

20   about your work at OnCore or your knowledge of

21   Solaris zones.

22         If Amazon tried to accuse you of fraud

VM_HPE_0001808

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 131 of 184 PageID
#: 10205
9/10/2024    VirtaMove Corp. v. Amazon.com, Inc., et al.    Donn Rochette

Page 130

1    at this trial, would you in that case be willing

2    to show up and defend yourself?

3            MR. ANAPOL:  Objection.  Lacks

4    foundation.  Amazon hasn't done that.  Calls for

5    speculation.

6            THE WITNESS:  No.  I have no -- they

7    can -- once again, I don't feel the need to

8    defend myself.  It is what it is.  I -- and...

9    BY MR. TONG:

10       Q.   Thanks.

11            Are you proud of being an inventor on

12   these patents?

13       A.   I feel like we did good work, yeah,

14   that was needed at the time.

15       Q.   For --

16            MR. ANAPOL:  Outside the -- sorry.

17            Outside the scope.

18   BY MR. TONG:

19       Q.   Are you a lawyer or do you have any

20   type of law degree?

21       A.   No.

22       Q.   Are you aware of any orders from the

VM_HPE_0001809

9/10/2024             VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 131

1    court designating you as an expert in this case?

2         A.   No.

3         Q.   Can you confirm that you have not

4    received any claim constructions for either the

5    '814 or '058 patent from the court?

6         A.   What did you describe it as?  Claim

7    what?

8         Q.   Claim constructions.

9              I take it from your question that you

10   haven't received any from the court; is that

11   correct?

12        A.   No.  I don't even know what it is.

13        Q.   From the '814 patent, which is titled

14   "System for Containerization of Application

15   Sets," could you please look into the camera,

16   and -- assuming that this may get shown to the

17   judge or jury if we're unable to call you at

18   trial because you're not willing to attend, and

19   if this is the only thing that the jury hears

20   from you about the '814 patent, what would you

21   say to the jury about why the '814 patent was a

22   new and inventive technology at the time that

VM_HPE_0001810

9/10/2024              VirtaMove Corp. v. Amazon.com, Inc., et al.              Donn Rochette

Page 132

1    you had filed it?

2              MR. ANAPOL:  Objection.  Outside the

3    scope.  Lacks foundation.  Assumes facts not in

4    evidence and calls for speculation.

5              THE WITNESS:  At the time that this

6    was -- these applications were submitted, there

7    was no generally accepted definition of what

8    containers are.  You have to put yourself back

9    in the -- back in time.  Today containers are

10   well understood and are everywhere, and at the

11   time there was nothing like that.

12              Very close to the time that this came

13   out -- again, as I've said many times, I don't

14   know the exact timing -- Solaris had a version

15   that did something similar that was specific to

16   the Solaris operating system.  You could not do

17   what this -- these patents describe on Linux or

18   Unix or Windows.  And so in particular on

19   Windows, it was a -- it was a solution.  It was

20   a way to create a form of container capability

21   that was not present at the time.

22              So if you look at things now, you

VM_HPE_0001811

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 134 of 184 PageID #: 10208

9/10/2024              VirtaMove Corp. v. Amazon.com, Inc., et al.              Donn Rochette

Page 133

1    can -- you know, it's a very different world,

2    but at the time, particularly on Windows, you

3    couldn't do anything like this.

4              And one of the things that was thought

5    to be quite useful and inventive was an ability

6    to run older versions of an application on newer

7    versions of an operating system.  So companies

8    could upgrade their systems, get requisite

9    security updates and stuff that came with newer

10   operating systems and also be able to continue

11   running those old applications without having to

12   rebuild and recertify, all kinds of things like

13   that.  It was -- for Windows and Unix, Linux, it

14   was helpful and useful.

15   BY MR. TONG:

16      Q.    Thank you.

17              And you already somewhat started to

18   answer my next question, but, again, if you just

19   had one chance to say something to the judge or

20   jury about why the invention in the '814 patent

21   was valuable and worth patenting, what would you

22   say to the jury?

VM_HPE_0001812

Case 2:24-cv-00093-JRG   Document 117-2   Filed 12/23/24   Page 135 of 184 PageID #: 10209

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 134

1           MR. ANAPOL:  Same objections.  And

2      vague as to "value."

3           THE WITNESS:  Well, again I would say

4      that at the time that the provisionals were

5      submitted, there wasn't the capability to do

6      this in any way on Windows.  Now, there might

7      have been something that you could play with on

8      Linux or something like that, but it wasn't --

9      it wasn't a full-feature product or capability,

10     and the use of interposition/function overlays

11     in order to accomplish this was quite unique,

12     quite inventive.

13           As I outlined the discussion with the

14     guys at Solaris, they didn't think it was

15     possible.  We sat down and went through, here's

16     how we did it, and there's a whole community of

17     people that went, oh, yeah, that's a -- that is

18     different, that's unique, that's inventive and,

19     you know, works well with Unix and Windows.  So

20     I would say that at the time it was a valuable

21     way to consider container techniques and

22     capabilities.

VM_HPE_0001813

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 136 of 184 PageID #: 10210

9/10/2024              VirtaMove Corp. v. Amazon.com, Inc., et al.              Donn Rochette

Page 135

1          I'll also reiterate that it really had

2     nothing to do with OnCore.  What OnCore was

3     doing was very different.  Despite the broad use

4     of the term "container," they're not the same.

5     BY MR. TONG:

6          Q.   Okay.  Thank you.

7          Next two questions are going to be

8     about the '058 patent.

9          So for the '058 patent, which is titled

10    "Computing System Having User Mode Critical

11    System Elements As Shared Libraries," if you

12    could only have one chance to say something to

13    the jury about why the invention in this patent

14    is, in fact, new and inventive, what would you

15    tell the jury?

16         MR. ANAPOL:  Same objections.

17         THE WITNESS:  It was taking

18    functionality that heretofore at the time of the

19    invention was only available and only

20    implemented in protected kernel-space code.  It

21    wasn't moving it out of protected space.  It

22    wasn't copying it.  It was performing

VM_HPE_0001814

Case 2:24-cv-00093-JRG   Document 117-2   Filed 12/23/24   Page 137 of 184 PageID #: 10211

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 136

1    similar-type behaviors in user mode.  That's the

2    term "critical system elements."

3          The -- maybe the simplest example is

4    the use of Application A in one of these

5    container environments could use an IP address;

6    Application B could use a different IP address.

7    With -- you could not do that without the

8    capability in these function overlays and this

9    interposition capability.  The applications

10   would not function without an ability to manage

11   these networking components.

12         Same example with versions of the

13   operating system; right?  An older version of

14   an -- an application that was running on an

15   older version of the operating system could not,

16   at the time that this was created, run on a

17   newer version of the operating system because

18   the libraries and other configuration files were

19   not compatible.  And so you -- this gave you the

20   ability to maintain compatibility.

21         The big -- the important thing about

22   this is it gave people in the data center the

VM_HPE_0001815

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.            Donn Rochette

                                                                    Page 137

1    ability to upgrade their operating system

2    without having to go back and recompile,

3    recertify, rebuild, redeploy certain

4    applications.

5        Q.    Thank you.

6              And last question:  For the '058 patent

7    at the time of filing, if you had one chance to

8    explain to the judge and jury why the invention

9    was valuable, what would you tell them?

10             MR. ANAPOL:  Same objections.

11             THE WITNESS:  I think I would focus on

12   the -- 1, the use of this in Windows.  At the

13   time this was filed, you could not do anything

14   like this on Windows.

15             No. 2, the ability to run older

16   applications on new operating systems.  At that

17   time it was a pretty big deal.  It's a very big

18   deal.  And if you think about, for example,

19   security updates -- everybody knows about

20   security updates now.  It's very important to be

21   able to get a new version of the operating

22   system apply updates to that which include all

VM_HPE_0001816

Page 138

1    the security updates and stuff you need.  When

2    you do that, you break the older applications.

3          So what is your option?  Your option is

4    to run with an older version of the operating

5    system, to pay more licensing fees, to pay -- to

6    run with relatively less secure environments.

7          This technology, as defined in '058,

8    would allow you to update those environments,

9    provide consistency across your data center, get

10   into a more secure environment, manage the

11   number of licenses you have, and at the same

12   time be able to continue to use the applications

13   that have been around for a while.

14         That is one of the major advantages

15   that people saw with the technology as defined

16   in '058.

17   BY MR. TONG:

18     Q.   Thanks.  Just one follow-up question.

19         You said that was one of the major

20   advantages.

21         Were there any other secondary or

22   tertiary advantages?

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 139

1          MR. ANAPOL:  Same objections.

2          THE WITNESS:  The ability to get around

3     the port number limitations was another -- was

4     an advantage.  The ability to use multiple IP

5     addresses on the same environment that would

6     otherwise be rather difficult to do are a couple

7     of other examples.

8          MR. TONG:  All right.  Thank you so

9     much for your time, Mr. Rochette.

10          Jeremy, I pass the witness.

11          MR. ANAPOL:  Thank you, Peter.

12

13                FURTHER EXAMINATION

14     BY MR. ANAPOL:

15     Q.   So, Mr. Rochette, I just have a few

16     follow-up questions related to what Mr. Tong

17     asked you about.

18          So he mentioned your conversation with

19     Nigel Stokes.

20          Do you remember that?

21     A.   Yes.

22     Q.   When you worked at Trigence and

VM_HPE_0001818

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 141 of 184 PageID #: 10215

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 140

1    developed the '058 and '814 patents, was

2    Mr. Stokes there?

3        A.   Not to my knowledge, no.  Never spoke

4    with -- no.

5        Q.   So when did Mr. Stokes become

6    interested in these patents?

7        A.   I don't know when.  I just know that a

8    couple months ago he reached out to me on

9    LinkedIn.

10       Q.   So Mr. Stokes had no interest in the

11   patents at the time they were filed; correct?

12       A.   That's my understanding.

13           MR. TONG:  Objection.  Calls for

14   speculation.

15   BY MR. ANAPOL:

16       Q.   All right.  Okay.  And we talked

17   earlier about the patent claims versus the rest

18   of the patent.

19           Do you remember that?

20       A.   Yes.

21       Q.   Did you write the claims in either the

22   '814 or the '058 patent?

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 142 of 184 PageID #: 10216

9/10/2024            VirtaMove Corp. v. Amazon.com, Inc., et al.            Donn Rochette

Page 141

1      A.    They were written by a patent attorney,

2    not by me.

3      Q.    And the testimony you gave today about

4    differences between the patents and other

5    technology we discussed, was that informed by

6    the claims?

7      A.    No.

8      Q.    So it's possible that the lawyer who

9    wrote the claims didn't capture the distinctions

10   that you discussed; is that right?

11     A.    I could only speculate, but -- yeah, I

12   don't know.

13     Q.    Well, we don't want you to speculate,

14   so let's talk about one of the things you

15   identified.

16     A.    Okay.

17     Q.    You said that before the patents, there

18   was some container capability on Solaris but not

19   on Windows.

20          Do you remember that?

21     A.    Yes.

22          MR. ANAPOL:  Billy, can you pull up

VM_HPE_0001820

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 143 of 184 PageID #: 10217

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 142

1    Exhibit 1010 and go to the claims, which are at

2    the end of the patent, starting Column 17.  And

3    can you blow up Claim 1 for us.

4        Q.   So, Mr. Rochette, do you see anything

5    in the claim that requires the invention to be

6    implemented on Windows or Linux?

7             MR. TONG:  Objection.  Calls for a

8    legal conclusion, expert opinion.  Daubert.

9    Also outside the scope of venue discovery.

10            THE WITNESS:  I don't think I've -- no.

11    And I don't think I've represented that it

12    required -- that anything in the patent is

13    required to run on Windows.

14            What I feel like I've been describing

15    is it is able to run on Windows, and at the time

16    that was a big enabler.  It was also able to run

17    on Windows and Linux.

18    BY MR. ANAPOL:

19        Q.   And it was able to run on Solaris;

20    right?

21        A.   It was able to run on Solaris.

22        Q.   And nothing in the patent claim says

VM_HPE_0001821

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 144 of 184 PageID
#: 10218

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 143

1    we're only claiming the invention outside of

2    Solaris; right?

3              MR. TONG:  Objection.  Foundation.

4    Scope.  Calls for a legal conclusion, expert

5    opinion.  Daubert.

6              THE WITNESS:  To my understanding,

7    there's nothing in this patent that says that it

8    is limited to Solaris or -- that it's limited to

9    any specific operating system.  I don't --

10   that's not my understanding.

11   BY MR. ANAPOL:

12        Q.   Okay.  Can you point to any language in

13   this claim that reflects the idea that you are

14   the first to do this type of container

15   functionality on Windows or Linux?

16             MR. TONG:  Objection.  Foundation.

17   Scope.  Calls for legal conclusions, expert

18   opinion.  Daubert.

19             MR. ANAPOL:  Okay.  I'll withdraw the

20   question.

21        Q.   Did you look at the patent claims and

22   compare them to Solaris zones or the OnCore

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 145 of 184 PageID
#: 10219

9/10/2024              VirtaMove Corp. v. Amazon.com, Inc., et al.              Donn Rochette

Page 144

1    operating system?

2        A.   No.   Not in preparation for this and --

3    no.

4        Q.   Did --

5        A.   I didn't look at the claims.   I didn't

6    read the claims.

7        Q.   Did you ever have a conversation with

8    the patent attorney who wrote the claims to

9    explain how OnCore operating system worked?

10           MR. TONG:   Objection.   Potentially

11   privileged.

12           Mr. Rochette, if you think your

13   conversations with your attorneys are

14   privileged, you absolutely do not have to answer

15   this question.

16           THE WITNESS:   I don't --

17           MR. TONG:   And, in fact, if you did

18   this as part of your work for either AppZero or

19   Trigence, you may not be able to waive privilege

20   at all.   So I would suggest that you do not

21   answer this question.

22           THE WITNESS:   Okay.

VM_HPE_0001823

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 146 of 184 PageID #: 10220

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 145

1   BY MR. ANAPOL:

2        Q.   Do you recall ever providing any

3   documentation about the OnCore operating system

4   to the patent attorney who answered these

5   claims?

6             MR. TONG:  Same objection.  You don't

7   have to answer this question.

8             Privileged.

9   BY MR. ANAPOL:

10       Q.   You're free, Mr. Rochette, to, I guess,

11  make your own decision here.  Mr. Tong doesn't

12  represent you.

13            I'll caution you that to the extent you

14  don't answer a question because Mr. Tong thinks

15  it's privileged and later we show that it's not

16  privileged, then we might have to have another

17  deposition to have you answer the question.

18       A.   I had no conversations with anything --

19  about OnCore.  No conversations about OnCore.

20  It is my understanding and belief that OnCore is

21  very different than and unrelated to these

22  patents.

VM_HPE_0001824

Page 146

1          Q.    To the patent specification or to the

2     claims?

3          A.    Both.

4          Q.    And how did you reach your conclusion

5     that OnCore is different from the claims?

6          A.    OnCore is doing something extremely

7     different.  OnCore has nothing do with any

8     function overlays, any preloading, any

9     networking redirection.  OnCore didn't do any of

10    that at all.

11         Q.    So you just listed three things:

12    function overlays, preloading and networking

13    redirections.

14              Can you point to me in Claim 1 where

15    any of those three concepts are required?

16              MR. TONG:  Objection.  Foundation.

17    Calls for a legal conclusion.  Calls for expert

18    opinion.  Daubert.

19              THE WITNESS:  Again, I haven't read the

20    claims.  I don't -- I don't feel capable

21    representing the claims.  I can tell you how the

22    technology works.  I can try to answer questions

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 148 of 184 PageID
#: 10222

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 147

1    about how it works and what the intent is and

2    things like that, but I don't -- I have -- I

3    don't know what the claims are.

4    BY MR. ANAPOL:

5        Q.   Okay.  But you just testified that

6    OnCore is different from the claims, so I'm just

7    trying to understand the basis for that

8    testimony.

9        A.   Okay.

10       Q.   But if you don't -- if that's not your

11   opinion, then that's fine.  I'm just trying to

12   clarify.

13           MR. TONG:  Objection --

14           THE WITNESS:  OnCore is --

15           MR. TONG:  -- asked and answered.

16           THE WITNESS:  OnCore is very different

17   from any of this, from what's described in

18   these -- for the way in which these patents

19   work, OnCore is very different.  It is -- it's

20   very, very different.

21   BY MR. ANAPOL:

22       Q.   And when you say "the way in which

VM_HPE_0001826

Page 148

1    these patents work," are you talking about

2    what's claimed or what is disclosed in the

3    patents?

4        A.    What is disclosed in the patents.

5    Again, I don't -- did not read the claims.  I

6    can't represent to you anything about the

7    claims.  I don't -- I didn't -- I don't -- I

8    don't know about the claims.  I didn't read

9    them.

10       Q.    And your understanding is that those

11   were written by an attorney and not by you;

12   correct?

13       A.    That's true.

14            MR. TONG:  Objection.  Asked and

15   answered.

16   BY MR. ANAPOL:

17       Q.    And your answer that you just gave

18   about the claims and the fact that you haven't

19   read them and didn't write them, is that also

20   true of the '058 patent?

21       A.    Yes.

22       Q.    So whatever distinctions you pointed

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 150 of 184 PageID #: 10224

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 149

1    out between the '058 patent and either OnCore or

2    Solaris zones or other technology, that was by

3    comparison to the disclosure and not the claims?

4          MR. TONG:  Objection.

5    Mischaracterizes.

6          THE WITNESS:  The implementation -- if

7    by "disclosure" you meant the implementation,

8    then, yes, the way in which -- what is -- yes,

9    the way they're implemented.  I didn't

10   represent -- it was not my intention to

11   represent anything in the claims.

12   BY MR. ANAPOL:

13     Q.   Okay.  And, to your knowledge, did you

14   provide any information about the OnCore

15   operating system or the Solaris zones to the

16   patent examiner who was responsible for

17   examining these claims?

18     A.   I'm pretty confident in saying nothing

19   about -- that I didn't -- that there was no

20   conversation or interaction about OnCore.

21   Solaris zones, I don't know.  Could have been.

22   I don't recall.

VM_HPE_0001828

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 151 of 184 PageID #: 10225

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 150

1      Q.    Okay.  You don't recall providing any

2    information about Solaris zones to the patent

3    examiner?

4      A.    I do not recall.

5          MR. TONG:  Objection.  Asked and

6    answered.

7    BY MR. ANAPOL:

8      Q.    And were you aware -- actually, I'll

9    withdraw that question.  You already answered

10   it.

11         And were you aware that there was a

12   product called Linux V-Server that provided

13   containers on Linux?

14         MR. TONG:  Objection.  Vague.

15   Ambiguous.  Foundation.

16         THE WITNESS:  I'm not aware of Linux

17   V-Server, no.

18   BY MR. ANAPOL:

19     Q.    So when you testified earlier that

20   Linux didn't have the capability provided by

21   these patents, you had not done any comparison

22   between the patents and Linux V-Server; correct?

VM_HPE_0001829

Case 2:24-cv-00093-JRG   Document 117-2   Filed 12/23/24   Page 152 of 184 PageID #: 10226

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 151

1      A.   I don't recall doing any -- I don't

2   recall there being any mention of V-Server, no.

3      Q.   And have you ever heard of something

4   called User Mode Linux?

5      A.   Yes.

6      Q.   And what's your understanding of User

7   Mode Linux?

8      A.   I don't recall the details of it.

9   There's -- there's a lot of -- I don't know.

10  I'd have to go back and look at that.  I

11  remember -- I remember it, and there were

12  discussions about it, but I don't recall at this

13  moment how it works.

14     Q.   So do you recall ever providing any

15  information about User Mode Linux to the patent

16  examiner?

17     A.   I don't recall answering any questions

18  about that in the context of the patent, no.

19  Not to my recollection.

20     Q.   And so when you testified earlier that

21  certain aspects of the patent seemed inventive

22  to you, did you check to see whether any of

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 153 of 184 PageID #: 10227

9/10/2024    VirtaMove Corp. v. Amazon.com, Inc., et al.    Donn Rochette

Page 152

1    those aspects were in User Mode Linux?

2        A.   I believe there was some -- that we did

3    look at User Mode Linux, but it's not -- the

4    conclusion -- it was pretty easy to conclude

5    that they weren't the same and they weren't

6    going to be -- we were providing something very

7    different from that, but I don't recall the

8    details.

9        Q.   So you can't recall what you thought

10   was inventive about the patents compared to User

11   Mode Linux?

12       A.   No, I can't recall how User Mode Linux

13   works.  No.  I would have to go back --

14           MR. TONG:  Jeremy --

15   BY MR. ANAPOL:

16       Q.   Do you --

17           MR. TONG:  -- [overspoken] User Mode

18   Linux and the --

19           (The reporter requested clarification.)

20           MR. TONG:  Yeah.  I'm objecting to the

21   line of questions of User Mode Linux as outside

22   the scope.

VM_HPE_0001831

Page 153

1          MR. ANAPOL:  All right.  Well, I don't

2    have any more questions on User Mode Linux, so

3    that's fine.

4       Q.   Do you recall testifying earlier,

5    Mr. Rochette, about the capability of running

6    different operating systems -- sorry.  Let me

7    rephrase.

8          Do you recall testifying earlier about

9    running applications from an earlier version of

10   an operating system on a later version of an

11   operating system?

12      A.   Yes.

13      Q.   And do you recall Solaris having that

14   capability?

15      A.   I don't -- I don't recall whether or

16   not you could run older versions of applications

17   in Solaris zones and stuff like that.  I don't

18   recall.

19      Q.   You don't know whether Solaris 9

20   applications could run in zones on Solaris 10?

21      A.   I don't recall, no.

22      Q.   And are you aware of a system called

Page 154

1    Alpine from the University of Washington?

2            MR. TONG:  Objection to the scope of

3    questioning as outside the scope of cross.

4            THE WITNESS:  I am aware of Alpine

5    Linux.

6    BY MR. ANAPOL:

7        Q.   Oh, sorry.  Not Alpine Linux.  It's a

8    library called Alpine that ran on top of BSD.

9        A.   Oh.  No, I'm not aware of that.

10           MR. TONG:  Same objection.  Outside the

11   scope.

12   BY MR. ANAPOL:

13       Q.   So when you testified earlier about

14   having this ability to avoid port conflicts as

15   part of the patents, you don't know whether the

16   Alpine library that ran on BSD had that

17   capability or not?

18       A.   I'm not aware --

19           MR. TONG:  Same objection.

20           THE WITNESS:  -- of Alpine, no.  I

21   don't know how it works.

22

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 155

1    BY MR. ANAPOL:

2        Q.    And we talked a lot about LD_Preload

3    and function overlays.

4              Do you remember that?

5        A.    Yes.

6        Q.    And do you know if the function overlay

7    aspect of what you developed was recited in the

8    patent claims?

9        A.    The behavior was described, yes -- oh,

10   in the claims.  You asked about the claims.  No,

11   I don't know about the claims.  No.

12             MR. ANAPOL:  Thank you so much for your

13   time, Mr. Rochette.  No further questions.

14

15                  FURTHER EXAMINATION

16   BY MR. TONG:

17       Q.    I have just one very short line of

18   questioning, Mr. Rochette, and then we should be

19   done after this.

20             So when Jeremy was questioning you, you

21   had answered that you have not read or written

22   the claims.

VM_HPE_0001834

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 157 of 184 PageID #: 10231

9/10/2024        VirtaMove Corp. v. Amazon.com, Inc., et al.        Donn Rochette

Page 156

 1              When you had filed for the -- strike

 2      that.

 3              When you were in the process of filing

 4      for the '058 patent application, would it have

 5      been your intent for the claims to capture the

 6      technology as you understood and described it

 7      today?

 8              MR. ANAPOL:  Objection.  Vague.  Lacks

 9      foundation.  Calls for speculation.  Improper

10      hypothetical.

11              THE WITNESS:  That seems logical.

12      BY MR. TONG:

13        Q.   And same question for the other patent,

14      the -- sorry.  I'm blanking on the number.

15              Same question for the '814 patent:

16      When you were in the process of filing for the

17      '814 patent, would it have been your intent for

18      the claims to capture the technology as you

19      understood and described it today?

20              MR. ANAPOL:  Same objections.

21              THE WITNESS:  I don't -- I honestly

22      don't -- I would -- I don't know.  The claims

VM_HPE_0001835

Page 157

1    were very -- very abstract to me.  The lawyer

2    did them, and we had conversations about the

3    technology and how it worked.  I would --

4    BY MR. TONG:

5        Q.   Don't --

6             MR. ANAPOL:  Don't --

7    BY MR. TONG:

8        Q.   Don't discuss anything --

9             MR. ANAPOL:  Peter -- Peter, you have

10   to let him finish his answer.

11            MR. TONG:  Well, I'm going to tell him

12   not to reveal anything privileged.

13       Q.   So to the extent you're about to say

14   anything about your discussions with a lawyer,

15   don't reveal that.  But otherwise, go ahead and

16   finish answering the question.

17       A.   Yeah, in a very -- discussions about

18   the claims were always very vague and very

19   legal, and I would -- I don't know.  I make

20   no -- I don't know how to -- I don't know how to

21   defend or answer your questions about claims.  I

22   just don't.  I'm not the right guy to do that.

VM_HPE_0001836

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 159 of 184 PageID
#: 10233

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 158

1       Q.   Yeah, to clarify my question, it's not

2    whether or not the claims ended up one way or

3    another.  My question was about your intent at

4    the time.

5           Would it have been your intent for your

6    patent to capture the technology as you

7    understood and described it today?

8           MR. ANAPOL:  Same objections --

9           THE WITNESS:  It was my --

10          MR. ANAPOL:  -- and relevance.

11          THE WITNESS:  It was my intent to get

12   the description of the invention -- to describe

13   it as it worked.  That was my intent.  It's up

14   to the company and the lawyers and so forth to

15   nail down the claims.  That was not my -- I

16   wasn't involved.  Not my -- no intent.  My

17   intent was to be able to describe how the

18   invention worked.

19          MR. TONG:  Okay.  Thank you,

20   Mr. Rochette.

21          Pass the witness.  And we should be

22   done.

VM_HPE_0001837

Page 159

1          Can you confirm, Jeremy?

2          MR. ANAPOL:  Yes.

3          Thanks again for your time,

4    Mr. Rochette.

5          MR. TONG:  Thank you so much.

6          THE WITNESS:  Am I free to go?

7          MR. ANAPOL:  You are free to go.

8          MR. TONG:  Mr. Rochette -- we can go

9    off the record.

10          THE VIDEOGRAPHER:  Okay.  We are going

11   off the record.  This deposition is concluded at

12   2:39.

13          (Discussion held off the record.)

14          THE REPORTER:  Counsel, do you need a

15   rough draft of this?

16          MR. ANAPOL:  Yes, please.

17          THE REPORTER:  And, Peter, do you need

18   a rough?

19          MR. TONG:  Yes.

20               (Whereupon, at 2:44 P.M. CDT

21             the deposition of DONN ROCHETTE

22             was adjourned.)

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 161 of 184 PageID #: 10235

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 160

1    STATE OF CALIFORNIA          )

2    COUNTY OF LOS ANGELES        )  SS.

3

4          I, AUDRA E. CRAMER, CSR No. 9901, in and for the

5    State of California, do hereby certify:

6          That, prior to being examined, the witness named

7    in the foregoing deposition was by me duly sworn to

8    testify the truth, the whole truth and nothing but the

9    truth;

10          That said deposition was taken down by me in

11    shorthand at the time and place therein named, and

12    thereafter reduced to typewriting under my direction,

13    and the same is a true, correct and complete transcript

14    of said proceedings;

15          I further certify that I am not interested in the

16    event of the action.

17          Witness my hand this 18 day of September,

18    2024.

19

20

21                              Certified Shorthand
                               Reporter for the
                               State of California
22

VM_HPE_0001839

Case 2:24-cv-00093-JRG   Document 117-2   Filed 12/23/24   Page 162 of 184 PageID #: 10236

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 161

1       Donn Rochette, c/o

        Pro se

2


3

        Case: VirtaMove Corp. v. Amazon.com, Inc., et al.

4       Date of deposition: September 10, 2024

        Deponent: Donn Rochette

5

6       Please be advised that the transcript in the above

        referenced matter is now complete and ready for signature.

7       The deponent may come to this office to sign the transcript,

8       a copy may be purchased for the witness to review and sign,

9       or the deponent and/or counsel may waive the option of

10      signing. Please advise us of the option selected.

11      Please forward the errata sheet and the original signed

12      signature page to counsel noticing the deposition, noting the

13      applicable time period allowed for such by the governing

14      Rules of Procedure. If you have any questions, please do

15      not hesitate to call our office at (202)-232-0646.

16

17

18      Sincerely,

19      Digital Evidence Group

20      Copyright 2024 Digital Evidence Group

21      Copying is forbidden, including electronically, absent

22      express written consent.

VM_HPE_0001840

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 163 of 184 PageID #:  10237

9/10/2024              VirtaMove Corp. v. Amazon.com, Inc., et al.            Donn Rochette

```
                                                        Page 162
  1        Digital Evidence Group, L.L.C.
           1730 M Street, NW, Suite 812
  2        Washington, D.C. 20036
           (202) 232-0646
  3
  4        SIGNATURE PAGE
           Case: VirtaMove Corp. v. Amazon.com, Inc., et al.
  5        Witness Name: Donn Rochette
           Deposition Date: September 10, 2024
  6
           I do hereby acknowledge that I have read
  7        and examined the foregoing pages
           of the transcript of my deposition and that:
  8
  9        (Check appropriate box):
           (  ) The same is a true, correct and
 10        complete transcription of the answers given by
           me to the questions therein recorded.
 11        (  ) Except for the changes noted in the
           attached Errata Sheet, the same is a true,
 12        correct and complete transcription of the
 13        answers given by me to the questions therein
 14        recorded.
 15
 16        _____        _____
 17         DATE                    WITNESS SIGNATURE
 18
 19
 20
 21        _____        _____
 22         DATE                          NOTARY
```

VM_HPE_0001841

Page 163

1       Digital Evidence Group, LLC

2       1730 M Street, NW, Suite 812

3       Washington, D.C.   20036

4       (202)232-0646

5

6                            ERRATA SHEET

7

8       Case: VirtaMove Corp. v. Amazon.com, Inc., et al.

9       Witness Name: Donn Rochette

10      Deposition Date: September 10, 2024

11      Page No.    Line No.      Change

12

13

14

15

16

17

18

19

20

21      _____      _____

22      Signature                             Date

VM_HPE_0001842

9/10/2024                     VirtaMove Corp. v. Amazon.com, Inc., et al.                     Donn Rochette

Page 1

**A**

**a.m** 1:16 2:3 4:2
4:15
**ABC** 113:3,7,8
113:20 114:8,8
**ability** 61:10
68:13 72:3
83:18 98:5
101:22 102:22
110:19 111:13
112:9,14 133:5
136:10,20
137:1,15 139:2
139:4 154:14
**able** 39:21 62:7
70:11 76:2 82:5
82:11 90:16,18
92:16 93:12
106:19,21
108:12,13
111:7 124:17
124:22 133:10
137:21 138:12
142:15,16,19
142:21 144:19
158:17
**absent** 161:21
**absolutely** 62:12
95:6,11 144:14
**abstract** 157:1
**acceptable** 108:9
**accepted** 132:7
**access** 36:17,19
82:5 104:17
106:10,22
**accessed** 87:3,6
**accessing** 54:3,18
83:2 107:2
**accomplish** 63:8
84:17 90:20
116:2,3 117:2
122:10 123:1
123:13 134:11
**accomplished**
106:21 119:3
120:13,18
128:18

**accomplishing**
120:11
**accurate** 7:12
55:11 57:13,20
58:3
**accusation**
106:16
**accuse** 129:22
**accused** 125:18
**acknowledge**
162:6
**acquainted** 22:7
22:10
**act** 122:8
**action** 160:16
**actual** 88:22
99:16
**added** 37:15
**addition** 40:20
90:7
**address** 44:1
63:4,8 74:17
87:1,20 111:13
111:18 124:15
136:5,6
**addresses** 111:15
122:11 123:2
139:5
**adjourned**
159:22
**adopt** 70:4,13
**advantage**
127:15 139:4
**advantages**
138:14,20,22
**advise** 161:10
**advised** 161:6
**AE** 13:1,5 37:8
37:20 38:17
39:4 57:22 58:4
69:17 70:1,17
89:11 90:17
106:18 107:6
**affect** 56:7 124:6
124:10,12
**affiliated** 35:21
**afterward** 7:9

**ago** 8:13 68:1
88:4 140:8
**agree** 98:19
**ahead** 6:17 13:20
16:18 29:6
72:16 112:13
113:15 122:1
157:15
**Air** 65:20
**al** 4:7 161:3
162:4 163:8
**albeit** 18:11
**allow** 12:17 38:9
53:12 58:19
61:18,22 113:6
138:8
**allowed** 19:12
20:15 77:13
82:16 161:13
**Allowing** 65:8
**Alpine** 154:1,4,7
154:8,16,20
**Amazon** 1:8
95:22 97:1,5
98:8,9 101:6
125:17 126:3
127:21 129:17
129:22 130:4
**Amazon.com** 1:8
1:8 4:7 161:3
162:4 163:8
**Ambiguous**
150:15
**amount** 62:1
**Anapol** 2:17 3:3
3:5 5:2,2,9,12
9:5 13:17 14:4
16:17 18:13,17
20:1 24:13,17
27:12 28:21
29:5 42:11,16
42:22 43:13
44:6 45:5 46:22
49:19 50:1,9
52:6,15 53:15
53:21 54:10
55:1,14,21 56:9

56:14 57:1,14
58:5,15 60:1,20
61:8,17 62:17
63:1,11,20 64:9
66:19 67:15
68:17 71:13
72:15 73:17
74:19 76:14
77:12,19 78:4
78:10,16,21
79:5,11,18 80:4
80:12,19 81:15
82:3,9,14,20
83:6 84:9 85:10
87:9 89:10
91:10,16,19
92:10 93:6 95:1
95:12 96:2,11
96:14 97:10
98:10,21 99:6
100:5,16 101:9
104:19 107:9
107:12 109:16
112:10 113:10
115:12 117:9
117:22 121:22
122:2 125:9,16
126:1,3,20
127:7,10
128:15 129:4
130:3,16 132:2
134:1 135:16
137:10 139:1
139:11,14
140:15 141:22
142:18 143:11
143:19 145:1,9
147:4,21
148:16 149:12
150:7,18
152:15 153:1
154:6,12 155:1
155:12 156:8
156:20 157:6,9
158:8,10 159:2
159:7,16
**and/or** 161:9

**Andrew** 34:17,18
35:3,3
**ANGELES** 160:2
**announced**
105:22 118:19
**answer** 3:18 6:18
7:8 16:18 38:3
46:21 47:2
53:13 54:9 56:5
57:2,4 58:8,12
63:21 91:9 93:4
98:1,5 99:6
100:15 107:16
118:16 122:22
123:4 124:9
128:6 133:18
144:14,21
145:7,14,17
146:22 148:17
157:10,21
**answered** 58:11
75:13 145:4
147:15 148:15
150:6,9 155:21
**answering** 6:13
6:14 29:12
73:16 100:12
116:8 151:17
157:16
**answers** 6:10
66:21 162:10
162:13
**anybody** 48:4,6
49:11 50:18
128:17
**anyway** 31:13
38:19 49:18
**Apache** 80:22
81:4,7,19
**app** 12:21 38:6
**APPEARANC...**
2:6
**appears** 18:19
**AppFirst** 65:19
**AppInit_DLL**
40:12,14 90:3
113:17 116:20

VM_HPE_0001843

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 166 of 184 PageID #: 10240

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 2

**Apple** 29:10,16
  29:17,19 30:7
  30:16,20 31:2,4
  32:13 48:21
  49:11
**Apple's** 49:1
**applicable**
  161:13
**application** 12:18
  13:5 15:21 17:6
  17:10 24:8
  25:19 38:7,8,9
  40:15,16,18
  41:3 54:1,2,16
  54:17 55:3,4
  57:6 58:20
  61:19 62:2,5,8
  62:9 70:8 73:7
  83:20 84:8,13
  84:16 86:4 88:2
  90:7,8 102:1,7
  106:1 108:21
  108:22 109:3,4
  110:21 111:4,9
  111:10,13,14
  111:17 112:2
  113:1,4,6,20
  114:13 120:22
  121:12,16
  124:14,16,20
  124:21,21
  127:6 131:14
  133:6 136:4,6
  136:14 156:4
**applications**
  12:13 15:9,10
  15:22 17:3,4,8
  18:11 19:13
  20:18 27:14,19
  34:10 52:19
  55:5 56:1,6,8
  56:11,15,17
  68:15,19,20
  72:3,9 73:13
  77:8,13,22 78:6
  78:18 80:11
  82:4 83:1 84:11

87:3,7 88:7,17
  102:2,16 103:3
  105:6,19
  108:19 109:5
  117:5 124:5,9
  124:11,12
  126:16 132:6
  133:11 136:9
  137:4,16 138:2
  138:12 153:9
  153:16,20
**applications'**
  39:11
**apply** 137:22
**appreciate** 11:7
**approach** 70:4,14
  70:16 89:11
**appropriate**
  162:9
**approximately**
  42:3
**AppZero** 8:4,7
  144:18
**architecture** 12:8
  31:10,12,15,17
  49:1,9 61:16
  104:3
**archive** 3:11
  18:19 25:18
**area** 20:11 29:2,8
  30:9 39:8
**argue** 127:22
**Argumentative**
  98:21
**arrive** 17:14
**article** 43:16 44:9
  44:15
**aside** 48:17 49:4
**asked** 9:22 50:18
  58:10 99:19
  105:2 139:17
  147:15 148:14
  150:5 155:10
**asking** 45:15
  58:7
**aspect** 155:7
**aspects** 151:21

152:1
**assembled** 25:18
**asserted** 13:12
**Assumes** 132:3
**assuming** 131:16
**attached** 162:11
**attempt** 127:21
**attend** 99:3,9
  129:16 131:18
**attorney** 96:21
  141:1 144:8
  145:4 148:11
**attorneys** 97:5
  144:13
**Audra** 1:19 2:4
  4:12 6:8 91:20
  160:4
**August** 2:10 4:22
**Australia** 42:18
  120:19
**AUSTRALIAN**
  3:15
**authors** 43:19
**available** 111:6
  112:1 127:18
  135:19
**AVENUE** 2:12
**average** 104:15
**Avie** 31:4,5,11,20
  31:21 32:8
**avoid** 154:14
**aware** 8:10,12
  15:3 26:8,12,14
  27:3,17 28:3
  89:14 119:14
  122:15 130:22
  150:8,11,16
  153:22 154:4,9
  154:18

_____
              **B**
**B** 3:8 24:14
  124:16,21
  136:6
**back** 23:5 45:7
  46:18 50:1,7
  52:21 59:5 73:6

75:21 92:8 93:7
  94:3 108:17
  109:22 114:6
  114:14 129:9
  132:8,9 137:2
  151:10 152:13
**background** 5:20
  66:9 73:9
**bad** 115:1
**Bank** 52:17
**based** 16:4 21:21
  23:10 26:22
  30:3 51:7 75:11
  76:4,8 99:9
**basically** 9:22
  83:19 111:17
**basis** 147:7
**Bay** 20:11 29:2,8
  30:9
**Bear** 2:16 5:3
**Beck** 34:17,22
  35:6,10,15,16
  35:18,20
  119:16
**began** 17:7
**beginning** 26:12
**behalf** 2:2,8,15
  4:22 5:3
**behavior** 59:14
  90:15 120:17
  125:3 155:9
**behaviors** 136:1
**belated** 53:20
**belief** 145:20
**believe** 152:2
**Bell** 59:4
**Berkeley** 60:3,8
**best** 98:5 123:7
  123:11,15
**better** 127:19
**big** 28:15 90:22
  136:21 137:17
  137:17 142:16
**biggest** 89:22
  91:1 110:18
  112:4 127:15
**Billy** 2:21 4:10

13:18,19,20
  15:19,20 18:13
  24:13 42:11,22
  43:13 44:6 45:5
  71:13 141:22
**binary** 25:19
**binds** 124:15
**bit** 40:8 65:11
  71:9 102:19
  109:21 128:21
**bizarre** 11:6
**black** 19:4
**blanking** 156:14
**blast** 18:22
**blow** 71:16 142:3
**bold** 19:5
**bottom** 15:19
  43:8
**bought** 22:16
**box** 162:9
**break** 7:5,8 45:8
  49:20 50:10
  91:13,21,22
  92:11 128:22
  129:5 138:2
**breaks** 98:8
**brief** 99:21
**briefing** 93:9
**briefly** 23:19
  45:7 94:4 96:2
**bring** 96:4
**broad** 53:12,13
  115:14 135:3
**broadest** 118:1,7
**BSD** 59:9,11,18
  60:3 154:8,16
**building** 12:8,11
**business** 73:7
  75:6,7 117:14

_____
              **C**
**C** 18:14
**c/o** 161:1
**California** 2:18
  20:3,5,7,9 21:4
  21:6,10,18,22
  22:3,14,19,21

VM_HPE_0001844

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 167 of 184 PageID #: 10241

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 3

23:2,11 24:9
27:1 29:9 30:9
32:7 44:2,4
48:9,12 49:14
49:16 60:8,8
67:11 160:1,5
160:22
**call** 93:13 99:20
121:1,1,12,16
131:17 161:15
**called** 7:17 8:6,7
10:13 17:20
19:6,9 20:17
25:19 26:2,3,19
27:4 28:19
31:10 39:18
40:10,11,12
41:1,3,4,13
46:3 49:15
58:17 59:9 86:5
89:6 113:3
116:18,19
121:9,10,16
150:12 151:4
153:22 154:8
**callid** 28:20
**calling** 6:5
**calls** 33:15 39:18
39:20 52:2,12
53:10 54:3 55:7
55:8 56:2,21
57:10,11,18
59:21 60:14,17
61:5 64:5 66:14
67:13 68:6
72:12,21 74:13
76:12 77:9
81:11 86:19
88:13 91:4
92:19 95:7
112:10,12
113:13 121:12
126:22 127:10
130:4 132:4
140:13 142:7
143:4,17
146:17,17

156:9
**camera** 131:15
**capabilities**
59:13 85:8,11
85:21 86:2,21
88:1 90:4
134:22
**capability** 19:9
37:20 40:10
41:12,17,18,21
42:1 44:16,19
59:15,19 63:13
85:1,18 87:6
132:20 134:5,9
136:8,9 141:18
150:20 153:5
153:14 154:17
**capable** 76:15
146:20
**capacity** 101:7
101:11
**caper** 60:13
**capture** 141:9
156:5,18 158:6
**car** 18:3
**career** 26:10,13
**careful** 98:4
**case** 1:5 5:16
13:12 100:3
109:14 121:19
122:21 123:5
125:18,22
126:4 130:1
131:1 161:3
162:4 163:8
**cases** 29:19
**category** 93:22
94:2
**cause** 113:21
120:17 121:6
122:4
**caused** 17:14
112:2 121:3,15
**causing** 121:1
122:7 124:21
**caution** 145:13
**CDT** 1:16 2:3 4:2

159:20
**center** 12:13
136:22 138:9
**centers** 12:15
17:1
**Central** 4:15
**CEO** 8:20
**certain** 18:11
85:2 86:6 116:4
137:3 151:21
**Certified** 160:21
**certify** 160:5,15
**chance** 133:19
135:12 137:7
**change** 58:8
97:14 128:5
163:11
**changed** 127:5
**changes** 39:15,16
40:1 104:9
162:11
**changing** 116:4
**Chase** 52:17
**check** 23:5 50:21
151:22 162:9
**chief** 12:2 22:6
31:3
**chime** 6:17
**chosen** 70:16
**chroot** 58:17,22
85:13,13
**city** 119:12,19
**claim** 131:4,6,8
142:3,5,22
143:13 146:14
**claimed** 148:2
**claiming** 110:8
115:20 116:22
143:1
**claims** 91:2,8
92:17,22 93:1,4
98:15 105:7
140:17,21
141:6,9 142:1
143:21 144:5,6
144:8 145:5
146:2,5,20,21

147:3,6 148:5,7
148:8,18 149:3
149:11,17
155:8,10,10,11
155:22 156:5
156:18,22
157:18,21
158:2,15
**clarification** 7:3
15:17 28:17
58:1 97:8
152:19
**clarify** 15:12
35:19 45:14
58:6 80:18 96:3
96:3 147:12
158:1
**clarifying** 124:3
**clear** 86:7 122:15
125:21
**clear-cut** 28:9
**clearly** 86:8,10
**close** 45:6 59:17
106:3 132:12
**closed** 36:18
**code** 25:17 28:9
36:17 88:16,22
104:17 106:11
107:2 111:16
114:11 135:20
**collect** 5:15
**Column** 71:15
142:2
**Comay** 34:18
35:3,5 36:2
119:16
**come** 32:9 93:16
93:17,19,20
161:7
**comes** 111:21
124:14,16
**comfortable** 93:2
97:18 128:12
128:17
**command** 58:17
58:19 83:11,13
83:13,14,17

85:13,14 86:5
116:13,18,22
117:2
**commands** 104:6
104:11
**comment** 126:9
**committed**
129:18
**common** 72:4
81:14,17 89:1
108:6 126:18
**commonly**
109:18
**commonplace**
63:10
**communication**
95:22
**communications**
98:7
**community**
134:16
**companies** 10:14
30:19 65:17
69:12,17 70:19
71:2,6 94:7,15
133:7
**companies'** 70:3
**company** 7:17
8:6 10:13 22:14
22:16 23:10,20
26:19 67:16
75:18 94:15
117:14 158:14
**compare** 68:4
143:22
**compared** 152:10
**comparison**
149:3 150:21
**compatibility**
136:20
**compatible** 77:4
79:20 80:2
136:19
**compelled** 93:20
**compensation**
11:14 97:2
**complete** 7:12

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 168 of 184 PageID #: 10242

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 4

160:13 161:6 162:10,12
**components** 136:11
**compute** 72:4
**computer** 18:1,6 72:18,18,19
**computers** 51:21 72:6,7,9 73:19 74:3
**computing** 19:7 19:10 20:18,21 71:10,19 76:9 135:10
**conceived** 118:3
**concept** 49:10
**concepts** 15:8 112:6 146:15
**concern** 6:21
**concerned** 36:14
**conclude** 152:4
**concluded** 159:11
**conclusion** 54:5 55:9 56:22 57:11 59:22 60:18 64:6 72:13,22 74:14 76:13 81:12 86:19 88:13 91:5 92:20 95:8 112:12 126:22 127:8 142:8 143:4 146:4,17 152:4
**conclusions** 56:3 68:7 77:10 143:17
**concrete** 87:10
**confident** 149:18
**configuration** 81:7,17,20 84:7 114:12 136:18
**configure** 83:17 87:22
**confine** 56:1
**confirm** 131:3

159:1
**conflict** 125:5,14
**conflicting** 112:22
**conflicts** 154:14
**confrontational** 36:20
**connected** 51:22 74:10
**connection** 8:16 73:3
**consent** 161:22
**consider** 134:21
**considered** 63:10 74:8
**consistency** 138:9
**consistent** 68:16
**constructions** 131:4,8
**consultant** 97:2
**contact** 21:16
**contacted** 99:19
**contain** 80:13
**container** 21:1 38:5 53:18 54:2 54:3,17,18 55:4 55:6 56:1,11 57:6,9 59:18 61:4,11,20 62:9 62:10,11 64:11 64:20 69:3 80:5 80:13,15,21 81:4,8,8,20,21 81:22 82:5,6,17 83:2,3,7,10,19 83:21,22 84:11 84:20 87:2 88:2 102:10 109:2,6 109:7 111:14 114:9 122:11 132:20 134:21 135:4 136:5 141:18 143:14
**container's** 62:20
**container-speci...** 114:3 123:2

**container-type** 123:21
**containerd** 66:4 66:7,8 71:3,5,7 94:6,17 95:4
**containerization** 127:16 131:14
**containers** 15:1,4 16:15,21 17:15 17:16,20 18:9 18:10 19:7,10 20:7,19,22 22:11 53:8,12 53:13 55:22 57:16 60:11 63:3 65:8 68:9 68:14 78:12,17 78:22 79:8,14 79:20 82:10 101:17,20 102:12,13,21 103:3,4 104:8 104:11 105:4 107:14,19,20 108:5,9,11,17 118:2,3,8,8 119:2 122:17 124:6,11 132:8 132:9 150:13
**contents** 43:3
**context** 54:20 55:10,12,15 56:13,16 57:21 58:4 62:6 65:7 109:8,12 112:16 122:16 123:21 124:6 151:18
**continue** 133:10 138:12
**contractor** 65:20
**contrasting** 40:4
**controller** 18:3,4
**controlling** 18:5
**conversation** 11:19 32:7 96:7 96:15 99:18,21

99:22 100:1 139:18 144:7 149:20
**conversations** 35:11 144:13 145:18,19 157:2
**convince** 107:4
**cooperate** 100:21 101:3
**copies** 88:10
**copy** 14:8 24:21 83:21 84:2,4,5 84:10,18 161:8
**copy-on-write** 89:6
**copying** 135:22 161:21
**Copyright** 161:20
**corner** 15:19
**Corp** 1:5 4:6 7:17 8:7 161:3 162:4 163:8
**corporate** 12:13 12:14 16:22 17:1 20:4 73:7
**Corporation** 3:13 5:1 18:20 19:1 20:2,6
**correct** 11:20,21 13:9 14:20,21 19:11,13 20:3 20:10,15,16,19 21:1,2 23:14,15 24:11,12 25:4 25:14 26:7 27:1 27:7,8,11,15,20 27:21 28:1,2 30:6,22 37:10 40:5 41:15,19 44:2,5 46:10,13 46:16 47:6,9 56:19 61:20,21 62:12 66:2 67:18 69:10 74:20 75:10

77:15 83:5 85:9 94:8,10 99:15 100:3,4 104:18 106:13 107:7 110:9,10,13,14 116:22 117:1 126:19 131:11 140:11 148:12 150:22 160:13 162:9,12
**correctly** 118:16
**corresponding** 43:8
**cost** 19:21
**counsel** 2:6 3:18 4:18 11:11 96:1 100:15 159:14 161:9,12
**COUNTY** 160:2
**couple** 9:21 10:15 33:9 91:11 113:11 120:12,18 139:6 140:8
**court** 1:1 4:8,11 6:9 93:7,11,12 97:14 131:1,5 131:10
**cover** 5:19 42:18 43:16
**covers** 110:11
**CPU** 31:17
**Cramer** 1:19 2:4 4:12 160:4
**crash** 124:18
**create** 39:7 68:14 83:19 84:5 89:6 101:22 102:15 132:20
**created** 51:3 83:8 102:10 136:16
**creating** 15:9 65:8 123:21
**Cribl** 65:21 66:20,22 67:1,2 67:6,16,22 75:9 75:16 95:2

9/10/2024                    VirtaMove Corp. v. Amazon.com, Inc., et al.                    Donn Rochette

Page 5

critical 111:20
  114:1 135:10
  136:2
cross 154:3
crossed 70:21,22
CSR 1:19 2:4
  160:4
Cupertino 30:9
  32:11
currently 29:19

**D**

D 3:1
D.C 1:21 162:2
  163:3
DALLAS 2:13
Daniel 34:19
  35:4
data 12:13,15
  15:21 17:1
  52:21 73:9 88:9
  88:11,21 89:1
  114:12 136:22
  138:9
date 4:14 16:5
  34:8 51:14
  52:14 65:4
  161:4 162:5,17
  162:22 163:10
  163:22
dated 43:5
dates 7:21 23:5
  64:15
Daubert 68:7
  76:13 77:10
  81:11 88:14
  91:4 92:20
  142:8 143:5,18
  146:18
David 34:18 35:3
  35:5 36:1
  119:16
David's 35:5
day 127:6 160:17
days 30:14,16,18
  34:8 59:3 65:2
deal 137:17,18

decision 69:11,13
  69:15 145:11
declined 11:12
deep 31:5,16
  46:19 89:9
defend 96:21
  128:3,7,7 130:2
  130:8 157:21
defendant 125:17
Defendants 1:10
  2:2,15 5:3
defense 126:4
  129:17
define 18:9 38:7
  86:22 87:1
  119:1
defined 90:11
  103:17 104:8
  105:11,11
  118:5 138:7,15
defines 90:4
defining 87:20,20
  87:21
definitely 26:16
definition 53:13
  71:18 132:7
degree 130:20
denied 107:2
depending 84:14
  84:16
deploy 108:19
deponent 161:4,7
  161:9
deposed 5:17
deposition 1:13
  2:1 4:5 6:7
  95:21 96:21
  98:9,13,19
  100:8,22 101:4
  145:17 159:11
  159:21 160:7
  160:10 161:4
  161:12 162:5,7
  163:10
describe 68:12
  109:3 131:6
  132:17 158:12

158:17
described 17:15
  44:14 52:4
  68:10 97:13
  104:12 112:18
  113:18 115:9
  115:10,13
  117:2,7,10,21
  118:14 120:5
  122:12,18
  125:15 126:6
  147:17 155:9
  156:6,19 158:7
describes 102:17
  102:20,22
describing 93:11
  115:16 142:14
description 3:9
  17:2 158:12
design 12:7 104:2
designating
  131:1
Despite 135:3
detail 33:3,4 89:5
  106:17
details 107:6
  151:8 152:8
determine 17:9
  86:1
develop 20:14
developed 20:22
  37:19 68:5
  140:1 155:7
developer 12:3
  23:22 24:9
  48:20 68:12
developers 21:17
  28:4 30:11,13
  34:3 49:13
  51:20 52:7 53:6
  53:16,22 54:15
  55:2 57:15
  60:10 61:2
  62:18 63:2 64:2
developing 20:7
development
  65:9,14

device 74:5
difference 36:12
  69:22 80:1
  88:21 89:22
  90:1,22 91:3
  92:16 103:16
  105:3 123:17
differences 36:9
  36:13 39:3
  68:11,13 89:14
  89:18,19 93:2,3
  103:15 105:5
  105:10,14,17
  119:3 141:4
different 18:12
  22:14 38:18,18
  40:3 51:21 52:9
  69:7,9 73:21
  74:7,17 88:10
  89:7 90:14 94:7
  102:13,17,21
  103:10,12,13
  103:14 104:1,3
  104:4 115:9
  118:6 120:12
  120:15,18
  133:1 134:18
  135:3 136:6
  145:21 146:5,7
  147:6,16,19,20
  152:7 153:6
differentiate
  74:16
differently 38:17
difficult 17:2
  56:4 63:7,8
  70:3,10,13
  92:21 104:15
  104:21 139:6
Digital 1:20 4:12
  161:19,20
  162:1 163:1
direction 12:9
  122:10 123:1
  160:12
directly 121:8
disclosed 117:21

118:14 148:2,4
discloses 110:11
disclosure 149:3
  149:7
disclosures 16:3
discovery 19:18
  19:19,22 46:19
  46:20 54:8,9
  55:9 64:7 142:9
discuss 36:7
  97:20 157:8
discussed 32:21
  36:9 52:17 53:3
  106:4 141:5,10
discussing 15:8
  16:10 31:16
  106:6 110:5
  112:15
discussion 13:15
  31:1 37:5 42:15
  87:11 91:7
  97:10 106:20
  125:20 134:13
  159:13
discussions 16:22
  51:1 107:6
  151:12 157:14
  157:17
disparate 15:10
  68:15,18 69:4,6
  71:10,19 76:9
displayed 102:11
dissolve 107:5
distinct 88:22
distinctions
  141:9 148:22
Distribution 60:4
District 1:1,2 4:8
  4:9
diversion 29:18
DIVISION 1:3
DLLs 26:3
docker 64:16,19
  64:20 65:1,5,10
  65:12,16,18
  66:1,9,10,13
  67:3,11 68:4,9

VM_HPE_0001847

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 170 of 184 PageID #: 10244

9/10/2024                    VirtaMove Corp. v. Amazon.com, Inc., et al.                    Donn Rochette

Page 6

69:12,18 70:16
70:19 71:3,4
75:22 76:4,5
94:4,6,16 95:3
109:10,15,18
**docking** 109:10
109:15
**document** 3:22
13:21 18:14
42:7,12
**documentation**
145:3
**documentations**
85:21
**documents** 13:15
**doing** 31:5,6
36:10,16,22,22
37:3,6 38:17
39:4,5 40:4
49:9 84:15 95:9
96:8,9 97:15
103:11 106:21
108:14 117:6
118:7 120:14
120:16,20
135:3 146:6
151:1
**Donn** 1:13 2:1
4:6 5:5 6:2
14:18 46:20
54:8 159:21
161:1,4 162:5
163:9
**doubt** 48:15
**draft** 159:15
**due** 41:9
**duly** 5:6 160:7
**duplicate** 86:15
**dynamic** 26:4,6
40:17 116:2

**E**

**E** 1:19 2:4 3:1,8
42:12 160:4
**earlier** 16:9
44:17 51:2,17
53:3 66:21

**F**

67:21 84:22
85:14 90:2,9
101:13 102:11
105:21 106:4
110:5 113:18
116:14 120:1
140:17 150:19
151:20 153:4,8
153:9 154:13
**early** 8:1 15:5
22:22 26:10,13
30:14,17 34:7
59:2
**easy** 152:4
**eat** 92:3
**effect** 40:22
113:19
**effectively** 91:9
**either** 97:4 98:9
109:13 121:7
125:7 126:7
131:4 140:21
144:18 149:1
**elaborate** 102:19
**electronically**
161:21
**elements** 31:7
111:20 135:11
136:2
**email** 33:16,16
97:4,7
**embedded** 17:22
18:6 56:8
102:15 108:19
**employ** 108:21
**employed** 21:21
75:2
**employees** 21:20
**employer** 17:17
**enabler** 142:16
**enabling** 122:8
**Encore** 22:13
**ended** 158:2
**enforce** 61:22
**engine** 18:3
**ensure** 111:6,17
**entire** 33:22

**entitled** 19:18
43:16
**entry** 43:9
**environment**
13:6 15:9 17:8
38:5,13 69:2,4
77:14 78:7
103:2 123:22
138:10 139:5
**environments**
69:6 70:4 71:10
71:19 72:5
76:10 102:1,1
136:5 138:6,8
**envisioning**
16:11 17:7
**equivalent** 26:5
**errata** 161:11
162:11 163:6
**error** 124:18
**ESQUIRE** 2:11
2:17
**essentially** 39:19
**et** 4:7 161:3
162:4 163:8
**Europe** 75:19
**event** 160:16
**everybody** 50:2
91:15,17
137:19
**evidence** 1:20
4:13 19:21
132:4 161:19
161:20 162:1
163:1
**exact** 3:21 23:5
51:14 132:14
**exactly** 59:17
88:3
**EXAMINATI...**
3:2 5:11 95:14
139:13 155:15
**examined** 5:7
160:6 162:7
**examiner** 149:16
150:3 151:16
**examining** 15:8

149:17
**example** 28:14
28:16 29:16,17
29:21 30:1 41:4
52:16 62:1 73:6
73:9 81:1 86:22
87:11 90:14,15
110:21 111:12
120:20 121:5
125:1 136:3,12
137:18
**examples** 28:3,7
29:10,14 52:4
52:14 58:13
85:15,16
115:18 123:8
123:10,12,20
124:13 139:7
**exceeding** 19:17
**exchanged** 73:4
**exchanges** 33:16
33:17 97:4
**Excuse** 30:15
55:20 84:3
**executable** 25:20
25:21 77:7,22
86:7
**execute** 78:6 86:5
**executed** 77:14
89:1
**exemplified**
59:14
**Exhibit** 13:21
14:2,6 18:14,15
18:18 24:14,14
24:15,19 25:9
42:12,13,17
71:14 114:15
114:21 142:1
**exhibits** 3:20
**exist** 105:5,12,14
105:18
**existed** 114:8
**existent** 41:5
**expect** 28:11
**expected** 29:20
**experience** 28:4

31:15 51:7 76:4
76:9
**expert** 127:11
131:1 142:8
143:4,17
146:17
**explain** 12:4
36:21 40:7 93:9
106:16 137:8
144:9
**explained** 9:19
97:12,14,16
106:14,17
**explicit** 61:14
**express** 161:22
**expressed** 100:2
**extent** 126:21
127:10 145:13
157:13
**extremely** 146:6

**F**

**face-to-face**
33:14
**fact** 9:19,20
10:13 19:22
46:19 54:7
106:15 126:5
126:17 128:12
129:18 135:14
144:17 148:18
**facts** 100:9 132:3
**Fahnert** 2:21
4:10
**fairly** 107:22
**fall** 114:6
**familiar** 9:1
25:22 26:19
36:3,6 48:13
58:16 59:8
**far-reaching**
10:22
**farfetched** 11:6
**feature** 28:18,20
32:17 89:6
116:19
**features** 39:7

VM_HPE_0001848

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 171 of 184 PageID #: 10245

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 7

103:14
**federal** 99:9
**feel** 104:5 128:6,8
130:7,13
142:14 146:20
**feeling** 34:12,13
36:15
**fees** 138:5
**felt** 112:7
**Fenton** 14:19
21:5
**field** 24:3
**fifteen** 96:16
**file** 39:8 47:16,18
48:18 57:17
58:20 81:7,17
81:20 82:11
85:12 111:7,9
111:10 113:3,7
114:3
**filed** 4:7 15:15,16
16:1,13 24:8
27:14,18 34:10
34:15 102:7
103:8 105:6,19
109:13 117:4
126:15 127:6
128:1 132:1
137:13 140:11
156:1
**files** 38:11,14
54:3,18 57:8
77:4 78:18
79:19 80:14
81:6 83:3,9,15
84:5,10,12,13
84:14,15 111:4
122:11 123:2
123:13 136:18
**filing** 16:5 101:21
117:18 118:11
137:7 156:3,16
**find** 28:11 114:5
123:9
**fine** 32:1 37:7
50:3 129:2
147:11 153:3

**finish** 6:12,14
91:15 157:10
157:16
**finishes** 6:18
**firm** 101:10
**firms** 96:18
**first** 5:6 13:18
14:14 15:3
16:14,21 17:13
25:3 26:8 40:21
41:9 42:2 45:3
59:4 64:22
79:17 94:12
95:19 129:15
143:14
**five** 50:1 91:20
129:13
**five-** 128:22
**five-minute**
49:20
**FLOOR** 2:17
**Florida** 35:14
**focus** 137:11
**focused** 12:12
17:22
**focusing** 24:5
**folks** 30:21 31:2
33:19 36:8
106:5
**follow** 6:8
**follow-up** 53:1
138:18 139:16
**follows** 5:7
**forbidden** 161:21
**Force** 65:20
**foregoing** 160:7
162:7
**foremost** 79:17
**forgot** 59:10
**form** 52:19
132:20
**format** 6:8
**formed** 9:20
**forming** 52:22
**forth** 38:14 39:13
70:3,9 158:14
**forward** 161:11

**found** 114:4
**foundation** 9:4
16:16 17:18
52:1,11 53:9
55:8 60:15 61:6
63:17 64:6
81:12 86:18
88:12 90:10
113:14 117:11
117:22 121:22
122:2 127:8
130:4 132:3
143:3,16
146:16 150:15
156:9
**four** 21:11 43:19
65:22 69:12,17
71:2,6 94:7,15
**Francisco** 67:1,3
67:5 75:11,15
**fraud** 129:18,22
**free** 145:10 159:6
159:7
**frequently** 75:17
**friends** 37:6
**front** 52:20 73:8
85:19
**fu** 41:4,4,7
**full** 6:1
**full-feature**
134:9
**function** 39:18
40:7,9 41:3,12
41:18,21 42:9
44:15 70:2
86:16 90:9,19
103:1,5 113:21
116:17 120:6
121:1,9,11,13
121:16 122:10
122:16 123:1
136:8,10 146:8
146:12 155:3,6
**functionalities**
48:19
**functionality**
28:5,10 32:13

48:9 64:4 66:11
85:2 86:13,15
87:13 111:22
135:18 143:15
**functionally**
44:18 120:6,7
**fundamental**
89:18 104:2
119:2
**further** 95:12
139:13 155:13
155:15 160:15

------

**G**

**Gabriel** 34:18
35:4
**gained** 41:20
106:10
**garbled** 28:15
57:22
**general** 5:19
**generally** 14:22
25:13 100:2
101:16 119:12
124:7 132:7
**gentleman** 49:15
**George** 49:15
50:11,17
**getting** 10:1
19:22 46:18
54:7
**give** 7:8,21 13:22
28:14 44:1
50:13 52:16
58:20 91:12
127:13
**given** 128:9
162:10,13
**go** 6:17 11:2
13:20 16:18
23:5 29:6 42:22
43:13 44:7 45:7
72:16 73:6 86:4
93:7 112:13
113:15 114:2
122:1 129:4
137:2 142:1

151:10 152:13
157:15 159:6,7
159:8
**goes** 59:5
**going** 6:7,9 13:14
13:17 29:15
42:7 45:9 46:17
49:21 50:4 87:3
87:7 89:4 91:19
92:5 93:8,16
98:2 128:21
129:6 135:7
152:6 157:11
159:10
**good** 12:21
130:13
**gosh** 7:21 38:3
89:4
**governing** 161:13
**GREENVILLE**
2:12
**group** 1:20 3:16
4:13 33:22 34:3
42:19 66:18
161:19,20
162:1 163:1
**grouping** 25:17
**groups** 30:10,12
**guess** 145:10
**guy** 35:14 157:22
**guys** 36:14
134:14

------

**H**

**H** 3:8
**hand** 160:17
**happen** 89:3
**happened** 45:16
93:11
**happens** 40:13
**happy** 7:4
**hardware** 17:5
31:15 74:4,6
**head** 7:22
**heading** 44:9
**headquartered**
30:8

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 172 of 184 PageID #: 10246

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 8

**headquarters**
20:4 34:4
**hear** 64:22
109:14
**heard** 64:16 66:3
100:7 151:3
**hears** 131:19
**held** 42:15
159:13
**help** 5:15,20 9:9
11:3 13:15 39:1
73:15
**helped** 20:14
**helpful** 5:16
133:14
**heretofore**
135:18
**hesitate** 161:15
**hey** 35:16
**high** 38:16
101:19
**highest** 38:20
**Hold** 19:15
**home** 6:5
**homepage** 3:12
18:19
**honest** 98:5
**honestly** 63:9
156:21
**honesty** 94:1
**hope** 5:15
**hopefully** 76:2
92:2 129:14
**host** 53:17 63:4
**hosted** 79:1
**hour** 45:9 49:21
91:20
**hours** 33:10
**hypothetical**
81:11 113:14
156:10

**I**

**idea** 143:13
**identification**
14:3 18:16
24:16 42:14

**identified** 8:19
9:14,19 141:15
**identify** 4:18
40:14 92:16
**identifying** 119:4
**imagine** 80:20
**immediately** 62:7
**implement** 89:5
104:8,11
110:19
**implementation**
12:7 93:3 149:6
149:7
**implementations**
33:5
**implemented**
28:12 36:16
39:13 45:20
46:1,2,4 47:18
48:2,10,11,19
49:6 70:1 86:2
86:10 103:13
110:20 113:22
135:20 142:6
149:9
**implements**
66:10 121:6
**imply** 108:15
**important** 62:4
136:21 137:20
**impossible**
104:21
**impression**
106:12
**Improper** 156:9
**include** 76:19
137:22
**includes** 47:8
**including** 31:8
161:21
**Incomplete** 81:10
113:14
**inconvenience**
19:21
**incorporating**
32:13
**independent** 90:7

**indicate** 3:21
**individual** 50:11
**inform** 125:17
**information** 5:15
73:3 149:14
150:2 151:15
**informed** 100:14
100:18 141:5
**infringement**
125:18
**initial** 16:3
**initially** 37:8
106:9 107:1
**inside** 45:20
47:19 53:8 81:4
81:7,19,20 82:4
83:1,21
**instance** 12:18
38:14 46:5
80:22 81:3,19
88:8 89:7
**instances** 17:5
74:2 79:17
**INSTRUCTED**
3:18
**integrity** 128:3
**Intel** 31:13
**intends** 126:4
**intent** 61:13
102:14 147:1
156:5,17 158:3
158:5,11,13,16
158:17
**intention** 149:10
**interaction** 32:8
149:20
**interactions**
33:19
**interest** 140:10
**interested** 10:1
31:14 140:6
160:15
**interfering** 55:5
56:17 57:8
**internal** 37:1
88:9
**internals** 37:2

39:9,10 90:17
106:22
**interposition**
44:10,14
119:22 120:5
121:11 136:9
**interposition/f...**
121:14 122:9
134:10
**interrupt** 113:12
**interruption** 29:7
**introduced** 59:1
59:2,3
**invalid** 126:5,8
**invalidate** 127:21
**invent** 116:22
**invented** 112:8
**invention** 115:20
122:13,18
126:19 128:1
133:20 135:13
135:19 137:8
142:5 143:1
158:12,18
**inventions**
126:17
**inventive** 101:20
102:3 110:16
112:6,16 127:3
131:22 133:5
134:12,18
135:14 151:21
152:10
**inventor** 14:15
25:4 94:9,12
110:9 126:13
126:14 128:4
128:13 130:11
**invitation** 32:9
**involved** 9:22
10:2,4,9 98:17
100:3 158:16
**involvement** 10:8
11:3
**Iowa** 6:6 14:19
21:5 23:4,9,12
23:16 24:11

74:20 75:3,6
**IP** 63:4,8 86:22
87:20 111:13
111:15,18
122:11 123:2
124:14,18
136:5,6 139:4
**IRVINE** 2:18
**isolated** 38:12
**issue** 94:4 109:14
**it'll** 95:16

**J**

**jails** 59:9,11,18
**Jeremy** 2:17 5:2
96:11 98:10
101:9 139:10
152:14 155:20
159:1
**jeremy.anapol...**
2:19
**job** 17:20 107:13
**John** 34:17,22
35:6,15,16,18
35:20 119:16
**join** 98:20
**joining** 6:3
**judge** 6:20
131:17 133:19
137:8
**jury** 131:17,19
131:21 133:20
133:22 135:13
135:15 137:8

**K**

**Kabat** 2:10 4:22
**keep** 95:9 100:12
**kernel** 28:6,9,11
29:22 30:1
32:14 39:8,10
39:14,16,17
40:1 45:21,22
46:7,13,15 47:6
47:20,21 49:2
60:12 77:2 79:1
79:6,12,16,20

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 173 of 184 PageID #: 10247

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 9

knowing 128:12
knowledge 37:1,2
  129:20 140:3
  149:13
known 49:10
knows 137:19

**L**

L.L.C 162:1
Labs 59:4
lacks 113:14
  117:11 127:8
  130:3 132:3
  156:8
language 143:12
large 12:15 51:20
  66:10
largely 38:19,19
larger 18:2,5
  70:3
lasted 96:16
late 44:22
law 99:2,8 101:10
  130:20
lawsuit 9:20
  10:20 11:9
  98:18
lawyer 72:1
  130:19 141:8
  157:1,14
lawyers 96:17
  158:14
LD_Preload
  40:12,13 41:13
  41:16 90:3
  113:17 116:18
  120:20 121:8
  123:19 155:2
LD_Preload/A...
  40:19 41:10
LDD 86:5,5
leading 57:19
  60:15 61:6 64:7
  77:17 81:11
  85:6 86:19
  88:13 94:20
  95:7 100:5

80:2,3,6,6,9,11
85:3,9 86:3,14
86:17 87:2,4,6
87:8,19 90:16
104:7,10,14,17
110:20 112:1
kernel-space
  135:20
kind 29:11 70:4
  70:14 108:5
  127:15
kinds 90:20
  127:17 133:12
knew 51:9 58:14
Knobbe 2:16 5:2
  101:10
know 7:6,13 18:4
  23:3 28:22
  29:19 30:7 35:7
  35:10,15,16
  41:20 44:12
  48:9,16,17 49:4
  49:12,17 50:14
  51:2,20 52:8
  53:7,17 54:1,16
  55:3 57:16
  58:22 60:2,11
  60:22 61:1,3
  62:19 63:3 64:3
  64:10 66:17,17
  67:2,11 68:11
  68:14 71:21
  80:22 82:15
  83:7 86:12 88:9
  91:2 93:9 98:19
  99:1 115:20
  116:3 119:9,19
  125:4 126:11
  131:12 132:14
  133:1 134:19
  140:7,7 141:12
  147:3 148:8
  149:21 151:9
  153:19 154:15
  154:21 155:6
  155:11 156:22
  157:19,20,20

104:19 107:9
126:20 128:15
learn 16:14 44:19
  44:20,21 85:17
learned 16:21
  45:1
led 27:19 32:7,8
  105:20 117:5
  117:19 118:12
left 15:19 51:12
legal 54:5 55:8
  56:2,22 57:11
  59:21 60:17
  64:6 68:6 72:13
  72:22 74:14
  76:13 77:9
  81:12 86:19
  88:13 91:5
  92:20 95:8
  112:12 126:22
  127:7 142:8
  143:4,17
  146:17 157:19
lengthy 37:4 38:3
Leonard 34:18
  35:4
let's 41:4 109:20
  112:21 113:3
  129:4 141:14
level 38:16,20
  101:19
lib 87:16
libc 121:10,13,18
libnetwork.so
  87:15
libraries 25:14
  26:1,2,4,9,15
  27:15,18 28:1
  28:13 31:8
  39:19 40:18,20
  40:22 43:10,17
  47:13 48:3,10
  70:2,9 86:3,6,8
  86:9,11,21 88:5
  89:12,16,17
  90:8 110:6,9,16
  111:4,16 112:2

112:22 114:1
115:11,17,18
115:21,22
116:1,5,7
135:11 136:18
library 25:16
  26:6,6 28:6,10
  32:15 39:20
  40:10,14,21
  41:5,6,7,8,9
  47:12,22 48:2
  64:4 85:4 86:13
  86:15 87:12
  88:6,8,10,16,18
  88:20 90:2,6
  103:1,5 110:12
  111:8 113:3,7
  113:18,21
  114:2,2,8
  116:15,16
  121:2,4,6,7,10
  121:17 122:5,8
  154:8,16
license 70:20
  94:16 95:3
licenses 138:11
licensing 59:16
  138:5
lightly 18:12
limit 61:3,10
limitations 139:3
limited 19:20
  100:9 143:8,8
limiting 61:15
limits 82:16
line 3:18 19:16
  46:18 48:7 54:6
  60:21 83:11,17
  152:21 155:17
  163:11
lines 71:15 97:20
  129:13
link 26:4,6
linked 25:18 26:1
LinkedIn 8:14,18
  9:11 99:14,19
  140:9

linking 121:7
Linux 19:13
  20:15 26:11
  29:22 37:9,12
  37:13 40:11
  64:14 102:2,16
  108:21 127:17
  132:17 133:13
  134:8 142:6,17
  143:15 150:12
  150:13,16,20
  150:22 151:4,7
  151:15 152:1,3
  152:11,12,18
  152:21 153:2
  154:5,7
list 34:22
listed 14:14 25:3
  146:11
literally 28:9
little 40:8 71:9
  102:19 109:21
  128:21
live 22:20 119:9
  119:20
lived 22:18
living 23:1
LLC 1:8 163:1
LLP 2:16
load 40:17,20,21
  113:17 121:5,7
loaded 40:15
  41:9 88:16 90:6
  116:5 121:3
  122:5,6
loader 40:17 41:2
  41:7 116:2
  121:7
loading 122:8
local 77:4
located 20:3,5
  29:1,8 66:22
  67:1
locations 19:20
log 62:20
logical 156:11
long 7:22 21:12

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 174 of 184 PageID #: 10248

9/10/2024              VirtaMove Corp. v. Amazon.com, Inc., et al.              Donn Rochette

Page 10

24:2 27:13 33:7
50:17 88:4
96:13
longer 117:13
look 6:20 32:1
38:15 74:3 86:9
91:8 113:8
114:2 131:15
132:22 143:21
144:5 151:10
152:3
looked 25:9
38:16 101:13
115:3
looking 27:7
115:5
loose 108:10
loosely 17:20
18:9 107:13,16
107:19
LOS 160:2
lot 11:1 36:13
67:10 68:11
90:10 106:17
151:9 155:2
lots 31:16 33:2
49:7 107:5
127:18
low-level 33:2,4
lunch 91:13 92:3

M

M 1:21 162:1
163:2
M-a-r-r-o-w
50:15
macOS 29:18
30:1,2
main 2:17 110:1
maintain 136:20
major 79:22
138:14,19
making 97:17
116:6
manage 136:10
138:10
management

52:21
managing 40:22
manipulate
39:21
manner 3:20
mark 13:18,20
18:13 24:13
42:11
marked 14:3
18:16 24:16
42:14
marketing 108:7
Marrow 49:16
50:11
Martens 2:16 5:3
101:11
matter 4:6 161:6
mean 10:19
15:15 68:18
69:4 72:19 76:5
85:15 107:18
108:5,10 120:7
120:10 124:8
127:12,14
meaning 69:5,7
76:16
means 71:21
108:2
meant 72:2 76:5
149:7
mechanisms
39:13
medication 7:13
meet 30:12 32:9
32:10
meeting 37:18
106:4,7,13
119:8
meetings 36:4,8
member 101:10
memory 35:17
62:1 78:13
88:17 89:4,7
mention 29:16
151:2
mentioned 41:11
50:11 66:20

67:21 69:12
71:11 84:22
116:14 119:6
119:15 139:18
merit 11:7
merits 10:19
met 30:10,16,17
30:20 31:3
32:12 33:22
35:11
microkernel 31:6
108:18,20
microprocessor
31:10,12
Microsystems
26:22 27:4
28:19 33:20
35:8,21 36:8
37:19 43:20
51:1
Microtec 22:15
22:16 23:20
MIDLAND/O...
1:3
migrate 17:3
Mike 26:20
mind 70:21,22
minute 112:21
minutes 50:1
91:20,21 96:16
mischaracterizes
85:6 98:22
149:5
mode 31:17 46:7
46:9 85:9
135:10 136:1
151:4,7,15
152:1,3,11,12
152:17,21
153:2
modifications
70:7 104:7
modified 39:8
modifies 70:6
modify 84:6
modifying
104:13

moment 14:1
151:13
monitor 62:19
monitoring 65:10
months 8:13
140:8
motion 97:13
Mountain 44:2
move 28:9 64:3
moved 23:4,9
24:10 29:20
31:13 113:4,6
moving 28:4 85:1
135:21
multiple 12:17
17:8 33:12 38:6
56:11 65:14
68:14,15 76:17
78:12,17 88:19
122:3 139:4
multiple-user-...
31:7

N

N 3:1
nail 158:15
name 4:10 6:1,2
8:20,22 12:20
22:17 31:4,19
34:2 35:5,13,15
36:3,6 87:16
114:3 162:5
163:9
named 14:14
25:3 50:11 94:9
94:12 160:6,11
names 33:21
34:17 87:14
88:3 119:17
namespace 41:1
113:19
NASA 35:13
nature 62:2
122:12,17
123:3,14
near 21:5
necessarily 3:21

73:4
necessary 6:20
83:9 110:4
need 6:21 7:5
54:11 70:11
84:15 92:3
128:7,8,13,16
130:7 138:1
159:14,17
needed 70:20
84:6 94:15 96:4
96:4 113:2
130:14
needs 46:21 95:2
net 87:17
network 51:22
73:3 74:10,17
87:16,17 88:1
networking
38:12 45:11,19
47:8 49:5 86:21
88:6,20 123:13
125:1 136:11
146:9,12
never 70:21,21
94:14,19,21
140:3
new 32:17 51:4
52:18 108:5
113:8 131:22
135:14 137:16
137:21
newer 17:4,12
113:4 133:6,9
136:17
Newsletter 3:16
42:19
Nigel 8:22 99:12
139:19
non-open-sour...
70:9
normally 28:11
32:14 85:2
northern 6:5
20:9 21:4,6,9
21:18,22 22:3
22:14,18,20

VM_HPE_0001852

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 175 of 184 PageID #: 10249

9/10/2024                    VirtaMove Corp. v. Amazon.com, Inc., et al.                    Donn Rochette

Page 11

23:2 24:9 27:1
32:6 44:4 48:8
48:12 49:14,16
60:8 67:11
**NOTARY**
162:22
**NOTE** 3:20
**noted** 47:1
162:11
**noticing** 161:12
**noting** 161:12
**number** 3:17
17:4 110:18
123:9 124:18
124:19 125:5
125:14 138:11
139:3 156:14
**numbers** 51:21
**numerous** 48:12
**NW** 1:21 162:1
163:2

**O**

**object** 19:16
46:17 62:15
100:7
**objecting** 54:6
152:20
**objection** 6:19
9:4,8,9 16:16
17:18 27:9 29:3
46:14,22 52:1
52:11 53:9,20
54:4 56:2,12,21
57:10,18 58:10
58:11 59:21
60:14 61:5
63:14 64:5
66:14 67:13
68:6 72:12,21
74:13 76:12
77:9 81:10
82:19 85:5
86:18 88:12
91:4 92:19
94:18 95:5
98:21 100:5,13

107:9 109:16
112:10 115:12
117:9 125:9
126:20,21,21
127:7 128:15
130:3 132:2
140:13 142:7
143:3,16
144:10 145:6
146:16 147:13
148:14 149:4
150:5,14 154:2
154:10,19
156:8
**objections** 6:16
6:21 54:19 55:7
55:18 61:12
62:13,21 63:5
77:16 78:2,8,14
78:19 79:3,9,15
79:21 80:8,16
82:1,7,12 83:4
84:1 99:5
113:11 134:1
135:16 137:10
139:1 156:20
158:8
**objectives** 38:20
**obligated** 54:9
**obtaining** 59:14
**Obviously** 127:1
**occasionally** 9:7
**occurred** 94:14
94:19,21
**October** 43:5
**offer** 11:13 97:1
**office** 32:11
129:18,19
161:7,15
**officer** 12:2 22:6
**oh** 8:13 13:2
16:20 23:3 29:4
38:3 44:21 58:9
63:19 65:14
67:21 69:14
72:14 74:15
80:10 84:3

85:14 89:4
96:15 115:1
122:1 134:17
154:7,9 155:9
**okay** 5:19 6:7 7:1
7:10 8:15 9:17
13:16,22 16:20
17:16 23:1,13
24:7 25:7,8,11
25:12 27:13
34:16 35:18
36:7 37:8,18
38:1,22 40:2
41:11,16 42:10
45:5,17,18
48:22 50:21
51:10,11,12,19
65:22 69:11
71:9,12 74:8,20
75:21 76:1,7
81:2 89:19
90:21 91:14,16
91:18 92:5,11
94:3,5 95:18
96:20 99:4,16
100:1 106:14
108:16 110:15
113:10 114:19
115:8 116:12
123:16 124:3
128:11 129:3
135:6 140:16
141:16 143:12
143:19 144:22
147:5,9 149:13
150:1 158:19
159:10
**old** 113:2,7
133:11
**older** 17:3 110:22
114:11 133:6
136:13,15
137:15 138:2,4
153:16
**Olson** 2:16 5:3
**once** 67:9 75:17
88:16 130:7

**OnCore** 3:12
18:20 19:1,8,12
20:2,6,13,17,21
21:3,17,20,21
22:5,19 23:9,12
23:13,21 30:16
31:6 32:6 45:7
45:15,20 46:9
46:13 47:6
48:10,11,15,18
49:5,9,13 51:10
51:13 53:2,2
55:15,19,22
56:16 57:6 61:9
61:14,18 102:6
102:9,14,21
103:4 105:4,11
107:13 108:3
108:13,16,18
109:7,9,12
117:6,13,16,20
118:6 129:20
135:2,2 143:22
144:9 145:3,19
145:19,20
146:5,6,7,9
147:6,14,16,19
149:1,14,20
**OnCore's** 22:8
22:11 45:10
47:15
**open** 59:12,15
66:17 111:9
113:22 127:16
**opened** 111:7
113:20
**operate** 76:9
**operating** 12:19
17:11,12 19:12
20:13 22:8 24:1
24:3,6,10 25:22
27:3,22 28:5,19
29:21 31:7 33:5
39:7 40:9 45:10
45:20 46:9,13
47:6,15,19
51:21 52:9 53:3

55:16 56:18
57:7 61:9 68:22
69:7,10 73:22
74:6,11 76:22
79:1,13 85:3,20
87:13 89:5 90:5
111:11 113:2,5
113:7,9 114:6
114:10,11
116:17,17
132:16 133:7
133:10 136:13
136:15,17
137:1,16,21
138:4 143:9
144:1,9 145:3
149:15 153:6
153:10,11
**operation** 31:18
**operations** 20:15
**opinion** 10:7,11
10:12,17,19
113:13 127:5
127:11,13
142:8 143:5,18
146:18 147:11
**opportunity**
91:12
**option** 128:10
138:3,3 161:9
161:10
**optional** 84:14
**options** 83:12
**order** 37:3 90:19
103:2 104:7
111:8,17 116:2
116:3 134:11
**orders** 130:22
**Oregon** 22:17
**organization**
126:11
**organizations**
66:1
**origin** 42:2
**original** 84:19
161:11
**originally** 69:1

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 176 of 184 PageID #: 10250

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.              Donn Rochette

Page 12

**originated** 66:13
66:18
**OS** 30:5
**outlined** 134:13
**outside** 45:21,22
46:6,12,15,19
47:5,19,21 57:8
60:12 75:3,5
80:14,21 81:8
81:21 83:3,20
84:19 85:8
101:4 103:18
113:13 130:16
130:17 132:2
142:9 143:1
152:21 154:3
154:10
**overall** 12:6
68:13
**overlay** 41:12,18
41:21 42:9
44:16 113:21
120:6 121:11
121:15 122:9
122:10,16
123:1 155:6
**overlays** 39:18
40:8,9 70:2
90:9,19 103:1,5
134:10 136:8
146:8,12 155:3
**overspoken**
152:17
**overview** 51:7
**Ozgur** 34:18 35:4

**P**

**P.M** 159:20
**page** 3:2,9,18
15:18 19:5
42:18 43:1,9,14
43:16 44:7 89:7
114:15,20
115:3 161:12
162:4 163:11
**pages** 162:7
**paid** 97:2

**paper** 115:10,16
120:19
**paragraph** 19:5
**parallel** 108:20
**part** 11:11 12:15
18:2,6 26:11
46:3,5 47:11
65:15 66:9
122:22 123:4
124:8 144:18
154:15
**parted** 37:6
**particular** 11:8
113:3 132:18
**particularly**
133:2
**parties** 4:16
**parts** 118:15
**pass** 139:10
158:21
**patent** 3:10,14
14:8,15,22 15:7
15:14 24:8,21
25:4,7,10,13
27:14 34:10
68:10 71:17
89:15 90:3 91:3
92:17 94:10,10
95:3 101:14,21
102:8,17,20,22
103:9,10,17
104:1,9 105:3,7
105:12,18,20
106:1 109:1
110:6,11,17
111:21 112:7
115:9,13,19
116:21 117:6,8
117:10,19,19
117:21 118:12
118:12,14
119:1 125:7,7
125:10,15,18
126:8,11,16
127:2 128:8
129:18,19
131:5,13,20,21

133:20 135:8,9
135:13 137:6
140:17,18,22
141:1 142:2,12
142:22 143:7
143:21 144:8
145:4 146:1
148:20 149:1
149:16 150:2
151:15,18,21
155:8 156:4,13
156:15,17
158:6
**patenting** 133:21
**patents** 9:21
10:15 13:8,12
27:6,19 40:5
70:20 91:7
97:17,18 98:12
98:15 109:14
118:6,20
125:13 126:5
127:22 130:12
132:17 140:1,6
140:11 141:4
141:17 145:22
147:18 148:1,3
148:4 150:21
150:22 152:10
154:15
**pausing** 89:20
**pay** 138:5,5
**PDF** 43:1,14 44:7
**peer** 109:1
**pending** 7:7
**people** 16:22
22:2 28:22
30:17 35:8 48:8
48:12 49:7 51:8
58:14 59:4
60:19 67:10
75:19 108:8
119:4,7,9
120:10 134:17
136:22 138:15
**percent** 63:6
**perform** 117:20

118:13
**performing**
86:16 117:6
135:22
**period** 161:13
**permission** 99:20
**person** 6:11 8:19
9:10
**personal** 28:4
75:7 120:9
**personally** 65:5
**Peter** 2:11 4:21
9:7 99:1 139:11
157:9,9 159:17
**phone** 33:15 96:7
99:18
**physically** 21:4
21:18,21
**place** 74:9 160:11
**placed** 69:2
82:16
**PLAINTIFF** 1:6
2:8
**Plaintiffs** 6:16
**platform** 18:2
72:4,18 74:4
**platforms** 17:4
72:18,20
**play** 111:21
134:7
**please** 4:18 7:3,6
13:21 35:1 44:7
54:13 71:14,15
99:5 109:22
114:14,18
131:15 159:16
161:6,10,11,14
**plural** 72:7
**plurality** 76:16
**plus** 40:18
**point** 51:6 143:12
146:14
**pointed** 8:16
115:19 148:22
**port** 124:15,19
125:5,14 139:3
154:14

118:13
**portion** 15:19
56:18 66:10
**portions** 47:14
48:1
**position** 93:10,10
**possible** 58:14
84:21 129:16
134:15 141:8
**possibly** 112:21
**potentially** 38:10
144:10
**PowerPC** 31:10
**predated** 27:6
**preempt** 61:19
62:6
**preemptable**
102:15
**preempts** 62:9
**prefer** 10:8
**preload** 40:10
41:6 90:2,19
103:5 116:15
116:16,22
117:2 121:20
122:4,21 123:6
123:8,12,19
**preloading** 146:8
146:12
**preloads** 103:1
**preparation** 91:7
95:21 98:12
144:2
**prepare** 98:18
**prepared** 96:4
97:11
**present** 2:20 42:1
80:14 87:19
88:1 132:21
**presumably** 73:2
**pretty** 137:17
149:18 152:4
**prevent** 54:2,17
55:4 57:7
**prevented** 56:16
83:2
**previous** 59:22
105:2 107:12

VM_HPE_0001854

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 177 of 184 PageID #: 10251

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 13

**previously** 115:19

**Price** 34:19 35:4

**Primarily** 68:20

**primary** 69:21 103:16 121:19 122:20 123:5

**prior** 17:17,20,21 160:6

**priority** 102:15 105:7

**private** 70:9

**privilege** 144:19

**privileged** 144:11 144:14 145:8 145:15,16 157:12

**Pro** 161:1

**probably** 21:11 44:21 91:11

**problem** 17:10

**Procedure** 161:14

**proceed** 124:22

**proceedings** 160:14

**process** 5:21 46:3 46:5 66:8 156:3 156:16

**processing** 62:10

**processor** 76:20 77:5

**product** 18:3 21:1 40:5 51:5 134:9 150:12

**production** 65:9

**program** 61:19

**programmer** 104:16,16

**protected** 135:20 135:21

**protocol** 87:21

**proud** 130:11

**prove** 128:13,17

**provide** 7:4,12 38:4,12,13 39:10,12 41:17

52:10 77:7,22 110:21 138:9 149:14

**provided** 111:11 150:12,20

**providing** 145:2 150:1 151:14 152:6

**provisional** 15:22 16:12 105:6,13 105:19 106:1 117:5,19 118:11

**provisionals** 34:14 117:15 118:20 134:4

**ptong@raklaw...** 2:14

**public** 37:22

**published** 15:7 15:14,15 118:19

**pull** 14:1 71:14 141:22

**purchased** 161:8

**purporting** 9:10

**purpose** 18:5,12

**purposes** 12:14 65:9,9,10

**PURSUANT** 2:4

**pursue** 126:4

**put** 13:18 93:21 94:1 109:22 132:8

**putting** 54:1,16 55:3 57:5 112:1

_____

**Q**

**question** 6:12,14 6:18 7:7 9:6,9 12:21 19:16 26:18 47:3,4 53:2 54:11 58:13 59:22 73:16 77:20 88:16 101:1 105:2,9,16

115:15 116:8 118:10,16 122:20 131:9 133:18 137:6 138:18 143:20 144:15,21 145:7,14,17 150:9 156:13 156:15 157:16 158:1,3

**question-and-a...** 6:8

**questioning** 19:17 46:18 54:7 97:20 129:13 154:3 155:18,20

**questions** 3:18 7:3 29:12 46:21 60:22 91:11 92:1,2 95:12,17 98:2 100:12 135:7 139:16 146:22 151:17 152:21 153:2 155:13 157:21 161:14 162:10 162:13

**quite** 34:3 65:10 68:9 133:5 134:11,12

**quotations** 3:20

**quote** 3:21

_____

**R**

**rack** 74:3

**raise** 129:17

**ran** 46:6 111:1 154:8,16

**range** 42:6 51:15

**reach** 32:3,4 146:4

**reached** 8:14,18 9:11 140:8

**read** 3:20 34:22 44:11 98:12,14 98:15 121:5,6,9

121:12,16 144:6 146:19 148:5,8,19 155:21 162:6

**Reading** 85:20

**ready** 161:6

**real-time** 24:1,5 56:18 61:19 62:5,8,10 108:19,22 109:3

**really** 28:15 62:4 90:22 128:1 135:1

**reason** 7:11 11:4 69:21

**reasons** 70:15,15

**rebuild** 133:12 137:3

**recall** 32:4 33:2 38:11 45:4 63:9 64:13,15 65:4 75:14 87:14 99:11 100:11 101:13 105:21 106:2 109:11 109:17,19 115:3 118:17 118:18,21 125:19 126:1 145:2 149:22 150:1,4 151:1,2 151:8,12,14,17 152:7,9,12 153:4,8,13,15 153:18,21

**receive** 124:17

**received** 125:22 131:4,10

**recertify** 133:12 137:3

**Recess** 50:6 92:7 129:8

**recited** 155:7

**recognize** 14:5 18:21 24:18 34:16,20 35:5

36:6

**recognized** 37:5 119:17

**recollection** 32:5 33:9 98:6 123:15 124:2 151:19

**recompile** 137:2

**record** 3:21 4:5 4:19 6:1,19 25:6 42:15 50:5 50:8 92:6,9 129:4,7,10 159:9,11,13

**recorded** 162:10 162:14

**redeploy** 137:3

**redirect** 123:13

**redirected** 39:20

**redirection** 146:9

**redirections** 146:13

**reduced** 160:12

**refer** 25:6,10 72:8

**reference** 97:16

**referenced** 86:8 161:6

**referred** 85:14 90:2,9

**referring** 16:6 30:2 42:8 44:16 60:7 65:13 68:20

**refers** 15:22 72:11,17

**reflect** 91:3

**reflected** 3:20

**reflects** 143:13

**regarding** 10:14

**regardless** 79:7 79:13

**regularly** 75:6

**reiterate** 135:1

**relate** 15:1

**related** 15:21 31:17 33:4 73:5

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 178 of 184 PageID #: 10252

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 14

73:13 77:8
101:16 110:6
111:9 112:7
139:16
**relates** 25:13
129:15
**relating** 77:22
**relative** 106:1
118:19
**relatively** 138:6
**release** 42:2
**released** 37:21
51:5 64:11,14
105:22
**relevance** 19:21
158:10
**reliant** 70:8
**relied** 39:10
104:6
**rely** 90:16,18
104:9,10
**remain** 23:16
**remember** 7:19
8:17,20 12:21
22:17 31:21
32:20 33:8,20
33:21,21 34:1,2
34:5,7,8,9,11
35:9,12,12,15
35:20 36:1,5,5
45:1,3 46:1
51:14 88:3
92:13 100:10
106:6 107:15
110:5 115:5
119:4 120:3
124:4 139:20
140:19 141:20
151:11,11
155:4
**reminds** 53:1
**remote** 4:5 75:18
**remotely** 1:14
2:2 4:1,17
23:10 75:20
**repeat** 31:19 47:4
54:11 57:2

63:21
**repeating** 104:5
**repetitive** 61:1
**rephrase** 9:5,8
26:18 48:5
77:20 122:19
153:7
**REPORTED**
1:19
**reporter** 4:11 6:9
28:17 58:1
152:19 159:14
159:17 160:21
**REPORTER'S**
3:20
**represent** 4:12
101:6,9,11
145:12 148:6
149:10,11
**representatives**
97:6 98:10
**represented** 85:8
142:11
**representing**
6:15 146:21
**requested** 28:17
58:1 152:19
**require** 37:1,2
39:16 59:16
68:21
**required** 17:6
86:6 90:8,13,14
96:5 99:2,8
100:15 101:3
110:22 111:3
111:10 142:12
142:13 146:15
**requires** 70:1
93:17 142:5
**requisite** 40:18
40:20 133:8
**reside** 74:20
**residing** 60:12
**resolve** 9:9 41:7
**resolved** 121:2
**resource** 62:20
82:16

**resources** 61:4
61:10,15 62:11
83:14
**respect** 18:10
**respond** 62:7
**response** 59:12
96:5 106:16
**responsible** 12:5
12:6 29:1 34:1
149:16
**rest** 140:17
**result** 120:21
**results** 38:18
**retain** 96:20
**retire** 67:22
**retired** 10:5
67:20 74:22
75:8
**reveal** 157:12,15
**review** 93:1
161:8
**reviewed** 91:6
**reviewer** 126:12
**right** 7:17 14:12
16:2 17:17 19:6
19:10 20:7
29:16 30:20
33:18 37:9
41:14 42:4 44:4
49:18 51:13,15
67:21 74:22
75:3,4,9 76:20
76:22 77:2 79:8
84:20 85:4 91:9
91:10,16 93:5
94:7 99:14
102:4 120:9
121:4 126:13
136:13 139:8
140:16 141:10
142:20 143:2
153:1 157:22
**risk** 89:4
**Rochette** 1:13
2:1 4:6 5:5,13
6:2,3 7:16 9:7
14:5,18 16:19

18:18 19:19
20:2 24:18 29:6
42:17 43:2,15
44:8 46:21 47:3
49:19 50:10
54:8,12 57:3
60:22 63:22
66:3 71:17
72:16 82:21
95:16 99:7
109:22 112:11
113:10 115:5
129:12 139:9
139:15 142:4
144:12 145:10
153:5 155:13
155:18 158:20
159:4,8,21
161:1,4 162:5
163:9
**role** 11:9,22 97:2
**roles** 12:5
**root** 57:17 58:20
82:11
**rough** 159:15,18
**routes** 87:20
**routing** 87:1
**Rules** 161:14
**run** 12:18 15:10
15:10 17:3,9,10
17:11 18:1
19:13 20:15
38:7 53:7 60:11
68:22 69:3 70:8
72:4 79:17
102:2 103:3
111:1 133:6
136:16 137:15
138:4,6 142:13
142:15,16,19
142:21 153:16
153:20
**running** 12:14
17:1 18:11 31:8
38:8 46:8 47:5
51:21 52:8 56:6
56:15,17 61:20

62:5,6 68:15
69:1 72:9 73:21
74:5,6,11 76:16
77:21 78:5,11
79:7,12,14
80:21 81:4
83:20 102:16
108:22 109:4
113:1 120:22
124:9,12
133:11 136:14
153:5,9
**runs** 49:1 66:8
**Russ** 2:10 4:21

**S**

**S** 3:8
**sake** 87:10
**salespeople** 32:6
108:8
**salient** 90:1
**San** 67:1,3,5
75:11,15
**sat** 134:15
**saw** 102:11
138:15
**saying** 16:8
100:11 149:18
**says** 14:18 42:18
72:5 142:22
143:7
**scenario** 45:4
52:4 81:14,18
**schedule** 5:14
**scheduling** 39:12
**ScienceLogic**
65:19
**scope** 19:17
46:19 113:13
123:15 130:17
132:3 142:9
143:4,17
152:22 154:2,3
154:11
**scroll** 15:20
71:14
**se** 161:1

VM_HPE_0001856

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 15

second 19:4
secondary
  138:21
Section 44:9
secure 38:13
  77:14 78:6,12
  103:3 138:6,10
security 38:5
  133:9 137:19
  137:20 138:1
see 11:1 13:19
  14:10,16 15:18
  19:4 25:1 42:8
  42:20 43:2,5,11
  43:15,19,21
  44:1,8 71:18
  86:10 106:19
  123:17 142:4
  151:22
selected 161:10
selling 53:2
sense 11:1 61:1
  88:9 126:18
separate 38:4,5
  38:14 39:7,12
  39:22 46:2,4
  63:4 74:1,4,18
  87:2 89:2
  101:22 103:4
  111:15
separated 56:7,8
  124:5,10
separation 85:12
separations
  39:11
September 1:15
  2:3 4:2,14 16:1
  68:1 160:17
  161:4 162:5
  163:10
server 77:7,21
  78:5,11 79:2,6
  79:14
servers 17:5 52:8
  53:17 61:3
  62:19 76:16,17
  76:19

service 52:10,22
  77:8 78:1 80:20
SERVICES 1:8,9
session 33:11,13
sessions 33:12
Sets 131:15
share 80:6 110:3
  114:17
shared 25:14,16
  26:1,2,6,9,15
  27:15,18 28:1,6
  28:10 31:8
  32:15 39:19
  43:9,17 47:11
  47:13,22 48:2,3
  48:10 64:4 70:2
  80:9,11 85:3
  86:2,12,14,21
  87:12 88:4,6,7
  88:10,17,18
  89:12,15,17
  110:6,9,12,16
  111:8,16
  115:11,17,20
  115:22 116:1,5
  135:11
sheet 161:11
  162:11 163:6
short 128:21
  129:14 155:17
shorthand
  160:11,21
shortly 23:11
show 13:14 42:7
  128:2 130:2
  145:15
showed 120:19
showing 15:20
  100:21
shown 86:8
  131:16
shows 43:16 86:5
side 102:16,16
side's 93:10
sign 161:7,8
signature 161:6
  161:12 162:4

162:17 163:22
signed 161:11
signing 161:10
Silicon 51:8,8,20
  52:8 53:7,16
  54:1,16 55:3
  57:16 60:11
  61:3 62:19 63:3
  64:3
similar 17:12
  31:5 38:21
  59:14 68:8,9
  70:22 86:16
  87:5 105:16
  118:10,22
  132:15
similar-type
  136:1
simple 89:21
  125:1
simplest 124:13
  136:3
Sincerely 161:18
sit 36:21 92:15
Sitting 85:19
skeptical 107:1
skepticism 107:5
software 8:7 12:3
  12:7,9,10,12,16
  12:20 18:1,5
  21:17 23:22
  24:9 31:16
  33:22 34:3
  48:20 49:12
  51:19 52:7 53:6
  53:7,16,22
  54:15 55:2
  57:15 60:3,10
  61:2 62:18 63:2
  64:2,3,11 68:12
  82:6
Solaris 27:4,6,14
  28:19 29:1
  30:17 33:19
  34:1 36:10,14
  36:16,17,18
  37:3,15,20 38:2

38:9 39:5,6,9
  40:2,4,11 41:13
  41:16,20 42:2
  52:18,20 54:21
  55:11,12 58:4
  59:3,13 64:12
  73:8 76:6,8,15
  77:13,21 78:5
  78:11 82:5,15
  83:8,12,18 85:1
  85:17,19 86:13
  87:15 88:5
  89:16 90:17
  92:12,18
  103:11,18,19
  103:21,21
  104:7,14,17
  105:16,17
  106:5,22 107:2
  118:10,12
  119:7 129:21
  132:14,16
  134:14 141:18
  142:19,21
  143:2,8,22
  149:2,15,21
  150:2 153:13
  153:17,19,20
Solaris's 27:17
solution 39:15
  113:5 132:19
solutions 127:19
solve 17:9
solved 125:6,13
somebody 69:13
  69:14
somewhat 36:20
  38:16 133:17
sorry 8:21 27:10
  29:4,6,12,13
  30:15 57:2 58:2
  60:18 62:14
  63:19 65:14
  72:1,14 74:15
  75:13 76:5
  80:10,17 84:3,3
  89:9 95:9 105:8

112:11,11
  114:19 119:5
  122:1,19
  125:11 130:16
  153:6 154:7
  156:14
sort 11:13 18:4
  37:20 63:10
sound 42:3
sounds 9:1 29:15
  51:15,15
source 36:17,18
  59:12,15 66:17
  104:17 106:11
  107:2 127:16
sources 114:4
space 135:21
speak 9:12 11:11
  22:2 72:2 96:10
  96:13,17
speaking 6:11
  99:4,12,16
specific 68:21
  83:11 89:8
  90:15 92:22
  93:3 103:18,21
  104:6,10
  107:22 111:4
  111:14 122:11
  132:15 143:9
specifically 12:14
  20:9 24:5 48:15
  49:8 118:4
specification
  146:1
specifics 118:5
specified 121:17
specifying 83:14
  83:15
speculate 141:11
  141:13
speculation 52:2
  52:12 53:10
  55:8 57:11,19
  60:15 61:6 64:6
  66:15 67:14
  130:5 132:4

VM_HPE_0001857

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 180 of 184 PageID #: 10254

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 16

140:14 156:9
**spell** 31:22
**spelling** 50:13
**spend** 33:7
**split** 30:18
**spoke** 9:15 33:20
35:8 96:2
125:16 140:3
**spoken** 11:16
50:17
**SS** 160:2
**stack** 45:11,19
47:9 49:5
**stand** 13:5 128:2
**stand-alone** 72:6
73:2,11,19 74:4
**standalone** 74:18
**Standard** 4:15
**stands** 60:3,6
**start** 5:22 6:12
84:8 113:11
**started** 23:7,9,12
23:14 24:5
30:21 32:13
133:17
**starting** 142:2
**starts** 40:16,16
**state** 6:1 75:2
119:13,19
160:1,5,22
**stated** 105:21
**statement** 54:21
55:12 57:13,13
57:21 58:3
72:11,17
**states** 1:1 4:8
14:19 75:5,20
**status** 128:4,5
**stay** 21:12
**stipulated** 4:16
**Stokes** 8:22 9:3
9:11,14,18 11:8
11:17 99:12
139:19 140:2,5
140:10
**stop** 23:1
**store** 78:12

**Street** 1:21 2:17
162:1 163:2
**strike** 119:5
156:1
**stuff** 133:9 138:1
153:17
**subject** 93:17
99:1
**submitted** 105:13
117:15 118:21
127:2,3 132:6
134:5
**subpoena** 2:4
93:17 99:2,9
101:2
**suggest** 11:8
69:16 144:20
**suggested** 11:10
**suing** 10:14
**Suite** 1:21 2:12
162:1 163:2
**summons** 125:22
**sun** 26:20,22 27:4
28:18 33:20
35:8,21 36:4,8
37:18 43:20
51:1
**Sunday's** 30:17
**SunOS** 43:10,17
115:11
**support** 27:15,17
37:15 39:9
70:11 103:2
**suppose** 107:3
**supposed** 96:9
100:8
**sure** 34:11,15
35:2 39:2 54:14
63:6 73:15
84:13 96:8
97:17 105:8
**surprise** 63:12,15
64:1
**sworn** 4:17,20
5:6 160:7
**system** 12:19
17:11,13 19:12

20:13,17 22:8
24:3 27:4 28:19
31:7 33:5 39:7
40:10 41:5,8
45:10,20 46:9
47:6,15,16,18
47:19 48:18
53:3 55:16
56:19 57:7
58:20 61:9,14
61:18 68:22
69:8,10 74:7,11
76:22 77:4
78:18 79:1,13
79:19 80:13
81:6 82:11 83:2
84:11,13,15
85:3,12,20
87:13 90:5
111:11,20
113:2,5,7,9
114:1,7,10,11
121:3,10
124:14 131:14
132:16 133:7
135:10,11
136:2,13,15,17
137:1,22 138:5
143:9 144:1,9
145:3 149:15
153:10,11,22
**system's** 28:5
46:13
**systems** 3:12,15
17:22 18:20
19:1 20:2,6
24:1,6,10 25:22
26:20 27:22
29:21 42:18
51:22 52:9
57:17 73:22
116:18 133:8
133:10 137:16
153:6

───── **T** ─────
**T** 3:8

**table** 43:3
**take** 7:5,8 45:8
49:20 83:19
91:12 108:18
128:21 131:9
**taken** 1:14 2:2
50:6 92:7
107:21,22
129:8 160:10
**talk** 9:2,18 71:9
73:14 87:12
98:1 112:21
129:5 141:14
**talked** 119:22
140:16 155:2
**talking** 16:11
33:7 42:9 92:12
107:11 119:6
119:15 124:4
126:1 148:1
**TCP** 87:21
**teams** 31:11
65:15
**technical** 33:3,4
**technician** 4:11
**techniques** 49:10
111:8 134:21
**technologies**
112:19
**technology** 12:2
22:6 31:3 64:20
68:5 90:11 93:2
103:4,9,17,20
104:1 105:11
105:18 107:22
117:7,10,20
118:13 125:6
125:10 131:22
138:7,15 141:5
146:22 149:2
156:6,18 157:3
158:6
**telephone** 99:17
99:21,21
**tell** 10:3 34:16
73:19 93:12
97:11 100:20

101:2 126:3
135:15 137:9
146:21 157:11
**ten** 91:21 96:16
**ten-minute** 91:22
128:22
**tenses** 48:7
**term** 53:11 88:18
102:10,12
107:20 108:8
108:13,16
109:2,6,11
111:20 118:2,7
135:4 136:2
**terms** 119:12
**tertiary** 138:22
**testified** 5:7 51:2
147:5 150:19
151:20 154:13
**testify** 128:2
160:8
**testifying** 153:4,8
**testimony** 7:12
44:17 98:22
141:3 147:8
**testing** 85:22
**Tevanian** 31:4,21
32:3,8,21 33:8
**Texas** 1:2 2:13
4:9
**thank** 5:9,13 13:2
15:16 20:12
32:1 49:22
50:21 92:4
95:19 116:11
117:3 124:3
129:12 133:16
135:6 137:5
139:8,11
155:12 158:19
159:5
**Thanks** 103:7
129:3 130:10
138:18 159:3
**thing** 15:12 29:11
42:8 49:7 62:4
110:18 112:5

VM_HPE_0001858

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 181 of 184 PageID #: 10255

9/10/2024              VirtaMove Corp. v. Amazon.com, Inc., et al.                    Donn Rochette

Page 17

120:12,14,17
124:17 131:19
136:21
**things** 16:11 17:6
17:13 29:20
31:5,16 39:21
52:17 70:12
73:12 83:16,17
87:18,18 88:5
90:20 110:18
110:19 112:15
116:4 122:12
122:17 123:3
123:14 127:17
128:19 132:22
133:4,12
141:14 146:11
147:2
**think** 12:22
17:14 18:8 23:3
24:4 31:12
34:14 36:3
37:21 46:20
49:18 50:19
70:14,18 84:22
85:15 87:11
89:9,20 95:2
96:15 97:13
103:9 110:15
114:21 115:8
116:14 119:15
126:7 134:14
137:11,18
142:10,11
144:12
**thinks** 145:14
**thought** 101:20
102:3 106:9
111:18 126:17
127:2 133:4
152:9
**three** 21:11
146:11,15
**time** 4:15,15 5:14
6:11 7:6,22
18:8 21:15,17
23:6,8 31:4,13

32:12 45:3,11
45:15 50:5,8,18
50:22 51:3,9
62:11 65:3 88:4
92:6,9,22 95:20
102:4,6 103:8
103:11 105:5
105:12,19
109:18 110:20
112:16,18
114:17 117:4
117:11,14,18
118:11 121:20
122:21 126:15
127:14,18
129:7,10
130:14 131:22
132:5,9,11,12
132:21 133:2
134:4,20
135:18 136:16
137:7,13,17
138:12 139:9
140:11 142:15
155:13 158:4
159:3 160:11
161:13
**timeframe** 42:4
52:5
**times** 21:11
100:8 132:13
**timing** 105:15,22
106:2 118:17
132:14
**title** 22:5
**titled** 115:10
131:13 135:9
**today** 4:11 5:14
6:4 7:12 64:21
92:15 95:20
98:3,8,20 100:7
100:22 101:13
107:21 108:13
119:10,11,20
127:18 132:9
141:3 156:7,19
158:7

**today's** 4:14
107:21
**told** 100:14
129:19
**Tong** 2:11 3:4,6
4:21,21 6:15
9:4 16:16 17:18
19:15 27:9 29:3
46:14,17 50:3
52:1,11 53:9,20
54:4,19 55:7,18
56:2,12,21
57:10,18 58:10
59:21 60:14,17
61:5,12 62:13
62:21 63:5,14
63:17 64:5
66:14 67:13
68:6 72:12,21
74:13 76:12
77:9,16 78:2,8
78:14,19 79:3,9
79:15,21 80:8
80:16 81:10
82:1,7,12,19
83:4 84:1 85:5
86:18 88:12
91:4 92:1,19
94:18,20 95:5,7
95:15 99:4,10
100:6 105:1
107:10 109:20
110:4 112:20
114:14,18,21
115:2 116:10
117:17 118:9
122:14 125:12
127:4,20
128:20 129:3
129:11 130:9
130:18 133:15
135:5 138:17
139:8,16
140:13 142:7
143:3,16
144:10,17
145:6,11,14

146:16 147:13
147:15 148:14
149:4 150:5,14
152:14,17,20
154:2,10,19
155:16 156:12
157:4,7,11
158:19 159:5,8
159:19
**top** 7:22 46:9
56:16 60:12
109:5 154:8
**topic** 108:5
**topics** 97:10
**transcribe** 6:10
**transcribing** 6:9
**transcript** 160:13
161:6,7 162:7
**transcription**
162:10,12
**travel** 75:6
**trial** 19:22 93:18
127:22 129:16
130:1 131:18
**tried** 129:22
**Trigence** 7:17,20
8:3 12:1,11,12
13:1,9 17:17,21
19:2,9 20:14,22
23:7,14,17 24:2
30:14,18,21
34:8 36:11 37:8
37:20 38:17
39:4,15,20 40:3
40:5 41:6,7,9
41:12,21 55:20
57:22 58:4
64:10 65:2,3,3
68:5,10 69:17
70:1,17 89:11
90:3,17 94:16
106:18 107:6
114:1,2 139:22
144:19
**Trigence-speci...**
90:6
**trigger** 35:17

**true** 54:21 57:5
57:12 126:17
148:13,20
160:13 162:9
162:11
**truth** 160:8,8,9
**try** 6:13 96:20
146:22
**trying** 10:16 17:9
73:18 84:17
108:15 123:17
147:7,11
**Tucker** 34:17
35:3
**TUESDAY** 1:15
2:3 4:2
**turn** 95:16
109:20 114:14
**two** 8:13 13:11
15:6,13,22 16:8
27:6,19 30:19
34:20,21 68:1
73:19 88:7,10
97:17 118:15
119:4 135:7
**type** 97:1 125:13
130:20 143:14
**types** 39:12
**typewriting**
160:12
**typically** 70:16

———————
U
**uh-huh** 16:2
44:10 50:12
81:5
**unable** 131:17
**understand** 5:20
7:2 8:3,9 11:2
13:11 26:17
49:8 51:12
73:18 93:8
101:1 105:8
118:16 147:7
**understanding**
38:1 60:5,9
64:18 66:6,12

VM_HPE_0001859

Case 2:24-cv-00093-JRG     Document 117-2     Filed 12/23/24     Page 182 of 184 PageID #: 10256

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 18

71:1 107:21
108:1,4,6
117:13 120:9
123:7,11
140:12 143:6
143:10 145:20
148:10 151:6
**understood**
60:19 132:10
156:6,19 158:7
**underway** 32:18
**unintelligible**
73:12
**unique** 134:11,18
**United** 1:1 4:8
14:19 75:19
**University** 60:7
154:1
**Unix** 3:15 26:2,5
26:11 30:3
40:11 42:18
46:4,5,6,8 47:5
47:8 56:6,6,13
56:16 57:6
58:16,19 59:2,4
59:15 61:20
62:1,6,9 73:8
73:11,11 104:6
104:10 108:21
109:1,4,5
116:17 124:5,9
124:12,20,21
125:3 132:18
133:13 134:19
**unrelated** 72:3,7
72:8,20 73:10
73:12,20 74:8
145:21
**unwilling** 93:14
93:15,22 94:2
**update** 138:8
**updates** 133:9
137:19,20,22
138:1
**upgrade** 133:8
137:1
**upper** 14:12

**usage** 62:20
**use** 40:9,13 53:11
58:13 62:2
64:21 65:10
69:12,17 70:19
71:3 78:22
81:20 85:12
88:2,19,22 89:2
90:1,4 94:16
95:3 97:8
101:20 103:5
107:20 108:8
108:11,13
109:10,11,15
110:12,16
111:8,13,16,19
112:3 113:2,6
113:17 114:4,6
114:9 115:17
115:18 116:6
118:2,7 121:19
122:21 123:5
124:19 127:15
134:10 135:3
136:4,5,6
137:12 138:12
139:4
**useful** 133:5,14
**user** 3:16 42:18
46:7,8 58:19
85:9 135:10
136:1 151:4,6
151:15 152:1,3
152:10,12,17
152:21 153:2
**users** 19:13 20:15
**uses** 49:2 89:15
124:14,22
**utilize** 39:6 103:1
**utilized** 47:13
114:12 116:1
**utilizing** 117:1

——————————
          **V**
——————————
**v** 1:7 161:3 162:4
163:8
**V-Server** 150:12

150:17,22
151:2
**vague** 27:9 29:3
56:12 109:16
115:12 117:9
117:11 122:2
125:9,10
126:21 134:2
150:14 156:8
157:18
**validate** 70:11
**validity** 128:3
**Valley** 51:8,8,20
52:8 53:7,17
54:1,16 55:3
57:16 60:11
61:3 62:19 63:3
64:3
**valuable** 133:21
134:20 137:9
**value** 134:2
**various** 52:19
**vastly** 104:2,3
**venue** 19:17,19
46:20 54:9 55:9
64:7 97:14
100:9 142:9
**version** 3:11
17:11,12 18:19
30:3 38:10
68:21 80:2
84:19 110:22
132:14 136:13
136:15,17
137:21 138:4
153:9,10
**versions** 12:17
37:22 69:7,9
114:11 133:6,7
136:12 153:16
**versus** 4:7 89:16
90:15 140:17
**video** 4:5,11
**VIDEOCONF...**
1:14 4:1
**VIDEOGRAP...**
2:21 4:4 13:22

50:4,7 92:5,8
110:2 114:16
114:19 115:1
129:6,9 159:10
**VIDEOTAPED**
1:13 2:1
**view** 44:2 120:11
**VirtaMove** 1:5
4:6,22 8:8,14
8:17,20 10:14
11:17 94:16
161:3 162:4
163:8
**virtual** 19:7,10
20:18,21
102:12,13,21
105:4 109:7
**Virtually** 104:21
**visit** 21:6,9 22:3
67:5 75:15
**visited** 21:13
**Volume** 3:17
42:19

——————————
          **W**
——————————
**wait** 6:12,13
22:16 30:15
62:14
**waive** 144:19
161:9
**walling** 20:18
**want** 10:4,5 11:5
15:12 19:16
45:7 51:6 58:6
71:9 75:21
91:12,13,20
93:12 95:19
98:17 100:2
110:2 113:12
114:16 129:5
141:13
**wanted** 9:22
32:22 40:15
94:3
**wants** 124:16
**Washington** 1:21
154:1 162:2

163:3
**wasn't** 99:16
123:14 127:17
128:9 134:5,8,9
135:21,22
158:16
**way** 10:1,7,17
36:22 39:21
48:13,14 49:2
59:5,13 60:2
69:22 70:6,7
74:16 88:15
89:12 90:10
101:4 103:12
112:17 113:16
116:1 120:19
124:22 132:20
134:6,21
147:18,22
149:8,9 158:2
**ways** 15:8 103:22
120:12,18
**we'll** 7:8 45:8
76:2 91:22
**we're** 19:22 27:7
60:21 117:1
131:17 143:1
**we've** 45:8 49:20
91:19 112:15
128:20
**WEB** 1:8
**website** 108:7
**week** 21:14
**well-understood**
108:1
**went** 20:14 89:9
106:12 134:15
134:17
**weren't** 152:5,5
**Western** 1:2 4:8
**whiteboarding**
106:20
**wide** 64:21
**willing** 93:13,18
93:22 128:2
130:1 131:18
**willingly** 93:19

VM_HPE_0001860

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 183 of 184 PageID #: 10257

9/10/2024          VirtaMove Corp. v. Amazon.com, Inc., et al.          Donn Rochette

Page 19

98:19
**willingness**
129:16
**window** 110:1
**Windows** 26:3,5
26:11 37:12,13
40:12 52:19,20
64:14 69:2,3
73:8,10,11
102:2 110:22
111:1,2,5,6
112:15,17
116:19 127:16
132:18,19
133:2,13 134:6
134:19 137:12
137:14 141:19
142:6,13,15,17
143:15
**withdraw** 26:18
143:19 150:9
**witness** 4:17,19
17:19 27:10
28:18 29:4
46:15 49:22
52:3,13 53:11
53:19 54:20
55:10,19 56:4
56:13 57:12,20
58:2,12 60:16
60:19 61:7,13
62:14,22 63:6
63:15,18 64:8
66:16 68:8
72:14 73:1
74:15 77:11,18
78:3,9,15,20
79:4,10,16,22
80:9,17 81:13
82:2,8,13 83:5
84:2 85:7 86:20
88:15 91:6,14
91:17 92:4,21
93:13,14,15,18
94:19,21 95:6,9
99:8 104:20
109:17 112:14

113:16 115:14
117:12 118:1
122:1,3 125:11
127:1,9,12
128:16 129:2
130:6 132:5
134:3 135:17
137:11 139:2
139:10 142:10
143:6 144:16
144:22 146:19
147:14,16
149:6 150:16
154:4,20
156:11,21
158:9,11,21
159:6 160:6,17
161:8 162:5,17
163:9
**witnesses** 19:20
**word** 72:1 108:11
109:10,15
126:18
**worded** 71:22
**words** 56:10 83:8
86:14 107:15
**work** 7:16 17:21
21:7 22:13 33:1
52:9 67:19
89:12 106:19
108:3 128:7
129:20 130:13
144:18 147:19
148:1
**worked** 7:19
11:22 13:8
17:16 19:2,8
21:3,5 22:8,11
22:15,18 23:17
23:20 24:3 32:6
35:13,14 45:11
45:16 49:13
51:9 65:17,19
67:6,17 71:2
75:8,16,20
106:18,18
107:7,13,19

119:7 139:22
144:9 157:3
158:13,18
**working** 18:7
23:7,9,10,12,14
23:22 24:10
30:21 31:9,11
37:22 48:18
49:5 51:7 70:19
**works** 49:8 88:15
113:16 134:19
146:22 147:1
151:13 152:13
154:21
**world** 26:3 133:1
**worth** 101:21
133:21
**wouldn't** 122:5
127:3
**wrap** 76:3 92:1,3
129:1
**write** 140:21
148:19
**writes** 89:3
**written** 19:5
141:1 148:11
155:21 161:22
**wrote** 141:9
144:8

_____
**X**
_____
**X** 3:1,8 30:5

_____
**Y**
_____
**yeah** 10:16 13:2,4
14:13 15:7 19:6
19:7 29:8,17
34:4 42:5 44:10
44:13,22 51:18
56:4 69:15
71:22 73:18
80:20 97:19
99:9,13 103:15
115:2,14
117:12 127:12
128:16 129:2
130:13 134:17

141:11 152:20
157:17 158:1
**year** 15:6 21:11
67:9 75:17
**years** 15:6,13
16:8 24:7 68:1
**yep** 96:6
**York** 52:18

_____
**Z**
_____
**z-o-n-e-s** 28:20
**zone** 38:8,9 83:13
83:14,15 84:5
88:1 89:2,8
90:15,16
106:10
**zone_create**
83:13
**zones** 28:15,20
29:1 36:10 38:2
38:4 39:5,6,11
39:22 40:3,4
51:3 54:21
55:11,13 57:21
58:4 59:13,15
64:12,15 76:6,8
76:15 77:13,21
78:6,12 80:1
82:5,15 83:8,12
83:18 85:1,18
87:7,22 88:19
89:1,16 90:12
90:12 92:12,18
103:11,18,21
103:22 104:6
105:16,17,22
106:5 118:10
118:13,19
119:1,7 129:21
143:22 149:2
149:15,21
150:2 153:17
153:20
**Zoom** 1:14 2:2
4:1 97:8

_____
**0**
_____

**058** 25:7,13 70:20
89:15 91:3
92:17 94:10
95:3 109:13,21
110:11,17
111:21 112:7
115:9,13,19
116:21 117:6,8
117:10,15,19
117:21 118:12
118:14 125:7
126:8 131:5
135:8,9 137:6
138:7,16 140:1
140:22 148:20
149:1 156:4
**085** 118:5

_____
**1**
_____
**1** 118:17,21 122:4
137:12 142:3
146:14
**1:10** 92:9
**1:58** 129:7
**10** 1:15 2:3 4:2
4:14 69:2 111:2
111:6 153:20
161:4 162:5
163:10
**100** 63:6
**1000** 124:15
**1009** 3:11 18:14
18:15,18
**1010** 3:10 13:21
13:21 14:2,6
25:9 71:14
142:1
**1011** 3:14 24:14
24:15,19
**1012** 3:15 42:12
42:13 114:15
114:21 115:1
**1015** 42:17
**11:04** 1:16 2:3
4:2,15
**11:59** 50:5
**112** 43:9

Case 2:24-cv-00093-JRG    Document 117-2    Filed 12/23/24    Page 184 of 184 PageID #: 10258

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 20

**114** 43:14 115:3
**12** 69:3
**12:09** 50:8
**12:59** 92:6
**127** 44:7
**139** 3:5
**14** 3:10
**144** 3:19
**145** 3:19
**14TH** 2:17
**155** 3:6
**17** 71:15 142:2
**1730** 1:21 162:1
    163:2
**18** 3:11 160:17
**19** 71:16
**1980s** 26:14 59:6
**1987** 42:3 43:6
    44:15
**1998** 24:4
**1999** 24:4
**1st** 68:1

**2**

**2** 3:19 71:15
    118:22 122:7
    137:15
**2:06** 129:10
**2:39** 159:12
**2:44** 159:20
**200** 2:12
**2000s** 8:1 15:5
    22:22
**2001** 23:3
**2002** 23:4 51:13
    51:17,19 52:7
    53:6,17,22
    54:15 55:2
    57:15 58:7
    60:10 61:2
    62:18 63:2,13
    64:2 121:20
    122:15,21
    123:6,8
**2003** 16:1 34:6
**20036** 1:21 162:2
    163:3

**202** 1:22 162:2
**202)-232-0646**
    161:15
**202)232-0646**
    163:4
**2021** 53:4
**2022** 68:2
**2024** 1:15 2:3 4:2
    4:14 160:18
    161:4,20 162:5
    163:10
**2040** 2:17
**232-0646** 1:22
    162:2
**24** 3:14

**3**

**3** 43:1
**310** 2:13

**4**

**42** 3:15
**4925** 2:12

**5**

**5** 3:3,17 42:19

**6**

**7**

**7** 3:19
**7,519,814** 3:10
    14:9
**7,784,058** 3:14
    24:22
**7.2** 44:9
**7:24-CV-00030**
    1:6
**75206** 2:13
**760-0404** 2:18

**8**

**8** 3:17 42:19
    111:1,5
**80s** 44:20,22
**812** 1:21 162:1
    163:2
**814** 14:22 24:8

25:10 70:20
71:17 94:10
95:3 101:14
102:8,22 103:9
103:10,17
104:1,9 105:3,7
105:12,18,20
109:14 117:16
118:5 119:1
125:7,15 126:7
131:5,13,20,21
133:20 140:1
140:22 156:15
156:17
**826-7474** 2:13

**9**

**9** 153:19
**92614** 2:18
**949** 2:18
**95** 3:4
**9901** 1:19 2:4
    160:4