## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP.,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEWLETT PACKARD ENTERPRISE<br>COMPANY,<br>　　　　　Defendant. | § § § § § § § § § § § § § | Case No. 2:24-cv-00093-JRG<br>(Lead Case)<br><br><br>**JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP.,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES<br>CORP.,<br>　　　　　Defendant. | § § § § § § § § § § § § | Case No. 2:24-CV-00064-JRG<br>(Member Case)<br><br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR EXTENSION OF TIME TO ANSWER
## OR OTHERWISE REPSOND TO COUNTERCLAIMS

Plaintiff VirtaMove Corp. ("Plaintiff") and Defendant International Business Machines Corp. ("Defendant") hereby jointly move for a three-week extension of time for Plaintiff to answer or otherwise respond to Defendant's counterclaims (Dkt. 115).

Plaintiff's deadline to answer or otherwise respond to Defendant's counterclaims is currently due on January 3, 2025 and, with this three-week extension, the deadline would be January 24, 2025.  This motion is not being brought for the purpose of delay.  This extension is necessary to ensure adequate time for Plaintiff to prepare its response to Defendant's counterclaims in view of counsels' other commitments. There have been no other extension requests related to Defendant's counterclaims.

-1-

Counsel for the parties have conferred and all parties stipulate to this extension. Accordingly, the parties request that the Court grant the motion and enter the attached proposed Order.

Dated: December 30, 2024                    Respectfully submitted,


By: */s/ Daniel B. Kolko*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4925 Greenville Ave., Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*


By: */s/ Kyle Calhoun*

Todd M. Friedman (admitted *pro hac vice*)
NY State Bar No. 2939429
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: todd.friedman@kirkland.com

Brandon H. Brown
CA State Bar No. 266347
Kyle Calhoun (*pro hac vice* pending*)*
CA State Bar No. 311181
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: brandon.brown@kirkland.com
Email: kyle.calhoun@kirkland.com

*Of Counsel*:

Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Defendant*
*International Business Machines Corp.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is a joint motion.

*/s/ Daniel B. Kolko*
Daniel B. Kolko

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on December 30, 2024.

*/s/ Daniel B. Kolko*
Daniel B. Kolko

-4-