# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00093-JRG |
| | § | (LEAD CASE) |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| *Defendant*. | § | |

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00064-JRG |
| | § | (MEMBER CASE) |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Joint Motion for Extension of Time to Answer or Otherwise Respond to Counterclaims (Dkt. No. 115) (the "Motion") filed by Plaintiff VirtaMove Corp. and Defendant International Business Machines Corp. (collectively, the "Parties"). (Dkt. No. 118.) In the Motion, the Parties ask the Court for a three-week extension of time for Plaintiff to answer or otherwise respond to Defendant IBM's counterclaims, which would extend the deadline up to January 24, 2025. (*Id.* at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Plaintiff's time to respond to Defendant IBM's counterclaims is **extended** up to and including **January 24, 2025**.

## So Ordered this

**Jan 1, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE