# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **VIRTAMOVE CORP.,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**HEWLETT PACKARD ENTERPRISE COMPANY,**<br><br>　　　　Defendant. | **Civil Action No. 2:24-cv-00093-JRG**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Please take notice that Haleigh Hashem of the law firm HALTOM & DOAN enters her appearance as counsel of record for Defendant Hewlett Packard Enterprise Company ("HPE") and requests that any correspondence, motions, notices, and pleadings in this action directed to HPE also be served upon Haleigh Hashem at the following address:

> Haleigh Hashem
> HALTOM & DOAN
> 6500 Summerhill Road, Suite 100
> Texarkana, TX  75503
> Telephone:  (903) 255-1000
> Email:  hhashem@haltomdoan.com

Please add the name of Ms. Hashem to all service lists in this matter, including the e-filing service list.

Respectfully submitted,

*/s/ Haleigh Hashem*
Haleigh Hashem
Texas Bar No. 24142230
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Email: hhashem@haltomdoan.com

**ATTORNEY FOR DEFENDANT
HEWLETT PACKARD ENTERPRISE
COMPANY**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document has been served via the Court's ECF system on January 6, 2025.

*/s/ Haleigh Hashem*
Haleigh Hashem