IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., <br>     Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br>     Defendant. | § § § § § § § § § § § | Case No. 2:24-cv-00093-JRG <br> (Lead Case) <br><br><br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br>     Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br>     Defendant. | § § § § § § § § § § § § | Case No. 2:24-CV-00064-JRG <br> (Member Case) <br><br><br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION FOR EXTENSION AND TO AMEND DOCKET CONTROL ORDER**

Plaintiff VirtaMove Corp. ("VirtaMove") and Defendant Hewlett Packard Enterprise Company ("HPE") jointly move the Court to grant the following extensions of time in this matter:

1. A three-week extension of time for VirtaMove to answer or otherwise respond to Defendant's counterclaims [Dkt. 116], from January 7, 2025 to January 28, 2025.

2. A three-week extension of time for HPE to file amended pleadings, from January 17, 2025 to February 7, 2025.

3. An extension of time for VirtaMove to file a response to HPE's amended pleadings (if any), from January 31, 2025 to February 21, 2025.

VirtaMove respectfully requests a three week extension in order to properly analyze and respond to HPE's amended answer and counterclaims in light of counsel's current litigation schedule. With this extension, VirtaMove's responsive pleading deadline will be January 28, 2025, after the current deadline to file amended pleadings without leave of court (i.e., January 17, 2025). Accordingly, the parties agree that an extension of the deadline to file amended pleadings should be commensurately extended to allow HPE the opportunity to consider VirtaMove's responsive pleading before the deadline for filing amended pleadings. *See* Dkt. 92. For similar reasons, the parties also seek to extend VirtaMove's deadline to file a response to HPE's amended pleadings (if any). This Motion is not made for purposes of delay, will not prejudice any party, and, if granted, will not interfere with any other deadline in this case. There have been no other extension requests related to the deadlines contemplated herein.

For these reasons, the parties submit that good cause exists to extend the aforementioned deadlines in this matter and respectfully request that the Court grant this Joint Motion accordingly.

Dated: January 7, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: */s/ Daniel B. Kolko*

　　　　　　　　　　　　　　　　　　Reza Mirzaie (CA SBN 246953)
　　　　　　　　　　　　　　　　　　rmirzaie@raklaw.com
　　　　　　　　　　　　　　　　　　Marc A. Fenster (CA SBN 181067)
　　　　　　　　　　　　　　　　　　mfenster@raklaw.com
　　　　　　　　　　　　　　　　　　Neil A. Rubin (CA SBN 250761)
　　　　　　　　　　　　　　　　　　nrubin@raklaw.com
　　　　　　　　　　　　　　　　　　James A. Milkey (CA SBN 281283)
　　　　　　　　　　　　　　　　　　jmilkey@raklaw.com
　　　　　　　　　　　　　　　　　　Amy E. Hayden (CA SBN 287026)
　　　　　　　　　　　　　　　　　　ahayden@raklaw.com
　　　　　　　　　　　　　　　　　　Jacob Buczko (CA SBN 269408)
　　　　　　　　　　　　　　　　　　jbuczko@raklaw.com
　　　　　　　　　　　　　　　　　　James Tsuei (CA SBN 285530)
　　　　　　　　　　　　　　　　　　jtsuei@raklaw.com
　　　　　　　　　　　　　　　　　　Christian W. Conkle (CA SBN 306374)

cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4925 Greenville Ave., Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*


By: */s/ Katharine Burke*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
Haleigh Hashem
Texas Bar No. 24142230
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX  75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email:  jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Katharine Burke (Lead Attorney)
DC Bar Number: 985333
Katharine.burke@bakerbotts.com
Samuel L. Kassa
DC Bar Number: 187255
Sam.kassa@bakerbotts.com
**BAKER BOTTS L.L.P.**
700 K Street, N.W.
Washington, DC 20001-5692
Tel: (202) 639-7700
Fax: (202) 639-7890

Douglas M. Kubehl
Texas Bar No. 00796909
Doug.kubehl@bakerbotts.com
Morgan Mayne
Texas Bar No. 24084387
Morgan.mayne@bakerbotts.com
Emily Deer
Texas Bar No. 24116352
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Tel: (214) 953-6500
Fax: (214) 953-6503

David Lien (pro hac vice)
California Bar No. 313754
David.lien@bakerbotts.com
**BAKER BOTTS L.L.P.**
1001 Page Mill Road, Building One, Suite 200
Palo Alto, CA 94304-1007
Tel: (650) 739-7563
Fax: (650) 739-7663

*Attorneys for Defendant Hewlett Packard Enterprise Company*

-5-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on January 7, 2025.

*/s/ Daniel B. Kolko*
Daniel B. Kolko

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is a joint motion.

*/s/ Daniel B. Kolko*
Daniel B. Kolko