AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| VIRTAMOVE, CORP. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-CV-00093 |
| HEWLETT PACKARD ENTERPRISE COMPANY | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HEWLETT PACKARD ENTERPRISE COMPANY.

Date:   01/10/2025

/s/ Bethany Salpietra
*Attorney's signature*

Bethany Salpietra and BN 24097699
*Printed name and bar number*
Baker Botts L.L.P.
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980

*Address*

bethany.salpietra@bakerbotts.com
*E-mail address*

(214) 953-6765
*Telephone number*

(214) 661-4765
*FAX number*