IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., <br>     Plaintiff, <br>   v. <br> HEWLETT PACKARD ENTERPRISE COMPANY, <br>     Defendant. | § § § § § § § § § § § § | Case No. 2:24-cv-00093-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br>     Plaintiff, <br>   v. <br> INTERNATIONAL BUSINESS MACHINES CORP., <br>     Defendant. | § § § § § § § § § § § § § | Case No. 2:24-CV-00064-JRG <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

**STIPULATION REGARDING DEFENDANT'S ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT AND PLAINTIFF'S RULE 12 MOTION TO DISMISS**

WHEREAS, on June 5, 2024, Defendant International Business Machines Corp. ("IBM" or "Defendant"), filed its first set of Counterclaims (Dkt. 49 ("First Counterclaims")) against Plaintiff VirtaMove, Corp. ("VirtaMove" or Plaintiff");

WHEREAS, on July 5, 2024, VirtaMove filed a motion to dismiss Count 5 from the First Counterclaims pursuant to Rule 12(b)(6) (Dkt. 65 ("Partial Motion to Dismiss Count 5")), which is fully briefed;

WHEREAS, on December 5, 2024, VirtaMove filed a Third Amended Complaint (Dkt. 111 ("TAC"));

WHEREAS, on December 19, 2024, IBM filed its second set of Counterclaims (Dkt. 115 ("Second Counterclaims")) against VirtaMove, which, in addition to its previously-pled Count 5, pled additional counterclaims of inequitable conduct in new Counts 6 and 7;

WHEREAS, the parties agree that the issues raised in the Partial Motion to Dismiss Count 5 as well as IBM's Response (Dkt. 69 ("Response")) and VirtaMove's Reply (Dkt. 71 "Reply") shall apply equally to Count 5 in IBM's Second Counterclaims;

WHEREAS, VirtaMove agrees that it will not move to dismiss Counts 6 and/or 7 pled in IBM's Second Counterclaims.

WHEREAS, unless the Court wishes to proceed differently, the parties have reached agreement on certain procedural issues relating to the Motion to Dismiss the First Counterclaims and the Second Counterclaims;

The parties, by and through their respective undersigned counsel, stipulate as follows:

1. VirtaMove does not need to re-file or re-brief its Partial Motion to Dismiss Count 5 because the same Count 5 in IBM's Second Counterclaims does not affect the arguments made in support of or in opposition to VirtaMove's Partial Motion to Dismiss Count 5, and because VirtaMove will not be moving to dismiss new Counts 6 and/or 7. The parties agree that the Motion to Dismiss Count 5 as well as the Response and Reply thereto shall apply equally to Count 5 in both the First Counterclaims and Second Counterclaims, and can be decided by the Court as currently briefed.

2. If the Court prefers to proceed differently, the parties will defer to the Court's preference.

Dated: January 23, 2025						Respectfully submitted,


By: */s/ Daniel B. Kolko*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4925 Greenville Ave., Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*


By: */s/ Kyle Calhoun*

Todd M. Friedman (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

-3-

Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email: todd.friedman@kirkland.com

Brandon H. Brown
California State Bar No. 266347
Kyle Calhoun (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:   (415) 439-1400
Facsimile:   (415) 439-1500
Email: brandon.brown@kirkland.com
Email: kyle.calhoun@kirkland.com

*Of Counsel:*

Andrea L. Fair
Texas State Bar No. 24078488
Email: andrea@millerfairhenry.com
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone:   (903) 757-6400
Facsimile:   (903) 757-2323

*ATTORNEYS FOR DEFENDANT
 INTERNATIONAL BUSINESS MACHINES CORP.*

-5-

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on January 23, 2025.

*/s/ Daniel B. Kolko*
Daniel B. Kolko

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on January 22, 2025, counsel for Plaintiff conferred with counsel for Defendant regarding this joint motion via email and a telephone call in compliance with Local Rule CV-7(h) and CV-7(i).

*/s/ Daniel B. Kolko*
Daniel B. Kolko