# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| Defendant. | § | |
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT INTERNATIONAL BUSINESS MACHINES CORP.'S
NOTICE OF RELEVANT DETERMINATIONS FROM RELATED PROCEEDINGS**

Pursuant to the Court's Standing Order Requiring Notice of Relevant Determinations from Related Proceedings, International Business Machines Corp. ("IBM") notifies the Court that, on January 22, 2025, the District Court in the Western District of Texas granted transfer of VirtaMove's cases against Google and Amazon to the Northern District of California ("NDCA"). *See VirtaMove, Corp. v. Amazon.com, Inc.*, No. 7:24-cv-00030-ADA-DTG, Dkt. 87 (W.D. Tex. Jan. 22, 2025) (attached hereto as Exhibit 1); *VirtaMove, Corp. v. Google LLC*, No. 7:24-CV-00033-DC-DTG, Dtk. 86 (W.D. Tex. Jan 22, 2025) (attached hereto as Exhibit 2). As explained in IBM's Motion to Transfer Venue, VirtaMove alleges infringement of the same asserted patents against IBM and HPE based on use of the same underlying Kubernetes and Docker software, meaning the relevant evidence and witnesses are largely the same and judicial economy would result from all cases being transferred to NDCA. Dkt. 78 at 1-3, 7-8, 13-14. In its Opposition, VirtaMove likewise linked Amazon and Google's motions to transfer to IBM's own, arguing they "are just as weak as IBM's" and were unlikely to succeed. Dkt. 82 at 12. Accordingly, these two decisions granting Amazon and Google's motions to transfer to NDCA are "materially relevant to a pending motion before this Court"—namely, IBM's Motion to Transfer Venue (Dkt. 78). *See* Standing Order Requiring Notice of Relevant Determinations.

DATED: January 23, 2025

Respectfully submitted,

By: */s/ Brandon H. Brown*
Todd M. Friedman (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email: todd.friedman@kirkland.com
Brandon H. Brown
California State Bar No. 266347

Kyle Calhoun (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500
Email: brandon.brown@kirkland.com
Email: kyle.calhoun@kirkland.com

*Of Counsel:*

Andrea L. Fair
Texas State Bar No. 24078488
Email: andrea@millerfairhenry.com
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone:    (903) 757-6400
Facsimile:    (903) 757-2323

*ATTORNEYS FOR DEFENDANT INTERNATIONAL BUSINESS MACHINES CORP.*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on January 23, 2025, with a copy of this document via email.

By: */s/ Brandon H. Brown*
Brandon H. Brown