UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>                Plaintiff,<br><br>    v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br>                Defendant. | Case No. 2:24-cv-00093-JRG<br><br>**(LEAD CASE)**<br><br>**JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP.,<br><br>                Plaintiff,<br><br>    v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>                Defendant. | Case No. 2:24-cv-00064-JRG<br><br>(Member case)<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING HEWLETT PACKARD ENTERPRISE COMPANY'S OPPOSED SEALED MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. SECTION 1404 (DKT. NO. 87)**

Pursuant to the Court's Standing Order Requiring Notice of Relevant Determinations from Related Proceedings, Defendant Hewlett Packard Enterprise Company ("HPE") respectfully notifies the Court of the following supplemental authority, copies of which are attached, believed to be relevant to the Court's consideration of HPE's Motion to Transfer Venue (Dkt. No. 87), which was filed on October 14, 2024, and is fully briefed and pending before the Court:

1. ORDER GRANTING IN PART AND DENYING IN PART 31 Motion to Transfer Case; MOOTING 31 Motion to Dismiss, Dkt. No. 87, *VirtaMove, Corp. v. Amazon.com, Inc.*, No. 7:24-cv-00030-ADA-DTG, (W.D. Tex. Jan. 22, 2025). A copy

1

      of this decision is attached hereto as Exhibit A.

2. ORDER GRANTING 49 Sealed Motion to Transfer, Dkt. No. 86, *VirtaMove, Corp. v. Google LLC*, No. 7:24-CV-00033-DC-DTG, (W.D. Tex. Jan 22, 2025). A copy of this decision is attached hereto as Exhibit B.

As explained in HPE's Motion, in the above-referenced matters pending in W.D. Texas, VirtaMove alleges infringement of the same patents asserted against HPE based on use of the same underlying Kubernetes and Docker software, meaning the relevant evidence and witnesses are largely the same and judicial economy would result from all cases being transferred to NDCA. (Dkt. No. 87 at 6, 13-14).

| | |
|---|---|
| Dated:  January 24, 2025 | By: */s/ Katharine Burke*<br>Jennifer H. Doan<br>Texas Bar No. 08809050<br>Joshua R. Thane<br>Texas Bar No. 24060713<br>HALTOM & DOAN<br>6500 Summerhill Road, Suite 100<br>Texarkana, TX  75503<br>Telephone: (903) 255-1000<br>Facsimile: (903) 255-0800<br>Email:  jdoan@haltomdoan.com<br>Email: jthane@haltomdoan.com<br><br>Katharine Burke (Lead Attorney)<br>DC Bar Number: 985333<br>Katharine.burke@bakerbotts.com<br>Samuel L. Kassa<br>DC Bar Number: 187255<br>Sam.kassa@bakerbotts.com<br>**BAKER BOTTS L.L.P.**<br>700 K Street, N.W.<br>Washington, DC 20001-5692<br>Tel: (202) 639-7700<br>Fax: (202) 639-7890<br><br>Douglas M. Kubehl<br>Texas Bar No. 00796909<br>Doug.kubehl@bakerbotts.com<br>Morgan Mayne<br>Texas Bar No. 24084387<br>Morgan.mayne@bakerbotts.com<br>Emily Deer<br>Texas Bar No. 24116352<br>**BAKER BOTTS L.L.P.**<br>2001 Ross Avenue, Suite 900<br>Dallas, TX 75201-2980<br>Tel: (214) 953-6500<br>Fax: (214) 953-6503<br><br>David Lien (*pro hac vice*)<br>California Bar No. 313754<br>David.lien@bakerbotts.com<br>**BAKER BOTTS L.L.P.**<br>1001 Page Mill Road, Building One, Suite 200<br>Palo Alto, CA 94304-1007 |

        Tel: (650) 739-7563
        Fax: (650) 739-7663

***ATTORNEYS FOR DEFENDANT HEWLETT PACKARD ENTERPRISE COMPANY***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing is being served on all counsel of record who consent to electronic service on January 24, 2025.

        By: /s/ *Katharine Burke*
              Katharine Burke