# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING IBM'S MOTION FOR ISSUANCE OF A LETTER OF REQUEST TO VIRTUOZZO INTERNATIONAL GMBH IN THE SWISS CONFEDERATION

Before the Court is Defendant International Business Machines Corp.'s ("IBM") Motion for the Court to Issue Letter of Request (Letter Rogatory) Under the Hague Convention to Obtain Discovery from Virtuozzo International GmbH ("Motion"). The Letter of Request solicits assistance from the proper authority of the Swiss Confederation ("Switzerland") to obtain document discovery and deposition testimony from Virtuozzo, a Switzerland-based company.

After due consideration, the Court **GRANTS** the Motion. The Court will execute the Letter of Request, hereto attached as Exhibit 1. The Clerk is **DIRECTED** to authenticate, under seal of this Court, the Court's signatures on the Letter of Request and prepare three certified copies of the signed and sealed letter. IBM's counsel is hereby **ORDERED** to arrange receipt of the materials

from the Court by contacting the Clerk's Office and to deliver the issued Letter of Request, along with certified translations, as required, to the proper authority in Switzerland. IBM's counsel is further **ORDERED** to ensure that all material designated under this Court's Stipulated Protective Order (Dkt. 60) remains confidential when submitted to the proper authority in Switzerland.