**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION 2:24-cv-00093-JRG |
| | § | (LEAD CASE) |
| HEWLETT PACKARD ENTERPRISE | § | |
| COMPANY, | § | **JURY TRIAL DEMANDED** |
| *Defendant*. | § | |
| | § | |
| | § | |
| | § | |

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION 2:22-cv-00064-JRG |
| | § | (MEMBER CASE) |
| INTERNATIONAL BUSINESS | § | |
| MACHINES CORP., | § | **JURY TRIAL DEMANDED** |
| *Defendant*. | § | |
| | § | |
| | § | |
| | § | |

**NOTICE OF SUBMISSION OF**
**PROPOSED REDACTIONS TO SEALED ORDER**

Pursuant to the Court's February 5, 2025 Sealed Memorandum Opinion and Order (Dkt. 130, the "Sealed Order"), the parties have conferred for the purpose of generating an appropriately redacted public version of the Sealed Order.

Defendant Hewlett Packard Enterprise Company ("HPE") respectfully requests that the Court maintain under seal the redacted portions (denoted by black boxes) of the redacted version of the Sealed Order attached as Exhibit A hereto.  Plaintiff VirtaMove, Corp. does not oppose HPE's request.

Dated:  February 13, 2025

By: */s/ Katharine Burke*

Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX  75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email:  jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Katharine Burke (Lead Attorney)
DC Bar Number: 985333
Katharine.burke@bakerbotts.com
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, DC 20001-5692
Tel: (202) 639-7700
Fax: (202) 639-7890

Douglas M. Kubehl
Texas Bar No. 00796909
Doug.kubehl@bakerbotts.com
Morgan Mayne
Texas Bar No. 24084387
Morgan.mayne@bakerbotts.com
Emily Deer
Texas Bar No. 24116352
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Tel: (214) 953-6500
Fax: (214) 953-6503

David Lien (*pro hac vice*)
California Bar No. 313754
David.lien@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road, Building One, Suite 200
Palo Alto, CA 94304-1007
Tel: (650) 739-7563
Fax: (650) 739-7663

*ATTORNEYS FOR DEFENDANT*
*HEWLETT PACKARD ENTERPRISE*
*COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that Counsel of record who are deemed to have consented to electronic service are being served on February 13, 2025, with a copy of this document via the Court's CM/ECF System.

By: */s/ Katharine Burke*
Katharine Burke