# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br>       Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br>       Defendant. | § § § § § § § § § § § § | Case No. 2:24-cv-00093-JRG <br> (Lead Case) <br><br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br>       Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br>       Defendant. | § § § § § § § § § § § § § | Case No. 2:24-CV-00064-JRG <br> (Member Case) <br><br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF VIRTAMOVE, CORP.'S NOTICE OF SUBMISSION OF PROPOSED REDACTIONS TO SEALED IBM TRANSFER ORDER**

Pursuant to the Court's February 5, 2025 Sealed Memorandum Opinion and Order (Dkt. 129, the "Sealed Order"), the parties have conferred for the purpose of generating an appropriately redacted public version of the Sealed Order.

Plaintiff VirtaMove, Corp. ("VirtaMove") respectfully provides the redacted version of the Sealed Order attached as Exhibit A hereto, which merely removes the "sealed" notices and which otherwise leaves the content unsealed. Defendant International Business Machines Corporation ("IBM") does not oppose.

Dated: February 18, 2025                    Respectfully submitted,

                                            By: */s/ Reza Mirzaie*

                                            Reza Mirzaie (CA SBN 246953)
                                            rmirzaie@raklaw.com
                                            Marc A. Fenster (CA SBN 181067)
                                            mfenster@raklaw.com
                                            Neil A. Rubin (CA SBN 250761)
                                            nrubin@raklaw.com
                                            James A. Milkey (CA SBN 281283)
                                            jmilkey@raklaw.com
                                            Amy E. Hayden (CA SBN 287026)
                                            ahayden@raklaw.com
                                            Jacob Buczko (CA SBN 269408)
                                            jbuczko@raklaw.com
                                            James Tsuei (CA SBN 285530)
                                            jtsuei@raklaw.com
                                            Christian W. Conkle (CA SBN 306374)
                                            cconkle@raklaw.com
                                            Jonathan Ma (CA SBN 312773)
                                            jma@raklaw.com
                                            Daniel B. Kolko (CA SBN 341680)
                                            dkolko@raklaw.com
                                            **RUSS AUGUST & KABAT**
                                            12424 Wilshire Boulevard, 12th Floor
                                            Los Angeles, CA 90025
                                            Telephone: (310) 826-7474

        Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4040 N. Central Expy., Suite 1503
Dallas, TX 75204
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel met and conferred, and the relief requested herein is unopposed.

        */s/ Qi (Peter) Tong*
        Qi (Peter) Tong

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on February 18, 2025.

        */s/ Reza Mirzaie*

2