# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br>          Plaintiff,<br><br>     v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br>          Defendant. | Case No. 2:24-cv-00093-JRG<br>(Lead Case)<br><br><br>**JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP.,<br>          Plaintiff,<br><br>     v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br>          Defendant. | Case No. 2:24-cv-00064-JRG<br>(Member Case)<br><br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF VIRTAMOVE'S UNOPPOSED MOTION TO WITHDRAW ATTORNEY OF RECORD AMY E. HAYDEN

Plaintiff VirtaMove, Corp. files this Unopposed Motion to Withdraw Attorney of Record Amy E. Hayden. VirtaMove requests that the Court permit Ms. Hayden to withdraw as attorney of record in this matter and to terminate her receipt of electronic notices. Defendants do not oppose this motion, and VirtaMove has consented to Ms. Hayden's withdrawal. VirtaMove will remain fully represented by its remaining counsel of record.

Dated: February 20, 2025                                  Respectfully submitted,

                                                          */s/ Amy E. Hayden*
                                                          Reza Mirzaie (CA SBN 246953)
                                                          rmirzaie@raklaw.com
                                                          Marc A. Fenster (CA SBN 181067)
                                                          mfenster@raklaw.com
                                                          Neil A. Rubin (CA SBN 250761)

nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
4925 Greenville Ave., Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 20th day of February 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Amy E. Hayden*
Amy E. Hayden

**CERTIFICATE OF CONFERENCE OF COUNSEL**

I hereby certify that counsel of record for VirtaMove and Defendants have met and conferred in compliance with Local Rule CV-7(h). Defendants do not oppose this motion.

*/s/ Amy E. Hayden*
Amy Hayden