# EXHIBIT 7

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | **ORAL ARGUMENT REQUESTED** |
| | § | |
| | § | |
| Defendant. | § | |
| | § | |
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | **ORAL ARGUMENT REQUESTED** |
| | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## DECLARATION OF ANGELOS STAVROU
## REGARDING THE IBM COUNTERCLAIM PATENTS

## I.      INTRODUCTION

1.      My name is Dr. Angelos Stavrou.  I have been retained to provide technical assistance in the above captioned action and on behalf of Defendant and Counterclaim-Plaintiff International Business Machines, Corp. ("IBM").  I have been asked to offer my opinions relating to the meaning of the disputed terms in the claims of U.S. Patent Nos. 9,722,858 (the "'858 patent"), 9,697,038 (the "'038 patent"), 10,606,634 (the "'634 patent"), and 8,943,500 (the "'500 patent") (collectively, the "Counterclaim Patents") to a person of ordinary skill in the art, including whether, when read in light of the specifications and the prosecution history, they inform those skilled in the art of the scope of the invention with reasonable certainty.

2.      I based the opinions provided in this Declaration on my years of experience in the field, education, and on my review of the materials identified in this Declaration and in Appendix B to this Declaration.

3.      I reserve the right to amend or supplement my opinions in light of further documents, depositions, or discovery disclosures.  I further reserve the right to rely upon any additional information or materials that may be provided to me or that are relied upon by any of Plaintiff's experts or witnesses, if called to testify or to give additional opinions regarding this matter.  I specifically reserve the right to address, including through reference to new evidence and/or opinions, the arguments and opinions raised by Plaintiff or its experts once they are disclosed, such as in any expert report or declaration.

## II.     QUALIFICATIONS AND EXPERIENCE

4.      My qualifications, including my education and work experience, are provided in my Curriculum Vitae, which is attached as Appendix A and summarized as follows.

5.      I graduated from the University of Patras in 1997 with a B.Sc. (Honors) degree in Physics, and with a certificate in Electrical Engineering in 1999.  I received a Master of Science

in Electrical Engineering and a Master of Philosophy in Computer Science from Columbia University, Fu Foundation School of Engineering and Applied Science in 2002 and 2007 respectively. I received my Ph.D. with distinction in Computer Science from Columbia University in 2007. I am currently a professor at Virginia Polytechnic Institute and State University ("Virginia Tech") in the Bradley Department of Electrical and Computer Engineering, and I have been a professor of computer science and engineering since 2007, including at George Mason University in the Computer Science Department.

6.      I have authored or co-authored over 120 peer-reviewed conference and journal articles on various topics relating to electrical and computer engineering, including operating systems, virtualization technologies, networking, systems security, and data and resource management. *See, e.g.*,

- Xing Gao, Jidong Xiao, Haining Wang & Angelos Stavrou, *Understanding the Security Implication of Aborting Virtual Machine Live Migration*, IEEE TRANSACTIONS ON CLOUD COMPUTING (Apr–June 2022).

- Fengwei Zhang, Kevin Leach, Angelos Stavrou & Haining Wang, *Towards Transparent Debugging*, IEEE TRANSACTIONS ON DEPENDABLE AND SECURE COMPUTING (Mar.–Apr. 2018).

- Fengwei Zhang, Jiang Wang, Kun Sun & Angelos Stavrou, *Hypercheck: A Hardware-Assisted Integrity Monitor*, IEEE TRANSACTIONS ON DEPENDABLE AND SECURE COMPUTING (July–Aug. 2014).

- Meixing Le. Angelos Stavrou & Brent ByungHoon Kang, *DoubleGuard: Detecting Intrusions in Multitier Web Applications*, IEEE TRANSACTIONS ON DEPENDABLE AND SECURE COMPUTING (July–Aug. 2012).

- Tolga O. Atalay, Sudip Maitra, Dragoslav Stojadinovic, Angelos Stavrou & Haining Wang, *Securing 5G OpenRAN with a Scalable Authorization Framework for xApps* (IEEE Conference on Computer Communications, 2023).

- Tolga O. Atalay, Dragoslav Stojadinovic, Alireza Famili, Angelos Stavrou & Haining Wang, *Network-Slice-as-a-Service Deployment Cost Assessment in an End-to-End 5G Testbed* (IEEE Global Communications Conference, 2022).

- Tolga O. Atalay, Dragoslav Stojadinovic, Angelos Stavrou & Haining Wang, *Scaling Network Slices with a 5G Testbed: A Resource Consumption Study* (IEEE Wireless Communications and Networking Conference, 2022).

- Joseph Connelly, Taylor Roberts, Xing Gao, Jidong Xiao, Haining Wang & Angelos Stavrou, *CloudSkulk: A Nested Virtual Machine Based Rootkit and Its Detection* (51st Annual IEEE/IFIP International Conference on Dependable Systems, 2021).

- Jiang Wang, Kun Sun & Angelos Stavrou, *Hardware-Assisted Application Integrity Monitor* 5375 (Hawaii International Conference on System Sciences, 2012). Jiang Wang, Sameer Niphadkar, Angelos Stavrou & Anup K. Ghosh, *A Virtualization Architecture for In-Depth Kernel Isolation* 1 (Hawaii International Conference on System Sciences, 2010).

7.      I have also authored several book chapters in the areas of networking, systems

security, and application isolation technologies.  *See, e.g.,*

- Angelos Stavrou, *Overlay-Based DoS Defenses*, *in* ENCYCLOPEDIA OF CRYPTOGRAPHY AND SECURITY (Henk C.A. van Tilborg & Sushil Jajodia eds., 2d ed. 2010).

- Angelos Stavrou, *TCP Modulation Attacks*, *in* ENCYCLOPEDIA OF CRYPTOGRAPHY AND SECURITY (Henk C.A. van Tilborg & Sushil Jajodia eds., 2d ed. 2010).

8.      I have also hosted and participated in several workshops on virtualization

technologies, networking, and systems security.  *See, e.g.,*

- Ataollah Fatahi Baarzi, George Kesidis, Dan Fleck & Angelos Stavrou, *Microservices made attack-resilient using unsupervised service fissioning* 31 (13th European Workshop on Systems Security, 2020).

- Riyadh Mahmood, Naeem Esfahani, Thabet Kacem, Nariman Mirzaei, Sam Malek & Angelos Stavrou, *A Whitebox Approach for Automated Security Testing of Android Applications on the Cloud* 1 (7th International Workshop on Automation of Software Test, 2012).

- Angelos D. Keromytis, Roxana Geambasu, Simha Sethumadhavan, Salvatore J. Stolfo, Junfeng Yang,Azzedine Benameur, Marc Dacier, Matthew Elder, Darrell Kienzle & Angelos Stavrou, *The MEERKATS Cloud Security Architecture* 446 (3rd International Workshop on Security and Privacy in Cloud Computing, 2012).

- Angelos D. Keromytis, Salvatore J. Stolfo, Junfeng Yang, Angelos Stavrou, Anup Ghosh, Dawson Engler, Marc Dacier, Matthew Elder & Darrell Kienzle, *The MINESTRONE Architecture Combining Static and Dynamic Analysis Techniques for Software Security* 53 (1st SysSec Workshop, 2011).

- Charalampos Andrianakis, Paul Seymer & Angelos Stavrou, *Scalable Web Object Inspection and Malfease Collection* 1 (5th USENIX Workshop on Hot Topics in Security, 2010).

- Quan Jia, Zhaohui Wang & Angelos Stavrou, *The Heisenberg Measuring Uncertainty in Lightweight Virtualization Testbeds* 1 (2nd Workshop on Cyber Security Experimentation and Test, 2009).

- Yih Huang, Angelos Stavrou, Anup K. Ghosh & Sushil Jajodia, *Efficiently Tracking Application Interactions using Lightweight Virtualization* 19 (1st Workshop on Virtualization Security, 2008).

- Michael E. Locasto, Angelos Stavrou & Angelos D. Keromytis, *Dark Application Communities* 11 (15th New Security Paradigms Workshop, 2006).

9.    I have been involved in a variety of research efforts in the area of electrical and computer engineering, including operating systems, networking, systems security, data and resource management, and virtualization technologies, since 2007.  My research has been supported by awards and grants from the National Science Foundation, Defense Advanced Research Projects Agency (DARPA), the National Institute of Standards and Technology (NIST), the Army Research Office (ARO), the Department of Homeland Security, and other institutions. *See, e.g.*,

- Principal Investigator (Kryptowire and Virginia Tech) for DARPA Cyber Agents for Security Testing and Learning Environments (CASTLE), 06/01/2023 – ongoing, Multi-Agent Training Exerciser (MATrEx) along with SRC and RTX, total budget $16.5M.

- Principal Investigator (George Mason University) for DARPA Mission-oriented Resilient Clouds (MRC) project, $750,363 09/2011–01/2016, *MEERKATS: Maintaining Enterprise Resiliency via Kaleidoscopic Adaptation & Transformation of Software Services*, (Part of team that includes Columbia University and Symantec Corp. total budget: $6,619,270) (with Fei Li).

- Principal Investigator, NSF project, $239,884 09/2009–08/2011, *TC: Small: Collaborative Research: Scalable Malware Analysis Using Lightweight Virtualization* (with Fabian Monrose).

10.     I am also a named inventor on several issued patents relating to operating systems, networking, systems security, data and resource management, and virtualization technologies. *See, e.g.*,

- U.S. Patent No. 10,127,137 (*Methods and systems for increasing debugging transparency*);

- U.S. Patent No. 9,602,524 (*Methods and Apparatus for Application Isolation*);

- U.S. Patent No. 9,098,698 (*Methods and Apparatus for Application Isolation*);

- U.S. Patent No. 9,270,697 (*Hardware-assisted Integrity Monitor*);

- U.S. Patent No. 8,819,225 (*Hardware-assisted Integrity Monitor*);

- U.S. Patent No. 8,549,646 (*Methods, Media and Systems for Responding to a Denial of Service Attack*).

11.     I have been a member of the Institute of Electrical and Electronics Engineers ("IEEE"), since 2007 and am now a Senior member.  I have served in various editorial bodies, including as an editor for the IEEE Security and Privacy Magazine, IEEE Transactions on Computers, IEEE Internet Computing, and IEEE Transactions on Reliability.  I have also served on the IEEE Rebooting Computing Committee since 2013. In 2024, I received the IEEE Reliability Society Lifetime Achievement Award. Additionally, I have served as one of the chairs for programs such as the Association for Computing Machinery ("ACM") Conference on Computer and Communications Security (CCS) and the 1st Workshop on Virtual Machine Security (VMSec).

12.     In sum, I have almost two decades of experience in research and development in the areas of electrical and computer engineering as a professor, researcher, and consultant.

13.     I am being compensated at my usual hourly rate of $450.  My compensation does not depend on the outcome of these proceedings.  I have no financial interest, beneficial or otherwise, in any of the parties.

### III.    PERSON OF ORDINARY SKILL IN THE ART

14.    As to the Counterclaim Patents, a person of ordinary skill in the art capable of reading and understanding the claims of the patents at issue would have had a bachelor's degree in computer science or a similar degree plus at least two years of experience in the field of computer software systems.

15.    Additional experience could have compensated for a lack of formal education, or vice versa.  Based on the above, I believe I would have met or exceeded these qualifications in the relevant time frame.

### IV.    LEGAL PRINCIPLES

16.    I am not a lawyer and offer no opinions on the law.  For the purposes of performing my analyses, I have been instructed by counsel of certain legal principles with respect to patent law and claim construction, and I have applied those principles in reaching the opinions set forth herein.

17.    I understand that the claims of a patent define the purported invention, and the purpose of claim construction is to understand how a person of ordinary skill in the art ("POSITA") would have understood disputed claim terms at the time of the purported invention.  I understand factors that may be considered in determining the level of ordinary skill in the art include: (a) the types of problems encountered in the field, (b) prior art solutions to those problems, (c) how sophisticated the technology at issue is and how fast inventions occur in the field, and (d) the educational level of active workers in the field.

18.    I understand that the most important evidence to consider in construing the claims is the "intrinsic" record.  This includes the claim language, the patent specification, and the prosecution history.  I understand that words or terms should be given their ordinary and accepted meaning to skilled artisans unless it appears that the inventors were using them to mean something

else. In making this determination, however, of paramount importance are the claims, the patent specification, and the prosecution history. Additionally, the specification and prosecution history should be consulted to confirm whether the patentee has acted as its own lexicographer (*i.e.*, provided a special meaning to any disputed terms), or intentionally disclaimed, disavowed, or surrendered any claim scope.

19.     I further understand that reference materials that were publicly available at the time that the patent application was filed, such as dictionaries, treatises, or other technical references, may provide context and background for understanding how a POSITA would have considered the terms used in the claims.  However, I understand that such references, as well as testimony (including this Declaration), are generally known as "extrinsic evidence," and are accorded less weight than evidence found within the patent and file history.

20.     I understand that POSITAs are deemed to read the words used in the patent with an understanding of their meaning in the field, and to have and apply knowledge of any special meaning and usage associated with the term within the field.  The words used by the inventors to describe the invention must be understood and interpreted as they would be understood and interpreted by a POSITA.

21.     I understand that the claims of a patent define the scope of the rights conferred by the patent. I further understand that the claims of a patent must satisfy a definiteness requirement, i.e., the claims must particularly point out and distinctly claim the subject matter which the patentee regards as his invention.  I also understand that a patent is invalid for indefiniteness if its claims, read in light of the patent specification and the file history, fail to inform, with reasonable certainty, those skilled in the art about the scope of the claimed subject matter.  It was further explained to me that absolute or mathematical precision in claim language is not required.  However, it is not

enough that some meaning can be ascribed to a patent's claims, including where, for example, the patent specification purports to provide a definition for a claim term. Instead, the claims, when read in light of the patent specification and file history, must provide objective boundaries for a POSITA.

22.    I have also been informed that a terms of degree used in a patent are indefinite unless the patent provides objective boundaries for those of ordinary skill in the art when read in light of the intrinsic evidence.

23.    I understand that a claim term is presumptively a means-plus-function term subject to the requirements of 35 U.S.C. § 112, ¶ 6 when the term uses the word "means." When a term does not use the word "means", I have been informed that the requirements of 35 U.S.C. § 112, ¶ 6 will not apply unless the words of the claim are not understood by persons of ordinary skill in the art to have a sufficiently definite meaning as the name for a structure, if the claim term fails to recite sufficiently definite structure, or if the claim term recites function without reciting sufficient structure for performing that function.

24.    I have also been informed that in order for a means-plus-function claim to be definite and to comply with the requirements of 35 U.S.C. § 112 ¶ 6, the corresponding structure of the limitation must be disclosed in the written description in such a manner that one skilled in the art will know and understand what structure corresponds to the means limitation. I have also been informed that structure in the specification only satisfies this requirement if the structure is clearly linked or associated to the function recited in the claim. If the patent does not disclose sufficient structure for performing the identified function or if the alleged structure and the function are not clearly linked or associated, the means-plus-function term is indefinite.

25.    I understand that in determining whether a claim term is subject to 35 U.S.C. § 112 ¶ 6, the essential inquiry is not merely the presence or absence of the word "means" but whether the words of the claim are understood by persons of ordinary skill in the art to have a sufficiently definite meaning as the name for structure. I have also been informed that in the case of a method claim that does not contain the term "step[s] for," a party must also show that the limitation contains no "act" before it can be construed as a step-plus-function limitation. I understand an "act" corresponds to how the function is accomplished and the underlying function of a method claim element corresponds to what that element ultimately accomplishes in relationship to what the other elements of the claim and the claim as a whole accomplish.

26.    I understand that after identifying the function of the means-plus-function element, a court looks to the written description to identify the structure corresponding to that function. I understand that when a function is to be implemented by a computer, the specification must disclose an algorithm by which the generalized circuitry performs the function. An algorithm is a step-by-step set of instructions for a person or processor to perform to complete a function. I understand that the specification may disclose the algorithm in different ways, including by a written description or by a flow chart.

27.    I also understand that a single claim covering both an apparatus and a method of use of that apparatus may be found indefinite under section 112.  This is because claiming both an apparatus and method of using the apparatus within a single claim can make it unclear whether infringement occurs when one creates an infringing system, or whether infringement occurs when the user actually uses the system in an infringing manner.  I further understand that when the claim language reflects the capability of the claimed structure rather than the activities of the user, and

do not reflect an attempt to claim both an apparatus and a method, but instead claim an apparatus with particular capabilities, it is not indefinite.

## V.     THE ASSERTED PATENTS

### A.     The '500 Patent

#### 1.     Overview of the '500 Patent

28.     The '500 patent is entitled "System and Method for Application Isolation," and it describes a "system, method, and computer readable medium for providing application isolation to one or more applications and their associated resources."  *See* '500 Patent, Abstract. In particular, the '500 patent states that "[t]he present invention provides a system, method, and computer readable medium to create an application isolation environment where applications can run unmodified, on un-modified operating systems without requiring any virtual environments, virtual machines or virtual machine monitors."  *Id.*, 2:35-39. The present invention also teaches how to manage and handle applications that share libraries and resources, and how to handle complex multi-process applications. *Id.*, 2:40-42.  In one embodiment an implementation in the Linux environment is described, in another embodiment an implementation on Windows is described.  *Id.*, 2:42-45.

29.     As explained in the '500 patent, one of the most significant sources of "application incompatibilities" is "shared library conflict."  *Id.*, 8:40-43.  "By way of example, and not limitation, if a shared library is loaded on the system, and a new application installs an older version of the library, the older version may overwrite the newer version and render other applications non-functional based on having their shared library replaced by an incompatible older version. This is a common problem on both the Windows and Linux platforms."  *Id.*, 8:48-49. To solve that problem, "[u]sing the preferred embodiment described above, the application would install the older library into its isolated environment and therefore not affect other applications.

The application would load and use the older library without ever being aware that it was provided from the isolated environment, and other applications running on the system would be unaffected by the installation of the older library." *Id.*, 8:49-55.

30.    And in the embodiment described in Fig. 4 "the Interception Database (IDB) 122" "contains two main components, a rules engine 130 and the core resource mappings 132." *Id.*, 6:63-66.  "The rules engine 130 contains the main high-level configuration information 124 as provided by an administrator 126." *Id.*, 6:67-7:1.  "The resource mapping 132 maintains mapping between public resources 134 and the corresponding private and isolated resources 136." *Id.*, 7:13-14. "The resource mapping 132 also consults the global exceptions 138 prior to translating any public to private or private to public resource requests." *Id.*, 7:14-16.



FIG.4 – Interception Database (IDB)

### 2. Claim 1 of the '500 Patent

31.    Claim 1 of the '500 patent recites:

A system, comprising:

one or more central processing units; and

one or more isolated environments including one or more applications and executables;

wherein the one or more central processing units and the one or more isolated environments are configured to interact with each other;

wherein the one or more isolated environments are created during installation of the one or more applications, and updates to the one or more isolated environments occur as the one or more applications use additional resources;

wherein the one or more isolated environments are removed as part of an uninstall of the one or more applications;

wherein the one or more isolated environments are stored for retrieval at a later time after the uninstall of the one or more applications.

32.    Claim 19 of the '500 patent also includes disputed terms.  Claim 19 depends on claim 18, and both claims are copied below.

> 18. A non-transitory computer readable storage medium comprising instructions for:
>
> > creating one or more isolated environments during installation of the one or more applications, and updating the one or more isolated environments as the one or more applications use additional resources while running;
> >
> > removing the one or more isolated environments as part of uninstalling the one or more applications; and
> >
> > storing the one or more isolated environments for retrieval at a later time after the one or more applications are uninstalled.
>
> 19. The non-transitory computer readable storage medium of claim 18 comprising instructions for maintaining mapping between the system resources inside the one or more isolated environments and outside.

### 3.    Priority Date of the '500 Patent

33.    I understand that the claims of the '500 patent are entitled to at least the priority date of April 10, 2009.

### B.    The '038 Patent

#### 1.    Overview of the '038 Patent

34.    I understand that the '038 Patent is a continuation of U.S. Application No. 14/606,175, which is a continuation of the application that issued as the '500 patent.  As such, the '038 Patent shares the same title and specification as the '500 patent, as described above.

#### 2.    Claim 1 of the '038 Patent

35.    Claim 1 of the '038 patent recites:

A system, comprising:

one or more central processing units; and

one or more isolated environments including one or more applications;

wherein the one or more central processing units and the one or more isolated environments are configured to interact with each other;

wherein the one or more isolated environments are created during installation of the one or more applications;

wherein updates to the one or more isolated environments occur as the one or more applications use additional resources; and

wherein the one or more isolated environments are copied to storage and then removed as part of an uninstall of the one or more applications.

### 3.    Priority Date of the '038 Patent

36.    I understand that the claims of the '038 Patent are entitled to at least the priority date of April 10, 2009.

### C.    The '634 Patent

### 1.    Overview of the '634 Patent

37.    I understand that the '634 patent is a continuation of U.S. Application No. 15/641,300, which is a continuation of the application that issued as the '038 patent and is in the same family as both the '500 patent and the '038 patent. As such, the '634 patent shares the same title and specification as the '500 patent, as described above.

### 2.    Claim 1 of the '634 Patent

38.    Claim 1 of the '634 patent recites:

A system, comprising:

one or more central processing units; and

one or more central processing units;

one or more isolated environments including one or more applications; and

one or more resource mappings between resources as requested by the one or more applications and the corresponding resources inside said isolated environments;

wherein the one or more central processing units and the one or more isolated environments are configured to interact with each other;

wherein a resource mapping for an application is created or updated during one or more of installing said application in an isolated environment, running said application in said isolated environment, or accessing a resource corresponding to said resource mapping; and

wherein a resource mapping for an application is removed or updated during one or more of uninstalling said application, deleting a resource corresponding to said resource mapping, archiving at least one of the one or more isolated environments, or copying an isolated environment to a new location.

### 3.    Priority Date of the '634 Patent

39.    I understand that the claims of the '634 patent are entitled to at least the priority date of April 10, 2009.

### D.    The '858 Patent

### 1.    Overview of the '858 Patent

40.    I understand that the '858 patent is entitled "Management Infrastructure Analysis for Cloud Migration." The '858 patent explains that "[i]n an Infrastructure as a Service (IaaS) cloud, the capability provided to the consumer is to provision processing, storage, networks, and other fundamental computing resources where the consumer is able to deploy and run arbitrary software, which can include operating systems and applications." '858 patent, 1:20-25. "The consumer does not manage or control the underlying cloud infrastructure but has control over operating systems, storage, deployed applications, and possibly limited control of select networking components (e.g., host firewalls)." *Id.*, 1:25-29.  And further, "[m]igration is the process of moving from a source environment to a target environment, such as a target IaaS cloud environment." *Id.*, 1:30-32.  The '858 patent describes that "[h]eretofore, migration analysis has typically only focused on operating systems (OS) and applications, ***not infrastructure management***." *Id.*, 1:32-34 (emphasis added).

16

41.     The invention of the '858 patent "provide[s] techniques for management infrastructure analysis for cloud migration." '858 patent, 1:38-39.  Further, "[t]echniques of the present invention can provide substantial beneficial technical effects." *Id.*, 2:14-15.  For instance, the patent describes that "one or more embodiments provide techniques for management infrastructure analysis for cloud migration with one or more of the following advantages:"

> facilitates migration of existing environments to cloud environments having standardized infrastructure management systems and processes (e.g., MIaaS cloud environments),
>
> improves coverage of existing servers or instances that can be migrated to such cloud environments, i.e., the fraction of servers or instances that can be migrated,
>
> decreases the risk of failure of the migration or problems after the migration, and/or
>
> where migration is not possible or needs specific preceding measures, decreases the time needed and the risk during the critical actual migration period (where applications are typically shut down) by advance analysis.

*Id.*, 2:19-31.

42.     Fig. 5 provides an exemplary embodiment, which includes a customer environment 402, a wide area network (WAN) 514, and a MIaaS cloud environment 410.  *Id.*, 9:55-58.  Further, the '858 patent describes that:

> Initially, a discovery process 518 is carried out to determine both the physical 520 and virtual 522 instances and their configurations in the customer environment 402. Analysis and planning is then carried out in step 524. If the results are unfavorable, other methods, such as physical-to-physical (P2P) migration, application reinstallation, retention of the legacy systems, and the like are pursued, as shown at 526 . . . . On the other hand, if step 524 indicates that migration using one or more techniques disclosed herein is feasible, flow proceeds to baseline test and backup, in step 528. In step 528, as shown at 530, a set of test cases are run to prove that the source system fulfills criteria that are desired to be maintained in the target environment, e.g., that it still tests correct under all of its functional test cases or performance claims. This is done to ensure that any errors already present are fixed before the migration process. Furthermore, a back-up process is carried out, as shown at 532, to permit recovery in case of any issues encountered in the migration process. Processing then proceeds to step 534, wherein the instances to be migrated are captured

. . .

As seen at 536, this instance capture step can include, for example, both physical-to-virtual (P2V) and virtual-to-virtual (V2V) techniques with one or more suitable tools.

. . .

As seen in step 538, the captured instances are then transported into the cloud location 410 via network 514. Data 544 outside the boot disk may be transported separately from the aforementioned vmdk file (seen at 542), in particular if it is large and the data transport might start earlier.

*See, id.*, 9:55-10:56.



*Fig. 5*

*See id.*, Fig. 5. As shown above, Fig. 5. further describes that Platespin and Softek TDMF are exemplar tools for controlling the transfer of instance captured in step 534. Both Platespin and Softek TDMF are tools that would have been known to a POSITA, and they support both file migration and network migration.

43.    Fig. 7 provides an exemplary embodiment, which includes system diagram depicting system states at various phases of the invention. *Id.*, 2:51-53. Further, the '858 patent describes that:

> ***The instances are captured***. As discussed above with regard to 536, this instance capture can include, for example, both physical-to virtual (P2V) and virtual-to-virtual (V2V) techniques with one or more suitable tools; transport can be via WAN 514 (which could include, for example, the final virtual private network (VPN) (used for communication between the customer and cloud environment during normal operation after migration is complete), or a temporary line) or by transfer of physical media.

*See, Id.*, 13:26-35



*See, Id.*, Fig. 7 (emphasis added).

### 2.    Claim 1 of the '858 Patent

44.    Claim 1 of the '858 patent recites:

19

A non-transitory computer readable medium comprising computer executable instructions which when executed by a computer cause the computer to perform the method of:

> discovering, in a source computing system having a source management infrastructure, at least one source infrastructure management component, wherein said at least one source infrastructure management component is an instance of an image, and wherein said at least one source infrastructure management component is running in a customer environment;

> querying a database to obtain a description of a target cloud infrastructure;

> analyzing said at least one source infrastructure management component using said description of said target cloud infrastructure to determine that said at least one source infrastructure management component is appropriate for infrastructure configuration mapping to said target cloud infrastructure; stopping an application executing on said at least one source infrastructure management component determined appropriate for infrastructure configuration mapping; and

> capturing said at least one source infrastructure management component determined appropriate for infrastructure configuration mapping for migration to said target cloud infrastructure.

'858 patent, cl. 1.

### 1.    Priority Date of the '858 Patent

45.    I understand that the claims of the '858 patent are entitled to at least the priority date of November 29, 2012.

## VI.    CLAIM CONSTRUCTION OPINIONS

### A.    '500, '634, '038 Patent Terms

#### 1.    "A system … created during installation … removed as part of an uninstall…" (Claim 1 of the '500, '634, and '038 Patents)

| **IBM**: Plain and ordinary meaning | **VirtaMove**: Indefinite |
| --- | --- |

46.    I understand that VirtaMove contends that the term "[a] system … created during installation … removed as part of an uninstall…" in claim 1 of the '500 patent, claim 1 of the '634 patent, and claim 1 of the '038 patent is indefinite.

47.     I have been asked to provide an opinion as to whether this term, when read in light of the language of the other claims and the remaining intrinsic evidence, would have informed with reasonable certainty those skilled in the art about the scope of the invention. It is my opinion that the term is readily understandable and would have had a reasonably certain meaning to a POSITA in the context of the claims and specification, and the term should be given its plain and ordinary meaning.

48.     I understand that VirtaMove contends that this term renders the claims indefinite because the phrases "created during installation" and "removed as part of an uninstall" allegedly introduce ambiguity including because the term introduces mixed statutory types of claims (both system and method claims). I disagree with VirtaMove's contention.

49.     As recited in the claims, the claim language itself provides clarity to a POSITA, indicating that "the one or more isolated environments are created during installation of the one or more applications" and that "the one or more isolated environments are copied to storage and then removed as part of an uninstall of the one or more applications." *See* '500 patent, cl. 1. It is my opinion that a POSITA would have readily understood the meaning of the claim language.

50.     Indeed, the '500 patent specification supports this interpretation. For example, the '500 specification at 5:50–67 and 6:1–56 describes that the system is capable of creating isolated environments during installation and removing isolated environments during uninstallation. In particular, the patent describes:

> FIG. 2 illustrates by way of example embodiment **40** *installation* of a typical application "AppXYZ" **42**. The Interception Layer (IL) **50** intercepts all calls to system libraries and the operating system. IL **50** communicates with the Interception Database (IDB) **58** to *create a private and isolated environment* where the application can execute without depending on or affecting other parts of the environment. By way of example, and not limitation, first the installation process requests a **resource 44**, such as opening a file. The resource request is

intercepted by IL **50** and a request to create **54** a private instance of the resource is made to the Interception Database (IDB) **58**.

'500 patent, 5:52-58 (emphasis added). Figure further 2 illustrates this disclosure as well.



FIG.2 – Installing and running an Application

*Id.*, Fig. 2.

51.    Further, the '500 patent describes the system's capability of uninstallation:

FIG. 3 illustrates by way of example embodiment **80**, ***un-installation of a typical application*** AppXYZ **82**. The un-installation uses and requests resources **84**, which are intercepted by the IL **86** and redirected **88** by the IDB **90**, as described above. All actions, such as deletion of files, are re-directed to the private and isolated location. When the un-install terminates, sometimes called exit( ), the exit is intercepted **92** by the IL **86**, and forwarded **94** to the IDB **90**. The IDB **90** *removes* all entries mapping **100** application AppXYZ **82** resources **96** against its isolated environment **98**. ***The application is now uninstalled***, and all isolation information has been removed.

*Id.*, 6:45-56 (emphasis added).  This is further illustrated in Fig. 3 of the '500 patent.



FIG.3 – Un-Installing an Application

*Id.*, Fig. 3.

52.     Similarly, the '038 patent includes similar disclosures.  The '038 patent at 6:1-60 and Fig. 2 describes the system's functional capability of installation.  The '038 patent at 6:62-7:8 and Fig. 3 describes the system's capability of uninstallation.  Such disclosure confirms my opinion that a POSITA would understand these terms in their plain and ordinary sense.

53.     Further, it is my understanding that VirtaMove contends this claim is indefinite because it is claims both a system and method steps.  I am not an attorney and I am not rendering any legal opinion.  From a technical perspective, however, it is my opinion that a POSITA reading the '500 patent and the claim language would have understood that "created during installation" and "removed as part of an uninstall" are both functional capabilities of the system as claimed.  In

fact, as discussed above, the specification describes the system and apparatus with such functional capabilities, and the claim language using passive voice is also consistent with that interpretation. *See, e.g.*, '500 patent, 5:52-528, 6:45-56, Figs. 2-3, cl. 1.  Thus, it is my opinion that a POSITA reading the claims and specification at issue would not have been confused.

54.    Moreover, my review of the prosecution file history and the extrinsic evidence cited by IBM and VirtaMove also does not change my opinion. *See generally*, *Create*, Webster's II New College Dictionary (3rd ed. 2005); *Install*, Microsoft Computer Dictionary (5th ed. 2002); *Installation*, IEEE 100: The Authoritative Dictionary of IEEE Standards Terms (7th ed. 2000); *Remove*, Webster's II New College Dictionary (3rd ed. 2005); *System*, McGraw-Hill Dictionary of Electrical and Computer Engineering (6th ed. 2004).  There is no indication in the prosecution history that these terms were used in any non-standard way or lacked clarity for a POSITA.

55.    Accordingly, in my opinion, there is no ambiguity or lack of reasonable certainty as to the scope of the claims based on the term "A system … created during installation … removed as part of an uninstall…." A POSITA would have understood the scope of the term to be consistent with its plain and ordinary meaning.

### 2. "the system resources" (Claim 19 of the '500 Patent and Claim 19 of the '038 Patent)

| **IBM**: Plain and ordinary meaning | **VirtaMove**: Indefinite |
| --- | --- |

56.    I understand that VirtaMove contends that the term "the system resources," which is recited in claim 19 of the '500 patent and claim 19 of the '038 patent, is indefinite.

57.    I have been asked to provide an opinion as to whether the claims, which include the term "the system resources," when read in light of the language of the other claims and the remaining intrinsic evidence, would have informed with reasonable certainty those skilled in the art about the scope of the invention. It is my opinion that the term is readily understandable and

would have had a reasonably certain meaning to a POSITA in the context of the claims and specification, and the term should be given its plain and ordinary meaning.

58.     I understand that VirtaMove contends that this term is indefinite because it allegedly lacks clarity as to whether "the system resources" encompasses all system resources or only a subset of system resources. I disagree with VirtaMove's contention.  I also understand that VirtaMove alleges that "the system resources" does not have an antecedent basis.

59.     As recited in claim 19 of the '500 patent and the '038 patent, claim 19 in both patents recite "maintaining mapping between the system resources inside the one or more isolated environments and outside."  *See* '500 patent, cl. 19; '038 patent, cl. 19.  Thus, it is my opinion that the plain language of the claims indicate to a POSITA that "the system resources" refers to the system resources inside the one or more isolated environments and outside the isolated environment, as recited in the claims.  *See id.* Further, it is my opinion that the term "system resources inside the one or more isolated environments" indicates to a POSITA that the claims contemplate any system resources that would satisfy the requirements of claims 18 and 19, rather than requiring an exhaustive list of *all* system resources. A POSITA would understand that the term "the system resources" can refer to different sets of resources depending on the specific context, including only the relevant resources associated with the operation described in the claim as executed in the particular environments.

60.     The '500 patent specification confirms my understanding. For example, at 2:54–57, the specification provides examples of system resources, including memory, storage, and CPUs. Figs. 2 and 4 further illustrate how the system resources are organized and used within and outside the isolated environments. Similarly, the '038 patent specification at 2:65–3:1 and Figures 1, 2, and 3 describe the interaction between the system resources, confirming that a POSITA would

have understood the plain and ordinary meaning of "the system resources"—a straightforward term that does not require construction.

61.     It is thus my opinion that a POSITA would have readily understood the objective requirements of "the system resources" as recited in the claims and specification. There is nothing in the intrinsic or extrinsic evidence that suggests this term is ambiguous or lacks clarity such that a POSITA would not have understood it with reasonable certainty. Instead, the specification and claim language provide sufficient detail for a POSITA to assign the plain and ordinary meaning to this term.

62.     Moreover, my review of the prosecution file history and extrinsic evidence cited by IBM and VirtaMove also does not change my opinion. *See generally*, *System Resource*, Microsoft Computer Dictionary (5th ed. 2002); *Resource*, IEEE 100: The Authoritative Dictionary of IEEE Standards Terms (7th ed. 2000); *Resource*, Microsoft Computer Dictionary (5th ed. 2002); *Resource*, Dictionary of Computing (Oxford University Press) (6th ed. 2008); *Resource,* Webster's II New College Dictionary (3rd ed. 2005); *System*, McGraw-Hill Dictionary of Electrical and Computer Engineering (6th ed. 2004); *System*, IEEE 100: The Authoritative Dictionary of IEEE Standards Terms (7th ed. 2000); *System*, Microsoft Computer Dictionary (5th ed. 2002); *System*, Webster's II New College Dictionary (3rd ed. 2005); *System*, Webster's New World Computer Dictionary (10th ed. 2003). There is no indication in the prosecution history that the term "the system resources" was used in a non-standard or ambiguous way.

63.     Accordingly, in my opinion, there is no ambiguity or lack of reasonable certainty as to the scope of claims 19 of the '500 and '038 patents based on the term "the system resources."

B.    **'858 Patent Terms**

1.    **"appropriate for infrastructure configuration mapping" (Claims 1 and 19 of the '858 patent)**

| **IBM**: Plain and ordinary meaning | **VirtaMove**: Indefinite |
|---|---|

64.    I understand that VirtaMove contends that the term "appropriate for infrastructure configuration mapping" in Claims 1 and 19 of the '858 patent is indefinite.

65.    I have been asked to provide an opinion as to whether Claims 1 and 19, which include the term "appropriate for infrastructure mapping", when read in light of the language of the other claims and the intrinsic evidence, would have informed with reasonable certainty those skilled in the art about the scope of the invention. It is my opinion that the term is readily understandable and would have had a reasonably certain meaning to a POSITA in the context of the claims and specification, and the term should be given its plain and ordinary meaning.

66.    I understand that VirtaMove contends that this term renders claim 1 and 19 indefinite because "appropriate" is a term of subjective degree. I disagree.

67.    *First*, it is my opinion that the claim language, as written, is clear and understandable to a POSITA.  Claim 1 of the '858 patent recites: "analyzing said at least one source infrastructure management component . . . to determine that said at least one source infrastructure management component is ***appropriate for infrastructure configuration mapping*** to said target cloud infrastructure."  '858 patent, cl. 1 (emphasis added). Thus, as written, a POSITA would have understood, based on the claim language, that the "appropriate for infrastructure configuration mapping" term is part of the determination recited in "analyzing said at least one source infrastructure management component . . . ."  *See also*, *id.*, cl. 19 (same).

68.    Indeed, it is my opinion that a POSITA reading the claim language would have understood the objective requirements for a source infrastructure management component to be

27

"appropriate for infrastructure configuration mapping" to target cloud infrastructure.  In the context of cloud computing and cloud migration, for instance, whether a component of the source infrastructure management system is appropriate for the target cloud infrastructure is not a question of subjective opinion, but instead a question of objective determination.  For instance, a POSITA would have understood that the determination could include determining whether the source infrastructure management component is compatible for purposes of mapping to the target cloud infrastructure.  A determination such as that would be objective—and indeed readily understandable in the context of cloud computing platforms.  Thus, a POSITA would have a reasonably certain understanding of the objective boundary of the scope of these claims.

69.    *Second*, it is my opinion that the '858 patent specification provides examples, which further explains this term to a POSITA. For example, in connection with the description of step 16220 ("map infrastructure configurations") as depicted in Fig. 16, the specification illustrates that infrastructure configuration mapping is performed "based on the cloud infrastructure config standards … and the discovered source infrastructure configs and/or logs". '858 patent, 32:33-36. In other words, as one example, the determination that a source infrastructure management component is appropriateness for infrastructure configuration mapping to the target is based on the objective criterion of whether the source infrastructure configs and logs are compatible with cloud infrastructure config standards.  *Id.*  Consistent with that disclosure, the specification further states that the claimed analysis "can involve, in one or more embodiments, examining for conflicts." *Id.*, 32:44-46. Similarly, whether there is a conflict between source and cloud infrastructure is an **objective analysis** for the POSITA. Moreover, the specification also provides additional examples and disclosures that illustrate what infrastructure configurations can include.  These examples further illustrate the meaning of "appropriate for infrastructure configuration mapping" to a

POSITA. For instance, the '858 specification discusses that "purely by way of a non-limiting example, HP event filters associated with products from Hewlett-Packard Company, Palo Alto, Calif., USA might be used in the source environment and might be mapped to IBM Tivoli Monitoring (ITM) event filters, available from International Business Machines Corporation, Armonk, N.Y., USA, which might be used in the target environment." *Id.*, 32:54-60. Such specific examples further shows that a POSITA would have readily understood the term with reasonable certainty. The specification therefore supports the POSITA's understanding that this term involves an objective inquiry. Thus, it is my opinion that the claims and the specification indeed confirm that the disputed term is not indefinite, and a POSITA would have understood this claim language in view of the specification.

70. Moreover, my review of the prosecution file history and extrinsic evidence cited by IBM and VirtaMove also does not change my opinion. *See generally*, *Appropriate*, Webster's II New College Dictionary (3rd ed. 2005). Accordingly, in my opinion, there is no ambiguity or lack of reasonable certainty as to the scope of claims 1 and 19 due to the term "appropriate for infrastructure configuration mapping." A POSITA would have understood the scope of the term with reasonable certainty.

### 2. "instance of an image" (Claims 1 and 19 of the '858 Patent)

| **IBM**: Plain and ordinary meaning, which is "an occurrence or copy of an image" | **VirtaMove**:<br>Image: a template that includes virtual hardware suggestions and a virtual disk containing at least an operating system.<br><br>Instance of an image: a virtual machine derived from an image, which further includes virtual hardware allocations and a hypervisor of virtual machine runtime.<br><br>In the alternative: Indefinite |
| --- | --- |

71.    I understand that VirtaMove contends that the term "instance of an image" should be construed to mean "a virtual machine derived from an image, which further includes virtual hardware allocations and a hypervisor of virtual machine runtime."  I understand that during negotiations, VirtaMove also contends that this term can be construed to mean "a running virtual machine or registered to be able to run in a virtual machine."  I understand that VirtaMove contends in the alternative that the term "instance of an image" in Claims 1 and 19 of the '858 patent is indefinite. As discussed below, I disagree.

72.    I have been asked to provide an opinion as to whether claims 1 and 19, which include the term "source infrastructure management component," when read in light of the language of the other claims and the remaining intrinsic evidence, would have informed with reasonable certainty those skilled in the art about the scope of the invention. I have also been asked to assess VirtaMove's alternative construction.  It is my opinion that the term "image" is readily understandable and would have had a reasonably certain meaning to a POSITA in the context of the claims and specification, and the term should be given its plain and ordinary meaning.  It is my opinion that IBM's proposed construction on the term "instance," namely, "an occurrence or copy," reflects the meaning of the term "instance," as understood by a POSITA. Indeed, the parties have agreed that "instance" means "an occurrence or copy" as to the VirtaMove patents. Therefore, it is my opinion that the meaning of the term "instance of an image" as understood by a POSITA is "an occurrence or copy of an image."

a.    **The term "instance of an image" is not indefinite**

73.    First, it is my opinion that "instance of an image" is not indefinite. It is my opinion that a POSITA would have readily understood what an "instance of an image" is. The term "instance of an image" is recited in the discovering step of Claims 1 and 19:

discovering, in a source computing system having a source management infrastructure, at least one source infrastructure management component, wherein said at least one source infrastructure management component *is an instance of an image*, and wherein said at least one source infrastructure management component is running in a customer environment;

*See* '858 patent, cl. 1.   The claim itself thus provides explanation that "at least one source infrastructure management component" can be "an instance of an image."

74.    In fact, as VirtaMove acknowledges, the '858 specification provides examples discussing this term.  The '858 patent describes, *e.g.*,:

Furthermore in this regard, and referring now to FIG. 34, *in at least some embodiments*, there are four states overall, as listed below. An "image" is offline/dormant/static, as in "image" of a virtual machine. An instance is a running virtual machine or registered to be able to run in a virtual machine, as in an "instance" of an image. *As in FIG. 34*, a "virtual machine image" or "image" or "virtual machine template" 3402 includes a virtual disk 3406 containing at least an operating system, and virtual hardware suggestions 3408 such as CPU, memory, and/or disk. A "virtual machine" or "instance" or *"instance of an image"* 3404 includes 3406 and 3408, as well as virtual hardware allocations 3410 of CPU, memory, and/or disk, and a hypervisor of virtual machine runtime 3412. The aforementioned four states include:

1. an image which is existing independent of a hypervisor (i.e. file on a file system)—Virtual Machine Image

2. an image which is registered to a hypervisor (i.e. template or clone source)—Virtual Machine Image

3. a virtual machine registered to a hypervisor but is not running (i.e. powered off virtual machine)—Virtual Machine

4. a virtual machine registered to a hypervisor and is running (powered on virtual machine)—Virtual Machine

*See* '858 patent, 50:52-51:10 (emphasis added).  As shown above, the '858 specification provides illustrative examples discussing what "an instance of an image" could include and provides concrete examples.  Thus, it is my opinion that a POSITA reading the claim language at issue and the '858 patent would have understood the term with reasonable certainty.

31

75.    In another embodiment, the '858 patent discloses:

***Instance***: An operating system instance together with all software running on this operating system. It may be physical (i.e., directly running on a server) or virtual (i.e., already running on a hypervisor).

Source instance: Instance as it is running on the source side, before migration.

***Image***: File representation of an instance.

*See* '858 patent, 15:30-36.  This teaching provides further clarity to a POSITA as to the meaning and scope of "instance."

76.    Further, it is my opinion that in the field of computing, the terms "image" and "instance" are widely understood terms that do not require any further construction for a POSITA to grasp their meaning with reasonable certainty.  Therefore, I disagree with VirtaMove's position that this term is indefinite.

### b.  **"instance of an image" has plain and ordinary meaning**

77.    I understand that VirtaMove contends that the term "instance of an image" recited in claims 1 and 19 of the '858 patent must be construed as VirtaMove proposed, i.e., "a virtual machine derived from an image, which further includes virtual hardware allocations and a hypervisor of virtual machine runtime."  VirtaMove has also proposed that this term could mean "a running virtual machine or registered to be able to run in a virtual machine." I understand that VirtaMove believes that the patentee is acting as its own lexicographer here in the '858 patent at 50:54-67. I disagree with VirtaMove that a POSITA would take the '858 patent's teachings ***in one particular embodiment*** discussing Fig. 34 as providing a lexicographic definition of "image" or "instance of image." *See* '858 patent, 50:52-67. I believe that the term "instance of an image" would have been well understood to a POSITA as written.  Moreover, VirtaMove's proposals would exclude the patent's other embodiments describing "Instance" and "Image", such as the

embodiment described in '858 patent, 15:30-36. Thus, it is my opinion that VirtaMove's proposals are incorrect.

78.     As discussed above, the '858 patent makes it clear that it is merely providing examples when it discusses "image" and "instance of an image" when discussing the disclosure in '858 patent, 50:52-51:10.  Specifically, the patentee wrote "in at least ***some embodiments***" when describing these terms.  It also specifically refers to Fig. 34 "***referring now*** to FIG. 34, ***in at least some embodiments***, there are four states overall, as listed below." *Id.* Thus, it is my opinion that a POSITA reading that disclosure would have understood that the patentee was providing examples, rather than acting as lexicographers discussing definitions.

79.     Further, to the extent construction is necessary, I agree with IBM's proposal that "instance of an image" should be interpreted as "an occurrence or copy of an image."[1] This interpretation is consistent with the claim language, the specification, and a POSITA's understanding.  *First*, the claim language provides an example, reciting that "said at least one source infrastructure management component is ***an instance of an image***." *Id.*, cls. 1, 19 (emphasis added).   Because a POSITA understands with reasonable certainty what a "infrastructure management component" is, *see* Section V.B.2., *supra*, the wherein clauses in Claims 1 and 19 reciting said "at least one infrastructure management component is an instance of image" would indeed inform the POSITA on the plain meaning of the term "instance of an image."

80.     *Second*, the specification provides explanations and examples that support this construction based on plain and ordinary meaning. For example, the specification provides that in one or more embodiments illustrated in Fig 22, "the original image 2212…is imported into the

---

[1] I further understand that the word "an" in "an instance of an image" should mean "one or more" as normally understood by a POSITA.

image library 2202 as version zero, …and ***an instance of*** the original ***image*** is started at 2230." *Id.*, 44:45-51; 45:1-15; Fig. 22. The patent's use of the word "original" to modify the term "image" is instructive to a POSITA. The distinction between the "original image" (or "version zero." *Id.*, 45:4) and "instance of images" (or further versions with potential "incremental changes." *Id.*, 45:16-18) indeed supports that "instance" of an image should have its plain and ordinary meaning, which is "an occurrence or copy" of an original image. Thus, it is my opinion that IBM's proposal reflects a POSITA's understanding of the term "instance of an image." The portion of the specification discussing Fig. 34 that VirtaMove relies on for their proposed constructions also supports this plain and ordinary meaning interpretation, and thus this interpretation does not read out the relevant embodiments in the patent specification. *See* '858 patent, 50:52-51:10, Fig. 34.

81. For similar reasons as described above, it is also my opinion that "image" should not be construed as "a template that includes virtual hardware suggestions and a virtual disk containing at least an operating system." VirtaMove picked one explanation of an "image" out of many in the specification, and the one that VirtaMove picked is not a lexicographic definition to a POSITA as indicated by the patent. Rather, it is one of the numerous examples in "at least some embodiments." *See id.*, 50:52-67. Moreover, VirtaMove's construction would read out other examples of "image" in the specification, such as "File representation of an instance." *See id.*, 15:36. Thus, it is my opinion that VirtaMove's construction is incorrect, and the word "image" as used here has its plain and ordinary meaning.

82. Moreover, my review of the prosecution file history and extrinsic evidence cited by IBM and VirtaMove also does not change my opinion. *See generally*, *Image*, McGraw-Hill Dictionary of Electrical and Computer Engineering (6th ed. 2004); *Image*, IEEE 100: The Authoritative Dictionary of IEEE Standards Terms (7th ed. 2000); *Image*, Microsoft Computer

Dictionary (5th ed. 2002); *Image*, Dictionary of Computing (Oxford University Press) (6th ed. 2008); *Image*, Webster's II New College Dictionary (3rd ed. 2005); *Instance*, IEEE 100: The Authoritative Dictionary of IEEE Standards Terms (7th ed. 2000); *Instance*, Microsoft Computer Dictionary (5th ed. 2002). Accordingly, in my opinion, there is no ambiguity or lack of reasonable certainty as to the scope of claims 1 and 19 based on the term "instance of an image." A POSITA would have understood the scope of the term to be consistent with the term's plain and ordinary meaning.

### 3.    "capturing" (Claim 1 of the '858 patent)

| IBM | VirtaMove |
|---|---|
| **IBM**: Plain and ordinary meaning | **VirtaMove**: Indefinite<br><br>In the alternative, "transferring into a file" |

83.    I understand that VirtaMove contends that the term "capturing" in claim 1 of the '858 patent is indefinite.

84.    I have been asked to provide an opinion as to whether claim 1, which include the term "capturing", when read in light of the language of the other claims and the remaining intrinsic evidence, would have informed with reasonable certainty those skilled in the art about the scope of the invention. It is my opinion that the term is readily understandable and would have had a reasonably certain meaning to a POSITA in the context of the claims and specification, and the term should be given its plain and ordinary meaning.

85.    I understand that VirtaMove contends that this term renders claim 1 indefinite because VirtaMove believes that the term "capturing" has different meanings and a POSITA would not be able to determine which meaning applies. I disagree with VirtaMove's contention.

86.    As recited in claim 1, a computer executing the computer executable instructions disclosed in the claim "***capture[s]*** said at least one source infrastructure management component determined appropriate for infrastructure configuration mapping for migration to said target cloud infrastructure." *See* '858 patent, cl. 1 (emphasis added). This claim language makes it clear that the things that are captured are "source infrastructure management components." Thus, it is my opinion that the claim language itself is reasonably certain to a POSITA.

87.    Moreover, the '858 patent specification further confirms that this term is reasonably certain to a POSITA. For example, the specification provides a detailed description of the "step 534, wherein the instances to be migrated are ***captured***." *See*, '858 patent, 10:19-52. The capture step "can include, for example, both physical-to-virtual (P2V) and virtual-to-virtual (V2V) techniques with one or more suitable tools." *Id.*, 10:34-35. The specification goes on to suggest as ***a non-limiting*** example suitable tools for the capturing step, listing proprietary tools such as PlateSpin Migrate, which is available from NetIQ Corporation, Houston, Texas and VMware vCenter Converter, which is available from VMware, Inc., Pal Alto, California. *Id.*, 10:35-41. The specification further provides that "in one or more ***non-limiting exemplary*** embodiments, the end result of step 534 is a Virtual Machine Disk Format (VMDK) file." *Id.*, 10:41-43 (emphasis added). *See also*, Figs. 5 and 12. VMDK files "store data representing a virtual machine's hard disk drive." VMware Documentation (https://docs.vmware.com/en/VMware-vSphere/8.0/vsphere-vddk-programming-guide/GUID-3AD1351C-9D73-4C62-8C13-663AF54DE3AC.html) (accessed Jan 7, 2025). Because the specification lays out in detail what techniques may be used for the claimed "capturing", it is my opinion that the specification supports a POSITA's understanding that the term "capturing" has plain and ordinary meaning in claim 1.

88.    Moreover, I do not agree with VirtaMove's alternative proposal that this term means "transferring into a file" because this interpretation would have read out the embodiment disclosed in Fig. 5 of the '858 patent, which shows that transferring into a file is a separate step that occurs after the capturing step in that particular embodiment.  *See id.*, Fig. 5.



**Fig. 5**

*See id.*, Fig. 5 (emphasis added); *see also id.*, 19:18-43 (describing the capturing step and transporting step).  Similarly, Fig. 7 also supports my opinion that "capturing" and transferring or transporting are not the same as Fig. 7 depicts them separately and differently.



*Id.*, Fig. 7 (emphasis added).  Therefore, I disagree with VirtaMove's construction.

89.     Moreover, my review of the prosecution file history and extrinsic evidence cited by IBM and VirtaMove also does not change my opinion. *See generally*, *Capture*, Microsoft Computer Dictionary (5th ed. 2002); *Capture*, Webster's New World Computer Dictionary (10th ed. 2003). Accordingly, in my opinion, there is no ambiguity or lack of reasonable certainty as to the scope of claims 1 due to the term "appropriate for infrastructure configuration mapping." It is my opinion that a POSITA would have understood the scope of the term to be consistent with the term's plain and ordinary meaning.

### 4.     "non-functional requirement" (Claims 3, 4, 5, 7 of the '858 Patent)

| IBM | VirtaMove |
|---|---|
| **IBM**: Plain and ordinary meaning | **VirtaMove**: Indefinite |

90.     I understand that VirtaMove contends that the term "non-functional requirement" in claims 3, 4, 5, and 7 of the '858 patent is indefinite.

91.     I have been asked to provide an opinion as to whether claims 3, 4, 5, and 7, which include the term "non-functional requirement," when read in light of the language of the other claims and the remaining intrinsic evidence, would have informed with reasonable certainty those skilled in the art about the scope of the invention. It is my opinion that the term is readily understandable and would have had a reasonably certain meaning to a POSITA in the context of the claims and specification, and the term should be given its plain and ordinary meaning.

92.     I understand that VirtaMove contends that this term renders claims 3, 4, 5, and 7 indefinite because VirtaMove believes that it is unclear which requirements of an infrastructure are "non-functional." I disagree with VirtaMove's contention.

93.     Claim 3 recites "wherein said computer executable instructions further cause the computer to perform the additional method step of *deriving a description of non-functional requirements* of said source management infrastructure."'858 patent cl. 3 (emphasis added). Claim 4, recites, in relevant part: "*a description of non-functional requirements* of a target management infrastructure of said target cloud infrastructure" and "mapping said *description of said non-functional requirements* of said source management infrastructure with said *description of said non-functional requirements* of said target management infrastructure.' 858 patent cl. 4 (emphasis added).  Further, claim 5 recites: "said mapping of said *description of said non-functional requirements* of said source management infrastructure with said *description of said non-functional requirements* of said target management infrastructure." *Id.*, cl. 5. Based on these recitations, it is my opinion that the claim language alone would have made it sufficiently clear to

a POSITA that the term "non-functional requirement" can be understood with reasonable certainty as the term is related to, *e.g.*, the mapping of the description of requirements that are non-functional.

94.    Indeed, the '858 patent specification further provides examples that help a POSITA understand the scope of the term with reasonable certainty. For example, the specification provides that: "***In some cases***, in the obtaining step, the ***description*** of the target cloud infrastructure includes cloud infrastructure software standards 16310, cloud infrastructure software configurations 16320, and/or ***an application-level description*** 16330 of the target management infrastructure (i.e., ***a description of non-functional requirements*** on the management infrastructure). These are typically given by the enterprise application supported by the currently considered instance. These can include, for example, an SLA or non-functional requirement, but ***__SLAs can be seen as non-functional requirements__*** as well." *Id.*, 39:40-49 (emphasis added). "Other examples include change windows, up-to-dateness policies (such as for patches or in monitoring for problems), auditing requirements, and the like." *Id.*, 39:50-53. Thus, the patent clearly provides examples illustrating the meaning of "non-functional requirements" in some exemplary embodiments, including that "SLAs"—Service Level Agreement (*see id.*, 7:67-8:4)—can be "non-functional requirements." The SLAs are, in turn, agreements that "provide[] cloud computing resource allocation and management such that required service levels are met" and they provide "pre-arrangement for, and procurement of, cloud computing resources for which a future requirement is anticipated in accordance with an SLA." *Id.*, 7:65-8:4. In fact, as one example, a POSITA would have understood SLAs as they are common occurrences in computing services. Further, the specification teaches that non-functional requirements "can be set as part of an application program interface (API)." *See* '858 patent, 31:65-66. The specification further provides

that "in some cases, in obtaining step, the description of the target cloud infrastructure includes cloud infrastructure software standards 16310, cloud infrastructure software configurations 16320, and/or *an application-level description* 16330 of the target management infrastructure (*i.e., a description of <u>non-functional requirements</u> on the management infrastructure*). *Id.*, 39:40-46 (emphasis added); *see also* Fig. 16 (below). Thus, the specification lays out in detail the examples of non-functional requirement, and it is my opinion that a POSITA is able to understand the term "non-functional requirements" with reasonable certainty.



**Fig. 16**

*See, e.g.*, Fig. 16 (emphasis added).

95. Moreover, my review of the prosecution file history and extrinsic evidence cited by IBM and VirtaMove also does not change my opinion. *See generally*, *Nonfunctional Requirements*, McGraw-Hill Dictionary of Scientific and Technical Terms (6th ed. 2002); *Nonfunctional Packages Software*, Dictionary of Computing (Oxford University Press) (6th ed. 2008). Accordingly, in my opinion, there is no ambiguity or lack of reasonable certainty as to the scope

of claims 3, 4, 5, and 7 due to the term "non-functional requirements." A POSITA would have understood the scope of the term to be consistent with the term's plain and ordinary meaning.

### 5.    "module" (Claim 18 of the '858 patent)

| **IBM**: Plain and ordinary meaning <br><br> Not subject to 35 U.S.C. § 112, ¶ 6. | **VirtaMove**: Each reference to "module" is governed by 35 U.S.C. §112(6), and is indefinite. |
|---|---|

96.    I understand that VirtaMove contends that the term "module" in claim 18 of the '858 patent is indefinite. I understand that VirtaMove further contends that the term "module" renders claim 18 a means-plus-function claim under § 112, ¶ 6, and that it lacks sufficient corresponding structure. I disagree.

97.    I am not an attorney, and I am not rendering a legal opinion as to whether "module" is a means-plus-function term governed by § 112, ¶ 6.

98.    I note that the word "module" is not "means" and a POSITA would have understood "module," as claimed in Claim 18 of the '858 patent, to have a plain and ordinary meaning.

99.    Here, I am asked to render a technical opinion as to the interpretation of the term "module."  And it is my opinion that the claim recites sufficiently definite structure, and further, the specification additionally provides specific corresponding structure for the term "module."

100.    First, claim 18 recite:

The non-transitory computer readable medium of claim 1, wherein said computer executable instructions comprise distinct software modules, each of the distinct software modules being embodied on said non-transitory computer readable medium, and wherein said computer executable instructions comprise distinct software modules, each of the distinct software modules being embodied on said non-transitory computer readable medium, and wherein the distinct software modules comprise *a discovery tool module*, *a description module*, and *an infrastructure comparison engine module*;

    wherein:

        said *discovering* is carried out by said *discovery tool module* executing on said computer;

42

said *querying* is carried out by said *description module* executing on said computer; and

said *analyzing* is carried out by said *infrastructure comparison engine module* executing on said computer.

*See* '858 patent, cl. 18. Further, claim 18 is dependent on claim 1, as highlighted below.

1.  A non-transitory computer readable medium comprising computer executable instructions which when executed by a computer cause the computer to perform the method of:

    *discovering, in a source computing system* having a source management infrastructure, at least one source infrastructure management component, wherein said at least one source infrastructure management component is an instance of an image, and wherein said at least one source infrastructure management component is running in a customer environment;

    *querying a database* to *obtain a description* of a target cloud infrastructure;

    *analyzing* said at least one source infrastructure management component *using said description* of said target cloud infrastructure to determine that said at least one source infrastructure management component is appropriate for *infrastructure configuration mapping* to said target cloud infrastructure; stopping an application executing on said at least one source infrastructure management component determined appropriate for infrastructure configuration mapping; and

    capturing said at least one source infrastructure management component determined appropriate for infrastructure configuration mapping for migration to said target cloud infrastructure.

*See id.*, cl. 1 (emphasis added).  Claim 1 recites specific structure and detailed executions involved

corresponding to the claimed modules in dependent claim 18.

- The "discovery tool module" conducts "discovering in a source computing system . . ." in the manner specified in claim 1 using the components (e.g., "a source computing system having a source management infrastructure, at least one source infrastructure management component") recited in claim 1

- The "description module" conducts "querying a database to obtain a description of a target cloud infrastructure" in the manner specified in claim 1 using the components (e.g., a database) recited in claim 1

- The "infrastructure comparison engine module" conducts the "analy[sis] of said at least one source infrastructure management component using said description of said target cloud infrastructure . . ." in the manner specified in claim 1 using the components (e.g., "at least one source infrastructure management component")

Thus, it is my opinion that nothing in such claim language is unclear or not definite for a POSITA. Indeed, a POSITA reading claim 18, which depends on claim 1, would have understood the corresponding definite structure, algorithm, and component involved each of the modules, which are indeed illustrated in claims 1 and 18.

101.    Moreover, it is my opinion that the '858 patent specification indeed provides sufficient corresponding structure for each claimed module, which includes detailed description to POSITAs. For example, the specification provides that "aspects of the present invention may take the form of an entirely software embodiment (including firmware, resident software, microcode, etc.) or an embodiment combining software and hardware aspects that may all generally be referred to herein as a 'circuit,' '*module*' or 'system.'" '858 patent, 67:30-37. In particular, as illustrative examples, the specification describes the claimed modules in detail in connection with Figs. 16-19:

> *[B]y way of example and not limitation*, any one, some or all of the *modules*/blocks and or *sub-modules*/sub-blocks in FIGS. 16-19, such as a *discovery tool module* to carry out functionality **16100** (optionally with sub-modules to carry out **16110**, **16120**, **16130**, and/or **16140**), a *description module* to hold description **16300** (optionally with sub-data-structures for data **16310**, **16320**, **16330**, and/or **16340**), and an *infrastructure comparison engine module* **16200** (optionally with sub-modules to implement functionality **16210**, **16220**, **16230**, and/or **16240**). The customer environment **1702** may have one or more modules to implement one or more transfer agents and/or may have some or all of the discovery tool functionality as discussed elsewhere. The method steps can then be carried out using the distinct software modules and/or sub-modules of the system, as described above, executing on one or more hardware processors such as **16**. Further, a computer program product can include a computer-readable storage medium with code adapted to be implemented to carry out one or more method steps described herein, including the provision of the system with the distinct software modules.

*Id.*, 70:31-51 (emphasis added); *see also* Figs. 16-19.  The specification thus clearly provides corresponding structure and detailed description.  Similarly, in 42:17-33, the specification describes:

> The distinct software modules include *a discovery tool module* to *carry out discovery 16100*, *a description module* to *hold and access description 16300* (see discussion above of obtaining description **16300**), and *an infrastructure comparison engine module to implement engine 16200 and carry out analysis*. Examples of a description module include a suitable *database program to query a description 16300 stored in a database*; *cloud portal query code* (querying, if possible, via a programmatic interface, otherwise via one or more user interfaces); *or code to provision an image* from the cloud catalog, and perform discovery on that image to see what infrastructure software is installed on same. This infrastructure software is likely to be the cloud standard.

Thus, the specification clearly lays out the corresponding structure for each module and a POSITA would have understood such description to provide structure and illustrate the operations involved (*e.g.* "database program to query a description 16300 stored in a database.").



*Fig. 16*

*See also* Fig. 16 (emphasis added) (illustrating algorithm and structure related to each module in each vertical block diagram). With respect to Fig. 16, the specification, in fact, describes the corresponding discovery tool module in detail at 31:54-32:10 (describing the 16100 block diagram), the corresponding infrastructure comparison module at 32:10-32:46 (describing the 16200 block diagram), and corresponding the description module at 32:47-33:3 (describing the 16300 block diagram).

102.    Thus, it is my opinion that both the claim language and the specification provide detailed structure corresponding to each of the claimed "module," illustrating the algorithm, structure, and components that corresponds to each of the claimed module. It is also my opinion that the '858 patent and claim 18 (along with claim 1) have provided sufficient disclosure informing a POSITA of the plain and ordinary meaning of claimed "module," which is a common

term with well understood meaning to a POSITA. For at least these reasons, I disagree with VirtaMove's conclusion.

### 6. "cloud infrastructure" (Claims 1, 4, 5, 6, 8-12, and 19 of the '858 Patent)

| IBM | VirtaMove |
|---|---|
| Plain and ordinary meaning, which is "a network of interconnected nodes." | Plain and ordinary meaning, which is "an infrastructure comprising a network of interconnected nodes that provides for on-demand self-service, broad network access, resource pooling, rapid elasticity, and measured service providing transparency for both the provider and consumer of the utilized service." |

103. I understand that VirtaMove proposes "an infrastructure comprising a network of interconnected nodes that provides for on-demand self-service, broad network access, resource pooling, rapid elasticity, and measured service providing transparency for both the provider and consumer of the utilized service" as the plain and ordinary meaning of the term "cloud infrastructure" appearing in Claims 1, 4, 5, 6, 8–12, and 19 of the '858 Patent. It is my opinion that VirtaMove's proposed definition is unhelpful to a POSITA because in the field of cloud computing, the term "cloud infrastructure" is a commonly understood term with a plain and ordinary meaning, which is "a network of interconnected nodes.".

104. I understand that VirtaMove proposes its definition at least partially based on the five characteristic of "cloud model." *See* '858 patent, 4:15-47. It is my opinion that a POSITA reading the relevant claims in light of this paragraph would not have understood those five characteristics of "***cloud model***" as a lexicographic definition of this term "***cloud infrastructure***." Rather, as the specification provides, a POSITA would understand these five traits of "cloud model" as merely characteristics that the cloud model "***may includ***e." *Id.*, 4:15-16 (emphasis

added).  Therefore, it is my opinion that inserting these traits into the definition of "cloud infrastructure" as VirtaMove proposes is unnecessary and unhelpful to a POSITA, who would have been familiar with "cloud infrastructure," a commonly used term.

105.    I also understand that IBM and VirtaMove have agreed that "cloud infrastructure" should include "a network of interconnected nodes."  In that regard, the parties have reached agreement.  VirtaMove, however, still maintains that the term should be construed as VirtaMove's proposal, including the above-discussed characteristics of "cloud model" as described.

106.    In my opinion, VirtaMove's proposal is incorrect.  *First*, if, as VirtaMove agreed, "a network of interconnected nodes" is an acceptable meaning for "cloud infrastructure," then under VirtaMove's unduly restrictive definition, an embodiment that is "a network of interconnected nodes" but does not meet even **one** of the characteristics would be excluded.  However, the '858 patent itself provides that these five characteristics are not required—they are optional. *Id.*, 4:15-16.  *Second*, VirtaMove ignores the plain language of the claim, which recites "cloud infrastructure" and not "cloud model."  The latter only appears in the patent once, at 4:4:15-16.  However, cloud infrastructure appears in the patent and claim language repeatedly.  VirtaMove has not explained why the two terms are equivalent or should be treated the same.  Thus, it is my opinion that the term should be construed to have its plain and ordinary meaning, which is "a network of interconnected nodes."

107.    Indeed, this plain and ordinary meaning is directly supported by the patent specification, which describes: "A cloud computing environment is service oriented with a focus on statelessness, low coupling, modularity, and semantic interoperability. At the heart of ***cloud*** computing is an ***infrastructure*** comprising ***a network of interconnected nodes***." *Id.*, 5:31-33.

48

108.    Moreover, my review of the prosecution file history and extrinsic evidence cited by IBM and VirtaMove also does not change my opinion. *See generally*, *Cloud*, Newton's Telecom Dictionary (24th ed. 2008); *Infrastructure*, IEEE 100: The Authoritative Dictionary of IEEE Standards Terms (7th ed. 2000); IBM International Technical Support Organization Publication SG24-8324-00, "Creating IBM z/OS Cloud Services."; NIST Special Publication 800-145, "The NIST Definition of Cloud Computing."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 10th day of January 2025.

/Angelos Stavrou/

Angelos Stavrou

49

# APPENDIX A

Dr. Angelos Stavrou Curriculum Vitae

# ANGELOS STAVROU - *Curriculum Vitae*

## POSITIONS HELD

- **November 2022 – Present**
  Founder & CEO, Impedyme Inc., Arlington, VA
- **March 2022 – Present**
  Founder & Chairman of the Board, Quokka Inc, Arlington, VA
- **March 2011 – Present**
  Founder & CEO, Kryptowire LLC, Arlington, VA
- **August 2020 – Present**
  Entrepreneurship Lead, Innovation Campus, Virginia Tech, Arlington, VA
- **August 2020 – Present**
  Professor, Innovation Campus & Bradley Department of Electrical and Computer Engineering, Virginia Tech, Arlington, VA
- **August 2017 – August 2020**
  Professor, Computer Science Department, George Mason University, Fairfax, VA
- **April 2014 – August 2020**
  Director, Center for Assurance Research and Engineering (CARE), George Mason University, Fairfax, VA
- **May 2012 – August 2017**
  Associate Professor, Computer Science Department, George Mason University, Fairfax, VA
- **March 2014 – May 2017**
  Academic Director, M.S. in Management of Secure Information Systems Program, School of Management, George Mason University, Fairfax, VA
- **May 2013 – August 2015**
  Academic Director, M.S. in Information Security and Assurance, Computer Science Department, George Mason University, Fairfax, VA
- **September 2011 – August 2020**
  Associate Researcher, National Institute of Standards and Technology (NIST), Computer Security Division, Gaithersburg, MD
- **January 2012 – August 2013**
  Associate Director, Center for Secure Information Systems, George Mason University, Fairfax, VA
- **August 2007 – May 2012**
  Assistant Professor, Computer Science Department, George Mason University, Fairfax, VA
- **May 2006 – August 2006**
  Research Intern, Microsoft Research, Cambridge, UK
- **August 2004 – December 2004**
  Software Engineer Intern, Google Inc., Mountain view, CA
- **September 2001 – August 2007**
  Research Assistant, Computer Science Department, Columbia University, New York, NY

**Dr. Angelos Stavrou Curriculum Vitae**

## EDUCATION

- **Columbia University, Fu Foundation School of Engineering & Applied Science, New York, NY.**
  Ph.D. in Computer Science **(with Distinction**) (**August 2007**)
  Thesis: "An Overlay Architecture for End-to-End Service Availability".
  Advisor: Angelos D. Keromytis.

- **Columbia University, Fu Foundation School of Engineering & Applied Science, New York, NY.**
  M.Phil. Degree in Computer Science (**January 2007**)
  M.Sc. Degree in Electrical Engineering with concentration in Multimedia Networking (Peer to Peer Networks). (December 2002).

- **National University of Athens, Athens Greece /Carleton University ON, Canada.**
  M.Sc. Degree in Algorithms, Computability and Logic. (**June 2001**)
  Master's Thesis: "A new distributed algorithm for routing in satellite constellation networks" Advisor: Prof. E. Kranakis.

- **University of Patras, Electrical Engineering Department, Patras Greece.**
  Certificate of Engineering for the completion of the last two years of coursework in Electrical Engineering (**February 1999**).

- **University of Patras, Physics Department, Patras, Greece.**
  B.Sc (Honors) in Physics, (**July 1997**) Thesis: "Stream Ciphers theory and practical application".

# Publications

## Issued Patents

1. **Systems and methods for analyzing software**
   Ryan Johnson, Nikolaos Kiourtis, Angelos Stavrou
   U.S. Patent Number 10,387,627. Issued on August 20th, 2019.

2. **Active Authentication of Users**
   Angelos Stavrou, Rahul Murmuria, Ryan Johnson, Daniel Barbara
   U.S. Patent Number 10,289,819. Issued on May 14th, 2019.

3. **Methods and systems for increased debugging transparency**
   Fengwei Zhang, Kevin Leach, Angelos Stavrou, Haining Wang
   U.S. Patent Number 10,127,137. Issued on November 13th, 2018.

4. **Methods and Apparatus for Application Isolation**

Dr. Angelos Stavrou Curriculum Vitae

Anup Ghosh, Yih Huang, Jiang Wang, Angelos Stavrou
U.S. Patent Number 9,602,524. Issued on March 21st, 2017.

5. **Malware Detector**
Angelos Stavrou, Sushil Jajodia, Anup Ghosh, Rhandi Martin, Charalampos Andrianakis
U.S. Patent Number 9,531,747. Issued on December 27th, 2016.

6. **Hardware-assisted Integrity Monitor**
Jiang Wang, Anup Ghosh, Kun Sun, Angelos Stavrou
U.S. Patent Number 9,270,697. Issued on February 23rd, 2016.

7. **Systems and Methods for Inhibiting Attacks with a Network**
Angelos Stavrou, Angelos D. Keromytis
U.S. Patent Number 9,344,418. Issued on May 17th, 2016.

8. **Methods and Apparatus for Application Isolation**
Anup Ghosh, Yih Huang, Jiang Wang, Angelos Stavrou
U.S. Patent Number 9,098,698. Issued on August 4th, 2015.

9. **Adaptive feedback loop based on a sensor for streaming static and interactive media content to animals**
Angelos Stavrou, Margaret Lee Perry-Flippin
U.S. Patent Number 9,043,818. Issued on May 26th, 2015.

10. **Malware Detector**
Angelos Stavrou, Sushil Jajodia, Anup Ghosh, Rhandi Martin, Charalampos Andrianakis
U.S. Patent Number 8,935,773. Issued on January 13th, 2015.

11. **Systems, Methods, and Media for Recovering an Application from a Fault or Attack**
Michael E. Locasto, Angelos D. Keromytis, Angelos Stavrou, Gabriela F. Ciocarlie
U.S. Patent Number 8,924,782. Issued on December 30th, 2014.

12. **Hardware-assisted Integrity Monitor**
Jiang Wang, Angelos Stavrou, Anup Ghosh, Kun Sun
U.S. Patent Number 8,819,225. Issued on August 26th, 2014.

13. **Website Matching based on Network Traffic**
Angelos Stavrou, Mohammed A. Alhussein, Brian Sanders
U.S. Patent Number 8,726,005. Issued on May 13th, 2014.

14. **Systems and Methods for Inhibiting Attacks with a Network**
Angelos Stavrou, Angelos D. Keromytis.
U.S. Patent Number 8,631,484. Issued on January 14th, 2014.

Dr. Angelos Stavrou Curriculum Vitae

15. **Methods, Media and Systems for Responding to a Denial of Service Attack**
Angelos Stavrou, Angelos D. Keromytis, Jason Nieh, Vishal Misra, and Daniel Rubenstein.
U.S. Patent Number 8,549,646. Issued on October 1st, 2013.

16. **Systems, Methods, and Media for Generating Sanitized Data, Sanitizing Anomaly Detection Models, and/or Generating Sanitized Anomaly Detection Models**
Gabriela Cretu, Angelos Stavrou, Salvatore J. Stolfo, Angelos D. Keromytis, Michael E. Locasto.
U.S. Patent Number 8,407,160. Issued on March 26th, 2013.

17. **Systems and Methods for Computing Data Transmission Characteristics of a Network Path Based on Single-ended Measurements**
Angelos D. Keromytis, Sambuddho Chakravarty, and Angelos Stavrou.
U.S. Patent Number 8,228,815. Issued on July 24th, 2012.

18. **Methods, Systems and Media for Software Self-Healing**
Michael E. Locasto, Angelos D. Keromytis, Salvatore J. Stolfo, Angelos Stavrou, Gabriela Cretu,
Stylianos Sidiroglou, Jason Nieh, and Oren Laadan.
U.S. Patent Number 7,962,798. Issued on June 14th, 2011.

19. **Systems and Methods for Computing Data Transmission Characteristics of a Network Path Based on Single-ended Measurements**
Angelos D. Keromytis, Sambuddho Chakravarty, and Angelos Stavrou. U.S. Patent Number 7,660,261. Issued on February 9th, 2010.

## Journal Publications

1. **Revealing Protocol Architecture's Design Patterns in the Volumetric DDoS Defense Design Space**
Zhang, Zhiyi; Xiao, Guorui; Song, Sichen; Aygun, R. Can; Stavrou, Angelos; Zhang, Lixia; Osterweil, Eric. To appear in the proceedings of IEEE Communications Surveys and Tutorials (2024).

2. **A multiview clustering framework for detecting deceptive reviews**
Yubao Zhang, Haining Wang, Angelos Stavrou. In the proceedings of Journal of Computer Security, vol. 32, no. 1, pp. 31-52, 2024.

3. **OFDRA: Optimal Femtocell Deployment for Accurate Indoor Positioning of RIS-Mounted AVs**
A. Famili, T. O. Atalay, A. Stavrou, H. Wang and J. -M. Park. In the proceedings of IEEE Journal on Selected Areas in Communications, vol. 41, no. 12, pp. 3783-3798, Dec. 2023, doi:10.1109/JSAC.2023.3322821.

Dr. Angelos Stavrou Curriculum Vitae

4. **iDROP: Robust Localization for Indoor Navigation of Drones With Optimized Beacon Placement**
A. Famili, A. Stavrou, H. Wang and J. -M. Park. In the proceedings of IEEE Internet of Things Journal, vol. 10, no. 16, pp. 14226-14238, 15 Aug.15, 2023, doi: 10.1109/JIOT.2023.3280084.

5. **Revisiting the Spaceborne Illuminators of Opportunity for Airborne Object Tracking.** **[PDF]** John Robie, Alireza Famili, Angelos Stavrou. In the proceedings of IEEE Computer 56(1): 82-92 (2023)

6. **PILOT: High-Precision Indoor Localization for Autonomous Drones**
A. Famili, A. Stavrou, H. Wang and J. -M. Park. In the proceedings of IEEE Transactions on Vehicular Technology, vol. 72, no. 5, pp. 6445-6459, May 2023, doi: 10.1109/TVT.2022.3229628

7. **Understanding the Security Implication of Aborting Live Migration**
X. Gao, J. Xiao, H. Wang and Angelos Stavrou. IEEE Trans. Cloud Comput. 10(2): 1275-1286 (Online: 2020, Published: 2022)

8. **21 Years of Distributed Denial-of-Service: A Call to Action – Part 2** **[PDF]**
Eric Osterweil, Angelos Stavrou, and Lixia Zhang. In *Computer*, vol. 53, no. 8, pp. 94-99, Aug. 2020, doi: 10.1109/MC.2020.2993330.

9. **21 Years of Distributed Denial-of Service: Current State of Affairs - Part 1** **[PDF]**
Eric Osterweil, Angelos Stavrou, and Lixia Zhang. In Computer, vol. 53, no. 7, pp. 88-92, July 2020, doi: 10.1109/MC.2020.2983711.

10. **Towards Transparent Debugging**
Fengwei Zhang, Kevin Leach, Angelos Stavrou, Haining Wang
In the proeedings of IEEE Transactions of Dependable Secure Computing 15(2): 321-335 (IEEE TDSC 2018)

11. **On Early Detection of Application-level Resource Exhaustion and Starvation**
Mohamed Elsabagh, Daniel Barbará, Dan Fleck, Angelos Stavrou
In proceedings of the Elsevier Journal of Systems and Software 137: 430-447 (2018)

12. **An Empirical Investigation of Ecommerce-Reputation-Escalation-as-a-Service**
Haitao Xu, Daiping Liu, Haining Wang, Angelos Stavrou.
In the proceedings of ACM Transactions on the Web, Volume 11, Number 2, May 2017 (pages 13:1-13:35)

13. **DDoS in the IoT: Mirai and Other Botnets**
Constantinos Kolias, Georgios Kambourakis, Angelos Stavrou, Jeffrey M. Voas.

Dr. Angelos Stavrou Curriculum Vitae

In the proceedings of IEEE Computer 50(7): 80-84 (2017)

14. **Cybersecurity Leadership: Competencies, Governance, and Technologies for Industrial Control**
Jean-Pierre Auffret, Jane L. Snowdon, Angelos Stavrou, Jeffrey S. Katz, Diana Kelley, Rasheq S. Rahman, Frank Stein, Lisa Sokol, Peter Allor, Peng Warweg. Systems. Journal of Interconnection Networks 17(1): 1-20 (2017)

15. **Verified Time**
Angelos Stavrou, Jeff Voas.
In the proceedings of IEEE Computer, Volume: 50, Issue: 3, March 2017

16. **On the Move: Evading Distributed Denial-of-Service Attacks**
Angelos Stavrou, Daniel Fleck, Constantinos Kolias.
In the proceedings of  IEEE Computer 49(3): 104-107 (2016)

17. **Intrusion Detection in 802.11 Networks: Empirical Evaluation of Threats and a Public Dataset**
Constantinos Kolias, Georgios Kambourakis, Angelos Stavrou, Stefanos Gritzalis.
In the proceedings of  IEEE Communications Surveys and Tutorials 18(1): 184-208 (2016)

18. **Learning Internet-of-Things Security "Hands-On"**
Constantinos Kolias, Angelos Stavrou, Jeffrey M. Voas, Irena Bojanova, D. Richard Kuhn.
In the proceedings of IEEE Security & Privacy 14(1): 37-46 (2016)

19. **Securely Making "Things" Right**
Constantinos Kolias, Angelos Stavrou, Jeffrey M. Voas.
In the proceedings of IEEE Computer 48(9): 84-88 IEEE Magazine (2015)

20. **A Moving Target DDoS Defense Mechanism**
Huangxin Wang, Quan Jia, Dan Fleck, Walter Powell, Fei Li, Angelos Stavrou.
In the proceedings of Elsevier Journal of Computer Communications, 46: 10-21 (2014)

21. **HyperCheck: A Hardware-Assisted Integrity Monitor**
Fengwei Zhang, Jiang Wang, Kun Sun, and Angelos Stavrou.
In the proceedings of IEEE Transactions on Dependable and Secure Computing (TDSC), 11(4): 332-344 (2014)

22. **Improving network response times using social information**
Sharath Hiremagalore, Chen Liang, Angelos Stavrou and Huzefa Rangwala.
In the proceedings of Social Network Analysis and Mining, Springer Social Network Analysis and Mining, Volume 3, pages 209-220 (2013)

Dr. Angelos Stavrou Curriculum Vitae

23. **Providing Users' Anonymity in Mobile Hybrid Networks**
Claudio Agostino Ardagna, Sushil Jajodia, Pierangela Samarati, Angelos Stavrou.
In the proceedings of ACM Transactions on Internet Technology, Volume 12, 3, Article 7, pages 1 - 33 (May 2013)

24. **Building Security into Off-the-Shelf Smartphones**
Angelos Stavrou, Jeffrey Voas, Tom Karygiannis, Steve Quirolgico.
In the proceedings of IEEE Computer, vol. 45, no. 2, pp. 82-84, Feb. 2012, doi:10.1109/MC.2012.44

25. **DoubleGuard: Detecting Intrusions In Multi-tier Web Applications**
Meixing Le, Angelos Stavrou, Brent ByungHoon Kang.
In the proceedings of IEEE Journal on Transactions on Dependable and Secure Computing (TDSC) 2011, ISSN: 1545-5971 10 Nov. 2011. IEEE computer Society Digital Library. IEEE Computer Society. Acceptance Rate: 10-12% as reported by 2009 TDSC editorial, ISI Impact Factor: 2.093 (2010).

26. **The Ephemeral Legion: Producing an Expert Cyber-security Workforce from Thin Air**
Michael E. Locasto, Anup Ghosh, Sushil Jajodia, and Angelos Stavrou.
In the proceedings of Communications of the ACM, Vol. 54, Issue 1, pp 129 - 131. Impact Factor: 2.362 (2010). [bib]

27. **The Dynamic Community of Interest and its Realization in ZODIAC**
Scott Alexander, Steve Bellovin, Yuu-Heng Cheng, Brian Coan, Andrei Ghetie, Vikram Kaul, Nicholas F. Maxemchuk, Henning Schulzrinne, Stephen Schwab, Bruce Siegell, Angelos Stavrou, and Jonathan M. Smith.
In the proceedings of IEEE Communications Magazine, October 2009, pp. 40-47. Impact Factor: 2.837

28. **On the Infeasibility of Modeling Polymorphic Shellcode: Re-thinking the Role of Learning in Intrusion Detection Systems**
Yingbo Song, Michael E. Locasto, Angelos Stavrou, Angelos D. Keromytis, and Salvatore J. Stolfo.
In the Proceedings of Machine Learning Journal (MLJ) p. 179-205. Accepted: 7 August 2009.
Published online: 29 October 2009. Editors: Pavel Laskov and Richard Lippmann. ISI Impact Factor: 1.956 (2010). [bib]

29. **WebSOS: An Overlay-based System For Protecting Web Servers From Denial of Service Attacks**
Angelos Stavrou, Debra L. Cook, William G. Morein, Angelos D. Keromytis, Vishal Misra, and Dan Rubenstein.
In the proceedings of Elsevier Journal of Computer Networks, special issue on Web and Network Security, vol. 48, no.5, p. 781 - 807. August 2005 5-Year Impact Factor: 1.690. [bib]

Dr. Angelos Stavrou Curriculum Vitae

30. **A Lightweight, Robust, P2P System to Handle Flash Crowds**
Angelos Stavrou, Dan Rubenstein, Sambit Sahu.
In the Proceedings of IEEE Journal on Selected Areas in Communications (JSAC), special issue on Service Overlay Networks, Volume 22, Number 1, p. 6-17, January 2004. Impact Factor: 4.232 (2010). [bib]

## Conference Publications

1. **2023. Dial "N" for NXDomain: The Scale, Origin, and Security Implications of DNS Queries to Non-Existent Domains.**
Guannan Liu, Lin Jin, Shuai Hao, Yubao Zhang, Daiping Liu, Angelos Stavrou, and Haining Wang.
In the proceedings of the 2023 ACM on Internet Measurement Conference (IMC '23). Association for Computing Machinery, New York, NY, USA, 198–212.
https://doi.org/10.1145/3618257.3624805

2. **Securing 5G OpenRAN with a Scalable Authorization Framework for xApps**
Tolga O Atalay, Sudip Maitra, Dragoslav Stojadinovic, Angelos Stavrou, Haining Wang. In the proceedings of IEEE INFOCOM 2023 - IEEE Conference on Computer Communications, New York City, NY, USA, 2023, pp. 1-10, doi: 10.1109/INFOCOM53939.2023.10228961.

3. **Vehicular Teamwork for Better Positioning**
A. Famili, V. Slyusar, Y. H. Lee and A. Stavrou. In the proceedings of 2023 IEEE International Conference on Systems, Man, and Cybernetics (SMC), Honolulu, Oahu, HI, USA, 2023, pp. 3507-3513, doi: 10.1109/SMC53992.2023.10393920.

4. **EGO-6: Enhancing Geofencing Security Systems with Optimal Deployment of 6G TRPs**
Alireza Famili, Angelos Stavrou, Haining Wang, Jung-Min Jerry Park. In the proceedings of Silicon Valley Cybersecurity Conference, SVCC 2023, San Jose, CA, USA, May 17-19, 2023. *IEEE 2023, ISBN 979-8-3503-2157-9*

5. **Wi-Five: Optimal Placement of Wi-Fi Routers in 5G Networks for Indoor Drone Navigation**
A. Famili, T. Atalay, A. Stavrou and H. Wang. In the proceedings of the 2023 IEEE 97th Vehicular Technology Conference (VTC2023-Spring), Florence, Italy, 2023, pp. 1-7, doi: 10.1109/VTC2023-Spring57618.2023.10201144.

6. **Isochrons in tunable photonic oscillators and applications in precise positioning**
G Himona, A Famili, A Stavrou, V Kovanis, Y Kominis
Physics and Simulation of Optoelectronic Devices XXXI 12415, 82-86

7. **Detecting and Measuring Misconfigured Manifests in Android Apps**
Allen Yuqing Yang, Mohamed Elsabagh, Chaoshun Zuo, Ryan Johnson, Angelos Stavrou, Zhiqiang Lin ACM CCS '22: Proceedings of the 2022 ACM SIGSAC

Dr. Angelos Stavrou Curriculum Vitae

Conference on Computer and Communications Security November 2022 Pages 3063–3077, https://doi.org/10.1145/3548606.3560607

8. **Network-Slice-as-a-Service Deployment Cost Assessment in an End-to-End 5G Testbed**
*Tolga O. Atalay, Dragoslav Stojadinovic, Alireza Famili, Angelos Stavrou, Haining Wang.*
*In the Proceedings of IEEE* Global Communications Conference, Rio de Janeiro, Brazil, 2022, pp. 2056-2061, doi: 10.1109/GLOBECOM48099.2022.10001579.

9. **GPS Spoofing Detection by Leveraging 5G Positioning Capabilities**
Alireza Famili, Mahsa Foruhandeh, Tolga Atalay, Angelos Stavrou, Haining Wang
IEEE Latin-American Conference on Communications (LATINCOM), Rio de Janeiro, Brazil, 2022, pp. 1-6, doi: 10.1109/LATINCOM56090.2022.10000569.

10. **SPIN: Sensor Placement for Indoor Navigation of Drones**
Alireza Famili, Angelos Stavrou, Haining Wang, Jung-Min Jerry Park
In the Proceedings of IEEE Latin-American Conference on Communications (LATINCOM), Rio de Janeiro, Brazil, 2022, pp. 1-6, doi: 10.1109/LATINCOM56090.2022.10000583.

11. **Streaming and Unbalanced PSI from Function Secret Sharing**
Samuel Dittmer, Yuval Ishai, Steve Lu, Rafail Ostrovsky, Mohamed Elsabagh, Nikolaos Kiourtis, Brian Schulte, Angelos Stavrou. Security and Cryptography for Networks. SCN 2022. Lecture Notes in Computer Science, vol 13409. Springer, Cham. https://doi.org/10.1007/978-3-031-14791-3_25

12. **Eternal flying: Optimal placement of wireless chargers for nonstop drone flights**
Alireza Famili, Angelos Stavrou
*International Conference on Electrical, Computer and Energy Technologies (ICECET)*, Prague, Czech Republic, 2022, doi: 10.1109/ICECET55527.2022.9873507.

13. **Receiver Density Analysis for High Probability Detection of Forward Scattered Airborne Signals**
John Robie, Alireza Famili, Angelos Stavrou
*International Conference on Electrical, Computer and Energy Technologies (ICECET)*, Prague, Czech Republic, 2022, doi: 10.1109/ICECET55527.2022.9872553

14. **RAIL: Robust Acoustic Indoor Localization for Drones**
A. Famili, A. Stavrou, H. Wang and J. -M. J. Park
In the Proceedings of IEEE 95th Vehicular Technology Conference: (VTC2022-Spring), Helsinki, Finland, 2022, pp. 1-6, doi: 10.1109/VTC2022-Spring54318.2022.9860933.

Dr. Angelos Stavrou Curriculum Vitae

15. **Characterization of AES Implementations on Microprocessor-based IoT Devices**
S. Roy, A. Stavrou, B. L. Mark, K. Zeng, S. M. P D and K. N. Khasawneh.
In the proceedings of IEEE Wireless Communications and Networking Conference (WCNC), Austin, TX, USA, 2022, pp. 55-60, doi: 10.1109/WCNC51071.2022.9771975.

16. **Scaling Network Slices with a 5G Testbed: A Resource Consumption Study**
Tolga O. Atalay, Dragoslav Stojadinovic, Angelos Stavrou, Haining Wang
In the proceedings of IEEE Wireless Communications and Networking Conference (WCNC), Austin, TX, USA, 2022, pp. 2649-2654, doi: 10.1109/WCNC51071.2022.9771860.

17. **DEFInit: An Analysis of Exposed Android Init Routines**
Yuede Ji, Mohamed Elsabagh, Ryan Johnson, and Angelos Stavrou
In the proceedings of the 30th USENIX Security Symposium (USENIX Security 2021)

18. **(Un)protected Broadcasts in Android 9 and 10**
Ryan Johnson, Mohamed Elsabagh, and Angelos Stavrou
BlackHat Asia 2021

19. **Black-Box IoT: Authentication and Distributed Storage of IoT Data from Constrained Sensors**
Panagiotis Chatzigiannis, Foteini Baldimtsi, Constantinos Kolias, and Angelos Stavrou. In *Proceedings of the International Conference on Internet-of-Things Design and Implementation* (*IoTDI 2021*), *2021*

20. *CloudSkulk: A Nested Virtual Machine Based Rootkit and Its Detection.*
J. Connelly, T. Roberts, X. Gao, J. Xiao, H. Wang, and A. Stavrou. *In 51st Annual IEEE/IFIP International Conference on Dependable Systems and Networks (DSN 2021), 2021*

21. **FIRMSCOPE: Automatic Uncovering of Privilege-Escalation Vulnerabilities in Pre-Installed Apps in Android Firmware.** **[PDF]**
Mohamed Elsabagh, Ryan Johnson, and Angelos Stavrou, Kryptowire; Chaoshun Zuo, Qingchuan Zhao, and Zhiqiang Lin, The Ohio State University. In the 29th USENIX Security Symposium (USENIX Security 20).

22. **Resilient and Scalable Cloned App Detection Using Forced Execution and Compression Trees**
Mohamed Elsabagh, Ryan Johnson, Angelos Stavrou
In proceedings of the IEEE Conference on Dependable and Secure Computing (DSC 2018)

Dr. Angelos Stavrou Curriculum Vitae

23. **An adversarial coupon-collector model of asynchronous moving-target defense against botnet reconnaissance**
G Kesidis, Y Shan, D Fleck, A Stavrou, T Konstantopoulos
In proceedings of the 2018 13th IEEE International Conference on Malicious and Unwanted Software (IEEE MALCON)

24. **Moving-target Defense against Botnet Reconnaissance and an Adversarial Coupon-Collection Model**
Dan Fleck, Angelos Stavrou, George Kesidis, N Nasiriani, Y Shan, T Konstantopoulos
In proceedings of the IEEE Conference on Dependable and Secure Computing (DSC 2018)

25. **End Users Get Maneuvered: Empirical Analysis of Redirection Hijacking in Content Delivery Networks**
Shuai Hao, Yubao Zhang and Haining Wang, Angelos Stavrou
In the proceeding of the 27th Usenix Security Symposium, (Usenix Security 2018)
August 15-17, 2018, Baltimore, MD, USA

26. **Dazed Droids: A Longitudinal Study of Android Inter-App Vulnerabilities**
Ryan Johnson, Mohamed Elsabagh, Angelos Stavrou, and Jeff Offutt
In the Proceedings of ACM ASIA Conference on Computer & Communications Security 2018,
(ASIACCS 2018), 777-791, June 4 - 8, 2018, Sogdo, Incheon, Korea

27. **Detecting and Characterizing Web Bot Traffic in a Large E-commerce Marketplace**
Haitao Xu, Zhao Li, Chen Chu, Yuanmi Chen, Yifan Yang, Haifeng Lu, Haining Wang, and Angelos Stavrou, In the Proceedings of the 23rd European Symposium on Research in Computer Security (*ESORICS'18*), Barcelona, Spain, Sep. 2018.
(Acceptance Rate: 19.8%, 56/283).

28. **The Mirai Botnet and the IoT Zombie Armies**
Georgios Kambourakis, Constantinos Kolias, and Angelos Stavrou
In the Proceedings of the IEEE Military Communications Conference (MILCOM 2017)
October 23 -25, 2017, Baltimore, MD, USA.

29. **Practical and Accurate Runtime Application Protection against DoS Attacks**
Mohamed Elsabagh, Dan Fleck, Angelos Stavrou, Michael Kaplan, Thomas Bowen
In the Proceedings of 20th International Symposium on Research on Attacks, Intrusions
and Defenses (RAID 2017). September 18-20, 2017, Atlanta, Georgia, USA.

30. **E-Android: A New Energy Profiling Tool for Smartphones**
Xing Gao, Dachuan Liu, Daiping Liu, Haining Wang, Angelos Stavrou

Dr. Angelos Stavrou Curriculum Vitae

In the proceedings of the the 37th IEEE International Conference on Distributed Computing Systems (ICDCS 2017), June 5-8, 2017, Atlanta, Georgia, USA. (Acceptance Rate: 16.9%, 90/531)

31. **Detecting Passive Cheats in Online Games via Performance-Skillfulness Inconsistency**
Daiping Liu, Xing Gao, Mingwei Zhang, Haining Wang, Angelos Stavrou
In the proceedings of the 47th IEEE/IFIP International Conference on Dependable Systems
and Networks (DSN 2017), June 26-29, 2017, Denver, Colorado, USA.
(Acceptance Rate: 22.3%, 49/220)

32. **Strict Virtual Call Integrity Checking for C++ Binaries** (**Distinguished paper award**)
Mohamed Elsabagh, Dan Fleck, Angelos Stavrou
In the Proceedings of the ACM Asia Conference on Computer and Communications Security
(ASIACCS) 2017, April 2-6, 2017 Abu Dhabi, UAE (Acceptance Rate: 18.7%, 67/359)

33. **Why Software DoS is Hard to Fix: Denying Access in Embedded Android Platforms**
Ryan Johnson, Mohamed Elsabagh, and Angelos Stavrou
In the proceedings of the 14th International Conference on Applied Cryptography and Network Security (ACNS) 2016, June 19-22, 2016, London, UK (Acceptance Rate: 19.13%, 35/183).

34. **When a Tree Falls:  Using Diversity in Ensemble Classifiers to Identify Evasion in Malware Detectors**
Charles Smutz and Angelos Stavrou
In the proceedings of the Network and Distributed System Security Symposium (NDSS) 2016, February 21-24, San Diego, California, USA (Acceptance Rate: 15.4%, 60/389).

35. **Targeted DoS on Android: How to Disable Android in 10 Seconds or Less**
Ryan Johnson, Mohamed Elsabagh, Angelos Stavrou, and Vincent Sritapan
In the proceedings of the 10th Malware Conference (MALCON) Oct. 2015, IEEE Computer Society
ISBN: 978-1-5090-0317-4 pp: 136-143 Puerto Rico, USA.

36. **Preventing Exploits in Microsoft Office Documents through Content Randomization**
Charles Smutz and Angelos Stavrou
In the proceedings of the 18th International Symposium on Research in Attacks, Intrusions and Defenses (RAID), November 2015, Kyoto, Japan (Acceptance Rate:

Dr. Angelos Stavrou Curriculum Vitae

23.5%, 28/119).

37. **Continuous Authentication on Mobile Devices Using Power Consumption, Touch Gestures and Physical Movement of Users**
Rahul Murmuria, Angelos Stavrou, Daniel Barbara, Dan Fleck
In the proceedings of the 18th International Symposium on Research in Attacks, Intrusions and Defenses (RAID), November 2015, Kyoto, Japan (Acceptance Rate: 23.5%, 28/119).

38. **Privacy Risk Assessment on Online Photos**
Haitao Xu, Haining Wang, Angelos Stavrou
In the proceedings of the 18th International Symposium on Research in Attacks, Intrusions and Defenses (RAID), November 2015, Kyoto, Japan (Acceptance Rate: 23.5%, 28/119).

39. **Radmin: Early Detection of Application-Level Resource Exhaustion and Starvation Attacks**
Mohamed Elsabagh, Daniel Barbara, Daniel Fleck, Angelos Stavrou
In the proceedings of the 18th International Symposium on Research in Attacks, Intrusions and Defenses (RAID), November 2015, Kyoto, Japan (Acceptance Rate: 23.5%, 28/119).

40. **On the DNS Deployment of Modern Web Services** (**Best paper nominee**)
Shuai Hao, Haining Wang, Angelos Stavrou, and Evgenia Smirni
In the proceeding of the 23rd IEEE International Conference on Network Protocols (ICNP)
November 10-13 2015, San Francisco, CA, USA (Acceptance rate: 20%).

41. **Analysis of Content Copyright Infringement in Mobile Application Markets** (**Best paper award**)
Ryan Johnson, Nikolaos Kiourtis, Angelos Stavrou, and Vincent Sritapan
In the proceedings of APWG/IEEE eCrime Research Summit 2015, May 2015, Barcelona, Spain.

42. **Using Hardware Features for Increased Debugging Transparency**
Fengwei Zhang, Kevin Leach, Angelos Stavrou, Haining Wang, and Kun Sun
In the Proceedings of the 36th IEEE Symposium on Security and Privacy (Oakland 2015), May 2015, San Jose, CA (Acceptance Rate: 13.5%, 55/407).

43. **Resurrecting the READ_LOGS Permission on Samsung Devices**
Ryan Johnson and Angelos Stavrou
In the briefings of Blackhat Asia 2015.

44. **E-commerce Reputation Manipulation: The Emergence of Reputation-Escalation-as-a-Service** (**Best paper nominee**)
Haitao Xu, Daiping Liu, Haining Wang and Angelos Stavrou

Dr. Angelos Stavrou Curriculum Vitae

In the Proceedings of 24th World Wide Web Conference (WWW 2015) (Acceptance Rate: 14.1%, 131/929).

45. **TrustLogin: Securing Password-Login on Commodity Operating Systems**
Fengwei Zhang, Kevin Leach, Haining Wang, and Angelos Stavrou
In the Proceedings of The 10th ACM Symposium on Information, Computer and Communications Security (AsiaCCS'15), Singapore, April 2015 (Acceptance Rate: 17.8%, 48/269).

46. **transAD: An Anomaly Detection Network Intrusion Sensor for the Web (short paper)**
Sharath Hiremagalore, Daniel Barbara, Dan Fleck, Walter Powell, and Angelos Stavrou
In the Proceedings of Information Security Conference (ISC 2014), Lecture Notes in Computer Science p 477-489, Hong Kong, Oct 2014. (Acceptance Rate: 17.8%, 48/269)

47. **A Framework to Secure Peripherals at Runtime**
Fengwei Zhang, Haining Wang, Kevin Leach, Angelos Stavrou
European Symposium on Research in Computer Security (ESORICS) p. 219-238 (2014)
(Acceptance Rate: 24.8%, 58/234)

48. **Click Fraud Detection on the Advertiser Side**
Haitao Xu, Daiping Liu, Aaron Koehl, Haining Wang, Angelos Stavrou
European Symposium on Research in Computer Security (ESORICS) p. 419-438 (2014)
(Acceptance Rate: 24.8%, 58/234)

49. **Activity Spoofing and Its Defense in Android Smartphones**
Brett Cooley, Haining Wang, and Angelos Stavrou
In the proceedings of the 12th International Conference on Applied Cryptography and Network Security (*ACNS 2014*) Lausanne, Switzerland. (Acceptance Rate: 22.5%, 33/147)

50. **Catch Me if You Can: A Cloud-Enabled DDoS Defense**
Quan Jia, Huangxin Wang, Dan Fleck, Fei Li, Angelos Stavrou, Walter A. Powell.
In the Proceedings of the 44th Annual IEEE/IFIP International Conference on Dependable Systems and Networks (IEEE DSN 2014), Atlanta, Georgia USA, June 23 - 26, 2014.

51. **Detecting Malicious Javascript in PDF through Document Instrumentation**
Daiping Liu, Haining Wang, and Angelos Stavrou.
In the Proceedings of the 44th Annual IEEE/IFIP International Conference on Dependable Systems and Networks (IEEE DSN 2014), Atlanta, Georgia USA,

Dr. Angelos Stavrou Curriculum Vitae

June 23 - 26, 2014.

52. **PyTrigger: A System to Trigger & Extract User-Activated Malware Behavior**
Dan Fleck, Arnur Tokhtabayev, Alex Alarif, Angelos Stavrou, and Tomas Nykodym.
In the proceedings of the 8th ARES Conference (ARES 2013),
University of Regensburg, Germany September 2nd - 6th, 2013.

53. **MOTAG: Moving Target Defense Against Internet Denial of Service Attacks**
Quan Jia, Kun Sun, Angelos Stavrou.
In the proceedings of the International Conference on Computer Communications and Networks ICCCN 2013 Nassau, Bahamas July 30 - August 2, 2013.

54. **Behavioral Analysis of Android Applications Using Automated Instrumentation**
Mohammad Karami, Mohamed Elsabagh, Parnian Najafiborazjani, and Angelos Stavrou.
In the Proceedings of the 7th International Conference on Software Security and Reliability
(IEEE SERE 2013), 18-20 June 2013, Washington DC, USA. (Acceptance rate 30%)

55. **Forced-Path Execution for Android Applications on x86 Platforms**
Ryan Johnson, and Angelos Stavrou.
In the Proceedings of the 7th International Conference on Software Security and Reliability
(IEEE SERE 2013), 18-20 June 2013, Washington DC, USA. (Acceptance rate 30%)

56. **Towards a Cyber Conflict Taxonomy**
Scott Applegate and Angelos Stavrou.
To appear in the Proceedings of the 5th International Conference on Cyber Conflict (CyCon 2013)
NATO Cooperative Cyber Defence Centre of Excellence conference, 4-7 June 2013 in Tallinn, Estonia.

57. **Spectre: A Dependable Introspection Framework via System Management Mode**
Fengwei Zhang, Kevin Leach, Kun Sun, and Angelos Stavrou.
In the Proceedings of the 43nd Annual IEEE/IFIP International Conference on Dependable Systems and Networks (IEEE DSN 2013), Budapest, 24 - 27 June 2013. (Acceptance Rate: 19.6%)

58. **Exposing Software Security and Availability Risks For Commercial Mobile Devices (CMDs)**
Ryan Johnson, Zhaohui Wang, Angelos Stavrou, and Jeff Voas.
In the Proceedings of the IEEE RAMS 2013, Orlando, Florida, 28 - 31 January 2013.

59. **Malicious PDF Detection Using Metadata and Structural Features**
Charles Smutz and Angelos Stavrou.
In the Proceedings of the 2012 Annual Computer Security Applications Conference

Dr. Angelos Stavrou Curriculum Vitae

(ACSAC), Orlando, Florida, USA, December 3-7, 2012. (Acceptance Rate: 19%, 44/231)

60. **Malware Characterization using Behavioral Components**
Chaitanya Yavvari, Arnur Tokhtabayev, Huzefa Rangwala, and Angelos Stavrou.
In the Proceedings of 6th International Conference "Mathematical Methods, Models, and Architectures for Computer Network Security", St. Petersburg, Russia, October 17-20, 2012.

61. **Exposing Security Risks for Commercial Mobile Devices**(Invited)
Zhaohui Wang, Ryan Johnson, Rahul Murmuria, and Angelos Stavrou.
In the Proceedings of 6th International Conference "Mathematical Methods, Models, and Architectures for Computer Network Security", St. Petersburg, Russia, October 17-20, 2012.

62. **Mobile Application and Device Power Usage Measurements**
Rahul Murmuria, Jeffrey Medsger, Angelos Stavrou.
In the Proceedings of the 6th International Conference on Software Security and Reliability (SERE 2012), Washington, DC, June 2012.

63. **Netgator: Malware Detection Using Program Interactive Challenges**
Brian Schulte, Haris Andrianakis, Kun Sun, Angelos Stavrou.
In the Proceedings of the 9th Conference on Detection of Intrusions and Malware & Vulnerability Assessment (DIMVA 2012), Heraklion, Crete, Greece, July 26-27th, 2012.

64. **A Dependability Analysis of Hardware-Assisted Polling Integrity Checking Systems**
Jiang Wang, Kun Sun, and Angelos Stavrou.
In the Proceedings of the 42nd Annual IEEE/IFIP International Conference on Dependable Systems and  Networks (DSN 2012), Boston, Massachusetts, June, 2012.

65. **Implementing & Optimizing an Encryption File System on Android**
Zhaohui Wang, Rahul Murmuria, and Angelos Stavrou.
In the Proceedings of the IEEE International Conference on Mobile Data Management
(IEEE MDM 2012), July 23 - 26, 2012, Bangalore, India. (Acceptance Rate: 22/88)

66. **Analysis Android Applications' Permissions** (short paper)
Ryan Johnson, Zhaohui Wang, Corey Gagnon and Angelos Stavrou.
In the Proceedings of the 6th International Conference on Software Security and Reliability (SERE 2012),  Washington, DC, June 2012.

67. **Mutual Authentication for USB Communications** (short paper)
Zhaohui Wang, Ryan Johnson and Angelos Stavrou.
In the Proceedings of the 6th International Conference on Software Security and Reliability (SERE 2012),  Washington, DC, June 2012.

Dr. Angelos Stavrou Curriculum Vitae

68. **A Framework for Automated Security Testing of Android Applications on the Cloud** (short)
Sam Malek, Naeem Esfahani, Thabet Kacem, Riyadh Mahmood, Nariman Mirzaei, and Angelos Stavrou. In the Proceedings of the 6th International Conference on Software Security and Reliability (SERE 2012), Washington, DC, June 2012.

69. **SecureSwitch: BIOS-Assisted Isolation and Switch between Trusted and Untrusted Commodity OSes**
Kun Sun, Jiang Wang, Fengwei Zhang and Angelos Stavrou.
In the Proceedings of the 19th Annual Network & Distributed System Security Symposium NDSS 2012, San Diego, California, 5-8 February 2012. Impact Factor: 2.60 (Acceptance Rate: 46/258 - 17.8%).  [Presentation]

70. **Hardware-Assisted Application Integrity Monitor**
Jiang Wang, Kun Sun, Angelos Stavrou.
In the Proceedings of IEEE Hawaii International Conference on System Sciences (HICSS45) pp. 5375-5383, 45th Hawaii International Conference on System Sciences, 2012 January 4-7, 2012, Grand Wailea, Maui, USA. Impact Factor: N/A, (Acceptance Rate: N/A).

71. **Cross-domain Collaborative Anomaly Detection: So Far Yet So Close**
Nathaniel Boggs, Sharath Hiremagalore, Angelos Stavrou, Salvatore J. Stolfo.
In the Proceedings of the 14th International Symposium on Recent Advances in Intrusion Detection (RAID). September 2011, Menlo Park, CA. Impact Factor: 2.20 (Acceptance rate: 20/87 - 23%).

72. **Trading Elephants For Ants: Efficient Post-Attack Reconstitution (Short paper)**
Meixing Le, Zhaohui Wang, Quan Jia, Angelos Stavrou, Anup Ghosh and Sushil Jajodia
In the Proceedings of the 7th International ICST Conference on Security and Privacy in Communication Networks (Securecomm 2011), p. 1-10, September 7-9 2011, London.
Impact Factor: N/A, (Acceptance rate: 24%).

73. **Predicting Network Response Times Using Social Information (short paper)**
Chen Liang, Sharath Hiremagalore, Angelos Stavrou and Huzefa Rangwala.
In the Proceedings of the ACM 2011 Conference on Advances in Social Networks Analysis and Mining, p. 527-531, July, 2011, Kaohsiung, Taiwan. Impact Factor: N/A, (Acceptance rate: 25%) [bib]

74. **Breaching and Protecting an Anonymizing Network System**
Jason Clark and Angelos Stavrou.
In the Proceedings of the 6th Annual Symposium on Information Assurance (ASIA 2011).
Impact Factor: N/A, (Acceptance rate: 50%).

Dr. Angelos Stavrou Curriculum Vitae

75. **Advantages and disadvantages of remote asynchronous usability testing using amazon mechanical turk**
Erik Nelson and Angelos Stavrou.
Proceedings of the Human Factors and Ergonomics Society 55th Annual Meeting, pages 1080-1084, HFES 2011 Conference, Red Rock Resort, Las Vegas, Nevada, September 19-23, 2011.
Impact Factor: N/A, (Acceptance rate: N/A).

76. **Exploiting Smart-Phone USB Connectivity For Fun And Profit** (Extended Version)
Angelos Stavrou and Zhaohui Wang.
BlackHat Technical Conference DC 2011 - Technical Briefings Session.

77. **Exploiting Smart-Phone USB Connectivity For Fun And Profit**
Zhaohui Wang and Angelos Stavrou.
In the Proceedings of the 26th Annual Computer Security Applications Conference (ACM ACSAC)
p. 357-366. December 6-10, 2010, Austin, Texas, USA. Impact Factor: 1.82
(Acceptance rate: 39/227) [bib]

78. **Experimental Results of Cross-Site Exchange of Web Content Anomaly Detector Alerts**
Nathaniel Boggs, Sharath Hiremagalore, Angelos Stavrou, and Salvatore J. Stolfo.
In the Proceedings of IEEE Conference on Homeland Security Technologies (IEEE HST 2010),
November 8-10, 2010, Waltham, MA, USA. Impact Factor: N/A (Acceptance rate: N/A).

79. **An Adversarial Evaluation of Network Signaling and Control Mechanisms**
Kangkook Jee, Stelios Sidiroglou-Douskos, Angelos Stavrou, and Angelos D. Keromytis.
In the Proceedings of the 13th International Conference on Information Security and Cryptology (ICISC).
December 2010, Seoul, Korea. Impact Factor: N/A (Acceptance rate: N/A).

80. **Small World VoIP**
Xiaohui Yang, Angelos Stavrou, Ram Dantu, and Duminda Wijesekera.
In the Proceedings of the Second International Conference on Mobile Computing, Applications,
and Services MobiCASE, October 25-28, 2010, Santa Clara, CA, USA.
Impact Factor: N/A (Acceptance rate: N/A).

81. **QoP and QoS policy cognizant policy composition**
Paul Seymer, Angelos Stavrou, Duminda Wijesekera, Sushil Jajodia.
In the Proceedings of the IEEE International Symposium on Policies for Distributed Systems

Dr. Angelos Stavrou Curriculum Vitae

and Networks, p. 77-86, Fairfax, VA, July 21-23, 2010. (Acceptance rate: 19.2%) [bib]

82. **Providing Mobile Users' Anonymity in Hybrid Networks**
Claudio Ardagna, Sushil Jajodia, Pierangela Samarati, and Angelos Stavrou (Alphabetic)
In the Proceedings of the 15th European Symposium on Research in Computer Security
(ESORICS 2010), p. 540-557, September 2010, Athens, Greece.
Impact Factor: 1.45 (Acceptance rate: 42/210 - 20%). [bib]

83. **Traffic Analysis Against Low-Latency Anonymity Networks Using Available Bandwidth Estimation**
Sambuddho Chakravarty, Angelos Stavrou, and Angelos D. Keromytis.
In the Proceedings of the 15th European Symposium on Research in Computer Security
(ESORICS 2010) p. 249-267, September 2010, Athens, Greece.
Impact Factor: 1.45 (Acceptance rate: 42/210 - 20%). [bib]

84. **HyperCheck: A Hardware-Assisted Integrity Monitor**
Jiang Wang, Angelos Stavrou, and Anup K. Ghosh.
In the Proceedings of 13th International Symposium on Recent Advances in Intrusion Detection
(RAID 2010), p. 158-177, Ottawa, Canada, September 15-17, 2010.
Impact Factor: 2.20 (Acceptance rate: 24/104 - 23.1%). [bib]

85. **A Virtualization Architecture for In-Depth Kernel Isolation**
Jiang Wang, Sameer Niphadkar, Angelos Stavrou, Anup K. Ghosh.
In the Proceedings of 43rd Hawaii International International Conference on Systems Science,
IEEE Computer Society, p. 1-10, 5-8 January 2010, Koloa, Kauai, HI, USA.
Impact Factor: N/A (Acceptance rate: N/A).

86. **Privacy preservation over untrusted mobile networks**
Claudio A. Ardagna, Sushil Jajodia, Pierangela Samarati, Angelos Stavrou in Privacy in Location-Based
Applications:  Research Issues and Emerging Trends, Springer Lecture Notes in Computer Science, Volume
5599, 2009, pages 84-105. Impact Factor: N/A (Acceptance rate: N/A).

87. **Deny-by-Default Distributed Security Policy Enforcement in Mobile Ad Hoc Networks (short)**
Mansoor Alicherry, Angelos D. Keromytis, and Angelos Stavrou.
In the Proceedings of the 5th International ICST Conference on Security and Privacy in Communication
Networks SECURECOMM 2009, p. 41-50. September 2009, Athens, Greece.
Impact Factor: N/A, (Acceptance rate: 25.3%). [bib]

Dr. Angelos Stavrou Curriculum Vitae

88. **Adding Trust to P2P Distribution of Paid Content**
Alex Sherman, Angelos Stavrou, Jason Nieh, Angelos D. Keromytis, and Clifford Stein.
In the Proceedings of the 12th Information Security Conference (ISC), p.459-474. September 2009, Pisa, Italy. Impact Factor: 1.24, (Acceptance rate: 27.6%). [bib]

89. **A2M: Access-Assured Mobile Desktop Computing**
Angelos Stavrou, Ricardo A. Baratto, Angelos D. Keromytis, and Jason Nieh.
In the Proceedings of the 12th Information Security Conference (ISC), p. 186-201. September 2009, Pisa, Italy. Impact Factor: 1.24, (Acceptance rate: 27.6%). [bib]

90. **Adaptive Anomaly Detection via Self-Calibration and Dynamic Updating**
Gabriela F. Cretu, Angelos Stavrou, Michael E. Locasto, Salvatore J. Stolfo.
In the Proceedings of 12th International Symposium On Recent Advances In Intrusion Detection,
p. 41-60. Saint-Malo, Brittany, France, September 23-25, 2009.
Impact Factor: 2.20 (Acceptance rate: 17 / 59 - 28.8%). [bib]

91. **SQLProb: A Proxy-based Architecture towards Preventing SQL Injection Attacks**
Anyi Liu, Yi Yuan, Duminda Wijesekera, and Angelos Stavrou.
In the Proceedings of 24th Annual ACM Symposium on Applied Computing (SAC'09), p. 2054-2061
March 8-12, 2009, Honolulu, Hawaii. Impact Factor: N/A, (Acceptance Rate: 16.6%). [bib]

92. **A Security Architecture for Information Assurance and Availability in MANETs**
Angelos Stavrou, and Anup K. Ghosh.
In the Proceedings of IEEE Conference on Military Communications (MILCOM '08), p. 1 - 8, November 2008, San Diego, CA. Impact Factor: N/A, (Acceptance Rate: N/A).
Impact Factor: N/A, (Acceptance Rate: N/A). [bib]

93. **PAR: Payment for Anonymous Routing**
Elli Androulaki, Mariana Raykova, Shreyas Srivatsan, Angelos Stavrou, and Steven M. Bellovin.
In the Proceedings of 8th Privacy Enhancing Technologies Symposium, p. 219-236, Leuven, Belgium
July 23 - July 25, 2008. Impact Factor: 1.95, Acceptance rate: 13/49 - 26%). [bib]

94. **The Hidden Difficulties of Watching and Rebuilding Networks.**
Michael Locasto and Angelos Stavrou.
IEEE Security and Privacy, vol. 6, no. 2, pp. 79-82, Mar/Apr, 2008.
Impact Factor: 1.17, (Acceptance Rate: N/A). [bib]

95. **Pushback for Overlay Networks: Protecting against Malicious Insiders**
Angelos Stavrou, Michael E. Locasto, and Angelos D. Keromytis.

Dr. Angelos Stavrou Curriculum Vitae

In the Proceedings of the 6th International Conference on Applied Cryptography and Network Security (ACNS). June 2008, New York, NY.
Impact Factor: N/A, (Acceptance Rate: N/A). [bib]

96. **Casting out Demons: Sanitizing Training Data for Anomaly Sensors**
Gabriela F. Cretu, Angelos Stavrou , Michael E. Locasto, Salvatore J. Stolfo, and Angelos D. Keromytis.
In the Proceedings of the IEEE Symposium on Security & Privacy p. 81-95. May 2008, Oakland, CA.
Impact Factor: 4.15, (Acceptance Rate: 11.2%) [bib]

97. **On the Infeasibility of Modeling Polymorphic Shellcode**
Yingbo Song, Michael E. Locasto, Angelos Stavrou , Angelos D. Keromytis, and Salvatore J. Stolfo.
In the Proceedings of the 13th ACM Conference on Computer and Communications Security (CCS),
pp. 541 - 551. October/November 2007, Alexandria, VA. Impact Factor: 2.87, (Acceptance rate: 18.1%) [bib]

98. **A Study of Malcode-Bearing Documents**
Weijen Li, Salvatore Stolfo, Angelos Stavrou, Elli Androulaki, and Angelos D. Keromytis.
In Proceedings of the 4th GI International Conference on Detection of Intrusions & Malware, and
Vulnerability Assessment (DIMVA), pp. 231 - 250. July 2007, Lucerne, Switzerland.
Impact Factor: 1.42, (Acceptance rate: 21%). [bib]

99. **From STEM to SEAD: Speculative Execution for Automated Defense.**
Michael E. Locasto, Angelos Stavrou, Gabriela F. Cretu, and Angelos D. Keromytis.
In the Proceedings of the USENIX Annual Technical Conference (USENIX 2007), pp. 219-232, June 2007, Santa Clara, CA.  Impact Factor: N/A, (Acceptance rate: 18.75%) [bib]

100. **Network Security as a Composable Service**
Stelios Sidiroglou, Angelos Stavrou, and Angelos D. Keromytis.
In the Proceedings of the IEEE Sarnoff Symposium. January 2007, Princeton, NJ. (Invited paper)

101. **Countering DDoS Attacks with Multi-path Overlay Networks**
Angelos Stavrou and Angelos D. Keromytis.
In the Information Assurance Technology Analysis Center (IATAC) Information Assurance
Newsletter (IAnewsletter), vol. 9, no. 3, November 2006. (Invited paper, based on the CCS 2005 paper.)[pdf]

102. **W3Bcrypt: Encryption as a Stylesheet**
Angelos Stavrou, Michael E. Locasto, and Angelos D. Keromytis. In the Proceedings

Dr. Angelos Stavrou Curriculum Vitae

of the
4th International Conference on Applied Cryptography and Network Security (ACNS 2006), pp. 349-364, June 6-9, 2006, Singapore. Impact Factor: 1.44, (Acceptance rate: 33 / 218 - 15.1%) [bib]

103. **Countering DoS Attacks With Stateless Multipath Overlays**
Angelos Stavrou and Angelos D. Keromytis.
In the Proceedings of the 12th ACM Conference on Computer and Communications Security (CCS), pp. 249 - 259. November 2005, Alexandria, VA. Impact Factor: 2.87, (Acceptance rate: 15.2%) [bib]

104. **gore: Routing-Assisted Defense Against DDoS Attacks**
Stephen T. Chou, Angelos Stavrou, John Ioannidis, and Angelos D. Keromytis.
In the Proceedings of the 8th Information Security Conference (ISC), p. 179-193. September 2005, Singapore. Impact Factor: 1.24, (Acceptance rate: 14%). [bib]

105. **MOVE: An End-to-End Solution To Network Denial of Service**
Angelos Stavrou, Angelos D. Keromytis, Jason Nieh, Vishal Misra, and Dan Rubenstein.
In the Proceedings of the Internet Society (ISOC) Symposium on Network and Distributed Systems Security (NDSS), pp. 81 - 96. February 2005, San Diego, CA. Impact Factor: 2.60 (Acceptance rate: 12.9%). [bib]

106. **Content distribution for seamless transmission**
Edward G. Coffman Jr., Andreas Constantinides, Dan Rubenstein, Bruce Shepherd, Angelos Stavrou
In the Proceedings of SIGMETRICS Performance Evaluation Review 32(2): 31-32 (2004) [pdf (936 KB)].

107. **A Pay-per-Use DoS Protection Mechanism For The Web**
Angelos Stavrou, John Ioannidis, Angelos D. Keromytis, Vishal Misra, and Dan Rubenstein.
In the Proceedings of the Applied Cryptography and Network Security (ACNS) Conference.
June 2004, Yellow Mountain, China. LNCS Volume 3089/2004, pp. 120-134, ISBN: 3-540-22217-0.
Impact Factor: 1.44 (Acceptance rate: 12%). [bib]

108. **Using Graphic Turing Tests to Counter Automated DDoS Attacks Against Web Servers**
William G. Morein, Angelos Stavrou, Debra L. Cook, Angelos D. Keromytis, Vishal Misra, Dan Rubenstein.
In the Proceedings of the 10th ACM International Conference on Computer and Communications Security

Dr. Angelos Stavrou Curriculum Vitae

(CCS), Washington, DC, October 2003. Impact Factor: 2.87, (Acceptance rate: 13.8%) [bib]

109.    A Lightweight, Robust P2P System to Handle Flash Crowds
Angelos Stavrou, Dan Rubenstein and Sambit Sahu.
In the Proceedings of IEEE ICNP 2002, Paris, France, November, 2002.
[Proceedings Version ps (252K)] [Proceedings Version ps.gz (65K)] [Proceedings Version pdf (143K)]
An earlier version is available as Columbia Technical Report EE020321-1, February, 2002.
[Tech Report ps (508K)] [Tech Report ps.gz (109K)] [Tech Report pdf (242K)].
Impact Factor: N/A, (Acceptance rate: 14.7%). [bib]

## Books/Book Chapters

1.  **Overlay-Based DoS Defenses**
Angelos Stavrou. In Henk C.A. van Tilborg and Sushil Jajodia, editors, Encyclopedia of Cryptography and Security, 2nd Edition. Springer, 2010.

2.  **TCP Modulation Attacks**
Angelos Stavrou. In Henk C.A. van Tilborg and Sushil Jajodia, editors, Encyclopedia of Cryptography and Security, 2nd Edition. Springer, 2010.

## Workshops

1.  **Microservices made attack-resilient using unsupervised service fissioning [PDF]**
Ataollah Fatahi Baarzi, George Kesidis, Dan Fleck, Angelos Stavrou.
In EuroSec '20: Proceedings of the 13th European workshop on Systems Security, April 2020 Pages 31–36.

2.  **Breaking BLE Beacons For Fun But Mostly Profit**
Constantinos Kolias, Lucas Copi, Fengwei Zhang, Angelos Stavrou
EUROSEC 2017: 4:1-4:6

3.  **Your Data in Your Hands: Privacy-preserving User Behavior Models for Context Computation**
Rahul Murmuria, Angelos Stavrou, Daniel Barbara, and Vincent Sritapan
To appear in the proceedings of International Workshop on Behavioral Implications of Contextual Analytics (co-located with IEEE PerCom 2017)

4.  **Authentication Feature and Model Selection using Penalty Algorithms**
Rahul Murmuria and Angelos Stavrou.
In the proceedings of the Twelfth Symposium on Usable Privacy and Security (SOUPS 2016). USENIX Association, 2016, Way workshop, Denver Colorado June 22-24, 2016

Dr. Angelos Stavrou Curriculum Vitae

5. **Switchwall: Automated Topology Fingerprinting & Behavior Deviation Identification**
   Nelson Nazzicari, Javier Almillategui, Angelos Stavrou and Sushil Jajodia.
   In the Proceedings of the 8th International Workshop on Security and Trust Management (STM 2012)
   in conjunction with ESORICS 2012, Pisa, Italy - September 13-14, 2012

6. A Whitebox Approach for Automated Security Testing of Android Applications on the Cloud
   Riyadh Mahmood, Naeem Esfahani, Thabet Kacem, Nariman Mirzaei, Sam Malek, and Angelos Stavrou.
   In the Proceedings of the 7th International Workshop on Automation of Software Test (AST 2012), Zurich, Switzerland, June 2012.

7. The MEERKATS Cloud Security Architecture
   Angelos D. Keromytis, Roxana Geambasu, Simha Sethumadhavan, Salvatore J. Stolfo, Junfeng Yang, Azzedine Benameur, Marc Dacier, Matthew Elder, Darrell Kienzle, and Angelos Stavrou.
   In the Proceedings of the 3rd International Workshop on Security and Privacy in Cloud Computing
   (ICDCS-SPCC). June 2012, Macao, China.

8. CapMan: Capability-based Defense against Multi-Path Denial of Service (DoS) Attacks in MANET
   Quan Jia, Kun Sun and Angelos Stavrou.
   In the Proceedings of the First International Workshop on Privacy, Security and Trust in Mobile and Wireless Systems
   (MobiPST 2011) in conjunction with *20th International Conference on Computer Communications and Networks (ICCCN 2011)*

9. The MINESTRONE Architecture: Combining Static and Dynamic Analysis Techniques for Software Security
   Angelos D. Keromytis, Salvatore J. Stolfo, Junfeng Yang, Angelos Stavrou, Anup Ghosh, Dawson Engler, Marc Dacier, Matthew Elder, and Darrell Kienzle.
   In the Proceedings of the 1st Workshop on Systems Security (SysSec).
   July 2011, Amsterdam, Netherlands.

10. Firmware-assisted Memory Acquisition and Analysis tools for Digital Forensic (short paper)
    Jiang Wang, Fengwei Zhang, Kun Sun, and Angelos Stavrou.
    In the Sixth International Workshop on Systematic Approaches to Digital Forensic Engineering (IEEE SADFE 2011).
    In conjunction with IEEE Security and Privacy Symposium, Oakland, CA, USA, May 26, 2011

11. Moving Forward, Building An Ethics Community (Panel Statements) - Computer Security Ethics, Quo Vadis?

Dr. Angelos Stavrou Curriculum Vitae

Erin Kennealy, Angelos Stavrou, John McHugh, and Nicolas Christin.
In the proceedings of the 2nd Workshop on Ethics in Computer Security Research 2011
Springer Lecture Notes in Computer Science (LNCS).

12. Scalable Web Object Inspection and Malfease Collection
Charalampos Andrianakis, Paul Seymer, and Angelos Stavrou.
In the Proceedings of the 5th USENIX Workshop on Hot Topics in Security (HotSec '10).
August 10, 2010 Washington, DC. (Acceptance rate: 11/57)

13. Fine-grained Sharing of Health Records using XSPA Profile for XACML
A. Al-Faresi, Bo Yu, Khalid Moidu, Angelos Stavrou, Duminda Wijesekera, Anoop Singhal
In the Proceedings of 1st USENIX Workshop on Health Security and Privacy (HealthSec '10),
August, 2010, Washington DC, USA.

14. Evaluating a Collaborative Defense Architecture for MANETs
Mansoor Alicherry, Angelos Stavrou, and Angelos D. Keromytis.
In the Proceedings (electronic) of the IEEE Workshop on Collaborative Security Technologies (CoSec),
pp. 37 - 42. December 2009, Bangalore, India. (Acceptance rate: 17.2%).

15. Keep your friends close: the necessity for updating an anomaly sensor with legitimate environment changes.
Angelos Stavrou, Gabriela F. Cretu, Michael E. Locasto, Salvatore J. Stolfo.
In the Proceedings of the 2nd ACM Workshop on Security and Artificial intelligence (Chicago, Illinois, USA, November 09 - 09, 2009). AISec '09. ACM, New York, NY, 39-46. (Position paper)

16. The Heisenberg Measuring Uncertainty in Lightweight Virtualization Testbeds
Quan Jia, Zhaohui Wang and Angelos Stavrou.
In the Proceedings of 2nd Workshop on Cyber Security Experimentation and Test (CSET '09). August, 2009, Montreal, Canada.

17. Universal Multi-Factor Authentication Using Graphical Passwords
Alireza Pirayesh Sabzevar, and Angelos Stavrou.
In the Proceedings of the 2nd IEEE/ACM Workshop on Security and Privacy in Telecommunications and Information Systems (SePTIS). December 2008, Bali, Indonesia.

18. Identifying Proxy Nodes in a Tor Anonymization Circuit
Sambuddho Chakravarty, Angelos Stavrou, and Angelos D. Keromytis.
In the Proceedings of the 2nd IEEE/ACM Workshop on Security and Privacy in Telecommunications and Information Systems (SePTIS). December 2008, Bali, Indonesia.

Dr. Angelos Stavrou Curriculum Vitae

19. A multi-path approach for k-anonymity in mobile hybrid networks
Claudio Agostino Ardagna, Angelos Stavrou, Sushil Jajodia, Pierangela Samarati
and Rhandi Martin.
In the Proceedings of International Workshop on Privacy in Location-Based
Applications (PiLBA '08), October 2008.

20. Efficiently Tracking Application Interactions using Lightweight Virtualization
Yih Huang, Angelos Stavrou, Anup K. Ghosh and Sushil Jajodia.
In the Proceeding of the 1st Workshop on Virtualization Security (VMSec), in
conjunction
with ACM CCS 2008, October 2008.

21. Return Value Predictability for Self-Healing
Michael E. Locasto, Angelos Stavrou>, Gabriela F. Cretu, Angelos D. Keromytis,
and Salvatore J. Stolfo.
In the Proceedings of the 3rd International Workshop on Security (IWSEC),
November 2008, Kagawa, Japan.

22. Online Training and Sanitization of AD Systems (extended abstract)
Gabriela F. Cretu, Angelos Stavrou, Michael E. Locasto, Salvatore J. Stolfo.
In the Proceedings of NIPS 2007 Workshop on Machine Learning in Adversarial
Environments for Computer Security,
December 2007, Vancouver, B.C., Canada. [pdf]

23. Data Sanitization: Improving the Forensic Utility of Anomaly Detection Systems
Gabriela F. Cretu, Angelos Stavrou, Salvatore J. Stolfo, Angelos D. Keromytis.
In the Proceedings of the 3rd Workshop on Hot Topics in System Dependability
(HotDep), pp. 64 - 70. June 2007, Edinburgh, UK. [pdf]

24. Bridging the Network Reservation Gap Using Overlays
Angelos Stavrou, David Turner, Angelos D. Keromytis, and Vassilis Prevelakis.
In the Proceedings of the 1st Workshop on Information Assurance for Middleware
Communications (IAMCOM).
January 2007, Bangalore, India. [pdf] [ps]

25. Dark Application Communities
Michael E. Locasto, Angelos Stavrou, and Angelos D. Keromytis.
In the Proceedings of the 15th New Security Paradigms Workshop (NSPW 2006).
September 2006, Schloss Dagstuhl, Germany. [pdf] [ps]

## Technical Reports

1. Netgator: Malware Detection Through Program Interactive Proofs
Brian Schulte, Rhandi Martin, Haris Andrianakis and Angelos Stavrou, GMU-CS-TR-2011-
6

**Dr. Angelos Stavrou Curriculum Vitae**

2.  SecureSwitch: BIOS-Assisted Isolation and Switch between Trusted and Untrusted Commodity OSes
    Kun Sun, Jiang Wang, Fengwei Zhang and Angelos Stavrou, GMU-CS-TR-2011-7

3.  An Analysis of System Management Mode (SMM)-based Integrity Checking Systems and Evasion Attacks
    Jiang Wang, Kun Sun and Angelos Stavrou, GMU-CS-TR-2011-8

4.  Ruminate: A Scalable Architecture for Deep Network Analysis
    Charles Smutz and Angelos Stavrou, GMU-CS-TR-2010-20.

## Professional Activities & Service

**Founder & CEO**

- **Kryptowire LLC (**https://www.kryptowire.com/**)**

**Founder & Chief Scientist**

- **Quokka INC (**https://www.quokka.io**)**

**Editorial Positions, Panels, and Boards**

- IEEE Security and Privacy Magazine (01-01-2017 - Present)
  Type: Internet publication
  Role: Associate or guest editor/curator
- International Journal of Information Security (01-01-2019 - Present)
  Type: Journal
  Role: Editorial/curatorial board member
- IEEE Transactions on Computers (01-01-2020 - Present)
  Type: Journal
  Role: Associate or guest editor/curator
  Description: Associate Editor of IEEE Transactions on Computers
- IEEE Internet Computing (01-01-2020 - Present)
  Type: Journal
  Role: Associate or guest editor/curator

Past:
  Associate Editor, IEEE Transactions on Reliability,  September 2015 - 2020
  IET Journal on Information Security, May 2010 – May 2018
  Encyclopedia of Cryptography and Security, Editorial Board Member, March 2010 – 2020

**Program Organization:**

Program General co-Chair, ACM Conference on Computer and Communications Security (CCS) 2022

**Dr. Angelos Stavrou Curriculum Vitae**

Program co-Chair, 10th European Workshop on Systems Security (EuroSec): 2017, 2018

Program co-Chair, Research in Attacks, Intrusions and Defenses (RAID) Symposium, RAID 2013, 2014

Student Travel Grant Chair, ACM Conference on Computer and Communications Security (CCS), 2009, 2010

Program co-Chair, Workshop on Cyber Security Experimentation and Test (CSET): 2009, 2010

Program co-Chair, 1st Workshop on Virtual Machine Security (VMSec): 2008, 2009

**Program Committee Member (Selected):**

USENIX Security Symposium: 2007, 2008, 2009, 2020, 2021
ACM Conference on Security and Privacy in Wireless and Mobile Networks (WiSec) 2020
IEEE MILCOM (Track 3): 2016, 2017, 2018
IEEE Conference on Dependable and Secure Computing: 2017
IEEE International Conference on Software Quality, Reliability and Security: 2016
Recent Advances in Intrusion Detection (RAID): 2011, 2012, 2017
IEEE Symposium on Security and Privacy (IEEE S&P): 2010, 2011, 2012
ACM Conference on Computer and Communications Security (CCS): 2009, 2010
Annual Computer Security Applications Conference (ACSAC): 2009, 2010, 2011, 2012, 2013
Network and Distributed System Security Symposium (NDSS): 2009, 2010
International Conference on Distributed Computing Systems (ICDCS): 2009, 2010, 2011, 2012, 2013
25th ACM Symposium On Applied Computing (SAC): 2010
Financial Cryptography and Data Security: 2010, 2011, 2012
5th ACM Int'l Conference on emerging Networking EXperiments and Technologies: 2009
USENIX Security Symposium: 2007, 2008, 2009
International ICST Conference on Security and Privacy in Communication Networks (SecureComm), 2009, 2010, 2011
European Workshop on System Security (EUROSEC): 2008, 2009, 2010, 2011
IEEE International Symposium on Policies for Distributed Systems and Networks, POLICY 2010, 2011, 2012
ECML/PKDD Workshop on Privacy and Security issues in Data Mining and Machine Learning PSDML 2010
2nd USENIX Workshop on Large-Scale Exploits and Emergent Threats (LEET): 2009
European Conference on Computer Network Defense (EC2ND): 2008
Workshop on Cyber Security Experimentation and Test : 2008, 2013
Information Security Conference (ISC): 2008, 2009
European Symposium on Research in Computer Security (ESORICS): 2008
International Workshop on Security and Privacy in Wireless and Mobile Computing, Networking and Communications: 2008

**Patent Litigation Experience**

**Dr. Angelos Stavrou Curriculum Vitae**

Expert witness for patent invalidity reports, depositions, patent office actions, Inter Partes Disputes preparation, product infringement reports, code and system examination.

Law firm: Quinn Emanuel Urquhart & Sullivan, LLP

Fortinet, Inc V. Sophos, Inc

Case No 13-cv-05831-EMC (representing Fortinet)

Deposed for the case.
Project status: Ended


Law firm: Feinberg Day Alberti & Thompson LLP ("Feinberg Day")
Representing: Intellectual Ventures II L.L.C.
Case: Intellectual Ventures II L.L.C. v. JP Morgan Chase & Co. et al (representing IV)
Case: 1:13-cv-03777 | New York Southern District Court
Case: 1:13-cv-03777-AKH
Civil Action No. 2:13-cv-1106-AKK
Case: l:13-CV-02454-WSD
Case: 2:13-CV-04160-NKL
Case: 2:13-CV-785
Case: 8:13-cv-00167
Case: IPR2014-00786, Patent No. 6,826,694
Project status: Ended

IP Patent Consulting

Law firm: Brian Owens, Esq

Case: Multiple pertaining to analysis of patent validity.

Project: On-going consulting on patent infringement, validity, and claim construction

## Patent Filling/Examination Experience

Consulted GMU legal team on patent filling, claim structure, and responses to USPTO examination and re-examination of relevant patents.

1. U.S. Patent Application 12/558,841 filed on September 14, 2009, entitled "Distributed Sensor for Detecting Malicious Software."
2. U.S. Patent Application 12/548,175 filed on August 26, 2009, entitled "Event Driven Email Revocation."
3. U.S. Patent Application 12/688,037 filed on January 15, 2010, entitled "Authentication Using Graphical Passwords."
4. U.S. Patent Application 12/757,675 filed on April 9, 2010, entitled "Malware Detector."

Dr. Angelos Stavrou Curriculum Vitae

5. U.S. Patent Application 12/965,413 filed on December 10, 2010, entitled "Website Detection."
6. U.S. Patent Application 12/835,228 filed on July 13, 2010, entitled "Inferring Packet Management Utility Rules."
7. U.S. Patent Application 611413,673 filed on November 15, 2010, entitled "HyperCheck: A Hardware Assisted Integrity Monitor."
8. U.S. Patent Application 611413,677 filed on November 15, 2010, entitled "Network Traffic Analysis."

Consulted on more patents filled prior to 2007 while I was at Columbia University (worked with Columbia retained law firms).

## Advisory Boards, Workshops & Other Professional Activities

**Academic Program Director, Masters in Management of Secure Information Systems,** George Mason University, 2014 – May 2017
**Academic Program Director, Masters in Information Security and Assurance,** George Mason University, 2013 - 2015
**IEEE Rebooting Computing Committee,** 2013 - onwards
**Senior Member of the IEEE,** 2012 - onwards
**Subject Matter Expert, DARPA Transformative Applications**, September 2010 - September 2012
**USDA Federal Mobile Computing Summit**, 2011
**NIST** Mobile & Smart Phone Technologies Technical Exchange Meeting, 2011
**Google Faculty Summit**, July 2010
**ARO/NSF** Workshop on Moving Target Defense, October 2010
**National Science Foundation Panels:** 2008, 2009
**DARPA** Cyber Genome Project, Dec 2009
**DARPA** Digital Object Storage and Retrieval (DOSR), July 2008
**DARPA** Intrinsically Assurable Mobile Ad-hoc Networks (IAMANETs), January 2008

## Ph.D. Thesis Committee Service

1. **Mahmood Riyadh**, Electrical Engineering Department, George Mason University, Summer 2015.
2. **Velegalati Rajesh**, Electrical Engineering Department, George Mason University, Summer 2015.
3. **Yu Bo**, Computer Science Department, George Mason University, Fall 2014.
4. **Jin Jing,** Computer Science Department, George Mason University, Fall 2013.
5. **Xu Min,** Computer Science Department, George Mason University, Fall 2013.
6. **Caixia Wang**, Thesis title: "*Spatial content-based scene matching using a relaxation method*",
   Department of Geography and GeoInformation Science, George Mason University, November 2010.

**Dr. Angelos Stavrou Curriculum Vitae**

7. **Mansoor Alicherry**, Thesis title: "*A Distributed Policy Enforcement Architecture for Mobile Ad Hoc Networks*",
Computer Science Department, Columbia University, October 2010.
8. **Min Xu**, Thesis title: "*Session-aware RBAC Administration, Delegation, and Enforcement with XACML*",
Computer Science Department, George Mason University, April 2010.

## Post-Doctoral Researchers

**Konstantinos Kolias** (August 2014 - 2019)
**Daniel Fleck** (August 2012 - 2019)
**Nelson Nazzicari** (August 2010 - September 2011)
**Arnur Tokhtabayev** (May 2011 - November 2012)

## Current Ph.D. Students

### Full Time Ph.D. Students
1. Kene Nwondo (Auguest 2020 - present)

## Graduated Ph.D. Students

**Ryan E. Johnson (**January 2011 – December 2019)
- Thesis title: "*Automatic Program State Exploration Techniques for Security Analysis of Android Apps*"
- Post-graduation: Director of Research, Kryptowire LLC
- Currently: Director of Research, Kryptowire LLC

**Rahul Murmuria (**January 2011 – September 2017)
- Thesis title: "*Modeling User Behavior on Smartphones*"
- Post-graduation: Data Scientist, AppZen
- Currently: Senior Data Scientist at Sensor Tower

**Mohamed Elsabagh (**September 2012 – June 2017)
- Thesis title: " *Protection from Within: Runtime Hardening Techniques for COTS Binaries*"
- Post-graduation: Kryptowire LLC
- Currently: Kryptowire LLC

**Charles Smutz** (January 2009 - August 2016) (part-time Ph.D.)
- Thesis title: "*Countering Malicious Documents and Adversarial Learning*"
- Post-graduation: Sandia National Laboratories
- Currently: Sandia National Laboratories

Dr. Angelos Stavrou Curriculum Vitae

**Sharath Hiremagalore** (September 2009 - August 2015)
- Thesis title: "*Zero-Day Attack Detection Using Collaborative and Transduction-Based Anomaly Detectors*"
- Post-graduation: Verisign
- Currently: Verisign

**Fengwei Zhang** (September 2011 - April 2015)
- Thesis title: "*Using Isolated Execution Environments for Securing Systems*"
- Post-graduation: Assistant Professor at Wayne State University
- Currently: Assistant Professor at Wayne State University

**Quan Jia** (September 2008 - January 2014)
- Thesis title: "*Mitigating Denial-of-Service Attacks in Contested Network Environments*"
- Post-graduation: MicroStrategy
- Currently: MicroStrategy

**Zhaohui Wang** (September 2008 - December 2012)
- Thesis title: "*Securing Smart Mobile Devices: A Data-Centric Approach*"
- Post-graduation: N/A
- Currently: N/A

**Jiang Wang** (January 2008 - July 2011)
- Thesis title: "*Hardware-Assisted Protection and Isolation*"
- Post-graduation: Riverbed Technology Inc.
- Currently: Riverbed Technology Inc.

### Graduated MSc. Students
1. Charalampos Andrianakis (September 2008 - September 2011)
2. Rhandi Martin (January 2009 - January 2011)
3. Spyridon Panagiotopoulos (September 2009 - December 2011)
4. Chen Liang (September 2009 - December 2011)

## Service at George Mason University

**Volgenau School of Engineering, Academic Director, M.S. in Management of Secure Information Systems Program, School of Management** (March 2014 - 2018)
**Computer Science Department, ISA Admissions & Policy Committee** (September 2008 - present)
**Computer Science Department, Security Recruiting Committee** (September 2010 - July 2011)
**Computer Science Department, APR ISA Committee** (September 2010 - July 2011)
**USENIX Association Campus Representative** (2010 - present)
**Faculty Advisor**, undergraduate student group: **GMU ECHO** (Electrical & Computer Hacking Organization) (September 2009 - 2013)
**Faculty Advisor**, graduate student group: **GMU Information Security Association** (November 2007 - November 2009)

Dr. Angelos Stavrou Curriculum Vitae

# Teaching Experience

**Virginia Tech**

(Scores indicate mean course quality rating from student survey out of a maximum of 6.0)

**Fall 2021:**     ECE/CS 5560, Fundamentals of Information Security (**71 students**)

**Spring 2020:**  ECE/CS 5584, Nework Security **(18 students, Instr. :5.33, Class: 5.33)**

**Fall 2020:**     ECE 4614, Telecommunication Networks **(33 students, Instr. :5.47, Class: 5.32)**

**George Mason University**

(Scores indicate mean course quality rating from student survey out of a maximum of 5.0)

**Spring 2019:**  ISA 564/CS 499, Cyber Security Laboratory

**Fall 2018:**     ISA 673, Operating Systems' Security

**Fall 2017:**     CS 468, Secure Programing and Systems

**Fall 2016:**     ISA 564, CS 499, Cyber Security Laboratory **(14 students, Instr.: 4.43, Class: 4.86)**

**Fall 2015:**     ISA 564/CS 499, Cyber Security Laboratory **(19 students, Instr.: 4.13, Class: 4.31)**

**Spring 2015:**  MSEC510, Foundations of Cyber Security **(31 students, Instr.: 4.39, Class: 4.33)**

**Spring 2015:**  MSEC 650, Seminar: Enterprise Security Case St. **(18 students, Instr.: 4.36, Class: 4.27)**

**Spring 2015:**  MSEC 720, Capstone Project Mgmt. Secure Info **(18 students, Instr.: 4.22, Class: 3.72)**

**Spring 2015:**  ISA 785, Research in Digital Forensics **(13 students, no evaluation)**

**Spring 2014:**  MSEC 511, Enterprise Security Practices **(21 students, Instr.: 4.22, Class: 3.72)**

**Spring 2013:**  MSEC 642, Enterprise Security Technology **(27 students, Instr.: 4.55, Class: 4.54)**

**Spring 2013:**  MSEC 511, Enterprise Security Practices **(21 students, Instr.: 4.67, Class: 4.50)**

**Spring 2013:**  ISA 673, Operating Systems Security **(31 students, Instr.: 4.53, Class: 4.55)**

**Dr. Angelos Stavrou Curriculum Vitae**

**Fall 2012:**      ISA 674, Intrusion Detection **(29 students, Instr.: 4.71, Class: 4.71)**

**Spring 2012 - Fall 2007. Weighted Average, Instructor: 4.66, Class: 4.53**

**Spring 2012**:  ISA 673, Operating Systems' Security  **(36 students, Instr.: 4.71, Class: 4.48)**
**Spring 2012:**  MSEC 511, Enterprise Security Practices **(30 students, Instr.: 4.93, Class: 4.77)**

**Fall 2011:**     ISA 785, Research in Digital Forensics **(29 students, Instr.: 4.91, Class: 4.91)**
**Fall 2010:**     ISA 862, Models for Computer Security **(23 students, Instr.: 4.89, Class: 4.84)**

**Spring 2010:**  ISA 673, Operating Systems Security **(28 students, Instr.: 4.46, Class: 4.58)**

**Fall 2009:**     CS 571, Operating Systems **(40 students, Instr.: 4.58, Class: 4.21)**

**Spring 2009:**  ISA 564, Security Laboratory **(46 students, Instr.: 4.45, Class: 4.42)**

**Fall 2008:**     ISA 656, Network Security **(28 students, Instr.: 4.81, Class: 4.69)**

**Spring 2008:**  IT 862, Models for Computer Security **(29 students, Instr.: 4.38, Class: 4.25)**

**Spring 2008:**  ISA 656, Network Security **(32 students, Instr.: 4.64, Class: 4.46)**

**Fall 2007:**     ISA 656, Network Security **(30 students, Instr.: 4.68, Class: 4.50)**

## Awarded Support for Research and Teaching (Gifts and Grants)
## Total: ~$25,933,500   Total as PI: ~$22,082,500

1. **PI DARPA STTR Twisted, Phase I, $67,500, 02/01/2021 – 11/30/2021** "Highly assured trusted information storage device" (with Trusted Science and Technology Inc.)

2. **PI DARPA WASH, ~$6,700,000, 03/01/2018 – 02/30/2022 via Kryptowire LLC** "SHINE: Sensing Health Innovatively Using Novel Empiricism"

3. **PI NIST, $473,632, 09/01/2016 - 08/31/2019** "Towards Measuring Security for IoT"

4. **Co-PI NSF, $299,935, 09/01/2016 - 08/31/2019** "City and County Cross Jurisdiction Cybersecurity Collaboration Capacity Building" (with J.P. Auffret)

5. **PI DARPA LADS (sub to PFP Cyber), $1,454,051, 05/01/2016 - 04/30/2020** "Enhanced Cyber Defense by Leveraging Involuntary Analog Emissions" (with J.P. Auffret)

6. **PI DARPA XD3, $4,433,701, 04/12/2016 - 06/30/2020** "Democratizing DDoS Defenses Using

   Secure Indirection Networks" (GMU-lead team with Columbia University, Penn. State, and BAE Systems, GMU portion **$1,529,742** without options) (with Dan Fleck)

7. **PI DAPRA XD3 (sub to Vencore, Inc), $944,150, 04/20/2016 - 04/19/2019** "Lookout - for the DARPA Extreme DDoS Defense- TA3" (with Dan Fleck)

**Dr. Angelos Stavrou Curriculum Vitae**

8. **PI, Korea Agency for Defense Development, $267,682, 06/02/2014 - 02/15/2016,** "Technical consulting on the test and evaluation methodology for cyber-security technologies" (with J.P. Auffret)

9. **PI, NSF, $174,900, 09/01/2014 - 08/31/2017,** "TWC: TTP Option: Small: Collaborative: Scalable Techniques for Better Situational Awareness: Algorithmic Frameworks and Large-Scale Empirical Analyses" (with Fabian Monrose, UNC)

10. **Co-PI, DARPA (sub to Invincea Labs), $360,753, 01/15/2014 - 03/30/2015,** "TAPIO: Targeted Attack Premonition using Integrated Operational data sources" (with Dan Fleck)

11. **PI, NSF, $484,857, 08/01/2013 - 07/30/2016,** "Bridging the Cybersecurity Leadership Gap: Assessment, Competencies and Capacity Building" (with J.P. Auffret)

12. **PI, DHS/Purdue, $486,691, 07/01/2013 - 06/30/2016,** "Analysis of Mobile Application Communications Using GUI & Data Instrumentation"

13. **Co-PI, DHS, $256,000, 09/20/2012 - 08/31/2017,** "Graduate Fellowship Training for Homeland Security" (with Duminda Wijesekera and Damon McCoy)

14. **co-PI Google Research Award, $75,000, 06/2013** (with Damon McCoy)

15. **co-PI NSF II-New, $547,000 09/2012-08/2013,** "An Experimental Infrastructure for Cross-Domain Research in Wireless Computing, Cybersecurity and Data" (with Robert Simon, Daniel Barbara and Brian Mark)

16. **PI (GMU), DARPA MRC, $750,363 09/2011 - 01/2016, "MEERKATS: M**aintaining **E**nterpris**E R**esiliency via **K**aleidoscopic **A**daptation & **T**ransformation of **S**oftware **S**ervices", **(Part of team that includes Columbia University and Symantec Corp. total budget: $6,619,270)** (with Fei Li)

17. **PI, DARPA Transformative Applications/Aterrasys, $511,323 08/24/2011 - 08/24/2012,** "Securing Android Mobile Devices"

18. **PI, Army Research Office (ARO), DURIP $205,983 06/15/2011 - 06/14/2012,** "A VPN Proxy Cloud for Detecting HTTP & VoIP Malware" (with Anup Ghosh)

19. **PI, IARPA, $2,169,506 08/02/2010 - 05/31/2014,** "Securely Taking on New Executable Software of Uncertain Provenance (STONESOUP) Program" (with Anup Ghosh)

20. **PI, DARPA, $1,527,225 07/01/2010 - 06/30/2014,** "CyNomix: Detecting Zero-Day Malware by Generating Behavioral Cyber Genome Sequences" (with Huzefa Rangwala)

21. **PI, NIST/DARPA, $653,780 (+$300,000 Supplement) 08/01/2010 - 07/31/2013,** "Securing Android Smart-Phones via Automated Testing and Certified Communications" (with Anup Ghosh)

22. **co-PI, NIST, $431,902 07/01/2010 - 06/30/2013,** "Building Policies to Control Virtual Environments using the Policy Machine" (with Duminda Wijesekera)

23. **co-PI, DHS, $368,923/$980,000 08/27/2010 - 05/31/2011 (2010),** "ATHENA-Yukon Project" (with Anup Ghosh)

24. **co-PI, Secure Command, LLC $32,797 09/01/2010 - 03/31/2011,** "Enforcing Hardware-Assisted Integrity & Trust for Commodity Operating Systems" (with Kun Sun)

### Dr. Angelos Stavrou Curriculum Vitae

25. **PI, NSF, $239,884 09/2009-08/2011**, "TC: Small: Collaborative Research: Scalable Malware Analysis Using Lightweight Virtualization" (with Fabian Monrose)

26. **PI, Army Research Office (ARO), $342,400 09/2009-08/2011**, STTR Phase II: "Automatic Identification & Mitigation of Unauthorized Information Leaking from Enterprise Networks" (with Sushil Jajodia)

27. **co-PI, DARPA, $291,000 09/2009-08/2010**, "An Architecture for Providing High Assurance of Untrusted Applications on Wireless Handheld Devices" (with Anup Ghosh).

28. **co-PI, BAE Systems/DARPA, $59,875 1/1/09 - 09/11/2009,** "National Cyber Range" (with Anup Ghosh)

29. **PI, Google Inc: Research gift, $90,000 03/09,** (with Fabian Monrose)

30. **co-PI, AFOSR, $250,675 08/2009-08/2010**, DURIP: "A Laboratory for Large-Scale Testing of Self-Healing" (with Anup Ghosh)

31. **co-PI, Princeton University/DARPA, $84,937  8/16/08 - 8/31/09,** "Parallelizing Legacy Binary Code for Multi-Core Architectures via Extraction of Self-Similarity" (with Michael Locasto)

32. **co-PI, Army Research Office (ARO), DURIP $150,000 07/2009-07/2009**, "A Laboratory for Proactively Preventing Phishing and Malcode Attacks Using Web Crawlers", (with Sushil Jajodia and Anup Ghosh)

33. **co-PI, DHS/I3P Dartmouth College, $60,000 11/2009,** "Securing the Railway IT Infrastructure", (with Michael Locasto and Duminda Wijesekera)

34. **co-PI, AFOSR, $670,499 07/2009-07/2011**, "Secure Composition of Networked Systems Based on User Tasks and Organizational Policy" (with Duminda Wijesekera and Sushil Jajodia).

35. **co-PI, DARPA/BAE Systems, $50,000 1/1/09 - 6/30/09** "National Cyber Range" (with Anup Ghosh)

36. **PI DHS/I3P Dartmouth College: $150,000 8/10/08 - 8/9/09** "Open Taint: Flexible and Automatic Dataflow Tagging and Control for User-Level Programs" (with Michael Locasto)

37. **co-PI, Google Inc: Research gift, $25,000 03/08,** (with Steven M. Bellovin)

38. **co-PI, Secure Command, LLC: $50,000 9/19/08 - 3/18/09** "STTR: Fingerprinting Network Traffic" (with Sushil Jajodia)

## Research Experience

**Computer Science department, Columbia University,**
**Fu Foundation School of Engineering & Applied Science, New York, NY.**
Research Assistant (Fall 2003 - Summer 2007).
Design and Implementation of protection mechanisms against DDoS Attacks using Overlay networks. |
NSL Web page has more info on <u>SOS/WEBSOS</u> project.

**Dr. Angelos Stavrou Curriculum Vitae**

**Electrical Engineering department, Columbia University,**
**Fu Foundation School of Engineering & Applied Science, New York, NY.**
Research Assistant (Spring 2002 - Fall 2003).
Design and implementation of a novel peer to peer client/server protocol in Java.
Performed Internet experiments using up to 180 concurrent nodes in various locations around the world.

**European Union program TIDE/RISE for home networks application.**
Development of robust home network applications for a controlled medical environment.

**General Secretariat of Research and Technology of Greece.**
Design and implementation of Industrial network for the Kopais industry as a part of a program from the
General Secretariat of Research and Technology of Greece.

## Prior to 2001 Work Experience

**01/1999 - 12/2000:** Network Administrator, University of Athens
**03/1997 - 07/1998:** Network Administrator. Westnet S.A.
**09/1994 - 09/1997:** University of Patras, Network Administrator

## Academic Honors, Fellowships

**Outstanding Research Award:** 2016 Department of Computer Science, George Mason University.

**IEEE Reliability Society Engineer of the Year Award (2012)** - awarded January 2013.

**Mason Masters In Secure Information Systems Outstanding Faculty of the Year Award** (2013, 2014).

**Mason Emerging Researcher/Scholar/Creator award:** 2012 George Mason University (one out of three awards for 2012-2013).

**Outstanding Research Award:** 2010 Department of Computer Science, George Mason University.
**Dissertation with Distinction Award:** 2007 Computer Science Department, Columbia University.

**CS Service Award:** 2006 Computer Science Department, Columbia University.

**Preceptor:** Columbia University Fellow Spring 2004 & Fall 2005.

**Best Teaching Assistant Award:** Spring 2002, Columbia University.

**Scholarship:** from the graduate program of Algorithms, Logic & Computation for the first two years of study (1998-2000).

**Dr. Angelos Stavrou Curriculum Vitae**

**Greek National Fellowship Institution award:** for being the second (2/180) for the first and third years of undergraduate study.

## Professional References

**Professor Angelos D. Keromytis**, John H. Weitnauer, Jr. Chair, and Georgia Research Alliance (GRA) Eminent Scholar at the Georgia Institute of Technology
Contact: angelos@gatech.edu
Klaus 3362, 266 Ferst Dr NW, Atlanta, GA 30332
https://www.ece.gatech.edu/faculty-staff-directory/angelos-d-keromytis

**Professor Fabian Monrose**, Kenan Distinguished Professor in the Computer Science University of North Carolina at Chapel Hill
Contact: fabian@cs.unc.edu
3175 Sitterson Hall, UNC-Chapel Hill, NC 27599-3175
https://www.cs.unc.edu/~fabian/web.html

**Professor Salvatore J. Stolfo**, Computer Science Department, Columbia University
Contact: sal@columbia.edu
606 CEPSR, Mail Code 0401, 530 West 120th Street, New York, NY 10027
https://salvatorestolfo.com/

**Professor Jonathan M. Smith**, Olga and Alberico Pompa Professor of Engineering and Applied Science, Professor of Computer and Information Science at the University of Pennsylvania
Contact: jms@cis.upenn.edu
604 Levine Hall, CIS Dept., 3330 Walnut St. Philadelphia, PA 19104-6389
https://www.cis.upenn.edu/~jms/

**Professor Steven M. Bellovin,** Computer Science Department, Columbia University
Contact: smb@cs.columbia.edu
454 Computer Science Building, 500 West 120th St, M.C. 0401, New York, NY 10027-7003
https://www.cs.columbia.edu/~smb/

# APPENDIX B

# Materials Considered

1. IBM's Counterclaim Patents

   - U.S. Patent No. 8,943,500

   - US Patent No. 9,697,038

   - US Patent No. 10,606,634

   - US Patent No. 9,722,858

2. File Histories of the IBM Counterclaim Patents

3. Extrinsic Evidence

   - *Create*, Webster's II New College Dictionary (3rd ed. 2005)

   - *Install*, Microsoft Computer Dictionary (5th ed. 2002)

   - *Installation*, IEEE 100: The Authoritative Dictionary of IEEE Standards Terms (7th ed. 2000)

   - *Remove*, Webster's II New College Dictionary (3rd ed. 2005)

   - *System*, McGraw-Hill Dictionary of Electrical and Computer Engineering (6th ed. 2004)

   - *System Resource*, Microsoft Computer Dictionary (5th ed. 2002)

   - *Resource*, IEEE 100: The Authoritative Dictionary of IEEE Standards Terms (7th ed. 2000)

   - *Resource*, Microsoft Computer Dictionary (5th ed. 2002)

   - *Resource*, Dictionary of Computing (Oxford University Press) (6th ed. 2008)

   - *Resource,* Webster's II New College Dictionary (3rd ed. 2005)

   - *System*, McGraw-Hill Dictionary of Electrical and Computer Engineering (6th ed. 2004)

   - *System*, IEEE 100: The Authoritative Dictionary of IEEE Standards Terms (7th ed. 2000)

   - *System*, Microsoft Computer Dictionary (5th ed. 2002)

- *System*, Webster's II New College Dictionary (3rd ed. 2005)

- *System*, Webster's New World Computer Dictionary (10th ed. 2003).

- *Appropriate*, Webster's II New College Dictionary (3rd ed. 2005)

- *Image*, McGraw-Hill Dictionary of Electrical and Computer Engineering (6th ed. 2004)

- *Image*, IEEE 100: The Authoritative Dictionary of IEEE Standards Terms (7th ed. 2000)

- *Image*, Microsoft Computer Dictionary (5th ed. 2002)

- *Image*, Dictionary of Computing (Oxford University Press) (6th ed. 2008)

- *Image*, Webster's II New College Dictionary (3rd ed. 2005)

- *Instance*, IEEE 100: The Authoritative Dictionary of IEEE Standards Terms (7th ed. 2000)

- *Instance*, Microsoft Computer Dictionary (5th ed. 2002)

- *Capture*, Microsoft Computer Dictionary (5th ed. 2002)

- *Capture*, Webster's New World Computer Dictionary (10th ed. 2003).

- *Nonfunctional Requirements*, McGraw-Hill Dictionary of Scientific and Technical Terms (6th ed. 2002)

- *Nonfunctional Packages Software*, Dictionary of Computing (Oxford University Press) (6th ed. 2008)

- Module, McGraw-Hill Dictionary of Electrical and Computer Engineering (6th ed. 2004) (IBM_VM_000023367)

- Module, IEEE 100: The Authoritative Dictionary of IEEE Standards Terms (7th ed. 2000) (IBM_VM_000022997)

- Module, Microsoft Computer Dictionary (5th ed. 2002) (IBM_VM_0000

- Module, Dictionary of Computing (Oxford University Press) (6th ed. 2008) (IBM_VM_000023422)

- Module, Webster's II New College Dictionary (3rd ed. 2005) (IBM_VM_000023338)

- Cloud, Newton's Telecom Dictionary (24th ed. 2008)

- Infrastructure, IEEE 100: The Authoritative Dictionary of IEEE Standards Terms (7th ed. 2000)

- IBM International Technical Support Organization Publication SG24-8324-00, "Creating IBM z/OS Cloud Services."

- NIST Special Publication 800-145, "The NIST Definition of Cloud Computing."

4. Correspondences Between Counsel for the Parties Regarding Proposed Constructions

5. The Parties' EDTX Local Rule 4 Disclosures