# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:24-CV-00093-JRG |
| | § | (LEAD CASE) |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:24-CV-00064-JRG |
| | § | (MEMBER CASE) |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

The Court hereby appoints Mr. Michael Dean Paul as the Court's technical advisor in this case with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. Mr. Paul's contact information is as follows:

> Michael D. Paul
> Michael D. Paul, PLLC
> 26110 High Timber Pass St.
> San Antonio, TX 78260-8041
> Phone: (210) 473-8696
> Email: mdeanpaul@gmail.com

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials ("claim construction materials") in PDF form to mdeanpaul@gmail.com. If the document was filed with the Court, the copy must include the CM/ECF header. For claim

construction materials that have already been filed, the filing party is **ORDERED** to provide copies to Mr. Paul within two business days. Otherwise, the filing party is **ORDERED** to provide copies to Mr. Paul no later than one business day after filing future claim construction materials.

**So ORDERED and SIGNED this 21st day of February, 2025.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE