# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00093-JRG |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § § § § | (LEAD CASE) |
| *Defendant.* | § § | |

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00064-JRG |
| INTERNATIONAL BUSINESS MACHINES CORP., | § § § § | (MEMBER CASE) |
| *Defendant.* | § § | |

## **ORDER**

Before the Court is the Unopposed Motion to Withdraw Attorney of Record (the "Motion") filed by Plaintiff VirtaMove, Corp. (Dkt. No. 141.) In the Motion, Plaintiff moves to withdraw Amy E. Hayden as counsel of record. (*Id.*) Plaintiff states that it will continue to be represented by its remaining counsel of record. (*Id.*) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Amy E. Hayden is permitted to withdraw as counsel of record in the above-captioned case. It is further **ORDERED** that the Clerk shall terminate Amy E. Hayden as counsel of record and all electronic notifications to the same.

**So ORDERED and SIGNED this 21st day of February, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE