# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
|     Plaintiff, | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| v. | § | |
| | § | |
| HEWLETT PACKARD ENTERPRISE | § | **JURY TRIAL DEMANDED** |
| COMPANY, | § | |
|     Defendants. | § | |
| | § | |
| | § | |
| VIRTAMOVE, CORP., | § | |
|     Plaintiff, | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| v. | § | |
| | § | |
| INTERNATIONAL BUSINESS | § | **JURY TRIAL DEMANDED** |
| MACHINES CORP., | § | |
|     Defendants. | § | |
| | § | |

## NOTICE OF CHANGE OF FIRM ADDRESS

Jennifer H. Doan, Joshua R. Thane, and Haleigh A. Hashem of the law firm HALTOM & DOAN, attorneys of record for Defendant/Counter-Plaintiff Hewlett Packard Enterprise Company, notify the Court and all parties of record of their change of firm address. The firm will retain the same phone number, email address and web address, which are set forth in the signature block below:

HALTOM & DOAN
2900 St. Michael Drive, Suite 500
Texarkana, TX 75503
Telephone: (903) 255-1000
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com
Email: hhashem@haltomdoan.com
www.haltomdoan.com

Separately, HALTOM & DOAN has updated its new address in the CM/ECF notification system of this Court.

Respectfully submitted,

*/s/ Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
Haleigh A. Hashem
Texas Bar No. 24142230
HALTOM & DOAN
2900 St. Michael Drive, Suite 500
Texarkana, TX 75503
Telephone: (903) 255-1000
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com
Email: hhashem@haltomdoan.com

**ATTORNEYS FOR DEFENDANT HEWLETT PACKARD ENTERPRISE COMPANY**

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 7, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Jennifer H. Doan*
Jennifer H. Doan