# EXHIBIT 3

Please type a plus sign (+) inside this box ⟶ [ + ]

PTO/SB/16 (5-03)
Approved for use through 4/30/2003. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# PROVISIONAL APPLICATION FOR PATENT COVER SHEET
### This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c).

| INVENTOR(S) | | |
|---|---|---|
| Given Name (first and middle [if any]) | Family Name or Surname | Residence (City and either State or Foreign Country) |
| Donn | Rochette | Fenton, Iowa, U.S.A. |
| Dean | Huffman | Kanata, Ontario, Canada |
| Paul | O'Leary | Kanata, Ontario, Canada |

[ ] Additional inventors are being named on the _____ separately numbered sheets attached hereto

### TITLE OF THE INVENTION (280 characters max)
SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS

**Direct all correspondence to:**  **CORRESPONDENCE ADDRESS**

[X] Customer Number    **000293**    ⟶    Place Customer Number Bar Code Label here

OR    *Type Customer Number here*

| [ ] Firm or Individual Name | |
|---|---|
| Address | |
| Address | |
| City | State | ZIP |
| Country | Telephone | Fax |

### ENCLOSED APPLICATION PARTS (check all that apply)

[X] Specification   *Number of Pages*   **27**      [ ] CD(s), Number  [_____]

[X] Drawing(s)   *Number of Sheets*   **3**      [ ] Other (specify)  [_____]

[ ] Application Data Sheet. See 37 CFR 1.76

### METHOD OF PAYMENT OF FILING FEES FOR THIS PROVISIONAL APPLICATION FOR PATENT (check one)

[X] Applicant claims small entity status. See 37 CFR 1.27.

[X] A check or money order is enclosed to cover the filing fees.

[ ] The Director is hereby authorized to charge filing fees or credit any overpayment to Deposit Account Number [_____]

[ ] Payment by credit card. Form PTO-2038 is attached.

FILING FEE AMOUNT ($)
**$80.00**

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

[X] No.

[ ] Yes, the name of the U.S. Government agency and the Government contract number are: _____

*Respectfully submitted,*

SIGNATURE _[signature]_

TYPED or PRINTED NAME   **Ralph A. Dowell**

TELEPHONE   **(703) 415-2555**

Date   **10/20/03**

REGISTRATION NO.   **26,868**
*(if appropriate)*

Docket Number:   *14487PRo*

# USE ONLY FOR FILING A PROVISIONAL APPLICATION FOR PATENT

This collection of information is required by 37 CFR 1.51. The information is used by the public to file (and by the PTO to process) a provisional application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the complete provisional application to the PTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Mail Stop Provisional Application, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need asssitance in completing the form, call 1-800-PTO-9199 and select option 2.*

P19SMALL/REV05

50357-5

# SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS

## Field of the Invention

The invention relates to computer software.  In particular, the invention relates to management and deployment 5 of server applications.

## Background of the Invention

Computer systems are designed in such a way that application programs share common resources.  It is traditionally the task of an operating system to provide a 10 mechanism to safely and effectively control access to shared resources.  This is the foundation of multi-tasking systems that allow multiple disparate applications to co-exist on a single computer system.

The current state of the art creates a situation 15 where a collection of applications each designed for a distinct function must be separated with each application installed on an individual computer system.  In some cases this is driven by conflict over shared resources, such as network port numbers. In other situations the separation is driven by the need to 20 securely separate data (files contained on disk-based storage) and/or applications between disparate users.  In yet other situations, the separation is driven by the reality that certain applications require a specific version of operating system facilities and as such will not co-exist with 25 applications that require another version.

As a computer system architecture is applied to support specific services it inevitably requires that separate systems be deployed for each application set.  This fact coupled with increased demand for support of additional 30 application sets results in a significant increase in the

1

50357-5

number of computer systems being deployed.  Such deployment
makes it quite costly to manage the number of systems required
to support several applications.

Summary of the Invention

5          In accordance with a first broad aspect, the
invention provides a method of establishing a secure
environment for executing, on a computer system, a plurality of
applications that require shared resources.  The method
involves, for each group of a plurality of groups, associating
10   at least one respective application of the plurality of
applications with the group.  A respective resource allocation
is associated with the group for the at least one respective
application associated with the group to allow the at least one
respective application associated with the group to be executed
15   on the computer system according to the respective resource
allocation without conflict with the at least one respective
application associated with other groups of the plurality of
groups.

           In some embodiments of the invention, a group of
20   applications having one or more applications resides in a
container.  A container, and therefore the applications within
the container, are provided with a secure environment from
which to execute.

           In some embodiments of the invention, each group of
25   applications is provided with a secure storage medium.

           In some embodiments of the invention, for each group
of the plurality of groups, the method involves executing on
the computer system the at least one respective applications
associated with the group according to the respective resource
30   allocation associated with the group.

2

50357-5

In some embodiments of the invention, for each group of the plurality of groups, the method involves containerizing the at least one respective application associated with the group into a respective secure application container for the group, the respective secure application container being storable in a storage medium.

In some embodiments of the invention, for each group of the plurality of groups, application files for the at least one respective application associated with the group are containerized into the respective secure application container for the group.

In some embodiments of the invention, for each group of the plurality of groups, application system calls for the at least one respective application associated with the group are containerized into the respective container for the group.

In some embodiments of the invention, for each group of the plurality of groups, the at least one respective application of the plurality of applications are associated with the group according to classes of service.

In some embodiments of the invention, for each group of the plurality of groups, the at least one respective application of the plurality of applications are associated with the group according to classes of service comprising specific application services.

In some embodiments of the invention, the method involves exporting one or more of the respective secure application containers to a remote computer system.

In some embodiments of the invention, each respective secure application container has data files for the at least one application within the respective secure application

3

50357-5

container.   The method involves making the data files within
one of the respective secure application containers
inaccessible to the at least one respective application within
another one of the respective secure application containers.

5       In some embodiments of the invention, for each
respective secure application container, the method involves
providing the at least one respective application within the
respective secure application container with a respective root
file system.

10      In some embodiments of the invention, for each group
of the plurality of groups, the method involves associating a
respective IP address for the group.

        In some embodiments of the invention, for each group
of the plurality of groups, the method involves associating
15  resource limits for the at least one respective application
associated with the group.

        In some embodiments of the invention, for each group
of the plurality of groups, the method involves associating
resource limits comprising any one or more of limits on memory,
20  CPU bandwidth, Disk size and bandwidth and Network bandwidth
for the at least one respective application associated with the
group.

        In some embodiments of the invention, each group of
the plurality of groups forms a secure application container
25  having files related to the at least one respective application
associated with the group.   For each secure application
container, the method involves determining whether resources
available on the computer system can accommodate the respective
resource allocation associated with the group comprising the
30  secure application container.   If the computer system can

4

50357-5

accommodate the respective resource allocation associated with the group forming the secure application container, the secure application container is exported to the computer system.

In some embodiments of the invention, if one or more
5   secure application containers of the secure application
containers are already installed on the computer system, the
method involves determining whether the computer system has
enough resources available to accommodate the one or more
secure application containers which are already installed and
10  the secure application container being exported.  If there are
enough resources available, the resources are distributed
between the one or more secure application containers and the
secure application container being exported to provide resource
control.

15      In some embodiments of the invention, in determining
whether resources available on the computer system can
accommodate the respective resource allocation, the method
involves verifying whether the computer system supports any
specific hardware required by the secure application container
20  to be exported.

In some embodiments of the invention, for each group
of the plurality of groups, in associating a respective
resource allocation with the group, the method involves
associating resource limits for the at least one respective
25  application associated with the group.  The method also
involves during execution on the computer system: monitoring
resource usage of the at least one respective application
associated with the group; intercepting system calls, made by
the at least one respective application associated with the
30  group, from user mode to kernel mode; comparing the monitored
resource usage of the at least one respective application

5

50357-5

associated with the group with the resource limits; and forwarding the system calls to a kernel on the basis of the comparison between the monitored resource usage and the resource limits.

5      In some embodiments of the invention, the method involves searching for application specific files associated with applications that are installed and working on computer systems.

       In some embodiments of the invention, the method
10  involves extracting the application specific files from the computer systems to create application sets ready to install in secure application containers on the computer system.

       In some embodiments of the invention, the method involves converting the application specific files into an
15  intermediate format that allows the applications that are installed and working on computer systems to be installed in secure application containers on the computer system.

       In some embodiments of the invention, the method involves copying the application specific files, and related
20  data and configuration information to a file storage medium.

       In some embodiments of the invention, the copying is achieved with the use of a user interface in which application programs are displayed and selected for copying to a storage medium.

25      In some embodiments of the invention, the application specific files, and related data and configuration information are made available for installation into secure application containers on a remote computer system.

6

` 50357-5

In some embodiments of the invention, the method
involves installing at least one of the plurality of
applications in a root file system.

In accordance with a second broad aspect, the
5   invention provides a method of establishing a secure
environment for executing, on a computer system, a plurality of
applications that require shared resources.   The method
involves, for each secure application container of a plurality
of secure application containers, containerizing at least one
10  respective application of the plurality of applications into
the secure application container.  A respective resource
allocation is associated with the secure application container
for the at least one respective application containerized
within the secure application container to allow the at least
15  one respective application containerized within the secure
application container to be executed on the computer system
according to the respective resource allocation without
conflict with the at least one respective application
containerized within other secure application containers of the
20  plurality of secure application containers.

In accordance with a third broad aspect, the
invention provides a computer usable medium having computer
readable program code means embodied therein for establishing a
secure environment for executing, on a computer system, a
25  plurality of applications that require shared resources.   The
computer readable code means in the article of manufacture has,
for each group of a plurality of groups, computer readable code
means for associating at least one respective application of
the plurality of applications with the group; and computer
30  readable code means for associating a respective resource
allocation with the group for the at least one respective
application associated with the group to allow the at least one

7

50357-5

respective application associated with the group to be executed on the computer system according to the respective resource allocation without conflict with the at least one respective application associated with other groups of the plurality of

5 groups.

In accordance with a fourth broad aspect, the invention provides a memory for storing data for access by an application program being executed on a data processing system under a secure environment in which a plurality of applications

10 require shared resources. The memory has a data structure stored in the memory. The data structure includes information resident in a database used by the application program and includes, for each group of a plurality of groups, a plurality of first data objects containing information associating at

15 least one respective application of the plurality of applications with the group; and a plurality of second data objects associating a respective resource allocation with the group for the at least one respective application associated with the group to allow the at least one respective application

20 associated with the group to be executed on the computer system according to the respective resource allocation without conflict with the at least one respective application associated with other groups of the plurality of groups.

In accordance with a fifth broad aspect, the

25 invention provides a method for a program to interact with a user to establish a secure environment for executing, on a computer system, a plurality of applications that require shared resources. The method involves displaying the plurality of applications and, for each group of a plurality of groups,

30 receiving a selection associating at least one respective application of the plurality of applications with the group to associate a respective resource allocation with the group for

8

50357-5

the at least one respective application associated with the group and allow the at least one respective application associated with the group to be executed on the computer system according the respective resource allocation without conflict

5   with the at least one respective application associated with other groups of the plurality of groups.

In accordance with a sixth broad aspect, the invention provides a system adapted to perform any of the above method steps.

10   In another aspect, the invention relates to an apparatus to automate the process of extracting an application set installed on a computer system in such a way as to create an entity suitable for use as a secure software application container.  The process involves parsing the files installed on

15   an existing system, extracting the application and system specific information that is associated with an application set and  creating a set of files that can be used in a secure application set container.

Brief Description of the Drawings

20   Preferred embodiments of the invention will now be described with reference to the attached drawings in which:

Figure 1 is a schematic of computing platforms operable to interact with containers which are created by combining applications and system files, according to an

25   embodiment of the invention;

Figure 2 is a schematic of the computing platform of Figure 1 showing application sets being a collection of one or more software applications encompassed in a secure application container; and

9

50357-5

Figure 3 is a flow diagram showing how application sets are created, according to another embodiment of the invention.

Detailed Description of the Preferred Embodiments

5   The following definitions are used herein:

•Computing platform: A computer system with a single instance of a fully functional operating system installed is referred to as a computing platform.

•Container: An aggregate of all files required to
10      successfully execute a set of software applications on a computing platform is referred to as a container.

•Secure application container: An environment where each application set appears to have individual control of some critical system resources and/or where data within each
15      application set is insulated from effects of other application sets is referred to as a secure application container.

•Consolidation.  The ability to support multiple, possibly conflicting, sets of software applications on a single
20      computing platform is referred to as consolidation.

Containers

Containers are created through the aggregation of application specific files.

A container contains application and data files for
25   applications that provide a specific service.  Examples of specific services include but are not limited to CRM (Customer Relation Management) tools, Accounting, and Inventory.

10

50357-5

Referring to Figure 1, shown is a schematic of computing platforms operable to interact with containers that are created by combining applications and system files, according to an embodiment of the invention.  A container in Figure 1 combines un-installed application files on a storage medium or network, application files installed on a computer, and system files.  The container is an aggregate of all files required to successfully execute a set of software applications on a computing platform.

In embodiments of the invention, containers are created by combining application files with none or more system files.  The containers are output to a file storage medium and installed on the computing platforms from the file storage medium.  Each container contains application and data files for applications that together provide a specific service.  The containers are created using, for example, Linux, Windows and Unix systems and preferably programmed in C and C++; however, the invention is not limited to these operating systems and programming languages and other operating systems and programming language may be used.

An application set is a set of one or more software applications that support a specific service.

As shown in Figure 1, application files are combined with system files to create a composite (or container) of the files required to support a fully functional software application.

Application specific files come from, for example, one of two sources:

50357-5

- A distribution supplied by the creator of an application. These application specific files are often provided on a removable storage medium or downloaded in a packaged form.

5
- A computing platform in which the application specific files have been installed to support a fully functional software application and from which the application specific files are extracted.

The above two sources are used to categorize the applications as applications which have not yet been
10 installed and applications which have already been installed and containers are created for both types of applications.

In some embodiments of the invention, system files are combined with application files as part of the aggregation process. These may include but are not limited
15 to certain libraries, configuration files, and data sources.

Once a container is created it is placed in a file storage medium.

Secure Application Containers

In some cases, Applications from a container which
20 contains application and data files for a specific service may need to share resources with Applications from a container which contains application and data files for another specific service. Some control over the shared resources may be required, for example, 1) for security purposes; 2) due to
25 possible conflict arising from applications from different containers requiring a shared system resource, for example, the same port number; or 3) possible lack of resources on a system to accommodate all of the applications from different containers.

12

50357-5

An environment where each application set appears to have individual control of critical system resources and/or where data from each application set is protected from effects of other application sets is referred to as a secure
5  application container.

A secure application container is created on computing platforms for software applications that have been containerized. A secure application container creates an environment where application sets have unique access to
10  critical system resources. Aspects of applications that may cause contention over shared resources are isolated in the secure application container.

In some embodiments of the invention, the secure application container is exported on a single instance of an
15  operating system. This is different than prior art systems in which multiple, potentially conflicting application sets, are hosted on a single computing platform but with several operating systems. Current solutions (commonly called Virtual Machine (VM) technology) enable each application set to run
20  within its own copy of an operating system. The net effect being, there are multiple instances of an operating system each running above a VM all on a single computing platform. For example, if eight application sets were hosted on a single computing platform using VM technology there would be eight
25  operating systems sitting above eight VMs on the computing platform. The VM approach does not allow an operating system to utilize H/W resources directly, thus changing in significant ways the behavior of a system. In embodiments of the invention, the use of containerization allows an operating
30  system to execute in it's native form on a computing platform.

13

50357-5

For security purposes, data files within a secure
application container are made inaccessible to applications
from other containers.  In some embodiments of the invention,
this is achieved by providing the applications within secure
5   application container with respective root file systems wherein
the applications within a secure application container have a
different root file system than those of applications within
other secure application containers.  Furthermore, data files
and application files are made accessible only to users which
10  are given permission to access applications within the secure
application container.  There are other security features such
as: 1) providing each container with its own unique IP address
that is independent of an IP address assigned to an underlying
operating system on which the container is installed; 2)
15  providing each container with a unique copy of a TCP/IP
protocol stack for use by the container.  This is unique copy
of the protocol stack is used by the underlying operating
system and application sets are not required to share resources
associated the unique copy of the protocol stack with other
20  application sets in other containers; and 3) provisioning each
container with limits on consumption of hardware resources.  In
other words, each container is limited to an amount of CPU
time, memory consumption, network bandwidth, disk storage and
disk bandwidth.  These limitations prevent an application in a
25  container from doing harm to any other container or to the
computing platform itself.

As discussed above, in prior art systems there may be
conflicts between different applications in that the
applications require the use of shared system resources.  There
30  are a number of potential resource conflicts within a computing
platform.  These could include, but are not limited to,
conflicting uses of a common configuration file, conflicts over

14

50357-5

firewall settings, any type of hardware device manipulation.
By way of example, resource conflicts related to the use of
network port numbers are described in some detail below as this
is thought to be an easy to understand instance of a conflict
5    situation over shared system resources.

An example of resource contention involves two
applications on the same computing platform attempting to use
the same port number.  In such a case a conflict will result
and one application will fail.   Prior art systems allow for
10   more than one IP (Internet Protocol) address to be used,
through what is called aliasing, in conjunction with a single
computing platform.  This allows a computing platform to
effectively provide more than one port for each service. For
example, there can be two ports numbered 80 for web services on
15   a single computing platform as each port 80 could be bound to a
unique IP address.  However, such services do not guarantee
that, for example, two applications running on a computing
platform will always be assigned different IP addresses.   As
such, although there may be more than one port available to
20   provide a service, the two applications may still access the
same IP address and a collision may still occur.   To avoid
collisions between applications from different containers,
applications in different containers are given different IP
(Internet Protocol) addresses.  By associating respective IP
25   addresses with the secure application containers, applications
within a container are always assigned the same IP address.   In
this way, for a particular port number, an application is
always assigned the same port.

Computing platforms have limited resources to
30   accommodate different applications.  For example, computing
platforms have limits on their memory, CPU bandwidth, Disk size
and bandwidth and Network bandwidth. In some embodiment of the

15

50357-5

invention, provide is a capability to ensure that each
container is able to use the resources that have been
provisioned for it.  In this manner each container is
guaranteed to have sufficient resources to do work, but is not
5     allowed to consume more than its allocation at the expense of
resource guarantees for the other containers.

In some embodiments of the invention, workload
management capabilities are provided that enable management of
software applications by removing resource and file contention
10    normally associated with combining multiple application sets on
a single computing platform.  Each secure application container
contains information on resource requirements for applications
within the container.  Before a secure application container
for a specific service is exported to a computing platform, the
15    resources available on the platform are verified to determine
whether the computing platform can accommodate applications
within the secure application container.  If one or more secure
application containers are already installed on the computing
platform, a check is performed to determine whether the
20    computing platform has enough resources available to
accommodate the secure application containers already installed
and the secure application containers being exported.  If there
are enough resources available to accommodate the secure
application container to be exported, it is exported and the
25    resources are distributed between the secure application
containers.  When an application is executing, its resource
consumption is then monitored and controlled to assure limits
on consumption are not exceeded.

As discussed in United States Provisional Application
30    entitled "USER MODE CRITICAL SYSTEM ELEMENTS AS SHARED
LIBRARIES", which is incorporated herein by reference, the
applications in the secure application containers execute in

16

50357-5

user mode and a kernel portion of an operating system of a
computing platform upon which the applications are installed
executes in kernel mode.  In conventional systems, there is a
physical separation enforced by hardware between user mode and
5    kernel mode and applications cannot run in kernel mode. System
calls are used by the applications to make a transition from
user mode to kernel mode.  In some embodiments of the
invention, resource usage of the applications within the secure
application containers is monitored and system calls made by
10   the applications are intercepted.  When a system call made by
an application executing in user mode is intercepted, the
monitored resource usage for the application is compared to
resource limits allocated to the application.  If, for example,
the system call requires the kernel to execute and cause the
15   application to exceed the allocated resource limits the system
call is prevented from being forwarded to the kernel, causing
the application to pend, until the kernel can execute in kernel
mode without the resource limits allocated to the application
being exceeded.  In this way control over shared resources is
20   performed not only at an operating system level but also at a
software level allowing further control over the shared
resources.

        The secure application containers assure separation
between containers by providing each container with exclusive
25   access to previously shared resources, such as, for example, a
TCP/IP protocol stack, IP addresses and a root file system.

        In some embodiments of the invention, multiple secure
application containers exist above a single instance of an
operating system and application sets are able to coexist
30   inside secure application containers on the same computing
platform.

17

50357-5

With the use of the secure application containers potentially conflicting sets of applications are safely hosted on a single computing platform with a single instance of an operating system.

5      Container Extraction Tool

An extraction tool is used to discover the application specific files associated with given applications that are installed and working on a computing platform.  The application specific files are extracted and used to create
10    application sets as files on a file storage medium ready to install in secure application containers on computing platforms.

Software applications installed on computing platforms are extracted and converted into an intermediate
15    format that allows the software applications to be installed in secure application containers on a remote compute platform. The process of extracting a software application installed on a fully functional computing platform is automated using a tool that executes on client systems which include, but are not
20    limited to, Linux, Windows and Unix.

A database is used to track application specific files.

All application programs, application data and configuration information on a compute platform that are
25    associated with specific installed software applications are identified.

The programs, data and configuration information are copied from the computing platform from which they originate and converted into an intermediate file format and stored on a

18

· 50357-5

file storage medium.  In one embodiment, a network storage device is used as the file storage medium.  In some embodiments of the invention, the process of copying the programs, data and configuration information is achieved with the use of a user
5  interface in which the application programs are displayed and selected for copying to a file storage medium using, for example, a drag and drop operation with a mouse, as described in United States Provisional Application entitled "Drag & Drop Application Management" which is incorporated herein by
10 reference.

The programs, data and configuration information are then made available for installation into secure application containers on a remote computing platform.

In one embodiment of the invention, the container
15 extraction tool is programmed in C++; however, the invention is not limited to the C++ programming language and in other embodiments of the invention other programming languages are used.

In some embodiments of the invention, containers are
20 created from applications, at least one of which is an un-installed application.  The un-installed applications is installed in a root file system.

Numerous modifications and variations of the present invention are possible in light of the above teachings.  For
25 example, embodiments of the invention have been described for implementation on computing platforms; however, the invention is not limited to implementations of computing platforms and in other embodiments of the invention there are implementations on computer systems.  It is therefore to be understood that within
30 the scope of the appended claims, the invention may be practiced otherwise than as specifically described herein.

19

50357-5

WE CLAIM:

1.      A method of establishing a secure environment for
executing, on a computer system, a plurality of applications
that require shared resources, the method comprising:

5          for each group of a plurality of groups:

          associating at least one respective application of
the plurality of applications with the group; and

          associating a respective resource allocation with the
group for the at least one respective application associated
10 with the group to allow the at least one respective application
associated with the group to be executed on the computer system
according to the respective resource allocation without
conflict with the at least one respective application
associated with other groups of the plurality of groups.

15 2.      A method of executing the applications of claim 1
comprising, for each group of the plurality of groups executing
on the computer system the at least one respective application
associated with the group according to the respective resource
allocation associated with the group.

20 3.      A method according to claim 1 or 2 comprising, for
each group of the plurality of groups, containerizing the at
least one respective application associated with the group into
a respective secure application container for the group, the
respective secure application container being storable in a
25 storage medium.

4.      A method according to claim 3 wherein, for each group
of the plurality of groups, the containerizing the at least one
respective application associated with the group into a
respective secure application container for the group comprises

20

50357-5

containerizing application files for the at least one
respective application associated with the group into the
respective secure application container for the group.

5.        A method according to claim 3 or 4 wherein, for each
group of the plurality of groups, the containerizing the at
least one respective application associated with the group into
a respective secure application container for the group
comprises containerizing application system calls for the at
least one respective application associated with the group into
the respective container for the group.

6.        A method according to anyone of claims 1 to 5
wherein, for each group of the plurality of groups, the
associating at least one respective application of the
plurality of applications with the group comprises associating
the at least one respective application of the plurality of
applications with the group according to classes of service.

7.        A method according to claim 6 wherein, for each group
of the plurality of groups, the associating at least one
respective application of the plurality of applications with
the group comprises associating the at least one respective
application of the plurality of applications with the group
according to classes of service comprising specific application
services.

8.        A method according to claim 3 comprising exporting
one or more of the respective secure application containers to
a remote computer system.

9.        A method according to claim 4 wherein each respective
secure application container comprises data files for the at
least one application within the respective secure application
container, the method comprising making the data files within

21

50357-5

one of the respective secure application containers
inaccessible to the at least one respective application within
another one of the respective secure application containers.

10.    A method according to claim 9 wherein the making the
5   data files within one of the respective secure application
containers inaccessible to the at least one respective
application within another one of the respective secure
application containers comprises, for each respective secure
application container providing the at least one respective
10   application within the respective secure application container
with a respective root file system.

11.    A method according to claim 1 or 2 wherein, for each
group of the plurality of groups, the associating a respective
resource allocation with the group comprises associating a
15   respective IP address for the group.

12.    A method according to claim 1 or 2 wherein, for each
group of the plurality of groups, the associating a respective
resource allocation with the group comprises associating
resource limits for the at least one respective application
20   associated with the group.

13.    A method according to claim 1 or 2 wherein, for each
group of the plurality of groups, the associating a respective
resource allocation with the group comprises associating
resource limits comprising any one or more of limits on memory,
25   CPU bandwidth, Disk size and bandwidth and Network bandwidth
for the at least one respective application associated with the
group.

14.    A method according to claim 1 or 2 wherein each group
of the plurality of groups comprises a secure application
30   container comprising files related to the at least one

22

· 50357-5

respective application associated with the group and, for each secure application container, the method further comprising:

    determining whether resources available on the computer system can accommodate the respective resource
5  allocation associated with the group comprising the secure application container; and

    if the computer system can accommodate the respective resource allocation associated with the group comprising the secure application container, exporting the secure application
10  container to the computer system.

    15.    A method according to claim 14 further comprising:

    if one or more secure application containers of the secure application containers are already installed on the computer system, determining whether the computer system has
15  enough resources available to accommodate the one or more secure application containers which are already installed and the secure application container being exported; and

    if there are enough resources available, distributing the resources between the one or more secure application
20  containers and the secure application container being exported to provide resource control.

    16.    A method according to claim 15 wherein the determining whether resources available on the computer system can accommodate the respective resource allocation comprises
25  verifying whether the computer system supports any specific hardware required by the secure application container to be exported.

    17.    A method according to claim 2 wherein, for each group of the plurality of groups, the associating a respective

23

50357-5

resource allocation with the group comprises associating
resource limits for the at least one respective application
associated with the group, the method further comprising during
execution on the computer system:

5            monitoring resource usage of the at least one
respective application associated with the group;

            intercepting system calls, made by the at least one
respective application associated with the group, from user
mode to kernel mode;

10           comparing the monitored resource usage of the at
least one respective application associated with the group with
the resource limits; and

            forwarding the system calls to a kernel on the basis
of the comparison between the monitored resource usage and the
15  resource limits.

18.      A method according to claim 1 further comprising
searching for application specific files associated with
applications that are installed and working on computer
systems.

20  19.      A method according to claim 18 further comprising
extracting the application specific files from the computer
systems to create application sets ready to install in secure
application containers on the computer system.

20.      A method according to claim 19 further comprising
25  converting the application specific files into an intermediate
format that allows the applications that are installed and
working on computer systems to be installed in secure
application containers on the computer system.

24

50357-5

21.      A method according to claim 20 further comprising copying the application specific files, and related data and configuration information to a file storage medium.

22.      A method according to claim 21 wherein the copying is
5   achieved with the use of a user interface in which application programs are displayed and selected for copying to a storage medium.

23.      A method according to claim 21 or 22 wherein the application specific files, and related data and configuration
10   information are made available for installation into secure application containers on a remote computer system.

24.      A method according to claim 1 further comprising installing at least one of the plurality of applications in a root file system.

15   25.      A method of establishing a secure environment for executing, on a computer system, a plurality of applications that require shared resources, the method comprising:

        for each secure application container of a plurality of secure application containers:

20              containerizing at least one respective application of the plurality of applications into the secure application container; and

            associating a respective resource allocation with the secure application container for the at least one respective
25   application containerized within the secure application container to allow the at least one respective application containerized within the secure application container to be executed on the computer system according to the respective resource allocation without conflict with the at least one

25

50357-5

respective application containerized within other secure application containers of the plurality of secure application containers.

26.        An article of manufacture comprising:

5            a computer usable medium having computer readable program code means embodied therein for establishing a secure environment for executing, on a computer system, a plurality of applications that require shared resources, the computer readable code means in said article of manufacture comprising:

10            for each group of a plurality of groups:

computer readable code means for associating at least one respective application of the plurality of applications with the group; and

computer readable code means for associating a
15 respective resource allocation with the group for the at least one respective application associated with the group to allow the at least one respective application associated with the group to be executed on the computer system according to the respective resource allocation without conflict with the at
20 least one respective application associated with other groups of the plurality of groups.

27.        A memory for storing data for access by an application program being executed on a data processing system under a secure environment in which a plurality of applications
25 require shared resources, the memory comprising:

a data structure stored in said memory, the data structure including information resident in a database used by said application program and including:

26

50357-5

for each group of a plurality of groups:

a plurality of first data objects containing information associating at least one respective application of the plurality of applications with the group; and

5    a plurality of second data objects associating a respective resource allocation with the group for the at least one respective application associated with the group to allow the at least one respective application associated with the group to be executed on the computer system according to the

10   respective resource allocation without conflict with the at least one respective application associated with other groups of the plurality of groups.

28.    A method for a program to interact with a user to establish a secure environment for executing, on a computer

15   system, a plurality of applications that require shared resources, the method comprising:

displaying the plurality of applications;

for each group of a plurality of groups;

receiving a selection associating at least one

20   respective application of the plurality of applications with the group to associate a respective resource allocation with the group for the at least one respective application associated with the group and allow the at least one respective application associated with the group to be executed on the

25   computer system according the respective resource allocation without conflict with the at least one respective application associated with other groups of the plurality of groups.

29.    A system adapted to perform the method steps of any one of claims 1 to 25 and 28.

27



Figure 1.



Figure 2.



Figure 3.

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

10/23/2003 MAHMED1   00000038 60512103
01 FC:2005                    80.00 OP

PTO-1556
(5/87)

*U.S. Government Printing Office: 2002 — 489-267/69033