IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>　　　　　　Plaintiff,<br>　　　　v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-00093-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP.,<br><br>　　　　　　Plaintiff,<br>　　　　v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>　　　　　　Defendant. | Case No. 2:24-CV-00064-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF CHRISTIAN CONKLE IN SUPPORT OF PLAINTIFF VIRTAMOVE, CORP.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Christian Conkle, declare and state as follows:

1.　　I am a member of the State Bar of California and an attorney at the firm of Russ August & Kabat, and one of the attorneys for Plaintiff VirtaMove, Corp. in the above-captioned action. I submit this declaration in support of Plaintiff's Responsive Claim Construction Brief. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.　　Attached as Exhibit A is a true and correct copy of excerpts from Dr. Angelos Stavrou's February 7, 2025, Deposition Transcript.

1

3. Attached as Exhibit B is a true and correct copy of an excerpt from IBM's Preliminary Infringement Contentions chart for U.S. Patent No. 8,943,500.

4. Attached as Exhibit C is a true and correct copy of NIST Special Publication 800-145, "The NIST Definition of Cloud Computing," which I downloaded from NIST's website https://nvlpubs.nist.gov/nistpubs/Legacy/SP/nistspecialpublication800-145.pdf.

5. Attached as Exhibit D is a true and correct copy of IBM Technical Support Organization Publication SG24-8324-00, "Creating IBM z/OS Cloud Services," which I downloaded from IBM's website at https://www.redbooks.ibm.com/redbooks/pdfs/sg248324.pdf.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on March 7, 2025 in Los Angeles, California.

/s/ *Christian W. Conkle*
Christian W. Conkle