# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

CASE NO. 2:24-CV-00093-JRG-RSP
_____

VIRTAMOVE, CORP.,

Plaintiff,

vs.

HEWLETT PACKARD ENTERPRISE COMPANY,

Defendant.

_____

CASE NO. 2:24-CV-00064-JRG-RSP

VIRTAMOVE, CORP.,

Plaintiff,

vs.

INTERNATIONAL BUSINESS MACHINES CORP.,

Defendant.

_____

VIDEOTAPED / REALTIMED DEPOSITION OF

DR. ANGELOS STAVROU

(Conducted Remotely)

FRIDAY, FEBRUARY 7, 2025

9:03 a.m. CST

_____

Reported by:  Pat English-Arredondo, CSR, RMR, CRR

Job No. 10232

```
 1                 A P P E A R A N C E S
 2                  (All appearing remotely)
 3    COUNSEL ON BEHALF OF THE PLAINTIFF:
          Mr. James A. Milkey (via Realtime)
 4        RUSS AUGUST & KABAT
          12424 Wilshire Boulevard, 12th Floor
 5        Los Angeles, California 90025
          310.826.7474
 6        jmilkey@raklaw.com
 7    COUNSEL ON BEHALF OF THE DEFENDANT, HEWLETT PACKARD:
          Mr. Samuel Kassa  (via Realtime)
 8        BAKER BOTTS
          700 K Street
 9        Washington, DC 20001
          202.639.7700
10        sam.kassa@bakerbotts.com
11    COUNSEL FOR DEFENDANT INTERNATIONAL BUSINESS
      MACHINES CORP.:
12        Mr. Nate Ngerebara  (via Realtime)
          Ms. Yimeng Dou      (via Realtime)
13        KIRKLAND & ELLIS LLP
          555 California Street
14        San Francisco, California 94104
          415.439.1371
15        Nate.ngerebara@kirkland.com
          Yimeng.dou@kirkland.com
16
          Mr. Kyle Calhoun  (via Realtime)
17        KIRKLAND & ELLIS LLP
          555 California Street
18        San Francisco, California 94104
          415.439.1400
19        Kyle.calhoun@kirkland.com
20    VIDEOGRAPHER:
          Ms. Betsy Gomez, TransPerfect
21
      CERTIFIED STENOGRAPHIC / REALTIME REPORTER:
22        Pat English-Arredondo
          CSR(TX), RMR, CRR, CLR
23
24
25
```

1      Q.    Okay.  Did you meet with anyone else in
2   preparation for today's deposition?
3      A.    Not beyond the lawyers from Kirkland &
4   Ellis and Baker Botts.
5      Q.    Okay. And approximately how long did you
6   spend preparing for today's deposition?
7      A.    I was here the past few -- past two days.
8   We didn't work the entire day.  And, you know, I
9   would say two days but, you know, not the entire
10  time.  Let's put it this way.
11     Q.    Okay.  And how long did you spend in
12  forming your opinions set forth in your declarations
13  in these proceedings?
14     A.    Oh, we spent months because this -- I
15  think -- I believe this started sometimes middle of
16  last year where I got involved in reading the
17  patents and going through the claims and the
18  specification of the patents.
19           So I would say it's been a few months
20  now.
21     Q.    Okay.  Do you have an estimate of how
22  many hours you've spent over those few months?
23     A.    I would not be precise, but I spent some
24  time on each of the patents.  So I cannot give you
25  an exact estimate.  I would have to look at my

1  records, and I don't have them in front of me.
2      Q.   Okay.  Understood.
3           So if we could look at your declaration
4  regarding the IBM counterclaim patents.  And this is
5  Exhibit 1.
6      A.   Yes.
7      Q.   And turning to Page 20, which is the
8  first claim term, which is (as read):  "A system ...
9  created during installation ... removed as part of
10 an uninstall."
11          Do you see that?
12     A.   Just give me a second.  I'm trying to
13 navigate there.  Yes.
14     Q.   Okay.  And then going to Paragraph 49 on
15 Page 21, you state in that paragraph that (as read):
16 "The claim language itself provides clarity to a
17 POSITA indicating that 'the one or more isolated
18 environments are created during installation of the
19 one or more applications' and that, 'the one or more
20 isolated environments are copied to storage and then
21 removed as part of an uninstall of the one or more
22 applications.'"
23          Do you see that?
24     A.   Yes, that's correct.
25     Q.   Okay.  So you agree that in order to

1  practice this limitation, the one or more isolated
2  environments must be created during installation of
3  the one or more applications.  Correct?
4              MR. NGEREBARA:  Objection, form.
5      A.   Can you please repeat the question just
6  to make sure that I have it correctly?
7      Q.   (By Mr. Milkey)  Yeah.  So in order to
8  practice the limitation that you're discussing in
9  this section of your report starting on
10 Paragraph 46, you agree that the one or more
11 isolated environments must be created during
12 installation of the one or more applications.
13 Correct?
14             MR. NGEREBARA:  Objection, form.
15     A.   That is correct.
16     Q.   (By Mr. Milkey)  Then turning to Page 24
17 of your declaration, Exhibit 1, do you see this is
18 where you address the claim term, "the system
19 resources"?
20     A.   That's correct.
21     Q.   Okay.  And so my question is -- and,
22 sorry, before I get into this, do you have a copy of
23 the '500 patent?
24     A.   I don't have one.  If you can introduce
25 the exhibit, I would be able to open it.

```
 1      Q.    Yeah, I will provide that.
 2            And so this is introduced as Exhibit 3
 3   the, US Patent No. 8,943,500.  And, Dr. Stavrou, is
 4   it okay if we refer to this as the '500 patent?
 5      A.    Sure.
 6            (Marked was Stavrou Exhibit No. 3.)
 7      Q.    (By Mr. Milkey)  If you could open up
 8   Exhibit 3, the '500 patent, and go to the very last
 9   page of it, there is Claim 19.  Just let me know
10   when you're there.
11      A.    50?
12      Q.    Correct?
13      A.    50?
14      Q.    Correct, yeah.  Column 14, Line 50.
15      A.    Okay.
16      Q.    And so you see in Claim 19 it refers to
17   "the system resources."
18            And so my question is, what provides
19   antecedent basis for the term "the system resources"
20   in Claim 19?
21      A.    So as we see here, this is a dependent
22   claim and it depends on Claim 18.
23            In Claim 18, I believe -- let me
24   check -- the word "additional resources" is included
25   as part of Claim 18, which is on the same -- on 14,
```

1    I believe, 39.
2              And a person of ordinary skill in the art
3    would have understood that basically the system
4    resources that are referred to in Claim 19 are
5    connected to the additional resources that are
6    mentioned in Claim 18.
7              THE REPORTER:  Excuse me, Doctor.
8    Did you say "are" or "aren't"?
9              THE WITNESS:  They are.  I apologize.
10   They are.
11        Q.   (By Mr. Milkey)  Okay.  So your opinion
12   is that these system resources of Claim 19 refers to
13   the additional resources that Claim 18 recites.  Is
14   that correct?
15        A.   My opinion is that the patent recites
16   maintain mapping between the system resource and
17   out -- inside and outside the one or more isolated
18   environments in outside.
19             The system resources -- first (as read):
20   "the system resources inside the one or more
21   isolated environments and outside the -- is the
22   isolated environment," as recited in the claims.
23             So that here, to realize is that the
24   additional resources does not require an exhaustive
25   list of full system resources, other resources

```
 1   basically specifically mentioned by the claims,
 2   which is basically explicit.
 3              Also, if you want me to elucidate, I'm
 4   happy to go on.  You let me know.
 5       Q.     Yeah, I'm not quite sure I understand.
 6   You previously testified, I thought, that the system
 7   resources of Claim 19 was related to the additional
 8   resources of Claim 18?
 9       A.     I don't think that's correct.  What I
10   said is -- again, and I will repeat it just to be on
11   the same.
12              Resources basically -- the term "system
13   resources inside and outside the one or more
14   isolated environments" indicates to a POSITA that
15   claims contemplate any system resources that would
16   satisfy the requirements of Claims 19 and -- 18 and
17   19, rather than requiring an exhaustive list of all
18   system resources.
19              So I want to clarify here that I didn't
20   mean an exhaustive list of all system resources but
21   specifically what I just mentioned.
22       Q.     Okay.  So when Claim 19 recites "the
23   system resources inside the one or more isolated
24   environments," does that mean the same thing as any
25   system resources inside the one or more isolated
```

```
 1   environments?
 2              MR. NGEREBARA:  Objection, form.
 3      A.    I believe that I just mentioned that we
 4   want to -- the term refers to both -- to system
 5   resources inside the one or more isolated
 6   environments and so -- and outside.
 7              So it is -- it is important to maintain a
 8   mapping between the system resource inside the one
 9   or more isolated environments and outside.
10              So here, again, the patent specifications
11   confirm my understanding that the specification
12   provides examples of system resources, memories,
13   storage, and CPUs.  CPUs that can be mapped from
14   outside to inside.
15      Q.    (By Mr. Milkey)  Okay.  But it doesn't
16   have to be all of those system resources inside and
17   outside that have to be mapped.  Correct?
18      A.    Are you referring to -- I apologize.  Can
19   you please clarify?
20              Do you refer to the system resources
21   inside or outside, so I can answer the question?
22      Q.    I'm referring to both.  So just backing
23   up a second.
24              The claim requires instructions for
25   maintaining mapping between the system resources
```

1  inside the one or more isolated environments and
2  outside.
3         So that we're on the same page, do you
4  understand this to require a mapping between system
5  resources inside the one or more isolated
6  environments, on the one hand, and
7  outside -- sorry -- and system resources outside the
8  system -- let me reask that.
9         Do you understand Claim 19 to require
10 instructions for maintaining mapping between, on the
11 one hand, system resources inside the one or more
12 isolated environments and, on the other hand, system
13 resources outside the one or more isolated
14 environments?
15    A.    I think the argument here is reversed.
16 You need to be able to map resources outside of the
17 isolated environment to resources inside the
18 isolated environment because the outside has usually
19 more resources.
20         And it's allocating -- in this case not
21 allocating but mapping these resources inside the
22 isolated environments. So here the key component is
23 that the additional resources that are mentioned in
24 Claim 18 are further elucidated in Claim 19 by
25 basically mapping between the system resources

Page 16

```
 1   inside the one or more isolated environment and
 2   outside.
 3             So of course here you can -- the
 4   mapping -- the mapping is reciprocal, so it doesn't
 5   matter if you talk about inside or outside.
 6             THE REPORTER:  Excuse me, Doctor.
 7   You're going to have to slow down.
 8             THE WITNESS:  I'm sorry about that.
 9        A.   The mapping has two elements, so it
10   doesn't matter if you recite the first element,
11   which is inside in this case, to the outside.
12             So either you sit inside
13   mapping -- it's -- in reality the mapping refers to
14   resources on two ends.  So it doesn't matter if you
15   start from the inside or the outside.
16        Q.   (By Mr. Milkey)  Okay.  Understood.
17        A.   I just want to be very clear.  It's not
18   resources on the inside necessarily that map to the
19   outside.  It can also be the reverse.
20        Q.   Correct.  That makes sense.
21             So my question, then, is:  The claim does
22   not require, in your opinion, instructions for
23   maintaining mapping between all of the system
24   resources inside the one or more isolated
25   environments and all of the system resources outside
```

```
 1   the one or more isolated environments.  Correct?
 2              MR. NGEREBARA:  Objection, form.
 3      A.   As I read it, it does not make a
 4   specification either way.
 5      Q.   (By Mr. Milkey)  Okay.  In your opinion,
 6   does the claim require instructions for maintaining
 7   mapping between just some of the system resources
 8   inside the one or more isolated environments and
 9   some of the system resources outside the one or more
10   isolated environments?
11              MR. NGEREBARA:  Objection, form.
12      A.   The way that I personally read it is that
13   there are resources, system resources, that are
14   being mapped.  It's a generic term.
15              Now, I don't know if it's going to be all
16   the resources inside with all the resources outside
17   or if it's going to be some of the resources inside;
18   but the claim, as it's written, it's not restrictive
19   in that sense.
20              But at the same time, again, there are
21   finite resources, system resources; and the examples
22   that I provided of system resources that include
23   memory, storage, and CPUs, are very traditional
24   system resources that are being used to create these
25   isolated environments.
```

1            Now, I don't know if there are
2    potentially -- the examples are not restrictive, so
3    maybe there are other resources that also can be
4    mapped.
5            But it's -- I would have understood it in
6    the plain and ordinary meaning of the system
7    resources, which is just a straightforward term that
8    does not require any -- any further, you know,
9    elucidation.  Let's put it this way.
10       Q.   (By Mr. Milkey)  Okay.  So for Claim 19,
11   for the limitation of Claim 19, is that satisfied if
12   there are instructions for maintaining mapping
13   between at least some system resources inside the
14   one or more isolated environments and at least some
15   system resources outside of the one or more isolated
16   environments?
17            MR. NGEREBARA:  Objection, form.
18       A.   Again, the specific claim does not
19   mention any of that in the sense that it does
20   not -- it doesn't limit itself.  It can be all or it
21   can be some.  I don't see a way that restricts
22   itself to -- you know, there is no qualifier here.
23            But, as I said, it's very obvious to me,
24   based on the spec, that the resources are
25   quantifiable term in our field.

```
 1              And basically the mapping -- it basically
 2   talks about mapping, which is actually -- as I said,
 3   it is tied clearly to the fact that in Claim 18
 4   there is the need of additional resources.
 5              So these resources, these additional
 6   resources are being provided by Claim 19 where, you
 7   know, it talks about a mapping between a system
 8   resources inside the one or more isolated
 9   environments and outside.
10       Q.    (By Mr. Milkey)  Okay.  And if you could
11   turn to Page 27 of Exhibit 1.
12       A.    Give me just one second.  I'm there.
13       Q.    And you see this is where you begin
14   analyzing "appropriate for infrastructure
15   configuration mapping."  Correct?
16       A.    That's correct.
17       Q.    Okay.  Okay.  And I want to turn to -- on
18   the next page in Paragraph 69, toward the bottom of
19   that paragraph you have a sentence that states (as
20   read):  "Similarly, whether there is a conflict
21   between source and cloud infrastructure is an
22   objective analysis for the POSITA."
23              Do you see that?
24       A.    Correct.
25       Q.    Okay.  How would a POSITA perform the
```

```
 1
                IN THE UNITED STATES DISTRICT COURT
 2               FOR THE EASTERN DISTRICT OF TEXAS
                          MARSHALL DIVISION
 3
                  CASE NO. 2:24-CV-00093-JRG-RSP
 4   _____

 5   VIRTAMOVE, CORP.,

 6      Plaintiff,

 7   vs.

 8   HEWLETT PACKARD ENTERPRISE COMPANY,

 9      Defendant.

10   _____

11            CASE NO. 2:24-CV-00064-JRG-RSP

12   VirtaMove, CORP.,

13      Plaintiff,

14   vs.

15   INTERNATIONAL BUSINESS MACHINES CORP.,

16      Defendant.
     _____
17                    REPORTER'S CERTIFICATION
              VIDEOTAPED / REALTIMED DEPOSITION OF
18                       DR. ANGELOS STAVROU
                          FEBRUARY 7, 2025
19

20      I, Pat English-Arredondo, CSR, RMR, CRR, CLR,

21   Certified Shorthand Reporter in and for the State of

22   Texas, hereby certify to the following:

23      That the witness, DR. ANGELOS STAVROU, was duly

24   sworn by the officer and that the transcript of the

25   oral deposition is a true record of the testimony
```

```
 1   given by the witness;
 2      I further certify that pursuant to FRCP Rule
 3   30(f)(1) that the signature of the deponent:
 4      __X___ was requested by the deponent or a party
 5   before the completion of the deposition and returned
 6   within 30 days from date of receipt of the
 7   transcript.  If returned, the attached Changes and
 8   Signature Page contains any changes and the reasons
 9   therefor;
10      _____ was not requested by the deponent or a party
11   before the completion of the deposition.
12      I further certify that I am neither counsel for,
13   related to, nor employed by any of the parties or
14   attorneys in the action in which this proceeding was
15   taken, and further that I am not financially or
16   otherwise interested in the outcome of the action.
17      Certified to by me this 11th day of February,
18   2025.
19                  _____
                    Pat English-Arredondo,
20                  CSR (TX), RMR, CRR, CLR
                    Texas CSR 3828
21                  Expiration Date:  4/30/2026
22   TransPerfect Legal Solutions
     216 East 45th Street, Suite 903
23   New York, NY 10017
     T  212-400-8845
24   Depo@TransPerfect.com
25   Job No. 10232
```