# EXHIBIT B

**EXHIBIT 4**

**Applications of U.S. Patent No. 8,943,500 to V-Migrate and V-Maestro (collectively, "Accused Products")**

Plaintiff VirtaMove Corp. ("VirtaMove") infringes claims 1–20 of the '500 Patent (the "Asserted Claims") under 35 U.S.C. § 271(a), (b), and (c). As set forth below, VirtaMove's infringement is both direct and indirect.[1]

VirtaMove has directly infringed the '500 Patent at least by making, using, offering to sell, selling, and/or importing into the United States its V-Migrate and V-Maestro (collectively, "Accused Products") on or after the issuance date of the Patent.

VirtaMove induces infringement under 35 U.S.C. § 271(b) by providing the Accused Products, which are sold and specifically configured to infringe the Asserted Claims, to VirtaMove customers and partners in the United States.  VirtaMove actively instructs and encourages its customers and partners on how to use the Accused Products, including through product manuals, advertising, and instructional videos.  When used as instructed, VirtaMove's customers and partners use these products to practice the systems of the '500 Patent and directly infringe the Asserted Claims.  On information and belief, VirtaMove specifically intends that its actions will result in infringement of the asserted claims of the '500 Patent or subjectively believes that its actions will result in infringement of the Asserted Claims, but took deliberate actions to avoid learning of the facts.

As shown below, VirtaMove also contributes to infringement under 35 U.S.C. § 271(c) by providing the Accused Products, which embodies a material part of the claimed invention of the '500 Patent, is known by VirtaMove to be specially made or adapted for use in an infringing manner, and is not with substantial non-infringing uses.

The Accused Products are specially designed to infringe the '500 Patent and the accused components have no substantial non-infringing uses.

| Claim | US 8,943,500 Claim Term | Analysis |
|---|---|---|
| 1pre | A system, comprising: | To the extent that the preamble is limiting, the Accused Products comprise "[a] system" for updating isolated environments (containers) as applications request new resources. |

---

[1]  Public information is limited regarding the Accused Products, and accordingly, IBM reserves the right to amend its infringement contentions based on productions and source code made available during discovery.

| Claim | US 8,943,500 Claim Term | Analysis |
|---|---|---|
| | | (https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/314605794/Discovering+Resource+Usage) |
| 1d | wherein the one or more isolated environments are created during installation of the one or more applications, and | The Accused Products comprise a system "wherein the one or more isolated environments are created during installation of the one or more applications." <br><br> For example, "[i]n the new environment, run apps in the container for portability or isolation," implying that the isolation is created during installation of the applications. <br><br>  <br><br> (https://virtamove.com/resources/an-intelligent-approach-to-migrating-server-applications/) |

| Claim | US 8,943,500 Claim Term | Analysis |
|---|---|---|
| | | Indeed, installation of applications requires "[c]reat[ing] a virtual container" and "pre-populat[ing] the virtual container with applications," where such containers are isolated environments, as already indicated. |

| Claim | US 8,943,500 Claim Term | Analysis |
|-------|-------------------------|----------|
|       |                         | ## The Application Migration Process

TF  Owned by Thomas Farley (Deactivated) •••
Last updated: Mar 25, 2022 • 2 min read

Migrating an application involves the following steps:

1. Meet requirements for your environment as well as source and destination machines. See ✖ https://virtamove.atlassian.net/wiki/spaces/VDOC/pages/310706978 Can't find link .

2. Double-click the **Administrative Console** shortcut icon on your desktop to start Administrative Console.

3. Create a virtual container and connect it to the source machine.

4. Pre-populate the virtual container with applications, services, accounts, components, and files selected from the source machine.

5. Run your virtualized application on the destination machine and exercise the application. See 🗎 Running and Exercising Your Application .

6. Run VirtaMove Dissolve if you want to remove the migration container from the application and transfer the application to the underlying operating system on the destination machine so that the application will behave as if natively installed. Note that this process cannot be reversed. See 🗎 Dissolving a Virtual Container . You may wish to keep the application running in the migration container, as required. |