## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., | |
| Plaintiff, | Case No.  2:24-cv-00093-JRG |
| v. | (Lead case) |
| HEWLETT PACKARD ENTERPRISE COMPANY, | |
| Defendant. | |
| VIRTAMOVE, CORP., | |
| Plaintiff, | Case No.  2:24-CV-00064-JRG |
| v. | (Member case) |
| INTERNATIONAL BUSINESS MACHINES CORP., | |
| Defendant. | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to Local Patent Rule 4-5 and the operative Docket Control Orders in this case (Dkts. 92 & 122), Plaintiff VirtaMove, Corp. ("Plaintiff") and Defendants Hewlett Packard Enterprise Company and International Business Machines Corp. (collectively, "Defendants") (together, the "parties") respectfully submit the following Joint Claim Construction Charts.[1] Attached hereto as Exhibit A are charts pertaining to U.S. Patents Nos. 7,519,814 ("the '814 patent") and 7,784,058 ("the ''058 patent") (collectively, the "VirtaMove Patents"), and attached

---

[1] To the extent the Court does not have a different preference, the Parties jointly propose that arguments for each term be presented in the same order as those terms appear in the Joint Claim Construction Charts below.

as Exhibit B are charts pertaining to U.S. Patent Nos. 8,943,500 ("the '500 patent"), 9,697,038 ("the '038 patent"), 10,606,634 ("the '634 patent"), and 9,722,858 ("the '858 patent") (collectively the "IBM Counterclaim Patents").

Dated:  March 21, 2025

Respectfully submitted,

By: */s/ Christian W. Conkle*
Reza Mirzaie
California State Bar No. 246953
Marc A. Fenster
California State Bar No. 181067
Neil A. Rubin
California State Bar No. 250761
Jacob R. Buczko
California State Bar No. 269408
James S. Tsuei
California State Bar No. 285530
James A. Milkey
California State Bar No. 281283
Christian W. Conkle
California State Bar No. 306374
Jonathan Ma
California State Bar No. 312773
Daniel Kolko
California State Bar No. 341680
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: jbuczko@raklaw.com
Email: jtsuei@raklaw.com
Email: jmilkey@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email: dkolko@raklaw.com

Qi (Peter) Tong
Texas State Bar No. 24119042
8080 N. Central Expy, Suite 1503
Dallas, TX 75206
Email: ptong@raklaw.com

*Attorneys for Plaintiff VirtaMove Corp.*

Dated:  March 21, 2025               By: */s/ Kyle Calhoun*
Todd M. Friedman (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email: todd.friedman@kirkland.com

Brandon H. Brown
California State Bar No. 266347
Kyle Calhoun (*pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500
Email: brandon.brown@kirkland.com
Email: kyle.calhoun@kirkland.com

*Of Counsel:*

Andrea L. Fair
Texas State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone:     (903) 757-6400
Facsimile:      (903) 757-2323
Email:  andrea@millerfairhenry.com

*Attorneys for Defendant*
*International Business Machines Corp*

Dated:  March 21, 2025               By: */s/ Bethany Salpietra*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
Haleigh Hashem
Texas Bar No. 24142230
HALTOM & DOAN
2900 St. Michael Drive, Suite 500
Texarkana, TX 75503
Telephone: (903) 255-1000
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Email: hhashem@haltomdoan.com

Katharine Burke (Lead Attorney)
DC Bar Number: 985333
Katharine.burke@bakerbotts.com
Samuel L. Kassa
DC Bar Number: 187255
Sam.kassa@bakerbotts.com
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, DC 20001-5692
Tel: (202) 639-7700
Fax: (202) 639-7890

Douglas M. Kubehl
Texas Bar No. 00796909
Doug.kubehl@bakerbotts.com
Morgan Mayne
Texas Bar No. 24084387
Morgan.mayne@bakerbotts.com
Emily Deer
Texas Bar No. 24116352
Bethany Salpietra
Texas Bar No. 24097699
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Tel: (214) 953-6500
Fax: (214) 953-6503

David Lien (*pro hac vice*)
California Bar No. 313754
David.lien@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road, Building One, Suite 200
Palo Alto, CA 94304-1007
Tel: (650) 739-7563
Fax: (650) 739-7663

*Attorneys for Defendant Hewlett Packard Enterprise Company*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on March 21, 2025.

*/s/ Christian W. Conkle*

**Exhibit A – Joint Claim Construction Chart for the VirtaMove Patents**

**'814 Patent**

| Claim Term | VirtaMove's Position | Defendants' Position | Court's Construction |
|---|---|---|---|
| 1. In a system having a plurality of servers with operating systems that differ, operating in **disparate computing environments**, wherein each server includes a processor and an operating system including a kernel a set of associated local system files compatible with the processor, a method of providing at least some of the servers in the system with secure, executable, applications related to a service, wherein the applications are executed in a secure environment, wherein the applications each include an object executable by at least some of the different operating systems for performing a task related to the service, the method comprising: storing in memory accessible to at least some of the servers a plurality of secure containers of application software, each container comprising one or more of the executable applications and a set of associated system files required to execute the one or more applications, for use with a local kernel residing permanently on one of the servers; wherein the set of associated system files are compatible with a local kernel of at least some of the | "environments run by standalone computers"<br><br>*alternatively*: "environments on standalone computers or on computers that are unrelated" | "environments where computers are stand-alone or where there are multiple computers and where they are unrelated" | |

| Claim Term | VirtaMove's Position | Defendants' Position | Court's Construction |
|---|---|---|---|
| plurality of different operating systems, the containers of application software excluding a kernel, wherein some or all of the associated system files within a container stored in memory are utilized in place of the associated local system files that remain resident on the server, wherein said associated system files utilized in place of the associated local system files are copies or modified copies of the associated local system files that remain resident on the server, and wherein the application software cannot be shared between the plurality of secure containers of application software, and wherein each of the containers has a unique root file system that is different from an operating system's root file system. | | | |
| 1. In a system having a plurality of servers with operating systems that differ, operating in disparate computing environments, wherein each server includes a processor and an operating system including a kernel a set of associated local **system files** compatible with the processor, a method of providing at least some of the servers in the system with secure, executable, applications related to a service, wherein the applications are executed in a secure environment, wherein the applications | No construction necessary; plain and ordinary meaning. | "files provided within an operating system and which are available to applications as shared libraries and configuration files" | |

| Claim Term | VirtaMove's Position | Defendants' Position | Court's Construction |
|---|---|---|---|
| each include an object executable by at least some of the different operating systems for performing a task related to the service, the method comprising: storing in memory accessible to at least some of the servers a plurality of secure containers of application software, each container comprising one or more of the executable applications and a set of associated **system files** required to execute the one or more applications, for use with a local kernel residing permanently on one of the servers; wherein the set of associated **system files** are compatible with a local kernel of at least some of the plurality of different operating systems, the containers of application software excluding a kernel, wherein some or all of the associated **system files** within a container stored in memory are utilized in place of the associated local **system files** that remain resident on the server, wherein said associated **system files** utilized in place of the associated local **system files** are copies or modified copies of the associated local **system files** that remain resident on the server, and wherein the application software cannot be shared between the plurality of secure containers of application software, and wherein each of the containers has a unique root file | | | |

| Claim Term | VirtaMove's Position | Defendants' Position | Court's Construction |
|---|---|---|---|
| system that is different from an operating system's root file system.<br><br>10. A method as defined in claim 2, wherein in operation when an application residing within a container is executed, said application has no access to **system files** or applications in other containers or to **system files** within the operating system during execution thereof. | | | |

**'058 Patent**

| Claim Term | VirtaMove's Position | Defendants' Position | Court's Construction |
|---|---|---|---|
| 1. A computing system for executing a plurality of software applications comprising:<br>a) a processor;<br>b) an operating system having an operating system kernel having OS **critical system elements** (**OSCSEs**) for running in kernel mode using said processor; and,<br>c) a shared library having **shared library critical system elements** (**SLCSEs**) stored therein for use by the plurality of software applications in user mode and<br>i) wherein some of the **SLCSEs** stored in the shared library are functional replicas of **OSCSEs** and are accessible to some of the plurality of software applications and when one of the **SLCSEs** is accessed by one or more of the plurality of software applications it forms a part of the one or more of the plurality of software applications,<br>ii) wherein an instance of a **SLCSE** provided to at least a first of the plurality of software applications from the shared library is run in a context of said at least first of the plurality of software applications without being shared with other of the plurality of software applications and where at least a second of the plurality of software applications running under the operating system have use of a unique instance of a | For "critical system elements": "any service or part of a service, 'normally' supplied by an operating system, that is critical to the operation of a software application" | Indefinite. | |

| Claim Term | VirtaMove's Position | Defendants' Position | Court's Construction |
|---|---|---|---|
| corresponding critical system element for performing same function, and iii) wherein a **SLCSE** related to a predetermined function is provided to the first of the plurality of software applications for running a first instance of the **SLCSE**, and wherein a **SLCSE** for performing a same function is provided to the second of the plurality of software applications for running a second instance of the **SLCSE** simultaneously. | | | |
| 1. A computing system for executing a plurality of software applications comprising: a) a processor; b) an operating system having an operating system kernel having OS critical system elements (OSCSEs) for running in kernel mode using said processor; and, c) a shared library having shared library critical system elements (SLCSEs) stored therein for use by the plurality of software applications in user mode and i) wherein some of the SLCSEs stored in the shared library are **functional replicas** of OSCSEs and are accessible to some of the plurality of software applications and when one of the SLCSEs is accessed by one or more of the plurality of software applications it forms a part of the one or | "substantial functional equivalents or replacements of kernel functions" | Indefinite. | |

| Claim Term | VirtaMove's Position | Defendants' Position | Court's Construction |
|---|---|---|---|
| more of the plurality of software applications, ii) wherein an instance of a SLCSE provided to at least a first of the plurality of software applications from the shared library is run in a context of said at least first of the plurality of software applications without being shared with other of the plurality of software applications and where at least a second of the plurality of software applications running under the operating system have use of a unique instance of a corresponding critical system element for performing same function, and iii) wherein a SLCSE related to a predetermined function is provided to the first of the plurality of software applications for running a first instance of the SLCSE, and wherein a SLCSE for performing a same function is provided to the second of the plurality of software applications for running a second instance of the SLCSE simultaneously. | | | |
| 1. A computing system for executing a plurality of software applications comprising: a) a processor; b) an operating system having an operating system kernel having OS critical system elements (OSCSEs) for running in kernel mode using said processor; and, | "an application library whose code space is shared among all user mode applications" | "an application library code space shared among all user mode applications. The code space is different than that occupied by the kernel and its associated files. The shared library files are placed in an address space that is accessible | |

| Claim Term | VirtaMove's Position | Defendants' Position | Court's Construction |
|---|---|---|---|
| c) a **shared library** having shared library critical system elements (SLCSEs) stored therein for use by the plurality of software applications in user mode and<br>i) wherein some of the SLCSEs stored in the **shared library** are functional replicas of OSCSEs and are accessible to some of the plurality of software applications and when one of the SLCSEs is accessed by one or more of the plurality of software applications it forms a part of the one or more of the plurality of software applications,<br>ii) wherein an instance of a SLCSE provided to at least a first of the plurality of software applications from the **shared library** is run in a context of said at least first of the plurality of software applications without being shared with other of the plurality of software applications and where at least a second of the plurality of software applications running under the operating system have use of a unique instance of a corresponding critical system element for performing same function, and<br>iii) wherein a SLCSE related to a predetermined function is provided to the first of the plurality of software applications for running a first instance of the SLCSE, and wherein a SLCSE for performing a same function is provided to the second of the plurality of software applications for | | to multiple applications," wherein an "application library" is "a collection of functions in an archive format that is combined with an application to export system elements" | |

| Claim Term | VirtaMove's Position | Defendants' Position | Court's Construction |
|---|---|---|---|
| running a second instance of the SLCSE simultaneously. | | | |
| 1. A computing system for executing a plurality of software applications comprising:<br>a) a processor;<br>b) an operating system having an operating system kernel having OS critical system elements (OSCSEs) for running in kernel mode using said processor; and,<br>c) a shared library having shared library critical system elements (SLCSEs) stored therein for use by the plurality of software applications in user mode and<br>i) wherein some of the SLCSEs stored in the shared library are functional replicas of OSCSEs and are accessible to some of the plurality of software applications and when one of the SLCSEs is accessed by one or more of the plurality of software applications it **forms a part of the one or more of the plurality of software applications**,<br>ii) wherein an instance of a SLCSE provided to at least a first of the plurality of software applications from the shared library is run in a context of said at least first of the plurality of software applications without being shared with other of the plurality of software applications and where at least a second of the plurality of software | No construction necessary; plain and ordinary meaning. | literally form a part of the application such that it resides in the same address space as application code, in contrast to a proxy that is exclusive of the application" | |

| Claim Term | VirtaMove's Position | Defendants' Position | Court's Construction |
|---|---|---|---|
| applications running under the operating system have use of a unique instance of a corresponding critical system element for performing same function, and<br>iii) wherein a SLCSE related to a predetermined function is provided to the first of the plurality of software applications for running a first instance of the SLCSE, and wherein a SLCSE for performing a same function is provided to the second of the plurality of software applications for running a second instance of the SLCSE simultaneously. | | | |

**Exhibit B – Joint Claim Construction Chart for the IBM Counterclaim Patents**

| Claim Term | IBM's Position | VirtaMove's Position | Court's Construction |
|---|---|---|---|
| *Claim 1 of the '500 patent:*<br><br>1. **A system, comprising**:<br>one or more central processing units; and one or more isolated environments including one or more applications and executables;<br>wherein the one or more central processing units and the one or more isolated environments are configured to interact with each other;<br>**wherein the one or more isolated environments are created during installation of the one or more applications**, and updates to the one or more isolated environments occur as the one or more applications use additional resources;<br>**wherein the one or more isolated environments are removed as part of an uninstall of the one or more applications**;<br>wherein the one or more isolated environments are stored for retrieval at a later time after the uninstall of the one or more applications.<br><br>*Claim 1 of the '038 patent:*<br><br>1. **A system, comprising:**<br>one or more central processing units; and | Plain and ordinary meaning | Indefinite<br><br>In the alternative: the functionality of "creat[ing]" "the one or more isolated environments… during installation" and "remov[ing]" "the one or more isolated environments… as part of an uninstall" must be performed "independently of user intervention." | |

| Claim Term | IBM's Position | VirtaMove's Position | Court's Construction |
|---|---|---|---|
| one or more isolated environments including one or more applications; wherein the one or more central processing units and the one or more isolated environments are configured to interact with each other; **wherein the one or more isolated environments are created during installation of the one or more applications**; wherein updates to the one or more isolated environments occur as the one or more applications use additional resources; and **wherein the one or more isolated environments are** copied to storage and then **removed as part of an uninstall of the one or more applications**.<br><br>_Claim 1 of the '634 patent:_<br><br>1. **A system, comprising:** one or more central processing units; one or more isolated environments including one or more applications; and one or more resource mappings between resources as requested by the one or more applications and the corresponding resources inside said isolated environments; wherein the one or more central processing units and the one or more isolated environments are configured to interact with each other; | | | |

| Claim Term | IBM's Position | VirtaMove's Position | Court's Construction |
|---|---|---|---|
| **wherein a resource mapping for an application is created** or updated **during one or more of installing said application** in an isolated environment, running said application in said isolated environment, or accessing a resource corresponding to said resource mapping; and **wherein a resource mapping for an application is removed** or updated **during one or more of uninstalling said application**, deleting a resource corresponding to said resource mapping, archiving at least one of the one or more isolated environments, or copying an isolated environment to a new location. | | | |
| *Claim 19 of the '500 patent and '038 patent:*<br><br>19. The non-transitory computer readable storage medium of claim 18 comprising instructions for maintaining mapping between **the system resources** inside the one or more isolated environments and outside. | Plain and ordinary meaning | Indefinite | |

| Claim Term | IBM's Position | VirtaMove's Position | Court's Construction |
|---|---|---|---|
| _Claims 1 and 19 of the '858 patent:_<br><br>1. A non-transitory computer readable medium comprising computer executable instructions which when executed by a computer cause the computer to perform the method of:<br>discovering, in a source computing system having a source management infrastructure, at least one source infrastructure management component, wherein said at least one source infrastructure management component is an instance of an image, and wherein said at least one source infrastructure management component is running in a customer environment;<br>querying a database to obtain a description of a target cloud infrastructure;<br>analyzing said at least one source infrastructure management component using said description of said target cloud infrastructure to determine that said at least one source infrastructure management component is **appropriate for** | Plain and ordinary meaning.[2] | Indefinite[3] | |

---

[2] In its Responsive Claim Construction Brief, VirtaMove withdrew its indefiniteness argument and instead proposed that the term be given its "plain and ordinary meaning, which requires an objective determination." _See_ Dkt. 152 at 15. Accordingly, it is IBM's position that VirtaMove has waived any indefiniteness argument with respect to this term.

[3] In IBM's Opening Claim Construction Brief, IBM stated that "this term recites an objective determination and therefore is not indefinite." Dkt. No. 142 at 14. VirtaMove withdrew its indefiniteness challenge expressly in reliance on this statement. Dkt. 152 at 15 ("In reliance on that representation, VirtaMove withdraws its indefiniteness challenge to this term..."). In IBM's Reply Claim Construction Brief, IBM stated that there is no "support or evidence" for "what... the determination entails," and apparently denied that the term "requires an objective determination." Dkt. 154 at 6.

| Claim Term | IBM's Position | VirtaMove's Position | Court's Construction |
|---|---|---|---|
| **infrastructure configuration mapping** to said target cloud infrastructure; stopping an application executing on said at least one source infrastructure management component determined **appropriate for infrastructure configuration mapping**; and capturing said at least one source infrastructure management component determined **appropriate for infrastructure configuration mapping** for migration to said target cloud infrastructure.<br><br>19. A non-transitory computer readable medium comprising computer executable instructions which when executed by a computer cause the computer to perform the method of: discovering, in a source computing system having a source management infrastructure, at least one source infrastructure management component, wherein said at least one source infrastructure management component is an instance of an image, and wherein said at least one source infrastructure management component is running in a customer environment; querying a database to obtain a description of a target cloud infrastructure; analyzing said at least one source infrastructure management component using said description of said target cloud |  |  |  |

| Claim Term | IBM's Position | VirtaMove's Position | Court's Construction |
|---|---|---|---|
| infrastructure to determine that said at least one source infrastructure management component is **appropriate for infrastructure configuration mapping** to said target cloud infrastructure, wherein: in said discovering step, said at least one source infrastructure management component comprises at least one of: at least one source infrastructure management client; at least one source infrastructure management server; at least one source infrastructure management configuration; and at least one source infrastructure management log; in said querying step, said description of said target cloud infrastructure comprises at least one of: cloud infrastructure software standards; and cloud infrastructure software configurations; said analyzing comprises: matching said cloud infrastructure software standards with at least a corresponding one of: said at least one source infrastructure management client; and said at least one source infrastructure management server; and mapping said cloud infrastructure software configurations with said at least one source | | | |

| Claim Term | IBM's Position | VirtaMove's Position | Court's Construction |
|---|---|---|---|
| infrastructure management configuration determined **appropriate for infrastructure configuration mapping**. | | | |
| _Claims 1 and 19 of the '858 patent:_<br><br>1. A non-transitory computer readable medium comprising computer executable instructions which when executed by a computer cause the computer to perform the method of:<br>discovering, in a source computing system having a source management infrastructure, at least one source infrastructure management component, wherein said at least one source infrastructure management component is an **instance of an image**, and wherein said at least one source infrastructure management component is running in a customer environment;<br>querying a database to obtain a description of a target cloud infrastructure;<br>analyzing said at least one source infrastructure management component using said description of said target cloud infrastructure to determine that said at least one source infrastructure management component is appropriate for infrastructure configuration mapping to said target cloud infrastructure; stopping an application executing on said at least one source | Plain and ordinary meaning, which is "an occurrence or copy of an image." | Indefinite.<br><br>In the alternative:<br><br>Image: a template that includes virtual hardware suggestions and a virtual disk containing at least an operating system.<br><br>Instance of an image: a virtual machine derived from an image, which further includes virtual hardware allocations and a hypervisor of virtual machine runtime. | |

| Claim Term | IBM's Position | VirtaMove's Position | Court's Construction |
|---|---|---|---|
| infrastructure management component determined appropriate for infrastructure configuration mapping; and capturing said at least one source infrastructure management component determined appropriate for infrastructure configuration mapping for migration to said target cloud infrastructure. 19. A non-transitory computer readable medium comprising computer executable instructions which when executed by a computer cause the computer to perform the method of: discovering, in a source computing system having a source management infrastructure, at least one source infrastructure management component, wherein said at least one source infrastructure management component is an **instance of an image**, and wherein said at least one source infrastructure management component is running in a customer environment; querying a database to obtain a description of a target cloud infrastructure; analyzing said at least one source infrastructure management component using said description of said target cloud infrastructure to determine that said at least one source infrastructure management component is appropriate for infrastructure | | | |

| Claim Term | IBM's Position | VirtaMove's Position | Court's Construction |
|---|---|---|---|
| configuration mapping to said target cloud infrastructure, wherein: in said discovering step, said at least one source infrastructure management component comprises at least one of: at least one source infrastructure management client; at least one source infrastructure management server; at least one source infrastructure management configuration; and at least one source infrastructure management log; in said querying step, said description of said target cloud infrastructure comprises at least one of: cloud infrastructure software standards; and cloud infrastructure software configurations; said analyzing comprises: matching said cloud infrastructure software standards with at least a corresponding one of: said at least one source infrastructure management client; and said at least one source infrastructure management server; and mapping said cloud infrastructure software configurations with said at least one source infrastructure management configuration determined appropriate for infrastructure configuration mapping. | | | |

| Claim Term | IBM's Position | VirtaMove's Position | Court's Construction |
|---|---|---|---|
| *Claim 1 of the '858 patent:*<br>1. A non-transitory computer readable medium comprising computer executable instructions which when executed by a computer cause the computer to perform the method of:<br>discovering, in a source computing system having a source management infrastructure, at least one source infrastructure management component, wherein said at least one source infrastructure management component is an instance of an image, and wherein said at least one source infrastructure management component is running in a customer environment;<br>querying a database to obtain a description of a target cloud infrastructure;<br>analyzing said at least one source infrastructure management component using said description of said target cloud infrastructure to determine that said at least one source infrastructure management component is appropriate for infrastructure configuration mapping to said target cloud infrastructure; stopping an application executing on said at least one source infrastructure management component determined appropriate for infrastructure configuration mapping; and<br>**capturing** said at least one source infrastructure management component | Plain and ordinary meaning | Plain and ordinary meaning, which is "transferring into a file" | |

| Claim Term | IBM's Position | VirtaMove's Position | Court's Construction |
|---|---|---|---|
| determined appropriate for infrastructure configuration mapping for migration to said target cloud infrastructure. | | | |
| *Claims 3–5 and 7 of the '858 patent:*<br><br>3. The non-transitory computer readable medium of claim 2, wherein said computer executable instructions further cause the computer to perform the additional method step of deriving a description of **non-functional requirements** of said source management infrastructure.<br><br><br>4. The non-transitory computer readable medium of claim 3, wherein:<br>in said discovering step of said method, said at least one source infrastructure management component comprises at least:<br>said at least one source infrastructure management configuration; and<br>said at least one source infrastructure management log;<br>in said querying step of said method, said description of said target cloud infrastructure comprises at least one of:<br>cloud infrastructure software standards;<br>cloud infrastructure software configurations; and<br>a description of **non-functional requirements** of a target management | Plain and ordinary meaning | Indefinite | |

| Claim Term | IBM's Position | VirtaMove's Position | Court's Construction |
|---|---|---|---|
| infrastructure of said target cloud infrastructure; said analyzing step of said method comprises: matching said cloud infrastructure software standards with at least a corresponding one of: said at least one source infrastructure management client; and said at least one source infrastructure management server; mapping said description of said **non-functional requirements** of said source management infrastructure with said description of said **non-functional requirements** of said target management infrastructure; and mapping said cloud infrastructure software configurations with said at least one source infrastructure management configuration and said at least one source infrastructure management log.<br><br><br>5. The non-transitory computer readable medium of claim 4, wherein said mapping of said cloud infrastructure software configurations with said at least one source infrastructure management configuration and said at least one source infrastructure management log is at least partially based on: | | | |

| Claim Term | IBM's Position | VirtaMove's Position | Court's Construction |
|---|---|---|---|
| said matching of said cloud infrastructure software standards with said at least one source infrastructure management client and said at least one source infrastructure management server; and said mapping of said description of said **non-functional requirements** of said source management infrastructure with said description of said **non-functional requirements** of said target management infrastructure.<br><br>7. The non-transitory computer readable medium of claim 6, wherein said mapping of said at least one source infrastructure management process with said at least one target infrastructure management process is at least partially based on said mapping of said description of said **non-functional requirements** of said source management infrastructure with said description of said **non-functional requirements** of said target management infrastructure. | | | |
| _Claims 1, 4–6, 8–12 and 19 of the '858 patent:_<br><br>1. A non-transitory computer readable medium comprising computer executable instructions which when executed by a computer cause the computer to perform the method of: | Plain and ordinary meaning, which is "a network of interconnected nodes." | Plain and ordinary meaning, which is: an infrastructure comprising a network of interconnected nodes that provides for on-demand self-service, broad network access, resource pooling, rapid elasticity, and measured service | |

| Claim Term | IBM's Position | VirtaMove's Position | Court's Construction |
|---|---|---|---|
| discovering, in a source computing system having a source management infrastructure, at least one source infrastructure management component, wherein said at least one source infrastructure management component is an instance of an image, and wherein said at least one source infrastructure management component is running in a customer environment; querying a database to obtain a description of a target **cloud infrastructure**; analyzing said at least one source infrastructure management component using said description of said target **cloud infrastructure** to determine that said at least one source infrastructure management component is appropriate for infrastructure configuration mapping to said target **cloud infrastructure**; stopping an application executing on said at least one source infrastructure management component determined appropriate for infrastructure configuration mapping; and capturing said at least one source infrastructure management component determined appropriate for infrastructure configuration mapping for migration to said target **cloud infrastructure**.<br><br>4. The non-transitory computer readable medium of claim 3, wherein: | | providing transparency for both the provider and consumer of the utilized service. | |

| Claim Term | IBM's Position | VirtaMove's Position | Court's Construction |
|---|---|---|---|
| in said discovering step of said method, said at least one source infrastructure management component comprises at least: said at least one source infrastructure management configuration; and said at least one source infrastructure management log; in said querying step of said method, said description of said target **cloud infrastructure** comprises at least one of: **cloud infrastructure** software standards; **cloud infrastructure** software configurations; and a description of non-functional requirements of a target management infrastructure of said target **cloud infrastructure**; said analyzing step of said method comprises: matching said **cloud infrastructure** software standards with at least a corresponding one of: said at least one source infrastructure management client; and said at least one source infrastructure management server; mapping said description of said non-functional requirements of said source management infrastructure with said description of said non-functional requirements of said target management infrastructure; and | | | |

| Claim Term | IBM's Position | VirtaMove's Position | Court's Construction |
|---|---|---|---|
| mapping said **cloud infrastructure** software configurations with said at least one source infrastructure management configuration and said at least one source infrastructure management log. | | | |
| 5. The non-transitory computer readable medium of claim 4, wherein said mapping of said **cloud infrastructure** software configurations with said at least one source infrastructure management configuration and said at least one source infrastructure management log is at least partially based on: said matching of said **cloud infrastructure** software standards with said at least one source infrastructure management client and said at least one source infrastructure management server; and said mapping of said description of said non-functional requirements of said source management infrastructure with said description of said non-functional requirements of said target management infrastructure. | | | |
| 6. The non-transitory computer readable medium of claim 5, wherein: in said discovering step of said method, said at least one source infrastructure | | | |

| Claim Term | IBM's Position | VirtaMove's Position | Court's Construction |
|---|---|---|---|
| management component further comprises at least one source infrastructure management process; in said querying step of said method, said description of said target **cloud infrastructure** further comprises at least one target infrastructure management process; and said analyzing step of said method further comprises mapping said at least one source infrastructure management process with said at least one target infrastructure management process. | | | |
| 8. The non-transitory computer readable medium of claim 2, wherein: in said querying step of said method, said description of said target **cloud infrastructure** comprises at least one of: **cloud infrastructure** software standards; and **cloud infrastructure** software configurations; said analyzing step of said method comprises: matching said **cloud infrastructure** software standards with at least a corresponding one of: said at least one source infrastructure management client; and | | | |

| Claim Term | IBM's Position | VirtaMove's Position | Court's Construction |
|---|---|---|---|
| said at least one source infrastructure management server; and mapping said **cloud infrastructure** software configurations with said at least one source infrastructure management configuration.<br><br>9. The non-transitory computer readable medium of claim 8, wherein said mapping of said **cloud infrastructure** software configurations with said at least one source infrastructure management configuration is at least partially based on said matching of said **cloud infrastructure** software standards with said at least one source infrastructure management client and said at least one source infrastructure management server.<br><br>10. The non-transitory computer readable medium of claim 9, wherein: in said discovering step of said method, said at least one source infrastructure management component further comprises at least one source infrastructure management process; in said querying step of said method, said description of said target **cloud infrastructure** further comprises at least | | | |

| Claim Term | IBM's Position | VirtaMove's Position | Court's Construction |
|---|---|---|---|
| one target infrastructure management process; and<br>said analyzing step of said method further comprises mapping said at least one source infrastructure management process with said at least one target infrastructure management process.<br><br><br>11. The non-transitory computer readable medium of claim 1, wherein said analyzing step of said method further comprises determining that at least one conflict exists with said at least one mandatory target infrastructure management component, wherein said at least one conflict comprises said at least one source infrastructure management component managing at least one object that said at least one mandatory target infrastructure management component will manage in said target **cloud infrastructure**.<br><br><br>12. The non-transitory computer readable medium of claim 1, wherein said analyzing step of said method further comprises determining that at least one conflict exists with said at least one mandatory target infrastructure management component, wherein said at least one conflict comprises said at least one source infrastructure | | | |

| Claim Term | IBM's Position | VirtaMove's Position | Court's Construction |
|---|---|---|---|
| management component using at least one resource that said at least one mandatory target infrastructure management component will use in said target **cloud infrastructure**.<br><br>19. A non-transitory computer readable medium comprising computer executable instructions which when executed by a computer cause the computer to perform the method of:<br>discovering, in a source computing system having a source management infrastructure, at least one source infrastructure management component, wherein said at least one source infrastructure management component is an instance of an image, and wherein said at least one source infrastructure management component is running in a customer environment;<br>querying a database to obtain a description of a target **cloud infrastructure**;<br>analyzing said at least one source infrastructure management component using said description of said target **cloud infrastructure** to determine that said at least one source infrastructure management component is appropriate for infrastructure configuration mapping to said target **cloud infrastructure**, wherein: | | | |

| Claim Term | IBM's Position | VirtaMove's Position | Court's Construction |
|---|---|---|---|
| in said discovering step, said at least one source infrastructure management component comprises at least one of: at least one source infrastructure management client; at least one source infrastructure management server; at least one source infrastructure management configuration; and at least one source infrastructure management log; in said querying step, said description of said target **cloud infrastructure** comprises at least one of: **cloud infrastructure** software standards; and **cloud infrastructure** software configurations; said analyzing comprises: matching said **cloud infrastructure** software standards with at least a corresponding one of: said at least one source infrastructure management client; and said at least one source infrastructure management server; and mapping said **cloud infrastructure** software configurations with said at least one source infrastructure management configuration determined appropriate for infrastructure configuration mapping. | | | |