## AFFIDAVIT OF SERVICE

| Case: 2:24-cv-00093-JRG | Court: UNITED STATES OF DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS | County: , TX | Job: 12960396 |
|---|---|---|---|
| Plaintiff / Petitioner: Virtamove, Corp | | Defendant / Respondent: Hewlett Packard Enterprise Company | |
| Received by: HSPS Legal Services | | For: Lexitas Legal | |
| To be served upon: Donn Rochette | | Court Date: April 4, 2025 | |

I, Brent Burns, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Donn Rochette, 35021 S Shore DRr, Ayrshire, IA 50515
**Manner of Service:** Personal/Individual, Mar 25, 2025, 5:13 pm CDT
**Documents:** Subpoena to Produce Documents, Information, or Objects, or to Permit Inspection of Premises in a Civil Action (Received Mar 24, 2025 at 11:51am CDT)

**Additional Comments:**
1) Successful Attempt: Mar 25, 2025, 5:13 pm CDT at 35021 S Shore DRr, Ayrshire, IA 50515 received by Donn Rochette. (Server's visual approximation) Age: 60; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 5'7"; Hair: Bald;
Served defendant at his residence.

**Fees:**
State of: Iowa
County of: Dickinson ) SS:

_____  3/26/25
Brent Burns                Date

HSPS Legal Services
327 2nd Street Suite 200
Coralville, IA 52241
319-354-2010

Signed and sworn to before me, a notary public, on this 26th day of March, 2025

Katie Storm
Notary Public
5/2/25
My Commission Expires



KATIE STORM
Commission Number 839127
MY COMMISSION EXPIRES
MAY 2, 2025