AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| VIRTAMOVE, CORP. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-cv-00093-JRG |
| HEWLETT PACKARD ENTERPRISE CO., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant International Business Machines Corp.

Date: 04/01/2025

/s/ Yimeng Dou
*Attorney's signature*

Yimeng Dou / 285248
*Printed name and bar number*

Kirkland & Ellis LLP
555 South Flower Street
Los Angeles, CA 90071
*Address*

yimeng.dou@kirkland.com
*E-mail address*

(213) 680-8283
*Telephone number*

(213) 680-8500
*FAX number*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on April 1, 2025.

*/s/ Yimeng Dou*
Yimeng Dou