# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | Case No. 2:24-cv-00093-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | Case No. 2:24-CV-00064-JRG <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COUNTERCLAIMS

VirtaMove Corp. ("Plaintiff") respectfully moves the Court for a two-week extension of time for Plaintiff to answer Defendant's counterclaims (Dkt. 115). Plaintiff's deadline to answer Defendant's counterclaims is currently due on April 7, 2025, and, with this two-week extension, the deadline would be April 21, 2025. This motion is not being brought for the purpose of delay. This extension is necessary to ensure adequate time for Plaintiff to prepare its answer to Defendant's counterclaims in view of counsels' other commitments.

Counsel for the parties have conferred and all parties agree to this extension. Accordingly, Plaintiff requests that the Court grant the motion and enter the attached proposed Order

Dated: April 7, 2025              Respectfully submitted,

                                  */s/ Daniel B. Kolko*
                                  Reza Mirzaie
                                  CA State Bar No. 246953
                                  Marc A. Fenster
                                  CA State Bar No. 181067
                                  Neil A. Rubin
                                  CA State Bar No. 250761
                                  Jacob R. Buczko
                                  CA State Bar No. 269408
                                  James S. Tsuei
                                  CA State Bar No. 285530
                                  James A. Milkey
                                  CA State Bar No. 281283
                                  Christian W. Conkle
                                  CA State Bar No. 306374
                                  Jonathan Ma
                                  CA State Bar No. 312773
                                  Daniel Kolko
                                  CA State Bar No. 341680
                                  RUSS AUGUST & KABAT
                                  12424 Wilshire Boulevard, 12th Floor
                                  Los Angeles, CA  90025
                                  Telephone: 310-826-7474
                                  Email: rmirzaie@raklaw.com
                                  Email: mfenster@raklaw.com
                                  Email: nrubin@raklaw.com
                                  Email: jbuczko@raklaw.com
                                  Email: jtsuei@raklaw.com
                                  Email: jmilkey@raklaw.com
                                  Email: cconkle@raklaw.com
                                  Email: jma@raklaw.com
                                  Email: dkolko@raklaw.com

                                  Qi (Peter) Tong
                                  TX State Bar No. 24119042
                                  8080 N. Central Expy, Suite 1503
                                  Dallas, TX 75206
                                  Email: ptong@raklaw.com

                                  **ATTORNEYS FOR PLAINTIFF VIRTAMOVE, CORP.**

2

**CERTIFICATE OF SERVICE**

I certify that this document is being served upon counsel of record for Defendants on April 7, 2025 via CM/ECF.

/s/ *Daniel B. Kolko*

**CERTIFICATE OF CONFERENCE**

I certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is an unopposed motion.

/s/ *Daniel B. Kolko*