# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | Case No. 2:24-cv-00093-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | Case No. 2:24-CV-00064-JRG <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COUNTERCLAIMS

VirtaMove Corp. ("Plaintiff") respectfully moves the Court for a one-week extension of time for Plaintiff to answer Defendant Hewlett Packard Enterprise Company's ("Defendant") Counterclaims (Dkt. 116). Plaintiff's deadline to answer Defendant's counterclaims is currently due on April 7, 2025, and, with this one-week extension, the deadline would be April 14, 2025. This motion is not being brought for the purpose of delay. This extension is necessary to ensure adequate time for Plaintiff to prepare its answer to Defendant's counterclaims in view of counsels' other commitments.

Counsel for the parties have conferred and all parties agree to this extension. Accordingly, Plaintiff requests that the Court grant the motion and enter the attached proposed Order

| | |
|---|---|
| Dated:  April 7, 2025 | Respectfully submitted,<br><br>*/s/ Daniel B. Kolko*<br>Reza Mirzaie<br>CA State Bar No. 246953<br>Marc A. Fenster<br>CA State Bar No. 181067<br>Neil A. Rubin<br>CA State Bar No. 250761<br>Jacob R. Buczko<br>CA State Bar No. 269408<br>James S. Tsuei<br>CA State Bar No. 285530<br>James A. Milkey<br>CA State Bar No. 281283<br>Christian W. Conkle<br>CA State Bar No. 306374<br>Jonathan Ma<br>CA State Bar No. 312773<br>Daniel Kolko<br>CA State Bar No. 341680<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025<br>Telephone: 310-826-7474<br>Email: rmirzaie@raklaw.com<br>Email: mfenster@raklaw.com<br>Email: nrubin@raklaw.com<br>Email: jbuczko@raklaw.com<br>Email: jtsuei@raklaw.com<br>Email: jmilkey@raklaw.com<br>Email: cconkle@raklaw.com<br>Email: jma@raklaw.com<br>Email: dkolko@raklaw.com<br><br>Qi (Peter) Tong<br>TX State Bar No. 24119042<br>8080 N. Central Expy, Suite 1503<br>Dallas, TX 75206<br>Email: ptong@raklaw.com<br><br>**ATTORNEYS FOR PLAINTIFF VIRTAMOVE, CORP.** |

1

2

## CERTIFICATE OF SERVICE

I certify that this document is being served upon counsel of record for Defendant on April 7, 2025 via CM/ECF.

/s/ *Daniel B. Kolko*

## CERTIFICATE OF CONFERENCE

I certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is an unopposed motion.

/s/ *Daniel B. Kolko*