# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00093-JRG |
| | § | (LEAD CASE) |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| *Defendant*. | § | |

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00064-JRG |
| | § | (MEMBER CASE) |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court are the Unopposed Motions for Extension of Time to Answer Counterclaims (the "Motions") filed by Plaintiff VirtaMove, Corp. (Dkt. Nos. 162; 163.) In the Motions, Plaintiff asks the Court for a two-week extension of time to answer Defendant International Business Machines Corp.'s ("IBM") counterclaims and for a one-week extension of time to answer Defendant Hewlett Packard Enterprise Company's ("HPE") (together, the "Defendants") counterclaims, which would extend the deadline to answer IBM's counterclaims up to April 21, 2025, and extend the deadline to answer HPE's counterclaims to April 14, 2025. (*Id.* at 1.)

Having considered the Motions, and noting that they are unopposed, the Court finds that they should be and hereby are **GRANTED**. Accordingly, it is **ORDERED** that Plaintiff's time to answer Defendant HPE's counterclaims is **extended** up to and including **April 14, 2025**, and Plaintiff's time to answer Defendant IBM's counterclaims is **extended** up to and including **April 21, 2025**.

**So ORDERED and SIGNED this 14th day of April, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE