IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | Case No. 2:24-cv-00093-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | Case No. 2:24-CV-00064-JRG <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

## PROPOSED ORDER

On this date the Court considered the Unopposed Motion for Extension of time to Answer Hewlett Packard Enterprise Company's ("Defendant") Counterclaims (Dkt. 116), filed by Plaintiff VirtaMove Corp. ("Plaintiff"). Based on the motion and the grounds set forth therein, the Court finds that good cause has been established, and the Unopposed Motion for Extension of Time should be granted.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's time to respond to the Counterclaims shall be extended by one week, from April 14, 2025 to April 21, 2025.

**IT IS SO ORDERED.**

1