## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:24-CV-00093-JRG |
| | § | (LEAD CASE) |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:24-CV-00064-JRG |
| | § | (MEMBER CASE) |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to Answer Counterclaims (the "Motion") filed by Plaintiff VirtaMove, Corp.  (Dkt. No. 167.)  In the Motion, Plaintiff asks the Court for a one-week extension of time to answer Defendant Hewlett Packard Enterprise Company's ("HPE") Counterclaims (Dkt. 116), which would extend the deadline to answer HPE's counterclaims up to April 21, 2025. (*Id.* at 1.)  The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**.  Accordingly, it is **ORDERED** that Plaintiff's time to answer Defendant HPE's counterclaims is **extended** up to and including **April 21, 2025**.

So ORDERED and SIGNED this 15th day of April, 2025.

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE