# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| Defendant. | § | |
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF CHARLES EVERINGHAM IV

COMES NOW, Defendant/Counter-Plaintiff International Business Machines Corp. ("IBM" or "Defendant") and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Charles Everingham IV, State Bar Number 00787447, of Miller Fair Henry PLLC, 1507 Bill Owens Parkway, Longview, Texas, 75604, (903) 757-6400, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Dated: April 16, 2025

Respectfully submitted,

*/s/ Charles Everingham IV*
Todd M. Friedman (*pro hac vice*)
KIRKLAND & ELLIS LLP

1

    601 Lexington Avenue
    New York, NY 10022
    Telephone:    (212) 446-4800
    Facsimile:    (212) 446-4900
    Email: todd.friedman@kirkland.com

    Brandon H. Brown
    California State Bar No. 266347
    Kyle A. Calhoun (*pro hac vice*)
    KIRKLAND & ELLIS LLP
    555 California Street
    San Francisco, CA 94104
    Telephone:    (415) 439-1400
    Facsimile:    (415) 439-1500
    Email: brandon.brown@kirkland.com
    Email: kyle.calhoun@kirkland.com

    *Of Counsel:*

    Andrea L. Fair
    Texas State Bar No. 24078488
    Charles Everingham IV
    Texas State Bar No. 00787447
    MILLER FAIR HENRY PLLC
    1507 Bill Owens Parkway
    Longview, TX 75604
    Telephone:    (903) 757-6400
    Facsimile:    (903) 757-2323
    Email: andrew@millerfairhenry.com
    Email: chad@millerfairhenry.com

    *Attorneys for Defendant*
    *International Business Machines Corp*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on April 16, 2025.

*/s/ Charles Everingham IV*
Charles Everingham IV
