**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
-------------------------------------------------------X
VIRTAMOVE, CORP.,

        Plaintiff,

     -against-

HEWLETT PACKARD ENTERPRISE
COMPANY,

        Defendants.
-------------------------------------------------------X

Civil Action No. 2:24-cv-00093-JRG

AFFIRMATION OF SERVICE

**MIKE NETHEBRY** affirms that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 10th day of April, 2025, at approximately the time of 1:53 pm, deponent served a true copy of the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION AND SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** upon **GREG O'CONNOR** at 1581 Zurs Ct., Alpine Meadows, CA 96149 by personally delivering and leaving the same with **GREG O'CONNOR** at that address. At that time, a witness fee in the amount of $163.14 was tendered.

**GREG O'CONNOR** is a white male, approximately 65 years of age, stands approximately 5 feet 9 inches tall, and weighs approximately 165 pounds with grey hair.

**MIKE NETHEBRY** affirms this _14_ day of April, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and understands that this document may be filed in an action or proceeding in a court of law.

MIKE NETHEBRY

\# 306767

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com