# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00093-JRG (LEAD CASE) |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § § § | |
| *Defendant.* | § § § | |
| v. | § § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § § § § | CIVIL ACTION NO. 2:24-CV-00064-JRG (MEMBER CASE) |
| *Defendant.* | § § § § | |

## MINUTES FOR *MARKMAN* HEARING
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 17, 2025

**OPEN:** 01:09 PM                                                              **ADJOURN:** 04:17 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| TECHNICAL ADVISOR: | Michael Paul |
| LAW CLERK: | Riley Zoch |
| COURT REPORTER: | Karen Tyler, CCR (LA), CSR (TX), TCRR, CRR, RDR, CRC |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

- 2 -

| TIME | MINUTE ENTRY |
|---|---|
| 01:09 PM | Court opened. |
| 01:10 PM | Court called for announcements from counsel. |
| 01:12 PM | Court began hearing claim construction argument on a claim-by-claim basis.<br>• Presented argument on behalf of Plaintiff:<br>　Mr. James Milkey<br>　Mr. Christian Conkle<br>• Presented argument on behalf of Defendants:<br>　Ms. Bethany Salpietra<br>　Mr. Brandon Brown<br>　Mr. Nate Ngerebara<br>　Mr. Samuel Kassa<br>　Mr. Todd Friedman<br>　Ms. Yimeng Dou |
| 03:06 PM | Recess. |
| 03:16 PM | Court reconvened. |
| 03:16 PM | Continuation of argument. |
| 04:16 PM | Argument concluded. |
| 04:17 PM | Court to take claim construction under submission. |
| 04:17 PM | Court adjourned. |