

Case 2:24-cv-00093-JRG   Document 172-1   Filed 04/17/25   Page 1 of 1 PageID #: 14446

2:24-cv-00093-JRG (lead case) and 2:24-cv-00064-JRG (member case)
VirtaMove Corp v Hewlett Packard Enterprise Company *et al*
April 17, 2025 at 1:00 PM

## Markman Hearing

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Katharine Burke | HPE |
| Doug Kubehl | " " |
| Bethany Salpietra | " " |
| Sam Kassa | " " |
| Josh Thane | " " |
| Chad Everingham | IBM |
| Brandon Brown | IBM |
| Todd Friedman | IBM |
| Yimeng Dou | IBM. |
| Nate Ngerebara | IBM |
| James Milkey | VirtaMove |
| Christian Conkle | " " |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| | |