AO 435 (Rev. 10/23)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

*Please Read Instructions:*

| | | |
|---|---|---|
| 1. NAME: Bethany Salpietra | 2. PHONE NUMBER: (214) 953-6765 | 3. DATE: 4/21/2025 |
| 4. DELIVERY ADDRESS OR EMAIL: bethany.salpietra@bakerbotts.com | 5. CITY: Dallas | 6. STATE: TX  7. ZIP CODE: 75201 |
| 8. CASE NUMBER: 2:24-cv-00093-JRG   9. JUDGE: Gilstrap | DATES OF PROCEEDINGS — 10. FROM: 4/17/2025 | 11. TO: |
| 12. CASE NAME: VirtaMove, Corp. v. Hewlett Packard Enterprise Company | LOCATION OF PROCEEDINGS — 13. CITY: Marshall | 14. STATE: 4/17/2025 |

15. ORDER FOR
- ☐ APPEAL
- ☒ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Markman Hearing | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES NO. OF COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | ☐ | ☐ | | | |
| 14-Day | ☐ | ☐ | | | |
| 7-Day | ☒ | ☐ | | | |
| 3-Day | ☐ | ☐ | | | |
| Next-Day | ☐ | ☐ | | | |
| 2-Hour | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: /s/ *Bethany Salpietra*

19. DATE: 4/21/2025

PROCESSED BY:

PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:

COURT ADDRESS:

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY