**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| Plaintiff, | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| v. | § | |
| | § | |
| HEWLETT PACKARD ENTERPRISE | § | **JURY TRIAL DEMANDED** |
| COMPANY, | § | |
| Defendant. | § | |
| | § | |
| | § | |
| VIRTAMOVE, CORP., | § | |
| Plaintiff, | § | Case No. 2:24-CV-00064-JRG |
| | § | (Member Case) |
| v. | § | |
| | § | |
| INTERNATIONAL BUSINESS | § | **JURY TRIAL DEMANDED** |
| MACHINES | § | |
| CORP., | § | |
| Defendant. | § | |
| | § | |

**UNOPPOSED MOTION TO WITHDRAW UNOPPOSED MOTION FOR EXTENSION AND TO AMEND DISCOVERY ORDER (DKT. 177)**

Plaintiff VirtaMove Corp. ("VirtaMove") respectfully moves the Court to withdraw its Unopposed Motion For Extension and To Amend Docket Control Order (Dkt. 177), filed on April 23, 2025 and shows the Court as follows:

On April 23, 2025, VirtaMove filed an Unpposed Motion For Extension and To Amend Docket Control Order (Dkt. 177). Since filing, disagreement regarding the precise language in the prior motion arose. The Parties agree that the Motion should be withdrawn to give the parties time to cooperatively resolve their disagreement and file a corrected joint or unopposed motion. The Parties are currently working cooperatively to resolve their disagreement and intend to file a corrected joint or unopposed motion once they are able to reach an agreement.

-1-

WHEREFORE, Plaintiff respectfully requests that the Court withdraw the Unopposed

Motion for Extension and To Amend Docket Control Order (Dkt. 177).

Dated: April 23, 2025                    Respectfully submitted,


                                         By: */s/ Reza Mirzaie*

                                         Reza Mirzaie (CA SBN 246953)
                                         rmirzaie@raklaw.com
                                         Marc A. Fenster (CA SBN 181067)
                                         mfenster@raklaw.com
                                         Neil A. Rubin (CA SBN 250761)
                                         nrubin@raklaw.com
                                         James A. Milkey (CA SBN 281283)
                                         jmilkey@raklaw.com
                                         Amy E. Hayden (CA SBN 287026)
                                         ahayden@raklaw.com
                                         Jacob Buczko (CA SBN 269408)
                                         jbuczko@raklaw.com
                                         James Tsuei (CA SBN 285530)
                                         jtsuei@raklaw.com
                                         Christian W. Conkle (CA SBN 306374)
                                         cconkle@raklaw.com
                                         Jonathan Ma (CA SBN 312773)
                                         jma@raklaw.com
                                         Daniel B. Kolko (CA SBN 341680)
                                         dkolko@raklaw.com
                                         **RUSS AUGUST & KABAT**
                                         12424 Wilshire Boulevard, 12th Floor
                                         Los Angeles, CA 90025
                                         Telephone: (310) 826-7474

                                         Qi (Peter) Tong (TX SBN 24119042)
                                         **RUSS AUGUST & KABAT**
                                         4925 Greenville Ave., Suite 200
                                         Dallas, TX 75206
                                         Telephone: (310) 826-7474

                                         *Attorneys for Plaintiff VirtaMove, Corp.*

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on April 23, 2025.

*/s/ Daniel B. Kolko*
Daniel B. Kolko

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is a joint motion.

*/s/ Daniel B. Kolko*
Daniel B. Kolko