# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., <br>     Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br>     Defendant. | § § § § § § § § § § § § | Case No. 2:24-cv-00093-JRG <br> (Lead Case) <br><br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br>     Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br>     Defendant. | § § § § § § § § § § § § § | Case No. 2:24-CV-00064-JRG <br> (Member Case) <br><br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW UNOPPOSED MOTION FOR EXTENSION AND TO AMEND DISCOVERY ORDER (DKT. 177)

The Unopposed Motion to Withdraw, having been presented and good causing appearing, is hereby GRANTED. The Unopposed Motion For Extension and To Amend Docket Control Order (Dkt. 177) is hereby withdrawn.