IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., <br>     Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br>     Defendant. | § § § § § § § § § § § § | Case No. 2:24-cv-00093-JRG <br> (Lead Case) <br><br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br>     Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br>     Defendant. | § § § § § § § § § § § § § | Case No. 2:24-CV-00064-JRG <br> (Member Case) <br><br><br> **JURY TRIAL DEMANDED** |

## CORRECTED UNOPPOSED MOTION FOR EXTENSION AND TO AMEND DOCKET CONTROL ORDER

Plaintiff VirtaMove Corp. ("VirtaMove") respectfully moves the Court extend the fact-discovery deadline by two weeks in the above captioned-cases for VirtaMove, Hewlett Packard Enterprise Company ("HPE"), and International Buisness Machines Corp. ("IBM") (collectively, the "Parties"). Specifically, the Parties ask that the deadline to complete fact discovery and file motions to compel discovery be extended from May 15, 2025 to May 29, 2025, with all following deadlines modestly shifted pursuant to the attached Exhibit. This request is unopposed.

Good cause exists for this extension. VirtaMove alleges there are trial conflicts in the schedules of certain of VirtaMove team members. VirtaMove has diligently corresponded with the Parties, requested additional time to complete fact discovery, and HPE and IBM have agreed to

the proposed extension as a courtesy and compromise in good faith. In particular, given that certain counsel for VirtaMove are in trial this week in *Headwater v. Samsung*, No. 2:23-cv-00103 (E.D. Tex.), that has limited their availability and has imposed constraints on the scheduling of depositions. This Motion is not made for purposes of delay, will not prejudice any party, and, if granted, will not interfere with any other deadline in this case. There have been no other extension requests related to the deadlines contemplated herein.

For these reasons, VirtaMove submits that good cause exists to extend the aforementioned deadlines in this matter and respectfully request that the Court grant this Unopposed Motion accordingly.

Dated: April 24, 2025            Respectfully submitted,

By: */s/ Reza Mirzaie*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on April 24, 2025.

*/s/ Daniel B. Kolko*
Daniel B. Kolko

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is a joint motion.

*/s/ Daniel B. Kolko*
Daniel B. Kolko
