IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>Plaintiff,<br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | Case No. 2:24-cv-00093-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP.,<br><br>Plaintiff,<br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>Defendant. | Case No. 2:24-CV-00064-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

Before the Court is Defendant HPE's Motion to Preclude and, in the Alternative, Compel Production of Documents and VirtaMove Witnesses for Deposition. Dkt. 169 ("Motion").

Having considered the Motion, and VirtaMove's opposition thereto, the Court hereby **DENIES** the motion in its entirety. Furthermore, the Court issues sanctions against HPE for unreasonably demanding that witnesses in Canada and Massachusetts travel to Texas for deposition in violation of Rule 45. The Court finds that HPE made these demands to needlessly increase the cost of litigation. The Court **ORDERS** HPE to pay all costs related to VirtaMove's compliance with HPE's subpoena's for these witnesses. **IT IS SO ORDERED.**