# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | § Case No. 2:24-cv-00093-JRG <br> § (Lead Case) <br> § <br> § <br> § **JURY TRIAL DEMANDED** <br> § <br> § <br> § <br> § <br> § <br> § |
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | § Case No. 2:24-cv-00064-JRG <br> § (Member Case) <br> § <br> § <br> § **JURY TRIAL DEMANDED** <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## ORDER GRANTING IBM'S UNOPPOSED MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS

Before the Court is Defendant International Business Machines Corp.'s ("IBM") Unopposed Motion for Leave to Amend Invalidity Contentions. Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**.