# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> *Defendant*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00093-JRG <br> (LEAD CASE) |
| VIRTAMOVE, CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> *Defendant*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00064-JRG <br> (MEMBER CASE) |

## ORDER

Before the Court is Defendant International Business Machines Corp.'s ("IBM") Unopposed Motion for Leave to Amend Invalidity Contentions (the "Motion"). (Dkt. No. 189.) In the Motion, IBM moves for leave to serve one additional invalidity contention claim chart. (*Id.* at 1.) The Motion is unopposed. (*Id.* at 1.)

Having considered the Motion, and noting that it is unopposed, the Court finds that there is good cause to grant the requested leave for IBM to amend its Invalidity Contentions and serve the one additional invalidity contention claim chart. Accordingly, the Motion is **GRANTED**.

**So ORDERED and SIGNED this 27th day of May, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE