# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, COPR., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | Civil Action No.: 2:24-cv-00093-JRG (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, COPR., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | Civil Action No.: 2:24-cv-00064-JRG (Member Case) <br><br> **JURY TRIAL DEMANDED** |

### ORDER GRANTING HPE'S UNOPPOSED MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS

Before the Court is Defendant Hewlett Packard Enterprise Company's ("HPE") Unopposed Motion for Leave to Amend Invalidity Contentions. Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**.