# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00093-JRG |
| | § | (LEAD CASE) |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| Defendant. | § | |

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00064-JRG |
| | § | (MEMBER CASE) |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant Hewlett Packard Enterprise Company's ("HPE") Unopposed Motion for Leave to Amend Invalidity Contentions (the "Motion"). (Dkt. No. 191.) In the Motion, HPE moves for leave to serve one additional invalidity contention claim chart. (*Id.* at 1.) Plaintiff VirtaMove Corp. does not oppose. (*Id.*)

Having considered the Motion, and noting that it is unopposed, the Court finds that good cause exists to grant the requested leave for HPE to serve one additional invalidity contention claim chart. Accordingly, the Motion is **GRANTED**.

**So ORDERED and SIGNED this 30th day of May, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE