# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00093-JRG |
| | § | (LEAD CASE) |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| Defendant. | § | |

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00064-JRG |
| | § | (MEMBER CASE) |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff VirtaMove, Corp.'s ("VirtaMove") Unopposed Motion for Leave to Amend Invalidity Contentions (the "Motion"). (Dkt. No. 192.) In the Motion, VirtaMove moves for leave to supplement its invalidity contentions to address the testimony of the sole inventor of the Havemose Patents. (*Id.* at 1.) The Motion is unopposed. (*Id.* at 1.)

Having considered the Motion, and noting that it is unopposed, the Court finds that good cause exists to grant the requested leave for VirtaMove to supplement its invalidity contentions to address the testimony of the sole inventor of the Havemose Patents. Accordingly, the Motion is **GRANTED**.

**So ORDERED and SIGNED this 30th day of May, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE