UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | Case No. 2:24-cv-00093-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>Defendant. | Case No. 2:24-CV-00064-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR LEAVE TO TAKE DEPOSITIONS OUT OF TIME**

Plaintiff VirtaMove ("Plaintiff") and Defendant International Business Machines Corp. ("Defendant") (altogether the "parties") hereby move the Court for leave to conduct two depositions after the original fact discovery deadline.

The original fact discovery deadline was May 29, 2025. Due to scheduling issues, the parties and the following two witnesses were unable to schedule the two depositions before the close of fact discovery. Plaintiff and Defendant have agreed to the following depositions (the timing of which neither party opposes):

1

| **Deponent** | **Date** |
|---|---|
| David Roth | May 30, 2025 |
| John Beck | June 4, 2025 |

In this motion, the parties jointly seek leave be granted to the foregoing limited discovery.

The parties are not seeking leave for purposes of delay.

Dated:  June 4, 2025               Respectfully submitted,

*/s/ Jefferson Cummings*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
Jefferson Cummings (DC SBN 90027452)
jcummings@raklaw.com

**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
ptong@raklaw.com

**RUSS AUGUST & KABAT**
4925 Greenville Ave, Suite 200
Dallas, TX 75206
*Attorneys for Plaintiff VirtaMove, Corp.*

2

/s/ Kyle Calhoun

Todd M. Friedman (admitted *pro hac vice*)
NY State Bar No. 2939429
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: todd.friedman@kirkland.com

Brandon H. Brown
CA State Bar No. 266347
Kyle Calhoun (admitted *pro hac vice*)
CA State Bar No. 311181
Nate Ngerebara (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: brandon.brown@kirkland.com
Email: kyle.calhoun@kirkland.com
Email: nate.ngerebara@kirkland.com

*Of Counsel*:

Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Defendant
International Business Machines Corp.*

3

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiff conferred with counsel for Defendant, and this is a joint motion.

*/s/ Jefferson Cummings*
Jefferson Cummings

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via CM/ECF on June 4, 2025.

*/s/ Jefferson Cummings*
Jefferson Cummings
