# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | Case No. 2:24-cv-00093-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>Defendant. | Case No. 2:24-CV-00064-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION FOR LEAVE TO TAKE DEPOSITIONS OUT OF TIME (DKT. 199)**

On this date, the Court considered the Joint Motion for Leave to Take Depositions Out of Time (Dkt. 199) filed by Plaintiff VirtaMove Corp. ("Plaintiff" or "VirtaMove") and Defendant International Business Machines Corp. ("Defendant") (collectively "the parties"). Based on the motion and the grounds set forth therein, and the agreement of the Parties in the motion, the Court finds that good cause has been established and the Joint Unopposed Motion for Leave to Take Depositions Out of Time should be granted.

**THEREFORE, IT IS HEREBY ORDERED** that the parties' Joint Motion for Leave to Take Depositions Out of Time is **GRANTED**.

**IT IS SO ORDERED.**