# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> HEWLETT PACKARD ENTERPRISE § <br> COMPANY, § <br> § <br> *Defendant*. § | | CIVIL ACTION NO. 2:24-CV-00093-JRG <br> (LEAD CASE) |
| VIRTAMOVE, CORP., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> INTERNATIONAL BUSINESS § <br> MACHINES CORP., § <br> § <br> *Defendant*. § | | CIVIL ACTION NO. 2:24-CV-00064-JRG <br> (MEMBER CASE) |

## ORDER

Before the Court is the Joint Motion for Leave to Take Depositions Out of Time (the "Motion") filed by Plaintiff VirtaMove, Corp. and Defendant International Business Machines Corp. (collectively, the "Parties"). (Dkt. No. 199.) In the Motion, the Parties move for leave to conduct two depositions after the original fact discovery deadline. (*Id.* at 1.) The Parties represent that they were unable to schedule the two depositions before the close of fact discovery due to scheduling issues of the Parties and the witnesses. (*Id.*) The Parties have agreed to the depositions of David Roth on May 30, 2025, and John Beck on June 4, 2025. (*Id.* at 1-2.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the Parties have leave to conduct the two depositions as requested.

**So Ordered this**

**Jun 5, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE