# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | Civil Action No. 2:24-CV-00093-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | Civil Action No. 2:24-CV-00064-JRG <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendant Hewlett Packard Enterprise Company's ("HPE") Motion to Compel (the "Motion"). Having considered the same, the Court hereby **GRANTS** the Motion. IT IS HEREBY ORDERED: Plaintiff VirtaMove Corp. ("VirtaMove") must produce: (1) documents and information in response to Defendants' Common Interrogatory No. 7 and HPE's individual Interrogatory No. 10 relating to VirtaMove's affiliates' assets, corporate relationship to VirtaMove, and rights relating to the asserted patents; (2) a narrative response to Defendants' Common Interrogatory No. 2 identifying prior offers for sale, or public uses, demonstrations, or disclosures of Trigence's allegedly patented-practicing embodiments; and (3) material regarding

the identities and financial interests and profit-sharing arrangements of VirtaMove Corp.'s shareholders that explain whether and how any proceeds from litigation are distributed or shared, including the material underlying the testimony of VirtaMove's 30(b)(6) witness, Mr. Nigel Stokes.

    **IT IS SO ORDERED**.