**OBERGERICHT
DES KANTONS SCHAFFHAUSEN**
Frauengasse 17  8200 Schaffhausen  052 632 74 22  justiz.sh.ch



**Rückschein**

The Honorable J. Rodney Gilstrap
United States District Court for the
Eastern District of Texas
Sam B. Hall, Jr. Federal Building and
United States Courthouse
100 East Houston Street
US-75670, Texas, Marshall

Schaffhausen, 26. Mai 2025

| | |
|---|---|
| Nummer | 91/2025/24 |
| Ihr Zeichen | **2:24-cv-00093-JRG** |
| Rechtsmittel | Ersuchen des United States District Court for the Eastern District of Texas |
| Gegenstand | **Internationale Rechtshilfe in Zivilsachen (Beweiserhebung)** |

Sehr geehrter Bundesrichter Gilstrap

Am 25.03.2025 ist Ihr Rechtshilfeersuchen beim Obergericht des Kantons Schaffhausen eingegangen.

In der Beilage erhalten Sie die in der erwähnten Sache ergangene Verfügung des Kantonsgerichts Schaffhausen vom 19.05.2025. Das Kantonsgericht hat Ihr Ersuchen "als erledigt abgeschrieben".

Freundliche Grüsse
OBERGERICHT DES KANTONS SCHAFFHAUSEN
Gerichtsschreiber

Roger Reschek

Beilagen  Verfügung Nr. 2025/472-61-pd vom 19.05.2025 samt Eingabe der Virtuozzo International GmbH vom 12.05.2025 mit Beilage
Ihr Ersuchen vom 14.02.2025

Gegen den Vollstreckungsentscheid des Kantonsgerichts Schaffhausen kann **innert 10 Tagen** nach dessen Empfang beim **Obergericht Schaffhausen,** 8200 Schaffhausen, Frauengasse 17, **Beschwerde** nach Art. 309 lit. a i.V.m. Art. 319 lit. a ZPO erhoben werden. Die Beschwerde muss spätestens am letzten Tag der Frist beim Obergericht eingereicht oder zu dessen Handen der schweizerischen Post oder einer schweizerischen diplomatischen oder konsularischen Vertretung übergeben werden. Die Beschwerde ist schriftlich und begründet im Doppel einzureichen. In der Begründung ist anzugeben, inwiefern der angefochtene Entscheid Recht verletzt oder auf einer offensichtlich unrichtigen Sachverhaltsfeststellung beruht. Der angefochtene Entscheid ist beizulegen (Art. 320 f. ZPO).