# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | Case No. 2:24-cv-00093-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>Defendant. | Case No. 2:24-CV-00064-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION FOR EXTENSION AND TO AMEND THE DOCKET CONTROL ORDER

Plaintiff VirtaMove Corp. ("VirtaMove") respectfully moves the Court extend the opening expert report deadline by three days in the above-captioned case for VirtaMove and Hewlett Packard Enterprise Company ("HPE"), and one week in the above-captioned case for VirtaMove and International Business Machines Corp. ("IBM") (collectively, the "Parties"). Specifically, the Parties ask that the deadline to file opening expert reports be extended from June 16, 2025 to June 19, 2025 (HPE) and June 23, 2025 (IBM), with all following deadlines modestly shifted pursuant to the attached Exhibit. This request is unopposed.

1

Good cause exists for this extension. Specifically, VirtaMove's expert suffered a medical issue that has impacted his ability to meet the original deadline. Additionally, certain of VirtaMove's team members have trial conflicts in *Headwater Research LLC v Cello Partnership d/b/a Verizon Wireless*, Case No. 2:23-cv-352 (E.D. Tex.). VirtaMove has diligently corresponded with HPE and IBM, requested additional time for opening expert reports, and HPE and IBM have agreed to the proposed extension in good faith. This Motion is not made for purposes of delay, will not prejudice any party, and, if granted, will not interfere with any other deadline in this case.

Dated: June 12, 2025

Respectfully submitted,

*/s/ Jefferson Cummings*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
Jefferson Cummings (DC SBN 90027452)
jcummings@raklaw.com

**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
ptong@raklaw.com

**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503

Dallas, TX 75206
*Attorneys for Plaintiff VirtaMove, Corp.*

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiff conferred with counsel for Defendant, and this motion is unopposed.

*/s/ Jefferson Cummings*
Jefferson Cummings

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on June 12, 2025.

*/s/ Jefferson Cummings*
Jefferson Cummings
