IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br>  Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br>  Defendant. | §<br>§ Case No. 2:24-cv-00093-JRG<br>§ (Lead Case)<br>§<br>§<br>§<br>§ **JURY TRIAL DEMANDED**<br>§<br>§<br>§<br>§ |
| VIRTAMOVE, CORP.,<br>  Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br>  Defendant. | §<br>§<br>§ Case No. 2:24-CV-00064-JRG<br>§ (Member Case)<br>§<br>§<br>§ **JURY TRIAL DEMANDED**<br>§<br>§<br>§<br>§ |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION REGARDING HPE'S MOTION TO COMPEL (DKT. 193)**

Plaintiff VirtaMove, Corp. ("VirtaMove") respectfully moves for a three day extension of time for Plaintiff to file its response to Defendant Hewelett Packard Enterprises ("HPE") (collectively with VirtaMove, the "Parties") Motion to Compel (Dkt. 193). With a three day extension from June 12, 2025, the deadline for VirtaMove's response would be extended to June 16, 2025.

These extensions are not being sought for purposes of delay, but rather to ensure the Parties and their counsel have adequate time to address the issues raised in HPE's Motion and continue working towards narrowing the disputes.

Counsel for the Parties have conferred and HPE does not oppose this extension. Accordingly, Plaintiff requests that the Court grant the motion and enter the attached proposed Order.

Dated: June 12, 2025                    Respectfully submitted,

                                        By: /s/ Qi (Peter) Tong

                                        Reza Mirzaie (CA SBN 246953)
                                        rmirzaie@raklaw.com
                                        Marc A. Fenster (CA SBN 181067)
                                        mfenster@raklaw.com
                                        Neil A. Rubin (CA SBN 250761)
                                        nrubin@raklaw.com
                                        James A. Milkey (CA SBN 281283)
                                        jmilkey@raklaw.com
                                        Jacob Buczko (CA SBN 269408)
                                        jbuczko@raklaw.com
                                        James Tsuei (CA SBN 285530)
                                        jtsuei@raklaw.com
                                        Christian W. Conkle (CA SBN 306374)
                                        cconkle@raklaw.com
                                        Jonathan Ma (CA SBN 312773)
                                        jma@raklaw.com
                                        Daniel B. Kolko (CA SBN 341680)
                                        dkolko@raklaw.com
                                        **RUSS AUGUST & KABAT**
                                        12424 Wilshire Boulevard, 12th Floor
                                        Los Angeles, CA 90025
                                        Telephone: (310) 826-7474

                                        Qi (Peter) Tong (TX SBN 24119042)
                                        ptong@raklaw.com
                                        **RUSS AUGUST & KABAT**
                                        8080 N. Central Expy., Suite 1503
                                        Dallas, TX 75206
                                        Telephone: (310) 826-7474
                                        *Attorneys for Plaintiff VirtaMove, Corp.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is a joint motion.

*/s/ Qi (Peter) Tong*
Qi (Peter) Tong

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on June 12, 2025.

*/s/ Qi (Peter) Tong*
Qi (Peter) Tong
