# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., § § § *Plaintiff*, § § v. § § HEWLETT PACKARD ENTERPRISE § COMPANY, § § *Defendant*. § | | CIVIL ACTION NO. 2:24-CV-00093-JRG (LEAD CASE) |
| VIRTAMOVE, CORP., § § § *Plaintiff*, § § v. § § INTERNATIONAL BUSINESS § MACHINES CORP., § § *Defendant*. § | | CIVIL ACTION NO. 2:24-CV-00064-JRG (MEMBER CASE) |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to File Opposition Regarding HPE's Motion to Compel (Dkt. 193) (the "Motion for Extension") filed by Plaintiff VirtaMove, Corp. ("Plaintiff") (Dkt. No. 205.) In the Motion for Extension, Plaintiff requests that the Court extend its deadline to file its response to Defendant Hewlett Packard Enterprise's Motion to Compel (Dkt. 193) from June 12, 2025, up to June 16, 2025. (*Id.* at 1.)

Having considered the Motion for Extension, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Plaintiff's deadline to file its response be **extended** from June 12, 2025, up to and including **June 16, 2025**.

**So ORDERED and SIGNED this 13th day of June, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE