# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br>         Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br>         Defendant. | Case No. 2:24-cv-00093-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff VirtaMove Corp. ("VirtaMove") and Defendant Hewlett Packard Enterprise Company ("Defendant") (together, "the Parties") file this Joint Motion to Stay All Deadlines and Notice of Settlement to notify the Court that the Parties have reached a settlement in principle as to all matters in controversy between them. As such, the Parties respectfully request that all remaining case deadlines be stayed for thirty (30) days while the Parties finalize a settlement agreement and file dismissal papers with the Court. It is in the interest of judicial economy to grant this Joint Motion.

For the foregoing reasons and good cause shown, the Parties respectfully request the Court enter an order staying all remaining case deadlines for thirty (30) days.

Respectfully submitted,

| | |
|---|---|
| *Reza Mirzaie (w/ permission)* | *Jennifer H. Doan* |
| Reza Mirzaie (CA SBN 246953) | Jennifer H. Doan |
| rmirzaie@raklaw.com | Texas Bar No. 08809050 |
| Marc A. Fenster (CA SBN 181067) | Joshua R. Thane |
| mfenster@raklaw.com | Texas Bar No. 24060713 |
| Neil A. Rubin (CA SBN 250761) | Haleigh Hashem |
| nrubin@raklaw.com | Texas Bar No. 24142230 |
| James A. Milkey (CA SBN 281283) | HALTOM & DOAN |
| jmilkey@raklaw.com | 6500 Summerhill Road, Suite 100 |
| Amy E. Hayden (CA SBN 287026) | Texarkana, TX  75503 |
| ahayden@raklaw.com | Telephone: (903) 255-1000 |
| Jacob Buczko (CA SBN 269408) | Facsimile: (903) 255-0800 |
| jbuczko@raklaw.com | Email:  jdoan@haltomdoan.com |
| James Tsuei (CA SBN 285530) | Email: jthane@haltomdoan.com |
| jtsuei@raklaw.com | |
| Christian W. Conkle (CA SBN 306374) | Katharine Burke (Lead Attorney) |
| cconkle@raklaw.com | DC Bar Number: 985333 |
| Jonathan Ma (CA SBN 312773) | Katharine.burke@bakerbotts.com |
| jma@raklaw.com | Samuel L. Kassa |
| Daniel B. Kolko (CA SBN 341680) | DC Bar Number: 187255 |
| dkolko@raklaw.com | Sam.kassa@bakerbotts.com |
| **RUSS AUGUST & KABAT** | **BAKER BOTTS L.L.P.** |
| 12424 Wilshire Boulevard, 12th Floor | 700 K Street, N.W. |
| Los Angeles, CA 90025 | Washington, DC 20001-5692 |
| Telephone: (310) 826-7474 | Tel: (202) 639-7700 |
| | Fax: (202) 639-7890 |
| Qi (Peter) Tong (TX SBN 24119042) | |
| **RUSS AUGUST & KABAT** | Douglas M. Kubehl |
| 4925 Greenville Ave., Suite 200 | Texas Bar No. 00796909 |
| Dallas, TX 75206 | Doug.kubehl@bakerbotts.com |
| Telephone: (310) 826-7474 | Morgan Mayne |
| | Texas Bar No. 24084387 |
| *Attorneys for Plaintiff VirtaMove, Corp.* | Morgan.mayne@bakerbotts.com |
| | Emily Deer |
| | Texas Bar No. 24116352 |
| | **BAKER BOTTS L.L.P.** |
| | 2001 Ross Avenue, Suite 900 |
| | Dallas, TX 75201-2980 |
| | Tel: (214) 953-6500 |
| | Fax: (214) 953-6503 |

**JOINT MOTION TO STAY AND NOTICE OF SETTLEMENT** – Page 2

David Lien (pro hac vice)
California Bar No. 313754
David.lien@bakerbotts.com
**BAKER BOTTS L.L.P.**
1001 Page Mill Road, Building One, Suite 200
Palo Alto, CA 94304-1007
Tel: (650) 739-7563
Fax: (650) 739-7663

*Attorneys for Defendant Hewlett Packard Enterprise Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on June 16, 2025.

*Jennifer H. Doan*
Jennifer H. Doan

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is a joint motion.

*Jennifer H. Doan*
Jennifer H. Doan