# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., <br> *Plaintiff*, <br> v. <br> HEWLETT PACKARD ENTERPRISE COMPANY, <br> *Defendant*. | § § § § § § § § | CIVIL ACTION NO.  2:24-CV-00093-JRG <br> (LEAD CASE) |
| VIRTAMOVE, CORP., <br> *Plaintiff*, <br> v. <br> INTERNATIONAL BUSINESS MACHINES CORP., <br> *Defendant*. | § § § § § § § § § | CIVIL ACTION NO.  2:24-CV-00064-JRG <br> (MEMBER CASE) |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff VirtaMove Corp. ("VirtaMove") and Defendant Hewlett Packard Enterprise Company ("HPE") (together, "the Parties"). (Dkt. No. 207).  In the Motion, the Parties notify the Court that they have reached a settlement in principle as to all matters in controversy between them. (*Id.* at 1.) As a result, the Parties request that all remaining case deadlines between them be stayed for thirty (30) days while they finalize a settlement agreement and file dismissal papers with the Court. (*Id.*)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**.  Accordingly, all deadlines between VirtaMove and HPE are **STAYED** for thirty (30) days, during which time appropriate dismissal papers are to be filed with the Court. For the avoidance of doubt, this Order does not affect the deadlines between VirtaMove and Defendant International Business Machines Corp. in Member Case No. 2:24-cv-00064-JRG.

## So Ordered this

**Jun 17, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE