IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br>        Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br>        Defendant. | Case No. 2:24-cv-00093-JRG<br>(Lead Case)<br><br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, Plaintiff VirtaMove, Corp. and Defendant Hewlett Packard Enterprise Company (together, the "Parties") jointly move for dismissal with prejudice of Plaintiff's claims against Defendant and for dismissal without prejudice of Defendant's counterclaims against Plaintiff. For the avoidance of doubt, the Parties move only for the dismissal of the above-captioned lead case. The Parties further move this Court to order that all costs and expenses relating to this litigation up to the time of dismissal shall be borne by the party incurring the same.

Dated: July 9, 2025                      Respectfully submitted,

                                         By: */s/ Reza Mirzaie*

                                         Reza Mirzaie (CA SBN 246953)
                                         rmirzaie@raklaw.com
                                         Marc A. Fenster (CA SBN 181067)
                                         mfenster@raklaw.com
                                         Neil A. Rubin (CA SBN 250761)
                                         nrubin@raklaw.com
                                         Christian W. Conkle (CA SBN 306374)
                                         cconkle@raklaw.com
                                         Jonathan Ma (CA SBN 312773)

jma@raklaw.com
Daniel Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
Jefferson Cummings (DC SBN 90027452)
jcummings@raklaw.com

**Russ August & Kabat**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
ptong@raklaw.com
**Russ August & Kabat**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206

*Attorneys for Plaintiff VirtaMove, Corp.*


By: */s/ Haleigh A. Hashem*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
Haleigh A. Hashem
Texas Bar No. 2414223
Hhashem@haltomdaon.com
**HALTOM & DOAN**
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Katharine Burke (Lead Attorney)
DC Bar Number: 985333
Katharine.burke@bakerbotts.com
Samuel L. Kassa
DC Bar Number: 187255
Sam.kassa@bakerbotts.com
**BAKER BOTTS L.L.P.**
700 K Street, N.W.
Washington, DC 20001-5692

Tel: (202) 639-7700

Douglas M. Kubehl
Texas Bar No. 00796909
Doug.kubehl@bakerbotts.com
Morgan Mayne
Texas Bar No. 24084387
Morgan.mayne@bakerbotts.com
Bethany R. Salpietra
Texas Bar No. 24097699
Bethany.salpietra@bakerbotts.com
Emily Deer
Texas Bar No. 24116352
Emily.deer@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Tel: (214) 953-6500

David Lien (pro hac vice)
California Bar No. 313754
David.lien@bakerbotts.com
**BAKER BOTTS L.L.P.**
1001 Page Mill Road, Building One, Suite 200
Palo Alto, CA 94304-1007
Tel: (650) 739-7563

*Attorneys for Defendant Hewlett Packard Enterprise Company*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on July 9, 2025.

*/s/ Reza Mirzaie*
Reza Mirzaie

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is a joint motion.

*/s/ Reza Mirzaie*
Reza Mirzaie