IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br>         Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br>         Defendant. | Case No. 2:24-cv-00093-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |

**PROPOSED ORDER**

The Joint Motion to Dismiss the above-captioned lead case pursuant to Fed. R. Civ. P. 41(a) is **GRANTED**. All claims of Plaintiff VirtaMove, Corp. are **DISMISSED WITH PREJUDICE**. All counterclaims of Defendant Hewlett Packard Enterprise Company are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs.