# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., § | |
|     *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:24-CV-00093-JRG |
| § | (LEAD CASE) |
| HEWLETT PACKARD ENTERPRISE § | |
| COMPANY, § | |
|     *Defendant*. § | |

## ORDER

Before the Court is Joint Motion to Dismiss (the "Motion") filed by Plaintiff VirtaMove Corp. ("VirtaMove") and Defendant Hewlett Packard Enterprise Company ("HPE") (together, the "Parties"). (Dkt. No. 213.) In the Motion, the Parties move for dismissal with prejudice of VirtaMove's claims against HPE and for dismissal without prejudice of HPE's counterclaims against VirtaMove. (*Id.* at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims asserted by VirtaMove against HPE are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all counterclaims asserted by HPE against VirtaMove are **DISMISSED WITHOUT PREJUDICE**. The Parties are to bear their own costs and attorneys' fees. All pending requests for relief asserted between VirtaMove and HPE not explicitly granted herein are **DENIED AS MOOT**. For the avoidance of doubt, this Order does not affect the claims between VirtaMove and Defendant International Business Machines, Corp. in Member Case No. 2:24-cv-00064-JRG.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the Lead Case as parties and claims remain.

**So ORDERED and SIGNED this 10th day of July, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE