## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | Case No. 2:24-cv-00093-JRG-RSP <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | Case No. 2:24-CV-00064-JRG-RSP <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION TO TAKE DEPOSITION OF MR. BERGMAN AND TO AMEND THE DOCKET CONTROL ORDER**

Plaintiff VirtaMove Corp. ("VirtaMove") respectfully moves the Court to extend the deadline to complete expert discovery by six days in the above-captioned case for VirtaMove and International Business Machines Corp. ("IBM") (collectively, the "Parties"). Specifically, VirtaMove asks for permission to schedule the expert deposition of VirtaMove's damages expert, Mr. Jim Bergman, on July 24, 2025. And because of the deposition on July 24, VirtaMove asks for certain subsequent deadlines to be modestly shifted as set forth in the attached Exhibit. This short, unopposed extension will allow the Parties to finish depositions and the impacted dispositive

1

and Daubert motions with minimal impact to the overall schedule.

Good cause exists because on July 3, 2025, Russ, August & Kabat (counsel for Headwater Research LLC) received notice from the Court that trial in *Headwater Research LLC v. Cellco Partnership d/b/a Verizon Wireless, et al.*, Case No. 2:23-cv-352 (E.D. Tex.), is slated to begin on July 17, 2025—just one day before the current close of expert discovery. Additionally, *Headwater Research LLC v. T-Mobile US, Inc., et al.*, Case No. 2:23-cv-379 (E.D. Tex.) is second in line. VirtaMove's damages expert, Mr. Jim Bergman, is expected to testify in both trials and lead counsel for VirtaMove, Reza Mirzaie, likewise has those trial commitments. Moreover, given the deposition of Mr. Jim Bergman on July 24, 2025, the parties will need additional time to finalize their dispositive and Daubert motions, which are currently due on July 21, 2025, before Mr. Bergman's deposition.

VirtaMove has diligently corresponded with IBM, requested additional time for the completion of expert discovery, and IBM has agreed to this modest shift. This Motion is not made for purposes of delay and will not prejudice any party.

Dated: July 11, 2025					Respectfully submitted,

							*/s/ Jonathan Ma*

							Reza Mirzaie (CA SBN 246953)
							rmirzaie@raklaw.com
							Marc A. Fenster (CA SBN 181067)
							mfenster@raklaw.com
							Neil A. Rubin (CA SBN 250761)
							nrubin@raklaw.com
							Christian W. Conkle (CA SBN 306374)
							cconkle@raklaw.com
							Jonathan Ma (CA SBN 312773)
							jma@raklaw.com
							Daniel Kolko (CA SBN 341680)
							dkolko@raklaw.com
							Mackenzie Paladino (NY SBN 6039366)
							mpaladino@raklaw.com
							Jefferson Cummings (DC SBN 90027452)
							jcummings@raklaw.com

							**RUSS AUGUST & KABAT**
							12424 Wilshire Boulevard, 12th Floor
							Los Angeles, CA 90025
							Telephone: (310) 826-7474

							Qi (Peter) Tong (TX SBN 24119042)
							ptong@raklaw.com

							**RUSS AUGUST & KABAT**
							8080 N. Central Expy., Suite 1503
							Dallas, TX 75206
							*Attorneys for Plaintiff VirtaMove, Corp.*

3

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiff conferred with counsel for Defendant, and this motion is unopposed.

                                                  */s/ Jonathan Ma*
                                                   Jonathan Ma

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on July 11, 2025.

                                                  */s/ Jonathan Ma*
                                                   Jonathan Ma