# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>    Defendant. | Case No. 2:24-cv-00093-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>    Defendant. | Case No. 2:24-CV-00064-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO SERVE SUPPLEMENTAL DAMAGES REPORT**

On this date, the Court considered the Unopposed Motion for Leave to Serve a Supplemental Damages Report filed by Plaintiff VirtaMove Corp. ("Plaintiff" or "VirtaMove"). Based on the motion and the grounds set forth therein, and the unopposed nature of the motion, the Court finds that good cause has been established and the Unopposed Motion for Leave to Serve a Supplemental Damages Report should be granted.

**THEREFORE, IT IS HEREBY ORDERED** that VirtaMove's Unopposed Motion for Leave to Serve a Supplemental Damages Report is **GRANTED**.

**IT IS SO ORDERED.**