# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| Defendant. | § | |
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT IBM'S UNOPPOSED MOTION FOR LEAVE TO CONDUCT THE SECOND DAY OF DR. KOSKINEN'S DEPOSITION OUT OF TIME**

On this date the Court considered Unopposed Motion for leave to Take the Second Day of Dr. Koskinen's Deposition Out of Time, filed by Defendant International Business Machines Corp.'s ("Defendant" or "IBM"). Based on the motion and grounds set forth therein, and the agreement of the parties in the motion, the Court finds that good cause has been established and the unopposed motion should be granted.