IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP.,<br>*Plaintiff*,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br>*Defendant*. | § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00093-JRG<br>(LEAD CASE) |
| VIRTAMOVE, CORP., <br>*Plaintiff*,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br>*Defendant*. | § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00064-JRG<br>(MEMBER CASE) |

## ORDER

Before the Court is the Unopposed Motion for Leave to Serve Supplemental Damages Report (the "Motion") filed by Plaintiff VirtaMove Corp. ("VirtaMove"). (Dkt. No. 218.) In the Motion, VirtaMove moves the Court for leave to serve Mr. Jim Bergman's 7-page supplemental damages report. (*Id.* at 1.) VirtaMove contends good cause exists because the supplemental report is based on new information unavailable to Mr. Bergman when he served his opening report. (*Id.*) Defendant International Business Machines Corp. does not oppose this Motion. (*Id.*)

Having considered the Motion, and noting its unopposed nature, the Court finds that there is good cause to grant VirtaMove leave to serve Mr. Jim Bergman's 7-page supplemental damages report. Accordingly, the Motion is hereby **GRANTED**.

**So ORDERED and SIGNED this 17th day of July, 2025.**

                                        RODNEY GILSTRAP
                                        UNITED STATES DISTRICT JUDGE