# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br> *Plaintiff*, <br> v. <br> HEWLETT PACKARD ENTERPRISE COMPANY, <br> *Defendant*. | CIVIL ACTION NO. 2:24-CV-00093-JRG <br> (LEAD CASE) |
| VIRTAMOVE, CORP., <br> *Plaintiff*, <br> v. <br> INTERNATIONAL BUSINESS MACHINES CORP., <br> *Defendant*. | CIVIL ACTION NO. 2:24-CV-00064-JRG <br> (MEMBER CASE) |

## ORDER

Before the Court is the Unopposed Motion for Leave to Conduct the Second Day of Dr. Koskinen's Deposition on July 25, 2025 (the "Motion") filed by Defendant International Business Machines Corp. ("IBM"). (Dkt. No. 218.) In the Motion, IBM moves the Court for leave to conduct the second day of the expert deposition of VirtaMove's technical expert, Dr. Eric Koskinen, after the close of expert discovery deadline on July 25, 2025. (*Id.* at 1.) Plaintiff VirtaMove, Corp. does not oppose this Motion. (*Id.*)

Having considered the Motion, and noting that it is unopposed, the Court finds that there is good cause to grant IBM leave to conduct the second day of the expert deposition of VirtaMove's technical expert, Dr. Eric Koskinen. Accordingly, the Motion is hereby **GRANTED**.

**So ORDERED and SIGNED this 23rd day of July, 2025.**

                                                    RODNEY GILSTRAP
                                                    UNITED STATES DISTRICT JUDGE