# EXHIBIT 8

Case 2:24-cv-00093-JRG    Document 232-1    Filed 07/28/25    Page 2 of 5 PageID #: 16604

9/10/2024                    VirtaMove Corp. v. Amazon.com, Inc., et al.                    Donn Rochette

## Page 1

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TEXAS
                      MIDLAND/ODESSA DIVISION
  _____
                                   )
  VIRTAMOVE, CORP.,                 )
                                   ) CASE NO.
                   PLAINTIFF,       ) 7:24-CV-00030
                                   )
         v.                         )
                                   )
  AMAZON.COM, INC.; AMAZON.COM      )
  SERVICES LLC; AND AMAZON WEB      )
  SERVICES, INC.,                   )
                                   )
                   DEFENDANTS.      )
  _____)


           VIDEOTAPED DEPOSITION OF DONN ROCHETTE
            TAKEN REMOTELY VIA ZOOM VIDEOCONFERENCE
                  TUESDAY, SEPTEMBER 10, 2024
                         11:04 A.M. CDT


         REPORTED BY AUDRA E. CRAMER, CSR NO. 9901
         _____
                    DIGITAL EVIDENCE GROUP
                  1730 M Street, NW, Suite 812
                     Washington, D.C. 20036
                         (202) 232-0646
```

## Page 2

```
 1      VIDEOTAPED DEPOSITION OF DONN ROCHETTE,
 2 TAKEN REMOTELY VIA ZOOM ON BEHALF OF THE DEFENDANTS
 3 AT 11:04 A.M. CDT, TUESDAY, SEPTEMBER 10, 2024, BEFORE
 4 AUDRA E. CRAMER, CSR NO. 9901, PURSUANT TO SUBPOENA.
 5
 6 APPEARANCES OF COUNSEL
 7
 8 ON BEHALF OF THE PLAINTIFF:
 9
10       RUSS AUGUST & KABAT
11       BY:  PETER TONG, ESQUIRE
12       4925 GREENVILLE AVENUE, SUITE 200
13       DALLAS, TEXAS 75206
         (310) 826-7474
14       ptong@raklaw.com
15
   ON BEHALF OF THE DEFENDANTS:
16
         KNOBBE, MARTENS, OLSON & BEAR LLP
17       BY:  JEREMY ANAPOL, ESQUIRE
         2040 MAIN STREET, 14TH FLOOR
18       IRVINE, CALIFORNIA 92614
         (949) 760-0404
19       jeremy.anapol@knobbe.com
20
   ALSO PRESENT
21
         BILLY FAHNERT, VIDEOGRAPHER
22
```

## Page 3

```
 1                     I N D E X
 2 EXAMINATION                          PAGE
 3 BY MR. ANAPOL                          5
 4 BY MR. TONG                           95
 5 BY MR. ANAPOL                        139
 6 BY MR. TONG                          155
 7
 8               E X H I B I T S
 9 NO.       PAGE       DESCRIPTION
10 1010      14         US PATENT 7,519,814
11 1009      18         ARCHIVE VERSION OF THE
12                      HOMEPAGE ONCORE SYSTEMS
13                      CORPORATION
14 1011      24         US PATENT 7,784,058
15 1012      42         AUSTRALIAN UNIX SYSTEMS
16                      USER GROUP NEWSLETTER,
17                      VOLUME 8, NUMBER 5
18     QUESTIONS INSTRUCTED BY COUNSEL NOT TO ANSWER
                        PAGE      LINE
19                      144        7
                        145        2
20   REPORTER'S NOTE: All quotations from exhibits are
     reflected in the manner in which they were read into the
21 record and do not necessarily indicate an exact quote
22 from the document.
```

## Page 4

```
 1     REMOTELY VIA ZOOM VIDEOCONFERENCE
 2     TUESDAY, SEPTEMBER 10, 2024, 11:04 A.M. CDT
 3
 4     THE VIDEOGRAPHER:  We are on the
 5 record.  This is the remote video deposition of
 6 Donn Rochette in the matter of VirtaMove Corp.
 7 versus Amazon.com, Inc., et al., filed in the
 8 United States District Court for the Western
 9 District of Texas.
10     My name is Billy Fahnert.  I am the
11 video technician today.  The court reporter is
12 Audra Cramer.  We both represent Digital
13 Evidence Group.
14     Today's date is September 10, 2024.
15 The time is 11:04 a.m. Central Standard Time.
16     All parties have stipulated to the
17 witness being sworn in remotely.
18     Will Counsel please identify yourselves
19 for the record, and then the witness will be
20 sworn in.
21     MR. TONG:  This is Peter Tong from Russ
22 August & Kabat on behalf of VirtaMove
```

Case 2:24-cv-00093-JRG    Document 232-1    Filed 07/28/25    Page 3 of 5 PageID #: 16605

9/10/2024                VirtaMove Corp. v. Amazon.com, Inc., et al.                Donn Rochette

Page 13

1    Q.  Was it Trigence AE?
2    A.  Oh, yeah.  That's it.  Yes.  Thank you.
3    Q.  And --
4    A.  Yeah.  Yes.
5    Q.  And did the "AE" stand for "application
6 environment"?
7    A.  Yes, I did.
8    Q.  And you worked on several patents while
9 you were at Trigence; correct?
10   A.  Yes.
11   Q.  And do you understand that two of those
12 patents are asserted in this case?
13   A.  Yes.
14   Q.  And I'm just going to show you some
15 documents to help with this discussion.
16   A.  Okay.
17       MR. ANAPOL:  And so I'm going to ask
18 Billy to mark them, but first I have to put them
19 where Billy can see them.
20       So, Billy, could you go ahead and mark
21 Document A as Exhibit 1010, please.  1010.
22       THE VIDEOGRAPHER:  Okay.  Give me one

Page 14

1 moment to pull it down.
2       (Whereupon, Exhibit 1010 was
3       marked for identification.)
4 BY MR. ANAPOL:
5    Q.  And, Mr. Rochette, do you recognize
6 Exhibit 1010?
7    A.  Yes.
8    Q.  And this is a copy of US Patent
9 No. 7,519,814.
10       Do you see that --
11   A.  Yes.
12   Q.  -- in the upper right?
13   A.  Yeah.
14   Q.  And you are listed as the first named
15 inventor on this patent.
16       Do you see that?
17   A.  Yes.
18   Q.  So where it says "Donn Rochette,
19 Fenton, Iowa, United States," that's you;
20 correct?
21   A.  That is me, correct.
22   Q.  And does the '814 patent generally

Page 15

1 relate to containers?
2    A.  Yes.
3    Q.  When did you first become aware of
4 containers?
5    A.  Early 2000s.  Would have been about a
6 year -- it would have been about two years
7 before this patent was published.  So, yeah, we
8 were discussing the concepts and examining ways
9 of creating an environment where applications
10 can run -- disparate applications could run,
11 yes.
12   Q.  And I just want to clarify one thing
13 you said.  You said "about two years before this
14 patent was published."
15       Did you mean published or filed?
16   A.  Filed.  Thank you for the
17 clarification.  Yes.
18   Q.  So you can see on this page here, on
19 the bottom left corner of the portion that Billy
20 was showing -- Billy, if you scroll up.
21       Under "Related US Application Data," it
22 refers to two provisional applications that were

Page 16

1 filed in September 2003.
2    A.  Uh-huh.  Right.
3    Q.  So those are the initial disclosures
4 that this is based on.
5       Is that the filing date that you were
6 referring to --
7    A.  Yes.
8    Q.  -- when you were saying two years
9 earlier?
10   A.  Yes.  We would have been discussing and
11 talking about and envisioning things, yes,
12 before this was -- before the provisional was
13 filed.
14   Q.  And how did you first learn about
15 containers?
16       MR. TONG:  Objection.  Foundation.
17 BY MR. ANAPOL:
18   Q.  You can go ahead and answer,
19 Mr. Rochette.
20   A.  Oh, okay.
21       I first learned about containers in
22 discussions with corporate -- with people

Case 2:24-cv-00093-JRG    Document 232-1    Filed 07/28/25    Page 4 of 5 PageID #: 16606

9/10/2024                    VirtaMove Corp. v. Amazon.com, Inc., et al.                    Donn Rochette

## Page 49

1  A. Because Apple's architecture runs in
2  the same way, uses the same kernel we were
3  using.
4  Q. And who aside from you would know, from
5  working at OnCore, how the networking stack was
6  implemented?
7  A. Same thing. Lots of people would
8  understand how it works, maybe not specifically
9  what OnCore was doing, but the architecture, the
10 concept, the techniques would all be well known
11 by anybody at Apple.
12 Q. And do you know if any software
13 developers who worked with you at OnCore are
14 still in Northern California?
15 A. There's a gentleman called George
16 Marrow that's still in Northern California.
17 That's the only one that I know of that I can
18 think of anyway right now.
19     MR. ANAPOL: Mr. Rochette, would you
20 like to take a five-minute break? We've been
21 going for about an hour.
22     THE WITNESS: I would. Thank you.

## Page 50

1      MR. ANAPOL: Back in five minutes
2  everybody?
3      MR. TONG: That's fine with us.
4      THE VIDEOGRAPHER: Going off the
5  record. The time is 11:59.
6          (Recess taken.)
7      THE VIDEOGRAPHER: We are back on the
8  record. The time is 12:09.
9  BY MR. ANAPOL:
10 Q. Mr. Rochette, before the break you
11 mentioned an individual named George Marrow.
12 A. Uh-huh.
13 Q. Could you give us the spelling of that
14 if you know it.
15 A. M-a-r-r-o-w.
16 Q. And --
17 A. I haven't spoken to George in a long
18 time. You asked if there might be anybody, and
19 that's the only one I could think of who might
20 be around.
21 Q. Okay. We can check. Thank you.
22     At the time that you had it these

## Page 51

1  discussions with Sun Microsystems that you
2  testified about earlier, do you know if they had
3  created zones yet at the time.
4  A. Yes, they had. It was very new, but
5  they were out and released in the product.
6  Q. I just want to at this point get an
7  overview based on your experience working in
8  Silicon Valley and with people in Silicon Valley
9  about what they knew during the time you worked
10 for OnCore. Okay?
11 A. Okay.
12 Q. Okay. So -- and I understand you left
13 OnCore in 2002; is that right?
14 A. I don't remember the exact date, but
15 that sounds -- that sounds like the right range,
16 yes.
17 Q. Or maybe earlier, but by 2002?
18 A. Yeah.
19 Q. Okay. So by 2002 did software
20 developers in Silicon Valley know that large
21 numbers of computers running different operating
22 systems could be connected in a network?

## Page 52

1      MR. TONG: Objection. Foundation.
2  Calls for speculation.
3      THE WITNESS: Yes, there were many
4  examples of that scenario you just described by
5  that timeframe.
6  BY MR. ANAPOL:
7  Q. And by 2002 did software developers in
8  Silicon Valley know that servers running
9  different operating systems could work together
10 to provide a service?
11     MR. TONG: Objection. Foundation.
12 Calls for speculation.
13     THE WITNESS: Yes, there are also
14 examples of that by that date.
15 BY MR. ANAPOL:
16 Q. Can you give an example?
17 A. We discussed things with Chase Bank in
18 New York, and they were using Solaris and
19 Windows together to form various applications,
20 Windows being the front end, Solaris being the
21 data management in the back end, together
22 forming a service.

Case 2:24-cv-00093-JRG   Document 232-1   Filed 07/28/25   Page 5 of 5 PageID #: 16607

9/10/2024                    VirtaMove Corp. v. Amazon.com, Inc., et al.                    Donn Rochette

Page 53

1  Q. That reminds me. One follow-up
2  question about OnCore: So was OnCore selling
3  the operating system we discussed earlier by
4  2021?
5  A. Yes.
6  Q. By 2002 did software developers in
7  Silicon Valley know that software could run
8  inside of containers?
9      MR. TONG: Objection. Foundation.
10 Calls for speculation.
11     THE WITNESS: Yes. The use of the term
12 "containers" is broad, but if you allow yourself
13 a broad definition of "containers," the answer
14 is yes.
15 BY MR. ANAPOL:
16 Q. Did software developers in Silicon
17 Valley by 2002 know that servers could host more
18 than one container?
19     THE WITNESS: Yes.
20     MR. TONG: Same objection, belated.
21 BY MR. ANAPOL:
22 Q. By 2002 did software developers in

Page 54

1  Silicon Valley know that putting an application
2  in a container could prevent the application
3  from accessing files in another container?
4      MR. TONG: Same objection. Calls for a
5  legal conclusion.
6      I'm also objecting to this whole line
7  of questioning again as getting into fact
8  discovery that Mr. Donn Rochette is not
9  obligated to answer during venue discovery.
10 BY MR. ANAPOL:
11 Q. Do you need me to repeat the question,
12 Mr. Rochette?
13 A. Yes, please.
14 Q. Sure.
15     By 2002 did software developers in
16 Silicon Valley know that putting an application
17 in a container could prevent the application
18 from accessing files in another container?
19     MR. TONG: Same objections.
20     THE WITNESS: Yes. In the context of
21 Solaris zones, that is a true statement.
22

Page 55

1  BY MR. ANAPOL:
2  Q. By 2002 did software developers in
3  Silicon Valley know that putting an application
4  in a container could prevent the application
5  from interfering with applications in another
6  container?
7      MR. TONG: Same objections. Calls for
8  speculation. Foundation. Calls for a legal
9  conclusion. Not venue discovery.
10     THE WITNESS: Again, in the context of
11 Solaris zones, that would be an accurate
12 statement. At least in the context of Solaris
13 zones.
14 BY MR. ANAPOL:
15 Q. What about in the context of OnCore
16 operating system?
17 A. Yes.
18     MR. TONG: Same objections.
19     THE WITNESS: Well, no, not in OnCore.
20 In Trigence. Excuse me.
21 BY MR. ANAPOL:
22 Q. So did the OnCore containers not

Page 56

1  confine the applications in the container?
2      MR. TONG: Objection. Calls for legal
3  conclusions.
4      THE WITNESS: Yeah, it's difficult to
5  answer.
6      The Unix applications running with Unix
7  were not separated and could affect each other.
8  Embedded applications were separated.
9  BY MR. ANAPOL:
10 Q. So, in other words, you could have
11 multiple applications in one container?
12     MR. TONG: Objection. Vague.
13     THE WITNESS: In a Unix context, yes.
14 BY MR. ANAPOL:
15 Q. And the applications running in the
16 Unix context on top of OnCore would be prevented
17 from interfering with the applications running
18 on the real-time portion of the operating
19 system; correct?
20 A. Yes.
21     MR. TONG: Objection. Calls for a
22 legal conclusion.