# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| Defendant. | § | |

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| Defendant. | § | |

**DECLARATION OF YIMENG DOU IN SUPPORT OF INTERNATIONAL BUSINESS MACHINES CORP.'S MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. SAM MALEK**

I, Yimeng Dou, hereby declare:

1. I am a partner at the law firm of Kirkland & Ellis LLP, counsel for Defendant and Counter-Plaintiff International Business Machines Corp. ("IBM") in the above-styled matter. I am a member of the Bar of the State of California, and am admitted to practice in the Eastern District of Texas since 2016. I provide this declaration in support of IBM's Motion to Exclude Certain Opinions of Dr. Sam Malek. I have personal knowledge of the information set forth herein, and I could and would competently testify thereto if called as a witness.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from Dr. Sam Malek's Opening Invalidity Report regarding the IBM Counterclaim Patents.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from Dr. Sam Malek's Rebuttal Non-Infringement Report regarding the IBM Counterclaim Patents.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from IBM's Second Set of Interrogatories Nos. 26–39.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from Dr. Wicker's July 18, 2025 Deposition Transcript.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from Dr. Malek's July 18, 2025 Deposition Transcript.

7. My firm has applied highlighting to **Exhibits 1-5** consistent with the guidance in Local Rule CV-7(b).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of July, 2025 in Costa Mesa, CA.

*/s/ Yimeng Dou*
Yimeng Dou

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on July 28, 2025, with a copy of this document via electronic mail.

*/s/ Todd M. Friedman*
Todd M. Friedman
