# EXHIBIT 10

| | |
|---|---|
| **From:** | Christian W. Conkle |
| **To:** | Ngerebara, Nate |
| **Cc:** | Andrea Fair; #IBM-VirtaMove KE Team; Virtamove team |
| **Subject:** | VirtaMove v. IBM – Printouts of VirtaMove source code cited in Koskinen report |
| **Date:** | Thursday, July 17, 2025 7:34:53 PM |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Nate,

On a call this evening, you requested printouts of the source code cited in section 12 and Appendices 2 and 3 of Koskinen expert report dated June 23, 2025. We agree to provide such printouts as soon as we can. We can't yet confirm a specific date.

All best,

Christian W. Conkle
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474