# EXHIBIT 20



# Orchestrate and Automate Your App Migration

## VirtaMove V-Maestro 

Organize and control your application migration with VirtaMove's V-Maestro. As part of our Migration Intelligence Suite, V-Maestro discovers and monitors all aspects of your server, helping you move priority apps into modernized environments in a cost-effective and timely manner.

With V-Maestro, you gain high-level visibility of each of your network applications, as well as an overview of any integrated migration agents. Select the apps you want to migrate on any server source through a simple interface (GUI), or dynamically locate apps and their components with a Virtamove intelligence tool. V-Maestro will monitor your app footprint and generate reports that measure mission-critical candidates for migration, along with intelligent insights into data capacity and inventory. Use the compiled information to build and test migration templates, ensuring the continued performance of your app once the new server transfer is complete.

Once V-Maestro has learned your app and its migration template, it will automate the entire shift to the modernized environment, ensuring a seamless transfer with no disruptions to business operations. Take control of your IT infrastructure update with less cost and minimal hassle.

## Solution Highlights

 Select and map high-performing apps with complete server visibility.

 Migrate apps with no service disruptions.

 Reduce modernization costs with automated migration.

 Manage other VirtaMove Migration agents with ease.

 Migrate the right applications to the right server, with less testing required.



*"We have several legacy applications that cannot be upgraded as is and is still living on Windows 2003 servers. We had to find an immediate solution to keep these applications compliant for support purposes. VirtaMove was the only solution we could find. They have been quick to help us as we work through each application."*

–Tammy Key, Manager, Project Operations Support, American Cancer Society

VirtaMove    www.virtamove.com    sales@virtamove.com    1-866-444-6670

VM_IBM_0000425

# Application Migration Process



Old Server → Capture App As Is State → Staging Container on Modern Server → Verify State → Apply App State to New Server, VM, Cloud or Windows Docker Container

## Accelerate and simplify your IT modernization journey - Get Started



VirtaMove

Migration Intelligence

VirtaMove software moves legacy server applications to new cloud or datacenter servers in a fraction of the time and cost associated with traditional migration methods. Install scripts and source code not required. Encapsulating Windows Server and Linux applications in VM/OS-free moving containers, VirtaMove's patented software provides an automated, stateful re-install of most complex server applications. VirtaMove allows you to modernize your infrastructure, moving from an old, unsupported OS to a newer one with automation – modernize and move forward to a new datacenter server or cloud in one step. Reach out to us at sales@virtamove.com to check out our website www.virtamove.com to learn more.

### Get in Touch

Canada:
1 Hines Road Suite 204
Kanata, ON K2K 3C7

United States:
300 Brickstone Square, Suite 201
Andover, MA 01810

Email:
Sales: sales@virtamove.com

Phone:
1-866-444-6670

www.virtamove.com