# EXHIBIT 24





# VirtaMove V-Migrate Now Supports WS2016 and Windows Container Migrations

by NIGEL STOKES | October 18, 2016

Ottawa, Canada, October 18, 2016 — VirtaMove is delighted to announce that V-Migrate now supports WS2016 and Windows Container Migrations. VirtaMove announces a new limited release program for VirtaMove's award winning application migration product V-Migrate, which supports application migrations from WS2003, WS2008, and WS2012, to WS2016 and to Windows Containers on WS2016. The company invites select customers to help shape the future of application migration by providing feedback and expressing interest in the new V-Migrate 2016 product.

V-Migrate is a software tool that automatically moves Windows-based applications from older operating systems to newer operating systems, to new in-house servers or to hybrid or public cloud environments, including Microsoft Azure, IBM SoftLayer, and Amazon AWS clouds.

V-Migrate lets you automatically move server applications to a similar operating system or to a newer platform. The new version lets you move from Windows Server 2000, 2003, or 2008 to Windows Server 2008, 2012, and now to 2016 as well as Docker-compatible Windows Containers on 2016. If you're moving to Windows Server 2016, you can get there in one step – no need to first upgrade to Windows Server 2008 or 2012. Modernizing lets you leverage 2016 features and functionality, and avoid costly custom and extended support fees for Windows Server 2003 and future EOS for 2008. You can consolidate a datacenter for a smaller

VM_IBM_0001958

10/18/24, 1:51 AM
VirtaMove: V-Migrate now supports WS2016 and Windows Container migration - VirtaMove
Case 2:24-cv-00093-JRG   Document 338-9   Filed 07/28/25   Page 3 of 6 PageID #: 18130

footprint, and side step security risks and noncompliance associated with running on an unsupported platform.

V-Migrate can move applications in hours, and in some cases upgrade a software version during migration (for example, to a newer version of Microsoft IIS or SQL Server).

"V-Migrate 2016 is an exciting development. This version provides a breakthrough in migration support. It unlocks the new features of WS2016, including Docker-compatible Windows Containers for legacy Windows Server apps. The implications are significant for cloud workload migration. Over the next decade, more than 60 million Windows Server environments will need to be modernized and VirtaMove is dedicated to supporting the latest release of new operating systems as quickly as possible. V-Migrate allows customers to move quickly to any new OS platform in the datacenter or in the cloud," said VirtaMove CEO Nigel Stokes.

## SHAPE THE FUTURE – TRY V-MIGRATE 2016 DURING THE LIMITED RELEASE PERIOD

V-Migrate 2016 is available immediately for select customers.

Based on feedback obtained during the limited release period, full support for the 2016 version of V-Migrate will be available in January 2017.

Microsoft, Encarta, MSN, Windows, Azure are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Docker and the Docker logo are trademarks or registered trademarks of Docker, Inc. in the United States and/or other countries. Docker, Inc. and other parties may also have trademark rights in other terms used herein. "SOFTLAYER" is a registered trademark of SoftLayer Technologies, Inc., an IBM Company ("SoftLayer"), in the United States and other countries and used under license. "IBM" is a registered trademark of International Business Machines Corporation ("IBM"), in the United States and other countries and used under license. Amazon Web Services, AWS are trademarks of Amazon.com, Inc. or its affiliates in the United States and/or other countries.

## About VirtaMove

VirtaMove software provides a fast, flexible way to move server applications to new cloud or datacenter servers, without code change. Encapsulating Windows applications in VM/OS-free moving pods or migration containers, VirtaMove's patented software moves most complex server applications with ease. VirtaMove allows you to modernize your infrastructure, moving

10/18/24, 1:51 PM
VirtaMove V-Migrate now supports WS2016 and Windows Containers migrations - VirtaMove
Case 2:24-cv-00093-JRG    Document 338-9    Filed 07/28/25    Page 4 of 6 PageID #: 18181

VirtaMove V-Migrate now supports WS2016 and Windows container migrations of VirtaMove from an old OS to a newer one with automation – modernize and move to a new datacenter server or cloud in one step. For more information, visit https://virtamove.com and follow us on twitter @VirtaMove.

VM_IBM_0001960



**MIGRATION SOFTWARE ›**

V-Maestro ›

V-Migrate ›

**SOLUTIONS ›**

Application Discovery ›

Migration Strategy ›

App Repackaging and Migration ›

App Refactoring and Modernization ›

Data Center Consolidation ›

Cloud Onboarding ›

**ABOUT US ›**

Resource Center ›

Case Studies ›

News ›

Partners ›

10/18/24, 1:51 PM
VirtaMove V-Migrate now supports WS2016 and Windows container migrations! - VirtaMove
Case 2:24-cv-00093-JRG   Document 338-9   Filed 07/28/25   Page 6 of 6 PageID #: 18133



Become a Partner ›

Request Demo ›

Support ›

Careers ›

Contact ›

© 2024 VirtaMove Corp.

Sitemap   Terms of Use   Privacy Policy   Cookie Consent

VM_IBM_0001962