# EXHIBIT 25





# VirtaMove Announces V-Migrate 7.0 Provides Break-Through WS2016 Support

by NIGEL STOKES | April 21, 2017

Ottawa, Canada, April 21, 2017 — VirtaMove now provides break-through WS2016 support. VirtaMove is pleased to announce Version 7.0 of its award-winning application migration product V-Migrate, which supports application migrations from WS2003, WS2008, and WS2012 to WS2016 and to Windows Containers on WS2016. With Microsoft's Custom Support Agreement (CSA) for Windows Server 2003 entering its third and final year this summer, it's even more imperative to migrate server applications off the 14-year-old operating system.

V-Migrate is an industry-leading software tool that automatically moves Windows-based applications from older operating systems to newer operating systems, to new in-house servers or to hybrid or public cloud environments, including Microsoft Azure, Amazon AWS clouds, and IBM SoftLayer.

V-Migrate lets you automatically move server applications to a similar operating system or to a newer platform, in hours instead of weeks and months. Version 7.0 lets you move from Windows Server 2000, 2003, or 2008 to Windows Server 2008, 2012, and now to 2016 as well as to Docker-compatible Windows Containers on 2016. If you're moving to Windows Server 2016, you can get there in one step – no need to first upgrade to Windows Server 2008 or 2012. Modernizing lets you leverage WS2016 features and functionality, as well as avoid costly custom and extended support fees for Windows Server2003 and future EOS for 2008.

VM_IBM_0001923

You can consolidate a datacenter for a smaller footprint, and side step security risks and noncompliance associated with running on an unsupported platform.

## SEE THE FUTURE OF APPLICATION MIGRATION ORCHESTRATION

V-Migrate belongs to VirtaMove's suite of tools that manage the life cycle of a Windows Server application migration: V-Monitor, V-Migrate, and V-Maintain. For more information about V-Migrate and to get an inside look at VirtaMove's new migration orchestration platform, V-Maestro, please join us on Wednesday, April 26 at 1 pm EST for an exciting Webinar.

Says VirtaMove CEO Nigel Stokes, "VirtaMove is working closely with customers and partners to develop automated Windows Server Modernization solutions that add value in their business. Version 7.0 is opening up new capability for our customers to easily support WS2016 servers as operational systems for legacy applications."

AZ-Migrate 7.0 is now available to all customers.

*Microsoft, Encarta, MSN, Windows, Azure are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Docker and the Docker logo are trademarks or registered trademarks of Docker, Inc. in the United States and/or other countries. Docker, Inc. and other parties may also have trademark rights in other terms used herein. "SOFTLAYER" is a registered trademark of SoftLayer Technologies, Inc., an IBM Company ("SoftLayer"), in the United States and other countries and used under license. "IBM" is a registered trademark of International Business Machines Corporation ("IBM"), in the United States and other countries and used under license. Amazon Web Services, AWS are trademarks of Amazon.com, Inc. or its affiliates in the United States and/or other countries.*

About VirtaMove
VirtaMove software provides a fast, flexible way to move server applications to new cloud or datacenter servers, without code change. Encapsulating Windows applications in VM/OS-free moving migration containers, VirtaMove's patented software moves most complex server applications with ease. VirtaMove allows you to modernize your infrastructure, moving from an old OS to a newer one with automation – modernize and move to a new datacenter server or cloud in one step. For more information, visit https://virtamove.com and follow us on twitter @VirtaMove.

VM_IBM_0001924



VM_IBM_0001925



VM_IBM_0001926