# EXHIBIT 27




# VirtaMove V-Migrate Now Supports WS2019 and Windows Container Migrations

by VALERIE YATES | February 05, 2019

Ottawa, Canada, February 5, 2019 — VirtaMove is delighted to announce that Migration Intelligence Suite now supports WS2019 and 2019 Windows Container Migrations.

The new release of VirtaMove's award-winning application migration products V-Maestro, V-Monitor, and V-Migrate, moves your infrastructure forward with a stateful re-install of legacy server applications from WS2003, WS2008, WS2012, and WS2016 Server to new WS2019 servers (and within current Microsoft limitations, to Windows Containers on 2019). V-Migrate software automatically moves Windows-based applications from older to newer operating systems, on modern in-house servers or on hybrid or public cloud environments, including Microsoft Azure and Amazon AWS clouds.

If you're moving to Windows Server 2019, you can get there in one step – no need to first upgrade to Windows Server 2012 or 2016. V-Migrate moves applications forward rapidly, and where needed upgrades software versions during migration (for example, to a newer version of Microsoft IIS or SQL Server). Stateful legacy re-installs do not require install scripts, source code, or the significant permanent overhead of Windows Containers or orchestration tools such as Docker.

Modernizing and moving apps lets you leverage 2019 features and functionality, including a new version of Windows Defender. Moving to modern supported servers avoids costly

VM_IBM_0001963

extended support fees for Windows Server 2008, which is nearing End of Service. It closes security and noncompliance risks associated with running on an unsupported platform.

Says VirtaMove CEO Nigel Stokes, "V-Migrate 2019 is an exciting development. While we expect that it may take 12-24 months for customers to trust WS2019 with significant production workload, our new software is ready now. Moving forward, it will be used for all VirtaMove demos. It unlocks new features of WS2019, including better Windows Defender security and selective support for Docker-compatible Windows Containers. Over the next decade, more than 60 million Windows Server environments will need to be modernized and VirtaMove is dedicated to the timely support of new operating system releases. V-Migrate allows customers to move forward quickly to any new OS platform in the datacenter or in the cloud."

Microsoft, Encarta, MSN, Windows, Windows Defender, Azure are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Docker and the Docker logo are trademarks or registered trademarks of Docker, Inc. in the United States and/or other countries.  Amazon Web Services, AWS are trademarks of Amazon.com, Inc. or its affiliates in the United States and/or other countries.

About VirtaMove

VirtaMove software provides a fast, flexible way to move server applications to new cloud or datacenter servers, without install scripts or source code. Encapsulating Windows applications in VM/OS-free moving containers, VirtaMove's patented software provides a stateful re-install of most complex server applications and moves them with ease. VirtaMove allows you to modernize your infrastructure, moving from an old OS to a newer one with automation – modernize and move forward to a new datacenter server or cloud in one step. For more information, visit https://virtamove.com and follow us on Twitter @VirtaMove. Move Forward!

**Submitted by**

VM_IBM_0001964

# VirtaMove
## Migration Intelligence

**MIGRATION SOFTWARE ›**

V-Maestro ›

V-Migrate ›

**SOLUTIONS ›**

Application Discovery ›

Migration Strategy ›

App Repackaging and Migration ›

App Refactoring and Modernization ›

Data Center Consolidation ›

Cloud Onboarding ›

**ABOUT US ›**

Resource Center ›

Case Studies ›

News ›

Partners ›

Case 2:24-cv-00093-JRG   Document 238-11   Filed 07/28/25   Page 5 of 5 PageID #: 18143



VM_IBM_0001966