UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| Defendant. | § | |
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| Defendant. | § | |

**DECLARATION OF KYLE A. CALHOUN IN SUPPORT OF DEFENDANT INTERNATIONAL BUSINESS MACHINES CORP.'S OPENING BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT**

I, Kyle A. Calhoun, hereby declare:

1. I am a partner at Kirkland & Ellis LLP, counsel of record for Defendant International Business Machines Corp. ("IBM") in the above-captioned action. I make this declaration based on my personal knowledge and review of the documents referenced herein. If called to testify, I could and would testify competently to the matters set forth below.

2. Attached as Exhibit 1 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0022070.

1

3.	Attached as Exhibit 2 is a true and correct copy of a production document from Hewlett Packard Enterprise Company, bearing beginning bates VM_HPE_0000001.

4.	Attached as Exhibit 3 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0022045.

5.	Attached as Exhibit 4 is a true and correct copy of excerpts from the Rebuttal Expert Report of Jim Bergman, dated 7/14/2025.

6.	Attached as Exhibit 5 is a true and correct copy of excerpts from the Invalidity Opening Expert Report of Stephen Wicker, dated 6/23/2025.

7.	Attached as Exhibit 6 is a true and correct copy of excerpts from the Opening Expert Report of James Malackowski, dated 6/23/2025.

8.	Attached as Exhibit 7 is a true and correct copy of excerpts from the Rebuttal Expert Report of Stephen Wicker, dated 7/15/2025.

9.	Attached as Exhibit 8 is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000005276.

10.	Attached as Exhibit 9 is a true and correct copy of an excerpt of the Opening Expert Report of Eric Koskinen, dated 6/23/2025.

11.	Attached as Exhibit 10 is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000192933.

12.	Attached as Exhibit 11 is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000192921.

13.	Attached as Exhibit 12 is a true and correct copy of excerpts from the Eric Koskinen deposition transcript, dated 7/18/2025.

14. Attached as Exhibit 13 is a true and correct copy of excerpts from the Nigel Stokes deposition transcript, dated 5/21/2025.

15. Attached as Exhibit 14 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0000809.

16. Attached as Exhibit 15 is a true and correct copy of t a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0001330.

17. Attached as Exhibit 16 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0036109.

18. Attached as Exhibit 17 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0036108.

19. Attached as Exhibit 18 is a true and correct copy of a web capture from https://www.docker.com/resources/what-container/, last visited 7/27/2025.

20. Attached as Exhibit 19 is a true and correct copy of excerpts from Greg O'Connor's Deposition Transcript, dated 5/15/2025.

21. Attached as Exhibit 20 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0036021.

22. Attached as Exhibit 21 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0036020.

23. Attached as Exhibit 22 is a true and correct copy of the declaration of Walter Falk in support of Motion for Summary Judgment, dated 7/25/2025.

24. Attached as Exhibit 23 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0029997.

25. Attached as Exhibit 24 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0029997.

26. Exhibit 25 is a true and correct copy of excerpts from Walter Falk's Deposition Transcript, dated 5/13/2025.

27. Attached as Exhibit 26 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0036533.

28. Attached as Exhibit 27 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0029919.

29. Attached as Exhibit 28 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0029923.

30. Attached as Exhibit 29 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0030007.

31. Attached as Exhibit 30 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0000435.

32. Attached as Exhibit 31 is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000092622.

33. Attached as Exhibit 32 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0044754.

34. Attached as Exhibit 33 is a true and correct copy IBM's First Supplemental Objections and Responses to VirtaMove's First Set of Interrogatories, dated 11/15/2024.

35. Attached as Exhibit 34 is a true and correct copy of excerpts from Cedric Burgins Deposition Transcript, dated 5/28/2025.

36. Attached as Exhibit 35 is a true and correct copy of the Complaint for Patent Infringement filed in *VirtaMove, Corp., v. Amazon.com*, Civil Action No. 7:24-cv-00030, dated 1/26/2024.

37. Attached as Exhibit 36 is a true and correct copy of VirtaMove's Preliminary Disclosure of Infringement Contentions, dated 6/5/2025.

38. Attached as Exhibit 37 is a true and correct copy of an email chain between D. Kolko and IBM Counsel re Affirmative Defenses, dated 7/17/2025.

39. Attached as Exhibit 38 is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000092755.

40. Attached as Exhibit 39 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0045074.

41. Attached as Exhibit 40 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0045004.

42. Attached as Exhibit 41 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0045048.

43. Attached as Exhibit 42 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0030101.

44. Attached as Exhibit 43 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0020234.

45. Attached as Exhibit 44 is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000198856.

46. Attached as Exhibit 45 is a true and correct copy of excerpts from the Donn Rochette Deposition Transcript, dated 9/10/2024.

47. Attached as Exhibit 46 is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000198833.

48. Attached as Exhibit 47 is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000198834.

49. Attached as Exhibit 48 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0035776.

50. Attached as Exhibit 49 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0035863.

51. Attached as Exhibit 50 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0036126.

52. Attached as Exhibit 51 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0035063.

53. Attached as Exhibit 52 is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0035102.

54. Attached as Exhibit 53 is a true and correct copy of excerpts from the Paul O'Leary Deposition Transcript, dated 5/15/2025.

55. Attached as Exhibit 54 is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000190959.

56. Attached as Exhibit 55 is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000193170.

57. Attached as Exhibit 56 is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000193247.

58. Attached as Exhibit 57 is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000004419.

59. Attached as Exhibit 58 is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000004731.

60. Attached as Exhibit 59 is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000193258.

61. Attached as Exhibit 60 is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000005072.

62. Attached as Exhibit 61 is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000004931.

63. Attached as Exhibit 62 is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000004953.

64. Attached as Exhibit 63 is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000190353.

65. Attached as Exhibit 64 is a true and correct copy of excerpts from the Michael Brown Deposition Transcript, dated 5/22/2025.

66. Attached as Exhibit 65 is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000190957.

67. Attached as Exhibit 66 is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000004100.

68. My firm has applied highlighting to Exhibits 1-17, 19-21, 23-25, 28-32, 36, 39, 42-43, 45, 47-48, 50, 52-65 consistent with the guidance in Local Rule CV-7(b).

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 28, 2025 in Atlanta, GA.

                                                   */s/ Kyle A. Calhoun*
                                                   Kyle A. Calhoun

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on July 28, 2025.

                                          */s/ Todd M. Friedman*
                                          Todd M. Friedman