# EXHIBIT 39

Home / Products / Kubernetes Service

# IBM Cloud Kubernetes Service

Deploy secure, highly available clusters in a native Kubernetes experience



Kubernetes ecosystem — no charge →



Get pricing options →



Kubernetes at enterprise scale: pushing boundaries with Watson services (1:35 min)

## Kubernetes at Enterprise Scale

Experience a certified, managed Kubernetes solution, built for creating a cluster of compute hosts to deploy and manage containerized apps on IBM Cloud®. IBM manages the master, freeing you from having to administer the host OS, container runtime and Kubernetes version-update process.

## Use cases

Overview

Use cases

Features

Add-on capabilities

Our clients

‹ es clusters    Deploy a scalable web app    Analyze logs, monitor apps    **Deploy apps**

- Resources
- Frequently asked questions
- Related products
- Next steps



## Deploy apps continuously

Learn how to set up a CI/CD pipeline for containerized apps running in Kubernetes. This use case covers the setup of source control, build, test and deploy and integrating security scanners, analytics and more.

Get the tech →

# Features



**Native Kubernetes**
Use tools and APIs you know for a consistent experience, even working across cloud infrastructures.



VM_IBM_0045075

**Intelligent scheduling**
Automatically deploy containers on compute hosts based on available resources across the cluster.

## Add-on ca[pabilities]



**Istio on IBM Cloud**
Connect, manage and secure networks of microservices — regardless of platform, source or vendor.

run cloud-native, serverless applications on Kubernetes.

native CI/CD pipelines with maximum speed and flexibility.

See Istio on IBM Cloud →

See Knative on IBM Cloud →

See Tekton on IBM Cloud →

## Our clients



AIRWAYS

### Etihad Airways

Make airport check-ins fast and easy by deploying in different cloud environments as required for compliance with local data-protection regulations.

### ExxonMobil

Scale up, and add a great deal of resiliency with IBM Kubernetes service.

### Harry Rosen

Luxury menswear retailer digitally transformed its business by using IBM Cloud Kubernetes Service as a foundation to apply highly personalized customer experience.

Read the case study →

Read the case study →

Read the case study →







### CRM.com

Billing software company unlocks monetization potential to increase customer loyalty with a cloud-native platform with a fully managed container orchestration resilient solution.

### Soluciones Integrales (SISA)

Utility companies and others in Argentina upgrades its infrastructure with containerization, to then moved its entire diverse back end.

### ALM

Information and intelligence company evolves marketing strategies to meet new data privacy standards by sitting its internet layer's website into a blockchain compliance ledger on a Kubernetes cluster.

Read the case study →

Read the case study →

Read the case study →

## What IBM Cloud Kubernetes Service satisfied customers are saying on



VM_IBM_0045077

| IBM Cloud Kubernetes Service Review for Microservices Use Case | Smooth, friendly alternative to Google Cloud | Good container orchestration platform from IBM |
|---|---|---|
| ★★★★½ Jan 9, 2023 | ★★★★½ Mar 22, 2020 | ★★★★☆ May 14, 2021 |
| IKS resources and upgrades of those resources are managed seamlessly allowing the developers to focus on application rather than IKS management itself.... | IBM Cloud Kubernetes Service is very easy to use, with a nice and smooth control panel, command-line interface, and several built-in features.... | IBM Cloud Kubernetes Service is well suited to run microservices workload that requires high availability, scaling, with good performance. Combined with other I... |
| Authenticated Reviewer | Dillen Meijboom Owner/Developer Excoi | Authenticated Reviewer |
| Computer Software 10,001+ employees | Computer Software 1-10 employees | Consumer Electronics 10,001+ employees |

| Plays nicer with others than AWS Fargate and ECS, however has many many moving parts | IBM Cloud Kubernetes Service Review | IBM Cloud Kubernetes Review |
|---|---|---|

VM_IBM_0045078

| ★★★★☆ Feb 9, 2023 | ★★★★★ May 1, 2021 | ★★★★½ Mar 3, 2020 |
|---|---|---|
| Kubernetes has proven effective for orchestrating workloads.

Fargate is more limited.

Jon Brizuela
Cloud Security Architect
Valhalla Road LLC
Computer & Network Security
1-10 employees | We liked the adaptability and versatility that IBM Cloud Kubernetes Service give us.

We zeroed in on consumer loyalty and ...

Rajesh Singh
CEO & MD
Gurjartech Pvt Ltd
Information Technology & Services 1-10 employees | Centralized point of management for different services

Reduced cost of servers

It is being used by the ...
Authenticated Reviewer

Information Technology & Services 11-50 employees |

| IBM Kubernetes - the perfect container service | The Great Power of Kube on IBM Cloud | Smooth scaling Infrastruture. |
|---|---|---|
| ★★★★☆ Dec 5, 2022 | ★★★★☆ Dec 2, 2022 | ★★★★☆ Dec 24, 2022 |
| The service saves a lot of time, increases focus on delivery, provides more features for customers. Also while working with CI/CD it is very beneficial....

Authenticated | It has made it easily especially for operations engineers to easily automate tasks via scripting existing CLI and API commands. Our CI/CD team was able o...

Authenticated Reviewer | I have to work with scaling deep learning software, especially training at scale over CPU and GPUs. I use Kubernetes in the IBM cloud to achieve that o...

Ravi Gupta |

Authenticated Reviewer

Computer Software 5001-10,000 employees

Reviewer

Information Technology & Services 10,001+ employees

Ravi Gupta
Technical Lead - Deep Learning
Intel Corporation
Computer Hardware 10,001+ employees

## IBM Cloud Kubernetes Service is doing great so far, but I believe there's still much to do (making it auto scalabile, make it more user friendly)

★★★★½  Jan 24, 2023

## IBM Cloud Kubernetes - Great choice for both small and large businesses!

★★★★½  Jun 3, 2019

## IBM Cloud Kubernetes Review

★★★★☆  Nov 11, 2019

Our main problem was
related to tasks managment, we needed
a contenization tool that
could help to manage
the entire lifecycle of our
system and therefore e...

John Santos Ndiwayesu
CTO (Chief Technical Officer)
GROUPE SUPRA
Computer Software 11-50 employees

IBM Cloud Kubernetes Service is best for apps
that need to scale and
developers who want to
deploy their software fast and easily.
...

Authenticated Reviewer

Computer Software 1-10 employees

It is easy to deploy new
applications and the
documentation is, for the
most part, easy to read
which makes the ease of
using the CLI more convenient for all....

Authenticated Reviewer

Education Management 501-1000 employees

## IBM Kubernetes is good

## Kubernetes Review

## Perfect Cloud Container Management Product and very Functional

Cloud Services Automation Solution.

★★★★☆  Feb 8, 2023

CLIs allow users to automate repetitive tasks
and execute commands quickly, resulting in increased productivity
and faster completion of tasks. CLIs offer more ...

Authenticated Reviewer

Information Technology & Services 501-1000 employees

★★★★★  Feb 17, 2020

IBM Cloud Kubernetes gives more options and
flexibility such as more
data centers, locations,
and zones.

IBM Cloud Kubernetes...

Authenticated Reviewer

E-Learning 201-500 employees

★★★★½  Nov 29, 2022

This platform is very
reliable orchestration and container management system which has the
most effective and profitable Cloud performance and its da...

Mike Chegge
Account Manager
INTAJ Mohtawayat
Telecommunications
11-50 employees

### IBM Kubernetes Review

★★★★½  Nov 11, 2019

IBM Cloud Kubernetes is
well suited for
e-commerce fields where

### Excellent service

★★★★★  Jan 15, 2023

One positive impact that
IBM Cloud Kubernetes Service has had on

### Overall user satisfaction review for IBM Cloud Kubernetes Service

★★★★½  Nov 28, 2021

IBM Cloud Kubernetes Service is currently the
best in the market.

innovation takes place in rapid scale.

It's always good to ha...

Venkata Rao Vuppala
Lead Engineer
TCS
Computer Software
10,001+ employees

our overall business objectives is improved efficiency and scalability of our containerized wo...
Authenticated Reviewer

Information Technology & Services 5001-10,000 employees

In case, if our use cases do not change, we will continue to stick to IBM due to its wide array of ...

Authenticated Reviewer

E-Learning 51-200 employees

It enabled an immutable infrastructure and now we can ship our features faster than before

  Dec 5, 2021

After implementing this system we quickly started to realize the benefit of having seamless upgrades and easy rollbacks without any issue and now we ...
Authenticated Reviewer

Telecommunications 51-200 employees

Read all reviews

VM_IBM_0045082

# Resources

**Scalable web application on Kubernetes**

Learn how to build your own data set and train a model for image classification. The models are available in TensorFlow and are run on a Kubernetes cluster.

Learn more →

**Deploy apps with Tekton**

Learn how to build and deploy an app to a Kubernetes cluster on IBM Cloud, using a Tekton pipeline.

Take the tutorial →

**IBM Cloud training for developers**

Build Kubernetes skills through courses contained within the IBM Cloud Professional Developer certification.

Explore the learning path →

**IBM Cloud training for architects**

Build Kubernetes skills through courses contained within the IBM Cloud Professional Architect certification.

Explore the learning path →

# Frequently asked questions

VM_IBM_0045083

Get answers to the most commonly asked questions about IBM Cloud Kubernetes Service.

How does a container-based platform work? ⌃

**IBM Cloud® Kubernetes Service provides a fully managed container service for Docker (OCI) containers, so clients can deploy containerized apps onto a pool of compute hosts and subsequently manage those containers.** Containers are automatically scheduled and placed onto available compute hosts based on your requirements and availability in the cluster.

How is the Kubernetes-based container service managed? ⌃

Every cluster is provisioned with a Kubernetes master IBM operates and manages, and worker nodes deployed into the client-owned infrastructure. Your worker nodes are single-tenant and dedicated to you, the client. Manage your worker nodes by using IBM-provided tools for operating system patch deployment, container runtime updates and new Kubernetes versions.

See inside IBM Cloud Kubernetes Service →

| How can I run Docker containers on my own infrastructure? | ⌄ |
| How does autoscaling work for my Docker containers in Kubernetes? | ⌄ |
| How is container hosting managed when using service provider instances? | ⌄ |
| Can I integrate block storage with my apps? | ⌄ |
| How does networking work in a cluster? | ⌄ |
| How are security controls integrated? | ⌄ |
| How do I store Docker images in the cloud? | ⌄ |
| Can I set up my own Kubernetes scheduler to place containers in a cluster? | ⌄ |

# Related products

VM_IBM_0045084

| IBM Cloud Code Engine | Red Hat OpenShift on IBM Cloud | IBM Cloud Databases Services | Cloud application development consulting services | Application modernization services | Hybrid cloud strategy and architecture consulting services |
|---|---|---|---|---|---|
| Run your application, job or container on a managed serverless platform.  → | Deploy and secure enterprise workloads on native Red Hat® OpenShift® with developer-focused tools to run highly available apps.  → | Complement your Kubernetes infrastructure with a complete portfolio of managed services for data and analytics.  → | Using a cloud-native build strategy accelerates innovation at lower cost, achieves faster time to market and drives revenue growth with open, secure, hybrid multicloud platforms.  → | Backed by IBM Cloud® Paks and Red Hat® OpenShift®, we speed up application modernization timelines from months to weeks and reduce costs by over 30%.  → | We work with you to determine the right cloud strategy, operating model, roadmap and ecosystem to support core business needs and innovation in any hybrid multicloud.  → |

VM_IBM_0045085

## Next steps

**Free IBM Cloud account**
Create a free IBM Cloud account and try IBM Kubernetes ecosystem solutions.

Read more →

**View pricing options**
Configure, price and quote your Kubernetes cluster.

Read more →

**Meet the community**
Get answers to your IBM Cloud questions straight from our users.

Read more →

VM_IBM_0045086