# EXHIBIT 45
# FILED UNDER SEAL

9/10/2024   VirtaMove Corp. v. Amazon.com, Inc., et al.   Donn Rochette

**Page 1**

```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TEXAS
               MIDLAND/ODESSA DIVISION

VIRTAMOVE, CORP.,              )
                               )  CASE NO.
              PLAINTIFF,       )  7:24-CV-00030
                               )
         v.                    )
                               )
AMAZON.COM, INC.; AMAZON.COM   )
SERVICES LLC; AND AMAZON WEB   )
SERVICES, INC.,                )
                               )
                 DEFENDANTS.   )



          VIDEOTAPED DEPOSITION OF DONN ROCHETTE
         TAKEN REMOTELY VIA ZOOM VIDEOCONFERENCE
               TUESDAY, SEPTEMBER 10, 2024
                      11:04 A.M. CDT



       REPORTED BY AUDRA E. CRAMER, CSR NO. 9901


              DIGITAL EVIDENCE GROUP
           1730 M Street, NW, Suite 812
              Washington, D.C. 20036
                  (202) 232-0646
```

**Page 2**

```
1       VIDEOTAPED DEPOSITION OF DONN ROCHETTE,
2  TAKEN REMOTELY VIA ZOOM ON BEHALF OF THE DEFENDANTS
3  AT 11:04 A.M. CDT, TUESDAY, SEPTEMBER 10, 2024, BEFORE
4  AUDRA E. CRAMER, CSR NO. 9901, PURSUANT TO SUBPOENA.
5
6  APPEARANCES OF COUNSEL
7
8  ON BEHALF OF THE PLAINTIFF:
9
10         RUSS AUGUST & KABAT
11         BY:  PETER TONG, ESQUIRE
12         4925 GREENVILLE AVENUE, SUITE 200
13         DALLAS, TEXAS 75206
           (310) 826-7474
14         ptong@raklaw.com
15
   ON BEHALF OF THE DEFENDANTS:
16
           KNOBBE, MARTENS, OLSON & BEAR LLP
17         BY:  JEREMY ANAPOL, ESQUIRE
           2040 MAIN STREET, 14TH FLOOR
18         IRVINE, CALIFORNIA 92614
           (949) 760-0404
19         jeremy.anapol@knobbe.com
20
   ALSO PRESENT
21
           BILLY FAHNERT, VIDEOGRAPHER
22
```

**Page 3**

```
1                  I N D E X
2  EXAMINATION                    PAGE
3  BY MR. ANAPOL                     5
4  BY MR. TONG                      95
5  BY MR. ANAPOL                   139
6  BY MR. TONG                     155
7
8              E X H I B I T S
9  NO.     PAGE     DESCRIPTION
10 1010     14      US PATENT 7,519,814
11 1009     18      ARCHIVE VERSION OF THE
12                  HOMEPAGE ONCORE SYSTEMS
13                  CORPORATION
14 1011     24      US PATENT 7,784,058
15 1012     42      AUSTRALIAN UNIX SYSTEMS
16                  USER GROUP NEWSLETTER,
17                  VOLUME 8, NUMBER 5
18    QUESTIONS INSTRUCTED BY COUNSEL NOT TO ANSWER
                    PAGE     LINE
19                  144       7
                    145       2
20   REPORTER'S NOTE:  All quotations from exhibits are
   reflected in the manner in which they were read into the
21 record and do not necessarily indicate an exact quote
22 from the document.
```

**Page 4**

```
1       REMOTELY VIA ZOOM VIDEOCONFERENCE
2       TUESDAY, SEPTEMBER 10, 2024, 11:04 A.M. CDT
3
4       THE VIDEOGRAPHER:  We are on the
5  record.  This is the remote video deposition of
6  Donn Rochette in the matter of VirtaMove Corp.
7  versus Amazon.com, Inc., et al., filed in the
8  United States District Court for the Western
9  District of Texas.
10      My name is Billy Fahnert.  I am the
11 video technician today.  The court reporter is
12 Audra Cramer.  We both represent Digital
13 Evidence Group.
14      Today's date is September 10, 2024.
15 The time is 11:04 a.m. Central Standard Time.
16      All parties have stipulated to the
17 witness being sworn in remotely.
18      Will Counsel please identify yourselves
19 for the record, and then the witness will be
20 sworn in.
21      MR. TONG:  This is Peter Tong from Russ
22 August & Kabat on behalf of VirtaMove
```

Case 2:24-cv-00093-JRG   Document 242-16   Filed 07/29/25   Page 3 of 6 PageID #: 19455

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

9/10/2024                    VirtaMove Corp. v. Amazon.com, Inc., et al.                    Donn Rochette

Page 61

1  know it's repetitive in some sense.
2       By 2002 did software developers in
3  Silicon Valley know that servers could limit the
4  resources used by a container?
5       MR. TONG: Objection. Calls for
6  speculation. Foundation. Leading.
7       THE WITNESS: Yes.
8  BY MR. ANAPOL:
9       Q. And did the OnCore operating system
10 have the ability to limit resources used by a
11 container?
12      MR. TONG: Same objections.
13      THE WITNESS: That was not the intent
14 of the OnCore system, no. There was no explicit
15 limiting of resources or -- in that -- in that
16 architecture.
17 BY MR. ANAPOL:
18      Q. But the OnCore system would allow a
19 real-time program to preempt an application
20 running in a Unix container; correct?
21      A. That is correct. But not for -- it
22 would not allow -- it would not enforce the

Page 62

1  amount of memory, for example, that a Unix
2  application would use. Nothing of that nature
3  was done.
4       Yes, the really important thing was
5  that an application running in a real-time
6  context could preempt anything running in Unix
7  and be able to respond immediately.
8       Q. And when the real-time application
9  preempts the application in the Unix container,
10 the real-time container is taking processing
11 resources away from the container at that time?
12      A. Absolutely correct, yes.
13      MR. TONG: Same objections.
14      THE WITNESS: Sorry. I should wait for
15 you to object.
16      Yes.
17 BY MR. ANAPOL:
18      Q. By 2002 did software developers in
19 Silicon Valley know that servers could monitor
20 and log a container's resource usage?
21      MR. TONG: Same objections.
22      THE WITNESS: Yes.

Page 63

1  BY MR. ANAPOL:
2       Q. And by 2002 did software developers in
3  Silicon Valley know that containers could have
4  their own IP address separate from a host?
5       MR. TONG: Same objections.
6       THE WITNESS: I'm not 100 percent sure
7  of that. That was very difficult -- that's very
8  difficult to accomplish, the IP address, and I
9  don't -- honestly don't recall if that was
10 considered sort of commonplace.
11 BY MR. ANAPOL:
12      Q. But would it surprise you if someone
13 had that capability before 2002?
14      MR. TONG: Objection --
15      THE WITNESS: It would not surprise
16 me --
17      MR. TONG: -- foundation.
18      THE WITNESS: -- no.
19      Oh, sorry.
20 BY MR. ANAPOL:
21      Q. Can you repeat the answer,
22 Mr. Rochette.

Page 64

1       A. It would not surprise me, no.
2       Q. And by 2002 did software developers in
3  Silicon Valley know how to move software
4  functionality into a shared library?
5       MR. TONG: Objection. Calls for
6  speculation. Foundation. Legal conclusion.
7  Not venue discovery. Leading.
8       THE WITNESS: Yes.
9  BY MR. ANAPOL:
10      Q. And do you know whether Trigence
11 released its container software before or after
12 Solaris zones?
13      A. I don't recall whether anything in
14 Windows or Linux was released before or after
15 zones, no. I don't recall the dates, no.
16      Q. Have you ever heard of Docker?
17      A. Yes.
18      Q. And what is your understanding of
19 Docker?
20      A. Docker is a container technology that
21 is in wide use today.
22      Q. And when did you first hear about

9/10/2024   VirtaMove Corp. v. Amazon.com, Inc., et al.   Donn Rochette

Page 65

1  Docker?
2      A.  Maybe after the Trigence days, at the
3  end of Trigence -- my time at Trigence.  I don't
4  recall a date.
5      Q.  Have you personally used Docker?
6      A.  Yes.
7      Q.  In what context?
8      A.  Creating containers.  Allowing -- for
9  development purposes.  For production purposes.
10 For monitoring purposes.  We use Docker quite a
11 bit.
12     Q.  When you say, "We have used Docker,"
13 who are you referring to?
14     A.  Oh, I'm sorry.  Multiple development
15 teams that I've been a part of.  We have all
16 used Docker.
17     Q.  Which companies that you've worked at
18 have used Docker?
19     A.  AppFirst.  ScienceLogic.  I worked as a
20 contractor for the US Air Force for a while.
21 And Cribl most recently.
22     Q.  Okay.  So all four of those

Page 66

1  organizations used Docker?
2      A.  Correct.
3      Q.  And, Mr. Rochette, have you ever heard
4  of containerd?
5      A.  Yes.
6      Q.  What's your understanding of
7  containerd?
8      A.  Containerd is a process that runs in
9  the background as a part of Docker and is --
10 implements a large portion of the Docker
11 functionality.
12     Q.  And do you have an understanding of
13 where Docker originated?
14         MR. TONG:  Objection.  Calls for
15 speculation.
16         THE WITNESS:  I don't, actually.  I
17 know it's open source, but I don't know where or
18 what group originated it, no.
19 BY MR. ANAPOL:
20     Q.  You mentioned Cribl in one of your
21 earlier answers.
22         Where is Cribl located?

Page 67

1      A.  Cribl is located in San Francisco.
2      Q.  And do you know if Cribl is using
3  Docker in San Francisco?
4      A.  Yes.
5      Q.  And did you visit San Francisco when
6  you worked for Cribl?
7      A.  Yes.
8      Q.  How often?
9      A.  Not very often.  Once a year.
10     Q.  And are there a lot of people in
11 Northern California who know about Docker?
12     A.  Yes.
13         MR. TONG:  Objection.  Calls for
14 speculation.
15 BY MR. ANAPOL:
16     Q.  And Cribl is the most recent company
17 that you worked at?
18     A.  That is correct.
19     Q.  Do you still work there?
20     A.  No.  I am retired.
21     Q.  Oh, right.  You mentioned that earlier.
22         When did you retire from Cribl?

Page 68

1      A.  1st of September two years ago.
2      Q.  2022?
3      A.  Yes.
4      Q.  And how does Docker compare to the
5  technology developed at Trigence?
6          MR. TONG:  Objection.  Calls for legal
7  conclusions.  And Daubert.
8          THE WITNESS:  It is very similar.
9  Docker containers are quite similar to what is
10 described in the Trigence patent.  There are --
11 there are a lot of differences.  You know, any
12 software developer can describe those
13 differences to you.  But overall the ability to
14 create multiple containers with, you know,
15 multiple disparate applications running in them
16 is consistent.
17 BY MR. ANAPOL:
18     Q.  And what do you mean by "disparate
19 applications"?
20     A.  Primarily referring to applications
21 that would require a specific version of an
22 operating system.  So something that would run

9/10/2024      VirtaMove Corp. v. Amazon.com, Inc., et al.      Donn Rochette

**Page 69**

1  on -- something that was originally running in a
2  Windows 10 environment that would be placed in a
3  container and could run in a Windows 12
4  environment. That's what I mean by "disparate,"
5  meaning --
6      Q. So the environments are disparate,
7  meaning different versions of the same operating
8  system?
9      A. Different versions of the same
10 operating system, correct.
11     Q. Okay. So did you make the decision to
12 use Docker at the four companies you mentioned,
13 or did somebody else make that decision?
14     A. Oh, no, somebody else made the
15 decision. It was -- yeah.
16     Q. Did you ever suggest to any of those
17 four companies that they use Trigence AE instead
18 of Docker?
19     A. No.
20     Q. Why not?
21     A. Because -- the primary reason is
22 because of the difference in the way the

**Page 70**

1  Trigence AE is implemented, which requires
2  function overlays and shared libraries and so
3  forth. It's difficult for larger companies'
4  environments to adopt that kind of approach.
5      Q. Why?
6      A. Because it modifies the way -- there
7  are modifications in the way in which an
8  application would run that are reliant on
9  private, non-open-sourced libraries and so forth
10 that make it very difficult for someone to be
11 able to validate -- and you need support and
12 things like that.
13         So it's much more difficult to adopt
14 that kind of an approach. And I think one of
15 the reasons -- it's one of the reasons why
16 Docker is very typically chosen over an approach
17 like Trigence AE.
18     Q. And did you ever think that the
19 companies you were working for that use Docker
20 needed a license to the '814 or '058 patents?
21     A. No. Never crossed my mind. It never
22 crossed my mind that they were similar.

**Page 71**

1      Q. And do you have an understanding of
2  whether any of the four companies you worked at
3  that use Docker were also using containerd?
4      A. If you were using Docker, you were
5  using containerd.
6      Q. So all four of those companies were
7  also using containerd?
8      A. Yes.
9      Q. Okay. I want to talk a little bit more
10 about the disparate computing environments that
11 you mentioned.
12     A. Okay.
13        MR. ANAPOL: And, Billy, could you
14 please pull up Exhibit 1010 for us, and scroll
15 down to Column 2, please. And around lines 17
16 to 19, can you blow that up for us.
17     Q. So in the '814 patent, Mr. Rochette, do
18 you see that there's this definition of
19 "disparate computing environments"?
20     A. Yes.
21     Q. Do you know what this means?
22     A. Yeah. It's -- it's worded like a

**Page 72**

1  lawyer would word it. Sorry.
2         It is -- it's meant to speak to the
3  ability for applications that are unrelated to
4  each other to run in a common compute platform.
5      Q. So it says, "Environments where
6  computers are stand-alone or where there are
7  plural computers and where they are unrelated."
8         So does "unrelated" refer to the
9  computers or to the applications running on
10 them?
11     A. In this statement it refers --
12        MR. TONG: Objection. Calls for a
13 legal conclusion.
14        THE WITNESS: Oh, sorry.
15 BY MR. ANAPOL:
16     Q. Go ahead, Mr. Rochette?
17     A. In this statement it refers to the
18 computer platform -- the computer platforms.
19     Q. And what does it mean for computer
20 platforms to be unrelated?
21        MR. TONG: Objection. Calls for a
22 legal conclusion.

18 (Pages 69 to 72)

9/10/2024     VirtaMove Corp. v. Amazon.com, Inc., et al.     Donn Rochette

Page 161

1    Donn Rochette, c/o
      Pro se
2

3
      Case: VirtaMove Corp. v. Amazon.com, Inc., et al.
4    Date of deposition: September 10, 2024
      Deponent: Donn Rochette
5
6    Please be advised that the transcript in the above
      referenced matter is now complete and ready for signature.
7    The deponent may come to this office to sign the transcript,
8    a copy may be purchased for the witness to review and sign,
9    or the deponent and/or counsel may waive the option of
10    signing. Please advise us of the option selected.
11    Please forward the errata sheet and the original signed
12    signature page to counsel noticing the deposition, noting the
13    applicable time period allowed for such by the governing
14    Rules of Procedure. If you have any questions, please do
15    not hesitate to call our office at (202)-232-0646.
16
17
18    Sincerely,
19    Digital Evidence Group
20    Copyright 2024 Digital Evidence Group
21    Copying is forbidden, including electronically, absent
22    express written consent.

Page 162

1    Digital Evidence Group, L.L.C.
      1730 M Street, NW, Suite 812
2    Washington, D.C. 20036
      (202) 232-0646
3
4    SIGNATURE PAGE
      Case: VirtaMove Corp. v. Amazon.com, Inc., et al.
5    Witness Name: Donn Rochette
      Deposition Date: September 10, 2024
6
      I do hereby acknowledge that I have read
7    and examined the foregoing pages
      of the transcript of my deposition and that:
8
9    (Check appropriate box):
      ( ) The same is a true, correct and
10   complete transcription of the answers given by
      me to the questions therein recorded.
11   ( ) Except for the changes noted in the
      attached Errata Sheet, the same is a true,
12   correct and complete transcription of the
13   answers given by me to the questions therein
14   recorded.
15
16   _____
17   DATE      WITNESS SIGNATURE
18
19
20
21   _____
22   DATE      NOTARY

Page 163

1    Digital Evidence Group, LLC
2    1730 M Street, NW, Suite 812
3    Washington, D.C. 20036
4    (202)232-0646
5
6    ERRATA SHEET
7
8    Case: VirtaMove Corp. v. Amazon.com, Inc., et al.
9    Witness Name: Donn Rochette
10   Deposition Date: September 10, 2024
11   Page No.    Line No.    Change
12
13
14
15
16
17
18
19
20
21   _____    _____
22   Signature               Date

41 (Pages 161 to 163)