# EXHIBIT 61

