# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| Defendant. | § | |

# DECLARATION OF ANDREW MORRILL IN SUPPORT OF INTERNATIONAL BUSINESS MACHINES CORP.'S MOTION TO EXCLUDE CERTAIN OPINIONS OF JIM BERGMAN

I, Andrew Morrill, hereby declare:

1. I am a partner at the law firm of Kirkland & Ellis LLP, counsel for Defendant and Counter-Plaintiff International Business Machines Corp. ("IBM") in the above-styled matter. I am a member of the Bar of the State of California, and am admitted to practice pro hac vice before this Court. I provide this declaration in support of IBM's Motion to Exclude Certain Opinions of Jim Bergman. I have personal knowledge of the information set forth herein, and I could and would competently testify thereto if called as a witness.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from Jim Bergman's Opening Damages Report, dated June 23, 2025.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from Jim Bergman's Rebuttal Damages Report, dated July 14, 2025.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the First Amended Complaint filed in *AppZero Software Corp. v. AppFirst, Inc.*, Civil Action No. 1:11-09009-SAS, which begins at Bates Stamp VM_IBM_0044632.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a document titled "AppFirst Settlement Agreement" which begins at Bates Stamp VM_IBM_0017098.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from Dean Huffman's May 21, 2025 Deposition Transcript.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from Dean Huffman's May 23, 2025 Deposition Transcript.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from Rochette May 5, 2025 Deposition Transcript.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from Donn Rochette's September 10, 2024 Deposition Transcript from *VirtaMove Corp. v. Amazon.com, Inc., et al.*, produced by VirtaMove in this case as VM_IBM_0000890.

10. My firm has applied highlighting to **Exhibits 1-8** consistent with the guidance in Local Rule CV-7(b).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28 day of July, 2025 in Costa Mesa, California.

*/s/ Andrew Morrill*
Andrew Morrill

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on July 28, 2025, with a copy of this document via electronic mail.

                                                       */s/ Todd M. Friedman*
                                                       Todd M. Friedman