# EXHIBIT 10

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | CHANGE OF NAME |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Trigence Corp. | 03/02/2009 |

**RECEIVING PARTY DATA**

| Name: | AppZero Corp. |
|---|---|
| Street Address: | 750 Palladium Drive, Ste 210 |
| City: | Ottawa |
| State/Country: | CANADA |
| Postal Code: | K2V 1C7 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Application Number: | 10939903 |

**CORRESPONDENCE DATA**

Fax Number: (321)984-7078
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Email: creganoa@addmg.com
Correspondent Name: Allen Dyer Doppelt Milbrath & Gilchrist
Address Line 1: 255 S. Orange Ave., Suite 1401
Address Line 4: Orlando, FLORIDA 32801

| ATTORNEY DOCKET NUMBER: | 120-1 US 78802 |
|---|---|
| NAME OF SUBMITTER: | Christopher F. Regan |

Total Attachments: 2
source=78802NameChange#page1.tif
source=78802NameChange#page2.tif

500798482

**PATENT
REEL: 022350 FRAME: 0569**

VM_IBM_0023946

 Industry Canada          Industrie Canada

Certificate                              Certificat
of Amendment                             de modification

Canada Business                          Loi canadienne sur
Corporations Act                         les sociétés par actions

APPZERO CORP.                                              402791-4

_____      _____
Name of corporation-Dénomination de la société     Corporation number-Numéro de la société

I hereby certify that the articles of the         Je certifie que les statuts de la société
above-named corporation were amended:             susmentionnée ont été modifiés:

a) under section 13 of the Canada         ☐   a) en vertu de l'article 13 de la Loi
   Business Corporations Act in                  canadienne sur les sociétés par
   accordance with the attached notice;          actions, conformément à l'avis ci-joint;

b) under section 27 of the Canada         ☐   b) en vertu de l'article 27 de la Loi
   Business Corporations Act as set out in       canadienne sur les sociétés par
   the attached articles of amendment            actions, tel qu'il est indiqué dans les
   designating a series of shares;               clauses modificatrices ci-jointes
                                                 désignant une série d'actions;

c) under section 179 of the Canada        ☑   c) en vertu de l'article 179 de la Loi
   Business Corporations Act as set out in       canadienne sur les sociétés par
   the attached articles of amendment;           actions, tel qu'il est indiqué dans les
                                                 clauses modificatrices ci-jointes;

d) under section 191 of the Canada        ☐   d) en vertu de l'article 191 de la Loi
   Business Corporations Act as set out in       canadienne sur les sociétés par
   the attached articles of reorganization;      actions, tel qu'il est indiqué dans les
                                                 clauses de réorganisation ci-jointes;

_____                  March 2, 2009 / le 2 mars 2009
Richard G. Shaw                                  Date of Amendment - Date de modification
Director - Directeur

Canada

PATENT
REEL: 022350 FRAME: 0570

VM_IBM_0023947

| | | | |
|---|---|---|---|
| **Industry Canada** Canada Business Corporations Act | **Industrie Canada** Loi canadienne sur les sociétés par actions | ELECTRONIC TRANSACTION REPORT ARTICLES OF AMENDMENT (SECTIONS 27 OR 177) | RAPPORT DE LA TRANSACTION ÉLECTRONIQUE CLAUSES MODIFICATRICES (ARTICLES 27 OU 177) |

Processing Type - Mode de traitement:    E-Commerce/Commerce-É

1. Name of Corporation - Dénomination de la société

   TRIGENCE CORP.

2. Corporation No. - N° de la société

   402791-4

3. The articles of the above-named corporation are amended as follows:
   Les statuts de la société mentionnée ci-dessus sont modifiés de la façon suivante:

   To change the name of the Corporation to APPZERO CORP.

| Date | Name - Nom | Signature | Capacity of - en qualité |
|---|---|---|---|
| 2009-03-02 | RANDY TAYLOR | | AUTHORIZED OFFICER |

Page 1 of 1

Canada

RECORDED: 03/05/2009

PATENT
REEL: 022350 FRAME: 0571

VM_IBM_0023948