# EXHIBIT 11

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| AppZero Corp. | 08/20/2010 |

### RECEIVING PARTY DATA

| Name: | AppZeroSoftware Corp. |
|---|---|
| Street Address: | 750 Palladium Drive |
| Internal Address: | Suite 210 |
| City: | Ottawa, Ontario |
| State/Country: | CANADA |
| Postal Code: | K2V 1C7 |

### PROPERTY NUMBERS Total: 6

| Property Type | Number |
|---|---|
| Application Number: | 10946536 |
| Application Number: | 11415028 |
| Application Number: | 12075842 |
| Patent Number: | 7519814 |
| Patent Number: | 7774762 |
| Patent Number: | 7757291 |

### CORRESPONDENCE DATA

| Fax Number: | (613)788-2247 |
|---|---|

*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*

| Phone: | 613-788-2244 |
|---|---|
| Email: | karen.forgie@blakes.com |
| Correspondent Name: | Blake, Cassels & Graydon LLP |
| Address Line 1: | 45 O'Connor Street |
| Address Line 2: | 20th Floor |
| Address Line 4: | Ottawa, Ontario, CANADA K1P 1A4 |

501312074

**PATENT**
**REEL: 025095 FRAME: 0106**

| ATTORNEY DOCKET NUMBER: | 57555/3 |
|---|---|
| NAME OF SUBMITTER: | Daphne L. Maravei |

Total Attachments: 4
source=Assignment#page1.tif
source=Assignment#page2.tif
source=Assignment#page3.tif
source=Assignment#page4.tif

Form PTO-1595 (Rev. 03-09)
OMB No. 0651-0027 (exp. 03/31/2009)

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

# RECORDATION FORM COVER SHEET
# PATENTS ONLY

To the Director of the U.S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

| 1. Name of conveying party(ies) | 2. Name and address of receiving party(ies) |
|---|---|
| AppZero Corp. | Name: AppZero Software Corp. |
| | Internal Address: Suite 210 |
| Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No | |
| **3. Nature of conveyance/Execution Date(s):** | Street Address: 750 Palladium Drive |
| Execution Date(s) August 20, 2010 | |
| ☒ Assignment ☐ Merger | |
| ☐ Security Agreement ☐ Change of Name | City: Ottawa, Ontario |
| ☐ Joint Research Agreement | State: |
| ☐ Government Interest Assignment | |
| ☐ Executive Order 9424, Confirmatory License | Country: CANADA   Zip: K2V 1C7 |
| ☐ Other_____ | Additional name(s) & address(es) attached? ☐ Yes ☐ No |
| **4. Application or patent number(s):** ☐ This document is being filed together with a new application. | |
| A. Patent Application No.(s) | B. Patent No.(s) |
| 10/946,536 | 7,519,814 |
| 11/415,028 | 7,774,762 |
| 12/075,842 | 7,757,291 |
| Additional numbers attached? ☐ Yes ☒ No | |
| **5. Name and address to whom correspondence concerning document should be mailed:** | **6. Total number of applications and patents involved:** 6 |
| Name: BLAKE, CASSELS & GRAYDON LLP | **7. Total fee** (37 CFR 1.21(h) & 3.41) $240.00 |
| Internal Address: 20TH FLOOR | |
| | ☒ Authorized to be charged to deposit account |
| | ☐ Enclosed |
| Street Address: 45 O'CONNOR STREET | ☐ None required (government interest not affecting title) |
| | **8. Payment Information** |
| City: OTTAWA, ONTARIO, CANADA | |
| State: _____ Zip: K1P 1A4 | |
| Phone Number: 613-788-2240 | Deposit Account Number 501456 |
| Fax Number: 613-788-2247 | Authorized User Name Daphne L. Maravei |
| Email Address: karen.forgie@blakes.com | |
| **9. Signature:** *D. Maravei (signature)*    October 6, 2010 | |
| Daphne L. MARAVEI (Reg. No. 53,881) Name of Person Signing | Total number of pages including cover sheet, attachments, and documents: 4 |

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O.Box 1450, Alexandria, V.A. 22313-1450

**PATENT
REEL: 025095 FRAME: 0108**

VM_IBM_0023951

## ASSIGNMENT

WHEREAS,. **AppZero Corp.**, a corporation having a place of business at 750 Palladium Drive, Suite, Suite 210, Ottawa, Ontario, CANADA, K2V 1C7 (hereinafter referred to as the "Assignor"), is the owner of the Patents set out in Schedule "A" (hereinafter referred to as the "Patents").

AND WHEREAS, **AppZero Software Corp.** (hereinafter referred to as the "Assignee"), the full post office address of whose principal office or place of business is, 750 Palladium Drive, Suite, Suite 210, Ottawa, Ontario, CANADA, K2V 1C7, wishes to acquire all right, title and interest in and to the Patents in Canada, the United States and all other countries throughout **the World**, and the Assignor wishes to transfer such right, title and interest to the Assignee;

NOW THEREFORE in consideration of One Dollar ($1.00) and other good and valuable consideration, the receipt of which is hereby acknowledged, the Assignor assigns to the Assignee, its successors and assigns, all the right, title and interest in and to the Patents in Canada, the United States and all other countries throughout **the World**, and any and all applications for patent and patents therefor in any and all countries, including all divisions, reissues, continuations and extensions thereof, and all rights of priority resulting from the filing of said patent applications and authorizes and requests any official whose duty it is to issue patents, to issue any patent on said inventions or resulting therefrom to said Assignee and agrees that on request and without further consideration, but at the expense of said Assignee, Assignor will communicate to said Assignee or its representatives or nominees any facts known to Assignor respecting said inventions and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuing and reissue applications, make all rightful oaths and generally do everything possible to aid said Assignee, its successors, assigns, and nominees to obtain and enforce proper patent protection for said inventions in all countries.

40272229.1

Page 2 of 3

(Assignor)

SIGNED AT  Ottawa, Ontario, CANADA

this 20th day of August, 2010.

{  c/s  }

AppZero Corp
Per: _____
Name: Greg O'Connor
Title: President + CEO
Witness: _____

40272229.1

PATENT
REEL: 025095 FRAME: 0110
VM_IBM_0023953

## Schedule "A"

**1. SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS**
US Patent 7,519,814
Canadian Patent Application No. 2,481,613
EU Application No. 04021916.4

**2. COMPUTING SYSTEM USER MODE CRITICAL SYSTEM ELEMENTS AS SHARED LIBRARIES**
US Patent Application No. 10/946,536
Canadian Patent Application No. 2,482,248

**3. SYSTEM INCLUDING RUN-TIME SOFTWARE TO ENABLE A SOFTWARE APPLICATION TO EXECUTE ON AN INCOMPATIBLE COMPUTER PLATFORM**
US Patent No. 7,774,762
Canadian Patent Application No. 2,544,943
*European Patent Application No. EP1720098*

**4. SOFTWARE SERVICE APPLICATION AND METHOD OF SERVICING A SOFTWARE APPLICATION**
US Patent Application No. 11/415,028
Canadian Patent Application No. 2,545,047

**5. MALWARE CONTAINMENT BY APPLICATION ENCAPSULATION**
US Patent No. 7,757,291
Canadian Patent Application No. 2,546,720
*European Patent Application No. EP1722312*

**6. METHOD AND SYSTEM FOR PROVIDING A PROGRAM FOR EXECUTION WITHOUT REQUIRING INSTALLATION**
US Continuation-in-Part of U.S. Serial No. 11/380,285 *(known as US Patent Application No. 12/075,842).*