**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| Defendant. | § | |

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING INTERNATIONAL BUSINESS MACHINES CORP.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1)**

Having considered Defendant International Business Machines Corp.'s ("IBM") Motion to Dismiss under Rule 12(b)(1), the associated briefing and any other materials in the record, IT IS HEREBY ORDERED that:

Defendant's motion is **GRANTED**.