# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| HEWLETT PACKARD ENTERPRISE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| INTERNATIONAL BUSINESS | § | |
| MACHINES CORP., | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

**DEFENDANT INTERNATIONAL BUSINESS MACHINES CORP.'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT OF NO INFRINGEMENT**

## I.  IBM AND VIRTAMOVE'S BUSINESS PARTNERSHIP

1.      In 2012, IBM and VirtaMove—then known as AppZero Software Corp. ("AppZero")—entered a partnership ██████████████████████████████████████ ████████████████████████████████████████████████████████████████. *See* Ex. 13 (Stokes 5/21/25 Tr.) at 451:17–452:19; Ex. 14 (VM_IBM_0000809) (April 2012 article discussing "partnership between AppZero and IBM to provide application migration services to enterprises as they adopt cloud computing").

2.      On June 25, 2014, AppZero presented ████████████████████████████ ██████████████████████████ *See* Ex. 15 (VM_IBM_0001330) ("Wocker Demo" invite).

3.      ██████████████████████████████████████████████████████████████ ████████████████████████████████████ *See* Ex. 16 (VM_IBM_0036109) █████████████████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████); Ex. 17 (VM_IBM_0036108) (████████████████████████████████████).

4.      A container is a standardized unit of software that packages together all the elements needed to run an application code, system tools, system libraries, and settings so the application can run uniformly in different computing infrastructures.  Ex. 18; *see also* Ex. 19 (O'Connor 5/15/25 Tr.) at 271:22–273:12.

5.      Docker is an open-source tool that uses containers to deploy applications.  Ex. 17.

6.      In a June 20, 2014 presentation entitled "████████████████████████ █████████████████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████████████████ ██████████████████████████ Ex. 20 (VM_IBM_0036021) at -6021–26.

7.    Slides in VirtaMove's ███████████████████████████████████████

█████████████████████████████████████████████████████████. *See id.*

at -6027, -6030; Ex. 5 (Wicker Op. Rpt.) ¶ 165.

8.    AppZero's then-CEO Greg O'Connor attached ████████████████

████████████████████████████████████████████████████████████████████████

██████████████████████████████████ Ex. 21 (VM_IBM_0036020).

9.    For IBM and its customers to use AppZero's container migration tool, ████

████████████████████████████████████████████████████████████ Ex. 22

(Falk Decl.) ¶ 9; Ex. 5 (Wicker Op. Rpt.) ¶ 153.  If containerization technology was not available

on the IBM cloud, IBM and its customers would continue to use virtual machines to conduct

image-based migration, as opposed to the container-based migration performed by AppZero's tool.

*Id.*  It therefore was important to AppZero's business ████████████████████████

█████████████████████████████████████████████. *Id.*; *see also*

Ex. 19 (O'Connor 5/15/25 Tr.) at 222:18–223:2 (████████████████████████████

████████████████████████████████████████████████████████████████████████

████████), 235:3–236:2 ████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████), 243:1–19 (████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████); Ex. 13 (Stokes 5/21/25 Tr.) at 451:4–17 (████████████████

████████████████████████████████████████████████████████████████████).

10.    From September to October 2015, AppZero's then-CEO Greg O'Connor sent a

series of emails to IBM employees indicating ████████████████████████████████████

██████████████

Ex. 23 (VM_IBM_0029997–99).

11.     In a September 15, 2015 email to IBM's Chief Technology Officer–Hybrid Cloud, Mr. O'Connor noted he ████████████████████████████████████████████████████████ *Id.* at VM_IBM_0029997–99.

12.     By 2014, ████████████ IBM had entered into a strategic partnership with Docker, Inc.  *See* Ex. 24 (VM_IBM_0036343) (████████████████████████████████████████████████████████████).

13.     IBM and Docker, Inc.'s press release also announced the beta version of "IBM Containers," a Docker-based container service for the IBM cloud.  *Id.* at VM_IBM_0036344.

## II.     THE 2014 IBM ASSISTANCE AGREEMENT

14.     On June 27, 2014, IBM and AppZero entered into IBM Assistance Agreement #4914008281 (the "Assistance Agreement").  *See* Ex. 1 (VM_IBM_0022070) at -2076.

15.     The Assistance Agreement states ████████████████████████████████████████████████████████████████████████ *Id.*

16.     The applicable Statement of Work states: ████████████████████████████████████████████████████████████ Ex. 3 (VM_IBM_0022045).

4

17.     ███████████████████████████████████████████

███████████████████████████ *See id.* ████████████████████████

Ex. 25 (Falk 5/13/25 Tr.) at 88:4–22 (███████████████████████████

██████████████████████████████████).

18.     Section 5.3 of the Assistance Agreement states: ████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████████ Ex. 1 at -2071.

19.     Section 8.0 of the Assistance Agreement states that ██████████

█████████████████████████████████████████████████████

████████████████████████████ *Id.* at -2073.

20.     ███████████████████████████████████████████

Ex. 13 (Stokes 5/21/25 Tr.) at 488:19–489:20.

21.     The Assistance Agreement is governed ███████████████ Ex. 1 at -2074.

## III.   VIRTAMOVE'S FEEDBACK TO IBM

22.     AppZero's former CEO Greg O'Connor confirmed ████████████

█████████████████████████████████████████████████████

██████████████████████████████████████. *See* Ex.

19 (O'Connor 5/15/25 Tr.) at 242:17–25 (██████████████████████████

██████████████████████████████████), 262:10–13, 270:6–271:20

(██████████████████████████████████████████").

23.     In 2015, AppZero made a video available to IBM showing █████████

█████████████████████████████████████████████. *See* Ex. 26

(VM_IBM_0036533)   at   -6542   (████████████████████████████

5



;

Ex. 23 (VM_IBM_0029997) at -99 (

); Ex. 19 (O'Connor 5/15/25 Tr.) at 243:20–

244:4 (

24.        In a September 25, 2015, email, Mr. O'Connor shared with IBM a

Ex. 27 (VM_IBM_0029919).

25.        Mr. O'Connor's article explains

Ex. 28

(VM_IBM_0029923) at -9924–26.  The article asserts that

*id.* at -9923–24.  The article asserts

*See id.* at -9923–9927; Ex. 19 (O'Connor 5/15/25 Tr.) at 261:24–262:8.

26.        Mr. O'Connor's article predicts

*See* Ex. 28 (VM_IBM_0029923) at -9924–27; Ex. 19 (O'Connor 5/15/25 Tr.) at 257:23–

258:1 (

).

27.        Mr. O'Connor's article

*See* Ex. 28 (VM_IBM_0029923) at -9923–24; Ex. 5 (Wicker Op. Rpt.) ¶ 155.

28.        In October 2015, AppZero sent IBM

███████  *See* Ex. 29 (VM_IBM_0030007) at -0013; Ex. 23 (VM_IBM_0029997) (October 5, 2015 email from Mr. O'Connor attaching presentation).  The presentation contains ████████

████████████████████████████████████████████████████████

███████  Ex. 29 (VM_IBM_0030007) at -0015.

29.    On February 9, 2016, AppZero made a presentation to IBM ███████████

███████████   *See* Ex. 30 (VM_IBM_0000435).  The presentation illustrated ████████

████████████████████████████████  *See id.* at -0442; Ex. 13 (Stokes 5/21/25 Tr.) at 460:22–462:23.

30.    The February 2016 presentation also listed █████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████  Ex. 30 (VM_IBM_0000435) at -0450; *see also* Ex. 13 (Stokes 5/21/25 Tr.) at 465:18–22.

31.    After entering into the Assistance Agreement, AppZero continued discussions with IBM ████████████  *See* Ex. 31 (IBM_VM_000092622) (██████████████████

████████████████████████████████████);  Ex. 32 (VM_IBM_0044754) at -4761 (████████████████████████████████████████████

████████████████████████████████).

## IV.    VIRTAMOVE'S INFRINGEMENT ALLEGATIONS AGAINST IBM

32.    IBM and VirtaMove's cooperative business relationship continued until the year 2023.  Ex. 13 (Stokes 5/21/25 Tr.) at 456:15–457:17.

33.    During that time, VirtaMove offered ██████████████████████████

████████████████████████████████████████████████

████████████████  *See* Ex. 13 (Stokes 5/21/25 Tr.) at 451:17–452:6, 457:18–460:19.



34.     The accused IBM Cloud Kubernetes Service was released in 2017, and VirtaMove was aware of the accused products at least as of their release dates. *See* Ex. 33 (11/15/24 IBM First Supplemental Response to VirtaMove Interrogatory No. 6); Ex. 22 (Falk Decl.) ¶ 11.

35.     At no point during the parties' business relationship did AppZero/VirtaMove ever indicate to IBM that IBM's use of any containers, containerization, or application migration technology—including Docker, Kubernetes, or the accused Docker- and Kubernetes-based products—infringes VirtaMove's patents, nor did AppZero/VirtaMove ever demand that IBM take a separate license to use this technology. *See, e.g.*, Ex. 22 (Falk Decl.) ¶ 12; Ex. 13 (Stokes 5/21/25 Tr.) at 468:9–470:24 (█████████████████████████████████████); Ex. 19 (O'Connor 5/15/25 Tr.) at 258:22–259:24, 281:11–283:8, 320:20–322:14 (referencing Ex. 97); Ex. 34 (Burgins 5/28/25 Tr.) at 37:12–39:20.

36.     IBM invested significant monetary and engineering resources into making Docker and Kubernetes containerization available on the IBM cloud. Ex. 22 (Falk Decl.) ¶ 11.

37.     Together with a broad industry movement toward containerization, AppZero's suggestion that IBM should use Docker and Kubernetes containerization tools was a material factor in IBM's decision to implement Docker and Kubernetes on the IBM cloud. *Id.* ¶ 10.

38.     If AppZero/VirtaMove had informed IBM that it would sue IBM for implementing Docker and/or Kubernetes on the IBM cloud, IBM would have reevaluated its selection of these containerization technologies, as several alternative container and container orchestration solutions were available for IBM to use. *Id.* ¶ 13; Ex. 7 (Wicker Reb. Rpt.) ¶¶ 410-428.

39.     To IBM's knowledge, VirtaMove gave no public indication that the use of any containers, containerization, or application migration technology, including Docker or Kubernetes, infringes its patents until January 26, 2024, when VirtaMove filed an infringement suit against

Amazon.com Inc. in the Western District of Texas.  Ex. 35 (*VirtaMove, Corp. v. Amazon.com, Inc.*, No. 7:24-cv-00030 (W.D. Tex. Jan. 26, 2024)).

40.      IBM did not receive any notice that VirtaMove claims IBM's use of Docker or Kubernetes on the IBM cloud infringes VirtaMove's patents until VirtaMove filed its present suit on January 31, 2024.  Ex 22 (Falk Decl.) ¶ 12; *see also* SoF ¶ 35, *supra*.

41.      VirtaMove accuses IBM's Cloud Kubernetes Service ("IKS") of infringing the '814 and '058 Patents (the "Asserted Patents") due to its provision of Docker containers in Kubernetes. Ex. 36 (VirtaMove Infringement Contentions) at pdf pages 8, 68; *see also id.* at pdf page 11 (accusing "use [of] IBM Cloud Kubernetes Service to run containers on IBM Cloud"); Ex. 5 (Wicker Op. Rpt.) ¶ 159; Ex. 9 (Koskinen Op. Rpt.) ¶¶ 111–230.

42.      VirtaMove alleges that IBM infringes the Asserted Patents by using in the accused cloud products the same Docker- and Kubernetes-based containerization technologies ████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████.  *See* Ex. 5 (Wicker Op. Rpt.) ¶¶ 152, 158–68; Ex. 7 (Wicker Reb. Rpt.) ¶¶ 379–80.

43.      VirtaMove accuses IBM of infringing independent Claim 1 and dependent Claims 2, 6, and 10 of the '814 Patent.  Ex. 36 (VirtaMove Infringement Contentions); Ex. 37 (Email from D. Kolko re Dropped Claims).

44.      Independent Claim 1 of the '814 Patent recites:

> In a system having a plurality of servers with operating systems that differ, operating in disparate computing environments, wherein each server includes a processor and an operating system including a kernel [and] a set of associated local system files compatible with the processor,
>
> a method of providing at least some of the servers in the system with secure, executable, applications related to a service, wherein the applications are executed in a secure environment, wherein the applications each include an object executable by at least some of the different operating systems for

performing a task related to the service, the method comprising:

storing in memory accessible to at least some of the servers a plurality of secure containers of application software, each container comprising one or more of the executable applications and a set of associated system files required to execute the one or more applications, for use with a local kernel residing permanently on one of the servers; wherein the set of associated system files are compatible with a local kernel of at least some of the plurality of different operating systems, the containers of application software excluding a kernel, wherein some or all of the associated system files within a container stored in memory are utilized in place of the associated local system files that remain resident on the server, wherein said associated system files utilized in place of the associated local system files are copies or modified copies of the associated local system files that remain resident on the server, and wherein the application software cannot be shared between the plurality of secure containers of application software, and wherein each of the containers has a unique root file system that is different from an operating system's root file system.

Ex. 2 ('814 Patent) at Claim 1.

45.     For the '814 Patent's claimed "system," VirtaMove accuses IBM's Cloud Kubernetes Service ("IKS"). Ex. 9 (Koskinen Op. Rpt.) ¶ 237.

46.     VirtaMove's expert, Dr. Koskinen, does not dispute that IKS deploys "off-the-shelf Kubernetes." *Id*. ¶ 167. He also asserts that the accused IBM Kubernetes system "is a platform for orchestrating secure containers" and "automates the deployment, scaling, and management of containerized applications across multiple host machines." *Id*. ¶ 72. The article authored by AppZero's then-CEO Greg O'Connor ██████████████████████████████████████ ██████████████████████████████████████████████████████ ████████████████████████████████████████. *See* Ex. 28 (VM_IBM_0029923) at -9923–24; Ex. 7 (Wicker Reb. Rpt.) ¶¶ 379–80.

47.     Dr. Koskinen identifies "IBM's Container Registry and any other servers operated by IBM that store container images" as an alleged example of the claimed "servers" in the accused "system." Ex. 9 (Koskinen Op. Rpt.) ¶ 237.

48.      The materials that AppZero provided to IBM shows ████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████.  *See* Ex. 20 (VM_IBM_0036021) at -6030; Ex. 7 (Wicker Reb. Rpt.) ¶ 379.   A

presentation AppZero provided to IBM ████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████  Ex. 20 (VM_IBM_0036021) at -6026.  Similarly, the

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████  *See* Ex. 26 (VM_IBM_0036533) at-

6542 (Dropbox link to video); Ex. 5 (Wicker Op. Rpt.) ¶ 166; Ex. 7 (Wicker Reb. Rpt.) ¶ 379.

This video demonstrates ████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████  *Id*.  It also shows ████████████████████████████

████████████████



49.      For the claimed "plurality of servers" with "operating systems that differ" and are

"operat[ing] in disparate computing environments," Dr. Koskinen identifies IBM's "platform of

virtual machines and bare metal servers." Ex. 9 (Koskinen Op. Rpt.) ¶¶ 238–39.

50.    As discussed above, the deployment of containers on IBM's cloud servers was ████ ████████████████████████████ Ex. 7 (Wicker Reb. Rpt.) ¶ 379; *see also, e.g.*, SoF ¶22, *supra*.  Mr. O'Connor confirmed at his deposition ████████████████████████ ████████████████████ Ex. 19 (O'Connor 5/15/25 Tr.) at 270:6–271:20.

51.    Dr. Koskinen further opines that the process of upgrading Kubernetes clusters "may" involve the provision of new worker nodes with the new operating system version, followed by a transition of the workload from the "worker nodes using the old operating system to the worker nodes using the new operating system." Ex. 9 ¶ 240.  Dr. Koskinen opines that this process is enabled by the alleged "isolation and decoupling between the operating system and the container" in the accused products.  *Id.*

52.    That process and function was included ████████████████████████ ████████████████████████████████████ *See* Ex. 7 ¶ 379; Ex. 23 at -9999 (████████████████████████████████████ ████████████████████████); Ex. 28 at -9923–24 (████████████ ████████████████████████████████████████████████ ████████████████████ -9926 ████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████; Ex. 29 at -0015; Ex. 38.

53.    For the claimed "secure, executable applications related to a service," Dr. Koskinen identifies "containers for executing applications" within Kubernetes pods hosted on a work node.

Ex. 9 ¶ 252.

54.     The accused containers with applications provided in Kubernetes are Docker containers.  *See, e.g.*, *id.* ¶ 69; Ex. 39 at -5084 ("IBM Cloud Kubernetes Service provides a fully managed container service for Docker (OCI) containers, so clients can deploy containerized apps onto a pool of compute hosts and subsequently manage those containers."); Ex. 40 (IBM webpage providing information on running Docker containers in IKS); Ex. 41 at -5057–58 (same); Ex. 16 at -6112, -6115. ███████████ this relationship between Kubernetes and Docker when recommending that IBM implement containers on the IBM cloud.  *See, e.g.*, Ex. 42 at -0135–0136 (████████████████████████████████████████████████████████████████████ ████████).  █████████████████████████████████████████████████████████ ███████████████████████████████████████████████████.  *See* Ex. 7 ¶ 379; Ex. 28 at -9923–9924; Ex. 19 (O'Connor 5/15/25 Tr.) at 242:17–25 (███████████████ ████████████████████████████████████████████████████████ 271:9–20 ████████████████████████████████████████████████████████

55.     To support his opinion that "applications are executed in a secure environment" in the accused products, Dr. Koskinen identifies IKS's use of "Kubernetes and containerd for containerization."  Ex. 9 (Koskinen Op. Rpt.) ¶ 253.

56.     The containers used in IKS are Docker containers, ████████████████████ ██████████████████████████████████  *See* SoF ¶¶ 22–31; Ex. 7 ¶ 379.  "Containerd" is the "core container runtime" for Docker containers and was donated by Docker to the Cloud Native Computing Foundation (CNCF) as a standalone component in March 2017.  *See id.*; *also* Ex. 43 (VM_IBM_0020234)█████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████

 Ex. 44 (IBM_VM_000198856); Ex. 45 (VM_IBM_0000890) (Rochette 9/10/24 Tr. from *VirtaMove, Corp., v. Amazon.com*) at 66:3–11 ("█████████████████████████████████████████████████████████████████████████. Accordingly, ████████████████████████████████████████████████████████████████████████████ Ex. 7 ¶ 379.

57.    In addition, consistent with Dr. Koskinen's contention that the accused products provide applications related to "webserver or database services," Ex. 9 (Koskinen Op. Rpt.) ¶ 252,



Ex. 46 (IBM_VM_000198833) ████████████████████ ███ ████ █ █████████████████████████████████████████████████ at 2:43; *see also* Ex. 26 (VM_IBM_0036533) at -6542 (████████████████████).

58.    Dr. Koskinen also identifies the "runc" runtime component as supporting his opinion that use of Kubernetes executes applications in a secure environment, because "runc" "uses chroot to restrict a running containers [*sic*] access to only the files provided by the container's image (or the read/write top layer of the container) files created and/or top layer" and "restrict[s] the container's access to the host system." Ex. 9 ¶ 253.

59.    The "runc" component is a container runtime used within "containerd" to create

and start Docker containers. *See* Ex. 44 (IBM_VM_000198856), *available at* <https://www.docker.com/blog/containerd-vs-docker/>; Ex. 47 (IBM_VM_000198834) at -8837, *available at* <https://www.docker.com/blog/runc/> (runc includes "control groups," "namespaces," "seccomp," "capabilities," "apparmor," and other features that form a container and is "used by Docker to interact with system features related to containers"). Accordingly,

███████████████████████████████████████████████████████

██████████████████████████████ Ex. 7 (Wicker Reb. Rpt.) ¶ 379.

60.     Dr. Koskinen's identification of how the container runtime "uses chroot to restrict a running containers [*sic*] access to only the files provided by the container's image" also was an

███████████████████████████████████████████████████████

███████████████. Ex. 7 (Wicker Reb. Rpt.) ¶ 379. When AppZero was recommending

███████████████████████████████████████████████████████

██████████████████████████ *See* Ex. 48 (VM_IBM_0035776) at -5783 (███████████████████████████████████); Ex. 49 at -5865, -5869 (████████████████████████████████

██████████████); Ex. 16 (VM_IBM_0036109) at -6112 ███████████████████████

██████████████████████).

61.     Mirroring Dr. Koskinen's contention that "Kubernetes and containerd and runC restrict the container's access to the host system and other containers through the use of namespaces and cgroups," Ex. 9 ¶ 253, materials that AppZero provided to IBM ████████████

███████████████████████████████████████████████████████

████████████████████████████████████ *See* Ex. 20 at -6024.

62.     For the "object executable" limitation, Dr. Koskinen identifies an "entry point

command [that] can be specified for a pod's container" and the Docker "CMD" parameter for running the container.  Ex. 9 ¶¶ 254–55.

63.    The use of those commands is an inherent aspect of implementing the containers



Ex. 7 ¶ 379; *see also* Ex. 20 at -6030 (

); Ex. 16

); Ex. 50 at -6142, -6146

Moreover, the CMD parameter is expressly referenced in the video demonstration AppZero provided to IBM. Ex. 46

at 3:48; *see also* Ex. 26 at -6542 (DropBox link to video provided to IBM).

64.    For the claimed "secure containers of application software," Dr. Koskinen identifies the accused products' "container images."  Ex. 9 ¶¶ 55, 260.

65.

. Ex. 7 ¶ 379.

. *See* Ex. 16 (VM_IBM_0036109) at -6113.

. 7 ¶ 379.



ers.  *See* Ex. 16 at -6112, -6114 ███████████████████████████████████ █████████████ .

66.        For the claim requirement that the container must include "a set of associated system files," Dr. Koskinen identifies "the shared libraries, shared standard C libraries, standard command binaries, and configuration files supporting application(s) in the container."  Ex. 9 ¶ 264.

67.        These identified "associated system files" are part of the Docker containers ██ ██████████████████████████████████  Ex. 7 ¶ 379; *compare* Ex. 9 (Koskinen Op. Rpt.) ¶¶ 61, 64–66, 264, *with, e.g.*, Ex. 16 (VM_IBM_0036109) at -6112 ████████ ██████████████████████████████████████████████████ ████████████████████████ .

68.        Dr. Koskinen opines that the accused products meet the claim requirement that "associated system files are compatible with a local kernel" because "the container runtime [used in the accused products] ensures that the application's library calls are handled by the container-local libraries, yet make system calls to the local kernel."  Ex. 9 ¶ 265.

69.        The container runtime used in the accused products is t█████████████████ ██████████████████████████████████████████████████  *See* SoF ¶¶ 56–59, *supra*.  In addition, materials that AppZero provided to IBM ████████████ ███████████████████████████████████████████████████████████ ██████████████████  *See* Ex. 20 (VM_IBM_0036021) at -6024.

70.        Dr. Koskinen opines that the accused products meet the claim limitation requiring "containers of application software excluding a kernel" because IKS (and the provided Docker or Containerd runtime software) relies on the kernel residing "permanently on the worker node

server." Ex. 9 ¶¶ 266–67.  Dr. Koskinen asserts that this exclusion of a kernel makes a container's image size smaller than a virtual machine image, solving one of the "performance penalties" of virtual machines.  *See id.* ¶¶ 25, 52, 60 (opining that having the container share the host's kernel "drastically reduces memory requirements and disk usage when compared to virtual machines").

71.    AppZero provided ████████████████████████████████████████



██████████  Ex. 7 ¶ 379; Ex. 16 at -6115 ████████████████████████████

████████████████████████████████████████████  When  AppZero

recommended ████████████████████████████████████████████

████████████████████████████████████████  Ex. 7 ¶

379; Ex. 28 (VM_IBM_0029923) at -9925 (████████████████████████████

████████████████████████).

72.    Dr. Koskinen states that the discussion of "library linking within a container" in § 7.1.6 of his opening report shows how the accused products practice the claim limitation reciting "some or all of the associated system files within a container stored in memory are utilized in place of the associated local system files that remain resident on the server."  Ex. 9 ¶ 270.  Section 7.1.6 of Dr. Koskinen's report refers to the accused containers loading libraries "from the base of the container image instead of from the root of the system itself."  *Id.* ¶ 70.

73.    The loaded libraries and the container base image referenced in Dr. Koskinen's report were ████████████████████████████  Ex. 7 ¶ 379.  According to Dr. Koskinen, the Docker and containerd runtime software used by IKS enables this library linking functionality.  Ex. 9 ¶ 69.  This Docker runtime software (containerd) is the same runtime software Docker used when AppZero was recommending ████████████████████████████████████

SoF ¶ 56, *supra*.  Indeed, in comparing containerization vs. virtual machine technology, the article

by then-AppZero CEO Greg O'Conner sent to IBM ████████████████████



Ex. 28 (VM_IBM_0029923) at - 9923–9924; Ex. 7 (Wicker Reb. Rpt.) ¶ 379.

74.     For the claim limitation requiring that "the associated system files are copies or modified copies of the associated local system files," Dr. Koskinen identifies the use of "standard C libraries," such as "'glibc', musl libc, etc.," in the accused containers deployed by Kubernetes. Ex. 9 ¶ 273 (§ 7.1.1).

75.     The standard C libraries identified by Dr. Koskinen have always been used in Docker containers, including ████████████████████ ████████████████ Ex. 7 ¶ 379. ████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████████████████████ Ex. 16 at -6112 (emphasis added).

76.     For the claim limitation requiring that "the application software cannot be shared between the plurality of secure containers of application software," Dr. Koskinen opines that "Kubernetes, containerd, and runC isolate each running instance of a container from others, by providing each instance with its own logically isolated portion of the filesystem." Ex. 9 ¶ 279. Dr. Koskinen further specifies that the containers' use of Linux "namespaces" facilitates isolating

each container "from other containers and the host." *Id.* ¶¶ 53, 60.

77.     These container runtime features and isolation functionalities were ███████████



███████████████████████████████████ Ex. 7 ¶ 379; *see also, e.g.,* Ex. 20 at -6024 (████████████████████████████  █████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████ Ex. 16 at -6112.

78.     For the claim limitation requiring that "each of the containers has a unique root file system that is different from an operating system's root file system," Dr. Koskinen opines that "each container has a unique root file system" because (i) "a container image provides files necessary for a basic filesystem" and (ii) "before a container is executed, runC restricts the container's access to a copy of the container image's files." Ex. 9 ¶ 283.

79.     ██████████████████████████████████████



██████████████████████████████████████

██████████████████████████████████████

*See* Ex. 5 ¶ 379; SoF ¶ 60, *supra.* Moreover, AppZero's ████████████████████

████████████████████████████████ *See* Ex. 16 at -6112–6113

(██████████████████████████████████████

████████████████████████████ ).

80.     Dependent Claim 2 of the '814 Patent recites:

A method as defined in claim 1, wherein each container has an execution file associated therewith for starting the one or more applications.

Ex. 2 ('814 Patent) at Claim 2.

81.    For the additional requirements of Claim 2, Dr. Koskinen references the discussion in § 10.1.2 of his opening report and asserts that "containers include an entry point that specifies an executable file to start the application."  Ex. 9 ¶ 286.

82.    The "entry point" specifying an executable file to start the application that Dr. Koskinen identifies in § 10.1.2 of his opening report is ████████████████████████████████ ████████████████████████████████  *See* SoF ¶ 62–63, *supra*.

83.    Dependent Claim 6 of the '814 Patent recites:

> A method as defined in claim 2, comprising the step of assigning a unique associated identity to each of a plurality of the containers, wherein the identity includes at least one of IP address, host name, and MAC address.

Ex. 2 ('814 Patent) at Claim 6.

84.    Here, Dr. Koskinen asserts that "Kubernetes containers have a 'hostname,' which 'is the name of the Pod in which the Container is running.'"  Ex. 9 ¶ 289.

85.    ████████████████████████████████████████

████████████████████████████████████████████████

███████  *See* Ex. 7 ¶ 379; Ex. 42 at -0104–0105 (████████████

████    *id.* at -0111 (████████████████████████████████

████████████████e); Ex. 20 at -6024 (████████████████

████████████████████).

86.    Dependent Claim 10 of the '814 Patent recites:

> A method as defined in claim 2, wherein in operation when an application residing within a container is executed, said application has no access to system files or applications in other containers or to system files within the operating system during execution thereof.

Ex. 2 ('814 Patent) at Claim 10.

87.    For the additional requirements of Claim 10, Dr. Koskinen asserts that "[w]hen a

container is run, it cannot access files in other containers or the operating system of the worker node." Ex. 9 ¶ 291.

88.     This alleged isolation property of containers was ███████████████████████████████████████████████████████. SoF ¶ 75, *supra*. For example, AppZero's ████████████████████████████



████████████████████████ Ex. 16 at -6112; *see also* Ex. 20 at -6024 (showing use of namespaces to achieve isolation).

89.     VirtaMove accuses IBM of infringing independent Claim 1 and dependent Claims 2, 4, and 18 of the '058 Patent. Ex. 36 (VirtaMove Infringement Contentions).

90.     On July 23, 2025, the Court issued its claim construction order.  Dkt. 222.

91.     The Court found that the term "functional replicas" as used in Claim 1 of the '058 Patent is indefinite.  *See id.* at 18–19.

92.     VirtaMove has never accused ███████████████████████ On the contrary, VirtaMove sought ███████████████████████████ *See* Ex. 51 (████████████████████████████ Ex. 52 (███████████████████████ ███████████████████).

## V.     THE ASSERTED CLAIMS OF THE '814 PATENT

93.     All asserted claims of the '814 Patent are method claims. Ex. 2 ('814 Patent) at Claims 1–2, 6, 10.

94.     Claim 1 of the '814 Patent requires "***a method*** of providing at least some of the servers in the system with secure, executable, applications. . . ." *See* Ex. 2 Claim 1.

95.     When arguing in its opposition to HPE's motion to dismiss that the statutory

marking requirements do not limit pre-suit damages for the '814 Patent, VirtaMove characterized Claim 1 of the '814 Patent as "method claim 1." Dkt. 70 at 6. VirtaMove's technical expert, Dr. Koskinen, also addressed Claim 1 of the '814 Patent as a method claim. *See* Ex. 9, ¶ 237 (alleging "IBM performs the claimed method" of Claim 1).[1]

96.     The rest of the '814 Patent's asserted claims depend directly or indirectly from claim 1. *See* Ex. 2 at Claim 2 ("A method as defined in claim 1"), Claim 6 ("A method as defined in claim 2"), Claim 10 ("A method as defined in claim 2").

97.     The '814 Patent's claims require practice of the claimed method on "a system having a plurality of servers with operating systems that differ." Ex. 2 at Claim 1.

98.     The '814 Patent explains that "[t]he invention described herein offers the ability for applications to more effectively share a common compute platform, and also allow[s] applications to be easily moved between platforms, without the requirement for a separate and distinct operating system for each application." *Id.* at 1:65–2:3.

99.     Mr. O'Leary, one of the inventors of the '814 Patent, explained that "the main feature [of the '814 Patent] is that you can capture and install the application and its dependencies in what we call the secure application container. And then you can run it on an underlying operating system that may be the same or different or may have different libraries from the system on which you captured it." Ex. 53 (O'Leary 5/15/25 Tr.) at 269:22–270:4.

## VI.     THE ACCUSED PRODUCTS

100.     IBM Cloud Kubernetes Service ("IKS") provides a managed Kubernetes service

---

[1] In what was likely a misstatement at his deposition, Dr. Koskinen testified that he did not treat Claim 1 of the '814 Patent as a method claim in the analysis provided in his expert report. Instead, Dr. Koskinen incorrectly testified that he treated Claim 1 as a system claim in his analysis. *See* Ex. 12 (Koskinen 7/18/25 Tr.) at 163:9–12.

for creating and managing Kubernetes clusters.  Ex. 54 at -0961.

101.    Each IKS cluster comprises master and worker nodes.  Ex. 55; Ex. 56 at -3248; Ex. 57 at -4426.

102.    The master nodes host the Kubernetes control plane components and manage the worker nodes and the pods (*i.e.*, containers) in the cluster.  *See* Ex. 54 at -0963 ("[W]orker nodes … are managed by a Kubernetes master"); Ex. 55 ("A Kubernetes cluster consists of a control plane and one or more worker nodes."); Ex. 56 at -3247–48 ("The control plane manages the worker nodes and the Pods in the cluster"); Ex. 59 (same); Ex. 58 at -4737–38 ("Each cluster has a master node that handles the cluster's control plane.").

103.    Each worker node (either a virtual machine or bare metal) is responsible for hosting containerized applications in a given IKS cluster.  Ex. 54 (IBM_VM_000190959) at -1200, -1847.

104.    IKS clusters are limited to the Ubuntu operating system—no other operating system is supported.  *See* Ex. 11 (IBM_VM_000192921) at -2922; Ex. 12 (Koskinen 7/18/25 Tr.) at 142:22–143:10; Ex. 60 (IBM_VM_000005072) ("Your cluster can't mix operating systems or use different operating systems").

105.    In asserting that IKS meets the claim limitation requiring "a plurality of servers with operating systems that differ," Dr. Koskinen identifies the Ubuntu 20 and Ubuntu 24 versions of the Ubuntu operating system.  *See* Ex. 9 at ¶¶ 128–30, 239, 247–48, 275, 312.

106.    Ubuntu 20 was first made available on IKS on December 19, 2022.  Ex. 61.

107.    Ubuntu 24 was first made available on IKS on June 18, 2024.  Ex. 62.

108.    Although the alleged damages period begins in February 2018, Dr. Koskinen does not identify any operating system supported before December 19, 2022.  *See, e.g.*, Ex. 9 (Koskinen Op. Rpt.) ¶¶ 127–31.

109.    On March 31, 2025, IKS dropped support for Ubuntu 20. *See* Ex. 63 (IBM_VM_000190353) at -0355 ("Creating Ubuntu 20 clusters or worker pools in cluster versions 1.29 – 1.31 is no longer supported."); Ex. 64 (Brown 5/22/25 Tr.) at 51:19–21.

110.    Testing by IBM's expert, Dr. Wicker, confirmed that since at least May 31, 2025, users could only provision and deploy IKS clusters and worker pools that run Ubuntu 24.



Ex. 7, ¶ 162 (annotated); *see also id.*, ¶ 88.

111.    Although Ubuntu 20 and Ubuntu 24 were both supported between June 18, 2024 and May 31, 2025, when IKS clusters are provisioned and deployed, only one version of the Ubuntu operating system can run on the worker nodes. *See id.*

112.    "To migrate your worker nodes to a new Ubuntu version, you must provision a new worker pool, add worker nodes to the new pool, then remove the original worker pool." Ex. 8. "[T]he steps for migrating to a new OS involve creating new worker pools that populate with worker nodes at the latest version and then deleting the original worker pools." Ex. 11 at -2923. Through this, as soon as new worker nodes are provisioned with the latest version of Ubuntu, the original worker nodes with the older version of Ubuntu are removed, which results in an architecture where all nodes run the same updated operating system version. This ensures that the worker nodes in any given cluster are always running the same version of Ubuntu at any given time. *See* Ex. 7, ¶¶ 162-65. As IBM has noted, having the latest supported version of Ubuntu "is important for keeping your Kubernetes setup running smoothly." Ex. 11.

113.    Different versions of Ubuntu cannot be deployed on the same IKS cluster, because IBM designates a single "default" Ubuntu version that users are required to use when deploying a new Kubernetes cluster.  *See, e.g.*, Ex. 65 (IBM_VM_000190957) (April 15, 2025 IKS product guide identifying Ubuntu 24 as the default operating system); Ex. 8 (IBM_VM_000005276) (June 26, 2024 IKS product guide identifying as the default operating system).  Some IKS versions supported only Ubuntu 20.  *See* Ex. 66 (IBM_VM_000004100) (showing Ubuntu 20 as the default and only supported operating system for at least IKS versions 1.27 and 1.28).

114.    Once the operating system is configured, an IKS cluster will deploy worker nodes using only that operating system.  *See, e.g.*, Ex. 7, ¶ 162 (tests confirming that "a worker pool contains only a single operating system value applied worker-pool-wide").

## VII.    DR. KOSKINEN'S THEORY OF INFRINGEMENT FOR THE DIFFERENT OPERATING SYSTEM REQUIREMENT

115.    To try to show that IKS meets the different operating system requirement of the '814 Patent's asserted claims, Dr. Koskinen identifies a hypothetical scenario where a given Kubernetes cluster updates from one version of Ubuntu to another.  *See* Ex. 9 ¶¶ 239–40.  In De. Koskinen's hypothetical, server nodes within a cluster update to a newer version of Ubuntu on a server-by-server basis, such that there is a limited period of time wherein some server nodes are running Ubuntu 20 while others are running Ubuntu 24.  *See id*.  Dr. Koskinen purports to base this hypothetical on an IBM document describing the beta release of Ubuntu 24 on IKS.  *See* Ex. 8 (cited in Ex. 9 (Koskinen Op. Rpt.) ¶ 239 n. 106).

116.    IBM is not responsible for updating its customers to newer versions of Ubuntu. Instead, the customers themselves are responsible for updating their worker nodes to new versions of Ubuntu.  *See* Ex. 11 (IBM_VM_000192921) at -2922 ("To avoid disruptions to your workload, ***you are responsible*** for migrating your worker nodes to new OS versions as they become available.

IBM Cloud notifies users of upcoming OS releases and deprecations several months in advance to give users time to make any necessary preparations."); Ex. 10 (IBM_VM_000192933) at -2934.

117.     Neither Dr. Koskinen nor VirtaMove identify any examples of the accused IBM products being used to practice the '814 Patent's claimed method, let alone where that method is practiced on servers having different operating systems or operating system versions.  When asked whether he could "name any one customer that was using multiple operating systems over the last six years … when using IKS," Dr. Koskinen admitted he "didn't identify specific customers that were using different operating systems."  Ex. 12 (Koskinen 7/18/25 Tr.) at 130:24–131:9; *see also id.* at 113:19–114:5, 131:16–132:15, 140:17–142:6.  Further, Dr. Koskinen never actually used IKS himself, let alone tested it to see whether he could practice the claimed method on a "plurality of servers with operating systems that differ."  *Id.* at 143:22–144:4.

Dated: July 28, 2025

Respectfully submitted,

/s/ Todd M. Friedman
Todd M. Friedman (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
todd.friedman@kirkland.com

Brandon H. Brown
State Bar No. 266347
Kyle Calhoun (*pro hac vice*)
Nathaniel Ngerebara (*pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500
brandon.brown@kirkland.com
kyle.calhoun@kirkland.com
nate.ngerebara@kirkland.com

Yimeng Dou
State Bar No. 285248
Andrew Morrill (*pro hac vice*)
KIRKLAND & ELLIS LLP
695 Town Center Dr.
Costa Mesa, CA 92626
Telephone:    (714) 982-8822
Facsimile:    (714) 982-8844
yimeng.dou@kirkland.com
drew.morrill@kirkland.com

*Of Counsel:*

Andrea L. Fair
Texas State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone:    (903) 757-6400
Facsimile:    (903) 757-2323
andrea@millerfairhenry.com

*Attorneys for Defendant*
*International Business Machines Corp.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on June 28, 2025, with a copy of this document via electronic mail.

*/s/ Todd M. Friedman*                    
Todd M. Friedman

## <u>CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL</u>

I hereby certify that the foregoing document is authorized to be filed under seal pursuant to the Protective Order entered in this case.

*/s/ Todd M. Friedman*
Todd M. Friedman