# EXHIBIT 28
# FILED UNDER SEAL