# EXHIBIT 40

Home / Products / Kubernetes Service

# IBM Cloud Kubernetes Service

Deploy secure, highly available clusters in a native Kubernetes experience



**Kubernetes ecosystem — no charge** →



**Get pricing options** →

VM_IBM_0045004

VM_IBM_0045005

# Kubernetes at Enterprise Scale

Experience a certified, managed Kubernetes solution, built for creating a cluster of compute hosts to deploy and manage containerized apps on IBM Cloud®. IBM manages the master, freeing you from having to administer the host OS, container runtime and Kubernetes version-update process.

# Use cases

Overview

Use cases

Features

Add-on capabilities

Our clients

**Create Kubernetes clusters**      Deploy a scalable web app      Analyze logs, monitor apps

VM_IBM_0045006

Case 2:24-cv-00093-JRG     Document 246-42     Filed 08/04/25     Page 5 of 45 PageID #: 20168

6/10/25, 1:18 PM

)ep

VM_IBM_0045007

Resources

Frequently asked questions

Related products

Next steps



## Create Kubernetes clusters

Create your own cluster of compute hosts where you ca deploy and manage containerized apps on IBM Cloud. Follow a tutorial, or se up your own custom cluster environment.

Stand it up →

# Features

VM_IBM_0045008

n

:t

_____

VM_IBM_0045009



### Native Kubernetes

Use tools and APIs you know for a consistent experience, even working across cloud infrastructures.



### Secure clusters

Guard your cluster infrastructure, isolate compute resources and ensure compliance in deployments.



### Leverage IBM Watson

Integrate cognitive solutions with a variety of IBM Watson® APIs to extend the power of your apps.



### Intelligent scheduling

Automatically deploy containers on compute hosts based on available resources



### Self-healing containers

Configure a custom Kubernetes cluster that autoscales and recovers containers



### Logging and monitoring

Use the built-in logging and metrics service to monitor the performance of

VM_IBM_0045010

VM_IBM_0045011

across the cluster.

per defined policies.

clusters and containers.

# Add-on capabilities







**Istio on IBM Cloud**
Connect, manage and secure networks of microservices — regardless of

**Knative on IBM Cloud**
Build, deploy and run cloud-native, serverless applications on

**Tekton on IBM Cloud**
Create Kubernetes-native CI/CD pipelines with maximum speed and flexibility.

VM_IBM_0045012

VM_IBM_0045013

platform, source or
vendor.

Kubernetes.

See Istio on IBM Cloud →

See Knative on IBM Cloud →

See Tekton on IBM Cloud →

# Our clients

**Etihad Airways**
Make airport check-
ins fast and easy by
deploying in different
cloud environments
as required for
compliance with local
data-protection
regulations.

**ExxonMobil**
Scale up, and add a
great deal of
resiliency with IBM
Kubernetes service.

**Harry Rosen**
Luxury menswear
retailer digitally
transformed its
business by using IBM
Cloud Kubernetes
Service as a
foundation to apply
highly personalized

VM_IBM_0045014

VM_IBM_0045015

regulations.

highly personalized customer experience.

Read the case study →

Read the case study →

Read the case study →

### CRM.com

Billing software company unlocks monetization potential to increase customer loyalty with a cloud-native platform with a fully managed container orchestration resilient solution.

Read the case study →

### Soluciones Integrales (SISA)

Utility companies and others in Argentina upgrades its infrastructure with containerization, to then moved its entire diverse back end.

Read the case study →

### ALM

Information and intelligence company evolves marketing strategies to meet new data privacy standards by sitting its internet layer's website into a blockchain compliance ledger on a Kubernetes cluster.

Read the case study →

VM_IBM_0045016

VM_IBM_0045017

## What IBM Cloud Kubernetes Service satisfied customers are saying on



| IBM Cloud Kubernetes Service Review | Good container orchestration platform from IBM | Smooth, friendly alternative to Google Cloud |
|---|---|---|
|     ★★★★★    May 1, 2021 | ★★★★☆    May 14, 2021 | ★★★★⯪    Mar 22, 2020 |
| We liked the adaptability and versatility that IBM Cloud Kubernetes Service give us. | IBM Cloud Kubernetes Service is well suited to run microservices workload that requires high availability, scaling, | IBM Cloud Kubernetes Service is very easy to use, with a nice and smooth control panel, command-line interface, and several built-in |
| We zeroed in on | with good | |

VM_IBM_0045018

VM_IBM_0045019

consumer loyalty and working with IBM Cloud let us fulfill our client like never before....

Rajesh Singh
CEO & MD
Gurjartech Pvt Ltd
Information
Technology &

Services 1-10
employees

performance. Combined with other IBM Cloud services (e.g. API Connect), it's very easy to set up a ...

Authenticated
Reviewer

Consumer Electronics
10,001+ employees

features.

We now spent 50% less in compa...

Dillen Meijboom
Owner/Developer
Excol
Computer Software 1-
10 employees

## Perfect Cloud Container Management Product and very Functional Cloud Services Automation Solution.

★★★★⯪     Nov 29, 2022

This platform is very reliable

## Smooth scaling Infrastruture.

★★★★☆     Dec 24, 2022

I have to work with scaling deep

## IBM Cloud Kubernetes Review

★★★★☆     Nov 11, 2019

It is easy to deploy new applications

VM_IBM_0045020

VM_IBM_0045021

reliable orchestration and container management system which has the most effective and profitable Cloud performance and its data management

environment is very secure and the migration of variou...

Mike Chegge
Account Manager
INTAJ Mohtawayat
Telecommunications
11-50 employees

scaling deep learning software, especially training at scale over CPU and GPUs. I use Kubernetes in the IBM cloud to achieve that over CPUs.

The ease is a production-ready environment. I don't have to worry...

Ravi Gupta
Technical Lead - Deep Learning
Intel Corporation
Computer Hardware
10,001+ employees

new applications and the documentation is, for the most part, easy to read which makes the ease of using the CLI more convenient for all.

The kubernetes web Terminal ma...

Authenticated Reviewer

Education Management 501-1000 employees

# IBM Cloud Kubernetes Service Review for Microservices

# The Great Power of Kube on IBM Cloud

# IBM Kubernetes Review

VM_IBM_0045022

VM_IBM_0045023

## Use Case

    Jan 9, 2023

    Dec 2, 2022

★★★★½    Nov 11, 2019

IKS resources and upgrades of those resources are managed seamlessly allowing

the developers to focus on application rather than IKS management itself.

I think it works well for workloads...

Authenticated Reviewer

Computer Software 10,001+ employees

It has made it easily especially for operations engineers to easily automate tasks via

scripting existing CLI and API commands. Our CI/CD team was able of taking advantage of APIs to create build and deploy pipelines for our clusters....
Authenticated Reviewer

Information Technology & Services 10,001+ employees

IBM Cloud Kubernetes is well suited for e-commerce fields where

innovation takes place in rapid scale.

It's always good to have GUI for quick learning but when it comes t...

Venkata Rao Vuppala Lead Engineer TCS Computer Software 10,001+ employees

VM_IBM_0045024

VM_IBM_0045025

## Excellent service

★★★★★        Jan 15, 2023

One positive impact that IBM Cloud Kubernetes Service has had on our overall business objectives is improved efficiency and scalability of our containerized workloads. By using IBM Cloud Kubernetes Service, we were able

## IBM Kubernetes is good

★★★★☆        Feb 8, 2023

CLIs allow users to automate repetitive tasks and execute commands quickly, resulting in increased productivity and faster completion of tasks. CLIs offer more control over the system compared

## IBM Cloud Kubernetes Service is doing great so far, but I believe there's still much to do (making it auto scalabile, make it more user friendly)

★★★★☆        Jan 24, 2023



Our main problem was related to tasks managment, we needed a contenization tool that could help to manage the entire lifecycle of our system and therefore easily manage our tasks. Kubernetes was the best solution so far, and

VM_IBM_0045026

VM_IBM_0045027

to automate...

Authenticated
Reviewer

Information
Technology &
Services 5001-
10,000 employees

---

to graphical user
interfaces (GUIs)...

Authenticated
Reviewer

Information
Technology &
Services 501-1000
employees

---

switching to us...

John Santos
Ndiwayesu
CTO (Chief Technical
Officer)
GROUPE SUPRA
Computer Software
11-50 employees

---

## Overall user satisfaction review for IBM Cloud Kubernetes Service

★★★★⯪     Nov 28, 2021

IBM Cloud
Kubernetes Service is
currently the best in
the market. In

---

## It enabled an immutable infrastructure and now we can ship our features faster than before

★★★★⯪     Dec 5, 2021

After implementing
this system we
quickly started to
realize the benefit

---

## IBM Cloud Kubernetes Review

★★★★⯪     Mar 3, 2020

Centralized point of
management
for different services

VM_IBM_0045028

VM_IBM_0045029

case, if our use cases do not change, we will continue to stick to IBM due to its wide array of advantages. ...

Authenticated Reviewer

E-Learning 51-200 employees

of having seamless upgrades and easy rollbacks without any issue and now we can experiment with existing applications and create new services blazingly fast....

Authenticated Reviewer

Telecommunications 51-200 employees

Reduced cost of servers

It is being used by the whole company. We use IBM Cloud Kube...

Authenticated Reviewer

Information Technology & Services 11-50 employees

# IBM Kubernetes - the perfect container service

# Plays nicer with others than AWS Fargate and ECS, however has many many moving parts

# IBM Cloud Kubernetes - Great choice for both small and large businesses!

VM_IBM_0045030

VM_IBM_0045031

 Dec 5, 2022

The service saves a lot of time, increases focus on delivery, provides more features for customers. Also while working with CI/CD it is very beneficial.

Authenticated Reviewer

Computer Software 5001-10,000 employees

★★★★☆ Feb 9, 2023

Kubernetes has proven effective for orchestrating workloads.

Fargate is more limited.

Jon Brizuela
Cloud Security Architect
Valhalla Road LLC
Computer & Network Security 1-10 employees

★★★★⯪ Jun 3, 2019

IBM Cloud Kubernetes Service is best for apps that need to scale and developers who want to deploy their software fast and easily.

Awesome support ...

Authenticated Reviewer

Computer Software 1-10 employees

## Kubernetes Review

VM_IBM_0045032

VM_IBM_0045033

        Feb 17, 2020

IBM Cloud
Kubernetes gives
more
options and flexibility
such as more
data centers,
locations, and zones.

IBM Cloud

Kubernetes Service is
well suited for Linux
and
open-source apps....

Authenticated
Reviewer

E-Learning 201-500
employees

Read all reviews

VM_IBM_0045034

VM_IBM_0045035

# Resources

**Scalable web application on Kubernetes**
Learn how to build your own data set and train a model for image classification. The models are available in TensorFlow and are run on a Kubernetes cluster.

Learn more →

**Deploy apps with Tekton**

Learn how to build and deploy an app to a Kubernetes cluster on IBM Cloud, using a Tekton pipeline.

Take the tutorial →

**IBM Cloud training for developers**
Build Kubernetes skills through courses contained within the IBM Cloud Professional Developer certification.

Explore the learning path →

**IBM Cloud training for architects**
Build Kubernetes skills through courses contained within the IBM Cloud

VM_IBM_0045036

VM_IBM_0045037

Professional Architect
certification.

Explore the learning path
→

---

# Frequently asked questions

Get answers to the most commonly asked questions about IBM Cloud Kubernetes Service.

| | |
|---|---|
| How does a container-based platform work? | ˅ |
| How is the Kubernetes-based container service managed? | ˅ |
| How can I run Docker containers on my own infrastructure? | ˅ |

VM_IBM_0045038

VM_IBM_0045039

How does autoscaling work for my Docker containers in Kubernetes?                                    ⌄

How is container hosting managed when using service provider instances?                               ⌄

Can I integrate block storage with my apps?                                                          ⌄

How does networking work in a cluster?                                                               ⌄

How are security controls integrated?                                                                ⌄

How do I store Docker images in the cloud?                                                           ⌄

Can I set up my own Kubernetes scheduler to place containers in a cluster?                           ⌄

# Related products



VM_IBM_0045040

VM_IBM_0045041

| IBM Cloud Code Engine | Hat OpenShift on IBM Cloud | Cloud Databases Services | pment consulting services | model nization services | architecture consulting services |
|---|---|---|---|---|---|
| Run your application, job or container on a managed serverless platform. | Deploy and secure enterprise workloads on native Red Hat® OpenShift® with developer-focused tools to run | Complement your Kubernetes infrastructure with a complete portfolio of managed services for data and | Using a cloud-native build strategy accelerates innovation at lower cost, achieves faster time to market and drives | Backed by IBM Cloud® Paks and Red Hat® OpenShift®, we speed up application modernization timelines from months to | We work with you to determine the right cloud strategy, operating model, roadmap and ecosystem to support core |

ə

l

u

i

y,

n

ı

t

VM_IBM_0045043



highly availabl e apps.

analytic s.

revenue growth with open, secure, hybrid multiclo ud platforms.

weeks and reduce costs by over 30%.

core busines s needs and innovat

on in any hybrid multiclo ud.

# Next steps

VM_IBM_0045044

VM_IBM_0045045

**Free IBM Cloud account**

Create a free IBM Cloud account and try IBM Kubernetes ecosystem solutions.

Read more →

**View pricing options**

Configure, price and quote your Kubernetes cluster.

Read more →

**Meet the community**

Get answers to your IBM Cloud questions straight from our users.

Read more →

VM_IBM_0045046

VM_IBM_0045047