# EXHIBIT 41

Home / Products / Kubernetes Service

# IBM Cloud Kubernetes Service



Kubernetes at enterprise scale: pushing boundaries with Watson services (1:35 min)

Deploy secure, highly available clusters in a native Kubernetes experience


Kubernetes ecosystem — no charge →


Get pricing options →

## Kubernetes at Enterprise Scale

Experience a certified, managed Kubernetes solution, built for creating a cluster of compute hosts to deploy and manage containerized apps on IBM Cloud®. IBM manages the master, freeing you from having to administer the host OS, container runtime and Kubernetes version-update process.

## Use cases

Create Kubernetes clusters | **Deploy a scalable web app** | Analyze logs, monitor a ›

Overview

Use cases

Features

Add-on capabilities

Our clients

Resources

Frequently asked questions

Related products

Next steps




## Deploy a scalable web app

Learn how to scaffold a web app, run it locally in a container, then deploy it to an IBM Cloud Kubernetes cluster. Also learn how to bind a custom domain, monitor the health of the environment and scale.

Grab the code →

# Features



**Native Kubernetes**
Use tools and APIs you know for a consistent experience, even working across cloud infrastructures.



**Intelligent scheduling**
Automatically deploy containers on compute hosts based on available resources across the cluster.

## Add-on ca



**Istio on IBM Cloud**
Connect, manage and secure networks of microservices — regardless of platform, source or vendor.

See Istio on IBM Cloud →

Build, deploy and run cloud-native, serverless applications on Kubernetes.

See Knative on IBM Cloud →

Create Kubernetes-native CI/CD pipelines with maximum speed and flexibility.

See Tekton on IBM Cloud →

## Our clients




ExxonMobil

HARRY ROSEN

**Etihad Airways**
Make airport check-ins fast and easy by deploying in different cloud environments as required for compliance with local data-protection regulations.

Read the case study →

**ExxonMobil**
Scale up, and add a great deal of resiliency with IBM Kubernetes service.

Read the case study →

**Harry Rosen**
Luxury menswear retailer digitally transformed its business by using IBM Cloud Kubernetes Service as a foundation to apply highly personalized customer experience.

Read the case study →




**CRM.com**

Billing software company unlocks monetization potential to increase customer loyalty with a cloud-native platform with a fully managed container orchestration resilient solution.

Read the case study →

sisa

**Soluciones Integrales (SISA)**
Utility companies and others in Argentina upgrades its infrastructure with containerization, to then moved its entire diverse back end.

Read the case study →

ALM

**ALM**

Information and intelligence company evolves marketing strategies to meet new data privacy standards by sitting its internet layer's website into a blockchain compliance ledger on a Kubernetes cluster.

Read the case study →

What IBM Cloud Kubernetes Service satisfied customers are saying on

IBM Cloud Kubernetes Service Review for Microservices Use Case


Jan 9, 2023

IKS resources and upgrades of those resources are managed seamlessly allowing the developers to focus on application rather than IKS management itself....

Authenticated Reviewer

Computer Software
10,001+ employees

Smooth, friendly alternative to Google Cloud

Mar 22, 2020

IBM Cloud Kubernetes Service is very easy to use, with a nice and smooth control panel, command-line interface, and several built-in features....

Dillen Meijboom
Owner/Developer
Excoi
Computer Software
1-10 employees

Good container orchestration platform from IBM

May 14, 2021

IBM Cloud Kubernetes Service is well suited to run microservices workload that requires high availability, scaling, with good performance. Combined with other I...

Authenticated Reviewer

Consumer Electronics
10,001+ employees

Plays nicer with others than AWS Fargate and ECS, however has many many moving parts

IBM Cloud Kubernetes Service Review

IBM Cloud Kubernetes Review

Feb 9, 2023

Kubernetes has proven effective for orchestrating workloads.

Fargate is more limited.

Jon Brizuela
Cloud Security Architect
Valhalla Road LLC
Computer & Network Security
1-10 employees

May 1, 2021

We liked the adaptability and versatility that IBM Cloud Kubernetes Service give us.

We zeroed in on consumer loyalty and ...

Rajesh Singh
CEO & MD
Gurjartech Pvt Ltd
Information Technology & Services 1-10 employees

Mar 3, 2020

Centralized point of management for different services

Reduced cost of servers

It is being used by the ...

Authenticated Reviewer

Information Technology & Services 11-50 employees

### IBM Kubernetes - the perfect container service

Dec 5, 2022

The service saves a lot of time, increases focus on delivery, provides more features for customers. Also while working with CI/CD it is very beneficial....

Authenticated Reviewer

### The Great Power of Kube on IBM Cloud

Dec 2, 2022

It has made it easily especially for operations engineers to easily automate tasks via scripting existing CLI and API commands. Our CI/CD team was able o...

Authenticated Reviewer

### Smooth scaling Infrastruture.

Dec 24, 2022

I have to work with scaling deep learning software, especially training at scale over CPU and GPUs. I use Kubernetes in the IBM cloud to achieve that o...

Ravi Gupta
Technical Lead -

Computer Software 5001-10,000 employees

Information Technology & Services 10,001+ employees

Deep Learning
Intel Corporation
Computer Hardware 10,001+ employees

IBM Cloud Kubernetes Service is doing great so far, but I believe there's still much to do (making it auto scalabile, make it more user friendly)

Jan 24, 2023

Our main problem was related to tasks managment, we needed a contenization tool that could help to manage the entire lifecycle of our system and therefore e...

John Santos Ndiwayesu
CTO (Chief Technical Officer)
GROUPE SUPRA
Computer Software 11-50 employees

IBM Cloud Kubernetes - Great choice for both small and large businesses!

Jun 3, 2019

IBM Cloud Kubernetes Service is best for apps that need to scale and developers who want to deploy their software fast and easily. ...

Authenticated Reviewer

Computer Software 1-10 employees

IBM Cloud Kubernetes Review

Nov 11, 2019

It is easy to deploy new applications and the documentation is, for the most part, easy to read which makes the ease of using the CLI more convenient for all....

Authenticated Reviewer

Education Management 501-1000 employees

IBM Kubernetes is good

Kubernetes Review

Perfect Cloud Container Management Product and very Functional

Cloud Services Automation Solution.

Feb 8, 2023

CLIs allow users to automate repetitive tasks and execute commands quickly, resulting in increased productivity and faster completion of tasks. CLIs offer more ...

Authenticated Reviewer

Information Technology & Services 501-1000 employees

Feb 17, 2020

IBM Cloud Kubernetes gives more options and flexibility such as more data centers, locations, and zones.

IBM Cloud Kubernetes...

Authenticated Reviewer

E-Learning 201-500 employees

Nov 29, 2022

This platform is very reliable orchestration and container management system which has the most effective and profitable Cloud performance and its da...

Mike Chegge
Account Manager
INTAJ Mohtawayat
Telecommunications
11-50 employees

### IBM Kubernetes Review

Nov 11, 2019

IBM Cloud Kubernetes is well suited for e-commerce fields where innovation takes

### Excellent service

Jan 15, 2023

One positive impact that IBM Cloud Kubernetes Service has had on our

### Overall user satisfaction review for IBM Cloud Kubernetes Service

Nov 28, 2021

IBM Cloud Kubernetes Service is currently the best in the market. In

place in
rapid scale.

It's always good to
ha...

Venkata Rao
Vuppala
Lead Engineer
TCS
Computer Software
10,001+
employees

overall business
objectives is
improved
efficiency and
scalability
of our containerized
wo...
Authenticated
Reviewer

Information
Technology &
Services 5001-
10,000 employees

case, if our use
cases do
not change, we will
continue to stick to
IBM
due to its wide
array of ...

Authenticated
Reviewer

E-Learning 51-200
employees

It enabled an immutable infrastructure and now we can ship our features faster than before



Dec 5, 2021

After implementing
this
system we quickly
started to realize
the
benefit of having
seamless upgrades
and
easy rollbacks
without
any issue and now
we ...
Authenticated
Reviewer

Telecommunications
51-200 employees

Read all reviews

# Resources

**Scalable web application on Kubernetes**
Learn how to build your own data set and train a model for image classification. The models are available in TensorFlow and are run on a Kubernetes cluster.

Learn more →

**Deploy apps with Tekton**

Learn how to build and deploy an app to a Kubernetes cluster on IBM Cloud, using a Tekton pipeline.

Take the tutorial →

**IBM Cloud training for developers**

Build Kubernetes skills through courses contained within the IBM Cloud Professional Developer certification.

Explore the learning path →

**IBM Cloud training for architects**
Build Kubernetes skills through courses contained within the IBM Cloud Professional Architect certification.

Explore the learning path →

# Frequently asked questions

Get answers to the most commonly asked questions about IBM Cloud Kubernetes Service.

How does a container-based platform work?

IBM Cloud® Kubernetes Service provides a fully managed container service for Docker (OCI) containers, so clients can deploy containerized apps onto a pool of compute hosts and subsequently manage those containers. Containers are automatically scheduled and placed onto available compute hosts based on your requirements and availability in the cluster.

How is the Kubernetes-based container service managed?

Every cluster is provisioned with a Kubernetes master IBM operates and manages, and worker nodes deployed into the client-owned infrastructure. Your worker nodes are single-tenant and dedicated to you, the client. Manage your worker nodes by using IBM-provided tools for operating system patch deployment, container runtime updates and new Kubernetes versions.

See inside IBM Cloud Kubernetes Service →

How can I run Docker containers on my own infrastructure?

How does autoscaling work for my Docker containers in Kubernetes?

How is container hosting managed when using service provider instances?

Can I integrate block storage with my apps?

How does networking work in a cluster?

How are security controls integrated?

How do I store Docker images in the cloud?

Can I set up my own Kubernetes scheduler to place containers in a cluster?

# Related products

Cloud applic

Hybri cloud

IBM Cloud Code Engine

Run your application, job or container on a managed serverless platform.

→

Red Hat OpenShift on IBM Cloud

Deploy and secure enterprise workloads on native Red Hat® OpenShift® with developer-focused tools to run highly available apps.

→

IBM Cloud Databases Services

Complement your Kubernetes infrastructure with a complete portfolio of managed services for data and analytics.

→

applic ation development consulting services

Using a cloud-native build strategy accelerates innovation at lower cost, achieves faster time to market and drives revenue growth with open,

secure, hybrid multicloud platforms.

→

Application modernization services

Backed by IBM Cloud® Paks and Red Hat® OpenShift®, we speed up application modernization timelines from months to weeks and reduce costs by over

30%.

→

strategy an architecture consu ting services

We work with yo to determ ne the right cloud strateg operati g model, roadma p and ecosys em to suppor core busine s needs and innovat on in any hybrid multicl ud.

→

Case 2:24-cv-00093-JRG Document 246-43 Filed 08/04/25 Page 14 of 14 PageID #: 20222

## Next steps

**Free IBM Cloud account**
Create a free IBM Cloud account and try IBM Kubernetes ecosystem solutions.

Read more →

**View pricing options**
Configure, price and quote your Kubernetes cluster.

Read more →

**Meet the community**
Get answers to your IBM Cloud questions straight from our users.

Read more →



VM_IBM_0045060