# EXHIBIT 43



VM_IBM_0020234

on their containerd integration are available in their GitHub project.

**Kata Containers** - The Kata containers lightweight-virtualized container runtime project integrates with containerd via a custom v2 shim implementation that drives the Kata container runtime.

**D2iQ Konvoy** - D2iQ Inc Konvoy product uses containerd as the container runtime for its Kubernetes distribution.

**Other Projects** - While the above list provides a cross-section of well known uses of containerd, the simplicity and clear API layer for containerd has inspired many smaller projects around providing simple container management platforms. Several examples of building higher layer functionality on top of the containerd base have come from various containerd community participants:

- Michael Crosby's boss project,
- Evan Hazlett's stellar project,
- Paul Knopf's immutable Linux image builder project: darch.

VM_IBM_0020235