# EXHIBIT 46
# FILED UNDER SEAL

