# EXHIBIT 55

kubernetes   Documentation   Kubernetes Blog   Training   Partners   Community   Case Studies   Versions ▾   English ▾   🔍 Search this site

Kubernetes Documentation / Concepts / Overview / Kubernetes Components

# Kubernetes Components

An overview of the key components that make up a Kubernetes cluster.

This page provides a high-level overview of the essential components that make up a Kubernetes cluster.

- Documentation
- Getting started
- Concepts
  - Overview
    - **Kubernetes Components**
    - Objects In Kubernetes
      - The Kubernetes API
  - Cluster Architecture
  - Containers
  - Workloads
  - Services, Load Balancing, and Networking
  - Storage
  - Configuration
  - Security
  - Policies
  - Scheduling, Preemption and Eviction
  - Cluster Administration
  - Windows in Kubernetes

🔍 Search this site

✏️ Edit this page
   Third party content advice
➕ Create child page
❔ Create an issue
🖨 Print entire section
Core Components
   Control Plane Components
   Node Components
Addons
Flexibility in Architecture



The components of a Kubernetes cluster

## Core Components

A Kubernetes cluster consists of a control plane and one or more worker nodes. Here's a brief overview of the main components:

**URL**
https://kubernetes.io/docs/concepts/overview/components/

**Timestamp**
Fri May 23 2025 18:48:53 GMT-0500 (Central Daylight Time)

IBM_VM_000193170



The components of a Kubernetes cluster

# Core Components

A Kubernetes cluster consists of a control plane and one or more worker nodes. Here's a brief overview of the main components:

## Control Plane Components

Manage the overall state of the cluster:

**kube-apiserver**

The core component server that exposes the Kubernetes HTTP API

**etcd**

Consistent and highly-available key value store for all API server data

**kube-scheduler**

Looks for Pods not yet bound to a node, and assigns each Pod to a suitable node.

**kube-controller-manager**

Runs controllers to implement Kubernetes API behavior.

**cloud-controller-manager** (optional)

Integrates with underlying cloud provider(s).

## Node Components

Run on every node, maintaining running pods and providing the Kubernetes runtime environment:

**kubelet**

**URL**
https://kubernetes.io/docs/concepts/overview/components/

**Timestamp**
Fri May 23 2025 18:48:53 GMT-0500 (Central Daylight Time)

IBM_VM_000193171

- Scheduling, Preemption and Eviction
- Cluster Administration
- Windows in Kubernetes
- Extending Kubernetes
- Tasks

🔍 Search this site

- Documentation
- Getting started
- ▼ Concepts
  - ▼ Overview
    - **Kubernetes Components**
    - Objects In Kubernetes
    - The Kubernetes API
  - Cluster Architecture
  - Containers
  - Workloads
  - Services, Load Balancing, and Networking
  - Storage
  - Configuration
  - Security
  - Policies
  - Scheduling, Preemption and Eviction
  - Cluster Administration
  - Windows in Kubernetes
  - Extending Kubernetes
- Tasks

## Node Components

Run on every node, maintaining running pods and providing the Kubernetes runtime environment:

**kubelet**

Ensures that Pods are running, including their containers.

**kube-proxy** (optional)

Maintains network rules on nodes to implement Services.

**Container runtime**

Software responsible for running containers. Read Container Runtimes to learn more.

> 🚫 This item links to a third party project or product that is not part of Kubernetes itself. More information

Your cluster may require additional software on each node; for example, you might also run systemd on a Linux node to supervise local components.

## Addons

Addons extend the functionality of Kubernetes. A few important examples include:

**DNS**

For cluster-wide DNS resolution

**Web UI** (Dashboard)

For cluster management via a web interface

**Container Resource Monitoring**

For collecting and storing container metrics

**Cluster-level Logging**

**URL**
https://kubernetes.io/docs/concepts/overview/components/

**Timestamp**
Fri May 23 2025 18:48:53 GMT-0500 (Central Daylight Time)

IBM_VM_000193172

- Scheduling, Preemption and Eviction
- Cluster Administration
- Windows in Kubernetes
- Extending Kubernetes
- Tasks

For cluster management via a web interface

**Container Resource Monitoring**

For collecting and storing container metrics

**Cluster-level Logging**

For saving container logs to a central log store

Search this site

- Documentation
- Getting started
- Concepts
  - Overview
    - **Kubernetes Components**
    - Objects In Kubernetes
    - The Kubernetes API
  - Cluster Architecture
  - Containers
  - Workloads
  - Services, Load Balancing, and Networking
  - Storage
  - Configuration
  - Security
  - Policies
  - Scheduling, Preemption and Eviction
  - Cluster Administration
  - Windows in Kubernetes
  - Extending Kubernetes
- Tasks

## Flexibility in Architecture

Kubernetes allows for flexibility in how these components are deployed and managed. The architecture can be adapted to various needs, from small development environments to large-scale production deployments.

For more detailed information about each component and various ways to configure your cluster architecture, see the Cluster Architecture page.

> Items on this page refer to third party products or projects that provide functionality required by Kubernetes. The Kubernetes project authors aren't responsible for those third-party products or projects. See the CNCF website guidelines for more details.
>
> You should read the content guide before proposing a change that adds an extra third-party link.

## Feedback

Was this page helpful?

 Yes   No

---

Last modified August 26, 2024 at 9:34 AM PST: Tweak long lines in cluster architecture and components (70dafafca5)

---

**URL**
https://kubernetes.io/docs/concepts/overview/components/
**Timestamp**
Fri May 23 2025 18:48:53 GMT-0500 (Central Daylight Time)

IBM_VM_000193173



**URL**
https://kubernetes.io/docs/concepts/overview/components/

**Timestamp**
Fri May 23 2025 18:48:53 GMT-0500 (Central Daylight Time)

IBM_VM_000193174