# EXHIBIT 56



Kubernetes Documentation / Concepts / Cluster Architecture

# Cluster Architecture

The architectural concepts behind Kubernetes.

A Kubernetes cluster consists of a control plane plus a set of worker machines, called nodes, that run containerized applications. Every cluster needs at least one worker node in order to run Pods.

The worker node(s) host the Pods that are the components of the application workload. The control plane manages the worker nodes and the Pods in the cluster. In production environments, the control plane usually runs across multiple computers and a cluster usually runs multiple nodes, providing fault-tolerance and high availability.

This document outlines the various components you need to have for a complete and working Kubernetes cluster.



Edit this page
Create child page
Create an issue
Print entire section

Control plane components
    kube-apiserver
    etcd
    kube-scheduler
    kube-controller-manager
    cloud-controller-manager
Node components
    kubelet
    kube-proxy (optional)
    Container runtime
Addons
    DNS
    Web UI (Dashboard)
    Container resource monitoring
    Cluster-level Logging
    Network plugins
Architecture variations
    Control plane deployment options
    Workload placement considerations
    Cluster management tools
    Customization and extensibility
What's next

Documentation
Getting started
Concepts
    Overview
    Cluster Architecture
        Nodes
        Communication between Nodes and the Control Plane
        Controllers
        Leases
        Cloud Controller Manager
        About cgroup v2
        Kubernetes Self-Healing
        Container Runtime Interface (CRI)
        Garbage Collection
        Mixed Version Proxy
    Containers
    Workloads
    Services, Load Balancing, and

**URL**
https://kubernetes.io/docs/concepts/architecture/
**Timestamp**
Fri May 23 2025 18:53:37 GMT-0500 (Central Daylight Time)

IBM_VM_000193247

Interface (CRI)
Garbage Collection
Mixed Version Proxy
▶ Containers
▶ Workloads
▶ Services, Load Balancing, and

Network plugins
Architecture variations
Control plane deployment options
Workload placement considerations
Cluster management tools
Customization and extensibility
What's next



Figure 1. Kubernetes cluster components.

🔍 Search this site

▶ Documentation
▶ Getting started
▼ Concepts
  ▶ Overview
  ▼ Cluster Architecture
    Nodes
    Communication between
    Nodes and the Control
    Plane
    Controllers
    Leases
    Cloud Controller Manager
    About cgroup v2
    Kubernetes Self-Healing
    Container Runtime
    Interface (CRI)
    Garbage Collection
    Mixed Version Proxy
  ▶ Containers
  ▶ Workloads
  ▶ Services, Load Balancing, and
    Networking

▶ About this architecture...

## Control plane components

The control plane's components make global decisions about the cluster (for example, scheduling), as well as detecting and responding to cluster events (for example, starting up a new pod when a Deployment's `replicas` field is unsatisfied).

Control plane components can be run on any machine in the cluster. However, for simplicity, setup scripts typically start all control plane components on the same machine, and do not run user containers on this machine. See Creating Highly Available clusters with kubeadm for an example control plane setup that runs across multiple machines.

### kube-apiserver

**URL**
https://kubernetes.io/docs/concepts/architecture/

**Timestamp**
Fri May 23 2025 18:53:37 GMT-0500 (Central Daylight Time)

IBM_VM_000193248

Garbage Collection

Mixed Version Proxy

▶ Containers

▶ Workloads

▶ Services, Load Balancing, and
Networking

🔍 Search this site

▶ Documentation

▶ Getting started

▼ Concepts

　▶ Overview

　▼ Cluster Architecture

　　Nodes

　　Communication between
　　Nodes and the Control
　　Plane

　　Controllers

　　Leases

　　Cloud Controller Manager

　　About cgroup v2

　　Kubernetes Self-Healing

　　Container Runtime
　　Interface (CRI)

　　Garbage Collection

　　Mixed Version Proxy

　▶ Containers

　▶ Workloads

　▶ Services, Load Balancing, and
　　Networking

simplicity, setup scripts typically start all control plane components on the same machine, and do not run user containers on this machine. See Creating Highly Available clusters with kubeadm for an example control plane setup that runs across multiple machines.

## kube-apiserver

The API server is a component of the Kubernetes control plane that exposes the Kubernetes API. The API server is the front end for the Kubernetes control plane.

The main implementation of a Kubernetes API server is kube-apiserver. kube-apiserver is designed to scale horizontally—that is, it scales by deploying more instances. You can run several instances of kube-apiserver and balance traffic between those instances.

## etcd

Consistent and highly-available key value store used as Kubernetes' backing store for all cluster data.

If your Kubernetes cluster uses etcd as its backing store, make sure you have a back up plan for the data.

You can find in-depth information about etcd in the official documentation.

## kube-scheduler

Control plane component that watches for newly created Pods with no assigned node, and selects a node for them to run on.

Factors taken into account for scheduling decisions include: individual and collective resource requirements, hardware/software/policy constraints, affinity and anti-affinity specifications, data locality, inter-workload interference, and deadlines.

## kube-controller-manager

Control plane component that runs controller processes.

Logically, each controller is a separate process, but to reduce complexity, they are all compiled into a single binary and run in a single process.

There are many different types of controllers. Some examples of them are:

**URL**

https://kubernetes.io/docs/concepts/architecture/

**Timestamp**

Fri May 23 2025 18:53:37 GMT-0500 (Central Daylight Time)

IBM_VM_000193249

Garbage Collection
Mixed Version Proxy
▶ Containers
▶ Workloads
▶ Services, Load Balancing, and
Networking

🔍 Search this site

▶ Documentation
▶ Getting started
▼ Concepts
  ▶ Overview
  ▼ Cluster Architecture
    Nodes
    Communication between
    Nodes and the Control
    Plane
    Controllers
    Leases
    Cloud Controller Manager
    About cgroup v2
    Kubernetes Self-Healing
    Container Runtime
    Interface (CRI)
    Garbage Collection
    Mixed Version Proxy
  ▶ Containers
  ▶ Workloads
  ▶ Services, Load Balancing, and
  Networking

kube-controller-manager

Control plane component that runs controller processes.

Logically, each controller is a separate process, but to reduce complexity, they are all compiled into a single binary and run in a single process.

There are many different types of controllers. Some examples of them are:

- Node controller: Responsible for noticing and responding when nodes go down.
- Job controller: Watches for Job objects that represent one-off tasks, then creates Pods to run those tasks to completion.
- EndpointSlice controller: Populates EndpointSlice objects (to provide a link between Services and Pods).
- ServiceAccount controller: Create default ServiceAccounts for new namespaces.

The above is not an exhaustive list.

## cloud-controller-manager

A Kubernetes control plane component that embeds cloud-specific control logic. The cloud controller manager lets you link your cluster into your cloud provider's API, and separates out the components that interact with that cloud platform from components that only interact with your cluster. The cloud-controller-manager only runs controllers that are specific to your cloud provider. If you are running Kubernetes on your own premises, or in a learning environment inside your own PC, the cluster does not have a cloud controller manager.

As with the kube-controller-manager, the cloud-controller-manager combines several logically independent control loops into a single binary that you run as a single process. You can scale horizontally (run more than one copy) to improve performance or to help tolerate failures.

The following controllers can have cloud provider dependencies:

- Node controller: For checking the cloud provider to determine if a node has been deleted in the cloud after it stops responding
- Route controller: For setting up routes in the underlying cloud infrastructure
- Service controller: For creating, updating and deleting cloud provider load balancers

**URL**

https://kubernetes.io/docs/concepts/architecture/

**Timestamp**

Fri May 23 2025 18:53:37 GMT-0500 (Central Daylight Time)

IBM_VM_000193250

Garbage Collection
Mixed Version Proxy
▶ Containers
▶ Workloads
▶ Services, Load Balancing, and Networking

deleted in the cloud after it stops responding
- Route controller: For setting up routes in the underlying cloud infrastructure
- Service controller: For creating, updating and deleting cloud provider load balancers

🔍 Search this site

▶ Documentation
▶ Getting started
▼ Concepts
  ▶ Overview
  ▼ Cluster Architecture
    Nodes
    Communication between Nodes and the Control Plane
    Controllers
    Leases
    Cloud Controller Manager
    About cgroup v2
    Kubernetes Self-Healing
    Container Runtime Interface (CRI)
    Garbage Collection
    Mixed Version Proxy
  ▶ Containers
  ▶ Workloads
  ▶ Services, Load Balancing, and Networking

## Node components

Node components run on every node, maintaining running pods and providing the Kubernetes runtime environment.

### kubelet

An agent that runs on each node in the cluster. It makes sure that containers are running in a Pod.

The kubelet takes a set of PodSpecs that are provided through various mechanisms and ensures that the containers described in those PodSpecs are running and healthy. The kubelet doesn't manage containers which were not created by Kubernetes.

### kube-proxy (optional)

kube-proxy is a network proxy that runs on each node in your cluster, implementing part of the Kubernetes Service concept.

kube-proxy maintains network rules on nodes. These network rules allow network communication to your Pods from network sessions inside or outside of your cluster.

kube-proxy uses the operating system packet filtering layer if there is one and it's available. Otherwise, kube-proxy forwards the traffic itself.

If you use a network plugin that implements packet forwarding for Services by itself, and providing equivalent behavior to kube-proxy, then you do not need to run kube-proxy on the nodes in your cluster.

### Container runtime

A fundamental component that empowers Kubernetes to run containers effectively. It is responsible for managing the execution and lifecycle of containers within the Kubernetes environment.

Kubernetes supports container runtimes such as containerd, CRI-O, and any other

**URL**

https://kubernetes.io/docs/concepts/architecture/

**Timestamp**

Fri May 23 2025 18:53:37 GMT-0500 (Central Daylight Time)

IBM_VM_000193251

Garbage Collection
Mixed Version Proxy
▶ Containers
▶ Workloads
▶ Services, Load Balancing, and
Networking

🔍 Search this site

▶ Documentation
▶ Getting started
▼ Concepts
  ▶ Overview
  ▼ Cluster Architecture
    Nodes
    Communication between
    Nodes and the Control
    Plane
    Controllers
    Leases
    Cloud Controller Manager
    About cgroup v2
    Kubernetes Self-Healing
    Container Runtime
    Interface (CRI)
    Garbage Collection
    Mixed Version Proxy
  ▶ Containers
  ▶ Workloads
  ▶ Services, Load Balancing, and
  Networking

## Container runtime

A fundamental component that empowers Kubernetes to run containers effectively. It is responsible for managing the execution and lifecycle of containers within the Kubernetes environment.

Kubernetes supports container runtimes such as containerd, CRI-O, and any other implementation of the Kubernetes CRI (Container Runtime Interface).

# Addons

Addons use Kubernetes resources (DaemonSet, Deployment, etc) to implement cluster features. Because these are providing cluster-level features, namespaced resources for addons belong within the `kube-system` namespace.

Selected addons are described below; for an extended list of available addons, please see Addons.

## DNS

While the other addons are not strictly required, all Kubernetes clusters should have cluster DNS, as many examples rely on it.

Cluster DNS is a DNS server, in addition to the other DNS server(s) in your environment, which serves DNS records for Kubernetes services.

Containers started by Kubernetes automatically include this DNS server in their DNS searches.

## Web UI (Dashboard)

Dashboard is a general purpose, web-based UI for Kubernetes clusters. It allows users to manage and troubleshoot applications running in the cluster, as well as the cluster itself.

## Container resource monitoring

Container Resource Monitoring records generic time-series metrics about containers in a central database, and provides a UI for browsing that data.

**URL**

https://kubernetes.io/docs/concepts/architecture/

**Timestamp**

Fri May 23 2025 18:53:37 GMT-0500 (Central Daylight Time)

IBM_VM_000193252

Garbage Collection
Mixed Version Proxy
▶ Containers
▶ Workloads
▶ Services, Load Balancing, and Networking

itself.

## Container resource monitoring

Container Resource Monitoring records generic time-series metrics about containers in a central database, and provides a UI for browsing that data.

## Cluster-level Logging

A cluster-level logging mechanism is responsible for saving container logs to a central log store with a search/browsing interface.

## Network plugins

Network plugins are software components that implement the container network interface (CNI) specification. They are responsible for allocating IP addresses to pods and enabling them to communicate with each other within the cluster.

# Architecture variations

While the core components of Kubernetes remain consistent, the way they are deployed and managed can vary. Understanding these variations is crucial for designing and maintaining Kubernetes clusters that meet specific operational needs.

## Control plane deployment options

The control plane components can be deployed in several ways:

**Traditional deployment**

Control plane components run directly on dedicated machines or VMs, often managed as systemd services.

**Static Pods**

Control plane components are deployed as static Pods, managed by the kubelet on specific nodes. This is a common approach used by tools like kubeadm.

**Self-hosted**

The control plane runs as Pods within the Kubernetes cluster itself, managed by

🔍 Search this site

▶ Documentation
▶ Getting started
▼ Concepts
  ▶ Overview
  ▼ Cluster Architecture
      Nodes
      Communication between Nodes and the Control Plane
      Controllers
      Leases
      Cloud Controller Manager
      About cgroup v2
      Kubernetes Self-Healing
      Container Runtime Interface (CRI)
      Garbage Collection
      Mixed Version Proxy
  ▶ Containers
  ▶ Workloads
  ▶ Services, Load Balancing, and Networking

**URL**
https://kubernetes.io/docs/concepts/architecture/
**Timestamp**
Fri May 23 2025 18:53:37 GMT-0500 (Central Daylight Time)

IBM_VM_000193253

▶ Documentation
▶ Getting started
▼ Concepts
  ▶ Overview
  ▼ Cluster Architecture
    Nodes
    Communication between
    Nodes and the Control
    Plane
    Controllers
    Leases
    Cloud Controller Manager
    About cgroup v2
    Kubernetes Self-Healing
    Container Runtime
    Interface (CRI)
    Garbage Collection
    Mixed Version Proxy
  ▶ Containers
  ▶ Workloads
  ▶ Services, Load Balancing, and
    Networking

**Static Pods**

Control plane components are deployed as static Pods, managed by the kubelet on specific nodes. This is a common approach used by tools like kubeadm.

**Self-hosted**

The control plane runs as Pods within the Kubernetes cluster itself, managed by Deployments and StatefulSets or other Kubernetes primitives.

**Managed Kubernetes services**

Cloud providers often abstract away the control plane, managing its components as part of their service offering.

## Workload placement considerations

The placement of workloads, including the control plane components, can vary based on cluster size, performance requirements, and operational policies:

- In smaller or development clusters, control plane components and user workloads might run on the same nodes.
- Larger production clusters often dedicate specific nodes to control plane components, separating them from user workloads.
- Some organizations run critical add-ons or monitoring tools on control plane nodes.

## Cluster management tools

Tools like kubeadm, kops, and Kubespray offer different approaches to deploying and managing clusters, each with its own method of component layout and management.

The flexibility of Kubernetes architecture allows organizations to tailor their clusters to specific needs, balancing factors such as operational complexity, performance, and management overhead.

## Customization and extensibility

Kubernetes architecture allows for significant customization:

- Custom schedulers can be deployed to work alongside the default Kubernetes scheduler or to replace it entirely.
- API servers can be extended with CustomResourceDefinitions and API

**URL**

https://kubernetes.io/docs/concepts/architecture/

**Timestamp**

Fri May 23 2025 18:53:37 GMT-0500 (Central Daylight Time)

IBM_VM_000193254

- Garbage Collection
- Mixed Version Proxy
- ▸ Containers
- ▸ Workloads
- ▸ Services, Load Balancing, and
  Networking

Q Search this site

- ▸ Documentation
- ▸ Getting started
- ▾ Concepts
  - ▸ Overview
  - ▾ Cluster Architecture
    - Nodes
    - Communication between
      Nodes and the Control
      Plane
    - Controllers
    - Leases
    - Cloud Controller Manager
    - About cgroup v2
    - Kubernetes Self-Healing
    - Container Runtime
      Interface (CRI)
    - Garbage Collection
    - Mixed Version Proxy
  - ▸ Containers
  - ▸ Workloads
  - ▸ Services, Load Balancing, and
    Networking

## Customization and extensibility

Kubernetes architecture allows for significant customization:

- Custom schedulers can be deployed to work alongside the default Kubernetes scheduler or to replace it entirely.
- API servers can be extended with CustomResourceDefinitions and API Aggregation.
- Cloud providers can integrate deeply with Kubernetes using the cloud-controller-manager.

The flexibility of Kubernetes architecture allows organizations to tailor their clusters to specific needs, balancing factors such as operational complexity, performance, and management overhead.

## What's next

Learn more about the following:

- Nodes and their communication with the control plane.
- Kubernetes controllers.
- kube-scheduler which is the default scheduler for Kubernetes.
- Etcd's official documentation.
- Several container runtimes in Kubernetes.
- Integrating with cloud providers using cloud-controller-manager.
- kubectl commands.

### Nodes

### Communication between Nodes and the Control Plane

### Controllers

### Leases

Cloud Controller Manager

**URL**

https://kubernetes.io/docs/concepts/architecture/

**Timestamp**

Fri May 23 2025 18:53:37 GMT-0500 (Central Daylight Time)

IBM_VM_000193255

Garbage Collection

Mixed Version Proxy

▸ Containers

▸ Workloads

▾ Services, Load Balancing, and
  Networking

◦ Getting started

▾ Concepts

  ▾ Overview

  ▾ Cluster Architecture

    Nodes

    Communication between
    Nodes and the Control
    Plane

    Controllers

    Leases

    Cloud Controller Manager

    About cgroup v2

    Kubernetes Self-Healing

    Container Runtime
    Interface (CRI)

    Garbage Collection

    Mixed Version Proxy

  ▸ Containers

  ▸ Workloads

  ▾ Services, Load Balancing, and
    Networking

  ▸ Storage

**Controllers**

**Leases**

**Cloud Controller Manager**

**About cgroup v2**

**Kubernetes Self-Healing**

**Container Runtime Interface (CRI)**

**Garbage Collection**

**Mixed Version Proxy**

## Feedback

Was this page helpful?

 Yes     No

Last modified October 20, 2024 at 2:20 PM PST: Redo cluster architecture diagram explanation (43b5c46f2a)



© 2025 The Kubernetes Authors | Documentation Distributed under CC BY 4.0

© 2025 The Linux Foundation ®. All rights reserved. The Linux Foundation has registered
trademarks and uses trademarks. For a list of trademarks of The Linux Foundation, please
see our Trademark Usage page



**URL**
https://kubernetes.io/docs/concepts/architecture/

**Timestamp**
Fri May 23 2025 18:53:37 GMT-0500 (Central Daylight Time)



© 2025 The Kubernetes Authors | Documentation Distributed under CC BY 4.0

© 2025 The Linux Foundation ®. All rights reserved. The Linux Foundation has registered trademarks and uses trademarks. For a list of trademarks of The Linux Foundation, please see our Trademark Usage page

ICP license: 京ICP备17074266号-3

**URL**

https://kubernetes.io/docs/concepts/architecture/

**Timestamp**

Fri May 23 2025 18:53:37 GMT-0500 (Central Daylight Time)

IBM_VM_000193257