# EXHIBIT 60



