# EXHIBIT 63





IBM Cloud

Catalog   Cost Estimator   Help   Cookie Preferences   Log in   Sign up

**Product guide**

**Kubernetes service**

Search guide

Kubernetes service

Your responsibilities with using IBM Cloud Kubernetes Service

Use cases

Learning paths

**Release notes**

**Tutorials**

Tutorials library for Kubernetes Service

Setting up your first cluster in your Virtual Private Cloud (VPC)

**How to**

Planning your cluster environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic in Classic clusters

Controlling network traffic in VPC clusters

Adding static routes to worker nodes

Configuring the cluster DNS provider

Setting up the cluster autoscaler

Logging and monitoring

View as PDF

---

Version 1.30 change log
Version 1.29 change log
Version 1.28 change log

**Ingress ALB cluster add-on patch updates.**

For more information, see the change log.

## April 2025

### 30 April 2025

**IBM Cloud Kubernetes Service master fix packs.**

Master fix packs are applied automatically over the course of several days. You can choose to use the `ibmcloud ks cluster master update` command yourself without waiting for the update automation to apply the patch. Review the following change logs for your cluster version.

Version 1.32 change log
Version 1.31 change log
Version 1.30 change log
Version 1.29 change log
Version 1.28 change log

### 29 April 2025

**Istio add-on patch updates.**

For the latest patch information, see the change log.

### 27 April 2025

**ALB OAuth Proxy cluster add-on patch updates.**

For more information, see the change log.

### 24 April 2025

**IBM Cloud Object Storage plug-in updates.**

For more information, see the change log.

### 22 April 2025

**Cluster autoscaler add-on patch updates for IBM Cloud Kubernetes Service.**

For more information, see Cluster autoscaler add-on change log.

**IBM Cloud Kubernetes Service worker node fix packs are available.**

Worker node fix packs can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure. Review the following change logs for your cluster version.

Version 1.32 change log
Version 1.31 change log
Version 1.30 change log
Version 1.29 change log
Version 1.28 change log

### 21 April 2025

**Ingress ALB cluster add-on patch updates.**

For more information, see the change log.

### 08 April 2025

**IBM Cloud Object Storage plug-in updates.**

For more information, see the change log.

### 07 April 2025

**Ingress ConfigMap change log updates**

Updated the Ingress ConfigMap change log.

---

On this page

May 2025
**April 2025**
↳ 30 April 2025
↳ 29 April 2025
↳ 27 April 2025
↳ 24 April 2025
↳ 22 April 2025
↳ 21 April 2025
↳ 08 April 2025
↳ 07 April 2025
↳ 02 April 2025
↳ 01 April 2025
March 2025
February 2025
January 2025
December 2024
November 2024
October 2024
September 2024
August 2024
July 2024
June 2024
May 2024
April 2024
March 2024
February 2024
January 2024
December 2023
November 2023
October 2023
September 2023

---



Product guide
**Kubernetes service**

Search guide

Kubernetes service

Your responsibilities with using IBM Cloud Kubernetes Service

Use cases

Learning paths

**Release notes**

🗎 Tutorials

Tutorials library for Kubernetes Service

Setting up your first cluster in your Virtual Private Cloud (VPC)

🗎 How to

Planning your cluster environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic in Classic clusters

Controlling network traffic in VPC clusters

Adding static routes to worker nodes

Configuring the cluster DNS provider

Setting up the cluster autoscaler

Logging and monitoring

🗎 View as PDF

---

### 07 April 2025

Ingress ConfigMap change log updates

Updated the Ingress ConfigMap change log.

### 02 April 2025

Ingress ALB cluster add-on patch updates.

For more information, see the change log.

### 01 April 2025

==Creating Ubuntu 20 clusters or worker pools in cluster versions 1.29 - 1.31 is no longer supported.==

==For cluster versions 1.29 - 1.31, you can no longer provision new clusters or worker pools with Ubuntu 20 worker nodes. Ubuntu 20 is deprecated and support ends soon.== If you have existing worker pools that use Ubuntu 20, migrate those worker pools to Ubuntu 24 as soon as possible. For more information, see Migrating to a new Ubuntu 24

## March 2025

### 27 March 2025

IBM Cloud Kubernetes Service master fix packs.

Master fix packs are applied automatically over the course of several days. You can choose to use the `ibmcloud_ks_cluster_master_update` command yourself without waiting for the update automation to apply the patch. Review the following change logs for your cluster version.
Version 1.32 change log
Version 1.31 change log
Version 1.30 change log
Version 1.29 change log
Version 1.28 change log

### 25 March 2025

Ingress ALB cluster add-on patch updates.

For more information, see the change log.

### 24 March 2025

IBM Cloud Kubernetes Service worker node fix packs are available.

Worker node fix packs can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure. Review the following change logs for your cluster version.
Version 1.32 change log
Version 1.31 change log
Version 1.30 change log
Version 1.29 change log
Version 1.28 change log

### 17 March 2025

Ingress ALB cluster add-on patch updates.

For more information, see the change log.

### 13 March 2025

CLI version `1.0.687` is available.

For more information, see Updating the CLI and the CLI change log.

ALB OAuth Proxy cluster add-on patch updates.

For more information, see the change log.

### 11 March 2025

---

On this page

May 2025

April 2025

↳ 30 April 2025

↳ 29 April 2025

↳ 27 April 2025

↳ 24 April 2025

↳ 22 April 2025

↳ 21 April 2025

↳ 08 April 2025

↳ 07 April 2025

↳ 02 April 2025

↳ 01 April 2025

March 2025

February 2025

January 2025

December 2024

November 2024

October 2024

September 2024

August 2024

July 2024

June 2024

May 2024

April 2024

March 2024

February 2024

January 2024

December 2023

November 2023

October 2023

September 2023



Product guide
**Kubernetes service**

Search guide

Kubernetes Service

Your responsibilities with
using IBM Cloud
Kubernetes Service

Use cases

Learning paths

**Release notes**

📖 Tutorials

Tutorials library for
Kubernetes Service

Setting up your first cluster
in your Virtual Private
Cloud (VPC)

🖥 How to

Planning your cluster
environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and
worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic
in Classic clusters

Controlling network traffic
in VPC clusters

Adding static routes to
worker nodes

Configuring the cluster DNS
provider

Setting up the cluster
autoscaler

Logging and monitoring

📄 View as PDF

---

ALB OAuth Proxy cluster add-on patch updates.

For more information, see the change log.

## 11 March 2025

**IBM Cloud Kubernetes Service worker node fix packs are available.**

Worker node fix packs can be applied by updating or reloading the worker node in classic
infrastructure, or replacing the worker node in VPC infrastructure. Review the following
change logs for your cluster version.
Version 1.32 change log
Version 1.31 change log
Version 1.30 change log
Version 1.29 change log
Version 1.28 change log

**Ingress ALB cluster add-on patch updates.**

For more information, see the change log.

## 10 March 2025

**Cluster autoscaler add-on patch updates for IBM Cloud Kubernetes Service.**

For more information, see Cluster autoscaler add-on change log.

**IBM Cloud Object Storage plug-in updates.**

For more information, see the change log.

## 05 March 2025

**Version 1.32 is now the default version for IBM Cloud Kubernetes Service.**

For a complete list of available versions, see version information.

**Migrating from the Observability plug-in to IBM Cloud Logs**

Support for the Observability plug-in ends on 28 March 2025. Review and complete the
migration steps before support ends. For more information, see Migrating logging and
monitoring agents to Cloud Logs.

## 04 March 2025

**Istio add-on patch updates.**

For the latest patch information, see the change log.

# February 2025

## 26 February 2025

**Ingress ALB cluster add-on patch updates.**

For more information, see the change log.

## 24 February 2025

**IBM Cloud Kubernetes Service worker node fix packs are available.**

Worker node fix packs can be applied by updating or reloading the worker node in classic
infrastructure, or replacing the worker node in VPC infrastructure. Review the following
change logs for your cluster version.
Version 1.32 change log
Version 1.31 change log
Version 1.30 change log
Version 1.29 change log

## 19 February 2025

**IBM Cloud File Storage for VPC cluster add-on patch updates.**

For more information, see the change log.

**IBM Cloud Kubernetes Service master fix packs.**

Master fix packs are applied automatically over the course of several days. You can choose to

---

On this page

May 2025

April 2025

March 2025

↳ 27 March 2025

↳ 25 March 2025

↳ 24 March 2025

↳ 17 March 2025

↳ 13 March 2025

↳ 11 March 2025

↳ 10 March 2025

↳ 05 March 2025

↳ 04 March 2025

February 2025

January 2025

December 2024

November 2024

October 2024

September 2024

August 2024

July 2024

June 2024

May 2024

April 2024

March 2024

February 2024

January 2024

December 2023

November 2023

October 2023

September 2023

August 2023

---

Product guide
**Kubernetes service**

Search guide

Kubernetes service

Your responsibilities with
using IBM Cloud
Kubernetes Service

Use cases

Learning paths

**Release notes**

Tutorials

Tutorials library for
Kubernetes Service

Setting up your first cluster
in your Virtual Private
Cloud (VPC)

How to

Planning your cluster
environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and
worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic
in Classic clusters

Controlling network traffic
in VPC clusters

Adding static routes to
worker nodes

Configuring the cluster DNS
provider

Setting up the cluster
autoscaler

Logging and monitoring

View as PDF

IBM Cloud File Storage for VPC cluster add-on patch updates.

For more information, see the change log.

**IBM Cloud Kubernetes Service master fix packs.**

Master fix packs are applied automatically over the course of several days. You can choose to
use the `ibmcloud ks cluster master update` command yourself without waiting for
the update automation to apply the patch. Review the following change logs for your cluster
version.

Version 1.32 change log
Version 1.31 change log
Version 1.30 change log
Version 1.29 change log

## 17 February 2025

CLI version `1.0.679` is available.

For more information, see Updating the CLI and the CLI change log.

**Block Storage for VPC cluster add-on patch updates.**

For more information, see the add-on change log.

## 12 February 2025

**IBM Cloud Kubernetes Service worker node fix packs are available.**

Worker node fix packs can be applied by updating or reloading the worker node in classic
infrastructure, or replacing the worker node in VPC infrastructure. Review the following
change logs for your cluster version.

Version 1.32 change log
Version 1.31 change log
Version 1.30 change log
Version 1.29 change log

## 11 February 2025

CLI version `1.0.677` is available.

For more information, see Updating the CLI and the CLI change log.

## 10 February 2025

**New! Worker node flavors with H200 GPU support are available on an allowlist basis for VPC
clusters.**

To request access to the allowlist, see see Requesting access to allowlisted features.
For a list of available worker node flavors for VPC clusters, see VPC flavors.

## 06 February 2025

**Static Route cluster add-on patch updates.**

For more information, see the change log.

## January 2025

### 30 January 2025

**IBM Cloud Kubernetes Service worker node fix packs are available.**

Worker node fix packs can be applied by updating or reloading the worker node in classic
infrastructure, or replacing the worker node in VPC infrastructure. Review the following
change logs for your cluster version.

Version 1.32 change log
Version 1.31 change log
Version 1.30 change log
Version 1.29 change log

### 29 January 2025

**New! IBM Cloud Kubernetes Service version 1.32.**

You can now create or update clusters to Kubernetes version 1.32. With Kubernetes 1.32,

On this page

May 2025

April 2025

March 2025

February 2025

  ↳ 26 February 2025

  ↳ 24 February 2025

  ↳ **19 February 2025**

  ↳ 17 February 2025

  ↳ 12 February 2025

  ↳ 11 February 2025

  ↳ 10 February 2025

  ↳ 06 February 2025

January 2025

December 2024

November 2024

October 2024

September 2024

August 2024

July 2024

June 2024

May 2024

April 2024

March 2024

February 2024

January 2024

December 2023

November 2023

October 2023

September 2023

August 2023

July 2023

IBM Cloud   Case 2:24-cv-00093-JRG   Document 116-5   Filed 08/04/25   Page 7 of 54 PageID #:
20351
Catalog   Cost Estimator   Help ⌄   Cookie Preferences   Log in   Sign up

Product guide
**Kubernetes service**

Search guide

Kubernetes Service

Your responsibilities with
using IBM Cloud
Kubernetes Service

Use cases                          ⌄

Learning paths                     ⌄

**Release notes**

▣ **Tutorials**                    ⌃

Tutorials library for
Kubernetes Service                 ⌄

Setting up your first cluster
in your Virtual Private
Cloud (VPC)

▣ **How to**                       ⌃

Planning your cluster
environment                        ⌄

Preparing your account            ⌄

Installing the CLI                ⌄

Setting up the API

Creating clusters                 ⌄

Accessing clusters                ⌄

Adding worker nodes               ⌄

Managing the cluster and
worker node lifecycle             ⌄

Setting up encryption             ⌄

Enhancing security                ⌄

Managing access control           ⌄

Securing cluster workloads        ⌄

Controlling network traffic
in Classic clusters               ⌄

Controlling network traffic
in VPC clusters                   ⌄

Adding static routes to
worker nodes

Configuring the cluster DNS
provider

Setting up the cluster
autoscaler                        ⌄

Logging and monitoring            ⌄

▣ View as PDF                     ⌄

‹

### 29 January 2025

New! IBM Cloud Kubernetes Service version 1.32.

You can now create or update clusters to Kubernetes version 1.32. With Kubernetes 1.32,
you get the latest stable enhancements from the Kubernetes community as well as
enhancements to the IBM Cloud product.

### 28 January 2025

Istio add-on patch updates.

For the latest patch information, see the change log.

### 24 January 2025

IBM Cloud Object Storage plug-in updates.

For more information, see the change log.

### 23 January 2025

IBM Cloud Kubernetes Service master fix packs.

Master fix packs are applied automatically over the course of several days. You can choose to
use the `ibmcloud ks cluster master update` command yourself without waiting for
the update automation to apply the patch. Review the following change logs for your cluster
version.
Version 1.31 change log
Version 1.30 change log
Version 1.29 change log
Version 1.28 change log

### 13 January 2025

IBM Cloud Kubernetes Service worker node fix packs are available.

Worker node fix packs can be applied by updating or reloading the worker node in classic
infrastructure, or replacing the worker node in VPC infrastructure. Review the following
change logs for your cluster version.
Version 1.31 change log
Version 1.30 change log
Version 1.29 change log
Version 1.28 change log

### 08 January 2025

Ingress ALB cluster add-on patch updates.

For more information, see the change log.

### 06 January 2025

IBM Cloud Kubernetes Service worker node fix packs are available.

Worker node fix packs can be applied by updating or reloading the worker node in classic
infrastructure, or replacing the worker node in VPC infrastructure. Review the following
change logs for your cluster version.
Version 1.31 change log
Version 1.30 change log
Version 1.29 change log
Version 1.28 change log

## December 2024

### 16 December 2024

IBM Cloud Kubernetes Service worker node fix packs are available.

Worker node fix packs can be applied by updating or reloading the worker node in classic
infrastructure, or replacing the worker node in VPC infrastructure. Review the following
change logs for your cluster version.
Version 1.31 change log

On this page

May 2025

April 2025

March 2025

February 2025

January 2025

↳ 30 January 2025

↳ 29 January 2025

↳ **28 January 2025**

↳ 24 January 2025

↳ 23 January 2025

↳ 13 January 2025

↳ 08 January 2025

↳ 06 January 2025

December 2024

November 2024

October 2024

September 2024

August 2024

July 2024

June 2024

May 2024

April 2024

March 2024

February 2024

January 2024

December 2023

November 2023

October 2023

September 2023

August 2023

July 2023

Case 2:24-cv-00093-JRG    Document 146-09    Filed 08/04/25    Page 8 of 54 PageID #: 20852



**Product guide**

Kubernetes service

Search guide

Kubernetes Service

Your responsibilities with using IBM Cloud Kubernetes Service

Use cases

Learning paths

**Release notes**

Tutorials

Tutorials library for Kubernetes Service

Setting up your first cluster in your Virtual Private Cloud (VPC)

How to

Planning your cluster environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic in Classic clusters

Controlling network traffic in VPC clusters

Adding static routes to worker nodes

Configuring the cluster DNS provider

Setting up the cluster autoscaler

Logging and monitoring

View as PDF

---

IBM Cloud Kubernetes Service worker node fix packs are available.

Worker node fix packs can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure. Review the following change logs for your cluster version.
Version 1.31 change log
Version 1.30 change log
Version 1.29 change log
Version 1.28 change log

### 11 December 2024

Block Storage for VPC add-on versions `5.1.31_656` and `5.2.26_687`.

For more information, see the add-on change log.

IBM Cloud File Storage for VPC cluster add-on patch updates.

For more information, see the change log.

Storage Operator cluster add-on patch update.

For more information, see the change log.

### 05 December 2024

IBM Cloud Kubernetes Service worker node fix packs are available.

Worker node fix packs can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure. Review the following change logs for your cluster version.
Version 1.31 change log
Version 1.30 change log
Version 1.29 change log
Version 1.28 change log

### 04 December 2024

IBM Cloud Kubernetes Service master fix packs.

Master fix packs are applied automatically over the course of several days. You can choose to use the `ibmcloud ks cluster master_update` command yourself without waiting for the update automation to apply the patch. Review the following change logs for your cluster version.
Version 1.31 change log
Version 1.30 change log
Version 1.29 change log
Version 1.28 change log

### 03 December 2024

Istio add-on patch updates.

For the latest patch information, see the change log. Ingress ALB cluster add-on patch updates.

For more information, see the change log.

## November 2024

### 21 November 2024

IBM Cloud Object Storage plug-in updates.

For more information, see the change log.

### 20 November 2024

Ubuntu 24 is now the default operating system for IBM Cloud Kubernetes Service versions 1.29 and 1.30.

New clusters and worker pools created at version 1.29 and 1.30 now use Ubuntu 24. The operating system for existing worker pools is not impacted. Ubuntu 20 was deprecated on 09 October 2024 and support ends on 31 May 2025. If you are using Ubuntu 20 worker nodes, migrate your worker nodes to Ubuntu 24 before support ends. For more information, see Migrating to a new Ubuntu version.

On this page

May 2025
April 2025
March 2025
February 2025
January 2025
December 2024
↳ 16 December 2024
↳ 11 December 2024
↳ 05 December 2024
↳ 04 December 2024
↳ 03 December 2024
November 2024
October 2024
September 2024
August 2024
July 2024
June 2024
May 2024
April 2024
March 2024
February 2024
January 2024
December 2023
November 2023
October 2023
September 2023
August 2023
July 2023
June 2023
May 2023
April 2023

---

IBM Cloud    Case 2:24-cv-00093-JRG    Document 116-09    Filed 08/04/25    Page 9 of 54 PageID #:
Catalog    Cost Estimator    Help    Cookie Preferences    Log in    Sign up
20353



Product guide

**Kubernetes service**

Search guide

Kubernetes Service

Your responsibilities with
using IBM Cloud
Kubernetes Service

Use cases

Learning paths

**Release notes**

Tutorials

Tutorials library for
Kubernetes Service

Setting up your first cluster
in your Virtual Private
Cloud (VPC)

How to

Planning your cluster
environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and
worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic
in Classic clusters

Controlling network traffic
in VPC clusters

Adding static routes to
worker nodes

Configuring the cluster DNS
provider

Setting up the cluster
autoscaler

Logging and monitoring

View as PDF

---

New clusters and worker pools created at versions 1.29 and 1.30 now use Ubuntu 24. The
operating system for existing worker pools is not impacted. Ubuntu 20 was deprecated on 09
October 2024 and support ends on 31 May 2025. If you are using Ubuntu 20 worker nodes,
migrate your worker nodes to Ubuntu 24 before support ends. For more information, see
Migrating to a new Ubuntu version.

**Block Storage for VPC cluster add-on patch updates.**

For more information, see the change log.

## 19 November 2024

**CLI version** `1.0.674` **is available.**

For more information, see Updating the CLI and the CLI change log.

## 18 November 2024

**IBM Cloud Kubernetes Service worker node fix packs are available.**

Worker node fix packs can be applied by updating or reloading the worker node in classic
infrastructure, or replacing the worker node in VPC infrastructure. Review the following
change logs for your cluster version.
Version 1.31 change log
Version 1.30 change log
Version 1.29 change log
Version 1.28 change log

## 14 November 2024

**Secure by default networking can now be enabled on VPC clusters that were created before
1.30.**

Secure by default networking introduced new security group configurations and behaviors for
new VPC clusters beginning with 1.30. Clusters created at versions 1.29 and earlier did not
get the secure by default security group configurations when updating to 1.30. However, you
can now update your cluster's security group configurations for clusters that were created at
versions 1.29 and earlier. For more information, see Enabling secure by default for clusters
created at 1.29 and earlier.

**CLI version** `1.0.673` **is available.**

For more information, see Updating the CLI and the CLI change log.

## 13 November 2024

**IBM Cloud Kubernetes Service master fix packs.**

Master fix packs are applied automatically over the course of several days. You can choose to
use the `ibmcloud ks cluster master update` command yourself without waiting for
the update automation to apply the patch. Review the following change logs for your cluster
version.
Version 1.31 change log
Version 1.30 change log
Version 1.29 change log
Version 1.28 change log

## 07 November 2024

**New! A new tutorial is available for IBM Cloud Kubernetes Service that covers how to migrate
from a private service endpoint allowlist (PSE) to context based restrictions (CBR).**

Private service endpoint allowlists are deprecated and support ends on 10 February 2025.
Migrate from PSE allowlists to CBR as soon as possible. For more information and migration
steps, see Migrating from a private service endpoint allowlist to context based restrictions
(CBR).

## 05 November 2024

**IBM Cloud Kubernetes Service worker node fix packs are available.**

Worker node fix packs can be applied by updating or reloading the worker node in classic
infrastructure, or replacing the worker node in VPC infrastructure. Review the following
change logs for your cluster version.
Version 1.31 change log
Version 1.30 change log

---

On this page

May 2025
April 2025
March 2025
February 2025
January 2025
December 2024
November 2024
↳ 21 November 2024
↳ 20 November 2024
↳ **19 November 2024**
↳ 18 November 2024
↳ 14 November 2024
↳ 13 November 2024
↳ 07 November 2024
↳ 05 November 2024
October 2024
September 2024
August 2024
July 2024
June 2024
May 2024
April 2024
March 2024
February 2024
January 2024
December 2023
November 2023
October 2023
September 2023
August 2023
July 2023

---

Worker node fix packs can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure. Review the following change logs for your cluster version.

Version 1.31 change log
Version 1.30 change log
Version 1.29 change log
Version 1.28 change log

## October 2024

### 31 October 2024

**ALB OAuth Proxy cluster add-on patch updates.**

For more information, see the change log.

**Version 1.31 is now the default version for IBM Cloud Kubernetes Service.**

For a complete list of available versions, see the version information.

### 30 October 2024

**IBM Cloud Kubernetes Service master fix packs.**

Master fix packs are applied automatically over the course of several days. You can choose to use the `ibmcloud ks cluster master_update` command yourself without waiting for the update automation to apply the patch. Review the following change logs for your cluster version.

Version 1.31 change log
Version 1.30 change log
Version 1.29 change log
Version 1.28 change log

### 21 October 2024

**IBM Cloud Kubernetes Service worker node fix packs are available.**

Worker node fix packs can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure. Review the following change logs for your cluster version.

Version 1.31 change log
Version 1.30 change log
Version 1.29 change log
Version 1.28 change log

### 17 October 2024

Ingress ALB cluster add-on patch updates.

For more information, see the change log.

### 11 October 2024

Istio add-on patch update `1.22.6` has been reverted.

For the latest patch information, see the change log.

### 10 October 2024

Istio add-on patch updates.

For more information, see the change log.

### 09 October 2024

**Ubuntu 20 for IBM Cloud Kubernetes Service clusters is deprecated and support ends on 31 May 2025.**

Migrate your worker nodes to Ubuntu 24 before support ends. Make sure you understand the limitations for Ubuntu 24 before you begin migration. For more information, see Migrating to a new Ubuntu version.

**IBM Cloud Kubernetes Service worker node fix packs.**

Worker node fix packs can be applied by updating or reloading the worker node in classic

### Sidebar

Product guide
Kubernetes service

Search guide

Kubernetes Service
Your responsibilities with using IBM Cloud Kubernetes Service
Use cases
Learning paths
**Release notes**

Tutorials
Tutorials library for Kubernetes Service
Setting up your first cluster in your Virtual Private Cloud (VPC)

How to
Planning your cluster environment
Preparing your account
Installing the CLI
Setting up the API
Creating clusters
Accessing clusters
Adding worker nodes
Managing the cluster and worker node lifecycle
Setting up encryption
Enhancing security
Managing access control
Securing cluster workloads
Controlling network traffic in Classic clusters
Controlling network traffic in VPC clusters
Adding static routes to worker nodes
Configuring the cluster DNS provider
Setting up the cluster autoscaler
Logging and monitoring

View as PDF

On this page

May 2025
April 2025
March 2025
February 2025
January 2025
December 2024
November 2024
**October 2024**
↳ 31 October 2024
↳ 30 October 2024
↳ 21 October 2024
↳ 17 October 2024
↳ 11 October 2024
↳ 10 October 2024
↳ 09 October 2024
↳ 07 October 2024
↳ 03 October 2024
↳ 01 October 2024
September 2024
August 2024
July 2024
June 2024
May 2024
April 2024
March 2024
February 2024
January 2024
December 2023
November 2023
October 2023
September 2023



Migrate your worker nodes to Ubuntu 24 before it ends. Make sure you understand the limitations for Ubuntu 24 before you begin migration. For more information, see Migrating to a new Ubuntu version.

### IBM Cloud Kubernetes Service worker node fix packs.

Worker node fix packs can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure. Review the following change logs for your cluster version.

Version 1.31 change log
Version 1.30 change log
Version 1.29 change log
Version 1.28 change log

## 07 October 2024

**New! The** `gx3d.160x1792.8h100` **worker node flavor with H100 GPU support is available for VPC clusters.**

For a list of available flavors, see VPC flavors.

## 03 October 2024

**Block Storage for VPC cluster add-on patch updates.**

For more information, see the change log.

**IBM Cloud File Storage for VPC cluster add-on patch updates.**

For more information, see the change log.

**Storage Operator cluster add-on patch update.**

For more information, see the change log.

**Static route add-on version patch update.**

For more information, see the change log.

## 01 October 2024

**New! The IBM Cloud Object Storage cluster add-on is available in Beta for allowlisted accounts.**

For more information, see the Installing the IBM Cloud Object Storage cluster add-on.

# September 2024

## 26 September 2024

**IBM Cloud Object Storage plug-in updates.**

For more information, see the change log.

## 25 September 2024

**IBM Cloud Kubernetes Service master fix packs.**

Master fix packs are applied automatically over the course of several days. You can choose to use the `ibmcloud ks cluster master_update` command yourself without waiting for the update automation to apply the patch. Review the following change logs for your cluster version.

Version 1.31 change log
Version 1.30 change log
Version 1.29 change log
Version 1.28 change log

## 24 September 2024

**Ubuntu 24 is now available for IBM Cloud Kubernetes Service clusters.**

You can now create IBM Cloud Kubernetes Service clusters that have Ubuntu 24 worker nodes. To migrate existing Ubuntu 20 workers to Ubuntu 24, see Migrating to a new Ubuntu version. To review operating system support by cluster version, see IBM Cloud Kubernetes Service version information. To review a list of worker node flavors with Ubuntu 24 support, see VPC flavors or Classic flavors.

**IBM Cloud Object Storage plug-in updates.**

For more information, see the change log.

On this page

May 2025

April 2025

March 2025

February 2025

January 2025

December 2024

November 2024

**October 2024**

↳ 31 October 2024

↳ 30 October 2024

↳ 21 October 2024

↳ 17 October 2024

↳ 11 October 2024

↳ 10 October 2024

↳ 09 October 2024

↳ 07 October 2024

↳ 03 October 2024

↳ 01 October 2024

September 2024

August 2024

July 2024

June 2024

May 2024

April 2024

March 2024

February 2024

January 2024

December 2023

November 2023

October 2023

September 2023



version. To review operating system support in each version, see IBM Cloud Kubernetes Service version information. To review a list of worker node flavors with Ubuntu 24 support, see VPC flavors or Classic flavors.

**IBM Cloud Object Storage plug-in updates.**

For more information, see the change log.

## 23 September 2024

Ingress ALB cluster add-on patch updates.

For more information, see the change log.

**IBM Cloud Kubernetes Service worker node fix packs.**

Worker node fix packs can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure. Review the following change logs for your cluster version.

Version 1.31 change log
Version 1.30 change log
Version 1.29 change log
Version 1.28 change log

## 20 September 2024

**IBM Cloud Kubernetes Service version 1.31 Kubernetes certification**

IBM Cloud Kubernetes Service version 1.31 is now Kubernetes certified.

**Istio add-on version `1.23.1` is available.**

For more information, see the change log.

## 18 September 2024

**IBM Cloud Kubernetes Service CLI plug-in version `1.0.665` is available.**

For more information, see Updating the CLI and the CLI change log.

**New! IBM Cloud Kubernetes Service version 1.31.**

You can now create or update clusters to Kubernetes version 1.31. With Kubernetes 1.31, you get the latest stable enhancements from the Kubernetes community as well as enhancements to the IBM Cloud product.

**IBM Cloud Kubernetes Service version 1.28 is deprecated.**

Support for 1.28 ends on 31 May 2025. Update your cluster to at least version 1.29 as soon as possible.

**IBM Cloud Kubernetes Service version 1.27 is unsupported.**

Update your cluster to at least version 1.28 as soon as possible.

**Istio add-on version `1.22.4` is available.**

For more information, see the change log.

## 16 September 2024

**New! The IBM Cloud® and Compliance Center Workload Protection Integration is available for VPC clusters in the UI.**

For more information, see the list of Observability Integrations in Creating a VPC cluster in the console.

## 12 September 2024

Ingress ALB patch updates.

For more information, see the change log.

## 10 September 2024

**CLI version `1.0.657` is available.**

For more information, see Updating the CLI and the CLI change log.

**IBM Cloud Kubernetes Service worker node fix packs.**

Worker node fix packs can be applied by updating or reloading the worker node in classic

On this page

May 2025
April 2025
March 2025
February 2025
January 2025
December 2024
November 2024
October 2024
September 2024
↳ 26 September 2024
↳ 25 September 2024
↳ 24 September 2024
↳ **23 September 2024**
↳ 20 September 2024
↳ 18 September 2024
↳ 16 September 2024
↳ 12 September 2024
↳ 10 September 2024
August 2024
July 2024
June 2024
May 2024
April 2024
March 2024
February 2024
January 2024
December 2023
November 2023
October 2023
September 2023
August 2023

Product guide
**Kubernetes service**

Search guide

Kubernetes Service
Your responsibilities with using IBM Cloud Kubernetes Service
Use cases
Learning paths
**Release notes**

Tutorials
Tutorials library for Kubernetes Service
Setting up your first cluster in your Virtual Private Cloud (VPC)

How to
Planning your cluster environment
Preparing your account
Installing the CLI
Setting up the API
Creating clusters
Accessing clusters
Adding worker nodes
Managing the cluster and worker node lifecycle
Setting up encryption
Enhancing security
Managing access control
Securing cluster workloads
Controlling network traffic in Classic clusters
Controlling network traffic in VPC clusters
Adding static routes to worker nodes
Configuring the cluster DNS provider
Setting up the cluster autoscaler
Logging and monitoring

View as PDF



Product guide
**Kubernetes service**

Search guide

Kubernetes Service

Your responsibilities with
using IBM Cloud
Kubernetes Service

Use cases

Learning paths

**Release notes**

Tutorials

Tutorials library for
Kubernetes Service

Setting up your first cluster
in your Virtual Private
Cloud (VPC)

How to

Planning your cluster
environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and
worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic
in Classic clusters

Controlling network traffic
in VPC clusters

Adding static routes to
worker nodes

Configuring the cluster DNS
provider

Setting up the cluster
autoscaler

Logging and monitoring

View as PDF

---

CLI version `1.0.657` is available.

For more information, see Updating the CLI and the CLI change log.

IBM Cloud Kubernetes Service worker node fix packs.

Worker node fix packs can be applied by updating or reloading the worker node in classic
infrastructure, or replacing the worker node in VPC infrastructure. Review the following
change logs for your cluster version.
Version 1.30 change log
Version 1.29 change log
Version 1.28 change log
Version 1.27 change log

## August 2024

### 29 August 2024

IBM Cloud Object Storage plug-in updates.

For more information, see the change log.

### 28 August 2024

IBM Cloud Kubernetes Service master fix packs.

Master fix packs are applied automatically over the course of several days. You can choose to
use the `ibmcloud_ks_cluster_master_update` command yourself without waiting for
the update automation to apply the patch. Review the following change logs for your cluster
version.
Version 1.30 change log
Version 1.29 change log
Version 1.28 change log
Version 1.27 change log

### 27 August 2024

Ingress ALB cluster add-on patch updates.

For more information, see the change log.

### 26 August 2024

IBM Cloud File Storage for VPC cluster add-on patch updates.

For more information, see the change log.

Storage Operator cluster add-on patch update.

For more information, see the change log.

IBM Cloud Kubernetes Service worker node fix packs.

Worker node fix packs can be applied by updating or reloading the worker node in classic
infrastructure, or replacing the worker node in VPC infrastructure. Review the following
change logs for your cluster version.
Version 1.30 change log
Version 1.29 change log
Version 1.28 change log
Version 1.27 change log

### 23 August 2024

CLI version `1.0.652` is available.

For more information, see Updating the CLI and the CLI change log.

### 22 August 2024

New audit events for cluster operations

The `containers-kubernetes.cluster-master.changed` and `containers-
kubernetes.cluster-ssl-certificate.update` audit events are available.

### 20 August 2024

Istio add-on versions `1.22.3`, `1.21.5`, and `1.20.8` are available.

---

On this page

May 2025

April 2025

March 2025

February 2025

January 2025

December 2024

November 2024

October 2024

September 2024

↳ 26 September 2024

↳ 25 September 2024

↳ 24 September 2024

↳ 23 September 2024

↳ 20 September 2024

↳ 18 September 2024

↳ 16 September 2024

↳ 12 September 2024

↳ **10 September 2024**

August 2024

July 2024

June 2024

May 2024

April 2024

March 2024

February 2024

January 2024

December 2023

November 2023

October 2023

September 2023

August 2023





For more information, see the change log.

**Cluster autoscaler add-on patch updates for IBM Cloud Kubernetes Service.**

For more information, see Cluster autoscaler add-on change log.

### 12 July 2024

IBM Cloud Kubernetes Service CLI version `1.0.638` is available.

For more information, see Updating the CLI and the CLI change log.

### 11 July 2024

Ingress ALB updates are available for IBM Cloud Kubernetes Service.

For more information, see the change log.

### 10 July 2024

IBM Cloud Kubernetes Service CLI version `1.0.635` is available.

For more information, see Updating the CLI and the CLI change log.

### 9 July 2024

IBM Cloud Kubernetes Service CLI version `1.0.632` is available.

For more information, see Updating the CLI and the CLI change log.

**IBM Cloud Kubernetes Service worker node fix packs.**

Worker node fix packs can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure. Review the following change logs for your cluster version.

1.30
1.29
1.28
1.27

### 3 July 2024

IBM Cloud File Storage for VPC add-on version 2.0 is available in Beta.

For more information, see the change log.

## June 2024

### 24 June 2024

Version 1.30 is the default version for IBM Cloud Kubernetes Service.

For a complete list of available versions, see version information.

**Ubuntu 24 in Beta**

Ubuntu 24 is available in Beta. Limitations apply. For more information, see Ubuntu 24 limitations.

**Storage optimized flavors for IBM Cloud Kubernetes Service VPC clusters**

New storage optimized `ox2` flavors are available. For more information, see the VPC flavors.

IBM Cloud Kubernetes Service CLI version `1.0.630` is available.

For more information, see Updating the CLI and the CLI change log.

### 21 June 2024

**Cluster autoscaler add-on patch updates for IBM Cloud Kubernetes Service.**

For more information, see Cluster autoscaler add-on change log.

**Block Storage for VPC add-on patch updates.**

For more information, see the change log.

**IBM Cloud File Storage for VPC add-on patch updates.**

For more information, see the change log.

On this page

May 2025
April 2025
March 2025
February 2025
January 2025
December 2024
November 2024
October 2024
September 2024
August 2024
July 2024
↳ 31 July 2024
↳ 29 July 2024
↳ 17 July 2024
↳ 15 July 2024
↳ 12 July 2024
↳ **11 July 2024**
↳ 10 July 2024
↳ 9 July 2024
↳ 3 July 2024
June 2024
May 2024
April 2024
March 2024
February 2024
January 2024
December 2023
November 2023
October 2023
September 2023
August 2023



For more information, see the change log.

**IBM Cloud File Storage for VPC add-on patch updates.**

For more information, see the change log.

## 20 June 2024

Cluster autoscaler add-on patch update for IBM Cloud Kubernetes Service.

For more information, see Cluster autoscaler add-on change log.

Ingress ALB updates are available for IBM Cloud Kubernetes Service.

For more information, see the change log.

Istio add-on versions `1.22.1` is available.

For more information, see the change log.

## 19 June 2024

IBM Cloud Kubernetes Service master and worker node fix packs.

Master fix packs are applied automatically over the course of several days. You can choose to use the `ibmcloud ks cluster master update` command instead without waiting for the update automation to apply the patch. Worker node fix packs can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure. Review the following change logs for your cluster version.

1.30
1.29
1.28
1.27

Istio add-on versions `1.21.3` and `1.20.7` are available.

For more information, see the change log.

## 17 June 2024

IBM Cloud Kubernetes Service CLI version `1.0.628` is available.

For more information, see Updating the CLI and the CLI change log.

## 5 June 2024

IBM Cloud Object Storage plug-in version `2.2.26`.

For more information, see the change log.

## 4 June 2024

IBM Cloud Kubernetes Service worker node fix packs.

Worker node fix packs can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure. Review the following change logs for your cluster version.

1.30
1.29
1.28
1.27

ALB OAuth Proxy add-on patch updates.

For more information, see the change log.

## 3 June 2024

IBM Cloud Kubernetes Service version 1.26 is no longer supported.

Update your cluster to at least version 1.27 as soon as possible.

## May 2024

## 30 May 2024

Ingress ALB updates are available for IBM Cloud Kubernetes Service.

On this page

May 2025
April 2025
March 2025
February 2025
January 2025
December 2024
November 2024
October 2024
September 2024
August 2024
July 2024
June 2024
↳ 24 June 2024
↳ 21 June 2024
↳ 20 June 2024
↳ 19 June 2024
↳ 17 June 2024
↳ 5 June 2024
↳ 4 June 2024
↳ 3 June 2024
May 2024
April 2024
March 2024
February 2024
January 2024
December 2023
November 2023
October 2023
September 2023
August 2023
July 2023



Product guide
**Kubernetes service**

Search guide

Kubernetes service

Your responsibilities with
using IBM Cloud
Kubernetes Service

Use cases ⌄

Learning paths ⌄

**Release notes**

Tutorials ⌃

Tutorials library for
Kubernetes Service

Setting up your first cluster
in your Virtual Private
Cloud (VPC)

How to ⌃

Planning your cluster
environment ⌄

Preparing your account ⌄

Installing the CLI ⌄

Setting up the API

Creating clusters ⌄

Accessing clusters ⌄

Adding worker nodes ⌄

Managing the cluster and
worker node lifecycle ⌄

Setting up encryption ⌄

Enhancing security ⌄

Managing access control ⌄

Securing cluster workloads ⌄

Controlling network traffic
in Classic clusters ⌄

Controlling network traffic
in VPC clusters ⌄

Adding static routes to
worker nodes

Configuring the cluster DNS
provider

Setting up the cluster
autoscaler ⌄

Logging and monitoring ⌄

View as PDF

**May 2024**

**30 May 2024**

Ingress ALB updates are available for IBM Cloud Kubernetes Service.

Version 1.6.4 is no longer supported. For more information, see the change log.

**29 May 2024**

New! IBM Cloud Kubernetes Service version 1.30.

You can now create or update clusters to Kubernetes version 1.30. With Kubernetes 1.30,
you get the latest stable enhancements from the Kubernetes community as well as
enhancements to the IBM Cloud product.

**IBM Cloud Kubernetes Service version 1.30 Kubernetes certification**

IBM Cloud Kubernetes Service version 1.30 is now Kubernetes certified.

**Important networking changes for IBM Cloud Kubernetes Service VPC clusters created at
version 1.30.**

For more information, see the 130 version information and Understanding Secure by Default
Cluster VPC Networking.

**Important changes to the default cluster provisioning behavior for new VPC clusters beginning
with version 1.30.**

Beginning with version 1.30, there is a new option available at cluster creation time via the
UI, CLI, API, and Terraform. This new option manages outbound traffic protection for the
cluster. The default behavior is to have outbound traffic protection enabled, which means
new version 1.30 VPC clusters won't have access to the public internet by default. If your
cluster needs access to the public internet, you must specifically include the option (from the
UI, CLI, API, and Terraform) to disable outbound traffic protection. Note that you can also
disable outbound traffic protection after your cluster is created. You can also selectively
allow outbound traffic as needed after your cluster is created. If you provision clusters via
automation, make sure to adjust your automation accordingly.
For more information, see the 1.30 version information, Understanding Secure by Default
Cluster VPC Networking, and Managing outbound traffic protection in VPC clusters.

**Managing outbound traffic protection in new version 1.30 VPC clusters.**

With the introduction of Secure by Default Cluster VPC networking in version 1.30 and later
clusters, there are several scenarios where you might need to adjust the security group
settings for your clusters to allow outbound traffic to certain resources. For more information,
see Managing outbound traffic protection in VPC clusters.

**IBM Cloud Kubernetes Service version 1.27 is deprecated.**

Support for 1.27 ends on 18 September 2024. Update your cluster to at least version 1.28 as
soon as possible.

**IBM Cloud Kubernetes Service master fix packs.**

Master fix packs are applied automatically over the course of several days. You can choose to
use the `ibmcloud ks cluster master update` command yourself without waiting for
the update automation to apply the patch. Worker node fix packs can be applied by updating
or reloading the worker node in classic infrastructure, or replacing the worker node in VPC
infrastructure. Review the following change logs for your cluster version.
1.29
1.28
1.27

**23 May 2024**

**IBM Cloud Kubernetes Service worker node fix packs.**

Worker node fix packs can be applied by updating or reloading the worker node in classic
infrastructure, or replacing the worker node in VPC infrastructure. Review the following
change logs for your cluster version.
1.29
1.28
1.27
1.26

**10 May 2024**

On this page

May 2025

April 2025

March 2025

February 2025

January 2025

December 2024

November 2024

October 2024

September 2024

August 2024

July 2024

June 2024

**May 2024**

↳ 30 May 2024

↳ 29 May 2024

↳ 23 May 2024

↳ 10 May 2024

↳ 08 May 2024

↳ 07 May 2024

↳ 05 May 2024

↳ 02 May 2024

April 2024

March 2024

February 2024

January 2024

December 2023

November 2023

October 2023

September 2023

August 2023

July 2023



1.28
1.27
1.26

## 10 May 2024

**Block Storage for VPC add-on patch update.**

For more information, see the change log.

**IBM Cloud File Storage for VPC add-on patch update.**

For more information, see the change log.

**Istio add-on version `1.19` is no longer supported.**

Update the add-on in your clusters to a supported version. For more information, see the Updating the Istio add-on and the change log.

## 08 May 2024

**Istio add-on versions `1.21.2` and `1.20.6` are available.**

For more information, see the change log.

**ALB OAuth Proxy add-on patch updates.**

For more information, see the change log.

## 07 May 2024

**IBM Cloud Kubernetes Service worker node fix packs.**

Worker node fix packs can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure. Review the following change logs for your cluster version.

1.29
1.28
1.27
1.26

## 05 May 2024

**IBM Cloud Kubernetes Service cluster autoscaler add-on patch updates.**

For more information, see the change log.

## 02 May 2024

**IBM Cloud Kubernetes Service CLI version `1.0.618` is available.**

For more information, see Updating the CLI and the CLI change log.

## April 2024

### 29 April 2024

Ingress ConfigMap update

For more information, see the change log.

### 24 April 2024

**IBM Cloud Kubernetes Service master and worker node fix packs.**

Master fix packs are applied automatically over the course of several days. You can choose to use the `ibmcloud ks cluster master_update` command yourself without waiting for the update automation to apply the patch. Worker node fix packs can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure. Review the following change logs for your cluster version.

1.29
1.28
1.27
1.26

**Istio add-on versions `1.21.1`, `1.20.5`, and `1.19.9` are available.**

For more information, see the change log.

**On this page**

May 2025
April 2025
March 2025
February 2025
January 2025
December 2024
November 2024
October 2024
September 2024
August 2024
July 2024
June 2024
May 2024
↳ 30 May 2024
↳ 29 May 2024
↳ 23 May 2024
↳ **10 May 2024**
↳ 08 May 2024
↳ 07 May 2024
↳ 05 May 2024
↳ 02 May 2024
April 2024
March 2024
February 2024
January 2024
December 2023
November 2023
October 2023
September 2023
August 2023
July 2023



Istio add-on versions `1.21.1`, `1.20.5`, and `1.19.9` are available.

For more information, see the change log.

IBM Cloud Object Storage plug-in version `2.2.25`.

For more information, see the change log.

IBM Cloud Kubernetes Service CLI version `1.0.617` is available.

For more information, see Updating the CLI and the CLI change log.

## 18 April 2024

IBM Cloud Kubernetes Service CLI version `1.0.613` is available.

For more information, see Updating the CLI and the CLI change log.

## 09 April 2024

Worker node fix packs are available for IBM Cloud Kubernetes Service.

> Worker node updates can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure. Review the following change logs for your cluster version.
> 1.29
> 1.28
> 1.27
> 1.26

## 03 April 2024

Istio add-on patch updates.

For more information, see the change log.

ALB OAuth Proxy add-on patch updates.

For more information, see the change log.

IBM Cloud Kubernetes Service cluster autoscaler add-on patch updates.

For more information, see the change log.

Version 1.0.9 of the cluster autoscaler add-on is deprecated with an end of support date of 30 April 2024.

> Update to a supported version of the add-on before 30 April 2024.

## March 2024

### 27 March 2024

Master patch updates for IBM Cloud Kubernetes Service clusters. Master patches are applied automatically over the course of several days. You can choose to use the `ibmcloud ks cluster master_update` command yourself without waiting for the update automation to apply the patch. Review the change logs for your cluster version.

> 1.29
> 1.28
> 1.27
> 1.26

### 25 March 2024

Worker node fix packs are available for IBM Cloud Kubernetes Service.

> Worker node updates can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure. Review the following change logs for your cluster version.
> 1.29
> 1.28
> 1.27
> 1.26

New! NVIDIA L40 GPU support. You can now create VPC clusters with worker nodes which have

**On this page**

May 2025
April 2025
March 2025
February 2025
January 2025
December 2024
November 2024
October 2024
September 2024
August 2024
July 2024
June 2024
May 2024
↳ 30 May 2024
↳ 29 May 2024
↳ 23 May 2024
↳ **10 May 2024**
↳ 08 May 2024
↳ 07 May 2024
↳ 05 May 2024
↳ 02 May 2024
April 2024
March 2024
February 2024
January 2024
December 2023
November 2023
October 2023
September 2023
August 2023
July 2023

Product guide
**Kubernetes service**

Search guide

Kubernetes Service

Your responsibilities with using IBM Cloud Kubernetes Service

Use cases
Learning paths
**Release notes**

Tutorials
Tutorials library for Kubernetes Service
Setting up your first cluster in your Virtual Private Cloud (VPC)

How to
Planning your cluster environment
Preparing your account
Installing the CLI
Setting up the API
Creating clusters
Accessing clusters
Adding worker nodes
Managing the cluster and worker node lifecycle
Setting up encryption
Enhancing security
Managing access control
Securing cluster workloads
Controlling network traffic in Classic clusters
Controlling network traffic in VPC clusters
Adding static routes to worker nodes
Configuring the cluster DNS provider
Setting up the cluster autoscaler
Logging and monitoring

View as PDF



Product guide
**Kubernetes service**

Kubernetes Service

Your responsibilities with using IBM Cloud Kubernetes Service

Use cases

Learning paths

**Release notes**

Tutorials

Tutorials library for Kubernetes Service

Setting up your first cluster in your Virtual Private Cloud (VPC)

How to

Planning your cluster environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic in Classic clusters

Controlling network traffic in VPC clusters

Adding static routes to worker nodes

Configuring the cluster DNS provider

Setting up the cluster autoscaler

Logging and monitoring

View as PDF

---

change logs for your cluster version.

1.29
1.28
1.27
1.26

**New! NVIDIA L40 GPU support.** You can now create VPC clusters with worker nodes which have NVIDIA L40 GPUs.

L40 GPU support is available in IBM Cloud Kubernetes Service clusters at version 1.28 or later with `gx3` worker nodes.

When you provision a version 1.28 or later VPC cluster with `gx3` worker nodes, or add a `gx3` worker pool to an existing 1.28 or later VPC cluster, the GPU drivers are automatically installed and you can get started right away. For more information, see Deploying an app on a GPU machine.

## 18 March 2024

Ingress ALB updates are available for IBM Cloud Kubernetes Service.

For more information, see the change log.

## 15 March 2024

Worker node fix packs are available for IBM Cloud Kubernetes Service.

Worker node updates can be applied by updating or reloading the worker node in classic infrastructure, or by replacing the worker node in VPC infrastructure. Review the following change logs for your cluster version.

1.29
1.28
1.27
1.26

Version 1.29 is the default version for IBM Cloud Kubernetes Service.

For a complete list of available versions, see version information.

## 08 March 2024

Block Storage for VPC add-on patch updates.

For more information, see the change log.

IBM Cloud File Storage for VPC add-on patch update.

For more information, see the change log.

## 06 March 2024

Istio add-on versions `1.20.3` and `1.19.7` are available.

For more information, see the change log.

CLI version `1.0.601` is available.

For more information, see Updating the CLI and the CLI change log.

# February 2024

## 28 February 2024

IBM Cloud Kubernetes Service cluster autoscaler version 1.2.1 is available.

Version 1.2.1 of the autoscaler adds support for cluster version 1.29. For more information, see the change log.

Master patch updates for IBM Cloud Kubernetes Service clusters. Master patches are applied automatically over the course of several days. You can choose to use the `ibmcloud_ks cluster_master_update` command yourself without waiting for the update automation to apply the patch. Review the change logs for your cluster version.

1.29
1.28
1.27
1.26

## 27 February 2024

---

On this page

May 2025
April 2025
March 2025
February 2025
January 2025
December 2024
November 2024
October 2024
September 2024
August 2024
July 2024
June 2024
May 2024
↳ 30 May 2024
↳ 29 May 2024
↳ 23 May 2024
↳ **10 May 2024**
↳ 08 May 2024
↳ 07 May 2024
↳ 05 May 2024
↳ 02 May 2024
April 2024
March 2024
February 2024
January 2024
December 2023
November 2023
October 2023
September 2023
August 2023
July 2023



IBM Cloud   Catalog   Cost Estimator   Help   Cookie Preferences   Log in   Sign up

Product guide
**Kubernetes service**

Search guide

Kubernetes service

Your responsibilities with
using IBM Cloud
Kubernetes Service

Use cases

Learning paths

**Release notes**

Tutorials

Tutorials library for
Kubernetes Service

Setting up your first cluster
in your Virtual Private
Cloud (VPC)

How to

Planning your cluster
environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and
worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic
in Classic clusters

Controlling network traffic
in VPC clusters

Adding static routes to
worker nodes

Configuring the cluster DNS
provider

Setting up the cluster
autoscaler

Logging and monitoring

View as PDF

1.29
1.28
1.27
1.26

## 27 February 2024

Worker node fix packs are available for IBM Cloud Kubernetes Service.

Worker node updates can be applied by updating or reloading the worker node in classic
infrastructure, or replacing the worker node in VPC infrastructure.
Review the following change logs for your cluster version.

- 1.29.2_1529
- 1.28.7_1547
- 1.27.11_1567
- 1.26.14_1576

CLI version `1.0.597` is available.

For more information, see Updating the CLI and the CLI change log.

## 26 February 2024

**New! NVIDIA L4 GPU support.** You can now create VPC clusters with worker nodes which have
NVIDIA L4 GPUs.

L4 GPU support is available in IBM Cloud Kubernetes Service clusters at version `1.28` or later
with `gx3` worker nodes.
When you provision a version `1.28` or later VPC cluster with `gx3` worker nodes, or add a
`gx3` worker pool to an existing `1.28` or later VPC cluster, the GPU drivers are automatically
installed and you can get started right away. For more information, see Deploying an app on a
GPU machine.

**Ingress ALB patch updates** `1.9.4_6376_iks`, `1.8.4_6375_iks`, and `1.6.4_6374_iks` for IBM
Cloud Kubernetes Service.

For more information, see the change log.

**New worker node flavors are available with L4 GPUs.**

The following worker node flavors with L4 GPUs are now available. For more information, see
VPC flavors.

- `gx3.16x80x1l4` : 1 GPU, 16 cores, 80 GB memory, 100GB storage, 32 Gbps network
  speed.
- `gx3.32x160x2l4` : 2 GPU, 32 cores, 160 GB, memory, 100GB storage, 32 Gbps network
  speed
- `gx3.64x320x4l4` : 4 GPU, 64 cores, 320 GB memory, 100GB storage, 32 Gbps network
  speed

## 22 February 2024

IBM Cloud Object Storage plug-in version `2.2.24` .

For more information, see the change log.

## 21 February 2024

**Kubernetes version 1.29 certification**

Version 1.29 release is now certified.

IBM Cloud Kubernetes Service cluster autoscaler add-on patch updates `1.9.9_377` and
`1.2.0_365` .

For more information, see the change log.

## 19 February 2024

Ingress ALB versions `1.9.4_6369_iks` and `1.8.4_6363_iks` are available for IBM Cloud
Kubernetes Service.

For more information, see the change log.

## 16 February 2024

On this page

May 2025
April 2025
March 2025
February 2025
January 2025
December 2024
November 2024
October 2024
September 2024
August 2024
July 2024
June 2024
May 2024
April 2024
March 2024
February 2024
  ↳ 28 February 2024
  ↳ 27 February 2024
  ↳ 26 February 2024
  ↳ 22 February 2024
  ↳ 21 February 2024
  ↳ 19 February 2024
  ↳ 16 February 2024
  ↳ 14 February 2024
  ↳ 13 February 2024
  ↳ 08 February 2024
  ↳ 07 February 2024
  ↳ 05 February 2024
  ↳ 01 February 2024
January 2024
December 2023

**Product guide**

**Kubernetes service**

Kubernetes service

Your responsibilities with using IBM Cloud Kubernetes Service

Use cases

Learning paths

**Release notes**

**Tutorials**

Tutorials library for Kubernetes Service

Setting up your first cluster in your Virtual Private Cloud (VPC)

**How to**

Planning your cluster environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic in Classic clusters

Controlling network traffic in VPC clusters

Adding static routes to worker nodes

Configuring the cluster DNS provider

Setting up the cluster autoscaler

Logging and monitoring

View as PDF



Kubernetes Service.

For more information, see the change log.

### 16 February 2024

**IBM Cloud Kubernetes Service cluster autoscaler add-on patch update** `1.1.0_362`.

For more information, see the change log.

### 14 February 2024

**New! IBM Cloud Kubernetes Service version 1.29.**

You can create or update clusters to Kubernetes version 1.29. With Kubernetes 1.29, you get the latest stable enhancements from the Kubernetes community as well as enhancements to the IBM Cloud product.

**Master fix pack** `1.29.1_1524` and worker node fix pack `1.29.1_1525`.

For more information, see the 1.29 change log.

Starting with IBM Cloud Kubernetes Service version 1.29, Calico components run in the `calico-system` namespace and the Tigera operator components run in the `tigera-operator` namespace.

For more information, see 1.29 version information and update actions.

**IBM Cloud Kubernetes Service version 1.26 is deprecated.**

Update your cluster to at least version 1.27 as soon as possible.

### 13 February 2024

**Worker node fix packs are available for IBM Cloud Kubernetes Service.**

Worker node updates can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure. Review the following change logs for your cluster version.

- 1.28.6_1544
- 1.27.10_1563
- 1.26.13_1571

**Ingress ALB versions** `1.9.4_6346_1ks`, `1.8.4_6345_1ks`, `1.6.4_6344_1ks` are available for IBM Cloud Kubernetes Service.

For more information, see the change log.

### 08 February 2024

**CLI version** `1.0.895` is available.

For more information, see Updating the CLI and the CLI change log.

**Block Storage for VPC add-on versions** `5.2.15_501` and `5.1.21_506` are available.

For more information, see the change log.

**IBM Cloud File Storage for VPC add-on version** `1.2.6_130` is available.

For more information, see the change log.

### 07 February 2024

**Istio add-on versions** `1.20.2`, `1.19.6`, and `1.18.7` are available.

For more information, see the change log.

### 05 February 2024

**Ingress ALB updates**

Ingress ALB versions `1.9.4_6292_1ks`, `1.8.4_6291_1ks`, `1.6.4_6293_1ks` are available. 1.9.4 is the default version for all ALBs that run the Kubernetes Ingress image. If you have Ingress auto update enabled, your ALBs automatically update to use this image. For more information, see the change log.

### 01 February 2024

On this page

May 2025
April 2025
March 2025
February 2025
January 2025
December 2024
November 2024
October 2024
September 2024
August 2024
July 2024
June 2024
May 2024
April 2024
March 2024
February 2024
↳ 28 February 2024
↳ 27 February 2024
↳ 26 February 2024
↳ 22 February 2024
↳ 21 February 2024
↳ 19 February 2024
↳ 16 February 2024
↳ 14 February 2024
↳ 13 February 2024
↳ 08 February 2024
↳ 07 February 2024
↳ 05 February 2024
↳ 01 February 2024
January 2024
December 2023

Catalog   Cost Estimator   Help   Cookie Preferences   Log in   Sign up

Product guide

**Kubernetes service**

Search guide

Kubernetes Service

Your responsibilities with using IBM Cloud Kubernetes Service

Use cases

Learning paths

**Release notes**

Tutorials

Tutorials library for Kubernetes Service

Setting up your first cluster in your Virtual Private Cloud (VPC)

How to

Planning your cluster environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic in Classic clusters

Controlling network traffic in VPC clusters

Adding static routes to worker nodes

Configuring the cluster DNS provider

Setting up the cluster autoscaler

Logging and monitoring

View as PDF



1.9.4 is the default version for all ALBs that run the Kubernetes Ingress image. If you have Ingress auto update enabled, your ALBs automatically update to use this image. For more information, see the change log.

### 01 February 2024

**Master fix packs are available for IBM Cloud Kubernetes Service**

Review the change logs for your cluster version. Master patch updates are applied automatically.

1.28.6_1542
1.27.10_1561
1.26.13_1569

**IBM Cloud Kubernetes Service version 1.25 is no longer supported.**

Update your 1.25 clusters to at least version 1.26. For more information, see 1.26 version information and update actions.

**IBM Cloud Kubernetes Service cluster autoscaler add-on patch update** `1.0.8_346` .

For more information, see the change log.

## January 2024

### 30 January 2024

**Worker node fix packs are available.**

Worker node updates can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure. Review the following change logs for your cluster version.

- 1.28.6_1543
- 1.27.10_1562
- 1.26.13_1570

### 29 January 2024

**IBM Cloud Object Storage plug-in version** `2.2.23` .

For more information, see the change log.

### 22 January 2024

**Ingress ALB updates**

Ingress ALB versions `1.9.4_6251_iks` , `1.8.4_6245_iks` , `1.6.4_6290_iks` are available. 1.9.4 is the default version for all ALBs that run the Kubernetes Ingress image. If you have Ingress auto update enabled, your ALBs automatically update to use this image. For more information, see the change log.

### 19 January 2024

**CLI version** `1.0.580` is available.

For more information, see Updating the CLI and the CLI change log.

### 17 January 2024

**Worker node fix packs are available.**

Worker node updates can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure. Review the following change logs for your cluster version.

- 1.28.4_1541
- 1.27.8_1560
- 1.26.11_1568
- 1.25.16_1573

### 16 January 2024

**Cluster autoscaler add-on patch updates** `1.2.0_322` and `1.0.9_328` .

For more information, see the change log.

On this page

May 2025

April 2025

March 2025

February 2025

January 2025

December 2024

November 2024

October 2024

September 2024

August 2024

July 2024

June 2024

May 2024

April 2024

March 2024

February 2024

↳ 28 February 2024

↳ 27 February 2024

↳ 26 February 2024

↳ 22 February 2024

↳ 21 February 2024

↳ 19 February 2024

↳ 16 February 2024

↳ 14 February 2024

↳ 13 February 2024

↳ 08 February 2024

↳ 07 February 2024

↳ 05 February 2024

↳ 01 February 2024

January 2024

December 2023



**Product guide**

**Kubernetes service**

Search guide 🔍

Kubernetes Service

Your responsibilities with using IBM Cloud Kubernetes Service

Use cases ⌄

Learning paths ⌄

**Release notes**

📖 Tutorials ⌃

Tutorials library for Kubernetes Service ↗

Setting up your first cluster in your Virtual Private Cloud (VPC)

📖 How to ⌃

Planning your cluster environment ⌄

Preparing your account ⌄

Installing the CLI ⌄

Setting up the API

Creating clusters

Accessing clusters ⌄

Adding worker nodes ⌄

Managing the cluster and worker node lifecycle ⌄

Setting up encryption ⌄

Enhancing security ⌄

Managing access control ⌄

Securing cluster workloads ⌄

Controlling network traffic in Classic clusters ⌄

Controlling network traffic in VPC clusters ⌄

Adding static routes to worker nodes

Configuring the cluster DNS provider

Setting up the cluster autoscaler ⌄

Logging and monitoring ⌄

📄 View as PDF ↗

‹

### 16 January 2024

**Cluster autoscaler add-on patch updates** `1.2.0_322` and `1.0.9_328`.

For more information, see the change log.

**ALB OAuth Proxy add-on version** `2.0.0_2063`.

For more information, see the change log.

### 10 January 2024

**Subscribe to the IBM Cloud documentation release notes via RSS.**

You can get notified via RSS about documentation updates for IBM Cloud Kubernetes Service such as worker node fix packs, new cluster versions, new cluster add-on versions, and more. For more information, see Subscribing to an RSS feed.

**Ingress ALB updates**

Ingress ALB versions `1.9.4_6161_iks`, `1.8.4_6173_iks`, `1.6.4_6177_iks` are available. 1.9.4 is the default version for all ALBs that run the IBM Cloud Kubernetes Ingress image. If you have Ingress auto update enabled, your ALBs automatically update to use this image. For more information, see the change log.

**Istio cluster add-on versions** `1.20.0`, `1.19.5`, and `1.18.6`.

For more information, see the change log.

**Istio add-on version 1.18 will no longer be supported on 21 February 2024**

Follow the steps to update your Istio components to the latest patch version of Istio 1.18 that is supported by IBM Cloud Kubernetes Service.

**IBM Cloud File Storage for VPC cluster add-on patch update** `1.2.5_107`.

For more information, see the change log.

**Block Storage for VPC cluster add-on patch updates** `5.2.14_485` and `5.1.19_486`.

For more information, see the change log.

### 2 January 2024

**Worker node fix packs are available.**

Worker node updates can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure. Review the following change logs for your cluster version:

- 1.28.4_1540
- 1.27.8_1559
- 1.26.11_1567
- 1.25.16_1572

## December 2023

### 18 December 2023

**Worker node fix packs are available.**

Worker node updates can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure. Review the following change logs for your cluster version:

- 1.28.4_1539
- 1.27.8_1558
- 1.26.11_1566
- 1.25.16_1571

### 14 December 2023

**Information on worker node removal priority.**

Details are available for automated worker node removal when scaling down a worker pool.

**Kubernetes version 1.24 is unsupported.**

Update your cluster to at least version 1.25 as soon as possible.

On this page

May 2025

April 2025

March 2025

February 2025

January 2025

December 2024

November 2024

October 2024

September 2024

August 2024

July 2024

June 2024

May 2024

April 2024

March 2024

February 2024

January 2024

↳ 30 January 2024

↳ 29 January 2024

↳ 22 January 2024

↳ 19 January 2024

↳ 17 January 2024

↳ 16 January 2024

↳ **10 January 2024**

↳ 2 January 2024

December 2023

November 2023

October 2023

September 2023

August 2023

July 2023



Product guide
**Kubernetes service**

Search guide

Kubernetes Service

Your responsibilities with using IBM Cloud Kubernetes Service

Use cases ▾

Learning paths ▾

**Release notes**

▷ Tutorials ▴

Tutorials library for Kubernetes Service ↗

Setting up your first cluster in your Virtual Private Cloud (VPC)

🔧 How to ▴

Planning your cluster environment ▾

Preparing your account ▾

Installing the CLI ▾

Setting up the API

Creating clusters ▾

Accessing clusters ▾

Adding worker nodes ▾

Managing the cluster and worker node lifecycle ▾

Setting up encryption ▾

Enhancing security ▾

Managing access control ▾

Securing cluster workloads ▾

Controlling network traffic in Classic clusters ▾

Controlling network traffic in VPC clusters ▾

Adding static routes to worker nodes

Configuring the cluster DNS provider

Setting up the cluster autoscaler ▾

Logging and monitoring ▾

📄 View as PDF ↗

‹

---

Information on worker node removal priority.

Details are available for automated worker node removal when scaling down a worker pool.

**Kubernetes version 1.24 is unsupported.**

Update your cluster to at least version 1.25 as soon as possible.

## 8 December 2023

**Security Bulletin: IBM Cloud Kubernetes Service is affected by Kubernetes API server security vulnerabilities**

For more information, see the Security Bulletin ↗.

## 7 December 2023

**Istio add-on version `1.20.0`.**

For more information, see the change log.

## 6 December 2023

**Master fix packs are available.**

Review the change logs for your cluster version. Master patch updates are applied automatically.
1.28.4_1537
1.27.8_1556
1.26.11_1564
1.25.16_1569

## 5 December 2023

**Istio add-on version `1.19.4`.**

For more information, see the change log.

## 4 December 2023

**Ingress ALB updates**

Ingress ALB versions `1.9.4_5806_iks`, `1.8.4_5805_iks`, `1.6.4_5804_iks` are available. 1.9.4 is now the default version for all ALBs that run the Kubernetes Ingress image. If you have Ingress auto update enabled, your ALBs automatically update to use this image. For more information, see the change log.

**Worker node fix packs are available.**

Worker node updates can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure.
Review the following change logs for your cluster version.

- 1.28.4_1538
- 1.27.8_1557
- 1.26.11_1565
- 1.25.16_1570
- 1.24.17_1592

## November 2023

### 29 November 2023

**Worker node fix packs are available.**

Worker node updates can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure.
Review the following change logs for your cluster version.

- 1.28.3_1535
- 1.27.7_1548
- 1.26.10_1561
- 1.25.15_1568
- 1.24.17_1591

---

On this page

May 2025
April 2025
March 2025
February 2025
January 2025
December 2024
November 2024
October 2024
September 2024
August 2024
July 2024
June 2024
May 2024
April 2024
March 2024
February 2024
January 2024
December 2023
↳ 18 December 2023
↳ 14 December 2023
↳ 8 December 2023
↳ 7 December 2023
↳ 6 December 2023
↳ 5 December 2023
↳ 4 December 2023
November 2023
October 2023
September 2023
August 2023
July 2023
June 2023



- 1.27.7_1548
- 1.26.10_1561
- 1.25.15_1568
- 1.24.17_1591

**Product guide**

**Kubernetes service**

Search guide

Kubernetes service

Your responsibilities with using IBM Cloud Kubernetes Service

Use cases ∨

Learning paths ∨

**Release notes**

▷ Tutorials ∧

Tutorials library for Kubernetes Service ↗

☰ How to ∧

Planning your cluster environment ∨

Preparing your account ∨

Installing the CLI ∨

Setting up the API

Creating clusters ∨

Accessing clusters ∨

Adding worker nodes ∨

Managing the cluster and worker node lifecycle ∨

Setting up encryption ∨

Enhancing security ∨

Managing access control ∨

Securing cluster workloads ∨

Controlling network traffic in Classic clusters ∨

Controlling network traffic in VPC clusters ∨

Adding static routes to worker nodes

Configuring the cluster DNS provider

Setting up the cluster autoscaler ∨

Logging and monitoring ∨

⎙ View as PDF ↗

‹

## 27 November 2023

**The Beta File Storage for VPC cluster add-on is now available to all accounts.**

Previously the add-on was available in allowlisted accounts only. For more information, see Enabling the File Storage for VPC add-on.

**Cluster autoscaler add-on patch updates** `1.2.0_290`, `1.0.9_290`, `1.0.8_292`, and `1.0.7_291`.

For more information, see the change log.

**Block Storage for VPC add-on versions** `5.0.23_437` and `5.1.16_446`, and `5.2.11_447`.

For more information, see the change log.

**IBM Cloud File Storage for VPC add-on patch** `1.1.10_93` and `1.2.3_97`.

For more information, see the change log.

## 21 November 2023

**Ingress ALB updates**

Ingress ALB versions `1.9.4_5756_iks`, `1.8.4_5757_iks`, `1.6.4_5727_iks` are available. For more information, see the change log.

## 20 November 2023

**You can now specify a custom pod subnet size when creating a VPC cluster.**

For more information, see the CLI reference or create a VPC cluster with a custom pod subnet size.

**IBM Cloud Object Storage plug-in version** `2.2.22`.

For more information, see the change log.

## 15 November 2023

**The cluster autoscaler add-on now supports version 1.28 clusters.**

For more information, see Enabling the cluster autoscaler add-on in your cluster.

**Master fix packs are available.**

Review the change logs for your cluster version. Master patch updates are applied automatically.
1.28.3_1534
1.27.7_1547
1.26.10_1560
1.25.15_1567

## 13 November 2023

**IBM Cloud Object Storage plug-in version** `2.2.21`.

For more information, see the change log.

**Block Storage for VPC add-on versions** `5.0.21_401` and `5.1.15_419`, and `5.2.16_428`.

For more information, see the change log.

**Cluster autoscaler add-on patch updates** `1.0.9_195`, `1.0.8_233`, and `1.0.7_185`.

For more information, see the change log.

**IBM Cloud File Storage for VPC add-on patch** `1.1.9_87`.

For more information, see the change log.

## 10 November 2023

**Updated sorting and formatting for the Classic and VPC cluster flavor pages.**

For more information, see VPC flavors and Classic flavors.

### On this page

May 2025

April 2025

March 2025

February 2025

January 2025

December 2024

November 2024

October 2024

September 2024

August 2024

July 2024

June 2024

May 2024

April 2024

March 2024

February 2024

January 2024

December 2023

November 2023

↳ 29 November 2023

↳ **27 November 2023**

↳ 21 November 2023

↳ 20 November 2023

↳ 15 November 2023

↳ 13 November 2023

↳ 10 November 2023

↳ 9 November 2023

↳ 7 November 2023

↳ 06 November 2023

October 2023

September 2023



Product guide

Kubernetes service

Search guide

Kubernetes Service

Your responsibilities with
using IBM Cloud
Kubernetes Service

Use cases

Learning paths

**Release notes**

Tutorials

Tutorials library for
Kubernetes Service

Setting up your first cluster
in your Virtual Private
Cloud (VPC)

How to

Planning your cluster
environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and
worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic
in Classic clusters

Controlling network traffic
in VPC clusters

Adding static routes to
worker nodes

Configuring the cluster DNS
provider

Setting up the cluster
autoscaler

Logging and monitoring

View as PDF

## 10 November 2023

Updated sorting and formatting for the Classic and VPC cluster flavor pages.

For more information, see VPC flavors and Classic flavors.

## 9 November 2023

Worker node fix packs are available.

Worker node updates can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure.

1.28.2_1533

1.27.6_1546

1.26.9_1559

1.25.14_1566

1.24.17_1590

## 7 November 2023

CLI version `1.0.579` is available.

For more information, see the CLI change log.

**Ingress ALB updates**

Ingress ALB versions `1.9.4_5698_iks`, `1.8.4_5644_iks`, `1.6.4_5642_iks` are available. Version `1.8.4_5644_iks` is now the default version. Version `1.5.1` is no longer supported. For more information, see the change log.

## 06 November 2023

Kubernetes version 1.28 is now the default version for new IBM Cloud Kubernetes Service clusters.

For more information, see the Kubernetes version information, the 1.28 version information and update actions, and the 1.28 change log.

## October 2023

### 31 October 2023

VNI functionality for limiting access to File Storage for VPC by node, zone, worker pool and more.

You now have more granular control over how pods access your File Storage for VPC. For more information, see Limiting file share access by worker node, zone, or worker pool.

IBM Cloud File Storage for VPC add-on version `1.2`.

For more information, see the change log.

### 30 October 2023

IBM Cloud Object Storage plug-in version `2.2.20`.

For more information, see the change log.

Setting up alerts for Block Storage for Classic PVs with limited network connectivity.

For more information, see Setting up monitoring for limited connectivity PVs.

### 25 October 2023

Master fix packs are available.

1.28.2_1531
1.27.6_1544
1.26.9_1557
1.25.14_1544

ALB OAuth Proxy add-on version `2.8.0_1901`.

On this page

May 2025
April 2025
March 2025
February 2025
January 2025
December 2024
November 2024
October 2024
September 2024
August 2024
July 2024
June 2024
May 2024
April 2024
March 2024
February 2024
January 2024
December 2023
November 2023
↳ 29 November 2023
↳ 27 November 2023
↳ 21 November 2023
↳ 20 November 2023
↳ 15 November 2023
↳ 13 November 2023
↳ 10 November 2023
↳ 9 November 2023
↳ 7 November 2023
↳ 06 November 2023
October 2023
September 2023



IBM Cloud   Catalog   Cost Estimator   Help ∨   Cookie Preferences   Log in   Sign up

Product guide
**Kubernetes service**

Search guide

Kubernetes service

Your responsibilities with using IBM Cloud Kubernetes Service

Use cases ∨

Learning paths ∨

**Release notes**

**Tutorials** ∧

Tutorials library for Kubernetes Service

Setting up your first cluster in your Virtual Private Cloud (VPC)

**How to** ∧

Planning your cluster environment ∨

Preparing your account ∨

Installing the CLI ∨

Setting up the API

Creating clusters ∨

Accessing clusters ∨

Adding worker nodes ∨

Managing the cluster and worker node lifecycle ∨

Setting up encryption ∨

Enhancing security ∨

Managing access control ∨

Securing cluster workloads ∨

Controlling network traffic in Classic clusters ∨

Controlling network traffic in VPC clusters ∨

Adding static routes to worker nodes

Configuring the cluster DNS provider

Setting up the cluster autoscaler ∨

Logging and monitoring ∨

View as PDF

1.28.2_1531
1.27.6_1544
1.26.9_1557
1.25.14_1564

ALB OAuth Proxy add-on version `2.0.0_1901`.

For more information, see the change log.

## 23 October 2023

**Worker node fix packs are available.**

Worker node updates can be applied by updating or reloading the worker node in classic infrastructure, or replacing the worker node in VPC infrastructure. Review the following change logs for your cluster version.

- 1.28.2_1532
- 1.27.6_1545
- 1.26.9_1558
- 1.25.14_1565
- 1.24.17_1589

Ingress ALB version `1.8.4_5586_iks`

For more information, see the change log.

## 18 October 2023

Istio add-on version `1.18.5` and `1.17.8`.

For more information, see the change log.

ALB OAuth Proxy add-on version `2.0.0_1889`.

For more information, see the change log.

## 17 October 2023

Ingress ALB versions `1.8.1_5543_iks`, `1.6.4_5544_iks`, and `1.5.1_5542_iks`.

For more information, see the change log.

## 11 October 2023

Ingress ALB versions `1.5.1_6436_iks`, `1.6.4_5435_iks`, and `1.8.1_5434_iks`.

For more information, see the change log.

IBM Cloud Object Storage plug-in version `2.2.19`

For more information, see the change log.

## 10 October 2023

CLI version `1.0.573` is available.

For more information, see the CLI change log.

Istio add-on version `1.19.3`.

For more information, see the change log.

## 9 October 2023

**Worker node fix packs are available.**

1.28.2_1529
1.27.5_1542
1.26.8_1555
1.25.13_1563
1.24.16_1583

## 5 October 2023

Ingress ALB versions `1.6.1_5384_iks`, `1.6.4_5406_iks`, and `1.5.1_5407_iks`.

For more information, see the change log.

On this page

May 2025
April 2025
March 2025
February 2025
January 2025
December 2024
November 2024
October 2024
September 2024
August 2024
July 2024
June 2024
May 2024
April 2024
March 2024
February 2024
January 2024
December 2023
November 2023
October 2023
↳ 31 October 2023
↳ 30 October 2023
↳ 25 October 2023
↳ **23 October 2023**
↳ 18 October 2023
↳ 17 October 2023
↳ 11 October 2023
↳ 10 October 2023
↳ 9 October 2023
↳ 5 October 2023
↳ 4 October 2023



Product guide
**Kubernetes service**

Search guide

Kubernetes Service

Your responsibilities with
using IBM Cloud
Kubernetes Service

Use cases

Learning paths

**Release notes**

📖 Tutorials

Tutorials library for
Kubernetes Service

Setting up your first cluster
in your Virtual Private
Cloud (VPC)

🔧 How to

Planning your cluster
environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and
worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic
in Classic clusters

Controlling network traffic
in VPC clusters

Adding static routes to
worker nodes

Configuring the cluster DNS
provider

Setting up the cluster
autoscaler

Logging and monitoring

📄 View as PDF

⟨

## 5 October 2023

Ingress ALB versions `1.8.1_5384_iks` , `1.6.4_5406_iks` , and `1.5.1_5407_iks` .

For more information, see the change log.

## 4 October 2023

Cluster autoscaler add-on version `1.0.9_134` .

For more information, see the change log.

## 3 October 2023

Istio add-on versions `1.17.6` and `1.18.3` .

For more information, see the change log.

## September 2023

### 27 September 2023

Worker node fix packs are available.

1.28.2_1529
1.27.5_1541
1.26.8_1555
1.25.12_1562
1.24.17_1587

### 26 September 2023

ALB OAuth Proxy add-on version `2.0.0_1843` .

For more information, see the change log.

### 25 September 2023

Block Storage for VPC add-on version `5.2` .

For more information, see the change log.

### 22 September 2023

Kubernetes version 1.28 certification

Version 1.28 release is now certified.

### 20 September 2023

New! IBM Cloud Kubernetes Service version 1.28.

You can create or update clusters to Kubernetes version 1.28. With Kubernetes 1.28, you get
the latest stable enhancements from the Kubernetes community as well as enhancements to
the IBM Cloud product.

Master fix pack `1.28.2_1527` and worker node fix pack `1.28.1_1523` .

For more information, see the 1.28 change log.

Networking changes for VPC clusters 1.28 and later

In version 1.27 and earlier, VPC clusters pull container images from the IBM Cloud Container
Registry through a private cloud service endpoint for the Container Registry. For version 1.28
and later, this network path is updated so that images are pulled through a VPE gateway
instead of a private service endpoint. For more information, see the 1.28 change log.

Trusted profile updates for Kubernetes clusters version 1.28 and later

You can now give trusted profiles service level access to your clusters, then use a federated
ID, like App ID, to access the cluster at the level assigned in the trusted profile since trusted
profile identities are now synced into the cluster RBAC. For more information, see Creating
trusted profiles and Logging in with a federated ID.

New! Updated GPU drivers with version 1.28 clusters.

With the release of IBM Cloud Kubernetes Version 1.28, GPU drivers moved to the 500 series
version for all GPU worker node flavors. To use the 500 series GPU drivers, ensure that a GPU

On this page

November 2023

October 2023

↳ 31 October 2023

↳ 30 October 2023

↳ 25 October 2023

↳ 23 October 2023

↳ 18 October 2023

↳ 17 October 2023

↳ 11 October 2023

↳ 10 October 2023

↳ 9 October 2023

↳ 5 October 2023

↳ 4 October 2023

↳ **3 October 2023**

September 2023

August 2023

July 2023

June 2023

May 2023

April 2023

March 2023

February 2023

January 2023

December 2022

November 2022

October 2022

September 2022

August 2022

July 2022

June 2022

May 2022



profile identities are now synced into the cluster. For more information, see Creating trusted profiles and Logging in with a federated ID.

**New! Updated GPU drivers with version 1.28 clusters.**

With the release of IBM Cloud Kubernetes Version 1.28, GPU drivers moved to the 500 series version for all GPU worker node flavors. To use the 500 series GPU drivers, ensure that a GPU worker node flavor is being used and the cluster master version is upgraded to at least version 1.28. Versions earlier than 1.28 will still continue to use the 400 series GPU drivers. For more information, see Deploying an app on a GPU machine.

**Master fix packs are available.**

1.27.5_1540
1.26.8_1554
1.25.13_1561
1.24.17_1586

## 18 September 2023

CLI version `1.0.666` is available.

For more information, see the CLI change log.

## 15 September 2023

Cluster autoscaler add-on versions `1.0.9_103`, `1.0.8_104`, and `1.0.7_102`.

For more information, see the change log.

## 14 September 2023

IBM Cloud File Storage for VPC add-on version `1.1.7_49`

For more information, see the change log.

Block Storage for VPC add-on versions `5.0.19_358` and `5.1.13_345`.

For more information, see the change log.

## 12 September 2023

Worker node fix packs are available.

1.27.4_1538
1.26.7_1552
1.25.12_1558
1.24.16_1583

## 7 September 2023

IBM Cloud Object Storage plug-in version `2.2.18`

For more information, see the change log.

## August 2023

### 31 August 2023

Ingress ALB versions `1.8.1_6317_iks`, `1.6.4_5270_iks`, and `1.5.1_5310_iks`.

For more information, see the change log.

### 30 August 2023

Master fix packs are available.

1.27.4_1536
1.26.7_1550
1.25.12_1556
1.24.16_1581

### 29 August 2023

**New! Madrid multizone region**

You can now create VPC clusters in Madrid.

On this page

November 2023
October 2023
↳ 31 October 2023
↳ 30 October 2023
↳ 25 October 2023
↳ 23 October 2023
↳ 18 October 2023
↳ 17 October 2023
↳ 11 October 2023
↳ 10 October 2023
↳ 9 October 2023
↳ 5 October 2023
↳ 4 October 2023
↳ 3 October 2023
September 2023
August 2023
July 2023
June 2023
May 2023
April 2023
March 2023
February 2023
January 2023
December 2022
November 2022
October 2022
September 2022
August 2022
July 2022
June 2022
May 2022



On this page

January 2024

December 2023

November 2023

October 2023

September 2023

August 2023

↳ 31 August 2023

↳ 30 August 2023

↳ 29 August 2023

↳ 15 August 2023

↳ 9 August 2023

↳ 8 August 2023

↳ 7 August 2023

↳ 3 August 2023

↳ 1 August 2023

July 2023

June 2023

May 2023

April 2023

March 2023

February 2023

January 2023

December 2022

November 2022

October 2022

September 2022

August 2022

July 2022

June 2022

May 2022

April 2022

**Product guide**

**Kubernetes service**

Kubernetes Service

Your responsibilities with using IBM Cloud Kubernetes Service

Use cases

Learning paths

**Release notes**

Tutorials

Tutorials library for Kubernetes Service

Setting up your first cluster in your Virtual Private Cloud (VPC)

How to

Planning your cluster environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic in Classic clusters

Controlling network traffic in VPC clusters

Adding static routes to worker nodes

Configuring the cluster DNS provider

Setting up the cluster autoscaler

Logging and monitoring

View as PDF

## 29 August 2023

**New! Madrid multizone region**

You can now create VPC clusters in Madrid.

Worker node fix packs are available.

1.27.4_1537
1.26.7_1551
1.25.12_1557
1.24.16_1582

## 15 August 2023

Worker node fix packs are available.

1.24.16_1580
1.25.12_1555
1.26.7_1547
1.27.4_1535

## 9 August 2023

**ALB OAuth Proxy add-on version** `2.0.0_1715`.

For more information, see the change log.

## 8 August 2023

**Istio add-on versions** `1.16.7`, `1.17.5`, and `1.18.2`.

For more information, see the change log.

## 7 August 2023

**Cluster autoscaler add-on versions** `1.0.9_81`, `1.0.8_82`, and `1.0.7_83`.

For more information, see the change log.

## 3 August 2023

**CIS benchmarks for Red Hat OpenShift version 4.13.**

CIS benchmark results are available for Red Hat OpenShift version 4.13.

## 1 August 2023

Worker node fix packs are available.

1.24.16_1579
1.25.12_1554
1.26.7_1546
1.27.4_1534

**Block Storage for VPC add-on versions** `5.0.17_266` and `5.1.12_285`.

For more information, see the change log.

## July 2023

### 31 July 2023

**Ubuntu 18 is no longer supported.**

For more information, see Migrating to a new Ubuntu version.

### 28 July 2023

**IBM Cloud Object Storage plug-in version** `2.2.17`.

For more information, see the change log.

### 27 July 2023

Master fix packs are available

IBM Cloud Object Storage plug-in version `2.2.17`

For more information, see the change log.

## 27 July 2023

**Master fix packs are available**

1.24.16_1578
1.25.12_1553
1.26.7_1545
1.27.4_1533

**IBM Cloud File Storage for VPC add-on version** `1.1.6`

For more information, see the change log.

**Istio add-on version** `1.16.6`, `1.17.4`, and `1.18.1`

For more information, see the change log.

## 26 July 2023

**Ingress ALB versions** `1.6.4_5219_1ks`, `1.5.1_5217_1ks`, and `1.4.0_5218_1ks`

For more information, see the change log.

## 25 July 2023

**End of support for the free cluster tier**

As announced on 23 June 2023, the free cluster option is no longer available. Existing free tier clusters will be allowed to finish their 30-day trial window. If you want to continue testing IBM Cloud Kubernetes Service, try creating a Classic cluster. Then copy your deployments to the new cluster.

## 24 July 2023

**Cluster autoscaler add-on version** `1.0.9_70`.

For more information, see the change log.

**Static route add-on version** `1.0.0_1122`.

For more information, see the change log.

## 21 July 2023

**Cluster autoscaler add-on update command.**

You can now use the `ibmcloud ks cluster addon update` command to update your add-on. For more information, see Updating the cluster autoscaler add-on.

## 19 July 2023

**CLI version** `1.0.540` is available.

For more information, see the CLI change log.

## 17 July 2023

**Worker node fix packs** `1.24.15_1576`, `1.25.11_1552`, `1.26.6_1544`, and `1.27.3_1532`.

For more information, see the change logs: 1.24, 1.25, 1.26, and 1.27.

## 12 July 2023

**ALB OAuth Proxy add-on version** `2.0.0_1669`.

For more information, see the change log.

## 11 July 2023

**New!** OpenShift Data Foundation add-on version `4.13.0`.

For more information, see the change log.

## 6 July 2023

**Cluster autoscaler add-on version** `1.0.8_56` and `1.0.7_57`.

On this page

November 2023

October 2023

September 2023

August 2023

July 2023

↳ 31 July 2023

↳ 28 July 2023

↳ 27 July 2023

↳ 26 July 2023

↳ 25 July 2023

↳ 24 July 2023

↳ 21 July 2023

↳ 19 July 2023

↳ 17 July 2023

↳ 12 July 2023

↳ 11 July 2023

↳ 6 July 2023

↳ 5 July 2023

↳ 3 July 2023

June 2023

May 2023

April 2023

March 2023

February 2023

January 2023

December 2022

November 2022

October 2022

September 2022

August 2022

July 2022





Product guide
**Kubernetes service**

Search guide

Kubernetes service

Your responsibilities with
using IBM Cloud
Kubernetes Service

Use cases

Learning paths

**Release notes**

Tutorials

Tutorials library for
Kubernetes Service

Setting up your first cluster
in your Virtual Private
Cloud (VPC)

How to

Planning your cluster
environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and
worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic
in Classic clusters

Controlling network traffic
in VPC clusters

Adding static routes to
worker nodes

Configuring the cluster DNS
provider

Setting up the cluster
autoscaler

Logging and monitoring

View as PDF

---

This patch introduces two new variables to the `addon-vpc-block-csi-driver-configmap`.
To get the latest snapshot configmap values users must add the new values to the existing
configmap and apply the changes. For more information, see Customizing snapshots and the
add-on change log.

## 20 June 2023

**Worker node fix pack updates**

Worker node fix pack updates are available for versions 1.27, 1.26, 1.25, and 1.24.

## 19 June 2023

**IBM Cloud Object Storage plug-in version** `2.2.15`

For more information, see the change log.

## 8 June 2023

**Istio add-on version** `1.16.5` .

For more information, see the change log.

## 6 June 2023

**Ingress ALB versions** `1.6.4_5067_iks` , `1.5.1_5074_iks` , and `1.4.0_5068_iks`

For more information, see the change log.

## 5 June 2023

**Worker node fix packs** `1.24.14_1571` , `1.25.10_1547` , `1.26.5_1539` , and `1.27.2_1527` .

For more information, see the change logs: 1.24, 1.25, 1.26, and 1.27.

## May 2023

## 31 May 2023

**Master fix packs** `1.24.14_1568` , `1.25.10_1545` , and `1.26.5_1537` .

For more information, see the change logs: 1.24, 1.25, and 1.26.

## 25 May 2023

**CLI version** `1.0.523` .

For more information, see the change log.

**Kubernetes version 1.27 certification**

Version 1.27 release is now certified.

## 24 May 2023

**New! IBM Cloud Kubernetes Service version 1.27.**

You can create or update clusters to Kubernetes version 1.27. With Kubernetes 1.27, you get
the latest stable enhancements from the Kubernetes community as well as enhancements to
the IBM Cloud product.

**Master fix pack** `1.27.2_1524` and **worker node fix pack** `1.27.2_1526` .

For more information, see the 1.27 change log.

**Worker node fix packs** `1.24.14_1570` , `1.25.10_1546` , and `1.26.5_1538` .

For more information, see the change logs: 1.24, 1.25, and 1.26.

## 23 May 2023

**Ingress ALB versions** `1.6.4_4179_iks` , `1.5.1_4168_iks` , and `1.4.0_4169_iks`

For more information, see the change log.

## 16 May 2023

**IBM Cloud File Storage for VPC add-on version** `1.0` .

---

On this page

December 2023

November 2023

October 2023

September 2023

August 2023

July 2023

June 2023

⤷ 27 June 2023

⤷ 26 June 2023

⤷ 23 June 2023

⤷ 22 June 2023

⤷ 21 June 2023

⤷ 20 June 2023

⤷ 19 June 2023

⤷ 8 June 2023

⤷ 6 June 2023

⤷ 5 June 2023

May 2023

April 2023

March 2023

February 2023

January 2023

December 2022

November 2022

October 2022

September 2022

August 2022

July 2022

June 2022

May 2022

April 2022



Ingress ALB versions `1.6.4_4170_iks` , `1.5.4_4169_iks`

For more information, see the change log.

### 16 May 2023

IBM Cloud File Storage for VPC add-on version `1.0` .

For more information, see the change log.

### 15 May 2023

Cluster autoscaler add-on versions `1.0.6_1077` , `1.0.7_1076` , `1.0.8_1078` , and `1.1.0_1066` .

For more information, see the change log.

IBM Cloud File Storage for VPC add-on version `1.1-beta`

For more information, see the change log.

Block Storage for VPC add-on versions `5.0.12_1963` and `5.1.8_1970` .

For more information, see the change log.

### 10 May 2023

Create Classic and VPC clusters with Terraform

For more information, see Creating a single-zone classic cluster with Terraform and Creating a VPC cluster with Terraform.

### 9 May 2023

Worker node fix packs `1.24.13_1567` , `1.25.9_1544` , and `1.26.4_1536` .

For more information, see the change logs: 1.24, 1.25, and 1.26.

### 4 May 2023

Ingress ALB version `1.6.4_4117_iks` , `1.5.1_4113_iks` , and `1.4.0_4114_iks`

For more information, see the change log.

### 2 May 2023

IBM Cloud Object Storage plug-in version `2.2.14`

For more information, see the change log.

## April 2023

### 27 April 2023

Ingress ALB version `1.6.4_4073_iks` , `1.5.1_4064_iks` , and `1.4.0_4062_iks`

For more information, see the change log.

Master fix packs `1.23.17_1576` , `1.24.13_1566` , `1.25.9_1543` , and `1.26.4_1535` .

For more information, see the change logs: 1.23, 1.24, 1.25, and 1.26.

### 26 April 2023

Cluster autoscaler add-on version `1.1.0_1060` .

For more information, see the change log.

### 24 April 2023

Worker node fix packs `1.23.17_1576` , `1.24.13_1566` , `1.25.9_1543` , and `1.26.4_1535` .

For more information, see the change logs: 1.23, 1.24, 1.25, and 1.26.

### 20 April 2023

Istio add-on version `1.16.4` and `1.17.2` .

For more information, see the change log.

### 13 April 2023

On this page

December 2023
November 2023
October 2023
September 2023
August 2023
July 2023
June 2023
May 2023
  ↳ 31 May 2023
  ↳ 25 May 2023
  ↳ 24 May 2023
  ↳ 23 May 2023
  ↳ 16 May 2023
  ↳ 15 May 2023
  ↳ 10 May 2023
  ↳ 9 May 2023
  ↳ 4 May 2023
  ↳ 2 May 2023
April 2023
March 2023
February 2023
January 2023
December 2022
November 2022
October 2022
September 2022
August 2022
July 2022
June 2022
May 2022
April 2022

Product guide
Kubernetes service

Search guide

Kubernetes Service
Your responsibilities with using IBM Cloud Kubernetes Service
Use cases
Learning paths
Release notes

Tutorials
Tutorials library for Kubernetes Service
Setting up your first cluster in your Virtual Private Cloud (VPC)

How to
Planning your cluster environment
Preparing your account
Installing the CLI
Setting up the API
Creating clusters
Accessing clusters
Adding worker nodes
Managing the cluster and worker node lifecycle
Setting up encryption
Enhancing security
Managing access control
Securing cluster workloads
Controlling network traffic in Classic clusters
Controlling network traffic in VPC clusters
Adding static routes to worker nodes
Configuring the cluster DNS provider
Setting up the cluster autoscaler
Logging and monitoring

View as PDF



**20 April 2023**

Istio add-on version `1.16.4` and `1.17.2` .

For more information, see the change log.

**13 April 2023**

ALB OAuth Proxy add-on version `2.0.0_1528` .

For more information, see the change log.

**12 April 2023**

Ingress ALB version `1.6.4_3976_iks` , `1.5.1_3977_iks` , and `1.4.0_3978_iks`

For more information, see the change log.

**11 April 2023**

CLI version `1.0.510` .

For more information, see the change log.

Worker node fix packs `1.23.17_1574` , `1.24.12_1564` , `1.25.8_1541` , and `1.26.3_1533` .

For more information, see the change logs: 1.23, 1.24, 1.25, and 1.26.

**5 April 2023**

Cluster autoscaler add-on versions `1.0.6_1010` , `1.0.7_1021` , and `1.0.8_1016` .

For more information, see the change log.

Block Storage for VPC add-on versions `5.0.10_1869` and `5.1.6_1872` .

For more information, see the change log.

**4 April 2023**

Ingress ALB version `1.4.0_3953_iks` , `1.5.1_3951_iks` , and `1.6.4_3947_iks`

For more information, see the change log.

**3 April 2023**

Pod Security admission

You might need to check your Pod Security set up when you upgrade your cluster from version 1.24 to 1.25. For more information, see Migrating from PSPs to Pod Security admission.

IBM Cloud Object Storage plug-in version `2.2.13`

**Important** Because there are changes to the storage classes installed with the plug-in, you must uninstall and reinstall the plug-in when you update to version `2.2.13` to get the latest storage class configurations. For more information, see the change log.

## March 2023

**29 March 2023**

Worker node fix packs `1.23.17_1572` , `1.24.12_1562` , `1.25.8_1539` , and `1.26.3_1531` .

For more information, see the change logs: 1.23, 1.24, 1.25, and 1.26.

Block Storage for VPC add-on versions `5.0.9_1862` and `5.1.5_1857` .

For more information, see the change log.

Cluster autoscaler add-on versions `1.0.7_988` and `1.0.8_987` .

For more information, see the change log.

**28 March 2023**

Master fix packs `1.23.17_1569` , `1.24.12_1559` , `1.25.8_1536` , and `1.26.3_1528` .

For more information, see the change logs: 1.23, 1.24, 1.25, and 1.26.

Worker node fix packs `1.23.17_1570` , `1.24.12_1560` , `1.25.8_1537` , and `1.26.3_1529` .

---

**IBM Cloud**   Catalog   Cost Estimator   Help   Cookie Preferences   Log in   Sign up

Product guide
**Kubernetes service**

Search guide

Kubernetes service

Your responsibilities with using IBM Cloud Kubernetes Service

Use cases

Learning paths

**Release notes**

Tutorials

Tutorials library for Kubernetes Service

Setting up your first cluster in your Virtual Private Cloud (VPC)

How to

Planning your cluster environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic in Classic clusters

Controlling network traffic in VPC clusters

Adding static routes to worker nodes

Configuring the cluster DNS provider

Setting up the cluster autoscaler

Logging and monitoring

View as PDF

On this page

.

December 2023
November 2023
October 2023
September 2023
August 2023
July 2023
June 2023
May 2023
April 2023
↳ 27 April 2023
↳ 26 April 2023
↳ 24 April 2023
↳ 20 April 2023
↳ 13 April 2023
↳ **12 April 2023**
↳ 11 April 2023
↳ 5 April 2023
↳ 4 April 2023
↳ 3 April 2023
March 2023
February 2023
January 2023
December 2022
November 2022
October 2022
September 2022
August 2022
July 2022
June 2022
May 2022
April 2022

---



**Product guide**

**Kubernetes service**

Search guide

Kubernetes Service

Your responsibilities with using IBM Cloud Kubernetes Service

Use cases

Learning paths

**Release notes**

Tutorials

Tutorials library for Kubernetes Service

Setting up your first cluster in your Virtual Private Cloud (VPC)

How to

Planning your cluster environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic in Classic clusters

Controlling network traffic in VPC clusters

Adding static routes to worker nodes

Configuring the cluster DNS provider

Setting up the cluster autoscaler

Logging and monitoring

View as PDF

---

## 28 March 2023

Master fix packs `1.23.17_1569` , `1.24.12_1559` , `1.25.8_1536` , and `1.26.3_1528` .

For more information, see the change logs: 1.23, 1.24, 1.25, and 1.26.

Worker node fix packs `1.23.17_1570` , `1.24.12_1560` , `1.25.8_1537` , and `1.26.3_1529` .

For more information, see the change logs: 1.23, 1.24, 1.25, and 1.26.

## 24 March 2023

Ingress ALB version `1.4.0_3896_iks` , `1.5.1_3897_iks` , and `1.6.4_3898_iks`

For more information, see the change log.

## 21 March 2023

New troubleshooting steps for workers in `Critical` or `NotReady` state.

For more information, see Troubleshooting worker nodes in `Critical` or `NotReady` state.

## 20 March 2023

IBM Cloud Object Storage plug-in version `2.2.12` .

For more information, see the change log.

## 16 March 2023

Cluster autoscaler add-on version `1.1.0_978` .

For more information, see the change log.

## 14 March 2023

Ingress ALB version `1.4.0_3862_iks` , `1.5.1_3863_iks` , and `1.6.4_3864_iks`

For more information, see the change log.

Worker node fix packs `1.23.16_1568` , `1.24.10_1558` , `1.25.6_1535` , and `1.26.1_1525` .

For more information, see the change logs: 1.23, 1.24, 1.25, and 1.26.

## 9 March 2023

Cluster autoscaler add-on version `1.0.8_968`

For more information, see the change log.

Istio add-on version `1.15.6` and `1.16.3` .

For more information, see the change log.

## 7 March 2023

Worker node fix packs `1.23.16_1567` , `1.24.10_1557` , `1.25.6_1534` and `1.26.1_1524` .

For more information, see the change logs: 1.23, 1.24, 1.25, and 1.26.

Cluster autoscaler add-on version `1.0.6_965` and `1.0.7_966` .

For more information, see the change log.

Istio add-on version `1.17.1` .

For more information, see the change log.

Block Storage for VPC add-on versions `4.4.17_1829` , `5.0.7_1836` , and `5.1.2_1828` .

For more information, see the change log.

## 3 March 2023

IBM Cloud Object Storage plug-in version `2.2.10` .

For more information, see the change log.

## 1 March 2023

CLI version `1.0.498` .

For more information, see the change log.

---

### On this page

November 2023

October 2023

September 2023

August 2023

July 2023

June 2023

May 2023

April 2023

March 2023

↳ 29 March 2023

↳ 28 March 2023

↳ **24 March 2023**

↳ 21 March 2023

↳ 20 March 2023

↳ 16 March 2023

↳ 14 March 2023

↳ 9 March 2023

↳ 7 March 2023

↳ 3 March 2023

↳ 1 March 2023

February 2023

January 2023

December 2022

November 2022

October 2022

September 2022

August 2022

July 2022

June 2022

May 2022

April 2022



IBM Cloud    Case 2:24-cv-00093-JRG    Document 276-9    Filed 08/04/25    Page 38 of 54 PageID #:
20383
Catalog    Cost Estimator    Help    Cookie Preferences    Log in    Sign up

Product guide

**Kubernetes service**

For more information, see I deleted a portable subnet and now my Classic cluster my Load Balancers are failing. How do I recover?.

Ingress ALB version `1.3.1_3754_iks` and `1.4.0_3755_iks`.

For more information, see the change log.

### 9 February 2023

Block Storage for VPC add-on version `5.1`.

For more information, see the change log.

### 8 February 2023

ALB OAuth Proxy add-on version `2.0.0_1420`.

For more information, see the change log.

### 2 February 2023

Istio add-on `1.14`

Version `1.14` of the managed Istio add-on is no longer supported. For more information, see the change log.

### 1 February 2023

New! Kubernetes 1.26

You can create or update clusters to Kubernetes version 1.26. With Kubernetes 1.26, you get the latest stable enhancements from the Kubernetes community as well as enhancements to the IBM Cloud product.

Master fix pack

Kubernetes `1.26.1_1519`.

Worker node fix pack

Kubernetes `1.26.1_1520`.

Persistent VPC load balancers

You can now create a persistent VPC load balancer that remains available even after your cluster is deleted.

Customized VPC load balancer health checks

For more control over your VPC load balancer health checks, you can use optional annotations to customize your health checks with advanced configurations for test intervals, timeouts, and retries.

## January 2023

### 30 January 2023

Master fix packs `1.23.16_1560`, `1.24.10_1551`, and `1.25.6_1529`.

For more information, see the change logs: 1.23, 1.24, and 1.25.

Worker node fix packs `1.23.16_1561`, `1.24.10_1552`, and `1.26.6_1530`.

For more information, see the change logs: 1.23, 1.24, and 1.25.

New! Optional secondary disks for worker nodes in VPC clusters.

When you create a VPC cluster, you can specify an optional secondary disk for your worker nodes. Secondary disks are used for the container runtime and are useful in scenarios where more container storage is needed, such as running pods with large images. For more information, see Creating VPC clusters.

CLI version `1.0.489`.

For more information, see the change log.

Ingress ALB version `1.5.1_3705_iks`, `1.4.0_3703_iks`, and `1.3.1_3704_iks`.

For more information, see the change log.

### 24 January 2023

On this page

November 2023

October 2023

September 2023

August 2023

July 2023

June 2023

May 2023

April 2023

March 2023

February 2023

↳ 27 February 2023

↳ 23 February 2023

↳ 22 February 2023

↳ 21 February 2023

↳ 20 February 2023

↳ 17 February 2023

↳ 14 February 2023

↳ 13 February 2023

↳ 10 February 2023

↳ 9 February 2023

↳ **8 February 2023**

↳ 2 February 2023

↳ 1 February 2023

January 2023

December 2022

November 2022

October 2022

September 2022

August 2022

July 2022

June 2022

View as PDF





For more information, see the change logs: 1.20, 1.24, and 1.25.

Product guide
**Kubernetes service**

## 15 December 2022

**IBM Cloud Object Storage plug-in version** `2.2.6` **is available.**

For more information, see the change log.

**Ingress ALB version** `1.2.1_3299_iks`, `1.3.1_3298_iks`, and `1.4.0_3297_iks`

For more information, see the Ingress ALB change log.

**ALB OAuth Proxy add-on version 2.0.0_1354**

For more information, see the change log.

## 14 December 2022

**Master fix pack** `1.22.17_1582`, `1.23.15_1555`, `1.24.9_1547`, and `1.25.5_1525`

For more information, see the change logs: 1.22, 1.23, 1.24, and 1.25.

**Ubuntu 20 is now available for IBM Cloud Kubernetes Service clusters**

You can now create IBM Cloud Kubernetes Service clusters using Ubuntu 20 worker nodes. To review the migration guide, see Migrating to a new Ubuntu version. To review operating system support by cluster version, see IBM Cloud Kubernetes Service version information.

**CLI version 1.0.480 change log update**

The CLI change log is updated for version 1.0.480.

## 12 December 2022

**Ingress ALB version** `1.4.0_3212_iks` **change log updates**

For more information, see the Ingress ALB change log.

## 9 December 2022

**IBM Cloud Object Storage plug-in version** `2.2.5` **is available.**

For more information, see the change log.

## 8 December 2022

**Ingress ALB version** `1.3.1_3192_iks` **change log updates**

For more information, see the Ingress ALB change log.

## 5 December 2022

**IBM Cloud Object Storage plug-in version** `2.2.4` **is available.**

For more information, see the change log.

**Ingress ALB version** `1.2.1_3186_iks` **change log updates**

For more information, see the Ingress ALB change log.

**Worker node fix packs 1.22.16_1580, 1.23.14_1554, 1.24.8_1546, and 1.25.4_1524**

For more information, see the change logs: 1.22.16_1580, 1.23.14_1554, 1.24.8_1546, and 1.25.4_1524.

## 1 December 2022

**CLI version 1.0.471 change log update**

The CLI change log is updated for version 1.0.471.

## November 2022

### 30 November 2022

**Istio add-on version** `1.16.0`

For more information, see the change log.

**Ingress ALB change log updates**

Updated the Ingress ALB change log for version `1.3.1_3188_iks`.

On this page

February 2024
January 2024
December 2023
November 2023
October 2023
September 2023
August 2023
July 2023
June 2023
May 2023
April 2023
March 2023
February 2023
January 2023
December 2022
↳ 19 December 2022
↳ 15 December 2022
↳ 14 December 2022
↳ 12 December 2022
↳ 9 December 2022
↳ 8 December 2022
↳ 5 December 2022
↳ 1 December 2022
November 2022
October 2022
September 2022
August 2022
July 2022
June 2022
May 2022
April 2022

Kubernetes service
Your responsibilities with using IBM Cloud Kubernetes Service
Use cases
Learning paths
Release notes
Tutorials
Tutorials library for Kubernetes Service
Setting up your first cluster in your Virtual Private Cloud (VPC)
How to
Planning your cluster environment
Preparing your account
Installing the CLI
Setting up the API
Creating clusters
Accessing clusters
Adding worker nodes
Managing the cluster and worker node lifecycle
Setting up encryption
Enhancing security
Managing access control
Securing cluster workloads
Controlling network traffic in Classic clusters
Controlling network traffic in VPC clusters
Adding static routes to worker nodes
Configuring the cluster DNS provider
Setting up the cluster autoscaler
Logging and monitoring
View as PDF



Istio add-on version `1.16.0`

For more information, see the change log.

Ingress ALB change log updates

Updated the Ingress ALB change log for version `1.3.1_3108_iks`.

## 21 November 2022

Worker node fix pack 1.22.16_1579, 1.23.14_1553, 1.24.8_1545, and 1.25.4_1523

For more information, see the change logs: 1.22.16_1579, 1.23.14_1553, 1.24.8_1545, and 1.25.4_1523.

## 17 November 2022

Block Storage for VPC add-on versions `4.4.13_1712` and `5.0.2_1713`

For more information, see the change log.

## 16 November 2022

ALB OAuth Proxy add-on version 2.0.0_1315

For more information, see the change log.

Master fix pack 1.22.16_1578, 1.23.14_1592, 1.24.8_1544, and 1.25.4_1522

For more information, see the change logs: 1.22, 1.23, 1.24, and 1.25.

## 15 November 2022

New Ingress status messages

You can now use the `ibmcloud ks ingress status-report get` command to view your Ingress status. For more information, see Checking the status of Ingress components.

IBM Cloud Object Storage plug-in version `2.2.3` is available.

For more information, see the change log.

## 11 November 2022

Block Storage for VPC add-on version `4.3.8_1705`

For more information, see the change log.

## 10 November 2022

Istio add-on version `1.15.3`

For more information, see the change log.

## 9 November 2022

Block Storage for VPC add-on version `4.4.12_1700` and `5.0.1_1695`

For more information, see the change log.

## 8 November 2022

IBM Cloud Object Storage plug-in version `2.2.2` is available.

For more information, see the change log.

## 7 November 2022

Worker node fix pack 1.22.15_1577, 1.23.13_1551, 1.24.7_1543, and 1.25.3_1521

For more information, see the change logs: 1.22.15_1577, 1.23.13_1551, 1.24.7_1543, and 1.25.3_1521.

## 3 November 2022

Changes to the Portworx update process beginning with version `2.12`.

Beginning with version `2.12` Portworx uses an operator-based deployment model instead of the Helm based model use in version `2.11` and earlier. If you want to update from Portworx `2.11` to version `2.12`, follow the migration steps in the Portworx documentation.

### On this page

November 2023
October 2023
September 2023
August 2023
July 2023
June 2023
May 2023
April 2023
March 2023
February 2023
January 2023
December 2022
**November 2022**
↳ 30 November 2022
↳ 21 November 2022
↳ 17 November 2022
↳ 16 November 2022
↳ 15 November 2022
↳ 11 November 2022
↳ 10 November 2022
↳ 9 November 2022
↳ 8 November 2022
↳ 7 November 2022
↳ 3 November 2022
October 2022
September 2022
August 2022
July 2022
June 2022
May 2022
April 2022

Product guide
**Kubernetes service**

Search guide

Kubernetes Service
Your responsibilities with using IBM Cloud Kubernetes Service
Use cases
Learning paths
**Release notes**

**Tutorials**
Tutorials library for Kubernetes Service
Setting up your first cluster in your Virtual Private Cloud (VPC)

**How to**
Planning your cluster environment
Preparing your account
Installing the CLI
Setting up the API
Creating clusters
Accessing clusters
Adding worker nodes
Managing the cluster and worker node lifecycle
Setting up encryption
Enhancing security
Managing access control
Securing cluster workloads
Controlling network traffic in Classic clusters
Controlling network traffic in VPC clusters
Adding static routes to worker nodes
Configuring the cluster DNS provider
Setting up the cluster autoscaler
Logging and monitoring

View as PDF



**Product guide**

**Kubernetes service**

Search guide

Kubernetes service

Your responsibilities with using IBM Cloud Kubernetes Service

Use cases

Learning paths

**Release notes**

Tutorials

Tutorials library for Kubernetes Service

Setting up your first cluster in your Virtual Private Cloud (VPC)

How to

Planning your cluster environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic in Classic clusters

Controlling network traffic in VPC clusters

Adding static routes to worker nodes

Configuring the cluster DNS provider

Setting up the cluster autoscaler

Logging and monitoring

View as PDF

---

3 November 2022

**Changes to the Portworx update process beginning with version** `2.12` .

Beginning with version `2.12` Portworx uses an operator-based deployment model instead of the Helm based model use in version `2.11` and earlier. If you want to update from Portworx `2.11` to version `2.12` , follow the migration steps in the Portworx documentation ↗.

**Cluster autoscaler add-on version** `1.0.7_683` .

For more information, see Cluster autoscaler add-on change log.

## October 2022

### 31 October 2022

**Ingress ALB change log updates**

Updated the Ingress ALB change log for version `1.3.0_2907_iks` .

### 27 October 2022

**ALB OAuth Proxy add-on version 2.0.0_1297**

For more information, see the change log.

**Master fix pack 1.22.15_1576, 1.23.13_1550, 1.24.7_1542, and 1.25.3_1520**

For more information, see the change logs: 1.22, 1.23, 1.24, and 1.25.

### 26 October 2022

**Worker node fix pack 1.22.15_1575, 1.23.12_1549, 1.24.6_1541, and 1.25.2_1519**

For more information, see the change logs: 1.22.15_1575, 1.23.12_1549, 1.24.6_1541, and 1.25.2_1519.

### 25 October 2022

**Istio add-on**

Versions 1.13.9, 1.14.5, and 1.15.2 are available.

### 24 October 2022

**Ingress ALB change log updates**

Updated the Ingress ALB change log for versions `1.3.0_2847_iks` , `1.2.1_2809_iks` , and `1.1.2_2808_iks` .

### 21 October 2022

**CLI change log update**

The CLI change log is updated for version 1.0.459.

### 12 October 2022

**Istio add-on**

Version 1.15.1 is available.

### 11 October 2022

**Block Storage for VPC add-on version** `5.0` .

For more information, see the change log.

### 10 October 2022

**Worker node fix pack**

Kubernetes 1.22.15_1574, 1.23.12_1548 and 1.24.6_1540.

**Cluster autoscaler add-on version** `1.0.6_828` .

For more information, see Cluster autoscaler add-on change log.

### 7 October 2022

On this page

November 2023

October 2023

September 2023

August 2023

July 2023

June 2023

May 2023

April 2023

March 2023

February 2023

January 2023

December 2022

November 2022

**October 2022**

↳ 31 October 2022

↳ 27 October 2022

↳ 26 October 2022

↳ 25 October 2022

↳ 24 October 2022

↳ 21 October 2022

↳ 12 October 2022

↳ 11 October 2022

↳ 10 October 2022

↳ 7 October 2022

↳ 6 October 2022

↳ 4 October 2022

↳ 3 October 2022

September 2022

August 2022

July 2022

June 2022

**Product guide**

**Kubernetes service**

Kubernetes 1.22.15_1574, 1.23.12_1548 and 1.24.6_1540.

Cluster autoscaler add-on version `1.0.6_828`.

For more information, see Cluster autoscaler add-on change log.

### 7 October 2022

**Kubernetes version 1.25 certification**

Version 1.25 release is now certified.

### 6 October 2022

**New! Kubernetes 1.25**

You can create or update clusters to Kubernetes version 1.25. With Kubernetes 1.25, you get the latest stable enhancements from the Kubernetes community as well as enhancements to the IBM Cloud product.

**Master fix pack**

Kubernetes 1.25.2_1517.

**Worker node fix pack**

Kubernetes 1.25.2_1516.

### 4 October 2022

**Istio add-on**

Version 1.14.4 and version 1.13.8 are available.

### 3 October 2022

**CLI change log update**

The CLI change log is updated for version 1.0.454.

**Ingress ConfigMap change log updates**

Updated the Ingress ConfigMap change log.

**Ingress ALB change log updates**

Updated the Ingress ALB change log for versions `1.2.1_2646_1ks` and `1.1.2_2645_1ks`.

**ALB OAuth Proxy add-on**

Version 2.0.0_1265 of the ALB OAuth Proxy add-on is released.

## September 2022

### 30 September 2022

**New! Enabling Flow logs for VPC components**

Flow logs gather information about the traffic entering or leaving your VPC cluster worker nodes. For more information, see Enabling Flow Logs for VPC cluster components.

### 26 September 2022

**Worker node fix pack**

Kubernetes 1.21.14_1578, 1.22.15_1573, 1.23.12_1547 and 1.24.6_1539.

### 23 September 2022

**Block Storage for VPC add-on version** `4.4.11_1614`.

For more information, see the change log.

### 22 September 2022

**Cluster autoscaler add-on versions** `1.1.0_798`, `1.0.6_800`, and `1.0.6_779`.

For more information, see Cluster autoscaler add-on change log.

**Block Storage for VPC add-on version** `4.3.7_1613`.

For more information, see the change log.

**On this page**

November 2023

October 2023

September 2023

August 2023

July 2023

June 2023

May 2023

April 2023

March 2023

February 2023

January 2023

December 2022

November 2022

October 2022

↳ 31 October 2022

↳ 27 October 2022

↳ 26 October 2022

↳ 25 October 2022

↳ 24 October 2022

↳ 21 October 2022

↳ 12 October 2022

↳ 11 October 2022

↳ 10 October 2022

↳ 7 October 2022

↳ **6 October 2022**

↳ 4 October 2022

↳ 3 October 2022

September 2022

August 2022

July 2022

June 2022

Kubernetes service

Your responsibilities with using IBM Cloud Kubernetes Service

Use cases

Learning paths

**Release notes**

Tutorials

Tutorials library for Kubernetes Service

Setting up your first cluster in your Virtual Private Cloud (VPC)

How to

Planning your cluster environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic in Classic clusters

Controlling network traffic in VPC clusters

Adding static routes to worker nodes

Configuring the cluster DNS provider

Setting up the cluster autoscaler

Logging and monitoring

View as PDF



Product guide

**Kubernetes service**

Search guide

Kubernetes Service

Your responsibilities with using IBM Cloud Kubernetes Service

Use cases ∨

Learning paths ∨

**Release notes**

📖 Tutorials ∧

Tutorials library for Kubernetes Service ↗

Setting up your first cluster in your Virtual Private Cloud (VPC)

🔧 How to ∧

Planning your cluster environment ∨

Preparing your account ∨

Installing the CLI ∨

Setting up the API

Creating clusters ∨

Accessing clusters ∨

Adding worker nodes ∨

Managing the cluster and worker node lifecycle ∨

Setting up encryption ∨

Enhancing security ∨

Managing access control ∨

Securing cluster workloads ∨

Controlling network traffic in Classic clusters ∨

Controlling network traffic in VPC clusters ∨

Adding static routes to worker nodes

Configuring the cluster DNS provider

Setting up the cluster autoscaler ∨

Logging and monitoring ∨

📄 View as PDF

Cluster autoscaler add-on versions `1.1.0_790`, `1.1.0_796` and `1.0.5_779`.

For more information, see Cluster autoscaler add-on change log.

Block Storage for VPC add-on version `4.3.7_1613`.

For more information, see the change log.

## 21 September 2022

**CLI change log update**

The CLI change log is updated for version 1.0.452.

**Ingress ALB change log updates**

Updated the Ingress ALB change log for versions `1.2.1_2558_iks` and `1.1.2_2586_iks`.

## 20 September 2022

**IBM Cloud Object Storage plug-in version `2.2.1` is available.**

For more information, see the change log.

## 15 September 2022

**Istio add-on**

Version `1.15.0` is available.

## 13 September 2022

**Block Storage for VPC add-on version 4.4.10_1578 is available.**

For more information, see version 4.4.10_1578.

**New! vGPU worker node flavors are now available for VPC Gen 2.**

For more information about the available worker node flavors, see VPC Gen 2 flavors. Worker node flavors with vGPU support are the `gx2` flavor class, for example: `gx2.16x128.2v100`. IBM Cloud VPC worker nodes with GPUs are available for allowlisted accounts only. To request that your account be allowlisted, see Requesting access to allowlisted features. Be sure to include the data centers, the VPC infrastructure profile, and the number of workers that you want use. For example `12 worker nodes in us-east-1 of VPC profile gx2-16x128xv100`.

## 12 September 2022

**Block Storage for VPC add-on version 4.3.6_1579 is available.**

For more information, see version 4.3.6_1579.

**IBM Cloud Object Storage plug-in version `2.2.0` is available.**

For more information, see the change log.

**CLI change log update**

The CLI change log is updated for version 1.0.446.

**ALB OAuth Proxy add-on**

Version 2.0.0_1214 of the ALB OAuth Proxy add-on is released.

## 8 September 2022

**CLI change log update**

The CLI change log is updated for version 1.0.444.

## 7 September 2022

**Master fix pack update**

Kubernetes 1.24.4_1536, 1.23.10_1544, 1.22.13_1570, and 1.21.14_1579.

## August 2022

### 31 August 2022

Cluster autoscaler add-on

On this page

November 2023

October 2023

September 2023

August 2023

July 2023

June 2023

May 2023

April 2023

March 2023

February 2023

January 2023

December 2022

November 2022

October 2022

September 2022

↳ 30 September 2022

↳ 26 September 2022

↳ 23 September 2022

↳ 22 September 2022

↳ **21 September 2022**

↳ 20 September 2022

↳ 15 September 2022

↳ 13 September 2022

↳ 12 September 2022

↳ 8 September 2022

↳ 7 September 2022

August 2022

July 2022

June 2022

May 2022

April 2022



Product guide
**Kubernetes service**

## August 2022

### 31 August 2022

**Cluster autoscaler add-on**

Versions `1.0.5_775`, `1.0.6_774`, and `1.1.0_776` are available. See Cluster autoscaler add-on change log.

### 29 August 2022

**Worker node fix pack**

Kubernetes 1.21.14_1578, 1.22.13_1566, 1.23.10_1543 and 1.24.4_1535.

### 26 August 2022

**CLI change log update**

The CLI change log is updated for version 1.0.439.

### 25 August 2022

**Block Storage for VPC add-on version 4.4.9_1566 is available.**

For more information, see version 4.4.9_1566

**Ingress ALB change log updates**

Updated the Ingress ALB change log for versions `1.2.1_2506_iks` and `1.1.2_2507_iks`.

### 24 August 2022

**Block Storage for VPC add-on version 4.3.5_1563 is available.**

For more information, see version 4.3.5_1563

**IBM Cloud Object Storage plug-in version `2.1.21` is available.**

For more information, see the change log.

### 17 August 2022

**IBM Cloud Object Storage plug-in version `2.1.20` is available.**

For more information, see the change log.

**Cluster autoscaler add-on**

Versions `1.0.5_754` and `1.0.6_763` are available. See Cluster autoscaler add-on change log.

### 16 August 2022

**Worker node fix pack**

Kubernetes 1.21.14_1576, 1.22.12_1566, 1.23.9_1541 and 1.24.3_1533.

**Istio add-on**

Version 1.14.3 and 1.13.7 is available.

### 11 August 2022

**Dynamically provision IBM Cloud Object Storage buckets with quotas enabled**

Follow the tutorial to set up the IBM Cloud Object Storage plug-in to automatically set quotas on buckets that are provisioned with PVCs.

**Ingress ALB change log updates**

Updated the Ingress ALB change log for versions `1.2.1_2487_iks` and `1.1.2_2488_iks`.

### 5 August 2022

**CLI change log update**

The CLI change log is updated for version 1.0.433.

### 3 August 2022

On this page

November 2023
October 2023
September 2023
August 2023
July 2023
June 2023
May 2023
April 2023
March 2023
February 2023
January 2023
December 2022
November 2022
October 2022
September 2022
**August 2022**
↳ 31 August 2022
↳ 29 August 2022
↳ 26 August 2022
↳ 25 August 2022
↳ 24 August 2022
↳ 17 August 2022
↳ 16 August 2022
↳ 11 August 2022
↳ 5 August 2022
↳ 3 August 2022
↳ 2 August 2022
↳ 1 August 2022
July 2022
June 2022
May 2022

IBM Cloud    Catalog    Cost Estimator    Help    Cookie Preferences    Log in    Sign up

Product guide
**Kubernetes service**

Search guide

Kubernetes service

Your responsibilities with
using IBM Cloud
Kubernetes Service

Use cases

Learning paths

**Release notes**

Tutorials

Tutorials library for
Kubernetes Service

Setting up your first cluster
in your Virtual Private
Cloud (VPC)

How to

Planning your cluster
environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and
worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic
in Classic clusters

Controlling network traffic
in VPC clusters

Adding static routes to
worker nodes

Configuring the cluster DNS
provider

Setting up the cluster
autoscaler

Logging and monitoring

View as PDF

---

5 August 2022

CLI change log update

The CLI change log is updated for version 1.0.433.

3 August 2022

New! IBM Cloud File Storage for VPC CSI Driver (Beta)

You can now enable the IBM Cloud File Storage for VPC add-on in your clusters. For more
information, see Enabling the IBM Cloud File Storage for VPC add-on.

2 August 2022

Ingress ALB change log updates

Updated the Ingress ALB change log for versions `1.2.1_2426_iks` and `1.1.2_2411_iks`.

1 August 2022

Worker node fix pack

Kubernetes 1.21.14_1575, 1.22.12_1565, 1.23.9_1540 and 1.24.3_1532.

## July 2022

27 July 2022

IBM Cloud Object Storage plug-in version `2.1.19` is available.

For more information, see the change log.

26 July 2022

Master fix pack update

Kubernetes 1.24.3_1531, 1.23.9_1539, 1.22.12_1564, and 1.21.14_1574.

22 July 2022

Cluster autoscaler add-on

Version `1.1.0_729` is available. See Cluster autoscaler add-on change log.

19 July 2022

Ingress ALB change log updates

Updated the Ingress ALB change log for versions `1.1.2_2368_iks` and `1.2.1_2415_iks`.

Cluster autoscaler add-on

Version `1.0.5_728` is available. See Cluster autoscaler add-on change log.

18 July 2022

Block Storage for VPC add-on.

Version 4.3.4_1551 and Version 4.4.8_1550 are available.

Worker node fix pack

Kubernetes 1.21.14_1572, 1.22.11_1562, 1.23.8_1537 and 1.24.2_1529.

15 July 2022

CLI change log update

The CLI change log is updated for version 1.0.431.

Cluster autoscaler add-on

Versions `1.0.6_742` is available. See Cluster autoscaler add-on change log.

14 July 2022

Cross-account encryption

You can now set up cross-account encryption. Note that this feature is available for

---

On this page

November 2023

October 2023

September 2023

August 2023

July 2023

June 2023

May 2023

April 2023

March 2023

February 2023

January 2023

December 2022

November 2022

October 2022

September 2022

August 2022

↳ 31 August 2022

↳ 29 August 2022

↳ 26 August 2022

↳ 25 August 2022

↳ 24 August 2022

↳ 17 August 2022

↳ 16 August 2022

↳ 11 August 2022

↳ 5 August 2022

↳ 3 August 2022

↳ **2 August 2022**

↳ 1 August 2022

July 2022

June 2022

May 2022



Product guide
**Kubernetes service**

Search guide

Kubernetes service

Your responsibilities with using IBM Cloud Kubernetes Service

Use cases

Learning paths

**Release notes**

Tutorials

Tutorials library for Kubernetes Service

Setting up your first cluster in your Virtual Private Cloud (VPC)

How to

Planning your cluster environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic in Classic clusters

Controlling network traffic in VPC clusters

Adding static routes to worker nodes

Configuring the cluster DNS provider

Setting up the cluster autoscaler

Logging and monitoring

View as PDF

## 14 July 2022

### Cross-account encryption

You can now set up cross-account encryption. Note that this feature is available for allowlisted accounts only. For more information see, Encrypting the Kubernetes secrets by using a KMS provider.

### IBM Cloud Object Storage plug-in

Version `2.1.18` of the IBM Cloud Object Storage plug-in is available.

### Block Storage for VPC add-on.

Version 5.0.1-beta_1411 is available.

## 13 July 2022

### CLI change log update

The CLI change log is updated for version 1.0.430.

## 7 July 2022

### ALB OAuth Proxy add-on

Version 2.0.0_1187 of the ALB OAuth Proxy add-on is released.

## 5 July 2022

### Worker node fix pack

Kubernetes 1.21.14_1565, 1.22.11_1557, 1.23.8_1535 and 1.24.2_1527.

### Ingress ALB change log updates

Updated the Ingress ALB change log for version `1.1.2_2305_iks`. Version `0.49.3` is no longer supported.

## June 2022

## 30 June 2022

### Cluster autoscaler add-on

Versions `1.0.5_694` and `1.1.0_682` are available. See Cluster autoscaler add-on change log.

## 28 June 2022

### IBM Cloud Object Storage plug-in

Version `2.1.17` of the IBM Cloud Object Storage plug-in is available.

## 27 June 2022

### Block Storage for VPC

You can now set up the Block Storage for VPC add-on with Cloud Identity and Access Management trusted profiles.

## 24 June 2022

### Block Storage for VPC

You can now create snapshots of your PVCs by using version `5.0.0-beta` of the Block Storage for VPC add-on.

### Block Storage for VPC add-on.

Version 4.4.6_1446 is available.

## 22 June 2022

### New! Portworx Cloud Drive support

You can now dynamically provision storage for Portworx during installation by using Portworx Cloud Drives. For more information, see About Portworx.

On this page

December 2023
November 2023
October 2023
September 2023
August 2023
July 2023
June 2023
May 2023
April 2023
March 2023
February 2023
January 2023
December 2022
November 2022
October 2022
September 2022
August 2022
July 2022
↳ 27 July 2022
↳ 26 July 2022
↳ 22 July 2022
↳ 19 July 2022
↳ 18 July 2022
↳ 15 July 2022
↳ 14 July 2022
↳ 13 July 2022
↳ 7 July 2022
↳ 5 July 2022
June 2022
May 2022
April 2022





**Product guide**

**Kubernetes service**

Kubernetes service

Your responsibilities with using IBM Cloud Kubernetes Service

Use cases

Learning paths

**Release notes**

📄 **Tutorials**

Tutorials library for Kubernetes Service

Setting up your first cluster in your Virtual Private Cloud (VPC)

🔧 **How to**

Planning your cluster environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic in Classic clusters

Controlling network traffic in VPC clusters

Adding static routes to worker nodes

Configuring the cluster DNS provider

Setting up the cluster autoscaler

Logging and monitoring

📄 View as PDF

## 9 June 2022

### New! Kubernetes 1.24

You can create or update clusters to Kubernetes version 1.24. With Kubernetes 1.24, you get the latest stable enhancements from the Kubernetes community as well as enhancements to the IBM Cloud product.

### Deprecated and unsupported Kubernetes versions

With the release of Kubernetes 1.24, clusters that run version 1.21 are deprecated, with a tentative unsupported date of 31 Aug 2022. Update your cluster to at least version 1.22 as soon as possible.

## 7 June 2022

### CLI change log update

The CLI change log is updated for version 1.0.419.

## 6 June 2022

### Worker node fix pack

Kubernetes 1.20.15_1583, 1.22.10_1554, 1.23.7_1532.

## 3 June 2022

### Master fix pack update

Kubernetes 1.23.7_1531, 1.22.10_1553, 1.21.13_1561, and 1.20.15_1582.

## 1 June 2022

### Istio add-on

Version 1.13.4 is available.

## **May 2022**

## 26 May 2022

### CLI change log update

The CLI change log is updated for version 1.0.415.

## 25 May 2022

### IBM Cloud Object Storage plug-in

Version 2.1.16 of the IBM Cloud Object Storage plug-in is available.

### Block Storage for VPC add-on.

Version 4.3.0_1163 is available.

### Block Storage for VPC add-on.

Version 4.2.6_1161 is available.

## 20 May 2022

### Worker node fix pack

Kubernetes 1.20.15_1581, 1.21.12_1560, 1.22.9_1552, 1.23.6_1530.

## 19 May 2022

### Istio add-on

Version 1.12.7 is available.

### Ingress ALB change log updates

Updated the Ingress ALB change log for versions `1.2.0_2251_iks`, `1.1.2_2252_iks`, and `0.49.3_2253_iks`.

## 16 May 2022

**On this page**

November 2023
October 2023
September 2023
August 2023
July 2023
June 2023
May 2023
April 2023
March 2023
February 2023
January 2023
December 2022
November 2022
October 2022
September 2022
August 2022
July 2022
June 2022
↳ 30 June 2022
↳ 28 June 2022
↳ 27 June 2022
↳ 24 June 2022
↳ 22 June 2022
↳ 21 June 2022
↳ 20 June 2022
↳ 17 June 2022
↳ 16 June 2022
↳ 15 June 2022
↳ 13 June 2022
↳ 10 June 2022
↳ **9 June 2022**

IBM Cloud · Catalog · Cost Estimator · Help · Cookie Preferences · Log in · Sign up

Product guide
**Kubernetes service**

Search guide

Kubernetes service

Your responsibilities with using IBM Cloud Kubernetes Service

Use cases

Learning paths

**Release notes**

Tutorials

Tutorials library for Kubernetes Service

Setting up your first cluster in your Virtual Private Cloud (VPC)

How to

Planning your cluster environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic in Classic clusters

Controlling network traffic in VPC clusters

Adding static routes to worker nodes

Configuring the cluster DNS provider

Setting up the cluster autoscaler

Logging and monitoring

View as PDF

---

Updated the Ingress ALB change log for versions `1.2.0_2251_iks`, `1.1.2_2252_iks`, and `0.49.3_2253_iks`.

## 16 May 2022

### Cluster autoscaler add-on

Versions `1.0.5_628` and `1.1.0_615` are available. See Cluster autoscaler add-on change log.

### ALB OAuth Proxy add-on

Version 1.0.0 is no longer supported. For more information, see the change log.

## 12 May 2022

### Block Storage for VPC add-on.

Version 4.2.5_1106 is available.

## 9 May 2022

### Worker node fix pack

Kubernetes 1.20.15_1580, 1.21.12_1559, 1.22.9_1551, 1.23.6_1529.

## 6 May 2022

### IBM Cloud Object Storage plug-in

Version `2.1.15` of the IBM Cloud Object Storage plug-in is available.

## 4 May 2022

### ALB OAuth Proxy add-on

Version 2.0.0_1064 of the ALB OAuth Proxy add-on is released. Ingress ALB change log updates
Updated the Ingress ALB change log for versions `1.2.0_2147_iks`, `1.1.2_2146_iks`, and `0.49.3_2145_iks`.

## 3 May 2022

### Istio add-on

Version 1.13.3 is available.

# April 2022

## 28 April 2022

### CLI change log update

The CLI change log is updated for version 1.0.404.

### Cluster security groups

You can now specify up to five security groups to attach to workers when you create a VPC cluster. For more information, see Adding VPC security groups to clusters and worker pools during create time.

## 26 April 2022

### Ingress ALB change log updates

Updated the Ingress ALB change log for version `1.2.0_2131_iks`. Version `1.1.1` is no longer available.

### CLI change log update

The CLI change log is updated for version 1.0.403.

## 25 April 2022

### Worker node fix pack

Kubernetes 1.23.6_1528, 1.22.9_1550, 1.21.12_1558, 1.20.15_1579.

---

On this page

December 2023
November 2023
October 2023
September 2023
August 2023
July 2023
June 2023
May 2023
April 2023
March 2023
February 2023
January 2023
December 2022
November 2022
October 2022
September 2022
August 2022
July 2022
June 2022
May 2022
↳ 26 May 2022
↳ 25 May 2022
↳ 20 May 2022
↳ 19 May 2022
↳ 16 May 2022
↳ 12 May 2022
↳ 9 May 2022
↳ 6 May 2022
↳ 4 May 2022
↳ 3 May 2022
April 2022



Product guide
**Kubernetes service**

Search guide

Kubernetes service

Your responsibilities with using IBM Cloud Kubernetes Service

Use cases

Learning paths

**Release notes**

Tutorials

Tutorials library for Kubernetes Service

Setting up your first cluster in your Virtual Private Cloud (VPC)

How to

Planning your cluster environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic in Classic clusters

Controlling network traffic in VPC clusters

Adding static routes to worker nodes

Configuring the cluster DNS provider

Setting up the cluster autoscaler

Logging and monitoring

View as PDF

### 25 April 2022

**Worker node fix pack**

Kubernetes 1.23.6_1528, 1.22.9_1550, 1.21.12_1558, 1.20.15_1579.

### 21 April 2022

**Ingress ALB change log updates**

Updated the Ingress ALB change log for versions `1.1.2_2121_iks`, `1.1.1_2119_iks`, and `0.49.3_2120_iks`.

### 19 April 2022

**Istio add-on**

Version `1.12.6` is available.

### 13 April 2022

**IBM Cloud Object Storage plug-in**

Version `2.1.14` of the IBM Cloud Object Storage plug-in is available.

### 12 April 2022

**Create and manage dedicated hosts in VPC Gen 2.**

You can now create clusters on dedicated hosts in VPC Gen 2. Note that support for dedicated hosts is available only for allowlisted accounts. For more information, see Creating and managing dedicated hosts.

### 11 April 2022

**New! IBM Cloud® Secrets Manager**

With the deprecation of IBM Cloud® Certificate Manager, you can now manage certificates and secrets with IBM Cloud® Secrets Manager. You can integrate your own Secrets Manager instances with your Kubernetes clusters. Secrets Manager instances can be used across multiple clusters, and a single cluster can have more than one instance.

**Block Storage for VPC add-on.**

Version 4.2.3_983 is available.

**Worker node fix pack**

Kubernetes 1.23.5_1526, 1.22.8_1548, 1.21.11_1556, 1.20.15_1577.

### 7 April 2022

**IBM Cloud Kubernetes Service clusters in Mexico City (MEX01) are deprecated and become unsupported later this year.**

To prevent any interruption of service, redeploy your cluster workloads to a supported data center and remove your MEX01 clusters by 31 October 2022. Clusters remaining in these data centers after 31 October 2022 will be removed. You cannot create clusters in this location after 07 May 2022. For more information about data center closures and recommended data centers, see Data center consolidations.

**Ingress ALB change log updates**

Updated the Ingress ALB change log for versions `1.1.2_2084_iks`, `1.1.1_2085_iks`, and `0.49.3_2083_iks`.

**CLI change log update**

The CLI change log is updated for version 1.0.394.

### 6 April 2022

**Master fix pack update**

Kubernetes 1.23.5_1525, 1.22.8_1547, 1.21.11_1555, and 1.20.15_1576.

On this page

December 2023

November 2023

October 2023

September 2023

August 2023

July 2023

June 2023

May 2023

April 2023

March 2023

February 2023

January 2023

December 2022

November 2022

October 2022

September 2022

August 2022

July 2022

June 2022

May 2022

April 2022

↳ 28 April 2022

↳ 26 April 2022

↳ 25 April 2022

↳ 21 April 2022

↳ 19 April 2022

↳ 13 April 2022

↳ 12 April 2022

↳ 11 April 2022

↳ 7 April 2022

↳ 6 April 2022



**IBM Cloud**

Catalog   Cost Estimator   Help   Cookie Preferences   Log in   Sign up

Product guide
**Kubernetes service**

Search guide

Kubernetes service

Your responsibilities with
using IBM Cloud
Kubernetes Service

Use cases

Learning paths

**Release notes**

**Tutorials**

Tutorials library for
Kubernetes Service

Setting up your first cluster
in your Virtual Private
Cloud (VPC)

**How to**

Planning your cluster
environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and
worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic
in Classic clusters

Controlling network traffic
in VPC clusters

Adding static routes to
worker nodes

Configuring the cluster DNS
provider

Setting up the cluster
autoscaler

Logging and monitoring

View as PDF

## Master fix pack update

Kubernetes 1.23.5_1525, 1.22.8_1547, 1.21.11_1555, and 1.20.15_1576.

## Help improve the docs

Something not quite right? Contribute in GitHub

Open doc issue

Edit topic

On this page

December 2023

November 2023

October 2023

September 2023

August 2023

July 2023

June 2023

May 2023

April 2023

March 2023

February 2023

January 2023

December 2022

November 2022

October 2022

September 2022

August 2022

July 2022

June 2022

May 2022

April 2022

↳ 28 April 2022

↳ 26 April 2022

↳ 25 April 2022

↳ 21 April 2022

↳ 19 April 2022

↳ 13 April 2022

↳ 12 April 2022

↳ 11 April 2022

↳ 7 April 2022

↳ **6 April 2022**

Kubernetes 1.23.5_1526, 1.22.8_1547, 1.21.11_1582, and 1.20.15_1576.



## Help improve the docs

Something not quite right? Contribute in GitHub

| Open doc issue | Edit topic |

On this page

December 2023

November 2023

October 2023

September 2023

August 2023

July 2023

June 2023

May 2023

April 2023

March 2023

February 2023

January 2023

December 2022

November 2022

October 2022

September 2022

August 2022

July 2022

June 2022

May 2022

April 2022

↳ 28 April 2022

↳ 26 April 2022

↳ 25 April 2022

↳ 21 April 2022

↳ 19 April 2022

↳ 13 April 2022

↳ 12 April 2022

↳ 11 April 2022

↳ 7 April 2022

↳ **6 April 2022**

Product guide
**Kubernetes service**

Search guide

Kubernetes Service

Your responsibilities with
using IBM Cloud
Kubernetes Service

Use cases

Learning paths

**Release notes**

Tutorials

Tutorials library for
Kubernetes Service

Setting up your first cluster
in your Virtual Private
Cloud (VPC)

How to

Planning your cluster
environment

Preparing your account

Installing the CLI

Setting up the API

Creating clusters

Accessing clusters

Adding worker nodes

Managing the cluster and
worker node lifecycle

Setting up encryption

Enhancing security

Managing access control

Securing cluster workloads

Controlling network traffic
in Classic clusters

Controlling network traffic
in VPC clusters

Adding static routes to
worker nodes

Configuring the cluster DNS
provider

Setting up the cluster
autoscaler

Logging and monitoring

View as PDF