# EXHIBIT 21



# Modernize Your Applications The Easy Way

## VirtaMove V-Migrate

Move your applications onto modern environments with Virtamoves' V-Migrate. As a core migration tool of our Migration Intelligence Suite, V-Migrate allows you to shift your priority IT applications onto updated servers — without costly redevelopments or downtimes to critical business operations.

V-migrate allows you to transfer your apps with our patented, containerization technology. Shift segments from your source server in portable moving containers, reducing wait states and preventing over-provisioning on destination servers. Move servers upfront without having to provision the entire destination workload, averting any service interruptions. V-migrate also uses logical groupings that let you complete your modernization in days — not months — and at a scale. The entire process is automated, so yourmigration process occurs with less original scripts and labour-intense configurations, further saving time and expense.

Once your apps have seamlessly moved to the new and updated server, you can utilize modern DevOps orchestration tools to consolidate and optimize your resources, giving you greater scalability and service flexibility. Enjoy increased business performance with less operational cost.

## Solution Highlights

 Complete a migration faster and at less cost

 Shift your applications with no service downtimes and at scale

 Modernize your apps without an expensive redevelopment project

 Reduce lengthy manual reconfiguration with automated migration

 Eliminate the security risk and noncompliance associated with unsupported apps.



*"VirtaMove facilitates fast, efficient migration of our Windows production applications onto our new environment, and we are very pleased with the results"*

– Robert Mattie
Director of Hosting Solutions, GSK

VirtaMove    www.virtamove.com    sales@virtamove.com    1-866-444-6670

VM_IBM_0000427

# Application Migration Process



Old Server → Capture App As Is State → Staging Container on Modern Server → Verify State → Apply App State to New Server, VM, Cloud or Windows Docker Container

## Accelerate and simplify your IT modernization journey - Get Started



VirtaMove software moves legacy server applications to new cloud or datacenter servers in a fraction of the time and cost associated with traditional migration methods. Install scripts and source code not required. Encapsulating Windows Server and Linux applications in VM/OS-free moving containers, VirtaMove's patented software provides an automated, stateful re-install of most complex server applications. VirtaMove allows you to modernize your infrastructure, moving from an old, unsupported OS to a newer one with automation – modernize and move forward to a new datacenter server or cloud in one step. Reach out to us at sales@virtamove.com to check out our website www.virtamove.com to learn more.

### Get in Touch

Canada:
1 Hines Road Suite 204
Kanata, ON K2K 3C7

United States:
300 Brickstone Square, Suite 201
Andover, MA 01810

Email:
Sales: sales@virtamove.com

Phone:
1-866-444-6670

www.virtamove.com