# EXHIBIT 28




# VirtaMove Announces Beta Version V-Migrate for Linux Container Migrations

by VIRTAMOVE CORP. | January 15, 2020

Toronto, Canada, January 15, 2020 — VirtaMove is delighted to announce that Migration Intelligence Suite now supports Linux container migrations.

The new release of VirtaMove's award-winning application migration product V-Migrate for Linux now moves legacy Red Hat and other Linux application infrastructure forward with a stateful re-install of applications into a container. You can now easily move legacy applications from Red Hat Enterprise Linux RHEL 5 and 6 to new Linux Docker containers on modern Linux releases and even run those containers on Microsoft Windows Server 2019. V-Migrate for Linux software automatically moves Linux-based applications from older to newer operating systems, on modern in-house servers or on hybrid or public cloud environments, including Microsoft Azure and Amazon AWS clouds. RHEL 6 reaches End of Maintenance Support 2 on November 30, 2020. On January 14, 2020, Microsoft ended all support for Windows Server 2008 R2.

View a demo of V-Migrate for Linux here.

If you're moving legacy Linux applications to Linux containers on modern releases, you can get there in one step – no need to first upgrade Linux releases on a server. Where needed, software versions can be upgraded during migration. Stateful Linux legacy re-installs into containers do not require install scripts or source code.

Modernizing and moving legacy Linux apps lets you leverage modern release features and functionality. Moving to modern supported servers avoids security and noncompliance risks

VM_IBM_0001915

associated with running on an unsupported platform.

Says VirtaMove CEO Nigel Stokes, "V-Migrate for Linux is an exciting new offering for VirtaMove. Given the pending EOS dates on RHEL 5 & 6, customers have shown great interest in moving legacy Linux applications forward. VirtaMove revenues more than doubled in 2019 and we achieved profitability. VirtaMove was also awarded important new OS upleveling patents." Moving forward, Stokes believes that "V-Migrate for Linux will complement the significant market traction we have built using V-Migrate for legacy Windows applications. V-Migrate for Linux unlocks new features of modern Linux distributions and releases and lets you also run those containers on Windows Servers. Over the next decade, millions of legacy Linux applications will be containerized and modernized. VirtaMove is dedicated to the timely support of new Linux and Microsoft operating system releases."

Red Hat, Red Hat Enterprise Linux, the Red Hat logo are trademarks or registered trademarks of Red Hat, Inc. or its subsidiaries in the U.S. and other countries. Linux® is the registered trademark of Linus Torvalds in the U.S. and other countries. IBM®, the IBM logo, and ibm.com® are trademarks or registered trademarks of International Business Machines Corporation in the United States, other countries, or both. Azure is a registered trademark of Microsoft Corporation in the United States and/or other countries. Docker and the Docker logo are trademarks or registered trademarks of Docker, Inc. in the United States and/or other countries. Amazon Web Services, the "Powered by AWS" logo, [and name any other AWS Marks used in such materials] are trademarks of Amazon.com, Inc. or its affiliates in the United States and/or other countries."

About VirtaMove
VirtaMove software provides a fast, flexible way to move server applications to new cloud or datacenter servers, without install scripts or source code. Encapsulating Windows and Linux applications in VM/OS-free moving containers, VirtaMove's patented software provides a stateful re-install of most complex server applications and moves them with ease. VirtaMove allows you to modernize your infrastructure, moving from an old OS to a newer one with automation – modernize and move forward to a new datacenter server or cloud in one step. For more information, visit https://virtamove.com and follow us on Twitter @VirtaMove. Move Forward!

**MIGRATION SOFTWARE ›**

V-Maestro ›

V-Migrate ›

**SOLUTIONS ›**

Application Discovery ›

Migration Strategy ›

App Repackaging and Migration ›

App Refactoring and Modernization ›

Data Center Consolidation ›

Cloud Onboarding ›

**ABOUT US ›**

Resource Center ›

Case Studies ›

News ›

Partners ›

VM_IBM_0001917



VM_IBM_0001918