# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| Defendant. | § | |
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT AND NO INDUCED INFRINGEMENT

Before the Court is Defendant International Business Machines Corp.'s ("IBM") Motion For Summary Judgment of No Willful Infringement and No Induced Infringement.

Upon consideration and for good cause shown, the Court **GRANTS** the Defendant's Motion and enters summary judgment that there is no pre-suit willful infringement and that there is no induced infringement.

**IT IS SO ORDERED.**