# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | Case No. 2:24-cv-00093-JRG-RSP <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | Case No. 2:24-CV-00064-JRG-RSP <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

Plaintiff VirtaMove ("Plaintiff") and Defendant International Business Machines Corp. ("Defendant") (altogether the "parties") hereby jointly move for a three (3) day extension of time for Plaintiff to respond to Defendant's Motion to Dismiss (Dkt. 229). Plaintiff's deadline to respond to Defendant's Motion is currently August 11, 2025. With this three-day extension, the deadline would be August 14, 2025.[1]

---

[1] Defendant's response will be due seven days after the proposed extended deadline of August 14, 2025, which is August 21, 2025.

1

This extension is necessary to ensure adequate time for Plaintiff to prepare its briefing. In particular, the attorney responsible for the issues raised in Defendant's Motion recently welcomed the birth of a first child. There have been no other extension requests related to Defendant's Motion.

Counsel for the parties have conferred and all parties agree to this request, which is supported by good cause as set forth above. Accordingly, the parties request that the Court grant the motion and enter the attached proposed Order.

Dated: August 6, 2025						Respectfully submitted,

						*/s/ Christian W. Conkle*

						Reza Mirzaie (CA SBN 246953)
						rmirzaie@raklaw.com
						Marc A. Fenster (CA SBN 181067)
						mfenster@raklaw.com
						Neil A. Rubin (CA SBN 250761)
						nrubin@raklaw.com
						Christian W. Conkle (CA SBN 306374)
						cconkle@raklaw.com
						Jonathan Ma (CA SBN 312773)
						jma@raklaw.com
						Daniel Kolko (CA SBN 341680)
						dkolko@raklaw.com
						Mackenzie Paladino (NY SBN 6039366)
						mpaladino@raklaw.com
						Jefferson Cummings (DC SBN 90027452)
						jcummings@raklaw.com

						**RUSS AUGUST & KABAT**
						12424 Wilshire Boulevard, 12th Floor
						Los Angeles, CA 90025
						Telephone: (310) 826-7474

						Qi (Peter) Tong (TX SBN 24119042)
						ptong@raklaw.com

						**RUSS AUGUST & KABAT**
						8080 N. Central Expy., Suite 1503

Dallas, TX 75206
*Attorneys for Plaintiff VirtaMove, Corp.*

*/s/ Yimeng Dou*

Todd M. Friedman (admitted *pro hac vice*)
NY State Bar No. 2939429
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: todd.friedman@kirkland.com

Brandon H. Brown
CA State Bar No. 266347
Kyle Calhoun (admitted *pro hac vice*)
CA State Bar No. 311181
Nate Ngerebara (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: brandon.brown@kirkland.com
Email: kyle.calhoun@kirkland.com
Email: nate.ngerebara@kirkland.com

Yimeng Dou
State Bar No. 285248
Andrew Morrill (pro hac vice)
KIRKLAND & ELLIS LLP
695 Town Center Dr.
Costa Mesa, CA 92626
Telephone: (714) 982-8822
yimeng.dou@kirkland.com
drew.morrill@kirkland.com

*Of Counsel*:

Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604

(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Defendant*
*International Business Machines Corp.*

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiff conferred with counsel for Defendant, and this is a joint motion.

                                                      */s/ Christian W. Conkle*

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via CM/ECF on August 6, 2025.

                                                      */s/ Christian W. Conkle*