# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>  Plaintiff,<br><br>  v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>  Defendant. | Case No. 2:24-cv-00093-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP.,<br><br>  Plaintiff,<br><br>  v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>  Defendant. | Case No. 2:24-CV-00064-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

On this date, the Court considered the Joint Motion for Extension of Time to Respond to Motion to Dismiss filed by Plaintiff VirtaMove Corp. ("Plaintiff" or "VirtaMove") and Defendant International Business Machines Corp. ("Defendant") (collectively "the parties"). Based on the motion and the grounds set forth therein, the Court finds that good cause has been established and the Joint Motion for Extension of Time to Respond to Motion to Dismiss should be **GRANTED**.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's deadline to respond to Defendant's Motion to Dismiss (Dkt. 229) is August 14, 2025. Defendant's deadline to file its Reply in support of the Motion is now due August 21, 2025.

**IT IS SO ORDERED.**