# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., <br> *Plaintiff*, <br> v. <br> HEWLETT PACKARD ENTERPRISE COMPANY, <br> *Defendant*. | § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00093-JRG <br> (LEAD CASE) |
| VIRTAMOVE, CORP., <br> *Plaintiff*, <br> v. <br> INTERNATIONAL BUSINESS MACHINES CORP., <br> *Defendant*. | § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00064-JRG <br> (MEMBER CASE) |

## ORDER

Before the Court is the Joint Motion for Extension of Time to Respond to Motion to Dismiss (the "Motion") filed by Plaintiff VirtaMove, Corp. ("VirtaMove") and Defendant International Business Machines Corp. ("IBM") (collectively, the "Parties"). (Dkt. No. 252.) In the Motion, the Parties move the Court for leave to extend VirtaMove's August 11, 2025 deadline to respond to IBM's Motion to Dismiss (Dkt. No. 229) by three days, up to and including August 14, 2025. (*Id.* at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for VirtaMove to respond to IBM's Motion to Dismiss is **extended** up to and including **August 14, 2025**.

**So ORDERED and SIGNED this 8th day of August, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE