# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| Defendant. | § | |
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| Defendant. | § | |

**DECLARATION OF ANDREW MORRILL IN SUPPORT OF INTERNATIONAL BUSINESS MACHINES CORP.'S OPPOSITION TO VIRTAMOVE'S MOTION TO STRIKE OPINIONS OF JAMES E. MALACKOWSKI**

1

I, Andrew Morrill, hereby declare:

1. I am a partner at the law firm of Kirkland & Ellis LLP, counsel for Defendant and Counter-Plaintiff International Business Machines Corp. ("IBM") in the above-styled matter. I am a member of the Bar of the State of California, and am admitted to practice pro hac vice before this Court. I provide this declaration in support of IBM's Opposition to VirtaMove's Motion to Strike Opinions of James E. Malackowski. I have personal knowledge of the information set forth herein, and I could and would competently testify thereto if called as a witness.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from James Malackowski's July 14, 2025 Rebuttal Expert Report on Damages.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from James Malackowski's June 23, 2025 Opening Expert Report on Damages.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from IBM's Second Set of Interrogatories (Nos. 26-39).

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from Dr. Stephen Wicker's July 18, 2025 Deposition Transcript.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from Dr. Wicker's June 23, 2025 Counterclaim Opening Expert Report Regarding U.S. Patent Nos. 8,943,500, 9,697,038, 9,722,858, and 10,606,634.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from James Malackowski's July 16, 2025 Deposition Transcript.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from IBM's June 4, 2025 Corrected Supplemental Objections and Responses to VirtaMove's Interrogatories

2

(Nos. 1, 2, 5, 6, 8, 9, 10, 11, 12, 13, 19, and 21) and Objections and Responses to Plaintiff's Sixth Set of Interrogatories (No. 22).

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from Michael Brown's May 22, 2025 Deposition Transcript.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from Amit Paradkar's May 27, 2025 Deposition Transcript.

11. My firm has applied highlighting to **Exhibits 1-2, 4, and 6** consistent with the guidance in Local Rule CV-7(b).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of August, 2025 in Costa Mesa, California.

*/s/ Andrew Morrill*
Andrew Morrill

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on August 11, 2025.

                                              */s/ Todd M. Friedman*
                                              Todd M. Friedman