# EXHIBIT 4

```
1                UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF TEXAS

3                      MARSHALL DIVISION

4    _____
     VIRTAMOVE, CORP.,        )
5            Plaintiff,       ) Case No.:
     vs.                      ) 2:24-CV-00093-JRG-RSP
6    HEWLETT PACKARD          ) (Lead Case)
     ENTERPRISE COMPANY,      )
7            Defendants.      )
     _____ )
8    VIRTAMOVE, CORP.,        )
             Plaintiff,       ) Case No.:
9    vs.                      ) 2:24-CV-00064-JRG-RSP
     INTERNATIONAL BUSINESS   ) (Member Case)
10   MACHINE CORP.,           )
             Defendants.      )
11   _____ )

12

13                  HIGHLY CONFIDENTIAL

14         DEPOSITION OF DR. STEPHEN B. WICKER

15                      (Volume 2)

16                 FRIDAY, JULY 18, 2025

17              REMOTE VIDEO TELECONFERENCE

18                     6:37 a.m. PDT

19                          to

20                     1:24 p.m. PDT

21

22

23   Stenographically Reported by:
     Burgundy B. Ryan, RPR,
24   CSR No. 11373
     Job No. 592920
25   Pages 102-230
```

HIGHLY CONFIDENTIAL
Transcript of Dr. Stephen Wicker, Volume II
Conducted on July 18, 2025                                          223

| | | |
|---|---|---|
| 1 | A.   No.  Again, I can't name a specific person. | 13:13:16 |
| 2 | Q.   Are you aware of -- strike that. | 13:13:30 |
| 3 | Are you able to name any individual at IBM | 13:13:36 |
| 4 | that told VirtaMove or AppZero about any IBM patent? | 13:13:39 |
| 5 | A.   No.  Again, I can't name a specific | 13:13:46 |
| 6 | individual.  But, again, I'll reference our earlier | 13:13:49 |
| 7 | discussion about groups working together and | 13:13:51 |
| 8 | becoming aware of each other's intellectual | 13:13:54 |
| 9 | property. | 13:13:57 |
| 10 | Q.   Okay.  And it's your opinion that under | 13:13:57 |
| 11 | your own theory, IBM -- strike that. | 13:14:01 |
| 12 | It's your opinion that under your own | 13:14:08 |
| 13 | theory, VirtaMove would not have been aware of any | 13:14:10 |
| 14 | specific patents solely based off of working | 13:14:15 |
| 15 | together with IBM; correct? | 13:14:19 |
| 16 | MR. GREMILLION:  Objection.  Form. | 13:14:22 |
| 17 | THE WITNESS:  No.  I don't agree with that. | 13:14:27 |
| 18 | By MR. MILKEY: | 13:14:34 |
| 19 | Q.   Is it your opinion that VirtaMove would | 13:14:34 |
| 20 | have been aware of the asserted IBM patents solely | 13:14:37 |
| 21 | based off of working together with IBM? | 13:14:40 |
| 22 | A.   Well, they certainly could have.  It is a | 13:14:43 |
| 23 | common practice as we've discussed. | 13:14:46 |
| 24 | Q.   You don't offer any opinion that VirtaMove | 13:14:55 |
| 25 | actually was aware of the asserted IBM patents based | 13:14:57 |

HIGHLY CONFIDENTIAL
Transcript of Dr. Stephen Wicker, Volume II
Conducted on July 18, 2025                                              224

| | | |
|---|---|---|
| 1 | off of VirtaMove's work with IBM; correct? | 13:15:01 |
| 2 | A.  That's correct.  I can't say that | 13:15:08 |
| 3 | definitively. | 13:15:09 |
| 4 | MR. MILKEY:  All right.  I will pass the | 13:15:48 |
| 5 | witness. | 13:15:49 |
| 6 | MR. GREMILLION:  Thank you. | 13:15:50 |
| 7 | EXAMINATION | 13:15:51 |
| 8 | By MR. GREMILLION: | 13:15:51 |
| 9 | Q.  Dr. Wicker, I just have a couple of | 13:15:51 |
| 10 | questions for you. | 13:15:53 |
| 11 | Yesterday, do you recall counsel asked you | 13:15:56 |
| 12 | about your infringement analysis in this case? | 13:15:57 |
| 13 | A.  Yes. | 13:16:01 |
| 14 | Q.  And do you recall counsel specifically | 13:16:04 |
| 15 | asked you about the V-Migrate and V-Maestro | 13:16:07 |
| 16 | products? | 13:16:11 |
| 17 | A.  That's correct.  Yes, he did. | 13:16:12 |
| 18 | Q.  Can you please explain what source code | 13:16:16 |
| 19 | analysis you performed regarding the V-Migrate | 13:16:19 |
| 20 | product? | 13:16:22 |
| 21 | A.  Certainly. | 13:16:23 |
| 22 | MR. MILKEY:  Objection to form. | 13:16:24 |
| 23 | THE WITNESS:  What I did was I ==compared== | 13:16:25 |
| 24 | ==the -- the V-Migrate software to the OIM patents.== | 13:16:27 |
| 25 | It went limitation by limitation and ==pointed out== | 13:16:34 |

HIGHLY CONFIDENTIAL

Transcript of Dr. Stephen Wicker, Volume II
Conducted on July 18, 2025                              225

| | | |
|---|---|---|
| 1 | where in the software the individual limitations | 13:16:36 |
| 2 | were implicated. | 13:16:40 |
| 3 | By MR. GREMILLION: | 13:16:44 |
| 4 |     Q.   And that V-Migrate source code analysis was | 13:16:44 |
| 5 | for each limitation of the OIM patents? | 13:16:47 |
| 6 |     A.   Exactly.  Yes. | 13:16:51 |
| 7 |     MR. MILKEY:  Objection.  Leading. | 13:16:53 |
| 8 | By MR. GREMILLION: | 13:17:02 |
| 9 |     Q.   For your analysis of the OIM patents, did | 13:17:02 |
| 10 | you analyze V-Maestro source code? | 13:17:07 |
| 11 |     MR. MILKEY:  Objection to form. | 13:17:10 |
| 12 |     THE WITNESS:  Yes, I did. | 13:17:11 |
| 13 | By MR. GREMILLION: | 13:17:12 |
| 14 |     Q.   Can you explain what you did there? | 13:17:12 |
| 15 |     MR. MILKEY:  Objection.  Form. | 13:17:14 |
| 16 |     THE WITNESS:  Yeah.  I was focused on | 13:17:15 |
| 17 | the -- the user interface.  And I did comparisons of | 13:17:18 |
| 18 | that software to the fourth patent.  Not the OIMs | 13:17:22 |
| 19 | but the -- the other patent. | 13:17:25 |
| 20 | By MR. GREMILLION: | 13:17:27 |
| 21 |     Q.   Which patent is that? | 13:17:27 |
| 22 |     A.   I'm sorry.  There's been too many patent | 13:17:30 |
| 23 | numbers.  The fourth patent, the non-OIM patent. | 13:17:33 |
| 24 |     Q.   Are you referring to the '858 patent? | 13:17:37 |
| 25 |     A.   Yes, I am. | 13:17:39 |

HIGHLY CONFIDENTIAL
Transcript of Dr. Stephen Wicker, Volume II
Conducted on July 18, 2025                    226

| | | |
|---|---|---|
| 1 | Q.   So for the '858 patent you analyzed | 13:17:40 |
| 2 | V-Maestro source code; is that correct? | 13:17:44 |
| 3 | A.   That's correct. | 13:17:46 |
| 4 |      MR. MILKEY:  Objection.  Leading.  Form. | 13:17:47 |
| 5 | By MR. GREMILLION: | 13:17:51 |
| 6 | Q.   Based on your understanding of V-Migrate | 13:17:51 |
| 7 | and V-Maestro, what are the differences between the | 13:17:53 |
| 8 | two products? | 13:17:56 |
| 9 | A.   Okay.  So V-Maestro includes the | 13:17:58 |
| 10 | functionality of V-Migrate.  But V-Migrate is a -- a | 13:18:01 |
| 11 | separate migration process. | 13:18:05 |
| 12 | Q.   And what is V-Maestro used for? | 13:18:09 |
| 13 | A.   It's actually used -- it's a -- a user | 13:18:11 |
| 14 | interface product. | 13:18:15 |
| 15 | Q.   To switch topics a little bit.  Can you | 13:18:20 |
| 16 | open Exhibit 11 to paragraph 1172 and let me know | 13:18:23 |
| 17 | when you're there. | 13:18:31 |
| 18 | A.   It's right there.  Yes. | 13:18:33 |
| 19 | Q.   Okay.  And do you recall that counsel | 13:18:34 |
| 20 | earlier today asked you questions about free and | 13:18:36 |
| 21 | malloc? | 13:18:39 |
| 22 | A.   Yes.  I do recall that. | 13:18:40 |
| 23 | Q.   He asked you if you believed free and | 13:18:43 |
| 24 | malloc were functional replicas of kfree and | 13:18:45 |
| 25 | kmalloc? | 13:18:49 |

HIGHLY CONFIDENTIAL
Transcript of Dr. Stephen Wicker, Volume II
Conducted on July 18, 2025                                            230

```
1              CERTIFICATE OF STENOGRAPHIC REPORTER
2
3         I, BURGUNDY B. RYAN, a Certified Shorthand
4    Reporter, hereby certify that the witness in the
5    foregoing deposition,
6              DR. STEPHEN B. WICKER,
7    was by me duly sworn to tell the truth, the whole
8    truth, and nothing but the truth, in the
9    within-entitled cause; that said deposition was
10   taken at the time and place therein named; that the
11   testimony of said witness was stenographically
12   reported by me, a disinterested person, and was
13   thereafter transcribed into typewriting.
14             I further certify that I am not of counsel
15   or attorney for either or any of the parties to said
16   deposition, nor in any way interested in the outcome
17   of the cause named in said caption.
18
19             DATED:  Sunday, July 20, 2025.
20
21
22   _____
23   Burgundy B. Ryan, CSR No. 11373, RPR
24
25
```