# EXHIBIT 6

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

EPAS ID: PAT7517088

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| OPEN INVENTION NETWORK LLC | 08/31/2022 |

### RECEIVING PARTY DATA

| Name: | INTERNATIONAL BUSINESS MACHINES CORPORATION |
|---|---|
| Street Address: | NEW ORCHARD ROAD |
| City: | ARMONK |
| State/Country: | NEW YORK |
| Postal Code: | 10504 |

### PROPERTY NUMBERS Total: 129

| Property Type | Number |
|---|---|
| Patent Number: | 7072823 |
| Patent Number: | 7895164 |
| Patent Number: | 8082468 |
| Patent Number: | 8341631 |
| Patent Number: | 8473707 |
| Patent Number: | 8489921 |
| Patent Number: | 8527809 |
| Patent Number: | 8539488 |
| Patent Number: | 8555360 |
| Patent Number: | 8612802 |
| Patent Number: | 8645240 |
| Patent Number: | 8775871 |
| Patent Number: | 8791899 |
| Patent Number: | 8799119 |
| Patent Number: | 8818886 |
| Patent Number: | 8825643 |
| Patent Number: | 8832405 |
| Patent Number: | 8898167 |
| Patent Number: | 8904004 |
| Patent Number: | 8943500 |

| Property Type | Number |
|---|---|
| Patent Number: | 8943501 |
| Patent Number: | 9030412 |
| Patent Number: | 9053193 |
| Patent Number: | 9058599 |
| Patent Number: | 9058600 |
| Patent Number: | 9092331 |
| Patent Number: | 9094813 |
| Patent Number: | 9122714 |
| Patent Number: | 9170930 |
| Patent Number: | 9251004 |
| Patent Number: | 9253184 |
| Patent Number: | 9304601 |
| Patent Number: | 9336045 |
| Patent Number: | 9367330 |
| Patent Number: | 9369358 |
| Patent Number: | 9384347 |
| Patent Number: | 9389959 |
| Patent Number: | 9483144 |
| Patent Number: | 9495128 |
| Patent Number: | 9547542 |
| Patent Number: | 9563883 |
| Patent Number: | 9576308 |
| Patent Number: | 9588687 |
| Patent Number: | 9594480 |
| Patent Number: | 9632588 |
| Patent Number: | 9684411 |
| Patent Number: | 9697038 |
| Patent Number: | 9710798 |
| Patent Number: | 9830095 |
| Patent Number: | 9832232 |
| Patent Number: | 9836143 |
| Patent Number: | 9933962 |
| Patent Number: | 9971607 |
| Patent Number: | 9996399 |
| Patent Number: | 10031796 |
| Patent Number: | 10031818 |
| Patent Number: | 10095327 |
| Patent Number: | 10185642 |

| Property Type | Number |
|---|---|
| Patent Number: | 10191796 |
| Patent Number: | 10210017 |
| Patent Number: | 10241622 |
| Patent Number: | 10255624 |
| Patent Number: | 10298620 |
| Patent Number: | 10338689 |
| Patent Number: | 10338833 |
| Patent Number: | 10372222 |
| Patent Number: | 10419504 |
| Patent Number: | 10423944 |
| Patent Number: | 10496602 |
| Patent Number: | 10503563 |
| Patent Number: | 10528318 |
| Patent Number: | 10592942 |
| Patent Number: | 10606634 |
| Patent Number: | 10635539 |
| Patent Number: | 10656989 |
| Patent Number: | 10693917 |
| Patent Number: | 10705741 |
| Patent Number: | 10764115 |
| Patent Number: | 10764118 |
| Patent Number: | 10826681 |
| Patent Number: | 10884508 |
| Patent Number: | 10891209 |
| Patent Number: | 10896082 |
| Patent Number: | 11018899 |
| Patent Number: | 11115317 |
| Patent Number: | 11194609 |
| Patent Number: | 11196616 |
| Patent Number: | 11231981 |
| Patent Number: | 11240135 |
| Patent Number: | 11249783 |
| Patent Number: | 11252032 |
| Patent Number: | 11252033 |
| Patent Number: | 11263086 |
| Patent Number: | 11269674 |
| Patent Number: | 11281304 |
| Patent Number: | 11310100 |

| Property Type | Number |
|---|---|
| Patent Number: | 11310101 |
| Patent Number: | 11314560 |
| Patent Number: | 11316729 |
| Patent Number: | 11327570 |
| Application Number: | 15406284 |
| Application Number: | 16239216 |
| Application Number: | 16421302 |
| Application Number: | 16574009 |
| Application Number: | 16821966 |
| Application Number: | 16878570 |
| Application Number: | 17009646 |
| Application Number: | 17014978 |
| Application Number: | 17026322 |
| Application Number: | 17026327 |
| Application Number: | 17074569 |
| Application Number: | 17330212 |
| Application Number: | 17468608 |
| Application Number: | 17544793 |
| Application Number: | 17544833 |
| Application Number: | 17578382 |
| Application Number: | 17584264 |
| Application Number: | 17590788 |
| Application Number: | 17671570 |
| Application Number: | 17672635 |
| Application Number: | 17684367 |
| Application Number: | 17688560 |
| Application Number: | 17701601 |
| Application Number: | 61481829 |
| Application Number: | 62476445 |
| Application Number: | 62614025 |
| Application Number: | 62675471 |
| Application Number: | 62675531 |
| Application Number: | 62784983 |

**CORRESPONDENCE DATA**

Fax Number:

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: 702-642-4118

**PATENT**
**REEL: 061365 FRAME: 0574**

IBM_VM_000022873

| | |
|---|---|
| **Email:** | rasab@us.ibm.com |
| **Correspondent Name:** | BARBARA RASA |
| **Address Line 1:** | 650 HARRY ROAD |
| **Address Line 4:** | SAN JOSE, NEVADA 95120 |
| **ATTORNEY DOCKET NUMBER:** | OIN TO IBM ASSIGNMENT2022 |
| **NAME OF SUBMITTER:** | BARBARA RASA |
| **SIGNATURE:** | /Barbara Rasa/ |
| **DATE SIGNED:** | 09/01/2022 |

**Total Attachments: 6**
source=2022 OIN Recordable Form of Assignment-Updated 8-31-2022_signed#page1.tif
source=2022 OIN Recordable Form of Assignment-Updated 8-31-2022_signed#page2.tif
source=2022 OIN Recordable Form of Assignment-Updated 8-31-2022_signed#page3.tif
source=2022 OIN Recordable Form of Assignment-Updated 8-31-2022_signed#page4.tif
source=2022 OIN Recordable Form of Assignment-Updated 8-31-2022_signed#page5.tif
source=2022 OIN Recordable Form of Assignment-Updated 8-31-2022_signed#page6.tif

## Recordable Patent Assignment and Reservation

For good and valuable consideration, the receipt of which is hereby acknowledged, and subject to the reservations stated in the Patent Assignment Agreement between the parties with an effective date of August 22, 2022 ("Effective Date") ("Patent Assignment Agreement"), OPEN INVENTION NETWORK LLC, a Delaware limited liability company having a place of business at RESEARCH TRIANGLE PARK CENTER, 4819 EMPEROR BOULEVARD, SUITE 400, DURHAM, NORTH CAROLINA 27703, U.S.A. (hereinafter "ASSIGNOR"), hereby grants and assigns to INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation having a place of business at NEW ORCHARD ROAD, ARMONK, NY 10504, U.S.A. (hereinafter "ASSIGNEE"), all of OIN's right, title and interest in and to

the United States Letters Patents identified in Exhibit A

the United States patent applications identified in Exhibit B

attached hereto (hereinafter, collectively, "ASSIGNED PATENTS"), to have and to hold the same, unto ASSIGNEE for its own use and enjoyment and for the use and enjoyment of its successors and assigns, including all damages for infringement of any of the ASSIGNED PATENTS accruing on and after the Effective Date and the sole right to sue therefore under such ASSIGNED PATENTS, for the full term or terms of all such ASSIGNED PATENTS, subject to all rights granted under the ASSIGNED PATENTS to third parties prior to said Effective Date.

ASSIGNOR hereby reserves and retains, for the benefit of itself and its subsidiaries and its and their successors and assigns, the rights and licenses set forth in the Patent Assignment Agreement.

IN WITNESS WHEREOF, ASSIGNOR has caused this Patent Assignment and Reservation to be duly signed on its behalf.

| By: | *[signature]* |
|---|---|
| Name: | Keith Bergelt |
| Title: | CEO |
| Date: | 8/31/22 |

# EXHIBIT A

## LISTED PATENTS

| Docket No. | Country | Appl No. | Filing Date | Pat No. | Issued |
|---|---|---|---|---|---|
| 48731.837 | US | 10/113,332 | 03/29/02 | 7072823 | 07/04/06 |
| 11724082 | US | 11/724,082 | 03/13/07 | 7895164 | 02/22/11 |
| AVAIL0208 | US | 12/334,640 | 12/15/08 | 8082468 | 12/20/11 |
| AVAIL0109 | US | 12/421,691 | 04/10/09 | 8341631 | 12/25/12 |
| 190053/US | US | 12/057,120 | 03/27/08 | 8473707 | 06/25/13 |
| 30271.00021-C1 | US | 12/420,015 | 04/07/09 | 8489921 | 07/16/13 |
| AVAIL0208-CON1 | US | 13/302,016 | 11/22/11 | 8527809 | 09/03/13 |
| AH2010-02A | US | 12/813,593 | 06/11/10 | 8539488 | 09/17/13 |
| AH2010-03C | US | 12/839,673 | 07/20/10 | 8555360 | 10/08/13 |
| AH2010-13A | US | 13/017,340 | 01/31/11 | 8612802 | 12/17/13 |
| AH2010-04B-C1 | US | 13/844,878 | 03/16/13 | 8645240 | 02/04/14 |
| AVAIL0208-C2 | US | 13/951,759 | 07/26/13 | 8775871 | 07/08/14 |
| pLD0309B | US | 12/693,811 | 01/26/10 | 8791899 | 07/29/14 |
| AH2010-04B-C2 | US | 14/170,830 | 02/03/14 | 8799119 | 08/05/14 |
| AH2010-04A-C2 | US | 14/159,884 | 01/21/14 | 8818886 | 08/26/14 |
| 20080218.7 | US | 13/078,935 | 04/02/11 | 8825643 | 09/02/14 |
| 190053/US-C1 | US | 13/906,699 | 05/31/13 | 8832405 | 09/09/14 |
| 3178-0018 | US | 11/174,092 | 06/30/05 | 8898167 | 11/25/14 |
| AVAIL0209 | US | 12/421,692 | 04/10/09 | 8904004 | 12/02/14 |
| AVAIL0109-C1 | US | 13/708,477 | 12/07/12 | 8943500 | 01/27/15 |
| AH2010-02B-C1 | US | 13/862,979 | 04/15/13 | 8943501 | 01/27/15 |
| pLD0309B-C1 | US | 14/341,987 | 07/28/14 | 9030412 | 05/12/15 |
| 20080218.7-C1 | US | 14/471,105 | 08/28/14 | 9053193 | 06/09/15 |
| AH2010-04B-C3 | US | 14/450,879 | 08/04/14 | 9058599 | 06/16/15 |
| AH2010-04A-C3 | US | 14/458,917 | 08/13/14 | 9058600 | 06/16/15 |
| AH2010-13A-C1 | US | 14/089,234 | 11/25/13 | 9092331 | 07/28/15 |
| 20080609.6 | US | 13/078,938 | 04/02/11 | 9094813 | 07/28/15 |
| 30271.00021-C2 | US | 13/942,271 | 07/15/13 | 9122714 | 09/01/15 |
| 190053/US-C2 | US | 14/480,943 | 09/09/14 | 9170930 | 10/27/15 |
| AH2010-02A-C2 | US | 14/542,611 | 11/16/14 | 9251004 | 02/02/16 |

*Confidential*

| Docket No. | Country | Appl No. | Filing Date | Pat No. | Issued |
|---|---|---|---|---|---|
| AH2010-03A-C1 | US | 13/849,940 | 03/25/13 | 9253184 | 02/02/16 |
| pLD0209 | US | 12/499,463 | 07/08/09 | 9304601 | 04/05/16 |
| Avail0109-C2 | US | 14/606,175 | 01/27/15 | 9336045 | 05/10/16 |
| 3178-0018-C1 | US | 14/553,271 | 11/25/14 | 9367330 | 06/14/16 |
| AH2010-03C1 | US | 14/044,152 | 10/02/13 | 9369358 | 06/14/16 |
| AH2010-02B-C2 | US | 14/606,093 | 01/27/15 | 9384347 | 07/05/16 |
| AVAIL0208-C3 | US | 14/310,573 | 06/20/14 | 9389959 | 07/12/16 |
| pLD0309B-C2 | US | 14/698,430 | 04/28/15 | 9483144 | 11/01/16 |
| DL0111A | US | 13/461,988 | 05/02/12 | 9495128 | 11/15/16 |
| AH2010-02A-C3 | US | 15/013,680 | 02/02/16 | 9547542 | 01/17/17 |
| AH2010-04A-C4 | US | 14/720,804 | 05/24/15 | 9563883 | 02/07/17 |
| AH2010-04B-C4 | US | 14/720,807 | 05/24/15 | 9576308 | 02/21/17 |
| 190053/US-C3 | US | 14/924,287 | 10/27/15 | 9588687 | 03/07/17 |
| pLD0209-C1 | US | 15/090,308 | 04/04/16 | 9594480 | 03/14/17 |
| 20080609.6-C1 | US | 14/734,635 | 06/09/15 | 9632588 | 04/25/17 |
| PLD0309B-C3 | US | 15/340,198 | 11/01/16 | 9684411 | 06/20/17 |
| AVAIL0109-C3 | US | 15/149,518 | 05/09/16 | 9697038 | 07/04/17 |
| AH2010-04A-C5 | US | 15/424,795 | 02/04/17 | 9710798 | 07/18/17 |
| 30271.00021-C3 | US | 14/812,592 | 07/29/15 | 9830095 | 11/28/17 |
| AH2010-03-C2 | US | 15/175,797 | 06/07/16 | 9832232 | 11/28/17 |
| pLD0209-C2 | US | 15/458,753 | 03/14/17 | 9836143 | 12/05/17 |
| 190053/US-C4 | US | 15/443,763 | 02/27/17 | 9933962 | 04/03/18 |
| 3178-0018-C2 | US | 15/175,666 | 06/07/16 | 9971607 | 05/15/18 |
| AH2010-02B-C3 | US | 15/201,956 | 07/05/16 | 9996399 | 06/12/18 |
| AH2015-03 | US | 14/951,153 | 11/24/15 | 10031796 | 07/24/18 |
| AVAIL0208-C4 | US | 15/208,082 | 07/12/16 | 10031818 | 07/24/18 |
| pLD0209-C3 | US | 15/832,403 | 12/05/17 | 10095327 | 10/09/18 |
| AH2010-13A-C2 | US | 14/739,611 | 06/15/15 | 10185642 | 01/22/19 |
| AH2015-02 | US | 14/951,032 | 11/24/15 | 10191796 | 01/29/19 |
| AVAIL0109-C4 | US | 15/641,300 | 07/04/17 | 10210017 | 02/19/19 |
| PLD0309B-C4 | US | 15/627,918 | 06/20/17 | 10241622 | 03/26/19 |
| AH2010-04B-C5 | US | 15/437,326 | 02/20/17 | 10255624 | 04/09/19 |
| AH2010-03-C3 | US | 15/823,938 | 11/28/17 | 10298620 | 05/21/19 |

*Confidential*

| Docket No. | Country | Appl No. | Filing Date | Pat No. | Issued |
|---|---|---|---|---|---|
| 20080609.6-C2 | US | 15/494,721 | 04/24/17 | 10338689 | 07/02/19 |
| 190053/US-C5 | US | 15/943,955 | 04/03/18 | 10338833 | 07/02/19 |
| 20080218.7-C2 | US | 14/719,909 | 05/22/15 | 10372222 | 08/06/19 |
| AH2010-03A-C3 | US | 15/799,859 | 10/31/17 | 10419504 | 09/17/19 |
| AH2010-04A-C6 | US | 15/653,194 | 07/18/17 | 10423944 | 09/24/19 |
| AVAIL0209-C1 | US | 14/557,744 | 12/02/14 | 10496602 | 12/03/19 |
| AH2010-02B-C4 | US | 16/006,103 | 06/12/18 | 10503563 | 12/10/19 |
| DL0111A-C1 | US | 15/341,637 | 11/02/16 | 10528318 | 01/07/20 |
| AH2010-04B-C6 | US | 16/378,375 | 04/08/19 | 10592942 | 03/17/20 |
| AVAIL0109-C5 | US | 16/278,659 | 02/18/19 | 10606634 | 03/31/20 |
| AVAIL0208-C5 | US | 16/043,628 | 07/24/18 | 10635539 | 04/28/20 |
| AH2015-03-C1 | US | 16/043,480 | 07/24/18 | 10656989 | 05/19/20 |
| AH2010-03-C4 | US | 16/418,947 | 05/21/19 | 10693917 | 06/23/20 |
| 30271.00021-C4 | US | 15/824,198 | 11/28/17 | 10705741 | 07/07/20 |
| PP1317 | US | 16/239,502 | 01/03/19 | 10764115 | 09/01/20 |
| PP1417 | US | 16/239,513 | 01/03/19 | 10764118 | 09/01/20 |
| RD0118 | US | 15/935,330 | 03/26/18 | 10826681 | 11/03/20 |
| 20080609.6-C3 | US | 16/459,659 | 07/02/19 | 10884508 | 01/05/21 |
| AH2010-13A-C3 | US | 16/253,186 | 01/21/19 | 10891209 | 01/12/21 |
| AH2015-02-C1 | US | 16/260,120 | 01/29/19 | 10896082 | 01/19/21 |
| PP1118 | US | 16/727,865 | 12/26/19 | 11018899 | 05/25/21 |
| PP1217 | US | 16/239,491 | 01/03/19 | 11115317 | 09/07/21 |
| PP0618 | US | 16/421,167 | 05/23/19 | 11194609 | 12/07/21 |
| PP1417-C1 | US | 17/009,679 | 09/01/20 | 11196616 | 12/07/21 |
| PP1117-C1 | US | 17/103,898 | 11/24/20 | 11231981 | 01/25/22 |
| PP0918B | US | 16/421,316 | 05/23/19 | 11240135 | 02/01/22 |
| PP0118 | US | 16/420,101 | 05/22/19 | 11249783 | 02/15/22 |
| PP0918A-C1 | US | 17/033,829 | 09/27/20 | 11252032 | 02/15/22 |
| PP0918A-C3 | US | 17/074,588 | 10/19/20 | 11252033 | 02/15/22 |
| AVAIL0208-C6 | US | 16/861,139 | 04/28/20 | 11263086 | 03/01/22 |
| PP1018 | US | 16/421,334 | 05/23/19 | 11269674 | 03/08/22 |
| 20080609.6-C4 | US | 17/139,982 | 12/31/20 | 11281304 | 03/22/22 |
| PP1417-C3 | US | 17/033,729 | 09/26/20 | 11310100 | 04/19/22 |

*Confidential*

| Docket No. | Country | Appl No. | Filing Date | Pat No. | Issued |
|---|---|---|---|---|---|
| PP1417-C4 | US | 17/033,819 | 09/27/20 | 11310101 | 04/19/22 |
| AH2010-02B-C5 | US | 16/709,856 | 12/10/19 | 11314560 | 04/26/22 |
| PP1417-C2 | US | 17/033,724 | 09/26/20 | 11316729 | 04/26/22 |
| 20080218.7-C3 | US | 16/533,777 | 08/06/19 | 11327570 | 05/10/22 |

**END OF EXHIBIT A**

*Confidential*

# EXHIBIT B

## ASSIGNED PATENT APPLICATIONS

| Docket No. | Country | Appl No. | Filing Date | Pat No. | Issued |
|---|---|---|---|---|---|
| AH2010-02A-C4 | US | 15/406,284 | 01/13/17 | | |
| PP1117 | US | 16/239,216 | 01/03/19 | | |
| PP0918A | US | 16/421,302 | 05/23/19 | | |
| AH2010-03A-C4 | US | 16/574,009 | 09/17/19 | | |
| AH2010-04B-C7 | US | 16/821,966 | 03/17/20 | | |
| AH2015-03-C2 | US | 16/878,570 | 05/19/20 | | |
| PP1317-C1 | US | 17/009,646 | 09/01/20 | | |
| RD0118-C1 | US | 17/014,978 | 09/08/20 | | |
| PP1217-C1 | US | 17/026,322 | 09/21/20 | | |
| PP1217-C2 | US | 17/026,327 | 09/21/20 | | |
| PP0918A-C2 | US | 17/074,569 | 10/19/20 | | |
| PP1118-C1 | US | 17/330,212 | 05/25/21 | | |
| PP1217-C3 | US | 17/468,608 | 09/07/21 | | |
| PP0618-C1 | US | 17/544,793 | 12/07/21 | | |
| PP1417-C5 | US | 17/544,833 | 12/07/21 | | |
| PP0918A-C4 | US | 17/578,382 | 01/18/22 | | |
| PP1117-C2 | US | 17/584,264 | 01/25/22 | | |
| PP0918B-C1 | US | 17/590,788 | 02/01/22 | | |
| PP0918A-C5 | US | 17/671,570 | 02/14/22 | | |
| PP0118-C1 | US | 17/672,635 | 02/15/22 | | |
| AVAIL0208-C7 | US | 17/684,367 | 03/01/22 | | |
| PP1018-C1 | US | 17/688,560 | 03/07/22 | | |
| 20080609.6-C5 | US | 17/701,601 | 03/22/22 | | |
| DL0111-PROV | US | 61/481,829 | 05/03/11 | | |
| RD0117 | US | 62/476,445 | 03/24/17 | | |
| PP1117-PP1417 | US | 62/614,025 | 01/05/18 | | |
| PP0118-PP0518 | US | 62/675,471 | 05/23/18 | | |
| PP0618-PP1018 | US | 62/675,531 | 05/23/18 | | |
| PP1118-PP1518 | US | 62/784,983 | 12/26/18 | | |

### END OF EXHIBIT B