# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| Defendant. | § | |
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF NATHANIEL NGEREBARA IN SUPPORT OF DEFENDANT INTERNATIONAL BUSINESS MACHINES CORP.'S OPPOSITION TO PLAINTIFF VIRTAMOVE'S MOTION FOR SUMMARY JUDGMENT OF DEFENDANT IBM'S SIXTH, SEVENTH, EIGHTH AND ELEVENTH AFFIRMATIVE DEFENSES

I, Nathaniel Ngerebara, hereby declare:

1. I am a partner at Kirkland & Ellis LLP, counsel of record for Defendant International Business Machines Corp. ("IBM") in the above-captioned action. I make this declaration based on my personal knowledge and review of the documents referenced herein. If called to testify, I could and would testify competently to the matters set forth below.

2. Attached as **Exhibit 1** is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000193145.

1

3. Attached as **Exhibit 2** is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000193155.

4. Attached as **Exhibit 3** is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000193149.

5. Attached as **Exhibit 4** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0028702.

6. Attached as **Exhibit 5** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0024666.

7. Attached as **Exhibit 6** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0024807.

8. Attached as **Exhibit 7** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0024814.

9. Attached as **Exhibit 8** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0024816.

10. Attached as **Exhibit 9** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0024866.

11. Attached as **Exhibit 10** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0025914.

12. Attached as **Exhibit 11** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_PA_0000061.

13. Attached as **Exhibit 12** is a true and correct copy of excerpts from the Donn Rochette Deposition Transcript, dated May 5, 2025.

14. Attached as **Exhibit 13** is a true and correct copy of excerpts from the Paul O'Leary Deposition Transcript, dated May 15, 2025.

15. Attached as **Exhibit 14** is a true and correct copy of excerpts from the Dean Huffman Deposition Transcript, dated May 23, 2025.

16. Attached as **Exhibit 15** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0026745.

17. Attached as **Exhibit 16** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0024635.

18. Attached as **Exhibit 17** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0026132.

19. Attached as **Exhibit 18** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0024810.

20. Attached as **Exhibit 19** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0024840.

21. Attached as **Exhibit 20** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0023062.

22. Attached as **Exhibit 21** is a true and correct copy of excerpts from the Opening Expert Report of IBM's Expert, Mr. Robert Stoll, dated June 23, 2025.

23. Attached as **Exhibit 22** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0001330.

24. Attached as **Exhibit 23** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0036109.

25.  Attached as **Exhibit 24** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0036108.

26.  Attached as **Exhibit 25** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0036021.

27.  Attached as **Exhibit 26** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0036020.

28.  Attached as **Exhibit 27** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0036533.

29.  Attached as **Exhibit 28** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0029997.

30.  Attached as **Exhibit 29** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0029919.

31.  Attached as **Exhibit 30** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0029923.

32.  Attached as **Exhibit 31** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0030007.

33.  Attached as **Exhibit 32** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_0000435.

34.  Attached as **Exhibit 33** is a true and correct copy of a production document from VirtaMove, bearing beginning bates IBM_VM_000092622.

35.  Attached as **Exhibit 34** is a true and correct copy of excerpts from the Greg O'Connor Deposition Transcript, dated May 15, 2025.

36. Attached as **Exhibit 35** is a true and correct copy of excerpts from the Nigel Stokes Deposition Transcript, dated May 21, 2025.

37. Attached as **Exhibit 36** is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000092769.

38. Attached as **Exhibit 37** is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000092791.

39. Attached as **Exhibit 38** is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000092794.

40. Attached as **Exhibit 39** is a true and correct copy of a production document from IBM, bearing beginning bates IBM_VM_000094157.

41. Attached as **Exhibit 40** is a true and correct copy of the Declaration of Walter Falk In Support Of IBM's Motion for Summary Judgment, dated July 25, 2025.

42. Attached as **Exhibit 41** is a true and correct copy of excerpts from the Walter Falk Deposition Transcript, dated May 13, 2025.

43. Attached as **Exhibit 42** is a true and correct copy of excerpts from the Michael Dorosh Deposition Transcript, dated May 27, 2025.

44. Attached as **Exhibit 43** is a true and correct copy of an email correspondence from me to Daniel Kolko (counsel for VirtaMove) regarding 30(b)(6) Topic Designations for Andy Wojnicki, dated May 9, 2025.

45. Attached as **Exhibit 44** is a true and correct copy of excerpts from the Paul O'Leary Deposition Transcript , dated May 14, 2025.

46. Attached as **Exhibit 45** is a true and correct copy of excerpts from the Dean Huffman Deposition Transcript, dated May 21, 2025.

47. Attached as **Exhibit 46** is a true and correct copy of VirtaMove's Objections and Responses to IBM's 2nd Set of Requests for Admissions (Nos. 36-40), dated May 29, 2025.

48. Attached as **Exhibit 47** is a true and correct copy of excerpts from the Mac Devine Deposition Transcript, dated May 29, 2025.

49. Attached as **Exhibit 48** is a true and correct copy of excerpts from the Opening Expert Report of Stephen B. Wicker Regarding U.S. Patent Nos. 7,519,814 and 7,784,058, dated June 23, 2025.

50. Attached as **Exhibit 49** is a true and correct copy of a production document from VirtaMove, bearing beginning bates VM_IBM_001609.

51. My firm has applied highlighting to Exhibits 1-7, 9-10, 12-13, 15, 17, 19, and 41-42 consistent with the guidance in Local Rule CV-7(b) and CV-56(d).

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 11, 2025 in San Francisco, CA.

/s/ Nathaniel Ngerebara
Nathaniel Ngerebara

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on August 11, 2025.

*/s/ Todd M. Friedman*
Todd M. Friedman