# EXHIBIT 3



LATEST NEWS    ARTIFICIAL INTELLIGENCE    VIDEO    BIG DATA AND ANALYTICS    CLOUD    NETWORKING    CYBERSECURITY    MORE



Home › Development

Development

# More Partitioning in the Works for Solaris 10

Written by
**Peter Galli**

Published May 19, 2003

Share

eWEEK content and product recommendations are editorially independent. We may make money when you click on links to our partners. Learn More.

Sun Microsystems Inc. has developed an advanced partitioning technology, due in Solaris 10, that enables users to further partition the operating system into pieces that can run individual applications.



### Get the Free Newsletter!

Subscribe to Daily Tech Insider for top news, trends & analysis

Work Email Address

☐ By signing up to receive our newsletter, you agree to our Terms of Use and Privacy Policy.

Subscribe



**URL**
https://www.eweek.com/development/more-partitioning-in-the-works-for-solaris-10/
**Timestamp**
Fri May 23 2025 17:53:47 GMT-0500 (Central Daylight Time)

IBM_VM_000193149



eWEEK content and product recommendations are editorially independent. We may make money when you click on links to our partners. Learn More.

Sun Microsystems Inc. has developed an advanced partitioning technology, due in Solaris 10, that enables users to further partition the operating system into pieces that can run individual applications.



Called Solaris Zones, the partitioning technology offers such capabilities as delegated administration, metering and billing, the ability to perform logical reboots, and better control of shared versus unshared resources.

"We are not as convinced—given where microprocessor power and blades are today—that running lots of operating systems on a single chip is that useful," said John Fowler, Suns chief technology officer for software, in Santa Clara, Calif. "We are not presently going to offer that option to customers, but we are bringing domains down and down so the hardware can be physically partitioned down to a single chip at a lower price point.

"All future implementations of Trusted Solaris will be based around Zones because of delegated and trust administration," Fowler said.

**The Solaris Also Rises**

Version 10 features will include:

- Solaris Zones, to partition the operating system into pieces





**MOST POPULAR ARTICLES**


9 Best AI 3D Generators You Need…


RingCentral Expands Its Collaboration Platform

SPONSORED CONTENT

Driving Service Efficiency: Lessons from a High-Volume Service Leader


Zeus Kerravala on Networking: Multicloud, 5G, and…


Datadog President Amit

**URL**
https://www.eweek.com/development/more-partitioning-in-the-works-for-solaris-10/
**Timestamp**
Fri May 23 2025 17:53:47 GMT-0500 (Central Daylight Time)

IBM_VM_000193150

Version 10 features will include:

- Solaris Zones, to partition the operating system into pieces that can run individual applications
- Improved performance, including on multithreaded CPUs and Intel hyperthreaded CPUs
- Technology to allow "observability," or what is happening in a running system


a High-Volume Service Leader


Zeus Kerravala on Networking: Multicloud, 5G, and...


Datadog President Amit Agarwal on Trends in...



The move extends the container technologies in the current Solaris 9, which allows customers to partition the operating system into pieces.



While the seeds of this work were in Solaris 9, Solaris 10, due in beta this year, contains essentially a hardened version of the Solaris service containers in Version 9.

Sun officials are betting the strategy drives hardware sales, from low-end blade servers all the way to high-end Solaris multiprocessing servers. Theyre also hoping it will convince customers of the merits of its N1 vision for easing management and increasing use of resources in data centers.

The challenge for Sun is execution, said Tony Iams, an analyst at D.H. Brown Associates Inc., in Port Chester, N.Y. Sun has taken a

**URL**
https://www.eweek.com/development/more-partitioning-in-the-works-for-solaris-10/
**Timestamp**
Fri May 23 2025 17:53:47 GMT-0500 (Central Daylight Time)

IBM_VM_000193151

Sun officials are betting the strategy drives hardware sales, from low-end blade servers all the way to high-end Solaris multiprocessing servers. Theyre also hoping it will convince customers of the merits of its N1 vision for easing management and increasing use of resources in data centers.

The challenge for Sun is execution, said Tony Iams, an analyst at D.H. Brown Associates Inc., in Port Chester, N.Y. Sun has taken a different approach from Hewlett-Packard Co. and IBM, which put a copy of the operating system in each logical partition. Instead, its managing resources in terms of processes that were managed by a set of tools, he said.

Fowler said Suns Solaris engineering team is also improving performance issues, including the ability to handle highly dense multithreaded CPUs and Intel Corp. hyperthreaded CPUs.



Custom apps create real advantage. outsystems



**Peter Galli**

Peter Galli has been a technology reporter for 12 years at leading publications in South Africa, the UK and the US. He has comprehensively covered Microsoft and its Windows and .Net platforms, as well as the many legal challenges it has faced. He has also focused on Sun Microsystems and its Solaris operating environment, Java and Unix offerings. He covers developments in the open source community, particularly around the Linux kernel and the effects it will have on the enterprise. He has written extensively about new products for the Linux and Unix platforms, the development of open standards and critically looked at the potential Linux has to offer an alternative operating system and platform to Windows, .Net and Unix-based solutions like Solaris.

**SPONSORED CONTENT**



**Driving Service Efficiency: Lessons from a High-Volume Service Leader**

Real stories, real ROI: Discover how top orgs automate service and unlock faster, leaner, smarter teams.

By JourneyTeam

**URL**
https://www.eweek.com/development/more-partitioning-in-the-works-for-solaris-10/
**Timestamp**
Fri May 23 2025 17:53:47 GMT-0500 (Central Daylight Time)



service and unlock faster, leaner, smarter teams.

By JourneyTeam

## Get the Free Newsletter!

Subscribe to Daily Tech Insider for top news, trends & analysis

[ Work Email Address ]

☐ By signing up to receive our newsletter, you agree to our Terms of Use and Privacy Policy.

[Subscribe]



eWeek has the latest technology news and analysis, buying guides, and product reviews for IT professionals and technology buyers. The site's focus is on innovative solutions and covering in-depth technical content. eWeek stays on the cutting edge of technology news and IT trends through interviews and expert analysis. Gain insight from top innovators and thought leaders in the fields of IT, business, enterprise software, startups, and more.

**ADVERTISERS**

Advertise with TechnologyAdvice on eWeek and our other IT-focused platforms.

[Advertise with Us →]

**MENU**

About eWeek
Subscribe to our Newsletter
Latest News

**URL**
https://www.eweek.com/development/more-partitioning-in-the-works-for-solaris-10/

**Timestamp**
Fri May 23 2025 17:53:47 GMT-0500 (Central Daylight Time)

IBM_VM_000193153



**URL**
https://www.eweek.com/development/more-partitioning-in-the-works-for-solaris-10/
**Timestamp**
Fri May 23 2025 17:53:47 GMT-0500 (Central Daylight Time)

IBM_VM_000193154