# EXHIBIT 11

The Wayback Machine - https://web.archive.org/web/20070223170715/http://www.trigence.com:80/blog/2004/11/trigence_announces_s...



Liberating applications from infrastructure

HOME  PRODUCTS  SOLUTIONS  SUPPORT  PARTNERS  BLOG  NEWS  ABOUT US



Your Applications. When. Where. How you want.

## Trigence Weblog

**Recent Posts**
- CIO Magazine's Crystal Ball for 2007
- The VSM Podcast
- Trigence in InformationWeek
- Trigence featured in Gagglescape
- InformationWeek article on virtualization issues

All Blog Entries

**Categories**
- In the Media
- Industry News
- Thought Capsules
- Trigence News

**Category archives**
- Thought Capsules
- Industry News

Subscribe to this blog's feed [What is this?]

« Trigence Appoints Robert Collins to Board of Directors | Main | Internetnews.com, ServerWatch »

### Trigence announces support for Solaris from SUN Microsystems

Trigence AE 2.2 containerizes applications for agile portability and management across the data center

LAS VEGAS, NV, and OTTAWA, Canada, November 30, 2004 - Trigence Corp., the leader in application virtualization for high application availability and application lifecycle management, today announced Trigence AE 2.2 with support for Solaris. Trigence AE 2.2 will be demonstrated at the 2004 Gartner Data Center Conference in Las Vegas, Nevada, November 29 to December 2, and will be available in early 2005. Trigence AE is a powerful application virtualization solution that uses a unique container approach to help data centers achieve high availability and flexible application lifecycle management.

Sun Solaris customers who are embracing Sun's N1 container approach can easily add Trigence AE above N1 to provide portability, easy provisioning and on-demand delivery with Sun's Solaris 10 containers. Customers who intend to remain on Solaris 9 will be able to immediately lever the power of containerization with Trigence AE while at the same time building a simple and fast migration route to Solaris 10 when they are ready. Trigence AE will be jointly marketed by Sun and Trigence Corp.

"Trigence's technology helps Sun up the ante in the grid computing space," said Shirley Horvat, director of marketing, Sun Microsystems of Canada Inc. "As organizations increase the sophistication of their product development, N1 and leading products like Trigence AE 2.2, running in the Solaris 10 operating environment, will deliver greater levels of control over the network."

"Our customers value the significantly increased levels of agility that Trigence AE's container approach offers to their data centers," said Paul O'Leary, vice president, research and development at Trigence. "Now with support for Solaris, we will be able to help a much broader number of organizations use application virtualization to boost service levels, deliver on-demand availability and manage cradle-to-grave application lifecycles."

By placing an application's full file stack into a secure, thin software container, Trigence AE turns the application into a highly portable and manageable object, separate from the underlying server and infrastructure. As a result, applications can be moved among servers and co-located on a single operating system with a simple click, drag and drop function. Data centers can achieve greater agility while lowering the everyday costs of managing, moving, tracking and securing applications.

"IT infrastructures are all about enabling applications, and today's infrastructures are too inflexible, complex and expensive to manage," said Tom Bittman, vice president at Gartner. "Next-generation infrastructures must become more virtualized and automated, giving applications the real-time agility that the business expects."

» Posted by [Trigence] at [Nov 30, 04 12:00 PM] | Permalink

10/17/24, 1:29 PM
Trigence | trigence/weblog
Case 2:24-cv-00093-JRG    Document 262-4    Filed 08/11/25    Page 3 of 3 PageID #: 23616

Privacy Policy | Contact us | Careers | Copyright © 2003-2007 Trigence Corp.