IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br>     Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br>     Defendant. | § § § § § § § § § § § § § Case No. 2:24-cv-00093-JRG <br> (Lead Case) <br><br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br>     Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br>     Defendant. | § § § § § § § § § § § § § § Case No. 2:24-CV-00064-JRG <br> (Member Case) <br><br><br> **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION REGARDING IBM'S MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. SAM MALEK (DKT. 233)

Plaintiff VirtaMove, Corp. ("VirtaMove") respectfully moves for a three day extension of time for Plaintiff to file its response to Defendant International Business Machines Corp. ("IBM") (collectively with VirtaMove, the "Parties") Motion to Exclude Certain Opinions of Dr. Sam Malek (Dkt. 233). With a three day extension from August 11, 2025, the deadline for VirtaMove's response would be extended to August 14, 2025, and the deadline for IBM's Reply would be extended to August 21, 2025.

This extension is not being sought for purposes of delay. Counsel for Plaintiff inadvertently mis-docketed IBM's motion and did not detect the oversight until after the original deadline. This was in part due to the fact that more than half of Plaintiff's litigation team had conflicting

obligations, either in connection with trial preparation in *Headwater Research, LLC v. AT&T Inc. et al.,* No. 2:23-cv-00397-JRG, or in connection with a newborn child. Counsel for Plaintiff recognizes the importance to the parties and the Court of punctuality, and apologizes for the oversight.

Counsel for the Parties have conferred and IBM does not oppose this extension. Accordingly, Plaintiff requests that the Court grant the motion and enter the attached proposed Order.

Dated: August 12, 2025                    Respectfully submitted,

By: */s/ Christian W. Conkle*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

-3-

        Qi (Peter) Tong (TX SBN 24119042)
        ptong@raklaw.com
        **RUSS AUGUST & KABAT**
        8080 N. Central Expy., Suite 1503
        Dallas, TX 75206
        Telephone: (310) 826-7474
        *Attorneys for Plaintiff VirtaMove, Corp.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is an unopposed motion.

*/s/ Christian W. Conkle*
Christian W. Conkle

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on August 12, 2025.

*/s/ Christian W. Conkle*
Christian W. Conkle