# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | Case No. 2:24-cv-00093-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | Case No. 2:24-CV-00064-JRG <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION REGARDING IBM'S MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. SAM MALEK (DKT. 233)**

On this date the Court considered the Unopposed Motion for Extension of Time to File Opposition regarding IBM's Motion to Exclude Certain Opinions of Dr. Sam Malek (Dkt. 233), filed by Plaintiff VirtaMove Corp. ("Plaintiff" or "VirtaMove") and Defendant International Business Machines Corp ("Defendant").  Based on the motion and the grounds set forth therein, and the agreement of the Parties in the motion, the Court finds that good cause has been established, and the Unopposed Motion for Extension of Time should be granted.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's time to respond to the Motion shall be extended from August 11, 2025 to August 14, 2025, and IBM's time to reply to the opposition shall be extended to August 21, 2025.

**IT IS SO ORDERED.**