IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., <br> *Plaintiff*, <br> v. <br> HEWLETT PACKARD ENTERPRISE COMPANY, <br> *Defendant*. | § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00093-JRG <br> (LEAD CASE) |
| VIRTAMOVE, CORP., <br> *Plaintiff*, <br> v. <br> INTERNATIONAL BUSINESS MACHINES CORP., <br> *Defendant*. | § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00064-JRG <br> (MEMBER CASE) |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to File Opposition Regarding IBM's Motion to Exclude Certain Opinions of Dr. Sam Malek (Dkt. 233) (the "Motion") filed by Plaintiff VirtaMove, Corp. ("VirtaMove"). (Dkt. No. 266.) In the Motion, VirtaMove moves the Court for leave to extend VirtaMove's August 11, 2025 deadline to respond to Defendant International Business Machines Corp.'s ("IBM") Motion to Exclude Certain Opinions of Dr. Sam Malek ("Motion to Exclude) (Dkt. No. 233) by three days, up to and including August 14, 2025. (Dkt. No. 266 at 1.) IBM does not oppose the Motion. (*Id.* at 2.)

Having considered the Motion, and noting that it is unopposed, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for VirtaMove to respond to IBM's Motion to Exclude is **extended** up to and including **August 14, 2025**.

**So ORDERED and SIGNED this 14th day of August, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE