# EXHIBIT A



# UNITED STATES PATENT AND TRADEMARK OFFICE

## Assignment abstract of title for Application 10939903

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| SYSTEM FOR CONTAINERIZATION OF APPLICATION SETS<br>Donn Rochette, Paul O'Leary, Dean Huffman | 7519814<br>Apr 14, 2009 | 20050060722<br>Mar 17, 2005 | 10939903<br>Sep 13, 2004 | | |

## Assignments (9 of 9 total)

### Assignment 9

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 069631/0379 | Aug 02, 2018 | Dec 12, 2024 | 2 | 13 |

**Conveyance**
CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNEE DATA PREVIOUSLY RECORDED ON REEL 47157 FRAME 192. ASSIGNOR(S) HEREBY CONFIRMS THE RELEASE OF SECURITY INTEREST.

**Assignors**
COMERICA BANK

**Correspondent**
CHRISTOPHER F. REGAN
1135 EAST STATE ROAD 434
SUITE 3001
WINTER SPRINGS, FL 32708

**Assignee**
VIRTAMOVE CORP. (FORMERLY APPZERO SOFTWARE CORP.)
110 DIDSBURY ROAD
M083
OTTAWA K2T0C2
CANADA

### Assignment 8

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 047157/0192 | Aug 02, 2018 | Sep 27, 2018 | 6 | 11 |

**Conveyance**
CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNOR NAME PREVIOUSLY RECORDED AT REEL: 046938 FRAME: 0923. ASSIGNOR(S) HEREBY CONFIRMS THE RELEASE OF SECURITY INTEREST.

**Assignors**
COMERICA BANK

**Correspondent**
DENTONS US LLP
P.O. BOX 061080
WACKER DRIVE STATION, WILLIS TOWER
CHICAGO, IL 60606

**Assignee**
APPZERO SOFTWARE CORP.
1 HINES ROAD, SUITE 105
OTTAWA, ONTARIO K2K 3C7
CANADA

### Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 046938/0923 | Aug 02, 2018 | Sep 21, 2018 | 6 | 10 |

**Conveyance**
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignors**
COMERCIA BANK

**Correspondent**
DENTONS US LLP
P.O. BOX 061080
WACKER DRIVE STATION, WILLIS TOWER
CHICAGO, IL 60606

**Assignee**
APPZERO SOFTWARE CORP.
1 HINES ROAD, SUITE 105
OTTAWA, ONTARIO K2K 3C7
CANADA

## Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 069380/0009 | May 08, 2018 | Nov 18, 2024 | 2 | 3 |

**Conveyance**
CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

**Assignors**
APPZERO SOFTWARE CORP.

**Correspondent**
CHRISTOPHER F. REGAN
1135 EAST STATE ROAD 434
SUITE 3001
WINTER SPRINGS, FL 32708

**Assignee**
VIRTAMOVE CORP.
110 DIDSBURY ROAD
M083
OTTAWA K2T0C2
CANADA

## Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 036611/0598 | Sep 04, 2015 | Sep 21, 2015 | 6 | 9 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
APPZERO SOFTWARE CORP.

**Correspondent**
CHRISTINA M. LICURSI
WOLF, GREENFIELD & SACKS, P.C.
600 ATLANTIC AVENUE
BOSTON, MA 02210-2206

**Assignee**
COMERICA BANK
SUITE 2210, SOUTH TOWER, ROYAL BANK PLAZA
P.O. BOX 61
TORONTO, ONTARIO M5J 2J2
CANADA

## Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 025126/0481 | Aug 20, 2010 | Oct 13, 2010 | 6 | 10 |

**Conveyance**
CORRECTIVE ASSIGNMENT TO CORRECT THE ERROR IN NAME OF ASSIGNEE APPZERO SOFTWARE CORP. PREVIOUSLY RECORDED ON REEL 025095 FRAME 0106. ASSIGNOR(S) HEREBY CONFIRMS THE NAME OF ASSIGNEE APPZERO SOFTWARE CORP..

**Assignors**

**Correspondent**

APPZERO CORP.

BLAKE, CASSELS & GRAYDON LLP
45 O'CONNOR STREET
20TH FLORR
OTTAWA, ONTARIO,  K1P 1A4
CANADA

**Assignee**
APPZERO SOFTWARE CORP.
750 PALLADIUM DRIVE
SUITE 210
OTTAWA, ONTARIO K2V 1C7
CANADA

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 025095/0106 | Aug 20, 2010 | Oct 06, 2010 | 6 | 6 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
APPZERO CORP.

**Correspondent**
BLAKE, CASSELS & GRAYDON LLP
45 O'CONNOR STREET
20TH FLOOR
OTTAWA, ONTARIO,  K1P 1A4
CANADA

**Assignee**
APPZEROSOFTWARE CORP.
750 PALLADIUM DRIVE
SUITE 210
OTTAWA, ONTARIO K2V 1C7
CANADA

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 022350/0569 | Mar 02, 2009 | Mar 05, 2009 | 1 | 3 |

**Conveyance**
CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

**Assignors**
TRIGENCE CORP.

**Correspondent**
ALLEN DYER DOPPELT MILBRATH & GILCHRIST
255 S. ORANGE AVE., SUITE 1401
ORLANDO, FL 32801

**Assignee**
APPZERO CORP.
750 PALLADIUM DRIVE, STE 210
OTTAWA K2V 1C7
CANADA

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 015801/0702 | Sep 01, 2004 | Sep 13, 2004 | 1 | 4 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ROCHETTE, DONN
O'LEARY, PAUL
HUFFMAN, DEAN

**Correspondent**
ALLEN, DYER, DOPPELT, ET AL.
CHARLES E. WANDS, ESQ.
1901 S. HARBOR CITY BLVD.
SUITE 507
MELBOURNE, FL 32901

**Assignee**
TRIGENCE CORP.
750 PALLADIUM DRIVE, STE. 210
OTTAWA, ONTARIO K2V 1C7
CANADA