# EXHIBIT C

Entity Search

**Search For Entity Name or OCN/BIN** *

appzero

Advanced

Export as Excel

## Search Results

Sort By: **Most Relevant** Ascending Descending Most Recent Least Recent

Page size 10

Displaying 1-3 of 3 results

Corporations

### VIRTAMOVE, INC. (1832053)

OTTAWA, Ontario, Canada

**Status** Refer to Home Jurisdiction

**Previously known as** APPZERO SOFTWARE, INC.

**Incorporation/Amalgamation Date** September 07, 2010

**Business Type** Extra-Provincial Foreign Corporation with Share

Corporations

### APPZERO CORP. (1520432)

Kanata, Ontario, Canada

**Status** Refer to Home Jurisdiction

**Previously known as** TRIGENCE CORP.

**Incorporation/Amalgamation Date** March 19, 2002

**Business Type** Extra-Provincial Federal Corporation with Share

Corporations

Case 2:24-cv-00093-JRG Document 271-2 Filed 08/14/25 Page 2 of 3 PageID #: 25535

# VIRTAMOVE CORP. (1832574)

| | |
|---|---|
| Ottawa, Ontario, Canada | |
| **Status** Refer to Home Jurisdiction | |
| **Previously known as** APPZERO SOFTWARE CORP. | |
| **Incorporation/Amalgamation Date** | August 12, 2010 |
| **Business Type** | Extra-Provincial Federal Corporation with Share |