# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., | § Case No. 2:24-cv-00093-JRG |
| | § (Lead Case) |
| Plaintiff, | § |
| v. | § **JURY TRIAL DEMANDED** |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § |
| Defendant. | § |
| VIRTAMOVE, CORP., | § Case No. 2:24-cv-00064-JRG |
| | § (Member Case) |
| Plaintiff, | § |
| v. | § **JURY TRIAL DEMANDED** |
| INTERNATIONAL BUSINESS MACHINES CORP., | § |
| Defendant. | § |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTIONS IN LIMINE AND JOINT PRETRIAL ORDER

In view of the recent rescheduling of the pretrial conference, from September 15 to October 1, 2025, Plaintiff VirtaMove ("Plaintiff") and Defendant International Business Machines Corp. ("Defendant") (together the "parties") hereby jointly move for a one-week extension of time for the parties to file Motions in *Limine* and their joint pretrial submissions.

With the requested extension, the deadline to file Motions in *Limine* would be extended from August 25, 2025 to September 1, 2025. And the deadline to file the parties' Joint Pretrial Order, Jury Instructions, Verdict Form and Responses to Motions in *Limine* would be extended from September 8, 2025, to September 15, 2025.

1

Good cause exists for this request. This extension allows the parties adequate time to finalize their pretrial submissions in light of ongoing trial preparation and coordination efforts, as well as the dispositive and *Daubert* motion briefing deadline on August 25, 2025. This request is not sought for the purposes of delay but rather to ensure the Parties have sufficient time to prepare their filings. The requested extension will not affect any other deadlines in this matter, and the Court recently rescheduled the pretrial conference from September 15 to October 1, 2025.

Counsel for the parties have conferred and all parties stipulate to this extension. Accordingly, the parties request that the Court grant the motion and enter the attached proposed Order.

Dated:  August 21, 2025

Respectfully submitted,

*/s/ Todd M. Friedman*

Todd M. Friedman (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email: todd.friedman@kirkland.com

Brandon H. Brown
California State Bar No. 266347
Kyle Calhoun (*pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500
Email: brandon.brown@kirkland.com
Email: kyle.calhoun@kirkland.com

Yimeng Dou
California State Bar No. 285248
KIRKLAND & ELLIS LLP
695 Town Center Dr.
Costa Mesa, CA 92626
Telephone:     (714) 982-8822
Facsimile:     (714) 982-8844
Email: yimeng.dou@kirkland.com

*Of Counsel:*

Andrea L. Fair
Texas State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone:     (903) 757-6400
Facsimile:     (903) 757-2323
Email:  andrea@millerfairhenry.com

*Attorneys for Defendant
International Business Machines Corp*

Dated: August 21, 2025

Respectfully submitted,

*/s/ Reza Mirzaie*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
Jefferson Cummings (DC SBN 90027452)
jcummings@raklaw.com

**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474
Qi (Peter) Tong (TX SBN 24119042)
ptong@raklaw.com

**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206

*Attorneys for Plaintiff VirtaMove, Corp.*

4

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is a joint motion.

                                                */s/ Todd M. Friedman*
                                                Todd M. Friedman

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on August 21, 2025

                                                */s/ Todd M. Friedman*
                                                Todd M. Friedman