# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| Defendant. | § | |
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTIONS IN LIMINE AND PRETRIAL ORDER

On this date the Court considered the Parties Joint Motion for Extension of Time to File Motions in *Limine* and Joint Pretrial Order. Based on the motion and the grounds set forth therein, and the agreement of the Parties in the motion, the Court finds that good cause has been established and the Joint Motion should be granted.

**THEREFORE, IT IS HEREBY ORDERED** that the Parties time to file Motions in *Limine* shall be extended from August 25, 2025, to September 1, 2025 and the Joint Pretrial Order, Jury Instructions, Verdict Form, and Responses to Motions in *Limine* shall be extended from September 8, 2025 to September 15, 2025.

**IT IS SO ORDERED.**

Case 2:24-cv-00093-JRG    Document 287-1    Filed 08/21/25    Page 2 of 2 PageID #: 26409