**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | Case No. 2:24-cv-00093-JRG (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | Case No. 2:24-CV-00064-JRG (Member Case) <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF VIRTAMOVE, CORP.'S NOTICE OF REQUEST FOR DAILY TRANSCRIPTS AND REALTIME REPORTING**

Pursuant to the Court's Docket Control Order, Plaintiff VirtaMove, Corp. requests daily transcripts and realtime reporting of the Court proceedings for this trial. Plaintiff further notifies the Court and all parties that a copy of this notice is being submitted via electronic mail to the Court Reporter, Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov.

Dated: September 2, 2025

Respectfully submitted,

/s/ Reza Mirzaie
Reza Mirzaie (CA Bar No. 246953)
Marc A. Fenster (CA Bar No. 181067)
Neil A. Rubin (CA Bar No. 250761)
Jacob R. Buczko (CA Bar No. 269408)
James S. Tsuei (CA Bar No. 285530)
James A. Milkey (CA Bar No. 281283)
Christian W. Conkle (CA Bar No. 306374)
Jonathan Ma (CA Bar No. 312773)
Mackenzie Paladino (NY Bar No. 6039366)
Daniel Kolko (CA Bar No. 341680)
Jefferson Cummings (DC Bar No. 90027452)
Linjun Xu (CA Bar No. 307667)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: jbuczko@raklaw.com
Email: jtsuei@raklaw.com
Email: jmilkey@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email: dkolko@raklaw.com
Email: mpaladino@raklaw.com
Email: jcummings@raklaw.com
Email: lxu@raklaw.com

Qi (Peter) Tong
TX State Bar No. 24119042
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Email: ptong@raklaw.com

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

**ATTORNEYS FOR PLAINTIFF**
**VIRTAMOVE, CORP.**

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on September 2, 2025, with a copy of this document via CM/ECF.

*/s/ Reza Mirzaie*
Reza Mirzaie
