# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., | § Case No. 2:24-cv-00093-JRG |
| | § (Lead Case) |
| Plaintiff, | § |
| | § |
| v. | § **JURY TRIAL DEMANDED** |
| | § |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § |
| | § |
| Defendant. | § |
| VIRTAMOVE, CORP., | § Case No. 2:24-cv-00064-JRG |
| | § (Member Case) |
| Plaintiff, | § |
| | § |
| v. | § **JURY TRIAL DEMANDED** |
| | § |
| INTERNATIONAL BUSINESS MACHINES CORP., | § |
| | § |
| Defendant. | § |

**DEFENDANT INTERNATIONAL BUSINESS MACHINES CORP.'S NOTICE OF REQUEST FOR DAILY TRANSCRIPTS AND REALTIME REPORTING**

Pursuant to the Court's Docket Control Order, Defendant International Business Machines, Corp., requests daily transcripts and realtime reporting of the Court proceedings for this trial. Plaintiff further notifies the Court and all parties that a copy of this notice is being submitted via electronic mail to the Court Reporter, Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov.

Dated: September 2, 2025

Respectfully submitted,

/s/ Todd M. Friedman
Todd M. Friedman (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
todd.friedman@kirkland.com

Brandon H. Brown
State Bar No. 266347
Kyle Calhoun (*pro hac vice*)
Nathaniel Ngerebara (*pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:     (415) 439-1500
brandon.brown@kirkland.com
kyle.calhoun@kirkland.com
nate.ngerebara@kirkland.com

Yimeng Dou
State Bar No. 285248
Andrew Morrill (*pro hac vice*)
KIRKLAND & ELLIS LLP
695 Town Center Dr.
Costa Mesa, CA 92626
Telephone:    (714) 982-8822
Facsimile:     (714) 982-8844
yimeng.dou@kirkland.com
drew.morrill@kirkland.com

*Of Counsel:*

Andrea L. Fair
Texas State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway

1

Longview, TX 75604
Telephone:	(903) 757-6400
Facsimile:	(903) 757-2323
andrea@millerfairhenry.com

*Attorneys for Defendant*
*International Business Machines Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on September 2, 2025 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Todd M. Friedman*
Todd M. Friedman