UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| Defendant. | § | |
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| Defendant. | § | |

**JOINT MOTION FOR EXTENSION OF TIME TO NOTIFY THE COURT OF AGREEMENTS REACHED DURING MEET AND CONFER**

In view of the Court's rescheduling of the pretrial conference from September 15 to October 1, 2025 and its Seventh Amended Docket Control Order ("DCO"), Dkt. 301, which extends the deadlines for filing Motions in Limine and the Joint Pretrial Order, Plaintiff VirtaMove ("Plaintiff") and Defendant International Business Machines Corp. ("Defendant") (together the "parties") jointly move to correspondingly adjust the deadline to notify the Court of agreements reached during meet and confer from September 8 to September 22, 2025.

Good cause exists for this request. Under the current DCO, the parties must meet and confer on outstanding objections and motions in limine and notify the Court of any resulting agreements by September 8. Yet, the parties' responses to motions in limine are not due until September 15.

1

The requested extension will provide the parties sufficient time to review and finalize their pretrial submissions, evaluate any outstanding objections, and consider the full briefing on motions in limine before engaging in substantive meet and confer discussions.

Counsel for the parties have conferred and all parties stipulate to this extension. Accordingly, the parties request that the Court grant the motion and enter the attached proposed Order.

Dated: September 4, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Todd M. Friedman

　　　　　　　　　　　　　　　　　　　　　　　　Todd M. Friedman (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　　　　　601 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:　(212) 446-4800
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:　(212) 446-4900
　　　　　　　　　　　　　　　　　　　　　　　　Email: todd.friedman@kirkland.com

　　　　　　　　　　　　　　　　　　　　　　　　Brandon H. Brown
　　　　　　　　　　　　　　　　　　　　　　　　California State Bar No. 266347
　　　　　　　　　　　　　　　　　　　　　　　　Kyle Calhoun (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　　　　　555 California Street
　　　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:　(415) 439-1400
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:　(415) 439-1500
　　　　　　　　　　　　　　　　　　　　　　　　Email: brandon.brown@kirkland.com
　　　　　　　　　　　　　　　　　　　　　　　　Email: kyle.calhoun@kirkland.com

　　　　　　　　　　　　　　　　　　　　　　　　Yimeng Dou
　　　　　　　　　　　　　　　　　　　　　　　　California State Bar No. 285248
　　　　　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　　　　　695 Town Center Dr.
　　　　　　　　　　　　　　　　　　　　　　　　Costa Mesa, CA 92626
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:　(714) 982-8822
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:　(714) 982-8844
　　　　　　　　　　　　　　　　　　　　　　　　Email: yimeng.dou@kirkland.com

　　　　　　　　　　　　　　　　　　　　　　　　*Of Counsel:*

　　　　　　　　　　　　　　　　　　　　　　　　Andrea L. Fair
　　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24078488
　　　　　　　　　　　　　　　　　　　　　　　　MILLER FAIR HENRY PLLC
　　　　　　　　　　　　　　　　　　　　　　　　1507 Bill Owens Parkway

        Longview, TX 75604
        Telephone:   (903) 757-6400
        Facsimile:    (903) 757-2323
        Email:  andrea@millerfairhenry.com

*Attorneys for Defendant*
*International Business Machines Corp*

Dated: September 4, 2025

Respectfully submitted,

*/s/ Christian W. Conkle*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
Jefferson Cummings (DC SBN 90027452)
jcummings@raklaw.com

**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474
Qi (Peter) Tong (TX SBN 24119042)
ptong@raklaw.com

**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206

*Attorneys for Plaintiff VirtaMove, Corp.*

4

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is a joint motion.

                    */s/ Todd M. Friedman*
                    Todd M. Friedman

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on September 4, 2025

                    */s/ Todd M. Friedman*
                    Todd M. Friedman

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00093-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| Defendant. | § | |
| VIRTAMOVE, CORP., | § | Case No. 2:24-cv-00064-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO NOTIFY THE COURT OF AGREEMENTS REACHED DURING MEET AND CONFER**

On this date the Court considered the Parties' Joint Motion for Extension of Time to Notify the Court of Agreements reached during meet and confer. Based on the motion and the grounds set forth therein, and the agreement of the Parties in the motion, the Court finds that good cause has been established and the Joint Motion should be granted.

**THEREFORE, IT IS HEREBY ORDERED** that the time to notify the Court of agreements reached during the parties' meet and confer is extended from September 8, 2025 to September 22, 2025.

**IT IS SO ORDERED.**