## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | § Case No. 2:24-cv-00093-JRG <br> § (Lead Case) <br> § <br> § <br> § **JURY TRIAL DEMANDED** <br> § <br> § <br> § <br> § <br> § |
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | § Case No. 2:24-cv-00064-JRG <br> § (Member Case) <br> § <br> § <br> § **JURY TRIAL DEMANDED** <br> § <br> § <br> § <br> § <br> § <br> § |

### ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO NOTIFY THE COURT OF AGREEMENTS REACHED DURING MEET AND CONFER

On this date the Court considered the Parties' Joint Motion for Extension of Time to Notify the Court of Agreements reached during meet and confer. Based on the motion and the grounds set forth therein, and the agreement of the Parties in the motion, the Court finds that good cause has been established and the Joint Motion should be granted.

**THEREFORE, IT IS HEREBY ORDERED** that the time to notify the Court of agreements reached during the parties' meet and confer is extended from September 8, 2025 to September 22, 2025.

**IT IS SO ORDERED.**