# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00093-JRG |
| | § | (LEAD CASE) |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| *Defendant*. | § | |
| | | |
| VIRTAMOVE, CORP., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00064-JRG |
| | § | (MEMBER CASE) |
| INTERNATIONAL BUSINESS MACHINES CORP., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Joint Motion for Extension of Time to Notify the Court of Agreements Reached During Meet and Confer (the "Motion") filed by Plaintiff VirtaMove, Corp. ("VirtaMove") and Defendant International Business Machines Corp. ("IBM") (collectively, the "Parties"). (Dkt. No. 319). In the Motion, the Parties move the Court for leave to extend the Parties' September 8, 2025 deadline to notify the Court of agreements reached during their meet and confer. (*Id.* at 1). The new deadline requested is September 22, 2025. (*Id.*). The Parties assert that good cause exists for their request, since the pretrial conference for the case was rescheduled from September 15, 2025 to October 1, 2025. (*Id.* at 1-2).

Having considered the Motion, and noting it was jointly filed, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for the Parties to notify the Court of Agreements reached during their meet and confer is **extended** up to and including **September 22, 2025**.

**So ORDERED and SIGNED this 9th day of September, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE