# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | Case No. 2:24-cv-00093-JRG-RSP <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | Case No. 2:24-CV-00064-JRG-RSP <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is the Parties' Joint Motion to Stay All Deadlines and Notice of Settlement ("Motion"). Having reviewed the Motion, the Court is of the opinion that it should be **GRANTED**. It is therefore

**ORDERED that all remaining case deadlines are stayed for thirty (30) days.**

1