IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br>    *Plaintiff*,<br>v.<br>HEWLETT PACKARD ENTERPRISE COMPANY,<br>    *Defendant*. | CIVIL ACTION NO. 2:24-CV-00093-JRG<br>(LEAD CASE) |
| VIRTAMOVE, CORP.,<br>    *Plaintiff*,<br>v.<br>INTERNATIONAL BUSINESS MACHINES CORP.,<br>    *Defendant*. | CIVIL ACTION NO. 2:24-CV-00064-JRG<br>(MEMBER CASE) |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff VirtaMove Corp. ("VirtaMove") and Defendant International Business Machines Corp. ("IBM") (collectively, the "Parties). (Dkt No. 322). In the Motion, the Parties represent that they have reached a settlement in principle as to all matters in controversy between them. (*Id.* at 1). The Parties request that the Court stay all case deadlines for thirty days while the Parties finalize a settlement agreement and file dismissal papers with the Court. (*Id.*).

Having considered the Motion, and noting it is jointly filed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in Member Case No. 2:24-cv-00064-JRG are **STAYED** for thirty (30) days, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 16th day of September, 2025.**

                                          RODNEY GILSTRAP  
                                        UNITED STATES DISTRICT JUDGE