IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br> *Plaintiff*, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br> *Defendant*. | CIVIL ACTION NO. 2:24-CV-00093-JRG <br> (LEAD CASE) |
| VIRTAMOVE, CORP., <br> *Plaintiff*, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br> *Defendant*. | CIVIL ACTION NO. 2:24-CV-00064-JRG <br> (MEMBER CASE) |

## ORDER

The Court previously appointed Mr. Michael D. Paul as the technical advisor to the Court in the above-captioned cases with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. (Dkt. No. 144). The Court has received Mr. Paul's invoice for services through September 12, 2025, in the amount of $13,504.50, and hereby **ORDERS** payment to be promptly made as follows:

    Plaintiff:       $6,752.25

    Defendants:   $6,752.25

    TOTAL:       $13,504.50

**So ORDERED and SIGNED this 17th day of September, 2025.**

 

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE