# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., | § Case No. 2:24-cv-00093-JRG |
| | § (Lead Case) |
| Plaintiff, | § |
| | § |
| v. | § **JURY TRIAL DEMANDED** |
| | § |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § |
| | § |
| Defendant. | § |
| VIRTAMOVE, CORP., | § Case No. 2:24-cv-00064-JRG |
| | § (Member Case) |
| Plaintiff, | § |
| | § |
| v. | § **JURY TRIAL DEMANDED** |
| | § |
| INTERNATIONAL BUSINESS MACHINES CORP., | § |
| | § |
| Defendant. | § |

## ORDER

Before the Court is the Parties' Joint Motion to Extend the Stay of All Deadlines ("Motion"). Having reviewed the Motion, the Court is of the opinion that it should be GRANTED. It is therefore

**ORDERED** that **all remaining case deadlines are stayed for fourteen (14) days.**