IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., <br> *Plaintiff*, <br> v. <br> HEWLETT PACKARD ENTERPRISE COMPANY, <br> *Defendant*. | § § § § § § § | CIVIL ACTION NO. 2:24-CV-00093-JRG <br> (LEAD CASE) |
| VIRTAMOVE, CORP., <br> *Plaintiff*, <br> v. <br> INTERNATIONAL BUSINESS MACHINES CORP., <br> *Defendant*. | § § § § § § § | CIVIL ACTION NO. 2:24-CV-00064-JRG <br> (MEMBER CASE) |

## ORDER

Before the Court is the Joint Motion to Extend the Stay of All Deadlines (the "Motion") filed by Plaintiff VirtaMove, Corp. and Defendant International Business Machines Corp., (collectively, the "Parties"). (Dkt. No. 325.) In the Motion, the Parties request that the Court further extend the stay of all case deadlines for fourteen additional days so that the Parties can work on finalizing and executing a settlement agreement. (*Id*. at 1.)

Having considered the Motion, and noting it is jointly filed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for fourteen (14) days, during which time appropriate dismissal papers are to be filed with the Court.

So ORDERED and SIGNED this 15th day of October, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE